

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

ROYAL SURPLUS LINES §
INSURANCE COMPANY, §
§
    **Plaintiff,** §
§
vs. § CIVIL ACTION NO. **B:03-109**
§
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, §
§
    **Defendant.** §

## PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Royal Surplus Lines Insurance Company ("Royal"), Plaintiff herein, files this Original Complaint for Declaratory Judgment, and in support hereof, respectfully shows the Court as follows:

### I. THE PARTIES

1.    Plaintiff **Royal Surplus Lines Insurance Company** ("Royal") is a foreign corporation, duly incorporated under the laws of the State of Connecticut, with its principal place of business in the State of Georgia.

2.    Defendant **Brownsville Independent School District** ("BISD"), is a Texas governmental entity that may be served by serving the President of the BISD School Board (Board of Trustees), Mr. Joe Cadriel (at 647 Hillcrest, Brownsville, Texas 78521, or wherever he may be found), or the Interim Superintendent, Mr. Johnny I. Pineda (at 1900 Price Rd., Brownsville, Texas 78521, or wherever he may be found). BISD owns and operates Besteiro Middle School ("Besteiro") and Bruce Aiken Elementary School ("Aiken"), which are located in Brownsville, Cameron County, Texas, and were insured under a

series of commercial property insurance policies issued to BISD by Plaintiff Royal that were effective

between September 1, 1996 and April 1, 2002. The two schools are adjacent to one another and share

at least some facilities, including the library/media center.

## II. JURISDICTION AND VENUE

3.       The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 2201(a)

because complete diversity exists between the parties, the amount in controversy exceeds the sum of

$75,000 exclusive of interest and costs, and Royal seeks declaratory relief pursuant to 28 U.S.C. § 2201,

et seq., the Federal Declaratory Judgment Statute, and/or the Texas Uniform Declaratory Judgment Act,

Texas Civil Practices & Remedies Code § 37.001 et seq.

4.       Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because Defendant BISD

resides in this district and Aiken and Besteiro--the insured properties that are the subject of this action --

are located in this district.

## III. THE POLICIES

5.       Defendant BISD was the named insured under a series of commercial property policies

issued to BISD by Royal that insured the subject properties, Aiken and Besteiro, continuously from

September 1, 1996 through April 1, 2002. The policies issued by Royal ("the Royal Policies") are as

follows:

▸       Royal Policy No. KHT 307564, with effective dates of September 1, 1996 to
        September 1, 1997 (cancelled effective April 1, 1997);

▸       Royal Policy No. KHT 308599, with effective dates of April 1, 1997 to April 1,
        1998;

▸       Royal Policy No. KHT 310355, with effective dates of April 1, 1998 to April 1,
        2001; and

> • Royal Policy No. KHT 318271, with effective dates of April 1, 2001 to April 1, 2002.

## IV. **BISD'S CLAIM**

6.     Upon information and belief, Besteiro was constructed around 1993-1994 and was completed before the 1994-1995 school year began in August 1994, while Aiken was constructed around 1995-1996 and was completed before the 1996-1997 school year began in August 1996.

7.     Upon information and belief, both Aiken and Besteiro have suffered from problems associated with high humidity, water intrusion and mold/mildew that began around the time that each school opened. Mold/mildew was discovered in the kitchen at Besteiro in December 1994. Chronic roof leaks plagued Besteiro throughout 1995 and 1996, and possibly later. Beginning shortly before Aiken opened for its first school year in August 1996, Aiken experienced chronic problems with its HVAC system for several years. These HVAC issues appear to have never been resolved to date.

8.     Documents provided by BISD to Royal indicate that mold problems in classrooms existed in the Summer of 1997, if not earlier. In 1998, an engineering firm hired by BISD attributed the chronic humidity and mold problems at Aiken to a defective HVAC system. The Texas Department of Health ("TDH") visited Aiken in October 1998 due to persistent complaints of mold and humidity problems. The TDH concluded that the problems at Aiken were the result of a defectively designed HVAC system. Other engineering and consulting firms also noted deficiencies with Aiken's HVAC system between 1999 and 2003.

9.     Upon information and belief, the mold and humidity problems at the schools, and the causes thereof, have never been completely resolved. Mold growth remained on the chill water pipe insulation at Aiken, and possibly in other locations, after August 1999. In August 2001, mold and humidity at Aiken

and Besteiro again became a serious concern to BISD when significant mold growth was detected in the Besteiro kitchen, a Besteiro computer room, and the library/media center shared by the two adjoined schools. The BISD Maintenance Administrator who observed the growth in August 2001 explained that the growth covered approximately 80% of the kitchen (walls, desks and chairs), approximately 95% of the library (walls, books, desks, and computers), and approximately 80% of the computer room (desks, walls and equipment).

10. Engineering firms hired by BISD have attributed the mold and humidity problems at Aiken and Besteiro to defectively designed, constructed, operated, and/or maintained HVAC systems, excessive moisture from multiple water sources, such as leaks from roofs and window and condensation on chill water pipe insulation. One firm also noted that improper drainage of exterior courtyards may have caused water intrusion. Several engineering and consulting firms have issued reports to BISD since 2001 that comment on the cause of the humidity and mold problems: Rimkus Consulting Group issued a report in July 1999, Assured Indoor Air Quality issued various reports in 2001 and 2002, Ambiotec Environmental Consultants issued a report in May 2002, and Engineering & Fire Investigations issued a report in January 2003. There may be others that Royal is not aware of.

11. In January 2002, BISD closed the two schools and brought suit in Cameron County against various architects, engineers and contractors ("construction contractors") involved in the design, construction and maintenance of the two schools, including their HVAC systems. BISD alleged that design and construction defects had caused the property damage that existed at the two schools. Hundreds of students and staff members at the two schools also sued the construction contractors and BISD in Cameron County for personal injuries attributed to mold.

12.     On or around November 29, 2001, BISD for the first time made a claim under Royal Policy No. KHT318271 (policy term 4/1/01 - 4/1/02) for damage and loss to Besteiro and Aiken. The Notice of Loss letter (**Exhibit A**) directed to Royal failed to provide a date, cause or description of the claimed loss, but instead only stated that "your insured has suffered a loss covered by your policy of insurance...The insured has incurred damages at Besteiro Middle School and Aiken Elementary...as the result of occurrences covered under the policies." BISD provided Royal no further information about its claim at such time.

13.     Royal acknowledged receipt of the BISD claim and began its investigation of the claim. In order to assist with its investigation, Royal retained an independent adjusting firm, GAB Robins ("GAB"), in Harlingen, Texas.

14.     By December 5, 2001, GAB began requesting any materials from BISD that BISD claimed supported its allegations. As part of its investigation, GAB requested materials from BISD, including any engineering, mold or other investigative studies related to the problems and claimed damage at the schools.

15.     After numerous requests of BISD, GAB was finally permitted to walk through and visually observe the schools on or around February 26, 2002. During the inspection, GAB discovered, among other things, ongoing water leaks in two Aiken classrooms--water was standing on the floors of the school. GAB also noted what appeared to be mold on the chiller pipes, duct work and nearby sheetrock surfaces during its preliminary inspection of the schools.

16.     On or around April 2, 2002, BISD provided Royal Notice of Loss (**Exhibit B**) for damage and loss to Aiken and Besteiro for the first time under three additional Royal policies: Policy No. KHT 307564 (effective 9/1/96 - 9/1/97, but cancelled effective 4/1/97), Policy No. KHT 308599 (effective

4/1/97 - 4/1/98), and Policy No. KHT 310355 (effective 4/1/98 - 4/1/01). Like the November 29, 2001

notice, the April 2, 2002 notice failed to provide a date, cause or description of BISD's claimed loss, but

instead only stated that "your insured has suffered a loss covered by the above listed policies of

insurance...The insured has incurred damages at Besteiro Middle School and Aiken Elementary...as the

result of occurrences covered under the policies."

       17.     On January 22, 2003, BISD finally provided Royal for the first time the following materials

in support of its claim for damage at Aiken and Besteiro, despite the fact that some of the material had long

been in BISD's possession:

- Assured Indoor Air Quality ("AIAQ") Reports dated November 9, 2001 and entitled "Indoor Air Quality Environmental Survey",

- Ambiotec Environmental Consultants ("Ambiotec") Report dated May 2002 and entitled "Preliminary Mold Investigation",

- Engineering & Fire Investigations ("EFI") Report dated January 20, 2003 and entitled "Remediation Evaluation Assessment" (**Exhibit C**), and

- Undated Besteiro/Aiken Project Breakdown Cost Report.

       18.     In January 2002, AIAQ reported to BISD, among other things, that "the building

air conditioning system does not sufficiently condition and/or treat the outside air enough to reduce

the increased moisture load in the building. . . ." At such time, AIAQ recommended that BISD

"repair roof leaks by replacing the roof" and "replace the deficient HVAC system with an

appropriate HVAC system which will maintain an appropriate indoor dew point...." AIAQ also

advised at such time that, "If present conditions are not immediately addressed with appropriate

action, the problem will only get worse."

       19.     In May 2002, Ambiotec advised BISD , among other things, that *Stachybotrys*

mold found in Aiken air samples "presented a serious concern" and was "likely the result of airborne spores from the visible mold on the chiller pipe insulation jacket located above the corridor ceiling." Ambiotec also advised that "one principal cause of the moisture intrusion in Aiken [was] from the chilled water HVAC system, and in Besteiro from plumbing and roof leaks." Further, Ambiotec cautioned BISD in May 2002--more than one year ago--that "unless the mold is remediated and the moisture sources controlled in the near term, the air and surface mold concentrations will change as a result of potential migration and propagation of the mold colonies beyond the observed areas."

20.    In its January 2003 report to BISD, EFI reported several potential sources of water infiltration and resulting mold manifestations, including problems with the roofs at both Aiken and Besteiro due to inadequate maintenance, deterioration of roofing/sealant materials, and poor design/construction of the roof.

21.    In its January 2003 report to BISD, with regard to Besteiro, EFI reported out-of-calibration thermostats, outside air ventilation rates and conditioned air quantities that were less than and/or above design quantities, and oversized roof-top units ("RTUs"). In addition to design problems with the Besteiro HVAC system/equipment, EFI found that "the discharge air temperature, dry bulb and wet bulb, of several RTUs [were] providing less than the cooling and dehumidification requirements of the original design. . . .Elevated levels of relative humidity in the classrooms and the lack of adequate routine cleaning of the interiors of the RTUs have also lead to performance problems with the RTUs and the development of molds on the cooling units of some RTUs. The RTUs are not introducing designed amounts of outside air. Field measurements

indicate that outside air ventilation rates are approximately 10 percent of the design outside air intake amount."

22.     In January 2003, EFI also reported finding corroded chill water piping needing replacement and oversized fan coil units at Aiken. EFI reported that chilled water leaks had occurred due to galvanic corrosion caused by poor design or construction—using steel piping in direct contact with brass and copper fittings. EFI also observed inadequate/deficient design and installation of the HVAC system and equipment at Aiken.

23.     In BISD's January 22, 2003 letter (**Exhibit D**) accompanying the materials provided to Royal, BISD advised Royal that "an extremely conservative figure for [the BISD] claim" is in the range of $10 million, and that this figure might serve as a "starting point" for resolving the claim. BISD also advised Royal in the letter that BISD's counsel would "continue to provide [Royal] with any and all information necessary for the resolution of this claim."

24.     Shortly thereafter, on or about January 23, 2003, BISD submitted a $10 million Proof of Loss to Royal (**Exhibit E**). The Proof of Loss indicated that BISD was making a claim only under Policy No. KHT318271 (effective 4/1/01 - 4/1/02) for a "loss by covered causes of loss," and that the property loss occurred "at an unknown date and time". The Proof of Loss, which was signed by its attorney and indicated that BISD was making a claim for $10 million actual cash value, simply advised Royal that the cause and origin of the claimed loss were "mold manifestations". The Proof of Loss failed to even mention which schools were made the subject of the insurance claim.

25.     Because the January 23, 2003 Proof of Loss (**Exhibit F**) failed to provide Royal the date and time of BISD's claimed loss, as well as the cause and origin of the claimed damage, Royal advised

BISD on or about February 21, 2003, that it was rejecting the proof of loss, and requested that BISD

resubmit a sworn proof of loss that included the basic information requested by the form, including the date

and time of the loss, and the cause and origin of the claimed "mold manifestations." Royal advised BISD

at such time that "This information is necessary for Royal to fully understand and investigate the loss

reported by BISD. *I have enclosed another blank proof of loss form for your convenience.*" Despite

Royal's request, BISD has refused to provide another Proof of Loss to Royal.

26.    After receiving the initial materials from BISD, on February 21, 2003, Royal sent a letter

to counsel for BISD (Exhibit F) in which Royal requested additional materials needed by Royal to evaluate

BISD's claim, as follows:

> "We need more information to determine which portions of the claim, if any, may qualify for coverage. Only after we have all the information we need can we consider prompt payment for those portions of the claim that may be covered, if any, by the contract for insurance issued by Royal to BISD....Please provide the following information to me so that we may continue to investigate and evaluate this claim:
>
> 1.    Any other drafts of the reports provided to me on January 22, 2003;
>
> 2.    The final versions of the draft reports provided to me on January 22, 2003 (the Ambiotec and EFI reports all appear to be preliminary drafts);
>
> 3.    Any other engineering, mold or other studies or reports relating to the claimed loss, the cause(s), the necessary building repairs, and any other claimed expenses or loss (including any additional report that BISD received from Assured Indoor Air Quality in January 2002);
>
> 4.    Any school board meeting minutes, photographs, maintenance/repair records or other documents that identify when the claimed mold was first discovered at Aiken or Besteiro (we have read reports indicating that mold was found in one or both schools as early as 1999, and has been an ongoing problem since);
>
> 5.    All reports provided to BISD by William Ashton (Environmental Specialist with the Texas Department of Health), who apparently inspected the campuses in early

November 2001;

6.     All maintenance/repair records or other documents that relate to the 'water events where wetted materials were not replaced promptly' that are mentioned in your expert's November 9, 2001 reports (Assured Indoor Air Quality) that were recently provided to me, including documents relating to the cause of or repairs to the source of these water events;

7.     The approximately 150-200 surveys completed by school staff members in November 2001, which were relied upon by your experts and discussed in their November 9, 2001 reports (Assured Indoor Air Quality);

8.     Documents reflecting work done by your expert, Assured Indoor Air Quality, to determine the level and cause of contamination of the indoor environment, for which your experts proposed an addition to its contract with BISD in November 2001 (their proposal is included in their report dated November 9, 2001);

9.     All documents relating to the 'clean-up operation' of the Besteiro/Aiken library and Besteiro Computer Room 122, which was mentioned in a BISD Agenda Item included in Assured Indoor Air Quality's November 9, 2001 report , including documents relating to the cause of or repairs to the damage;

10.     Any analysis or reports related to the air and surface sampling data taken December 11, 2001 [sic] and included in Assured Indoor Air Quality's report dated November 9, 2001;

11.     All photographs of mold or other claimed damage at the two schools;

12.     Any and all repair, remediation or redesign plans or proposals for the damage made the subject of BISD's claim or any reported cause of such damage;

13.     The 'report of a previous investigation performed by another environmental consultant' that is identified in Ambiotec's May 2002 draft report to BISD (unless this refers to one of the other reports provided on January 22, 2003);

14.     In light of the reports of your experts and their findings as to the cause of claimed damage, please provide all plumbing, courtyard drainage, HVAC and roof maintenance and repair records for the two schools since their construction;

15.     The 'Proposal for Remediation/Evaluation Survey submitted

in November 2002' referenced in EFI's January 20, 2003 report recently provided to me;

16.   Documents indicating any repairs, remediation or other action taken in response to Ambiotec's May 2002 advisement (in its draft report to BISD) that, 'unless the mold is remediated and the moisture sources controlled in the near term, the air and surface mold concentrations will change as a result of potential migration and propagation of the mold colonies beyond the observed areas;'

17.   All the documents (including site assessment drawings; mold assessment reports and documents; roof assessment drawings, reports and documents; and mechanical assessment drawings, reports and documents) referenced in EFI's January 20, 2003 report (pp. 3-3 to 3-6) as having been reviewed by EFI in performance of its services and preparation of its report;

18.   The documents, if any, meant to be included in Tabs 3, 5, 6 and 7 to the Besteiro/Aiken Project Breakdown Cost Report provided to me on January 20, 2003 (the tabs were empty in the notebook we received);

19.   Color copies of pages 4-8 of the Assured Indoor Air Quality Report on Aiken and pages 5-11 of the Assured Indoor Air Quality Report on Besteiro dated November 9, 2001; and

20.   Any warranty or other claims or demand letters sent to or lawsuits filed against any engineer, architect, general contractor, contractor or sub-contractor sent by or on behalf of BISD since the construction of the Aiken and Besteiro schools that relate to problems with the plumbing, drainage, HVAC and/or roof systems, or any associated water leak, water intrusion, condensation or mold damage. We also request that BISD provide any responses to such claims, demands, or lawsuits, as well as any documents relating to any efforts to address such problems or damage.

As provided by the policy, in connection with this claim, we would also like to take an examination under oath (EUO) of the persons at BISD most familiar with the maintenance and repairs to the school roofs, HVAC systems, courtyard drainage systems, and plumbing since the construction of the two buildings, as well as any changes to the design or operation of such systems. We would also like to take an EUO of the person most familiar with the initial discovery and initial efforts to address the mold problem at the schools. These individuals, of course, have the right to have your counsel at the EUOs."

27.   Although numerous additional materials were requested from BISD by Royal on or about February 21, 2003, BISD has failed to provide all the requested materials.

28.    As permitted by the Royal Policies, Royal took examinations under oath ("EUOs") of three

BISD representatives between May 30, 2003 and June 2, 2003.

29.    As set forth above, an actual controversy exists as to, among other issues, whether the

damage at Aiken and Besteiro claimed by BISD under the Royal Policies is covered by one or more of

the commercial property insurance policies issued to BISD by Royal.  The amount in controversy well

exceeds $75,000.

## V.  POLICY PROVISIONS

30.    Among the provisions of the Royal Policies that may apply to, limit, preclude or otherwise

impact coverage for BISD's claim are the following provisions from the Royal Policies:

### CAUSES OF LOSS - SPECIAL FORM
[CP 10 30 06 95]

Words and phrases that appear in quotation marks have special meaning.  Refer to
Section **F.** - Definitions.

**A.    COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Cov-
ered Causes of Loss means RISK OF DIRECT
PHYSICAL LOSS unless the loss is:

**1.** Excluded in Section **B.**, Exclusions, or

**2.** Limited in Section **C.**, Limitations;

that follow.

**B.    EXCLUSIONS**

**1.** We will not pay for loss or damage caused
directly or indirectly by any of the following.
Such loss or damage is excluded regardless of
any other cause or event that contributes con-
currently or in any sequence to the loss.

* * *

**c.    Governmental Action**

Seizure or destruction of property by order of governmental authority.

* * *

g.  **Water**

(1)  Flood, surface water . . ., all whether driven by wind or not;

* * *

(3)  Water that backs up or overflows from a sewer, drain or sump; or

(4)  Water under the ground surface pressing on, or flowing or seeping through:

(a)  Foundations, walls, floors or paved surfaces;

* * *

2.  We will not pay for loss or damage caused by or resulting from any of the following:

* * *

d.  (1)  Wear and tear;

(2)  Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

* * *

(7)  The following causes of loss to personal property:

(a)  Dampness or dryness of atmosphere

(b)  Changes in or extremes of temperature; or

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

* * *

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** Above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      **(1)** Planning, zoning, development, survey- ing, siting;
      **(2)** Design, specifications, workmanship, repair, construction, renovation, remod- eling, grading, compaction;
      **(3)** Materials used in repair, construction, renovation or remodeling; or
      **(4)** Maintenance;

      of part or all of any property on or off the described premises.

* * *

## C.    LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated. We will not pay for loss or damage to property, as described in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

* * *

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes.

* * *

## E.    ADDITIONAL COVERAGE EXTENSIONS

* * *

2.  **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear Out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

**F.  DEFINITIONS**

"Specific Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

* * *

3.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including is related equipment and parts) containing water or steam.

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
[CP 00 10 0695]

* * *

**A.  COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1.  **Covered Property**

    Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

2.  **Property Not Covered**

Covered Property does not include:

* * *

d.  Bridges, roadways, walks,
patios or other paved surfaces;

* * *

f.  The cost of excavations, grading,
backfilling or filling;

* * *

m.  Underground pipes, flues or drains;

* * *

3.  **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown
in the Declarations.

* * *

B.  **EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in
the Declarations.

* * *

E.  **LOSS CONDITIONS**

The following conditions apply in addition to the
Common Policy Conditions and the Commercial
Property Conditions.

* * *

3.  **Duties in The Event Of Loss Or Damage**

a.  You must see that the following are done in
the event of loss or damage to Covered
Property:

* * *

(2)  Give us prompt notice of the loss or
damage.  Include a description of the
property involved.

(3)  As soon as possible, give us a descrip-

tion of how, when and where the loss or damage occurred.

(4)    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim . . . [W]e will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss . . .

(5)    At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6)    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7)    Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

(8)    Cooperate with us in the investigation or settlement of the claim.

**b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

**a.**  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1)    Pay the value of lost or damaged prop-
erty;

(2)    Pay the cost of repairing or replacing the
lost or damaged property, subject to **b.**
below;

(3)    Take all or any part of the property at an
agreed or appraised value; or

(4)    Repair, rebuild or replace the property
with other property of like kind and qual-
ity, subject to **b.** below.

\* \* \*

G.    **OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional
Coverages apply separately to each item.

\* \* \*

3.    **Replacement Cost**

a.    Replacement Cost (without deduction for
depreciation) replaces Actual Cash Value in
the Loss Condition, Valuation, of this Cov-
erage Form.

\* \* \*

c.    You may make a claim for loss or damage
covered by this insurance on an actual cash
value basis instead of on a replacement
cost basis.  In the event you elect to have
loss or damage settled on an actual cash
value basis, you may still make a claim for
the additional coverage in this Optional Cov-
erage provides if you notify us of your intent
to do so within 180 days after the loss or
damage.

d.    We will not pay on a replacement cost basis
for any loss or damage:

(1)    Until the lost or damage property is
actually repaired or replaced; and

(2)    Unless the repairs or replacement are
made as soon as reasonably possible
after the loss or damage.

e.    We will not pay more for loss or damage on
a replacement cost basis than the least of

(1), (2) or (3), subject to f. below:

(1)     The Limit of Insurance applicable to the lost or damaged property;

(2)     The cost to replace, on the same premises, the lost or damaged property with other property:

    (a)     Of comparable material and quality; and

    (b)     Used for the same purpose; or

(3)     The amount you actually spend that is necessary to repair or replace the lost or damaged property.

* * *

### TEXAS CHANGES
### [CP 01 42 11 00]

* * *

**B.**  The provisions of Items **B.1.** through **B.5.** below apply to the following coverage forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM;

* * *

**1.**  Under Additional Coverages, the Debris Removal coverage is deleted and replaced by the following:

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

* * *

**3.**  Under Additional Coverages, the Pollutant Clean Up And Removal coverage is deleted.

* * *

**5.**  Under Definitions, the definition of "pollutants" is deleted.

\* \* \*

D.  The provisions of Items **D.1.** through **D.5.** below
    apply to the Causes of Loss - Special Form.

      \* \* \*

2.  Exclusion **B.2.f.**, which pertains to continuous
    or repeated seepage or leakage of water that
    occurs over a period of 14 days or more, is
    deleted.  However, all other exclusions pertain-
    ing to loss or damage by water continue to apply.

      \* \* \*

4.  Exclusion **B.2.l.**, which pertains to pollutants, is
    deleted.

5.  Limitation **C.1.c.** is replaced by the following:

    c.  We will not pay for loss or damage to the
        interior of any building or structure caused
        by or resulting from rain, snow, sleet, ice
        sand or dust, whether driven by wind or not,
        unless:

        (1)  The building or structure first sustains
             damage by a Covered Cause of Loss to
             its roof or walls through which the rain,
             snow, sleet, ice, sand or dust enters; or

      \* \* \*

F.  **Legal Action Against Us**

1.  The **Legal Action Against Us** Commercial
    Property Condition is replaced by the following . . .

    **LEGAL ACTION AGAINST US**

    No one may bring a legal action against us un-
    der this Coverage Part unless:

    a.  There has been full compliance with all of
        the terms of this Coverage Part; and

    b.  The action is brought within 2 years and
        one day after the date on which the direct
        physical loss or damage occurred.

      \* \* \*

H.  The provision requiring signed, sworn proof of loss
in the Duties In The Event Of Loss Or Damage
Loss condition is replaced by the following:

Send us a signed, sworn proof of loss containing
the information we request to investigate the claim.
You must do this within 91 days after our request.
We will supply you with the necessary forms.

\* \* \*

**COMMERCIAL PROPERTY**
**CP 04 05 06 95**

**ORDINANCE OR LAW COVERAGE**

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

\* \* \*

**SCHEDULE\***

| Bldg. No./ Prem. No. | Cov. A. | Cov. B Limit of Insur. | Cov. C Limit of Insur. |
|---|---|---|---|
| All    /All | [X] | $ 25,000 | $ 50,000 |

\* \* \*

B.  We will not pay under this endorsement for the
costs associated with the enforcement of any ordinance
or law which requires any insured or others to test for,
monitor, clean up, remove, contain, treat, detoxify or
neutralize, or in any way respond to, or assess the
effects of "pollutants."

C.  **Coverage**

\* \* \*

3.  **Coverage C - Increased Cost of Construction Coverage**

a.  If a Covered Cause of Loss occurs to the covered
Building property, we will pay for the increased cost to:

(1)  Repair or reconstruct damaged portions of that
Building property; and/or

(2)  Reconstruct or remodel undamaged portions of

that Building property, whether or not demolition is required; when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law

However:

* * *

(2)    We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

* * *

**D.**    **Loss Payment**

* * *

2.    Unless paragraph **D.4.** applies, loss payment under Coverage B - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

a.    The amount you actually spend to demolish and clear the site of the described premises; or

b.    The applicable Limit of Insurance shown for Coverage B in the Schedule above.

3.    Unless paragraph **D.4.** applies, loss payment under Coverage C - Increased Cost of Construction Coverage will be determined as follows:

a.    We will not pay under Coverage C:

(1)    Until the property is actually repaired or replaced, at the same or another premises; and

(2)    Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

* * *

**F.**    Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

**BUSINESS INCOME (AND EXTRA EXPENSE)**
**COVERAGE FORM**
**[CP 00 30 06 95]**

\* \* \*

**A.** **COVERAGE**

\* \* \*

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 100 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

\* \* \*

2. **Covered Causes of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

3. **Additional Coverages**

a. **Extra Expense.**

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

\* \* \*

**B.** **EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

**C.** **LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

\* \* \*

**D.    LOSS CONDITIONS**

\* \* \*

**2.  Duties In The Event Of Loss**

**a.**  You must see that the following are done in the event of loss:

\* \* \*

**(2)**    Give us prompt notice of the direct physical loss or damage.  Include a description of the property involved.

**(3)**    As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)**    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim.  This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. . . .

**(5)**    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

     **(6)**    Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

     **(7)**    Cooperate with us in the investigation or settlement of the claim.

     **(8)**    If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

  **b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

  **a.**  60 consecutive days from the date of direct physical loss or damage; or

  **b.**  The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

     **(1)**    Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

     **(2)**    Data stored on such media; or

     **(3)**    Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

* * *

**4.  Loss Determination**

* * *

**b.**  The amount of Extra Expense will be determined based on:

    **(1)**  All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

        **(a)**  The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

        **(b)**  Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    **(2)**  All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.  Resumption Of Operations**

    We will reduce the amount of your:

* * *

    **(2)**  Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.**  If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

* * *

**G.     DEFINITIONS**

\* \* \*

2.  **"Operations"** means:

    a.  Your business activities occurring at the described premises; and

\* \* \*

3.  **"Period of Restoration"** means the period of time that:

    a.  Begins:

        (1)  72 hours after the time of direct physical loss or damage for Business Income coverage; or

        (2)  Immediately after the time of direct physical loss or damage for Extra Expense coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

    b.  Ends on the earlier of:

        (1)  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        (2)  The date when business is resumed at a new permanent location.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        (1)  Regulates the construction, use or repair, or requires the tearing down of any property; or

        (2)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

\* \* \*

## COMMERCIAL PROPERTY CONDITIONS

[CP 00 90 07 88]

* * *

**D.    LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this
Coverage Part unless:

1.  There has been full compliance with all of the terms
    of this Coverage Part; and

2.  The action is brought within 2 years and one day after
    the date on which the direct physical loss or damage
    occurred.

* * *

**H.    POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part

1.  We cover loss or damage commencing:

    a.  During the policy period shown in the
        Declarations; and . . .

* * *

**I.    TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make
payment under this Coverage Part has rights to recover
damages from another, those rights are transferred to us to
the extent of our payment. That person or organization must
do everything necessary to secure our rights and must do
nothing after loss to impair them. . . . .

31. There may be other terms and conditions in the Royal Policies that apply to, limit, preclude or

otherwise impact Royal's coverage for BISD's claim.

## VI.  CLAIM FOR DECLARATORY JUDGMENT

32. Royal hereby incorporates by reference the preceding paragraphs.

33. Pursuant to 28 U.S.C. § 2201 and Chapter 37 of the TEX. CIV. PRAC. & REM. CODE (Uniform

Declaratory Judgment Act), Royal requests that the Court declare its coverage obligations under the Royal

Policies relative to the first-party property claim made thereunder by BISD. Specifically, Royal requests that the Court declare the following:

    a.   Whether BISD fully complied with all applicable terms, conditions, conditions precedent and duties of the insured under the Royal Policies;

    b..  Whether the application of the facts to the various policy provisions establishes coverage under one or more of the Royal Policies for any of the loss or damage to Aiken and Besteiro claimed by BISD.

34. Royal requests that the Court make such other and further declarations as may be appropriate.

## VII.  REQUEST FOR ATTORNEY'S FEES AND COSTS

35. Royal hereby incorporates by reference the preceding paragraphs.

36. Royal respectfully requests that the Court award Royal its reasonable and necessary attorney's fees and costs incurred in the prosecution of this declaratory judgment action.

## VIII.  PRAYER

Wherefore, Plaintiff Royal Surplus Lines Insurance Company prays that Defendant be cited to appear and answer herein, and that upon trial hereof, the Court (i) declare the parties' rights and obligations under the Royal Policies relating to the Aiken and Besteiro schools in Brownsville, Texas, including a declaration of whether Royal owes coverage to BISD under one or more of the Royal Policies for the claimed loss or damage to Aiken and Besteiro, (ii) grant Royal its reasonable and necessary attorney's fees and costs, and (iii) award Royal all other relief, at law or in equity, to which it may be justly entitled.

Filed the 9th day of June, 2003.

Respectfully submitted,

Jay W. Brown
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF,
ROYAL SURPLUS LINES INSURANCE
COMPANY**

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
Stephen R. Wedemeyer
State Bar No. 00794832
S.D.T. No. 19797
John V. Trevino
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

11          12:40 FAX 512 8`` 8010                                                    002

# CONSTANT & VELA
## ATTORNEYS AT LAW

ANTHONY P. CONSTANT

BOARD CERTIFIED
TEXAS BOARD OF LEGAL SPECIALIZATION

CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW

PLEMON B. VELA JR.

1570 FROST BANK PLAZA
CORPUS CHRISTI, TEXAS 78470
TELEPHONE (361) 698-8000
FACSIMILE (361) 887-8010
E-MAIL ADDRESSES
apc@constantvela.com
pbv@constantvela.com

November 29, 2001

Royalty Specialty Underwriting, Inc.
945 East Paces Ferry Road; Suite 1890
Atlanta, Georgia 30326
CERTIFIED MAIL RECEIPT NO. 7099 3220 0004 2555 8038

RE:    Your insured:  Brownsville Independent School District
       Policy #:      KHT318271
       NOTICE OF LOSS

Dear Royalty Specialty Underwriting, Inc.:

Please take notice that your insured has suffered a loss covered by your policy of insurance. This notice is sent to you in compliance with the requirements of your policy.

The insured has incurred damages at Besteiro Middle School and Aiken Elementary School (both of which are covered by the above referenced policy issued by you) as the result of occurrences covered under the policy.

I represent the District regarding these claims. Please direct all communications to me.

Please tell me what to do in order to comply with your insurance policy. I intend this letter to be the notice required by the policy. If there is anything else I need to do, please tell me.

Very truly yours,

Anthony P. Constant

Contact
Pruett Moore

cc:    Mr. Jeffrey Roerig
       Roerig, Oliveira & Fisher
       855 W. Price Road
       Brownsville, TX 78520

17

# CONSTANT & VELA
## ATTORNEYS AT LAW

ANTHONY F. CONSTANT
afc@constantvela.com

BOARD CERTIFIED
TEXAS BOARD OF LEGAL SPECIALIZATION

CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW

FILEMON B VELA, JR
fbv@constantvela.com

1570 FROST BANK PLAZA
CORPUS CHRISTI, TEXAS 78470
TELEPHONE (361) 698-8000
FACSIMILE (361) 887-8010

MIGUEL J CHAPA
mjc@constantvela.com

PRUETT MOORE, III
OF COUNSEL
pm3@constantvela.com

*pull*

*125 - 37684*



April 2, 2002

Royalty Specialty Underwriting, Inc.
945 East Paces Ferry Road; Suite1890
Atlanta, Georgia 30326
CERTIFIED MAIL, RETURN RECEIPT
REQUESTED NO.  701 2510 0004 4022 1632

RE:    Your insured:  Brownsville Independent School District
Policy Nos.:   KHT310355; KHT308599; KHT307564

NOTICE OF LOSS

Dear Royal Specialty Underwriting, Inc.:

Please take notice that your insured has suffered a loss covered by the above listed policies of insurance.  This notice is sent to you in compliance with the requirements of your policies.

The insured has incurred damages at Besteiro Middle School and Aiken Elementary (both of which are covered by the above referenced policy issued by you) as the result of occurrences covered under the policies.

I represent the District regarding these claims.  Please direct all communications to me.

Please tell me what to do in order to comply with your insurance policies.  I intend this letter to be notice required by the policies.  I have previously given similar notice to you under policy # KHT318271.  If there is anything else I need to do, please tell me.

Sincerely,

Pruett Moore, III
OF COUNSEL

DRAFT FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## REMEDIATION EVALUATION ASSESSMENT
**Besteiro Middle School and Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**

EFI Project No. 98410-05840

Prepared For:

Law Office of Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas  78521

Prepared By:

Engineering and Fire Investigations

January 20, 2003

**EFI**
Engineering and Fire
Investigations

Houston, TX 77042
Tel: 866-464-2127
Fax: 713-975-7336
www.efiinfo.com

Project No. 98410-05840
January 20, 2003

Mr. Miguel Saldana
**Law Office of Miguel A. Saldana**
302 Kings Highway, Suite 109
Brownsville, TX 78521

**REMEDIATION / EVALUATION ASSESSMENT**
**Besteiro Middle School and Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**

Dear Mr. Saldana,

Engineering and Fire Investigations (EFI) is pleased to provide the results of the Remediation/Evaluation Assessment of the Besteiro Middle School and Aiken Elementary School in Brownsville, Texas. This assessment was authorized on November 15, 2002 and performed in general accordance with the scope of services outlined in the Proposal for Remediation/Evaluation Survey submitted in November 2002.

We appreciate the opportunity to provide Remediation Evaluation Assessment services to the Law Office of Miguel A. Saldana. If you have any questions concerning this report, or if we can assist you in any other matter, please call at 713-975-7031.

Sincerely,

**ENGINEERING AND FIRE INVESTIGATIONS**

Rick A. Anderson, P.E., CIAPQ
Director, Facilities Engineering

Lee A. Burckle, P.E.
Branch Manager

Copies submitted: 2

(e:\projects2002\BISD\05840)

DRAFT: FOR REVIEW ONLY
**Privileged – Attorney / Client Work Product**

Investigations

|  |  | Page |
|---|---|---|
| 1.0 | Executive Summary | 1-1 |
|  | TABLES |  |
|  | Opinion of Remediation Cost | *Table 1:* |
| 2.0 | Assessment | 2-1 |
|  | 2.01 Site Visit | 2-1 |
|  | 2.02 Building Review | 2-1 |
|  | 2.03 Property Information | 2-2 |
|  | 2.04 Building History | 2-2 |
|  | 2.05 Site Assessment | 2-3 |
|  | 2.06 Mold Assessment | 2-5 |
|  | 2.07 Roof Assessment | 2-15 |
|  | 2.08 Mechanical Assessment | 2-24 |
| 3.0 | General Information | 3-1 |
|  | 3.01 Purpose and Scope of Services | 3-1 |
|  | 3.02 Report Tense | 3-1 |
|  | 3.04 Opinion of Cost | 3-1 |
|  | 3.05 Interviews | 3-2 |
|  | 3.05 Documents | 3-3 |

APPENDICES

| APPENDIX A: | Wing Designation Drawing |
|---|---|
| APPENDIX B: | Fungal and Biological Laboratory Results |
| APPENDIX C: | Temperature, Relative Humidity, Carbon Monoxide and Dioxide Results |
| APPENDIX D: | HVAC Observations and Field Notes |
| APPENDIX E: | Opinion of Cost Tabulation |

# GENERAL

A remediation evaluation/assessment was performed by EFI at the Besteiro Middle School and Aiken Elementary School located on Southmost Road, in Brownsville, Texas on November 19-22, 2002 and December 4-5, 2002. The assessment was authorized by the Law Office of Miguel A. Saldana. The scope of work includes a mold/water damage assessment, roof assessment, mechanical assessment, site assessment, and an opinion of remediation cost.

Besteiro Middle School is a 2-story middle school containing approximately 159,000 square feet, originally built circa 1994. Aiken Elementary School is a 2-story elementary school adjacent and connected to Besteiro Middle School containing approximately 85,000 square feet, originally built circa 1996. The original construction documents for both schools depicts classrooms, administrative areas, counseling and nurses rooms, gymnasium and locker rooms, band and instrument storage rooms, cafetorium, and shared kitchen and library facility, and support areas.

For purposes of this report the schools are referred to as "the facility" and/or separately by their names. To better understand the data collected, In order to present the data in a systematic manner, the facility was divided into eight sections. For the purpose of this report the sections will be referred to as "Wings A, B, C, D, E, F G, and H." Refer to Appendix A, Wing Designation Drawing.

# SITE ASSESSMENT

Our review of the main entrance courtyard drainage at Besteiro Middle School indicates that it is inadequately sloped toward the front sidewalk, where area drains are located, and that the existing courtyard is sloped in one plane only. The slope of the underground PVC piping connecting to the area drains at the front sidewalk is inadequate to remove water from the main entrance courtyard. Our review of the back courtyard drainage at Besteiro Middle School and Aiken Elementary School indicates that the courtyards are inadequately sloped toward the drainage sump pits located in the existing courtyards. Also, the paved concrete is too high compared to the elevation of the concrete floor slabs of the surrounding building areas. The condition and slope of the underground PVC pipe connecting the area drainage pits to the lift station located in the back courtyard of Aiken Elementary appears to be adequate to remove water from the back courtyard.

We recommend installing four drainage sump pits equally spaced in the main entrance courtyard of Besteiro Middle School draining into 8-inch underground PVC pipes. We recommend re-paving and sloping the main entrance courtyard in two planes into the four drainage sump pits and draining to a new 5-foot deep lift station discharging to the parking area.

We recommend installing two area drainage sump pits equally spaced in each of the back courtyards draining into the existing 12-inch underground PVC pipes that are currently routed to the lift station. The back courtyards are recommended for re-paving and sloped in two planes toward the four drainage sump pits.

# MOLD ASSESSMENT

EFI obtained viable airborne (bioaerosol) samples, and Air-O-Cell airborne samples, a bulk material sample and tape lift samples from various areas within the schools. In addition to the samples collected inside, Air-O-Cell airborne and viable airborne biological samples were also obtained from outside of the schools, to provide a "baseline" for comparison to the results of the interior samples collected.

The results of the biological sampling and field observations conducted at Besteiro Middle School and Aiken Elementary School indicate that fungal contaminants are present in several of the areas tested and

that visible mold/water damage is present on select building components, furnishings, supplies and equipment.

Based on the results of our sampling and observations, it is recommended that all porous water/mold damaged building components (gypsum board ceilings, ceiling tiles, pipe insulation, gypsum board walls, etc.) should be removed to 18" beyond any visible water/mold damage and be disposed of. Following the removal of the porous water/mold damaged building components, equipment and supplies, all remaining non-porous interior finishes, furnishings, equipment, and supplies should be cleaned and sanitized with an Environmental Protection Agency (EPA) registered biocide (such as Biocide International's Oxine) approved for such use.

## ROOF ASSESSMENT

The schools are composed of a total of 23 separate roof areas that are typically divided by rise walls and parapet walls. The existing roofs currently include a built-up roof membrane at Besteiro Middle School, and a built-up roof system with a granule-surfaced modified bitumen cap sheet at Aiken Elementary and Wing A of Besteiro Middle School.

The roof membrane systems serving both schools were observed to be in generally good condition; however, several potential sources of water infiltration were observed, including the following: blocked roof drain strainers, cracked mortar joints between precast concrete copings at parapet walls, cracks and discontinuities at parapet/parapet and parapet/rise wall intersections, deteriorated sealant at wall expansion joints and metal counter flashing assemblies, discontinuities at base flashing materials, and pipe supports and abandoned equipment bearing on aggregate surfacing. It is recommended that these conditions be repaired to minimize the future potential for water infiltration and manifestation of mold inside the buildings.

## MECHANICAL ASSESSMENT

Besteiro Middle School is provided with single zone, packaged, roof mounted, heating and cooling units (RTUs) that serve all areas of the school. A large number of the RTUs have thermostats that are not calibrated and are attempting to control room temperatures in a range of 3 to 5 degrees below or above the setpoint. In many cases, measured room temperatures were in the range of 68 to 72 degrees F and relative humidity in the range of 55 to 62 percent. We found that the air handling components of the RTUs including cooling coils, drain pans, and insulated conditioned air sections contain moderate to heavy deposits of dust, debris, and accumulations of possible mold that is affecting the performance of the RTUs. Outside air ventilation rates were observed and measured to be less than the design quantities. Conditioned air quantities delivered by the RTUs were measured and found to be significantly below and above the design air quantities in a number of cases. As compared to industry design benchmarks, many of the RTUs serving the classrooms and administrative areas are somewhat oversized for the anticipated cooling demands. Consequently, the units that are oversized do not operate a sufficient number of hours to adequately control room temperature and relative humidity.

It is recommended that certain RTUs be removed and the supply air duct systems in the classrooms and administrative areas be re-configured to match the anticipated cooling demands. It is also recommended that dedicated outside air pre-heating, pre-cooling and dehumidifying RTUs be installed to provide ventilation air to these areas. It is recommended that the wall thermostats of all RTUs be replaced with electronic wall sensors calibrated and maintained at 74 degrees F and that all RTUs be interfaced with the Trane energy management system that is installed at Aiken Elementary School. All remaining RTUs should be cleaned to remove dust, debris and accumulations of possible mold and treated with a biocide.

DRAFT - FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Following cleaning and sanitizing, it recommended the remaining RTUs per repaired and re-commissioned for re-use. An alternative to cleaning, sanitizing, repairing and re-commissioning the remaining RTUs, is to install new RTUs. The current age of the existing RTUs is approximately 8 years and the estimated remaining useful life of these RTUs is approximately 6 to 8 years. In this alternative, the outdoor condenser coils, casing exterior, indoor evaporator coils, and condensate drain pans would be coated with an air-dry phenolic coating to extend the life of the new RTUs. The anticipated additional cost of this alternative compared to the cost of cleaning, sanitizing, repairing and re-commissioning the remaining RTUs included in Table 1 above is approximately $288,702. It is recommended that the RTUs serving the boy's and girl's locker rooms be replaced with RTUs capable of providing 100 percent outside air for room heating, cooling and ventilating. It is recommended that a complete air balance at each of RTU be conducted to provide outside air and conditioned air to design conditions and the building at a net positive indoor air pressure.

Aiken Elementary School is provided with single zone, packaged, ceiling mounted, fan coil units utilizing chilled water for cooling and duct mounted electric heaters for heating. We found a large number of the fan coil units which have wall temperature sensors that are not calibrated, or are broken, and are attempting to control room temperatures in a range of 3 to 5 degrees below or above the setpoint of the wall mounted temperature sensor. In many areas of Aiken Elementary School, measured room temperatures were in the range of 68 to 72 degrees F, and relative humidity in the range of 55 to 62 percent. Fan coil units including cooling coils, drain pans, and insulated conditioned air sections were found to contain moderate to heavy deposits of dust, debris, and accumulations of possible mold that was affecting the performance of the fan coil units. Ceiling mounted fan coil units provide pre-heated or pre-cooled outside air for ventilation of the classrooms and administrative areas. The ceiling mounted fan coil units providing pre-conditioned outside air supply ductwork connecting to other fan coil units serving the classrooms and administrative areas. It was generally observed, and measured, that the quantities of ventilation air were found to be less than the design air quantities. Also, conditioned air quantities delivered by the fan coil units were measured and found to be significantly below or above the design air quantities in a number of cases. A review of the chilled water piping reveals that the piping has corroded behind the insulation in a number of areas leading to possible mold growth due to sweating. Further, due to leaks, chilled water flowing in the piping system is heavily corroded and contains air. Compared to industry design benchmarks, many of the fan coil units serving the classrooms and administrative areas are oversized for the anticipated cooling demands and consequently do not adequately control room temperature or relative humidity.

It is recommended that the chilled water flow rates and conditioned air quantities of the fan coil units serving the classrooms and administrative areas be rebalanced to match the anticipated cooling demands. It is also recommended that dedicated outside air pre-heating, pre-cooling and dehumidifying air handling units be installed to provide outside air ventilation to these areas. It is recommended that the fan coil units and RTU's be cleaned to remove dust, debris, and accumulation of possible mold and biocide treated. Replacing the existing steel chilled water piping with copper and flushing the chilled water piping system, including fan coil units to remove corroded materials and debris is recommended. Repairing and re-calibrating the differential pressure control valves to stabilize chilled flows in the piping system is recommended. Repairing and replacing the chilled water control valves at all fan coil units is recommended. With respect to controls, it is recommended that the wall mounted temperature sensors be replaced or recalibrated and that the de-humidification cycle at each fan coil unit be changed to provide reheat. We recommend that wall sensors be maintained at 74 degrees F by the existing Trane energy management system.

DRAFT: FOR REVIEW ONLY
Privil~ 1 – Attorney / Client Work Product

## Table 1
## Opinion of Remediation Cost
### Besteiro Middle School and Aiken Elementary School

| Description | Item | Opinion of Cost |
|---|---|---|
| *Hard Cost* | *Site Remediation* | $295,273 |
| | *Mold Remediation* | $1,124,119 |
| | *Roof Remediation* | $242,309 |
| | *Mechanical Remediation* | $2,184,620 |
| | **TOTAL HARD COST EXPENDITURES** | **$3,846,322** |
| *Soft Cost* | *A/E Design Fee* | $346,169 |
| | *A/E Construction Management Fee* | $115,389 |
| | *Mold Management Fee* | $96,158 |
| | *Change Order Contingency* | $384,632 |
| | *Miscellaneous Survey Fee* | $38,463 |
| | **TOTAL SOFT COST EXPENDITURES** | **$980,811** |
| | **TOTAL HARD & SOFT COST EXPENDITURES** | **$4,827,133** |

DRAFT! FOR REVIEW ONLY
Pr...ged – Attorney / Client Work Product

## 2.01 Site Visit

Mr. Jeffrey A. Miller, P.E. and Mr. Don Corneau performed the site visit portion of the mechanical assessment on November 19-22 and December 4-5, 2002. Mr. Jon Baak and Mr. Chris Murray of EFI performed the site visit portion of the mold assessment on November 19-22, 2002. Mr. Brian Bonczynski of Aestimo, Inc. performed the site visit portion of the roof assessment on November 19-20, 2002. Mr. Jeffrey A. Miller, P.E. and Mr. Don Corneau performed the site visit portion of the civil site assessment on December 4-5, 2002. The weather at the time of the observations was warm and clear.

## 2.02 Building Review

For purposes of the field evaluation and reporting the schools were subdivided into various Wings. The Wings are noted as A, B, C, D, E, F, G, and H as described below. A drawing depicting the various Wings in included in the Appendix. Where appropriate the report sections are divided into sections/discussing findings and conclusions based on the Wings described below.

- Wing A is generally described as northern most corridor, Floors 1 and 2, of the Besteiro Middle School and includes Rooms 124-130 and 228-236 and associated restrooms and janitorial and storage closets. Also known as the 6th Grade Wing.

- Wing B is generally described as main building area of Besteiro Middle School and includes the building entrance and corridors, administrative offices, nurse's office, teacher's lounge, and Rooms 101-112, 117-123, 201-226, and associated restrooms and janitorial and storage closets located on Floors 1 and Floors 2.

- Wing C is generally described as the section of the building between Wing B (described above) and the Gymnasium (Wing D) and includes the locker area, teacher's lounge, and Rooms 113 and 115 and associated restrooms and janitorial and storage closets. There is no Floor 2 component associated with Wing C.

- Wing D is generally described as the Gymnasium, Boy's and Girl's locker rooms, the Band and Rehearsal Rooms and associated corridor and storage areas. There is no Floor 2 component associated with Wing D.

- Wing E is generally described as the Besteiro Middle School Cafetorium, the kitchen area and associated restrooms and storage closets. There is no Floor 2 component associated with Wing E.

- Wing F is generally described as the Media Center located between Besteiro Middle School and Aiken Elementary School. There is no Floor 2 component associated with Wing F.

- Wing G is generally described as Floors 1 and 2 of Aiken Elementary School and includes the main entrance area, the Nurse's Office, the Administration Offices, the Counselor's Office the Teacher's Lounge, Rooms B100-B112, A101-A108, C101-C108 on Floor 1, Rooms B201-B218 of Floor 2 and associated restrooms, janitorial and storage closets.

- Wing H is generally described as the Aiken Elementary School Cafetorium, Music area and associated restrooms and storage closets. There is no Floor 2 component associated with Wing H.

## 2.03 Property Information

**Site Information**
  *Land Area:*                                37.46 Acres

**Building Classification Information**
  *Building Code:*              Current............................1994 Standard Building Code

  *Occupancy:*                  Educational

  *Total Building Area:*        Area defined as approximate SF of Gross Area

| Besteiro Middle School | 159,000 |
|---|---|
| Aiken Elementary School | 85,000 |

## 2.04 Building History

**Approximate Construction Date(s):**

| Besteiro Middle School | 1993 |
|---|---|
| Aiken Elementary School & Besteiro Wing | 1995 |

  *Major Improvements Date(s):*     N/A

  *Current Owner:*                  Brownsville Independent School District

  *Architects/Designers*
    *Buildings-*                    Carroll Dusang & Rand, Inc. (Besteiro and Aiken)

  *Engineers*

    *Civil-*                        Cardenas Salcedo & Assoc., Inc. (Besteiro)
                                    Unknown (Aiken)

    *Structural -*                  Zamora Engineering (Besteiro and Aiken)

    *MEP -*                         RBM Engineering, Inc. (Aiken)
                                    Coupland Moran Engineers, Inc. (Besteiro)

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## 2.05 SITE ASSESSMENT

### 2.05.1 Scope of Services

We understand that the main entrance courtyard to Besteiro Middle School does not drain adequately causing rainwater to pond at various areas adjacent to the outside walls of the classrooms. The site assessment included a review of the main entrance courtyard at Besteiro Middle School and the adjoining back courtyards at Besteiro Middle School and Aiken Elementary School, the original construction documents, related documentation, a walk-through of the sites, observations of the site drainage and related building construction, evaluation of the results, and development of conclusions and recommendations.

### 2.05.2 Findings and Observations

a. We obtained field measurements of the main entrance courtyard and found it to be approximately 99-feet wide between classroom wings by 102-feet deep from the front sidewalk to the entrance doors or 10,000 square feet of surface area. The main entrance courtyard contains paved 4-inch thick concrete sidewalks, grassed areas and plantings, two area drainage inlets along the front sidewalk, and a canopy covering the central sidewalk between front sidewalk and entrance doors. From our field measurements, the paved concrete contained within the main entrance courtyard totals approximately 5,700 square feet of surface area. We observed that the main entrance courtyard is sloped uniformly in one plane from the main lobby to the front sidewalk at a rate of approximately 3-inches over 102-feet or about 0.25 per cent. Two 6-inch and four 4-inch roof downspouts and six roof scuppers from the surrounding roof areas drain into the main entrance courtyard. We observed two sloped drainage inlets along the front sidewalk of the main entrance courtyard that route rainwater to four 8-inch underground PVC drainage pipes below grade. From our review of the site and available documents, the routing of the underground PVC drainage piping apparently connects to the parking areas in the front of the school.

b. Reportedly, BISD maintenance personnel have experienced site water drainage problems with the back courtyards of Besteiro Middle School and Aiken Elementary School. The back courtyard at Besteiro Middle School was included in original construction circa 1994. The back courtyard at Aiken Elementary School was included and adjoined the back courtyard of Besteiro Middle School during its original construction circa 1996. The back courtyards of both schools are bordered on three sides by classrooms, library, and the respective cafetorium of each school. We understand that the back courtyards do not drain adequately, during periods of heavy rain, causing rainwater to pond at various areas adjacent to the outside walls of the classrooms, library and cafetorium of each school.

c. We obtained field measurements of the back courtyard at Besteiro Middle School and found it to be approximately 56 feet wide between classroom wings by 86 feet deep from a six foot concrete block wall to the south outside wall of the building or approximately 4,700 square feet of surface area. The back courtyard contains paved 4-inch thick concrete areas, grassed areas, concrete block planter boxes, and one central 2-foot 8-inch by 2-foot 8-inch drainage sump pit. The paved concrete is pitched slightly towards the drainage sump pit in four planes in an approximate 8-foot perimeter area surrounding the sump pit. A 12-inch underground PVC drainpipe in the base of the drainage sump pit routes rainwater to a 5-foot deep lift station located in the north side of the Aiken Elementary School back courtyard. Two roof scuppers drain into the back courtyard. From our review of the site and available documents, the lift station discharges to an 8-inch PVC underground drainpipe that is routed to a storm sewer main pipe at the west side of the property.

d.  We obtained field measurements of the back courtyard at Aiken Elementary School and found it to be
    approximately 56 feet wide between classroom wings by 108 feet deep from a six foot concrete block
    wall to the north of the courtyard to a covered sidewalk connecting the building to the cafetorium or
    approximately 5,600 square feet of surface area.  The back courtyard contains paved 4-inch thick
    concrete areas, grassed areas, concrete block planter boxes, and one central 1-foot 4-inch by 2-foot 8-
    inch drainage sump pit.  The paved concrete is pitched slightly towards the drainage sump pit in four
    planes in an approximate 8-foot perimeter area surrounding the sump pit.  An 8-inch underground PVC
    pipe in the base of the drainage sump pit routes rainwater to the lift station located in the back
    courtyard of Aiken Elementary School.  Two 6-inch downspouts and three roof scuppers drain into the
    back courtyard from surrounding roof areas.

## 2.05.3  Conclusions /Recommendations

Our observations identified deficient items associated with the site drainage at the identified areas of
Besteiro Middle School and Aiken Elementary School.  Based upon our experience with similar situations,
we make the following conclusions and recommendations.

a.  The main entrance courtyard of Besteiro Middle School contains 4-inch thick concrete paved
    sidewalks, grassed areas and plantings, two area drainage inlets, four 8-inch underground PVC drain
    pipes, and a canopy covering the central sidewalk between front sidewalk and the main lobby.  The
    paved concrete area contained within the main entrance courtyard totals approximately 5,700 square
    feet.  Our review of the courtyard drainage indicates that is inadequately sloped towards the front
    sidewalk where area drains are located and that the existing courtyard is sloped in one plane only.  Our
    review indicates that the slope of the underground PVC pipe connecting to the area drains at the front
    sidewalk is inadequate to remove water from the main entrance courtyard.

    i.   A recommended solution to improve drainage within the main entrance courtyard is to install
         four 16-inch by 16-inch area drainage sump pits equally spaced in the courtyard that drain into
         8-inch underground PVC pipes.  To facilitate site water drainage including the outflow of the
         roof drains, the concrete in the courtyard is recommended for re-paving and sloped in two
         planes at a 0.5 percent grade into the four 16-inch by 16-inch area drainage sump pits.  The
         drainage sump pits are recommended to be drained by 8-inch underground PVC pipes at a
         minimum slope of 0.5 percent connecting to a new 5-foot deep lift station that discharges to
         the parking area.

b.  The back courtyards of Besteiro Middle School and Aiken Elementary School contain 4-inch thick
    paved concrete areas, grassed areas, concrete block planters, and two area drainage sump pits.  The
    paved concrete area of both schools totals approximately 10,300 square feet of surface area.  Our
    review of the courtyard drainage indicates that it is inadequately sloped towards the drainage sump pits
    located in the existing courtyards.  The concrete paving is also too high compared to the elevation of the
    concrete floor slabs of the surrounding building areas.  The condition and slope of the underground
    PVC pipe connecting the area drains to the lift station located in the back courtyard of Aiken
    Elementary appears to be adequate to remove water from the back courtyards.

    i.   A recommended solution to improve drainage in the back courtyards is to install two 16-inch
         by 16-inch area drainage sump pits equally spaced in each of the back courtyards that drain
         into the existing 12-inch underground PVC pipes that are currently routed to the lift station.
         To facilitate drainage of the back courtyards, including the outflow of the roof drains, the back
         courtyards are recommended for re-paving and sloped in two planes at a 0.5 percent grade into
         the four 16-inch by 16-inch area drainage sump pits recommended.  It is recommended that the

Engineering and Fire
Investigations

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

drainage sump pits be drained by the existing 12-inch underground PVC pipes at a minimum slope of 0.5 percent connecting to the lift station.

## 2.06 MOLD ASSESSMENT

### 2.06.1 Scope of Services

The mold remediation evaluation assessment included a review of pertinent available building plans, as well as, documentation of previous water/mold related work performed at the schools; the collection of biological air and surface samples; the collection of temperature, relative humidity, carbon dioxide, and carbon monoxide measurements; the review of the general condition of the interior building finishes; and determining a recommended remediation scope of work as it relates to water/mold damage based on information obtained.

### 2.06.2 Previous Reports, Data and Information Reviewed

Based on a review of the provided documents it appears that BISD retained Assured Indoor Air Quality (Assured) of Dallas, Texas, to conduct an Indoor Environmental Survey Study of Aiken Elementary School. Assured prepared and distributed survey forms to the staff of Aiken Elementary School. It appears that their survey conclusions suggest "a building with a high probability to negatively impact the well-being of occupants." No air sampling or material testing was performed as part of Assured's evaluation. Additionally, no other information prepared by Assured was included as part of our document review.

The second report reviewed indicates that Ambiotec Environmental Consultants, Inc. of Harlingen, Texas was retained by BISD's counsel to evaluate the potential mold contamination in the Besteiro Middle School and Aiken Elementary School. The results of their testing and observations suggests that air sampling did not indicate widespread airborne mold concentrations, however, surface samples indicated the presence of visible microbial growth on gypsum board walls and ceilings in both schools, and pipe insulating materials in Aiken.

### 2.06.3 Sampling Methods Employed

Indoor fungal aerosol concentrations significantly higher than then the laboratory guidelines or the outdoor fungal aerosol concentrations, indicates that indoor mold growth may be occurring. If air sampling confirms the presence of one or more fungal genera present indoors and not similarly present in outdoor air samples, it suggests that there may be a reservoir of fungal growth indoors, especially if the fungal concentrations are high. This condition is also termed amplification. The presence of fungal genera in indoor air samples that indicate elevated moisture conditions, such as, but not limited to *Aureobasidium, Chaetomium, Fusarium, Trichoderma, Stachybotrys, Ulocladium*, as well as, some species of *Aspergillus* and *Penicillium* suggests that amplification of fungal growth may be occurring.

### a. Bioaerosol (Viable) Airborne Sampling

Sampling for viable airborne molds was performed using a variation of the American Conference of Governmental Industrial Hygienist (ACGIH) sampling protocol and analytical procedure for bioaerosols. This protocol outlines procedures for collecting and quantifying airborne molds and bacteria in Colony Forming Units per cubic meter of air ($Cfu/M^3$). All fungal growth (viable data) is enumerated as colony forming units (Cfu) per cubic meter of sampled air ($Cfu/M^3$). The term Cfu is

AFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

used because it is unknown what the amount of fungal material was present that resulted in a single colony. For viable samples the recommended guidelines suggest levels below 500 $Cfu/M^3$ Total Mold or levels for individual mold organisms (such as *Aspergillus, Penicillium, Aureobasidium, Chaetomium, Fusarium, Trichoderma, Stachybotrys, and Ulocladium*) be less than 50 $Cfu/M^3$) or comparison of indoor air sampling to outdoor air sampling results. Analysis of the results of fungal sampling is difficult because there are no published health standards that define how much biological material is unhealthy. As a result, interpretation of fungal air sampling is generally limited to the comparison of indoor air sampling to outdoor air sampling results. The laboratory results are shown in Appendix A.

### b. Air-O-Cell Sampling

The total fungal air samples were collected on Air-O-Cell cassettes. The Air-O-Cell cassette is a unique sampling device designed for rapid collection and analysis of a wide range of airborne particles, including fungal spores. Air samples were collected at a rate of 15 L/minute as recommended by Zefon. Indoor and outdoor samples were collected for 3 minutes. Samples are analyzed via light microscopy at 600X magnification. The results are reported as total, meaning they include both viable and Air-O-Cell fungal spores. Unfortunately, this technique does not allow for the differentiation between *Aspergillus* and *Penicillium* spores because they are morphologically identical. Additionally, the technique dose not allow for cultivation, or the identification of spores to the species level, except in a few cases. This method is used for genus determination and relative sample concentration. The laboratory results sheets are included in Appendix A.

### c. Surface Sampling – Tape Lift

The primary purpose of a tape sample is to identify mold by microscopic screening. Clear, sticky tape is gently pressed over the suspect area and placed on a microscopic slide for direct examination. The surface sample results are shown in Appendix A.

### d. Bulk Biological Sampling

Samples are analyzed via light microscopy at 600X magnification. The results are reported as total, meaning they include both viable and non-viable fungal spores. This method is used for genus determination and relative sample concentration. The laboratory results sheets are included in Appendix A.

All collected samples (air and surface) were submitted to EFI's Technical Support services Laboratories, in Kingwood, Texas for analysis.

### e. Temperature, Relative Humidity, Carbon dioxide and Carbon monoxide

Temperature, Relative Humidity, Carbon dioxide ($CO_2$) and Carbon monoxide (CO) levels were measured within facility and outside of the building (background levels) using a direct reading instrument (TSI Q-Track IAQ Monitor). Generally, the temperature and relative humidity levels are used to determine the effectiveness of the HVAC system at conditioning the space and removing moisture from the air, the $CO_2$ levels are used as a surrogate indicator of the amount of outside air supplied to a space and the CO levels are a measure of a contaminant usually associated with combustion sources. It should be noted that there was no occupancy of the buildings during our sampling.

i.   The average $CO_2$ levels within the Besteiro Middle School range from 377 ppm to 788 ppm and in Aiken Elementary School range from 381 ppm to 480 ppm during our survey. The outside ambient levels range from 370 ppm to 445 ppm. The current ASHRAE guidelines indicate that the difference between the indoor and outdoor $CO_2$ levels for schools should not exceed approximately 707 ppm, which equates to the ASHRAE recommended ventilation rate of 15 cubic feet per minute (cfm) of outside air per person. ASHRAE is the organization that provides the recommended ventilation rates (including outside air) as it relates to indoor air quality that is considered industry standard. A summary of the carbon dioxide measurements is presented in Appendix B.

ii.   Carbon monoxide (CO) levels in the areas sampled within the both Besteiro Middle School and Aiken Elementary School were below the ASHRAE referenced maximum exposure limit and ranged from 0 ppm (parts per million in air) to 2.8 ppm in Besteiro and 0 ppm to 1.0 ppm in Aiken, The ASHRAE referenced maximum exposure limit for carbon monoxide is 9 ppm. A summary of the carbon monoxide measurements is presented in Appendix B.

iii.   The temperature measured in the conditioned areas of Besteiro ranged from 68 to 75 degrees Fahrenheit in and ranged from 68 to 77 degrees Fahrenheit in Aiken. The ASHRAE recommended range is 68 to 76 degrees Fahrenheit for winter temperatures and 73 to 80 degrees Fahrenheit for summer temperatures. The humidity measured in the conditioned areas of Besteiro ranged from 38 to 69 percent relative humidity, and ranged from 33 to 61 percent relative humidity in Aiken. Once again it should be noted that there was no occupancy in the building during our survey. The elevated humidity levels will be addressed in the HVAC portion of the report. The ASHRAE recommended range is 30 to 60 percent for relative humidity. A summary of the temperature and humidity measurements is presented in Appendix B.

iv.   Ambient temperature at the time of our sampling ranged from 64 to 75 degrees Fahrenheit. The ambient relative humidity ranged from 29 to 57 percent.

## 2.06.4 Results and Observations

The general results of our observations and sampling at the facilities are as follows:

• It appears that moisture/water damage staining on building components (walls, ceilings, etc.) may be caused by roof leaks and HVAC piping leaks.

• The schools were not occupied at the time of our site visit. However, the HVAC systems are reportedly continuously operating.

• Previous mold remedial activities appear to have taken place in the Media Center connecting the two facilities and a classroom in Besteiro. However, it appears that the "build back" is not complete.

• Musty odors where observed in several areas within the schools.

• It appears that no materials, equipment or supplies were removed from the school when the schools were vacated.

• The areas of apparent roof leaks will require repair prior to the start of the mold remediation work and are discussed in detail in other sections of the report.

• Leaking/condensatating HVAC equipment/piping will require repair prior to the start of the mold remediation work and is discussed in detail in other sections of the report.

- Several mold spores were identified on viable samples collected at various locations on the interior of the school that were not identified on the ambient sample these spores include: *Chrysosporium, Curvularia, Sporothrix, Scopulariopsis*, and *Phoma*. All mold spores identified on the Air-O-Cell samples collected on the inside of the school were also identified on one of the seven ambient samples obtained.

EFI observed the general condition of the interior finishes, as they relate to visible water/mold damage. Presented below is a summary of our observations. Quantities of damaged materials are estimates only to be used for preparing the remediation cost estimates as part of this report. Refer to Appendix C for itemized listing of water/mold damaged materials.

The results of our biological sampling and observations by wing are as follows:

### Wing A

Air-O-Cell biological air samples were collected from Rooms 124, 130, 231 and 236. The samples were generally within the recommended guidelines and ranged from 213 to 426 Spores/M$^3$. The samples identified *Ascospores, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium, Myxomycetes/Rust/Smut, and hyphae.*

Viable biological air samples were randomly collected from areas within the building. Room 228 was selected in Wing A. The sample indicated that the mold level in the area sampled was 94 Cfu/M$^3$ which is considered to be within the recommended guidelines. The viable sample identified *Cladosporium and Fusarium.*

Visually observed areas and approximate quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing A – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| 127 | Water | 20sf-Gyp walls |
| Restrooms 2 | Water | 5sf-Gyp Ceiling / 5sf-Gyp Wall |
| Floor 2 Corridor | Water | 10sf Fire Rated Ceiling / 60sf Gyp. Ceiling |
| Room 235-Storage Closet | Water | 4sf-Ceiling tile |

### Wing B

Air-O-Cell biological air samples were collected from Rooms 101, 106, 111, 112, 123, 117, 204, 210, 215, 219, 226, the Floor 2 North Corridor, and the Principal's Office. The samples were generally within the recommended guidelines and ranged from "No Fungal Spores Detected" to 22,767 Spores/M$^3$.

Air-O-Cell biological air samples collected that would be considered elevated when compared to the recommended guidelines were collected from Rooms 112, 117, 123, 219, and the Principal's Office. The samples identified *Ascospores, Drechslerea/Bipolaris, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium, Myxomycetes/Rust/Smut,* and *hyphae.*

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Air-O-Cell biological air samples collected that would be considered within the normal range when compared to the recommended guidelines were collected from Rooms 101, 106, 111, 204, 210, 215, 226 and the Floor 2 North Corridor.

Viable biological air samples were collected from randomly selected areas within the building. Rooms 102, 220, the main entrance lobby, and the Administrative Office were selected Wing B. The samples results indicated that the mold levels in the area sampled ranged from 35 to 213 Cfu/M$^3$. All other fungal levels appeared to be within recommended guidelines. The viable samples identified *Cladosporium, Chrysosporium, Curvularia, Penicillium, Sporothrix, and non-sporulating Fungi.*

Surface samples (tape lift) obtained from a bar stool in Room 112, a wooden storage room door in Room 123, CMU block wall outside of Room 120, and the principal's chair and desk.

The relative spore concentration on the sample obtained from the bar stool in Room 112 would be considered "few" for *Chaetomium and Nigrospora* spores, "many" for *Scopulariopsis* spores, and "loaded" for *Penicilliun* spores.

The relative spore concentration on the sample obtained from the wooden storage room door in Room 123 would be considered "few" for *Aureobasidium* spores and "many" for *Aureobasidium* spores.

The relative spore concentration on the sample obtained from the CMU block wall outside of Room 120 would be considered "few" for *Chaetomium* spores and "loaded" for *Penicillium* and *Scopulariopsis* spores.

The relative spore concentration on the sample obtained from the Principal's desk and chair in the Principal's office would be considered "many" for *Cladosporium* spores and "loaded" for *Aspergillus, Penicillium* and *Scopulariopsis* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing B – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| 102 | Water | 75sf Fire rated ceiling |
| 112 | Water/Mold | 50sf Fire rated ceiling / 225sf Ceiling plenum/ 15 Cloth chairs |
| 119 | Mold | 12 Desks |
| 120 | Water | 10sf Ceiling tile |
| 123 | Mold | 27 Desks |
| Corridor B | Water/Mold | 30sf – CMU block |
| Corridor C | Water/Mold | 330sf - CMU block |
| Counseling Office | Water/Mold | 10sf - Ceiling tile |
| Nurse Office | Water | 10sf Ceiling tile |
| Office | Water/Mold | 19ea - Chairs / 2 – Desks / 2 - Office Carts / 3 Doors |
| 201 | Water | 20sf Fire rated ceiling |
| 202 | Water | 20sf Fire rated ceiling / 30sf Ceiling tile /Roof leak |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

| Wing B – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| 208 | Water | 120sf Fire rated ceiling / 120 sf ceiling tile / 10-1'x4' Wood shelves |
| 209 | Water/Mold | 60sf Fire rated ceiling / 25sf ceiling tile |
| 210 | Water | 5lf Roof drain pipe |
| 213 | Water | 10sf - Fire rated ceiling/ 8sf -Ceiling tile |
| 215 | Water | 20sf - Fire rated ceiling |
| 217 | Water | 4 sf - Ceiling Tile |
| 220 | Water/Mold | 10sf - Fire rated ceiling / 10sf - Ceiling tile |
| 222 | Water/Mold | 20sf - Fire rated ceiling / 10sf - Ceiling tile |
| SW Custodian Room | Water | 4sf - Ceiling tile / 5lf - pipe insulation |
| SW Teacher's Lounge | Water/Mold | 20sf - Ceiling tile/ 20sf - HVAC Duct/ Refrigerator |

## Wing C

An Air-O-Cell biological air sample was collected from the central locker room area. The sample was generally within the recommended guidelines and indicated a result of 213 spores/M$^3$. The sample identified *Ascospores, Basidiospores,* and *Penicillium/Aspergillus-like* spores.

One bulk ceiling tile sample was obtained from Room 113. The analytical results indicated the sample was "loaded" with *Cladosporium* spores. The bulk sample taken was from areas of visible water/mold damage observed on the ceiling tile.

Visually observed areas and approximate quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing C – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| 113 | Water/Mold | 50sf Fire rated ceiling / 225sf Ceiling plenum |
| 115 | Mold | One Couch |
| Lockers Area/ Central Corridor | Water/Mold | 150sf-Gyp ceiling |

## Wing D

Air-O-Cell biological air samples were collected from the Band and Rehearsal Rooms. The samples would be considered elevated when compared to the recommended guidelines and

AFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

ranged from 3,146 to 37,750 Spores/M$^3$.  The Air-O-Cell samples identified Ascospores, *Scopulariopsis*, *Drechslera/Bipolaris*, *Penicillium/Aspergillus-like*, *Cladosporium*, *Myxomycetes/Rust/Smut*, and *hyphae*.

Surface samples (tape lift) obtained from a piano in Rehearsal Room.  The relative spore concentration on the sample obtained from the piano would be considered "few" for *Cladosporium* spores, "many" for *Scopulariopsis* spores and "loaded" for *Penicillium* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing D – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Gym/Locker Rooms | Water/Mold | 20sf - Gyp ceiling / 20sf - Fire rated ceiling |
| Band Corridor | Water/Mold | 20sf - Fire rated Ceiling / 8lf – Pipe |
| Band Wing | Water | 200sf - Fire rated ceiling |
| Rehearsal Hall | Water/Mold | 10sf - Fire rate ceiling / 2 - Ceiling tiles / 1 – Piano |

## Wing E

A viable biological air sample was collected from the Cafeteria area.  The sample indicated a mold level in the area sampled of 189 Cfu/M$^3$.  The analytical result of the sample indicated a *Penicillium* level of 59 Cfu/M$^3$.  Typically this would be considered slightly elevated for the screening method utilized.  However, the ambient sample result indicated a level of 524 Cfu/m$^3$ for total mold and 128 Cfu/M$^3$ for *Penicillium*, which would suggest there was no amplification of *Penicillium* spores in the area tested.  All other fungal levels appeared to be within recommended guidelines.  The viable sample identified *Aspergillus, Aspergillus niger, Cladosporium, Penicillium, and non-sporulating Fungi*.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing E – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Cafeteria | Water/Mold | 200sf - Ceiling tile |
| Kitchen Area | Water | 100sf - Ceiling tile |

## Wing F

Remediation had reportedly been performed within this area, consequently, no viable or Air-O-Cell airborne mold samples were obtained.

## Wing G

Air-O-Cell biological air samples were collected from Rooms B100, A101, A102, B104, B111, C101, C107, B201, B206, B211, B217 and the Administration Office. The samples ranged from 106 to 4,852 Spores/M$^3$.

Air-O-Cell biological air samples collected that would be considered within the normal range when compared to the recommended guidelines were collected from Rooms B100, B104, B111, C101, B201, B206, B211, B217 and the Administration Office.

The samples collected that would be considered elevated when compared to the recommended guidelines were collected from Rooms A101, A102, and C107. The samples identified *Ascospores, Nigrospora, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium,* and *hyphae.*

Viable biological air samples were collected from randomly selected areas within the building. Rooms A108, C108, B206, B211 and the main entrance lobby were selected Wing G. The samples results indicated that the mold levels in the area sampled ranged from 24 to 295 Cfu/M$^3$. The analytical result of the sample indicated a *Penicillium* levels of 82 Cfu/M$^3$ in the sample obtained from Room C108. Typically this would be considered slightly elevated for the screening method utilized However, the ambient sample result indicated a 524 CFM/m$^3$ for total mold and 128 Cfu/M$^3$ for *Penicillium*, which would suggest there was not amplification of *Penicillium* spores in the area tested. All other fungal levels appeared to be with in laboratory guidelines. The viable samples identified *Aspergillus, Cladosporium, Chrysosporium, Penicillium, Scopulariopsis,* and non-sporulating Fungi.

Surface samples (tape lift) obtained from inside the wall cavity in Room B211, from the fire rated ceiling in Room B214, from a window sill in Room C101 and from the condenser water pipe insulation in Corridor B (Floor 1).

The relative spore concentration on the sample obtained from the inside the wall cavity in Room B112 would be considered "loaded" for *Nigrospora* spores.

The relative spore concentration on the sample obtained from the gypsum board fire rated ceiling in Room B214 would be considered "loaded" for *Dreschlera* spores.

The relative spore concentration on the sample obtained from the windowsill in Room C101 would be considered "loaded" for *Aspergillus* and *Cladosporium* spores.

The relative spore concentration on the sample obtained from the pipe insulation in Corridor B would be considered "loaded" for *Stachybotyrs* spores. Whenever *Stachybotyrs* spores are identified on a sample, remediation is typically recommended.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| A101 | Water/Mold | 25sf - Gyp. Walls / 2 –Student desks / 2 - Door frames |
| A102 | Water/Mold | 10sf - Gyp. Ceiling / 100sf - Gyp Walls / 5sf Fire rated ceiling / 1 – Chair |
| Admin. | Water/Mold | 150sf - Fire rated ceiling / 150sf - Ceiling tile / 1 – Chair |

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**

**Privileged – Attorney / Client Work Product**

EFI
Engineering and Fire
Investigations

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Office | | |
| B102 | Water/Mold | 120sf - Gyp. Wall / 1,100sf – Carpet |
| B105 | Water/Mold | 100sf - Ceiling tile |
| B111 | Water/Mold | 10sf - Fire rate ceiling / 10sf - Ceiling tile / 1 - Light lense |
| B112 | Water | 10sf - Fire rated ceiling / 4-Desks / 4cf - Books, paper, etc. |
| B201 | Water/Mold | 80sf - Ceiling tile / 20lf HVAC pipe |
| B202 | Water/Mold | 240sf - Fire rated ceiling |
| B204 | Water | 30sf - Gyp. Wall / 100sf – Fire rated ceiling |
| B207. | Water | 5lf - Roof drain pipe |
| B210 | Water/Mold | 100sf - Fire rated ceiling / 100sf - Ceiling tile |
| B211 | Water/Mold | 40sf - Ceiling tile / 2 - Computers / 1- Desk |
| B212 | Water/Mold | 100sf - Fire rated ceiling |
| B213 | Water/Mold | 40sf - Gyp. Walls / 50sf stained floors |
| B214 | Mold/Water | 100sf - Fire rated ceiling |
| B215 | | |
| B216 | Mold/Water | 100sf - Fire rated ceiling |
| B217 | Water | 20sf - Ceiling tile / 50sf - Stained floor tile |
| B218 | Water/Mold | 100sf - Fire rated ceiling |
| C101 | Water/Mold | 20sf - Gyp Walls / 100sf - Fire rated ceiling / 2 - metal doors & door frames and 2 - metal window frames |
| C102 | Water/Mold | 20sf - Gyp Walls / 2 - metal doors & door frames and 2 – metal window frames |
| C103 | Water/Mold | 100sf - Fire rated ceiling |
| C104 | Water/Mold | 10sf - Fire rated ceiling |
| C105 | Water/Mold | 20sf - Gyp Walls / 100sf - Fire rated ceiling / 2 - metal doors & door frames and 2 - metal window frames |
| C106 | Water/Mold | 20sf - Gyp Walls / 2 - metal doors & door frames and 2 – metal window frames |
| C107 | Water/Mold | 100sf - Fire rated ceiling |
| Corridor A | Water/Mold | 320lf - 12" pipe / 160lf - 8" pipe |
| Corridor B & C (South) | Water/Mold | 250lf - 8"pipe / 250lf - 12" pipe |
| Corridor B (North) | Water/Mold | 180lf - 8" pipe / 180lf - 12"pipe |
| Counselor's Office | Water/Mold | 100sf - Fire rated ceiling |
| Floor 2 - Lobby | Water/Mold | 300sf - CMU wall / 265sf Ceiling tile |
| North Stairs | Water/Mold | 100sf - Gyp. Ceiling |

RAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Nurse's Office | Water | 10sf - Stained ceiling tile |

## Wing H

An Air-O-Cell biological air sample was collected from the Cafeteria area. The sample indicated an airborne mold level of 1,546 Spores/M$^3$, which is within recommended guidelines. The sample identified *Scopulariopsis* and *Penicillium/Aspergillus* spores.

A surface sample (tape lift) was obtained from a folding lunch table in the Cafetorium. The relative spore concentration on the sample would be considered "loaded" for *Aspergillus* and *Penicillium* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Cafeteria | Water/Mold | 200sf - Ceiling tile / 500sf Floor tile / 30ea. - Cafeteria tables |

## 2.06.10 Conclusions/Recommendations

The results of the field observations, the viable bioaerosol, Air-O-Cell, bulk material, and surface tape lift sampling conducted at Besteiro Middle School and Aiken Elementary on November 19, 20, 21 and 22, 2002 indicate fungal contaminants are present in areas tested.

The viable bioaerosol samples indicated that levels in the areas sampled were generally within laboratory recommended guidelines for total mold and range from 35 to 213 Cfu/M$^3$ at Besteiro, and 24 to 295 Cfu/M$^3$ at Aiken. The primary airborne contaminants identified include *Aspergillus, Chrysoporium, Cladosporium, Curvularia, Penicillium, Sporothrix, Phoma, Fusarium, and non-sporulating fungi.*

The Air-O-Cell samples considered to be elevated when compared to the recommended guidelines were collected in Room 112 (10,292 spores/ m$^3$), the Band Room (3,146 spores/M$^3$), the Rehearsal Hall (37,750 spores/M$^3$), Room 123 (22,767 spores/M$^3$), Room 117 (4,266 spores/M$^3$), and the Principal's Office (19,355 spores/M$^3$) in Besteiro and A101 (4,852 spores/M$^3$), Room C107 (3,199 spores/M$^3$) in Aiken. The primary airborne contaminants identified include *Alternaria, Aspergillus/Penicillium, Chaetomium, Cladosporium, Curvularia, Drechslera/Bipolaris Group, Epicoccum purpurascens, Myxomycetes/Rust/Smut, Nigrospora, Scopulariopsis, Tetraploa, Torula, Ascospores, Basidiospores, and Hyphal Fragments.*

Additionally, samples collected in Room A102, was below the recommended level of 2000 spores/M$^3$, however, each sample was found to have a individual mold organism (*Aspergillus/Penicillium*) level

Case 1:03-cv-00109   Document 20   Filed in TXSD on 06/09/2003   Page 54 of 183
RAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

greater than 650 spores/$M^3$, therefore would also be considered elevated when compared to the laboratory recommended guidelines.

Tape lift samples obtained from various surfaces within each of the facilities indicated the following molds were identified on the samples collected *Chaetomium, Nigrospora, Penicillium, Scopulariopsis, Aureobasidium, Cladosporium, Aspergillus, Stachybotrys, Dreschlera,* and *Phoma.*

One bulk ceiling tile sample was obtained from Room 113 of Besteiro Middle School. The analytical results indicated the sample was "loaded" with *Cladosporium* spores. The bulk sample taken was from areas of visible water/mold damage observed on the ceiling tile.

Based on the results of our sampling and observations, all porous water/mold damaged building components (gypsum board ceilings, ceiling tiles, pipe insulation, gypsum board walls, etc.) should be removed to 18" beyond any visible water/mold damage and be disposed of. Following the removal of the porous water/mold damaged building components, equipment and supplies, all remaining non-porous interior finishes, furnishings, equipment, and supplies should be cleaned and sanitized with an Environmental Protection Agency (EPA) registered biocide (such as Biocide International's Oxine) approved for such use. The current HVAC system remediation related to mold will be covered in the Mechanical Assessment section of this report.

## 2.07 ROOF ASSESSMENT

### 2.07.1 Scope of Services

The purpose of this Roof Condition Assessment is to observe and document readily visible roofing materials and systems, and to identify defects and deficiencies which might significantly affect the integrity of the system to prohibit water infiltration. Recommendations are provided for observed deficiencies.

Our services for this project have included the following:
- Review of existing project drawings.
- Interviews with personnel familiar with the facility.
- Fieldwork to review and document general condition of the roof, roof-mounted appurtenances, existing leaks and existing deficiencies.
- Evaluation of the existing roof system and alternatives for corrective action.

### 2.07.2 Interviews

Mr. Vasquez of Brownsville Independent School District provided the following information:

- There are no current active leaks at either Aiken Elementary or Besteiro Middle School.

- Shortly after Aiken Elementary was completed, persistent roof leaks occurred in the corridor at the intersection of the Wing A addition and the north wall of the original Besteiro Middle School.

- New cementitious drop ceiling tiles were recently installed at Aiken Elementary School.

- Damaged ceiling tiles and evidence of previous water on the vinyl floor within the Aiken Elementary Cafetorium are the result of rooftop mechanical unit and are not a result of a roof leak. Reportedly, the water damage within this room was not associated with a rain event.

AFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

### 2.07.3 Results and Observations

The subject facility is comprised of two campuses: Besteiro Middle School and Aiken Elementary School. The facility includes a total of 23 separate roof areas that are typically divided by rise walls or parapet walls. The existing roofs on the facility currently include a built-up roof membrane at Besteiro Middle School and some type of built-up roof system with a granule-surfaced modified bitumen cap sheet at Aiken Elementary School and Wing A serving Besteiro Middle School.

Each roof area of the facility under consideration was observed and the existing systems and components were assessed. The following sections provide brief descriptions of the roof systems assessed, a list of observed conditions, including deficiencies, our general assessment of the roof areas, and recommendations for corrective action, if any. The following summarizes general information related to the existing roof membrane systems at the subject school:

*Structural Framing:*    CMU walls supporting open web steel joists

*Roof Deck:*    Metal deck.

*Roof Slope:*    Based on visual observations, greater than 1/4 in/ft.

*Insulation:*    Per drawings, specified as 1 ½ inch rigid

*Membrane Type:*    Besteiro MS:
     Multi-ply built-up roof with aggregate surfacing.
    Aiken Elementary:
     Assumed to be 1 or 2 plies of base felts with a granule
     surfaced modified bitumen cap sheet.

*Manufacturer:*    Information not provided.

*Age:*    Besteiro MS:  7 years (original)
    Aiken Elementary:  6 years (original)

*Bitumen/Adhesive:*    Asphalt

*Attachment:*    Besteiro MS:
     Roof Membrane:  Hot asphalt to rigid insulation.
     Rigid Insulation:  Mechanical fasteners to metal deck
    Aiken Elementary:
     Roof Membrane:  Hot asphalt or torch applied to rigid
     insulation
     Rigid Insulation:  Mechanical fasteners to metal deck

*Surfacing:*    Besteiro MS:  Aggregate surfacing embedded in hot asphalt
    Aiken Elementary:  Granule-surfaced modified bitumen

---

RAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

In general, the following conditions were observed:

**Besteiro Middle School:**

a.  A multi-ply asphalt built-up roof system with aggregate surfacing was observed at the roof areas serving Besteiro Middle School.  However, a granule-surfaced modified bitumen cap sheet is provided at Wing A, which was an addition when Aiken Elementary was constructed.

b.  Roof penetrations are typically limited to plumbing vent stacks, HVAC mechanical curbs, exhaust fans, and roof expansion joints.

c.  Besteiro Middle School is divided into six wings (Wing A – Wing F) and a total of 13 separate roof areas, each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

d.  Drainage for each roof area is accomplished by sheet flow to internal roof drains.   The following summarizes our observations regarding roof drainage.

   i.   Roof drains are typically provided at the perimeters of the individual roof areas.
   ii.  Through-wall overflow scuppers are generally provided near each roof drain.
   iii. Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
   iv.  Evidence of ponding water was observed in an isolated area near the southwest corner of Wing C.  It appears that within this isolated area, water ponds between the parapet wall and the curb-mounted HVAC unit.
   v.   Roof drains generally appeared to be in good condition.  However, debris has blocked or partially blocked the strainers above the Gymnasium, Cafetorium, Kitchen, Media Center and Wing A.  Evidence of ponding water was generally observed adjacent to blocked roof drains.
   vi.  No through-wall scupper is provided adjacent to the drain at the northeast corner of the cafeteria, which allows a significant amount of water to pond within this area.
   vii. One damaged strainer was observed on the west side of Wing C.  This strainer should be replaced to prevent debris from obstructing the drainpipe.

e.  The perimeter roof areas are typically bound by parapet walls or rise walls.  The following summarizes our observations regarding the parapet/rise walls.

   i.   Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.
   ii.  The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the gymnasium and the southwest corner of the kitchen.
   iii. Cracked mortar joints were observed at the concrete coping joints throughout the facility.  "Band-aid" sealant joints were observed at many of the mortar joints.  The sealant was typically observed to be in poor condition.
   iv.  Expansion joints are regularly spaced in the masonry parapet and rise walls.  At many locations, non-uniform sealant depth was observed.  In addition, the sealant material was observed to generally be in poor condition, with missing sealant material observed in several locations including near the northeast corner of the cafetorium, southeast corner of the gymnasium, and southwest corner of Wing B.
   v.   Wall expansion joints are not continuous through the precast concrete copings.  As a result, the coping restrains movement at the top of the wall; however, no obvious evidence

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

of damage resulting from restrained movement was observed at the coping or parapet walls.

    vi.    Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations including the following: southeast corner of gymnasium, northwest corner of Room 209, northeast corner of Room 213, and Wing C.

f.    Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:

    i.    Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.

    ii.    Remedial application of sealant at the top of the counter flashing and counter flashing lap joints was observed along the east side of Wing C. It appears that the remedial sealant was applied to address specific leak locations.

    iii.    An open seam in the metal counter flashing was observed at the northwest corner of the mechanical room behind the cafetorium.

    iv.    Remedial application of sealant was observed at the lap joints of the metal counter flashing throughout the facility. Observed locations included the east wall of Wing C, near the southwest corner of Room 209, northeast corner of Room 213, and above the north-south corridor in Wing B. The sealant at many locations was noted to be in poor condition and discontinuous.

g.    Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashing serving the facility was generally observed to be in good condition; however, splits and/or discontinuities were observed at lap edges or corners in isolated areas at the perimeter of Wings A and B. In addition, discontinuities and/or open seams were observed at a number of HVAC curb locations.

h.    In general, the roof membrane was generally observed to be in fair to good condition and the following observations were made with regard to the roof membrane:

    i.    The aggregate surfacing was generally observed to be evenly distributed with adequate coverage; however, isolated bare areas with exposed flood coat and membrane were observed at Wings B, D, and E.

    ii.    A roof blister was observed near the roof drain at the northeast quadrant of Wing B.

    iii.    Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.

j.    Roof expansion joints are provided at Wings B and C. Application of remedial sealant was observed at most of the locations where the roof expansion joint terminates at the parapet wall. In addition, sealant has been remedially applied on the pre-formed expansion joint membrane and the counter flashing material at regular intervals on the joints serving Wing B.

k.    Rooftop pipes serving the HVAC equipment are typically supported by preformed pipe supports. At Wings B, D, E and F, the pipe supports were typically observed to bear directly on the aggregate surfacing, which increases the possibility of membrane puncture. Missing or damaged pipe supports or piping not bearing on pipe supports were also observed at Wings B, D and F.

l.    Abandoned equipment and debris, such as pipe, mechanical equipment, and construction debris, was observed on the roof areas throughout the facility.

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

m. The antenna mounted above the kitchen is improperly flashed into the roof membrane. No flashing is provided at the base and the supports appear to be attached directly to the roof membrane. Membrane damage at the supports is a potential source for water infiltration.

n. A damaged exhaust fan was observed at Wing B above the Nurse's Office that should be repaired to limit the possibility of water infiltration at this roof penetration.

o. Two skylights are provided at Wing C. Remedial application of sealant material was observed at the perimeter each skylight unit.

p. No active roof leaks were reported; however, stained gypsum board or ceiling tiles were observed at the following locations:
    i.   Room 208 Storage Room - intersection of Wing A addition and original Besteiro Middle School construction.
    ii.  Room 217
    iii. Room 219
    iv.  Room 220 – at roof drain
    v.   Room 222 – at HVAC unit
    vi.  Room 233 – at HVAC unit
    vii. Wing A Girls Restroom – intersection of Wing A addition and original Besteiro Middle School construction.
    viii. Skylight at 1st floor locker area
    ix.  Concourse area outside Boy's Locker Room (west side of gymnasium)
    x.   Corridor outside Music Room.
    xi.  Cafetorium – north wall, east wall, and below HVAC equipment in middle of room.
    xii. Kitchen – north wall

q. Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. Reference those sections for identification of other areas of potential water infiltration.

*Aiken Elementary School:*

a. A granule-surfaced modified bitumen cap sheet is provided at Aiken Elementary School.

b. Aiken Elementary School is divided into two wings (Wing G and Wing H) and a total of 10 separate roof areas each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

c. Drainage for each roof area is accomplished by sheet flow to internal roof drains. The following summarizes our observations regarding roof drainage:
    i.   Roof drains are typically provided at the perimeters of the individual roof areas.
    ii.  Through-wall overflow scuppers are generally provided near each roof drain.
    iii. Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
    iv.  Roof drains generally appeared to be in good condition. However, debris, including vegetation growth, was observed at most of the roof drain strainers partially blocking the roof drains. Evidence of ponding water was observed adjacent to most of the roof drains.

d. The perimeter roof areas are typically bound by parapet walls or rise walls. The following summarizes our observations regarding the parapet/rise walls:
    i.   Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.

ii.    The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the cafetorium.

iii.   Cracked mortar joints were observed at the concrete coping joints throughout the facility. "Band-aid" sealant joints were observed at many of the mortar joints. The sealant was typically observed to be in poor condition.

iv.    Expansion joints are regularly spaced in the masonry parapet and rise walls. The expansion joint sealant was observed to generally be in good condition; however, mortar instead of sealant was observed in two joints serving Wing H.

v.     Wall expansion joints are not continuous through the precast concrete copings. As a result, the coping restrains movement at the top of the wall; however, no obvious evidence of damage resulting from retrained movement was observed at the coping or parapet walls.

vi.    Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations.

e.   Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:

i.     Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.

ii.    Remedial application of sealant was observed at several lap joints of the metal counter flashing throughout the facility. It is assumed that the sealant was applied in an effort to address leak locations. The sealant at many locations was noted to be in poor condition and discontinuous.

iii.   A loose lap joint was observed at Wing G, which should be addressed to prevent water infiltration behind the base flashing.

f.   Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashings serving the Aiken Elementary School were generally observed to be in fair condition. Horizontal cracks were observed in the base flashing membrane at the roof perimeters, which is typically indicative of relative movement between the roof deck and the parapet wall. The cracks provide a potential source for water infiltration. In addition, discontinuities were observed at several of the HVAC mechanical curbs.

g.   In general, the roof membrane was generally observed to be in fair to good condition. The following observations were made with regard to the roof membrane:

i.     Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.

ii.    A loose lap edge was observed in the field of the roof serving Wing G.

h.   The ceiling tiles serving Aiken Elementary School were recently replaced with a cementitious tile. Interior observations were made within limited areas of Aiken Elementary School and no water-damaged ceiling tiles were observed.

i.     Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. In general, it was reported that where evidence of water infiltration was observed within the ceiling plenum, it generally correlated with the roof perimeters. Reference those sections for identification of specific areas of potential water infiltration

**2.0 ASSESSMENT**

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

### 2.07.5 Conclusions/Recommendations

Based on our observations, discussions with personnel familiar with the facility's roof history, and experience with similar projects, the following summarizes our conclusions and recommendations concerning the roof systems at Besteiro Middle School and Aiken Elementary to minimize the potential for water infiltration:

*Besteiro Middle School:*

a. The built-up roof membrane with aggregate surfacing was generally observed to be in fair to good condition, considering it's age. It is recommended that the aggregate surfacing be redistributed as necessary to cover exposed areas. In addition, the roof blister at Wing B should be cut out and repaired in accordance with recognized industry practices.

b. Provided roof drainage systems were generally observed to be adequate and in good condition; however, several repair items are recommended with regard to the drainage systems:

  i. As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper function. The blocked roof drain strainers cause areas of ponding water that can contribute to roof membrane degradation and water infiltration.

  ii. It is recommended that a new roof drain be remedially installed within the area of ponding water at the southwest quadrant of Wing C.

  iii. It is recommended that a new through-wall scupper be installed adjacent to the roof drain at the northeast corner of the cafetorium. Ponding water caused by an obstructed roof drain will adversely affect the roof membrane, base flashings and counter flashing materials and is possibly contributing to water infiltration problems within this area.

  iv. Damaged and missing roof strainers should be replaced to ensure that roof drains do not become blocked.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:

  i. Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations that have historically experienced problems with water infiltration to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on the excavation findings, the following alternatives may be recommended:

  > Option 1. If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping at all parapet walls be removed, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.

  > Option 2. If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate anticipated thermal movement.

**2.0 ASSESSMENT**

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

> ➢ For the purposes of this preliminary evaluation, we recommend budgeting for Option 1, and if the flashing is observed to be in good condition, proceeding with Option 2.

    ii.    Currently the parapet walls are not exhibiting damage resulting from the coping restraining the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

    iii.    Cracks and discontinuities are present at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint utilizing backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

    iv.    Damaged and missing precast concrete copings should be replaced.

    v.    Expansion joint sealant material at the parapet walls was observed to be in poor condition with numerous locations that could allow water to infiltrate the building envelope. It is recommended that the sealant material be replaced. Although our observations were limited to the parapet walls, it is anticipated that the sealant material at the exterior wall sealant joints are in similar condition and should also be replaced.

d.    The sealant material at the top of the metal counter flashings should be cut out and replaced. The new sealant should be installed such that water does not pond within the joint and is redirected away from the wall. In addition, it is recommended that sealant be remedially applied within counter flashing lap joints.

e.    Tears, splits and discontinuities were observed in the base flashing materials at isolated roof perimeter locations and HVAC mechanical curb locations. The deteriorated base flashing assemblies should be repaired or replaced to prevent water infiltration.

f.    Discontinuities and avenues for water infiltration are currently present at the roof expansion joint/parapet wall intersections. Remedially applied mastic and sealant indicates that these have historically been a source for water infiltration. It is recommended that new flashing details be designed and installed at these locations. In addition, the preformed roof expansion joints serving Wing B should be replaced.

g.    Pipe supports should be repositioned such that they are not bearing directly on the aggregate surfacing. Damaged and missing pipe supports should also be replaced. In addition, all pipes should be inspected to ensure that they are properly bearing on the pipe supports.

h.    The damaged exhaust fan at Wing B should be repaired to limit the possibility of water infiltration at this roof penetration.

i.    The antenna on the kitchen should be removed and reinstalled with the supports properly flashed into the roof system.

j.    Abandoned equipment, such as pipe, mechanical equipment and construction debris, can puncture the roof membrane and it is recommended that all debris be removed from the roof areas.

*Aiken Elementary School:*

a.    The built-up roof system with granule-surfaced modified bitumen cap sheet was generally observed to be in fair to good condition. The amount of granule loss appeared to be more than

would typically be expected for a roof of this age; however, no recommendations are proposed with regard to this issue. The roof areas should be inspected and all loose lap edges should be repaired.

b. Roof drainage systems were generally observed to be adequate and in good condition. As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper drainage. Blocked roof drain strainers cause areas of ponding water that can degrade the roof membrane. In addition, ponding water increases the opportunity of water infiltration.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:

    i.   Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations that have historically experienced problems with water infiltration to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on the excavation findings, the following alternatives may be recommended:

        ➢  Option 1. If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping be removed at all parapet walls, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.

        ➢  Option 2. If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate the anticipated thermal movement.

        ➢  For the purposes of this preliminary evaluation, we recommend budgeting for Option 1, and if the flashing is observed to be in good condition, proceeding with Option 2.

    ii.   Currently the parapet walls are not exhibiting damage resulting from the coping being restrained by the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

    iii.  Cracks and discontinuities are provided at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint consisting of backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

    iv.  Damaged and missing precast concrete copings should be replaced.

    v.   At those parapet wall expansion joints that are filled with mortar, the mortar should be removed and backer rod and sealant material installed at the expansion joint.

d. The base flashing membrane at the perimeter roof locations was observed to be in fair to poor condition. If water is not currently infiltrating the building envelope at the horizontal cracks in the base flashing membrane, it should be expected that future relative movement between the roof deck and parapet wall will provide an avenue for water infiltration. It is recommended that the

base flashings be repaired or replaced at the roof perimeters serving this facility and designed such that the base flashings are isolated and are not affected by relative movement between the wall and roof deck. New counter flashing is expected to be installed as part of the base flashing repairs.

e.  Tears, splits and discontinuities were observed in the base flashing materials at isolated HVAC mechanical curb locations.  The deteriorated base flashing assemblies should be repaired to prevent water infiltration.

## 2.08  MECHANICAL ASSESSMENT

### 2.08.1 Scope of Services

The HVAC evaluation included a review of the HVAC systems and related building construction, review of operational and maintenance procedures, a walk-through of interior and exterior areas, observations of the HVAC systems and related building construction, evaluation of the results, and development of conclusions and recommendations.

### 2.08.2  Findings and Observations - Besteiro Middle School

The results of our observations of the mechanical HVAC systems and rated building construction features are listed below:

a.  The Roof Top Units (RTUs) in Besteiro Middle School, installed during original construction in 1993-94, are controlled by wall mounted mercury-bulb and electronic thermostats that have temperature adjustment levers, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs in the original portion of Besteiro are not controlled by an energy management system. The RTUs in the A-wing of Besteiro, which was constructed concurrently with Aiken in 1995-96, are controlled by electronic wall thermostats that have temperature adjustment wheels, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs in the A-wing are controlled by a Trane energy management system that is also controlling the HVAC equipment at Aiken Elementary School. According to school district personnel, the Trane energy management system maintains the temperature setpoint of all RTUs in the A-wing at 72 degrees Fahrenheit (F).

b.  Field measurements of room temperatures and relative humidity levels in typical classrooms and other areas were obtained and compared with the design conditions specified in the original construction documents. Our field measurements were also compared with the existing room thermostat setpoints and temperature readings. We found that many room thermostats were generally out of calibration and attempting to control room temperatures 3 to 5-degrees F below or above measured room temperatures. In many cases, room temperatures were measured to be in the range of 68 to 72 degrees F as compared a room design of 75 degree F. Also, relative humidity levels were elevated and were measured in the range of 55 to 62 percent as compared to design conditions of 50 percent.

c.  The direct-expansion cooling coils in the RTUs were observed to contain moderate to heavy accumulations of dust, debris, bird feathers, and possible mold on the faces of the aluminum fins. Heavy accumulations of debris at a number of RTUs is restricting air movement and heat transfer at the cooling coils such that temperature and relative humidity control in the classrooms and other areas is ineffective. A layer of frost was observed covering the coils at some RTUs. We also observed accumulations of dust and debris on the blades of the blower fans in the RTUs.

d.  Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods specified on the original construction documents. From our previous experience with HVAC systems in humid climates, such as Brownsville, we would not expect that air

economizer hoods would be included on the RTU's due to the limited number of days they would be used during a typical year.

e.  The return air/outside air mixing sections were generally observed to have heavy accumulations of dust and debris. Filters were heavily loaded and in some cases, collapsed, allowing unfiltered air to pass through the cooling coils, blower fans, and supply air ductwork. Filters installed were generally 2-inch pleated media type.

f.  The supply air ductwork is generally galvanized sheet metal with internal 1-inch thick neoprene coated fiberglass insulation except for the A-wing, which has externally wrapped fiberglass insulation. The supply air ductwork generally has a 20 to 60-foot primary duct that has round, flexible, insulated branches that supply ceiling or soffit mounted aluminum diffusers. The ductwork, insulation and air grilles were generally observed to be in good condition and of the sizes and types specified in the original construction documents. Accumulations of dust, debris and possible mold were not observed in the interior surfaces of the ductwork. The supply air and return air grilles have minor accumulations of duct and debris at several classrooms.

g.  Classrooms, Bookroom, Teacher's Workrooms, and Lounges are provided with packaged, roof mounted Trane heating/cooling units (RTUs), 4-ton or 5-ton nominal cooling capacity. The RTUs are typically mounted on insulated, structural steel roof curb foundations that provide sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, electric heating coils, direct-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections.

  i   Manually adjustable outside intake hoods and dampers are installed at the RTUs in lieu of automatic outside air economizer hoods as stated previously. The manual outside air intake dampers were observed to be either closed or open approximately 1/3 during our site visit. Field measurements of outside air intake rates at several RTUs in the classroom wings of the building were obtained. It was determined that the outside air intake was deficient as compared to the design at most units and varied from no outside air intake to approximately 38 CFM as compared to 225 CFM and 450 CFM depending on either 4-ton or 5-ton capacity RTU specified.

  ii.  Field measurements were obtained of conditioned airflow delivered by several RTUs in typical classroom wings of the building and determined from the units measured that the RTUs generally delivering the design volume, or greater than the design volume, of conditioned air. In several cases, approximately double the amount of conditioned air was being delivered compared to the design indicated in the construction documents. It is apparent that either changes in the characteristics of the operation of RTUs have been made since original construction or that a proper air balance has not been performed. Since this Trane RTU model has two-speed, direct drive blower motors, changes may have been made to the speed settings of the blower motors. Field measurements of conditioned airflow were conducted using an inclined tube manometer in straight sections of the supply air ductwork.

h.  From our field measurements, the discharge air temperature, dry bulb and wet bulb, of several RTUs are providing less than the cooling and dehumidification requirements of the original design.

i.  The Principal's Office. Counseling Office, and Nurse's Office are each provided with Trane RTUs, 6-ton nominal cooling capacity. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

**L  AFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

    i.    Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open approximately 1/3 and based on field measurements at other RTUs, the RTUs serving these areas are providing less than the specified amount of outside air ventilation. The original design specified 300 CFM and 375 CFM respectively for the principal's office and nurse's office.

j.    The Entrance Lobby and Common Area containing lockers are provided with Trane RTUs, 5-ton and 10-ton nominal cooling capacities respectively. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i.    We observed manually adjustable outside intake hoods and dampers installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open during our site visit. We performed field measurements of outside air intake rate at the RTU serving the Common Area and found that the actual outside air intake was above original design at approximately 1717 CFM as compared to 1500 CFM specified in the design documents.

    ii.    Field measurements obtained of actual airflow at the RTU serving the Common Area and found that the unit was generally delivering greater amounts of conditioned air than design at approximately 5777 CFM compared to 4500 CFM specified in the original construction documents. It is apparent that either changes in the characteristics of the operation of RTUs have been made since original construction or that a proper air balance has not been performed. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

k.    The vocal music and band rooms are provided with Trane RTUs, 5-ton and 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i.    Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were nearly closed during our site visit. We did not field measure the amounts of outside air and conditioned delivered by the RTUs. The rooms were cool and humid.

l.    The boys and girls locker rooms are each provided with Trane RTUs, 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above except that they are specified to provide 100 percent outside air to these areas in the construction documents.

    i.    Field measurements were obtained of outside air intake and total conditioned air volumes at the RTU serving the boy's locker room. It was found that the outside air intake and total conditioned air volume was above original design at approximately 3931 CFM as compared to 2500 CFM specified in the construction documents. Further, a review of published catalog materials provided by Trane indicates that this model of RTU is not rated for 100 percent outside air duty. These units appear to have been mis-applied. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

m.    The gymnasium is provided with four Trane RTUs, each with 30-ton nominal cooling capacity. The RTUs typically are mounted on an insulated, structural steel roof curb foundation that provides sheet

metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i. Field measurements obtained of outside air intake rates at RTU-13 found that the outside air intake is substantially below the original design at approximately 1150 CFM as compared to 2775 specified in the construction documents.

    ii. Field measurements obtained of conditioned airflow at RTU-13 found that the unit is generally delivering a lower amount of conditioned air than design at approximately 1500 CFM compared to 9000 specified in the construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

n. The kitchen is provided with two Trane RTUs, 25 and 30-ton nominal cooling capacities. The RTUs are mounted on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i. Field measurements of outside air intake rates at RTU-15 found that the actual outside air intake is substantially below the original design at approximately 2558 CFM as compared to 4550 specified in the construction documents.

    ii. Field measurements of conditioned airflow at RTU-15 found that the unit is generally delivering lower amounts of conditioned air than design at approximately 6000 CFM compared to 8265 specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

o. The cafetorium is provided with two Trane RTUs, each at 30-ton nominal cooling capacity. The RTUs rest on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i. Field measurements of outside air intake rates at RTU-8 found that the outside air intake is substantially below the original design at approximately 1125 CFM as compared to 4550 specified in the construction documents.

    ii. Field measurements of conditioned airflow at RTU-8 found that the unit was generally delivering lower amounts of conditioned air than design at approximately 2340 CFM compared to 8000 specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

p. The library is provided with one packaged, roof mounted Trane RTU, 40-ton nominal cooling capacity. The RTU rests on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTU has integral direct-expansion cooling coil,

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

# REMEDIATION EVALUATION ASSESSMENT
**Besteiro Middle School and Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**

EFI Project No. 98410-05840

Prepared For:

Law Office of Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas  78521

Prepared By:

Engineering and Fire Investigations

January 20, 2003

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

natural gas furnace, belt-drive blower fan, filter section, return air/outside air mixing section, and compressor/condenser section. The original construction documents indicate that the RTU is to be provided with an air economizer and modulating exhaust fans, however, this equipment is not installed.

i. Field measurements of outside air and conditioned air in the library were not obtained because the area was under renovation. The return air/mixing sections, direct-expansion cooling coils, and fan sections were observed to have been cleaned and re-insulated by the renovation contractor prior to our site visit. The filters had not been re-installed in the unit.

ii. The supply air ductwork is generally galvanized sheet metal with external fiberglass insulation and was in the process of being re-installed during our sire visit. The ductwork, insulation and air grilles were observed to be in good condition and of the sizes and types specified in the original construction documents.

### 2.08.3 Conclusions and Recommendations - Besteiro Middle School

Our observations identified deficient items associated with the design, installation and operation of the HVAC equipment and systems. Using our experience with similar situations, we have made the following conclusions and recommendations.

a. Based on typical engineering benchmarks, the RTUs serving the classrooms are oversized, and as a consequence, do not operate a sufficient number of hours daily to control relative humidity. Based on our field measurements, the RTUs are not controlling temperature and relative humidity in the classrooms as designed. The room thermostats are also apparently out of calibration, causing some classrooms to be overly cool and humid. We observed that most classrooms are provided with a nominal 5-ton RTU designed to deliver 1500 CFM of conditioned air to the classroom or approximately 1.6 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. Also, the RTUs are selected at 105 degrees F ambient temperature that rarely occurs in this geographic area, also causing RTUs to be oversized. Our review of Trane cataloged performance of the models installed indicates that the design airflow is below the beyond the operating range of the equipment. Elevated levels of relative humidity in the classrooms and the lack of adequate routine cleaning of the interiors of the RTUs have also lead to performance problems with the RTUs and the development of molds on the cooling coils of some RTUs. The RTUs are not introducing designed amounts of outside air. Field measurements indicate that outside air ventilation rates are approximately 10 percent of the design outside air intake amount.

i. A recommended solution is to remove some RTUs and reconfigure the supply air ducts to supply those classrooms from remaining RTUs serving adjacent classrooms in the fashion indicated in the table below. The process of RTU removal would include installing sheet metal enclosures over existing roof penetrations, removing some supply and return ducts, removing associated electrical cabling and circuit breakers and removing some controls. Reconfiguring and re-balancing supply air ducts would include redistributing the supply air equally from the remaining RTUs to supply two classrooms. Any existing RTU to remain should have the ductwork, cooling coil, drain pan, heating coil, and fan sections cleaned and sanitized by a commercial duct cleaning contractor. The existing RTUs to remain would also require repairs and re-commissioning to prepare the RTUs for use after ductwork modifications are completed. All existing ductwork to be reused should also be cleaned and sanitized and all existing flex duct should be replaced. An alternative to cleaning, sanitizing, repairing and re-commissioning the remaining RTUs, is to install new RTUs. Given the current age of the existing RTUs is

approximately 8 years, we estimate the remaining useful life of the existing RTUs to be approximately 6 to 8 years. We also understand from BISD that RTU's of similar construction at other schools located in the same general area as Besteiro Middle School have required replacement in 1 to 12 years. In this alternative, the new RTUs would be of similar sizing and design to the RTUs designated above to remain. Also in this alternative, the outdoor condenser coils, casing exterior, indoor evaporator coils, and condensate drain pans would be coated with an air-dry phenolic coating to extend the life of the new RTUs. The anticipated additional cost of this alternative compared to the cost of cleaning, sanitizing, repairing and re-commissioning the remaining RTUs included in Table 1 above is approximately $288,702.

| Classroom No. for RTU Removal | Reconfigure Remaining RTU and Supply Duct And Re-Air Balance |
|---|---|
| 101 | 104 |
| 105 | 108 |
| 102 | 103 |
| 106 | 107 |
| 109 | 110 |
| 113 | 112 |
| 114, Bookroom | 111 |
| 116 | 115 |
| 117 east unit | 117 west unit |
| 118A | 118B |
| 119 | 121 |
| 120 east unit | 120 west unit |
| 122 | 123 |
| Teacher's Lounge | Teacher's Workroom |
| 125 | 127 |
| 129 | 130 |
| 126 north unit | 126 south unit |
| 128 north unit | 128 south unit |
| 201 | 204 |
| 205 | 208 |
| 202 | 203 |
| 206 | 207 |
| 209 | Provide new 2-ton RTU |

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

| Classroom No. for RTU Removal | Reconfigure Remaining RTU and Supply Duct And Re-Air Balance |
|---|---|
| 210 | 211 |
| Teacher's Lounge | 212 |
| 213 | 214 |
| 215 | 216 |
| 217 | 218 |
| 220 | 223 |
| 221 | 222 |
| 224 | 227 |
| 225 | 226 |
| 230 | 232 |
| 224 | 236 |
| 229 | 231 |
| 233 | 235 |

ii.   Following removal of the RTUs as noted, we recommend installation of dedicated outside air pre-treating RTUs to supply pre-heated or pre-cooled and dehumidified air to classrooms on each wing as indicated in the table below. The pre-treating RTUs would introduce pretreated outside air in the range of 70 degrees F to each classroom for blending with conditioned air from the remaining RTUs.

| Classroom Nos. Served | Outside Air Pre-treating RTU Capacity |
|---|---|
| 101 through 114, Bookroom, 115, 116 | 6225 CFM |
| 117, 118A, 118B, 119 through 123, Teachers Workroom, Teachers Lounge | 4500 CFM |
| 124 through 130 | 3375 CFM |
| 201 through 214 | 5100 CFM |
| 215 through 227 | 4725 CFM |
| 228 through 236 | 3375 CFM |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

b. Based on typical engineering benchmarks, the RTUs serving the Boy's and Girls' locker rooms are somewhat oversized and improperly applied. Following a review of Trane cataloged performance of the models installed in these areas, the RTUs are not rated to provide 100 percent outside air duty as designed. As a consequence, the existing RTUs do not control temperature and relative humidity in the occupied areas. The units are not operating as designed and are not adequately removing moisture from the outside air that is being introduced into the school.

   i. A recommended solution is to remove the existing RTUs and install RTUs designed to supply heated or cooled and dehumidified outside air as designed to the boy's and girl's locker rooms. The RTUs would introduce 100 outside air conditioned in the range of 90 degrees F for heating and 55 degrees F for cooling to each locker room. All existing ductwork to remain should be cleaned and sanitized and all existing flex duct should be replaced.

| Locker Room | 100 percent Outside Air RTU |
|---|---|
| Boy's | 2500 CFM |
| Girl's | 2500 CFM |

c. Based on typical engineering benchmarks, the RTUs serving the Lobby, Common Area, Principal's office, Counselors Office, and Nurses Office are somewhat oversized. We observed that these areas are provided with RTUs designed to deliver conditioned air at approximately 1.6 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. The compressor/condensing sections not operating a significant number of hours due to oversizing. As a consequence of oversizing, the RTUs are not adequately controlling temperature and relative humidity in the occupied areas. The low room temperatures and high relative humidity levels are also due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. Also, the RTUs are not introducing adequate amounts of outside air as designed.

   i. A recommended solution to replace the existing RTUs with nominal 4 and 10-ton RTUs as indicated in the table below. To control room temperature and relative humidity, the thermostats need to be properly calibrated. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas. All existing ductwork to remain should be cleaned and sanitized. All existing flex duct to remain should be replaced

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

| Room | New RTU design tons | Approximate RTU conditioned supply air / outside air quantities |
|---|---|---|
| Lobby | 4-tons | 1600 CFM / 375 CFM O/A |
| Common Area | 12.5-tons | 5000 CFM / 1250 CFM O/A |
| Principal's Office | 4-tons | 1600 CFM / 375 CFM O/A |
| Counselors and Nurses Offices | 4-tons | 1600 CFM / 300 CFM O/A |

d.  Based on typical engineering benchmarks, the RTUs serving the Vocal Music and Band rooms are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air per the table below, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | New RTU design tons | RTU design conditioned air and outside air |
|---|---|---|
| Vocal Music Room | 4 Tons | 1600 CFM / 375 CFM |
| Band Room | 5 Tons | 2000 CFM / 375 CFM |

e.  The Gymnasium is provided with four Trane RTUs, each with 30-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are somewhat oversized. The RTUs are not introducing adequate amounts of outside air as designed. The compressor/condensing sections not operating a significant number of hours due to oversizing. As a consequence of oversizing, the RTUs are not adequately controlling temperature and relative humidity in the occupied areas. The improper room temperatures and high relative humidity levels are also due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To control room temperature and relative humidity, the thermostats need to be re-calibrated and the RTUs staged at thermostats as indicated in the table below. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

| Room | Existing RTU Number | RTU design conditioned air / outside air | Thermostat Setpoint |
|------|--------------------|-----------------------------------------|---------------------|
| Gymnasium | AC-10 | 9000 CFM / 2775 CFM O/A | 74 degrees F |
| Gymnasium | AC-11 | 9000 CFM / 2775 CFM O/A | 76 degrees F |
| Gymnasium | AC-12 | 9000 CFM / 2775 CFM O/A | 74 degrees F |
| Gymnasium | AC-13 | 9000 CFM / 2775 CFM O/A | 78 Degrees F |

f.  The cafetorium is provided with two Trane RTUs, each with 30-ton nominal cooling capacity. The kitchen is provided with two Trane RTUs, each with 25-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated and the RTUs staged at thermostats as indicated in the table below. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | Existing RTU Number | RTU design conditioned air / outside air | Thermostat Setpoint |
|------|--------------------|-----------------------------------------|---------------------|
| Cafetorium | AC-8 | 8000 CFM / 1500 CFM O/A | 74 degrees F |
| Cafetorium | AC-9 | 8000 CFM / 1500 CFM O/A | 76 degrees F |
| Kitchen | AC-14 | 8265 CFM / 4550 CFM O/A | 74 degrees F |
| Kitchen | AC-15 | 8265 CFM / 4550 CFM O/A | 76 degrees F |

g.  The library is provided with one Trane RTU, 40-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTU is adequately sized. The RTUs also has multiple stages of cooling capacity, allowing it to cycle compressors to meet varying cooling demands through the year. Because the unit was not operational due to the Library being renovated and the RTU being partially repaired, we did not observe it's operating characteristics. To control room temperature and relative humidity, the thermostats need to be properly calibrated to maintain 74 degrees F. To provide the design amounts of outside air ventilation and conditioned air per the table below, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas. Prior to balancing, of the installation of the mechanical system, to original conditions, should be completed.

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| Room | RTU design tons | RTU design conditioned air / outside air |
|------|-----------------|------------------------------------------|
| Library | Repair existing 40-ton RTU | 12,000 CFM / 2025 CFM O/A |

h.  The room thermostats observed varied in temperature settings from 65 degrees to 78 degrees F and that the fan settings were generally at the Auto setting with a small number at the Run Continuous setting. A number of RTUs were not operable. We generally observed that classrooms and other areas were cool and humid, ranging from 50 to 70 percent relative humidity. To effectively control temperature and relative humidity at all areas of the building temperature settings should be maintained at 74 to 75 degrees F and the FAN setting placed in the AUTO position.

i   The RTUs are controlled by wall mounted mercury-bulb thermostats and electronic temperature sensors that have temperature adjustment levers, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs installed during original construction having mercury-bulb thermostats are not controlled by an energy management system. The wall mounted thermostats and electronic temperature sensors were observed to be out of calibration in many areas and temperature setpoints were not uniform in the building. A recommended solution is to replace the mercury-bulb thermostats in all areas, except Wing A which already has electronic temperature sensors, with electronic temperature sensors having local temperature adjustment and interface all RTUs to the Trane energy management system installed at Aiken Elementary School. This option would incorporate the schedule of operating hours and monitor temperature control setpoints of all HVAC equipment for both schools at one energy management system and one master station. We recommend that the electronic wall sensors be set to maintain all RTUs in the building at 74 degrees F.

j   As a further temperature control option, it is recommended that the wall mounted mercury-bulb thermostats and temperature sensors at all RTUs be replaced with wall electronic sensors having no local setpoint adjustment. In this option, the temperature control setpoints of all RTUs would be maintained at the Trane energy management system that is currently installed at Aiken Elementary School. A master station would be located at Aiken Elementary School and at the Brownsville ISD maintenance department offices. This option would incorporate the schedule of operating hours and the temperature control setpoints of all HVAC equipment for both schools in one energy management system.

## 2.08.4  Findings and Observations - Aiken Elementary School

a.  Fan coil units in Aiken Elementary School, installed during original construction in 1995-96, are controlled by wall mounted electronic temperature sensors that have temperature adjustment wheels, Heat-Off-Cool mode switches and Auto-Low-High-Off fan switches. The fan coil units are controlled by a Trane energy management system. According to Brownsville ISD personnel, the energy management system maintains the temperature set point of all fan coil units in the school at 72 degrees Fahrenheit (F).

b.  Field measurements of room temperatures and relative humidity levels were conducted in typical classrooms and other areas and compared these readings with the design conditions specified in the original construction documents. Our field measurements were compared with the existing room thermostat set points and temperature readings. Many room thermostats were generally found to be

Case 1:03-cv-00109    Document 1    Filed in TXSD on 06/09/2003    Page 75 of 183

2.0 ASSESSMENT
DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

EFI
Engineering and Fire
Investigations

out of calibration and attempting to control room temperatures 3 to 5-degrees F below or above measured room temperatures. In many cases, room temperatures were measured to be in the range of 68 to 77 degrees F as compared a room design of 75 degree F. Also, relative humidity levels were elevated and were measured in the range of 55 to 62 percent as compared to design conditions of 50 percent.

c. The chilled water coils observed in the fan coil units have moderate accumulations of dust, debris, and possible mold on the faces of the aluminum fins. Heavy accumulations of debris at a number of outside air pre-treating and interior fan coil units was restricting air movement and heat transfer at the cooling coils such that temperature and relative humidity control in the classrooms and other areas was ineffective. Accumulations of dust and debris were also observed on the blades of the blower fans in the fan coil units.

d. The outside air intake louvers, aluminum intake ducts, and interiors of the outside air pre-treating fan coil units were observed to generally have heavy accumulations of dust and debris. The return air/outside air mixing sections of the interior fan coil units generally had moderate accumulations of dust and debris. Filters are heavily loaded and in some cases, collapsed, allowing unfiltered air to pass through the cooling coils, blower fans, and supply air ductwork of both the outside air pre-treating and interior fan coil units. Filters installed are generally 2-inch pleated media type.

e. The supply air ductwork is generally galvanized sheet metal with external 1-inch thick fiberglass insulation. The supply air ductwork generally has a 20 to 60-foot primary duct that has round, flexible, insulated branches that supply ceiling mounted aluminum diffusers. The ductwork, insulation and air grilles observed were in good condition and of the sizes and types specified in the original construction documents. Accumulations of dust, debris and possible mold in the interior surfaces of the ductwork were not observed. The supply air and return air grilles had minor accumulations of duct and debris at several classrooms.

f. The school is provided with chilled water for cooling by a 340-ton Trane air-cooled rotary screw water chiller operating on refrigerant HCFC-22. The chiller has a microprocessor based chilled water temperature controller set to maintain 41 degree F chilled water supply to the building. The chilled water temperature difference across the chiller water was approximately 10 degrees F as specified in the construction documents. The unit-mounted controller also has diagnostics. The Trane energy management system is interfaced to the controller for remote temperature set point adjustment and to receive alarms. EFI was provided a report of nuisance and chronic water chiller shutdowns by the Brownsville Independent School District maintenance department that have occurred during 2002 that average approximately eight shutdowns per month. We understand from the maintenance department that the shutdowns required manual reset and are suspected to be related to the momentary opening of the chilled water flow switch located in the chilled water piping near the chiller. The chilled water flow switch appeared to be installed properly in the chilled water piping in the chiller yard.

g. The school is provided with a primary and secondary chilled water piping system. The secondary chilled water piping is routed from the main pump room to outside air pre-treating fan coils and individual classroom fan coil units located above ceilings on the first and second floors. Main chilled water piping headers are generally 6-inch and 4-inch diameter schedule 40 steel located above ceilings of the corridors on first and second floors. Chilled water piping branches supplying fan coil units are 2½-inch diameter and below and are type L copper. Each fan coil unit is equipped with a piping package that includes isolation and balancing valves, electronic control valves, pressure-temperature ports, and on the second floor, manual air vents. We observed that the piping generally was properly sized for the chilled water flows specified. The chilled water pipe insulation observed was generally 1-inch thick fiberglass with vapor barrier and protective wrapping on all chilled water piping except at

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

the piping package located at each fan coil unit. Possible mold staining was observed at several locations of chilled water pipe insulation on the first and second floor corridors. On examination, it appears that an apparent break in the vapor barrier of the insulation has occurred at these locations allowing ambient air in the ceiling to contact the surface of the chilled water piping leading to condensation behind the fiberglass insulation. Condensation and rust deterioration of the chilled water piping was observed at these locations. At several fan coil units we observed steel piping that has been installed between brass and copper fittings that have developed leaks or had failed previously. Brownsville Independent School District maintenance personnel reported that a number of piping leaks have occurred in the past at tee fittings of steel and copper piping. As the result of previous and current water piping leaks in these areas, the chilled water system contains some air as evidenced by water samples taken in the pump room and at the sight glass near the chemical feeder in the pump room. Moderate amounts of rust and debris in the chilled water sample were observed in the sample obtained. Several broken pipe taps were observed along the chilled water piping in the pump room and the chiller yard. In several classrooms, evidence of current and previous leaks by staining was observed on the floor and on ceiling tiles. We did not observe any documentation on the type and frequency of chemical treatment of the chilled water. The manual air vents observed were apparently not functioning properly.

h. The pump room contains a chilled water pump skid, which has two primary pumps, two secondary pumps, variable speed drives for the secondary pumps, flow meter, pressure gauges, a decouper pipe, and staging controls. The pump skid was manufactured by Namco. The primary pumps circulate chilled water through the chiller at a constant flow rate. Two primary pumps are provided on the skid with one pump designated as stand-by. The secondary pumps circulate chilled water to the fan coil units on both floors of the building. Two secondary pumps are provided on the skid with one pump designated as stand-by. The secondary pumps are controlled by variable speed drives that respond to chilled water pressure sensors installed in the chilled water piping. In the original design, differential pressure control valves installed in the chilled water piping on each floor maintain a minimum pressure in the piping to overcome pressure losses in the piping caused by fan coil units and control valves. We were advised that Brownsville Independent School District maintenance personnel had experienced problems with the pressure settings of the differential pressure control valves. Erratic operation of the variable speed drives at the pump skid was observed during our site visit. One primary chilled water pump had leaking or broken seals.

i. Trane model BWHA outside air pre-treating fan coils units located in wings A, B and D on the first floor and wing B on the second floor contain filter sections, 6-row chilled water coils, belt drive blower fans, and insulated drain pans. Duct mounted electric heaters are located downstream of the fan coil units. The outside air pre-treating fan coil units are rated at approximately 2250 CFM air delivery. Outside intake louvers at the building exterior and automatic intake dampers at the interior classroom fan coil units are supplying individual classrooms. Field measurements obtained of outside air intake rates at several interior classroom fan coil units determined that the outside air intake was deficient compared to the design at most units and varied from no outside air intake to approximately 614 CFM as compared to 450 CFM specified. It is apparent that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed. Field measurements of airflow were conducted using an anemometer in straight sections of ductwork. Moderate deposits of debris and possible mold were observed on the aluminum fins of the cooling coils. Heavy accumulations of dust and debris were observed on the filter sections. Heavy rust and corrosion on the cooling coil and in the condensate drain pan of the unit was also observed.



Engineering and Fire
Investigations

j.  The main entrance, Administration Office, and Counselor's Office are each provided with Trane model BWHA fan coil units, nominal 1500 CFM conditioned air delivery. The fan coil units contain filter sections, 4-row chilled water coils, belt drive blower fans, and insulated drain pans. Duct mounted electric heaters are located downstream of the fan coil units. The outside air intake dampers were open and based on field measurements are providing less than the specified amount of outside air ventilation. Dust and possible mold was observed on the face of the cooling coil. Filters had moderate to heavy accumulations of dust and debris. A condensate drain pan contains heavy rust and standing water. The fan drive wheels have limited deposits of rust. Some spots of possible mold was observed on the supply air grilles. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity of several fan coil units was measured and found that the air delivery was significantly below or above design in some cases indicating that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed.

k.  Classrooms A101 through A108, B100 through B112, and C101 through C108 are each provided with Trane model BWHA fan coil units, nominal 1500 CFM conditioned air delivery. The fan coil units are similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and based on field measurements are providing less than the specified amount of outside air ventilation. Gray dust and possible mold was observed on the face of the cooling coils. Filters have moderate to heavy accumulations of dust and debris and the condensate drain pan contained heavy rust and standing water. Further, the exterior of the fan coils exhibited signs of condensation/sweating. The fan drive wheels have limited deposits of rust. We observed some spots of mildew on the supply air grilles. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity of some fan coil units was measured and found that the air delivery was significantly below or above the design in some cases indicating that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed.

l.  The lobby on second floor is provided with Trane model BWHA fan coil unit, nominal 800 CFM conditioned air delivery. The fan coil unit is similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and were providing outside air ventilation. Gray dust on the face of the cooling coil was observed. Filters had moderate to heavy accumulations of dust and debris and the condensate drain pan contained heavy rust. The fan drive wheel has limited deposits of rust. Some spots of possible mold growth on the supply air grilles were observed. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostat and appeared to be out of calibration. The supply air quantity of some fan coil units was measured and found that the air delivery was significantly below or above the design indicating that either changes in the characteristics of the operation of the interior class fan coil unit have been made since original construction or that a proper air balance has not been performed.

m. Classrooms B201 through B218 are each provided with Trane model BWHA fan coil units, nominal 800 and 1350 CFM conditioned air delivery. The fan coil units are similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and based on field measurements are providing none to 442 CFM of outside air ventilation compared to 450 CFM in the original construction documents. Gray dust and possible mold was observed on the face of the cooling coils. Filters have moderate to heavy accumulations of dust and debris and the condensate drain pans contained heavy rust. Further, the exterior of some fan coil units exhibited signs of condensation/sweating. The fan drive wheels had limited deposits of rust. Some spots of possible mold on the supply air grilles were observed. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity at some fan coil units was measured and found that air delivery was significantly below or above the design air delivery indicating that either changes in the characteristics of the operation of the fan coil units have been made since original construction or that a proper air balance has not been performed. Chilled water valves observed are not operating properly and allowing chilled water to enter the cooling coils. Fans were observed operating out of balance and showing various degrees of vibration at some units. Dissimilar metals were observed being used in pipe connections within the chilled water system. Classrooms were observed that appeared to have had previous chilled water leaks evident by the heavy rust stains on the floors and ceiling tiles just below the HVAC units.

n. The Cafeteria is provided with two Trane RTUs, each at 30-ton nominal cooling capacity. The RTUs rest on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized steel ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed. Field measurements of conditioned airflow were obtained at the cafeteria west RTU and found that the unit was generally delivering lower amounts of conditioned air than design at approximately 6300 CFM compared to 8000 CFM specified in the original construction documents. Field measurements of conditioned airflow at the cafeteria east RTU and indicated that the unit was generally delivering lower amounts of conditioned air than design at approximately 7200 CFM compared to 8000 CFM specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork.

## 2.08.5  Conclusions and Recommendations - Aiken Elementary School

Our observations identified deficient items associated with the design, installation and operation of the HVAC equipment and systems. Using our experience with similar situations, we have made the following conclusions and recommendations.

a. Based on typical engineering benchmarks, the interior fan coil units serving the main entrance, Administration Office, Counselor's Office and classrooms are somewhat oversized, and as a consequence, are overcooling these areas and not adequately controlling relative humidity. Based on our field measurements, some areas had temperature and relative humidity levels outside the ranges of original design. The room thermostats are apparently out of calibration, causing some areas to be overly cool and humid. We observed that most classrooms are provided with a nominal 1500 CFM fan

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

coil unit delivering conditioned air to the classrooms or approximately 1.8 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. Elevated levels of relative humidity in these areas and classrooms and the lack of adequate routine cleaning of the interiors of the fan coil units including chilled water cooling coils have also lead to performance problems with the fan coil units and the development of molds on the cooling coils of some of the fan coil unit interiors. From field measurements, some fan coil units are not introducing adequate amounts of outside air as designed. Field measurements indicated that outside air ventilation rates vary from no outside air to amounts greater than design. Any existing RTU to remain should have the ductwork, cooling coil, drain pan, heating coil, and fan sections cleaned and sanitized by a commercial duct cleaning contractor. All existing ductwork to be reused should also be cleaned and sanitized. All existing flex duct should be replaced.

b.  A recommended solution is to conduct a cooling and heating load study of the interior areas and classrooms and re-balance the supply air quantity and chilled water flow at the existing fan coil units to match the cooling demand of the interior areas and classrooms. The chilled water cooling coils in the fan coil units are recommended for cleaning of debris and possible mold and the heat transfer tubes back-flushed of debris. Removal and replacement of non-functioning chilled water valves at the chilled water cooling coils is recommended. The room thermostats are recommended for replacement or recalibration to design conditions. Further, we recommend that the control sequence of de-humidification using electric heating coils be re-worked such that the chilled water coils operate at full capacity during the de-humidification cycle and the electric heating coils provide re-heat to maintain relative humidity at approximately 50 percent as designed. Cleaning of supply and return air grilles is recommended. Quarterly replacement of filters with pleated media filters is also recommended.

c.  Following rebalancing of the supply air and chilled water flow at the classroom fan coil units as noted, we recommend installation of dedicated outside air pre-treating air handling units mounted in the ceiling area above corridors to supply pre-heated or pre-cooled and dehumidified air to interior areas and classrooms in each wing as indicated in the table below. The pre-treating air handling units would introduce pretreated outside air in the range of 70 degrees F to each area and classroom for blending with conditioned air from the existing fan coil units.

d.  As a further temperature control option, it is recommended that the wall mounted temperature sensors at all fan coil units and RTUs be replaced with wall electronic sensors having no local setpoint adjustment. In this option, the temperature control setpoints of all fan coil units and RTUs would be maintained at one master station that communicates with the Trane Tracer 100 energy management system that is currently installed at Aiken Elementary School. This option would incorporate the schedule of operating hours and the temperature control setpoints of all HVAC equipment for both schools at one energy management system and one master station.

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Engineering and Fire
Investigations

| Classroom Nos. | Outside Air Pre-Treating Air Handling Unit Capacity |
|---|---|
| A100 through A108, B100, B102, B104, Workroom, Nurses Station | 6300 CFM |
| Administration, B112, C101 through C108 | 4950 CFM |
| B101, B103, B105, B106, Counselors Office | 3150 CFM |
| B107 through B111 | 2250 CFM |
| B201 through B209 | 4950 CFM |
| B210 through B218 | 4500 CFM |

e.   The secondary chilled water piping is routed from the pump room to outside air pre-treating fan coils and individual fan coil units located above ceilings on the first and second floors. We observed that the vapor barrier of the fiberglass insulation covering the main chilled water piping headers has failed in several areas allowing sweating to occur behind the insulation and causing the formation of molds. Also, the steel piping in these locations has rust deterioration from sweating. At a number of fan coil unit piping packages, chilled water leaks have apparently occurred due galvanic corrosion caused by the use of steel piping in direct contact with brass and copper fittings. A recommended solution is to remove and replace the 6-inch and 4-inch steel chilled water piping headers and the steel piping in the fittings with type L copper. It is recommended that a closed cell pipe insulation be utilized with a properly applied vapor barrier to prevent pipe sweating. As stated above, non-functioning chilled water control valves at the fan coil units are recommended for replacement. Following replacement, the chilled water piping system is recommended for complete flushing, treatment with a corrosion inhibitor, and purging of air. A water treatment and maintenance program is recommended to include periodic chilled water sampling and purging of air from the piping.

f.   Approximately eight shutdowns per month were experienced in 2002. We were informed that the water chiller has experienced nuisance and chronic shutdowns water. We recommend that the chiller's evaporator be completely flushed during the replacement and flushing of the chilled water piping be performed. The chilled water flow switch should be replaced during the flushing process of the chilled water piping. Damaged chilled water pipe insulation in the chilled yard and outside of the building is recommended for repair and replacement.

g.   In the original design, differential pressure control valves were installed in the chilled water piping on each floor to maintain a minimum pressure in the piping to overcome pressure losses in the piping caused by fan coil units and control valves. We were advised that Brownsville Independent School District maintenance personnel had experienced problems with the pressure settings of the differential pressure control valves. We believe that erratic operation of the variable speed drives at the pump skid is related to calibration problems with the differential pressure control valves and air in the secondary

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**

**Privileged – Attorney / Client Work Product**

EFI

Engineering and Fire
Investigations

chilled water piping. We recommend that the differential pressure control valves be completely flushed and recalibrated during the flushing process of the chilled water piping. As part of the calibration, we recommend adjusting the differential pressure control valves to maintain a minimum of 10 per cent excess secondary chilled water flow in the decoupler pipe at the pump skid. We observed that one primary chilled water pump seal was leaking or broken and is recommended for replacement.

h.  The Cafetorium is provided with two Trane RTUs, each with 30-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated and the RTUs staged at thermostats as indicated in the table below. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | RTU Number | RTU design conditioned air / outside air | Thermostat Set point |
|---|---|---|---|
| Cafetorium West | AC-2 | 88000 CFM / 3000 CFM O/A | 74 degrees F |
| Cafetorium East | AC-2 | 8000 CFM / 3000 CFM O/A | 76 degrees F |

### 3.01 Purpose and Scope of Services

**General.** The primary purpose of this Remediation Evaluation Assessment is to observe and document readily visible conditions relating to the mold damaged building components. The secondary purpose of this Remediation Evaluation Assessment is to evaluate the roof, Heating, Ventilation, and Air Conditioning System as contributors to the mold damaged building components. Finally, an assessment of the site drainage at the entrance to Besteiro Middle School was performed to determine drainage characteristics. This work has been performed using that degree of skill and care normally exercised by reputable consultants performing similar work.

**Observation.** This assessment included a site visit along with limited interviews of the school personnel. A review of available construction documents (drawings) provided by the client; and visual observations were performed to determine the general construction of the facility and the, type of design/systems their possible contribution to the mold damage.

The observations are performed without removing or damaging components of the existing building systems. Consequently, comprehensive studies to identify, document, and evaluate every existing defect or deficiency was not conducted. In some cases, additional studies may be warranted to fully evaluate concerns noted. In addition, system checks or testing of the equipment's operating condition is beyond the scope of this assessment.

**Report.** This report is intended to provide a general overview of the mold damaged building components and contributing systems (roofing and HVAC) and their general conditions. The recommendations and opinions of cost provided herein are for observed deficiencies based on the understanding that the facility will continue to operate in its present occupancy classification. Certain assumptions have been made regarding conditions and operating performance. If any additional information is encountered concerning the facility, it should be forwarded to EFI for possible re-evaluation of the assumptions, conclusions and recommendations presented herein.

The opinions and recommendations presented are based on our observations, evaluation of the information provided, and limited interviews with school personnel familiar with the property. No calculations have been performed to determine the adequacy of the facility's original design. It is possible that defects and/or deficiencies exist that are not readily accessible or visible. In addition, other problems may develop with time that are not evident at the time of the assessment.

The opinions and recommendations in this report should not be construed in any way to constitute a warranty or guarantee regarding the current or future performance of any system identified.

Reliance on this report in any way by parties other than the Law Office of Miguel A. Saldana is subject to the contractual terms and conditions in effect between Law Office of Miguel A. Saldana and EFI for this project. The observations, findings, and conclusions within this report are based on our professional judgment and information obtained during the course of this assessment.

### 3.02 Report Tense

This report has been prepared in the present tense as it is intended to only describe conditions at the time of the site observations.

### 3.03 Opinion of Cost

The opinion of cost presented is for the materials and building systems affected by the assessment findings. These opinions are based on approximate quantities and values. They do not constitute a

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

warranty that all items, which may require repair or replacement, are included. In addition, the following assumptions were utilized in the development of the Opinion of Cost.

- The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost includes job supervision, job trailer, temporary utilities, small tools etc.

- The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

- The mark-up for Contingency is solely an estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

- Price escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

- The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

- The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

- The estimate is priced using a combination of historical data and RS Means pricing Guides.

- This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

- No costs have been added to address code violations or upgrades to the existing systems.

- The estimate does not include any asbestos abatement cost.

- The estimate does not include any lead based paint abatement cost.

- The estimate does not include any cost/fees for relocation of staff/students.

This opinion should not be interpreted as a bid or offer to perform the work. All costs are stated in present value.

In evaluating the costs presented, it is important to understand that actual costs depend on such factors as design documentation, contractor expertise, existing contractor commitments, seasonal workload, insurance and bonding. These factors may cause wide variations in the actual cost provided by the bidders. In view of these factprs and the qualifications provided, the costs presented in this report should be considered "order of magnitude" and used for budgeting purposes only. Preparation of detailed design documentation and obtaining competitive contractor bids is necessary to determine actual costs.

## 3.04 Interviews

The following individuals provided documents, information, or assistance in performance of these services and preparation of this report.

| | |
|---|---|
| *Facilities Director:* | Oscar Tapia |
| *Facilities Coordinator:* | Robert Garcia |
| | Leo Garza |

| | |
|---|---|
| *General Counsel:* | Mike Saldana |
| *Maintenance Administrator:* | Raul Vasquez |
| *Maintenance:* | Kenny Robertson |
| | Gabriel DelGado |
| | Gabriel Alberta |
| | J. P. Villareal |
| | Conrad Ingle |
| *Energy Management:* | Steve Vera |

## 3.05 Documents

The following documents, were utilized in performance of these services and preparation of this report.

### Site Assessment

### *Drawings*

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | January 1993 |
| Sheets: | C-1 through C-6, A-1 through A-61, L-1 through L-2 |

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | February 25, 1993 |
| Sheets: | U1-A and U1-B, Addendum No. 5 |

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Aiken Elementary School and Additions to Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | November 1994 |
| Sheets: | sheets A-1 through A-47, L-1 through L-2 |

### Mold Assessment

### *Previous Reports/documents Reviewed*

| | |
|---|---|
| Document: | Indoor Air Quality Environmental Survey of Bruce Aiken Elementary School, |
| From: | Assured Indoor Air Quality |
| Dated: | November 9, 2001 |
| Subject: | Aiken Elementary School |

| | |
|---|---|
| Document: | Preliminary Mold Investigation Besteiro Middle School/Aiken Elementary School |
| From: | Ambiotec Environmental Inc Consultants. |

Dated:          May, 2002
Subject:        Besteiro Middle School/Aiken Elementary School

Roof Assessment
*Drawings*
Drawings:       Brownsville ISD

                Middle School -Southmost Road (Besteiro MS)
Prepared by:    Carrol, DuSang & Rand, Inc.
Dated:          January 23, 1993
Sheets:         A48, A51, and A61

Drawings:       Brownsville ISD
                New Elementary School (Aiken ES) -- Southmost Road and Additions to Raul A.
                Besteiro Jr. Middle School.
Prepared by:    Carrol, DuSang & Rand, Inc.
Dated:          November 22, 1994
Sheets:         A35 and A47

*Previous Reports/Documents Reviewed*
From:           Mr. Sabas Lopez, Wilson Construction
Dated:          August 22, 1995
Subject:        Besteiro Middle School
Document:       Memorandum
Summary:        Wilson Construction (General Contractor) reported that Brownsville ISD has
                reported leaks at Besteiro Middle School during Elementary School construction
                and requested that Sechrist Hall (assumed to be the roof subcontractor) meet at
                site and review conditions.

Document        Memorandum
From:           Mr. Sabas Lopez, Wilson Construction
To:             Mr. Bill McBride, Sechrist Hall
Dated:          October 16, 1995
Subject:        Besteiro Middle School
Summary:        Follow-up to August 22, 1995 memorandum. Confirmation of October 17, 1995
                meeting at site to review roof conditions at Besteiro Middle School

Document:       Letter
From:           Mr. Sabas Lopez, Wilson Construction
Dated:          October 19, 1995
Subject:        Roof Leaks at Besteiro Middle School
Summary:        Site Visit Report regarding reported leak locations at Besteiro Middle School
                during the Elementary School construction. Leaks at north stairway and library
                caused by new construction/addition of Elementary School and will be addressed
                at end of construction. Leaks at Dining Room caused by refrigeration lines
                serving HVAC units and are not related to rain events.

Document:       Letter

| | |
|---|---|
| From: | Mr. Jorge L. Mora, Carroll DuSang and Rand |
| Dated: | October 31, 1995 |
| Subject: | Site Visit Report regarding a walk through of the Besteiro Middle School roof |
| Summary | Concrete coping joints at roof parapet are mortared in lieu of sealant. Through-wall flashing installed at base of rise wall at northeast corner of cafetorium and east wall of gymnasium was not installed properly. Contractor was to reinstall wall flashing and seal all joints in the precast concrete coping. |

| | |
|---|---|
| Document: | Memorandum |
| From: | Mr. Raul Vasquez, Besteiro Middle School, and Assistant Principal |
| Dated: | May 1, 1996 |
| Subject: | Roof Leaks |
| Summary: | Identifying leaks at (1) cafeteria entrance, (2) band hall, (3) 1st floor teacher's lounge, and (4) new addition to band hall |

## Mechanical Assessment
### Drawings

| | |
|---|---|
| Drawings: | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | January 1993 |
| Sheets: | M-1 through M-12 |

| | |
|---|---|
| Drawings: | New Aiken Elementary School and Additions to Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | November 1994 |
| Sheets: | M-1 through M-11 |

### Previous Reports/Documents Reviewed

| | |
|---|---|
| Document: | Letter of Air Conditioning Options |
| From: | Carroll Dusang and Rand Architects |
| Dated: | November 24, 1992 |
| Subject: | Southmost School |

| | |
|---|---|
| Document: | Letter and Report of Air Conditioning Options |
| From: | Coupland-Moran Engineers |
| Dated: | November 9, 1992 |
| Subject: | Aiken Elementary School |

| | |
|---|---|
| Document: | Letter and Report of Air Conditioning Options |
| From: | Coupland-Moran Engineers |
| Dated: | December 2, 1992 |
| Subject: | Southmost School |

| | |
|---|---|
| Document: | FAX-Letter of Air Conditioning Options |
| From: | Carroll Dusang and Rand Architects |
| Dated: | August 25, 1994 |
| Subject: | Aiken Elementary School |

DRAFT: FOR REVIEW ONLY
**Privileged - Attorney / Client Work Product**

Document:   Final Submittal and Air Balance Report
From:       RBM Engineering
Dated:      June 9, 1999
Subject:    Aiken Elementary

Document:   Indoor Air Quality Survey Environmental Survey
From:       Assured Indoor Air Quality
Dated:      November 9, 2001
Subject:    Aiken Elementary School

Document:   Preliminary Mold Investigation
From:       Ambiotec Environmental Consultants
Dated:      May, 2002
Subject:    Besteiro Middle School and Aiken Elementary Schools

Document:   Air Balance Report
From:       Alamo Controls
Dated:      May 27, 1999
Subject:    Aiken Elementary School

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

# APPENDIX

DRAFT: FOR REVIEW ONLY
Privilege - Attorney / Client Work Product

**Appendix A -
Wing Designation Drawing**



BESTEIRO
AIKEN
WING A
WING B
WING G
SECOND FLOOR

WING DESIGNATION DRAWING

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**Appendix B -
Fungal and Biological Results**

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: LAW OFFICE of Saldi   Project / Job No: 98410-65340   Project Name: BISD

Date Sampled: 11/19 — 11/22   Sampled by: CHRIS MURRAY

TURNAROUND TIME: Immediate (3 HR)   Same-day   Next day   3-5 days   (3-14 days (Standard))

Date Submitted for Laboratory analysis: _____   Contact Name and Number RICK ANDERSON

| Sample No: | Sample Description | Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| AO-1 | RM 101 | 75L | 5 | CALIBRATED (B) |
| AO-2 | RM 106 | 75L | 5 | (B) |
| AO-3 | RM 111 | 75L | 5 | (B) |
| T-01 | R112 - BAR STOOL | N/A | 4 | (B) |
| B-01 | RM113 - CEILING TILE | N/A | 2 | (B) |
| AO-4 | RM 112 | 75L | 5 | (B) |
| AO-5 | RM 124 | 75L | 5 | (B) |
| AO-6 | AMBIENT | 75L | 5 | 6:30 pm — 11-19-02 |
| AO-7 | RM 130 | 75L | 5 | CALIBRATED 11-20-02 (B) |
| AO-8 | LOCKERS AREAS | 75L | 5 | (B) |
| AO-9 | BAND ROOM | 75L | 5 | (B) |
| T-02 | REHEARSAL HALL | N/A | 4 | PIANO - WOOD (B) |

**Test Codes**   (B) = BESTERIO
(Aerotech/ Bulks)   (A) = AIKEN
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).
3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

(Air-o-cell / Allergenco)
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| | 11/25/02 / 9:00 pm | | 11/26/02 1:16pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| | 12/4/02 3:21PM | | |

Pg 2 of 6

# Chain of Custody Form - COMMERCIAL

Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____  Project / Job No: 98410-05340  Project Name: BISD

Date Sampled: 11-19 → 11/22  Sampled by: CHRIS MURRAY

TURNAROUND TIME: Immediate (3 HR)   Same-day   Next day   3-5 days   (3-14 days (Standard))

Date Submitted for Laboratory analysis: _____   Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes | |
|---|---|---|---|---|---|
| AO-10 | REHERSAL HALL | 75L | 5 | | (B) |
| AO-11 | RM 123 | 75L | 5 | | (B) |
| T-03 | RM 123 | N/A | 4 | STORAGE RM DOOR | (B) |
| AO-12 | RM 117 | 75L | 5 | | (B) |
| T-04 | O/S RM 120 | N/A | 4 | HALLWAY (S E corridor) | (B) |
| AO-13 | PRINCIPAL'S OFFICE | 75L | 5 | | (B) |
| T-05 | PRINCIPAL'S DESK | N/A | 4 | | (B) |
| T-06 | PRINCIPAL'S CHAIR | N/A | 4 | | (B) |
| AO-14 | AMBIENT | 75L | 5 | 11-20-02 - 2:51 - 73°F / 57% / CO 0.6 / CO2 370 | |
| AO-15 | AIKEN CAFETERIA | 75L | 5 | | (A) |
| T-07 | AIKEN CAFETERIA | N/A | 4 | CAFETERIA TABLE - UNDER | (A) |
| AO-16 | RM B100 | 75L | 5 | | (A) |

## Test Codes    (A)= AIKEN
(B) = BESTECIO

**(Aerotech/ Bulks)**
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).
3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| ~~signature~~ | 11/25/02  9:00 am | ~~signature~~ | 11/27/02  1:16 pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| ~~signature~~ | 12/4/02  3:21 pm | | |

Pg 3 of 6

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____　Project / Job No: 93410 - 05340　Project Name: BISD

Date Sampled: 11/15 → 11/22　Sampled by: CHEN MARIAN

TURNAROUND TIME: Immediate (3 HR)　Same-day　Next day　3-5 days　3-14 days (Standard)

Date Submitted for Laboratory analysis: _____　Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| AO-17 | RM A101 | 75 L | 5 | (A) |
| AO-18 | RM A102 | 75 L | 5 | (A) |
| AO-19 | AMBIENT | 75 L | 5 | 11-20-02 - 6:23am  RH: 48; Temp: 66°F  CO=0.4 CO2=409 |
| AO-20 | RM B104 | 75 L | 5 | CALIBRATED 11-21-02　(A) |
| AO-21 | ADMIN OFFICE | 75 L | 5 | (A) |
| AO-22 | RM B111 | 75 L | 5 | (A) |
| AO-23 | RM C101 | 75 L | 5 | CEILING PLENUM (A) |
| T-08 | RM C101 | N/A | 4 | RESTROOM - WINDOW SILL (A) |
| AO-24 | RM C107 | 75 L | 5 | (A) |
| T-09 | CORRIDOR B - PIPE | N/A | 4 | CHILL H2O PIPE (A) |
| AO-25 | AMBIENT | 75 | 5 | 11-21-02/1:38 P.M  RH:29%  Temp: 74°  CO=0 CO2=372 |
| T-10 | RM B214 | N/A | 4 | FIRE RATED CEILING |

Test Codes　(A) = AIKEN
　　　　　　(B) = BESTERZO

**(Aerotech / Bulks)**
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).
3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| CM | 11/25/02 / 9:00 Am | Aiken Mills | 11/25/02  8:16pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| Aiken | 12/4/02  3:21pm | | |

Pg 4 of 6

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____ Project / Job No: 98410 - 05340 Project Name: BISD

Date Sampled: 11/19 → 11/22 Sampled by: Chris Mullay

TURNAROUND TIME: Immediate (3 HR)  Same-day  Next day  3-5 days  3-14 days (Standard)

Date Submitted for Laboratory analysis: _____  Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| AO-26 | B211 | 75 L | 5 | (A) |
| AO-27 | B217 | 75 L | 5 | (A) |
| AO-28 | RM B206 | 75 L | 5 | (A) |
| AO-29 | RM B201 | 75 L | 5 | (A) |
| AO-30 | RM 226 | 75 L | 5 | (B) |
| AO-31 | RM 219 | 75 L | 5 | (B) |
| AO-32 | RM 215 | 75 L | 5 | (B) |
| AO-33 | AMBIENT | 75 L | 5 | 11-21-02 / 7:02 PM 68°F / RH: 43% / CO2: 24 — CO2= 445 |
| AO-34 | AMBIENT | 75 L | 5 | 11-22-02 / 5:13 AM 64°F / RH: 47% / CO2: 1.4 / CO2= 412 |
| AO-35 | RM 210 | 75 L | 5 | CALIBRATED (B) |
| AO-36 | RM 204 | 75 L | 5 | (B) |
| AO-37 | East central corridor | 75 L | 5 | LEVEL 2 (B) |

**Test Codes**  (A) = AIKEN
(B) = BESTERFO

**(Aerotech/ Bulks)**
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).
3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| Chris | 11/25/02 9:00 AM | Aileen Miller | 11/25/02 1:16 pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| State | 12/4/02 3:22 pm | | |

Case 1:03-cv-00109　　Document 1　　Filed in TXSD on 06/09/2003　　Page 97 of 183

pg 5 of 6

# Chain of Custody Form - COMMERCIAL

### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____ Project / Job No: 98410-05340 Project: Name: B=SD

Date Sampled: 11/19 → 11/22 Sampled by: Chris Murray

TURNAROUND TIME: Immediate (3 HR) Same-day Next day 3-5 days 3-14 days (Standard)

Date Submitted for Laboratory analysis: _____ Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes | |
|---|---|---|---|---|---|
| A0.38 | RM 231 | 75 L | 5 | | (B) |
| A0.39 | RM 236 | 75 L | 5 | | (B) |
| A0.40 | AMBIENT | 75 L | 5 | 11-22-02 TEMP 75° CO=0.1 11:01am RH 35% CO2-422 | (B) |
| A6-1 | AMBIENT | 141 L | 1 | ↓ ME - CALIBRATED | |
| A6-2 | BESTEIRO LOBBY | 84.9 L | 1 | ENTRANCE ME | (B) |
| A6-3 | RM 102 | 84.9 L | 1 | 75°/49% MK | (B) |
| A6-4 | BESTEIRO CAFETERIA | 84.9 L | 1 | 73°/46% ME | (B) |
| A6-5 | RM 228 | 84.9 L | 1 | 75°/41% ME | (B) |
| A6-6 | RM 220 | 84.9 L | 1 | 74° 46% ME | (B) |
| A6-7 | RM A108 | 84.9 L | 1 | 72° 49% ME | (A) |
| A6-8 | AIKEN LOBBY | 84.9 L | 1 | 71° 44% ME | (A) |
| A6.9 | RM C108 | 84.9 L | 1 | 69° 43% ME | (A) |

Test Codes  (A) = AIKEN
(B) = BESTEIRO

(Aerotech/Bulks)
1. Fungi – culture (Count and Genus ID).　　3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).　　4. Tape lift Direct Exam. (Genus ID and relative count)

(Air-o-cell / Allergenco)
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date 11/25/02 / 9:00am | Samples Received by | Date / Time 11/2/02 1:16pm |
|---|---|---|---|
| Results Released By | Time / Date 12/4/02 3:22pm | Results Received by | Date / Time |

## Chain of Custody Form - COMMERCIAL
Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____    Project / Job No: 99410 -05340  Project Name: BISD

Date Sampled: 4/19-7 11 22    Sampled by: Chris Murphy

**TURNAROUND TIME: Immediate (3 HR)  Same-day  Next day  3-5 days  3-14 days (Standard)**

Date Submitted for Laboratory analysis: _____    Contact Name and Number  _____

| Sample No. | Sample Description | Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| A6-10 | RM B206 | 84.9 L | 1 | 71° / 43% (A) |
| AC-11 | RM B216 | 84.9 L | 1 | 70° / 45% (A) |
| T-11 | RM B211 | N/A | 4 | INSIDE WALL CAVITY SOUTH WALL (A) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Test Codes**   (A) - AIKEW
                 (B) - BISTEILO
**(Aerotech/ Bulks)**
1. Fungi – culture (Count and Genus ID).      3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).      4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| Cl | 11/25/02  9:00 am | Alvaro Mull | 11/25/02  1:16 pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| Autos | 12/4/02  3.23pm | | |

2218 Northpark Dr, Kingwood, TX,   39
Tel: 281 312 3136

**TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

| | | | |
|---|---|---|---|
| Client: EFI | Project Name: BISD | | Project No: 98410-05840 |
| Date Sampled: 11/19 ~ 11/22 | Name of Sampler: CHRIS MURRAY | | |
| Test Method: Aerotech 6 / Malt Extract Agar | | | |

Date Received for Laboratory analysis: 11/25/02          Date Completed: 12/04/02

Lab Job Number: 1197          Lab Test Method:  Culturable/ Genus ID and Colony Count

| Sample ID: | A61 | A62 | A63 | A64 |
|---|---|---|---|---|
| Location: | Ambient | BESTEIRO LOBBY | RM 102 | BESTEIRO CAFETERIA |
| Total Volume Air: | 141.5L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | | |
| Arthrinium | | | | |
| Aspergillus sp. | 28 | | | 24 |
| Aspergillus niger | | | | 12 |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | 12 | 35 | |
| Chaetomium | | | | |
| Cladosporium | 276 | 141 | 71 | 82 |
| Coprinus | | | | |
| Curvularia | | 12 | | |
| Drechslera/Bipolaris Group | | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | 28 | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | 128 | 24 | | 59 |
| Phoma sp. | | | | |
| Scopulariopsis | | | | |
| Sporothrix sp. | | 12 | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 64 | 12 | 59 | 12 |
| Unidentified | | | | |
| Total CFU/ m³ | 524 | 213 | 165 | 189 |

Analyst: _Gates_    Lab Supervisor: _Gates_    Date/Time _12/4/02 3.19pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

Client: EFI                 Project Name: BISD                 Project No: 98410-05840

Date Sampled: 11/19 ~ 11/22        Name of Sampler: CHRIS MURRAY

Test Method: Aerotech 6 / Malt Extract Agar

Date Received for Laboratory analysis: 11/25/02              Date Completed: 12/04/02

Lab Job Number: 1197            Lab Test Method: Culturable/ Genus ID and Colony Count

| Sample ID: | A65 | A66 | A67 | A68 |
|---|---|---|---|---|
| Location: | RM 228 | RM 220 | RM A108 | AIKEN LOBBY |
| Total Volume Air: | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | 47 | |
| Arthrinium | | | | |
| Aspergillus sp. | | | | |
| *Aspergillus niger* | | | | |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | | | |
| Chaetomium | | | | |
| Cladosporium | 35 | | 24 | 12 |
| Coprinus | | | | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | 24 | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | | | 12 | 12 |
| Phoma sp. | | | 188 | |
| Scopulariopsis | | | | |
| Sprothrix sp. | | | 12 | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 35 | 35 | | |
| Unidentified | | | | |
| Total CFU/ m³ | 94 | 35 | 283 | 24 |

Analyst: _____    Lab Supervisor: _____    Date/Time 12/4/02 3:19pm

**Technical Support Services**
Dept of Microbiology
2218 Northpark Dr, Kingwood, TX, 77339
Tel: 281 312 3136
TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092

| | | | |
|---|---|---|---|
| Client: EFI | Project Name: BISD | | Project No: 98410-05840 |
| Date Sampled: 11/19 ~ 11/22 | Name of Sampler: CHRIS MURRAY | | |

Test Method: Aerotech 6 / Malt Extract Agar

Date Received for Laboratory analysis: 11/25/02　　　　　Date Completed: 12/04/02

Lab Job Number: 1197　　　　Lab Test Method: Culturable/ Genus ID and Colony Count

| Sample ID: | A69 | A610 | A611 | A64 |
|---|---|---|---|---|
| Location: | RM C108 | RM B206 | RM B211 | |
| Total Volume Air: | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | | |
| Arthrinium | | | | |
| Aspergillus sp. | | | 12 | |
| Aspergillus niger | | | | |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | 12 | 12 | |
| Chaetomium | | | | |
| Cladosporium | 24 | 59 | 200 | |
| Coprinus | | | | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | 82 | 12 | | |
| Phoma sp. | | | | |
| Scopulariopsis | | 24 | | |
| Sporothrix | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 24 | | 71 | |
| Unidentified | | | | |
| Total CFU/ m³ | 130 | 107 | 295 | |

Analyst: _____　Lab Supervisor: _____　Date/Time 12/4/02 3:19pm

**Technical Support Services**
**Dept of Microbiology**
2218 Northpark Dr, Kingwood, TX, 77
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02        Date Completed: 11/27/02

Lab Job Number: 1197        Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-1 | A0-2 | A0-3 | A0-4 |
|---|---|---|---|---|
| Location: | RM 101 | RM 106 | RM 111 | RM 112 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | 53 | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 160 | 267 | 373 | 160 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | 107 |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 160 | 213 | 267 | 3466 |
| Scopulariopsis | 160 | 107 | | 6132 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | | 107 |
| Basidiospores | | | 107 | 267 |
| Hyphal Fragments | 213 | | 53 | 53 |
| Unidentified | | | | |
| Total spores/m³ | 799 | 587 | 800 | 10292 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Shila for R Yapl_ Lab Supervisor: _Shila_        Date/Time _12/2/02  1·24 pm_

**Technical Support Services**
**Dept of Microbiology**
2218 Northpark Dr, Kingwood, TX, 77339
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled:  11/19 ~ 11/22          Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02          Date Completed: 11/27/02

Lab Job Number: 1197          Lab Test Method:  Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-5 | A0-6 | A0-7 | A0-8 |
|---|---|---|---|---|
| Location: | RM 124 | AMBIENT | RM 130 | LOCKERS AREAS |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | 213 | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | | 533 | 53 | |
| Curvularia | | 53 | | |
| Drechslera/Bipolaris Group | | 107 | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | 107 | | |
| Nigrospora | | 53 | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | 373 | 160 | 53 |
| Scopulariopsis | 107 | | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | 53 | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 320 | | 53 |
| Basidiospores | 160 | 960 | | 107 |
| Hyphal Fragments | | 267 | | |
| Unidentified | | 1 | | |
| Total spores/m³ | 267 | 3042 | 213 | 213 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Pate for R Kapil_ Lab Supervisor: _Pate_     Date/Time 12|2|02 1·20pm

**Technical Support Services**
**Dept of Microbiology**
2218 Northpark Dr, Kingwood, TX, 77339
Tel: 281 312 3136

EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing
(EMPAT) Program.  Laboratory ID # 163092

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22      Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/27/02 |
|---|---|

Lab Job Number: 1197          Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-9 | A0-10 | A0-11 | A0-12 |
|---|---|---|---|---|
| Location: | BAND ROOM | REHERSAL HALL | RM 123 | RM 117 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | 53 | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 213 | | 1013 | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 107 | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 53 | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 2400 | 11,517 | 9224 | 3999 |
| Scopulariopsis | 53 | 26,180 | 12,477 | 267 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Hyphal Fragments | 267 | 53 | 53 | |
| Unidentified | | | | |
| Total spores/m³ | 3146 | 37,750 | 22,767 | 4266 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _BRoach_      Lab Supervisor: _Pateo_      Date/Time _12/2/02  1·27pm_

**Technical Support Service**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/27/02 |
|---|---|

Lab Job Number: 1197    Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-13 | A0-14 | A0-15 | A0-16 |
|---|---|---|---|---|
| Location: | PRINCIPAL'S OFFICE | AMBIENT | AIKEN CAFETERIA | RM B100 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 320 | 1606 | | |
| Curvularia | | 160 | | |
| Drechslera/Bipolaris Group | | 373 | | |
| *Epicoccum purpurascens* | | 53 | | |
| Fusarium | | 160 | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | 53 | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 4852 | 427 | 213 | 267 |
| Scopulariopsis | 14,183 | 213 | 1333 | 960 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 213 | | |
| Basidiospores | | 267 | | |
| Hyphal Fragments | | 373 | | |
| Unidentified | | | | |
| Total spores/m³ | 19,355 | 3898 | 1546 | 1227 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: *B Roach*    Lab Supervisor: *[signature]*    Date/Time 12/2/02 1:23pm

## Technical Support Services
### Dept of Microbiology
2218 Northpark Dr, Kingwood, TX, 77339
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

| Client: EFI | Project Name:  BISD | Project No:  98410-05840 |
|---|---|---|

Date Sampled:  11/19 ~ 11/22        Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed:  11/26/02 |
|---|---|

Lab Job Number: 1197        Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-17 | A0-18 | A0-19 | A0-20 |
|---|---|---|---|---|
| Location: | RM A101 | RM A102 | AMBIENT | RM B104 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | | 160 | 853 | 267 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | 53 | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | 160 | 53 |
| Nigrospora | 53 | | 160 | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 3679 | 1066 | 213 | 267 |
| Scopulariopsis | 906 | 587 | | |
| Stachybotrys | | | | |
| Tetraploa | | | 53 | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 107 | | 160 | 53 |
| Basidiospores | 107 | | 213 | 107 |
| Hyphal Fragments | | 107 | | |
| Unidentified | | | | |
| Total spores/m³ | 4852 | 1813 | 1972 | 747 |
| Debris Rating | 2 | 1 | 3 | 4 |

Analyst: *Liley, Mills*    Lab Supervisor: *Slatson*    Date/Time 12/2/02  1·28pm

**Technical Support Services**
**Dept of Microbiology**
2218 Northpark Dr, Kingwood, TX, 77.
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 – 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | | Date Completed: 11/26/02 | |
|---|---|---|---|

Lab Job Number: 1197    Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-21 | A0-22 | A0-23 | A0-24 |
|---|---|---|---|---|
| Location: | ADMIN OFFICE | RM B111 | RM C101 | RM C107 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | 53 | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 107 | 53 | 427 | 693 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 53 | | | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 160 | 427 | 267 | 2346 |
| Scopulariopsis | | | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | 160 |
| Hyphal Fragments | | | | |
| Unidentified | | | | |
| Total spores/m³ | 372 | 480 | 694 | 3199 |
| Debris Rating | 1 | 1 | 2 | 2 |

Analyst: _____  Lab Supervisor: _____    Date/Time: 11/27ᵗʰ/02 1·28pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, /7339**
**Tel: 281 312 3136**

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

| Client: EFI | Project Name:  BISD | Project No: 98410–05840 |
|---|---|---|

Date Sampled:  11/19 ~ 11/22      Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis:  11/25/02           Date Completed:  11/26/02

Lab Job Number: 1197          Lab Test Method:  Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-25 | A0-26 | A0-27 | A0-28 |
|---|---|---|---|---|
| Location: | AMBIENT | B211 | B217 | RM B206 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 693 | | 107 | |
| Curvularia | | 53 | | |
| Drechslera/Bipolaris Group | 107 | | | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 160 | 53 | | |
| Nigrospora | 53 | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 53 | 107 | | 53 |
| Scopulariopsis | | 53 | | 160 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | | |
| Basidiospores | 107 | 53 | | |
| Hyphal Fragments | 160 | | 53 | 53 |
| Unidentified | 1 | | | |
| Total spores/m³ | 1387 | 319 | 160 | 266 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Al Caram_ ——Lab Supervisor: _Pate X_         Date/Time 12 2 02  1·23 pm

Technical Support Services
Dept of Microbiology
2218 Northpark Dr, Kingwood, TX, 77339
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22    Name of Sampler: **CHRIS MURRAY**

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02    Date Completed: 11/26/02

Lab Job Number: 1197    Lab Test Method: **Non Culturable Genus ID and Count light microscopy**

| Sample ID: | A0-29 | A0-30 | A0-31 | A0-32 |
|---|---|---|---|---|
| Location: | RM B201 | RM 226 | RM 219 | RM 215 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | 53 | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 53 | 53 | 213 | 53 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | 53 | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | 53 | 53 | |
| Nigrospora | | | 53 | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | 53 | 213 | 107 |
| Scopulariopsis | | | 53 | 160 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | 53 | |
| Basidiospores | | | 53 | 53 |
| Hyphal Fragments | | | 267 | 53 |
| Unidentified | | | 2 | |
| Total spores/m³ | 106 | 159 | 1066 | 426 |
| Debris Rating | 1 | 1 | 4 | 1 |

Analyst: _AlCroram_   Lab Supervisor: _Pabra_   Date/Time 2/12/02 1:28pm

Dept of Microbiology
2218 Northpark Dr, Kingwood, TX, 7...9
Tel: 281 312 3136

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22     Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02          Date Completed: 11/26/02

Lab Job Number: 1197          Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-33 | A0-34 | A0-35 | A0-36 |
|---|---|---|---|---|
| Location: | AMBIENT | AMBIENT | RM 210 | RM 204 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | X | |
| Alternaria | | 53 | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | 53 | | | |
| Cladosporium | 533 | 746 | | 53 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 53 | | | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 53 | | | |
| Nigrospora | 53 | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 267 | 53 | | |
| Scopulariopsis | | | | 53 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 213 | 53 | | |
| Basidiospores | 53 | 53 | | 53 |
| Hyphal Fragments | 53 | | | |
| Unidentified | | | | |
| Total spores/m³ | 1331 | 958 | N/A | 159 |
| Debris Rating | 2 | 2 | 1 | 1 |

Analyst: _____   Lab Supervisor: _____   Date/Time 12|2|02  1:28 pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

| | |
|---|---|
| Client:  EFI | Project Name:  BISD | Project No:  98410-05840 |

Date Sampled: 11/19 ~ 11/22        Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02          Date Completed: 11/26/02

Lab Job Number: 1197          Lab Test Method:  Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-37 | A0-38 | A0-39 | A0-40 |
|---|---|---|---|---|
| Location: | EAST CENTRAL CORRIDOR | RM 231 | RM 236 | AMBIENT |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | 53 |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 53 | 267 | 160 | 1066 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | 106 |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | 53 | 53 |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | | 53 | |
| Scopulariopsis | | 53 | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 53 | | 267 |
| Basidiospores | | | | |
| Hyphal Fragments | | 53 | | 53 |
| Unidentified | | | | |
| Total spores/m³ | 53 | 426 | 266 | 1598 |
| Debris Rating | 1 | 1 | 1 | 2 |

Analyst: _____    Lab Supervisor: _____    Date/Time 12|2|02  1·23pm

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| | | |
|---|---|---|
| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
| Date Sampled: 11/19 ~ 11/22 | Name of Sampler: CHRIS MURRAY | |

Test Method: Bulk / Direct Exam / Tape Lift

| | |
|---|---|
| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/25/02 |
| Lab Job Number: 1197 | Lab Test Method: Cultrable/ Genus ID |

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc |
|---|---|---|---|---|
| B-01 | | RM113 – CEILING TILE | Cladosporium | Loaded |

Analyst: _Bates_    Lab Supervisor: _Bates_    Date/Time 12/2/02 11·35am

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical**
**Testing (EMPAT) Program.  Laboratory ID # 163092**

| | | |
|---|---|---|
| Client:  EFI | Project Name:  BISD | Project No:  98410-05840 |
| Date Sampled:  11/19 ~ 11/22 | Name of Sampler:  CHRIS MURRAY | |
| Test Method: Tape lift | | |

Date Received for Laboratory analysis: 11/25/02                    Date Completed: 11/25/02

Lab Job Number: 1197                    Lab Test Method:  Non viable Genus ID

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc. |
|---|---|---|---|---|
| T-01 | | R112 – BAR STOOL | Chaetomium<br>Nigrospora<br>Penicillium sp.<br>Scopulariopsis | Few<br>Few<br>Loaded<br>Many |
| T-02 | | REHERSAL HALL | Cladosporium<br>Penicillium<br>Scopulariopsis | Few<br>Loaded<br>Many |
| T-03 | | RM 123 | Aureobasidium<br>Cladosporium | Few<br>Many |
| T-04 | | O/S RM 120 | Chaetomium<br>Penicillium sp.<br>Scopulariopsis | Few<br>Loaded<br>Loaded |
| T-05 | | PRINCIPAL'S DESK | Penicillium sp.<br>Scopulariopsis | Loaded<br>Loaded |
| T-O6 | | PRINCIPAL'S CHAIR | Aspergillus sp.<br>Cladosporium<br>Scopulariopsis | Loaded<br>Many<br>Loaded |
| T-07 | | AIKEN CAFETERIA | Aspergillus sp.<br>Penicillium sp. | Loaded<br>Loaded |

Analyst: _____  Lab Supervisor: _____     Date/Time _12/2/02  11-35am_

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

Client: **EFI**              Project Name: **BISD**              Project No: **98410-05840**

Date Sampled: 11/19 ~ 11/22    Name of Sampler: **CHRIS MURRAY**

Test Method: **Tape lift**

---

Date Received for Laboratory analysis: **11/25/02**         Date Completed: **11/25/02**

Lab Job Number: **1197**        Lab Test Method: **Non viable Genus ID**

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc. |
|---|---|---|---|---|
| T-08 | | RM C101 | Aspergillus sp. <br> Cladosporium | Loaded <br> Loaded |
| T-09 | | CORRIDOR B – PIPE | Stachybotrys | Loaded |
| T-10 | | RM B214 | Dreschlera sp. | Loaded |
| T-11 | | RM B211 | Nigrospora <br> Phoma sp. | Loaded |

Analyst: _Blake_    Lab Supervisor: _Blake_    Date/Time _12/2/02 11-16am_

DRAFT: FOR REVIEW ONLY
Privi    d – Attorney / Client Work Product

**Appendix C –**
Temperature, Relative Humidity, Carbon Monoxide and Dioxide Results

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

# APPENDIX C
## BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| Date Sampled: 11/19/02-11/22/02 | | | | |
| 213 | 72°F | 43% | 0 ppm | 426 ppm |
| 217 | 72°F | 40% | 0 ppm | 470 ppm |
| S & SE Corridor and Restrooms | 71°F | 41% | 0 ppm | 450 ppm |
| SW Teacher's Lounge | 70°F | 42% | 0 ppm | 415 ppm |
| 214 | 72°F | 41% | 0 ppm | 390 ppm |
| SW Custodian Room | 73°F | 40% | 0 ppm | 434 ppm |
| 215 | 73°F | 39% | 0 ppm | 426 ppm |
| 216 | 72°F | 40% | 0 ppm | 387 ppm |
| 218 | 73°F | 40% | 0.2 ppm | 402 ppm |
| 219 | 73°F | 40% | 0 ppm | 395 ppm |
| 221 | 72°F | 44% | 0 ppm | 380 ppm |
| 220 | 72°F | 42% | 0 ppm | 392 ppm |
| 222 | 71°F | 43% | 0.2 ppm | 416 ppm |
| 223 | 72°F | 38% | 0 ppm | 484 ppm |
| 225 | 71°F | 45% | 0 ppm | 385 ppm |
| 224 | 71°F | 36% | 0 ppm | 411 ppm |
| 226 | 71°F | 45% | 0 ppm | 394 ppm |
| 227 | 74°F | 45% | 0.1 ppm | 400 ppm |
| Cafeteria | 72°F | 55% | 0.3 ppm | 371 ppm |
| Corridor B | 73°F | 54% | 0.7 ppm | 402 ppm |
| 115 | 73°F | 54% | 0 ppm | 385 ppm |
| 116 | 73°F | 54% | 0 ppm | 392 ppm |
| Security Office | 74°F | 55% | 0 ppm | 479 ppm |
| Office | 73°F | 64% | 0.1 ppm | 397 ppm |
| Counseling Office | 71°F | 58% | 0.1 ppm | 460 ppm |
| Corridor C | 72°F | 59% | 0 ppm | 434 ppm |
| 117 | 72°F | 58% | 0.1 ppm | 422 ppm |
| 118A | 72°F | 60% | 0 ppm | 427 ppm |
| 118B | 71°F | 61% | 0 ppm | 438 ppm |
| Rehersal Hall | 71°F | 69% | 0.4 ppm | 377 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT:  FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX C**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| **Date Sampled:  11/19/02-11/22/02** | | | | |
| Band Corridor | 71°F | 56% | 0.3 ppm | 421 ppm |
| Band Wing | 74°F | 53% | 0.7 ppm | 422 ppm |
| Gym/Locker Rooms | 74°F | 62% | 0.6 ppm | 408 ppm |
| Corridor A | 72°F | 56% | 1.1 ppm | 437 ppm |
| Lockers Area/ Central Corridor | 72°F | 59% | 1.0 ppm | 423 ppm |
| Storage room # 1 & 2 | 73°F | 54% | 1.2 ppm | 479 ppm |
| Restrooms 2 & 3 | 72°F | 55% | 1.0 ppm | 520 ppm |
| Restroom 1 | 73°F | 57% | 1.1 ppm | 490 ppm |
| North wing | 72°F | 56% | 1.0 ppm | 419 ppm |
| 130 | 71°F | 62% | 1.7 ppm | 483 ppm |
| 129 | 72°F | 54% | 0.0 ppm | 423 ppm |
| 127 | 73°F | 53% | 0.2 ppm | 394 ppm |
| 126 & 128 | 75°F | 54% | 0.3 ppm | 479 ppm |
| 125 | 72°F | 56% | 0.1 ppm | 411 ppm |
| 124 | 71°F | 61% | 0.1 ppm | 398 ppm |
| 115 | 69°F | 52% | 0.3 ppm | 388 ppm |
| 114 | 69°F | 59% | 0.1 ppm | 429 ppm |
| 113 | 68°F | 61% | 0.1 ppm | 411 ppm |
| 112 | 67°F | 60% | 0.1 ppm | 408 ppm |
| 111 | 71°F | 55% | 0.2 ppm | 472 ppm |
| 110 | 73°F | 56% | 0.3 ppm | 391 ppm |
| 109 | 73°F | 54% | 0.5 ppm | 386 ppm |
| 108 | 74°F | 52% | 0.7 ppm | 388 ppm |
| 107 | 75°F | 52% | 1.0 ppm | 396 ppm |
| 106 | 74°F | 53% | 2.5 ppm | 389 ppm |
| 105 | 72°F | 56% | 1.7 ppm | 389 ppm |
| 104 | 69°F | 69% | 1.0 ppm | 392 ppm |
| 103 | 75°F | 51% | 1.9 ppm | 401 ppm |
| 102 | 73°F | 48% | 1.4 ppm | 404 ppm |
| 101 | 73°F | 53% | 1.2 ppm | 393 ppm |
| 120 | 70°F | 60% | 0.0 ppm | 409 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

| APPENDIX C<br>BESTEIRO MIDDLE SCHOOL<br>BROWNSVILLE, TEXAS | | | | |
|---|---|---|---|---|
| Air Sample Results | | | | |
| LOCATION | Temperature<br>(Degrees F) | Relative<br>Humidity<br>( % ) | Carbon<br>Monoxide<br>(ppm) | Carbon<br>Dioxide (ppm) |
| Date Sampled: 11/19/02-11/22/02 | | | | |
| 121 | 71°F | 60% | 0.1 ppm | 421 ppm |
| 119 | 70°F | 62% | 0.0 ppm | 430 ppm |
| 122 | 71°F | 58% | 0.0 ppm | 462 ppm |
| Nurse Office | 71°F | 58% | 0.0 ppm | 440 ppm |
| 123 | 72°F | 66% | 0.0 ppm | 451 ppm |
| Teacher's Lounge | 72°F | 56% | 0.1 ppm | 411 ppm |
| Fl.2 Corridor | 72°F | 41% | 1.2 ppm | 432 ppm |
| 236 | 72°F | 43% | 1.3 ppm | 419 ppm |
| 235 | 71°F | 43% | 1.2 ppm | 429 ppm |
| 233 | 71°F | 43% | 1.4 ppm | 405 ppm |
| 234 | 72°F | 42% | 1.4 ppm | 411 ppm |
| 232 | 72°F | 43% | 1.3 ppm | 435 ppm |
| 231 | 71°F | 42% | 1.4 ppm | 404 ppm |
| 230 | 72°F | 42% | 1.3 ppm | 441 ppm |
| 229 | 72°F | 43% | 1.8 ppm | 438 ppm |
| 228 | 72°F | 43% | 2.1 ppm | 429 ppm |
| E.Central Corridor | 72°F | 42% | 2.2 ppm | 397 ppm |
| 201 | 71°F | 43% | 2.4 ppm | 405 ppm |
| 202 | 73°F | 43% | 2.4 ppm | 400 ppm |
| 203 | 73°F | 44% | 2.5 ppm | 426 ppm |
| 204 | 71°F | 43% | 2.4 ppm | 413 ppm |
| 205 | 71°F | 43% | 2.4 ppm | 399 ppm |
| 206 | 73°F | 43% | 2.7 ppm | 445 ppm |
| 207 | 72°F | 45% | 2.8 ppm | 414 ppm |
| 208 | 71°F | 46% | 2.6 ppm | 442 ppm |
| 209 | 72°F | 46% | 2.2 ppm | 788 ppm |
| 210 | 69°F | 44% | 1.5 ppm | 442 ppm |
| 211 | 69°F | 49% | 2.0 ppm | 401 ppm |
| 212 | 69°F | 50% | 2.0 ppm | 415 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE):<br>Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

APPENDIX C

## AIKEN ELEMENTARY SCHOOL
## BROWNSVILLE, TEXAS

### Air Sample Results

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| Date Sampled: 11/19/02-11/22/02 | | | | |
| B214 | 68°F | 39% | 0 ppm | 398 ppm |
| B216 | 69°F | 40% | 0 ppm | 407 ppm |
| North & South Stairwells | | | | |
| North Corridor & Restrooms Fl 2 | 73°F | 39% | 0 ppm | 438 ppm |
| B201 | 73°F | 36% | 0 ppm | 435 ppm |
| B202 | 73°F | 33% | 0.1 ppm | 408 ppm |
| B203 | 73°F | 39% | 0 ppm | 381 ppm |
| B205 | 73°F | 39% | 0 ppm | 383 ppm |
| B207 | 73°F | 38% | 0 ppm | 413 ppm |
| B204 | 73°F | 33% | 0 ppm | 426 ppm |
| B206 | 72°F | 34% | 0 ppm | 402 ppm |
| B209 | 72°F | 37% | 0 ppm | 398 ppm |
| B208 | 70°F | 36% | 0 ppm | 390 ppm |
| Fl. 2 Lobby & Asst. Principal's Office | 71°F | 38% | 0 ppm | 402 ppm |
| South Corridor & Restrooms Fl. 2 | 69°F | 41% | 0 ppm | 426 ppm |
| B218 | 69°F | 37% | 0.1 ppm | 406 ppm |
| B217 | 72°F | 34% | 0 ppm | 383 ppm |
| B212 | 72°F | 36% | 0.1 ppm | 394 ppm |
| B215 | 72°F | 39% | 0.2 ppm | 382 ppm |
| B213 | 71°F | 43% | 0.2 ppm | 391 ppm |
| B210 | 71°F | 41% | 0 ppm | 442 ppm |
| B211 | 73°F | 41% | 0 ppm | 436 ppm |
| Corridor B (North) Fl. 1 | 70°F | 44% | 0 ppm | 388 ppm |
| Corridor B & C (South) Fl. 1 | 69°F | 39% | 0 ppm | 480 ppm |
| C108 | 70°F | 39% | 0 ppm | 452 ppm |
| C107 | 70°F | 40% | 0 ppm | 455 ppm |
| C105 | 71°F | 38% | 0 ppm | 463 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX C**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| **Date Sampled:  11/19/02-11/22/02** | | | | |
| C106 | 66°F | 42% | 0 ppm | 420 ppm |
| C104 | 69°F | 40% | 0.1 ppm | 400 ppm |
| C103 | 69°F | 40% | 0 ppm | 441 ppm |
| C102 | 69°F | 40% | 0 ppm | 412 ppm |
| C101 | 71°F | 40% | 0 ppm | |
| B112 | 70°F | 37% | 0 ppm | 394 ppm |
| B111 | 70°F | 42% | 0 ppm | 386 ppm |
| B110 | 69°F | 44% | 0 ppm | 439 ppm |
| B109 | 69°F | 45% | 0 ppm | 394 ppm |
| B108 | 70°F | 43% | 0 ppm | 407 ppm |
| Admin. Office | 70°F | 44% | 0.3 ppm | 435 ppm |
| B107 | 72°F | 41% | 0.5 ppm | 448 ppm |
| Counselor's Office | 73°F | 41% | 0.7 ppm | 381 ppm |
| Nurse's Office | 73°F | 50% | 0.5 ppm | 489 ppm |
| Entry Lobby/Custodian Closet/Electrical Room | 70°F | 47% | 0.5 ppm | 439 ppm |
| B106 | 70°F | 45% | 0.7 ppm | 418 ppm |
| Teacher's Lounge, Workroom & Restrooms | 73°F | 47% | 0.2 ppm | 403 ppm |
| B105 | 72°F | 42% | 0.9 ppm | 395 ppm |
| B104 | 73°F | 47% | 1.0 ppm | 393 ppm |
| Corridor A | 75°F | 50% | 0.2 ppm | 427 ppm |
| A108 | 75°F | 50% | 0.4 ppm | 422 ppm |
| A107 | 75°F | 51% | 0.2 ppm | 417 ppm |
| A106 | 77°F | 50% | 0.5 ppm | 392 ppm |
| A105 | 77°F | 51% | 0.3 ppm | 414 ppm |
| A104 | 76°F | 51% | 0.4 ppm | 430 ppm |
| A103 | 77°F | 52% | 0.3 ppm | 420 ppm |
| A102 | | | | |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## APPENDIX C
## AIKEN ELEMENTARY SCHOOL
## BROWNSVILLE, TEXAS

### Air Sample Results

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| Date Sampled: 11/19/02-11/22/02 | | | | |
| A101 | 75°F | 56% | 0.2 ppm | 415 ppm |
| B103 | 73°F | 55% | 0.2 ppm | 407 ppm |
| B102 | 73°F | 57% | 0.4 ppm | 397 ppm |
| B101 | 71°F | 55% | 0.1 ppm | 418 ppm |
| B100 | 73°F | 53% | 0.6 ppm | 431 ppm |
| Library | 74°F | 55% | 0.3 ppm | 439 ppm |
| Cafeteria | 72°F | 61% | 0.4 ppm | 434 ppm |
| Kitchen | 71°F | 56% | 0.1 ppm | 391 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**Appendix D –**
**HVAC Observations and Field Notes**

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| B-First Floor | Principal's Office | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to flexible run-outs. Aluminum ceiling grilles, 9/9 supply and two 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-3<br>Design CFM: 1800<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 68.4/47.6<br>Heating: 11.5 KW<br>Field Notes: Filters very heavy with dust and debris. Cooling coil heavily loaded with debris and possible mold. Heavy rust in drain pan. Compressor running and condenser fan failed. Trane TCD075C400BA. Temp/RH 73 degF/64%. Thermostat setpoint 72 degF, reading 75 degF. Fan On Continuous. |
| B-First Floor | Entrance Lobby | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to flexible run-outs. Aluminum ceiling grilles, 9/9 supply and two 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500. Air grilles: 1650<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: O/A measured at 38 CFM. Filters and return very heavy with dust and debris. Cooling coil covered with ice. Heavy rust in drain pan. Compressor running and indoor blower fan running. Trane TCC060F400BA. Temp/RH 74 degF/55%. Thermostat setpoint 70 degF, reading 77 degF. Fan Auto. |
| B-First Floor | Classrooms 101 through 108 | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500.<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 74 |

DRAFT: FOR REVIEW ONLY
Pr...eged – Attorney / Client Work Product

**APPENDIX D
BESTEIRO MIDDLE SCHOOL
BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | degF/53%. Thermostat setpoints 74 degF, reading 70 to 76 degF, Fan Auto. Rooms feel cool and humid. |
| B-First Floor | Classroom 105 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 1,602<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers closed.<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 62.4/54.5 |
| B-First Floor | Classrooms 109 through 110 | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and one 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through common area restrooms.<br>Unit scheduled on drawings: AC-18<br>Design CFM: 900<br>Design O/A CFM: 225<br>Design Cooling BTU/H, Total/Sensible: 29.9/26.1<br>Heating: 6 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC048F400BA. Temp/RH range 73 degF/55%. Thermostat setpoints 71 degF, reading 70 to 71 degF, Fan Auto. Rooms were cool, humid, musty. |
| B, C-First Floor | Classrooms 111, 114, Bookroom, 115, 116 | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500.<br>Design O/A CFM: 375<br>Design Cooling BTUH, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC060F400BA. Temp/RH range 73 degF/54%. Thermostat setpoint 75 degF, reading 70 to 71 degF, Fan Auto. Thermostat calibration problems. O/A dampers closed at Bookroom and room 114, 115 units. Rooms feel warm and elevated humidity. |
| B-First Floor | Classroom 112 | Single zone rooftop direct expansion cooling, electric heating. 26/14 internally insulated sheet metal duct to sidewall grilles. Aluminum ceiling grilles, six 12/12 and one 6/6 supply and three |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## APPENDIX D
## BESTEIRO MIDDLE SCHOOL
## BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms. Unit scheduled on drawings: AC-2 Design CFM: 2300 Design O/A CFM: 450 Design Cooling BTU/H, Total/Sensible: 92.5/65.5 Heating: 13.9 KW Field Notes: Filters and return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCD102B400BA. Temp/RH range 67 degF/67%. Thermostat setpoint 66 degF, reading 68 degF, Fan Auto. O/A dampers closed. Room feels cool and humid. |
| B-First Floor | Classroom 113 | Single zone rooftop direct expansion cooling, electric heating. 36/14 internally insulated sheet metal duct to sidewall grilles. Aluminum ceiling grilles, six 12/12 and one 6/6 supply and three 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms. Unit scheduled on drawings: AC-1 Design CFM: 3000 Design O/A CFM: 450 Design Cooling BTU/H, Total/Sensible: 107.9/73.5 Heating: 16.5 KW Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCD120B400BA. Temp/RH range 68 degF/61%. Thermostat setpoint 66 degF, reading 68 degF, Fan Continuous. O/A dampers closed. Birds nesting inside return section. Ceiling stained below unit. Room feels warm and humid. |
| C-First Floor | Common Area at Lockers | Single zone rooftop direct expansion cooling, electric heating. 48/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through common area restrooms. Unit scheduled on drawings: AC-7 Design CFM: 4500 Measured CFM: 5777 CFM Design O/A CFM: 1500 Measured O/A CFM: 1717 Design Cooling BTU/H, Total/Sensible: 158.8/108.5 Heating: 32 KW Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris. Rust in drain pan. Trane model not visible. Temp/RH range 72 degF/59%. Thermostat setpoints 72 degF, |

DRAFT: FOR REVIEW
Privileged   Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
| | | reading 72 degF, Fan Auto.  O/A dampers closed. |
| B-First Floor | Classrooms 117 through 122 | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, 18/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS.  Manual O/A hoods and dampers installed, economizer specified.  Exhaust through Teachers restrooms. <br> Unit scheduled on drawings: AC-6 <br> Design CFM: 1500 except Room 118A is 1350 CFM. <br> Design O/A CFM: 375 <br> Design Cooling BTU/H, Total/Sensible: 54.8/38.2 <br> Heating: 6 KW <br> Field Notes: Filters and return section very heavy with dust and debris.  Cooling coil deposits of debris and possible mold.  Rust in drain pan.  Trane TCC060F400BA.  Temp/RH range 72 to 73 degF/58%.  Thermostat setpoints 76 to 77 degF except room 118B set at 70 degF, reading 75 to 76 degF except room 118B reading 70 degF, Fan Auto.  Thermostat calibration problems.  O/A dampers open minimum.  Room 118B has intermittent kitchen exhaust hood without make-up.  Room 122 was extensive water staining on floor. baseboards removed for renovation, gypsum wall board stains, and roof leak suspended. |
| B-First Floor | Classroom 118B | Field Diagnostic Measurements: <br> Unit scheduled on drawings: AC-6 <br> Design CFM: 1500 <br> Measured CFM: 1962 <br> Design O/A CFM: 375 <br> Measured O/A CFM: 170, dampers 1/3 open. <br> Design Cooling Supply Air: 53/52 <br> Measured Cooling Supply Air: 58.9/51.7 <br> Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| C-First Floor | Counseling and Nurses Station | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 and 6/6 supply and 22/22 ceiling return.  Mercury bulb thermostats, no EMS.  Manual O/A hoods and dampers installed, economizer specified.  Exhaust through restrooms across corridor. <br> Unit scheduled on drawings: AC-4 <br> Design CFM: 1500 <br> Design O/A CFM: 300 <br> Design Cooling BTU/H, Total/Sensible: 54.8/38.2 <br> Heating: 6 KW <br> Field Notes: Return section heavy with dust and debris.  Cooling coil heavy deposits of debris and possible mold.  Rust in drain pan. Trane TCC075C400BA.  Temp/RH 71 degF/58%.  Thermostat setpoint 80 degF, reading 78 degF, Fan Auto.  Thermostat |

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | calibration problems.  O/A dampers open minimum. |
| A-First Floor | Classrooms 124 through 130 added during construction of Aiken Elementary | Single zone rooftop direct expansion cooling, electric heating. 18/16 externally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Electronic thermostats connected to EMS.  Manual O/A hoods and dampers installed, economizer specified.  Exhaust through restrooms across corridor.<br>Unit scheduled on drawings: AC-1<br>Design CFM: 1500<br>Design O/A CFM: 450<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris.  Cooling coil heavy deposits of debris and possible mold.  Rust in drain pan. Trane TCD060F400BA.  Temp/RH 72 to 75 degF/54 to 55%. Thermostat setpoint 72 degF by EMS, reading 72 to 74 degF, Fan Auto, units disabled by EMS.  O/A dampers open minimum. |
| D-First Floor | Boys Locker Room | Single zone rooftop direct expansion cooling, natural gas heating, 100% O/A.  28/14 internally insulated sheet metal duct to ceiling grilles.  Aluminum ceiling grilles, 9/9 and 12/12 supply.  No ceiling return.  Room is exhausted 100% by roof mounted exhaust fan. Mercury bulb thermostats, no EMS.  Manual O/A hoods and dampers installed.  Exhaust through restroom areas.<br>Unit scheduled on drawings: AC-17<br>Design CFM: 2500<br>Measured CFM: 3931<br>Design O/A CFM: 2500<br>Measured O/A CFM: 3931<br>Design Exhaust CFM: 2700<br>Design Cooling BTU/H, Total/Sensible: 95.5/74.1<br>Heating: 180,000 BTUH<br>Field Notes: O/A section heavy with dust and debris.  Cooling coil deposits of debris.  Rust in drain pan.  Trane YCD102B4HOCA. Temp/RH range 74 degF/62%.  Thermostat setpoints 65 degF, reading 65 degF, Fan Continuous.  Thermostat calibration problems. O/A dampers full open.  Mis-application of Trane model; unit not rated for 100% O/A duty. |
| D-First Floor | Girls Locker Room | Single zone rooftop direct expansion cooling, natural gas heating, 100% O/A.  28/14 internally insulated sheet metal duct to ceiling grilles.  Aluminum ceiling grilles, 9/9 and 12/12 supply.  No ceiling return.  Room is exhausted 100% by roof mounted fan.  Mercury bulb thermostats, no EMS.  Manual O/A hoods and dampers installed.  Exhaust through restroom areas.<br>Unit scheduled on drawings: AC-16<br>Design CFM: 2500<br>Design O/A CFM: 2500 |

Privileged – Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
|  |  | Measured O/A CFM: Not measured, O/A damper closed. Design Cooling BTU/H. Total/Sensible: 95.5/74.1 Heating: 180,000 BTUH Field Notes: O/A section heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil deposits of debris. Rust in drain pan. Trane YCD102B4HOCA. Temp/RH range 74 degF/62%. Thermostat setpoints 78 degF, reading 78 degF, Fan Continuous. Humidity feels elevated. O/A dampers closed. Mis-application of Trane model; unit not rated for 100% O/A duty. |
| D-First Floor | Gymnasium | Four single zone rooftop direct expansion cooling, natural gas heating. 32-inch round internally insulated sheet metal duct to concentric ceiling grilles. Aluminum ceiling grilles, 16-inch concentric with internal balancing dampers. Open return boots at ceiling. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through locker room. Unit scheduled on drawings: AC-10, 11, 12, 13 Design CFM: 9000 Measured CFM: 1500 at AC-13 Design O/A CFM: Two @ 2775, Two @ 3000 Measured O/A CFM: 1150 at Ac-13, O/A damper open minimum. Design Cooling BTU/H. Total/Sensible: 329.5/224.7 Design Cooling Supply Air: 53/52 Measured Supply Air Temperature at AC-13: 58.4/58.4 Heating: 294,000 BTUH Field Notes: O/A section heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Trane SFHCC304L. Temp/RH range 74 degF/62%. Thermostat setpoints 65 to 78 degF, reading 70 to 76 degF, Fan Auto. Humidity feels elevated. O/A dampers open minimum. |
| D-First Floor | Band Room | Single zone rooftop direct expansion cooling, electric heating. 28/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-2 Design CFM: 2500 Design O/A CFM: 450 Design Cooling BTU/H. Total/Sensible: 92.5/62.5 Heating: 13.9 KW Field Notes: Filters collapsed. Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCD102B400BA. Temp/RH 74 |

APPENDIX D
BESTEIRO MIDDLE SCHOOL
BROWNSVILLE, TEXAS

HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | degF/53%. Thermostat setpoint 78 degF, reading 75 degF, Fan Auto. Thermostat calibration problems. Room feels cool and humid. |
| D-First Floor | Vocal Music Room | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-6 Design CFM: 1500 Design O/A CFM: 375 Design Cooling, Total/Sensible: 54.8/38.2 Heating: 6 KW Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. O/A dampers closed. Trane TCC060F400BA. Temp/RH 74 degF/53%. Thermostat setpoint 75 degF, reading 73 degF, Fan Auto. Thermostat calibration problems. Room feels cool and humid. |
| E-First Floor | Kitchen | Two single zone rooftop direct expansion cooling, natural gas heating. 30/24 and 24/24 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 6/6 and 12/12 supply and 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through vent hoods. Unit scheduled on drawings: AC- 14, 15 Design CFM: 8265 Measured CFM: 6,000 at AC-15 Design O/A CFM: 4550 Measured O/A CFM: 2558, O/A damper open minimum. Design Cooling BTU/H, Total/Sensible: 330/224 Design Cooling Supply Air: 53/52 Measured Cooling Supply Air: 58/58 Heating: 500,000 BTUH Field Notes: O/A section very heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Very heavy covering of debris and bird feathers on condenser coils. Trane SFHCC254L. Temp/RH range 72 degF/55%. Thermostat setpoints 70 degF, reading 70 degF, Fan Auto. Humidity feels elevated. O/A dampers open minimum. |
| E-First Floor | Cafetorium | Two single zone rooftop direct expansion cooling, natural gas heating. 40/14 and 24/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 14-inch concentric and |

DRAFT - FOR REVIEW ONLY
Privileged - Attorney / Client Work Product

## APPENDIX D
## BESTEIRO MIDDLE SCHOOL
## BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|------|-------------------|----------|
| | | 12/12 supply. Return air boots. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through kitchen.<br>Unit scheduled on drawings: AC- 8, 9<br>Design CFM: 8000<br>Measured CFM: 2334 at AC-8<br>Design O/A CFM: 4550<br>Measured O/A CFM: 1125, O/A damper open minimum.<br>Design Cooling BTU/H, Total/Sensible: 327/231<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 62/58<br>Heating: 294,000 BTUH<br>Field Notes: O/A section very heavy with dust, bird feathers, and debris. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Trane SFHCC304L. Temp/RH range 72 degF/55%. Thermostat setpoints 67 degF, reading 67 degF, Fan Auto. Humidity feels elevated. |
| B-Second Floor | Classrooms 201 through 208 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 74 degF/53%. Thermostat setpoints 74 to 76 degF, reading 69 to 73 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid. Musty odors. |
| B-Second Floor | Classroom 202 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2550<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers closed.<br>Measured Room Temperature: 66.2/36.9% RH<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 58/58<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second | Classroom 209 | Single zone rooftop direct expansion cooling, electric heating. |

### APPENDIX D
### BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| Floor | | 18/12 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 12/12 supply and two 22/22 ceiling return. Mercury bulb thermostat, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-18<br>Design CFM: 900<br>Design O/A CFM: 225<br>Design Cooling BTU/H, Total/Sensible: 29.9/26.1<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris. Rust in drain pan. Trane TCC048C400BA. Temp/RH range 72 degF/46%. Thermostat setpoint 75 degF, reading 73 degF. Fan Auto. Room is cool and humid. |
| B-Second Floor | Classrooms 210 through 214 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 69 degF/49%. Thermostat setpoints 70 to 76 degF, reading 69 to 73 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid except room 214. Rooms 210 and 211 are laboratories with local exhaust at 3700 CFM for each room. |
| B-Second Floor | Classroom 211 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2262<br>Design O/A CFM: 375<br>Measured O/A CFM: 37, dampers closed.<br>Measured Room Temperature: 69/49% RH<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 59/56.5<br>Design Cooling, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Teachers Lounge | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 12/12 supply and two 22/22 ceiling return. Mercury bulb thermostat, no EMS. Manual O/A hoods and |

## APPENDIX D
## BESTEIRO MIDDLE SCHOOL
## BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | dampers installed, economizer specified. Exhaust through corridor and common area restrooms. Unit scheduled on drawings: AC-18 Design CFM: 900 Design O/A CFM: 225 Measured O/A CFM: 103 Design Cooling BTU/H, Total/Sensible: 29.9/26.1 Heating: 6 KW Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC048C400BA. Temp/RH range 72 degF/56%. Thermostat setpoint 68 degF, reading 70 degF, Fan Auto. Room is cool and humid. |
| B-Second Floor | Classrooms 215 through 218 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms. Unit scheduled on drawings: AC-6 Design CFM: 1500 Design O/A CFM: 375 Design Cooling BTU/H, Total/Sensible: 54.8/38.2 Heating: 11.5 KW Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. O/A dampers 1/3 open. Trane TCC060F400BA. Temp/RH range 73 degF/40%. Thermostat setpoints 74 to 75 degF, reading 69 to 72 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid. Rooms 217 and 218 are laboratories with local exhaust at 3700 CFM for each room. Classroom 217 unit has loose and open panels. |
| B-Second Floor | Classroom 216 | Field Diagnostic Measurements: Unit scheduled on drawings: AC-6 Design CFM: 1500 Measured CFM: 2400 Design O/A CFM: 375 Measured O/A CFM: 37, dampers 1/3 open. Measured Room Temperature: 66.2/38.3% Design Cooling Supply Air: 53/52 Measured Cooling Supply Air: 60.5/58.3 Design Cooling, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classrooms 220 through 227 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and |

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. O/A dampers 1/3 open. Trane TCC060F400BA. Temp/RH range measured 72 degF/40%. Thermostat setpoints 72 to 78 degF, reading 68 to 72 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid. |
| B-Second Floor | Classroom 219 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2656<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 73/40%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 60.5/58.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 220 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2119<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 73/42%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 61/57.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 225 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 1791<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 71/45%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 53.6/57.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 227 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500 |

## APPENDIX D
### BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

#### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
|  |  | Measured CFM: 3000<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 74/45%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 61/59.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| A-First Floor | Classrooms 228 through 236 added during construction of Aiken Elementary | Single zone rooftop direct expansion cooling, electric heating. 18/16 externally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 return. Electronic thermostats connected to EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor.<br>Unit scheduled on drawings: AC-1<br>Design CFM: 1500<br>Design O/A CFM: 450<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCD060F400BA. Temp/RH 72 degF/43%. Thermostat setpoint 72 degF by EMS, reading 69 to 80 degF, Fan Auto, units disabled by EMS. Calibration problems. O/A dampers open minimum. Rooms feel cool, humid, musty. |
| F-First Floor | Library | One single zone rooftop direct expansion cooling, natural gas heating. 54/16 and 36/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 supply and 22/22 return. Electronic thermostat, no EMS. Manual O/A hood and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through restrooms.<br>Unit scheduled on drawings: AC- 5<br>Design CFM: 12005<br>Measured CFM: Not operational<br>Design O/A CFM: 2025<br>Measured O/A CFM: Not operational<br>Design Cooling BTU/H, Total/Sensible: 435.3/303.8<br>Heating: 588,000 BTUH<br>Field Notes: Unit has been cleaned and re-insulated by contractor. Trane SFHCC404L. Very dirty condenser coils. |
| B-Wing | Outside Door | Building Pressure +0.02-inches |
| C-Wing | Outside Door facing North | Building Pressure -0.01-inches |
| D-Wing | Outside Door facing west near Band Room | Building Pressure –0.02-inches |
| B-Wing | Teachers Lounge on second floor outside window | Building Pressure -0.01-inches |
| B-Wing | Outside Door at Front Entrance | Building Pressure Neutral |

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| G-First Floor | Main Entrance | Coils were dusty, minor spots. Filters were moderately dirty.<br>Measured Supply Air: 60.2 Deg F db/53.3 wb<br>Measured Room Temperature: 73 Deg.<br>Measured Room Relative Humidity: 50%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 2901.<br>Design Outside Air CFM: 450. |
| | Administration Office | Coils contained debris, gray dust. Moderate rust in drain pan.<br>Mildew spots on supply grilles.<br>Measured Supply Air: 56.2 DegF db/50.2 wb<br>Measured Room Temperature: 70.0 DegF.<br>Measured Room Relative Humidity: 50.2%.<br>Design Supply CFM: 1100.<br>Measured Supply CFM: 1114.<br>Design Outside Air: 450.<br>Measured Outside Air CFM: 206 |
| | Counselors Office-Back Area | Coils contained heavy deposits of gray and white dust. Fan wheel<br>contained rust. Rust deposits in drain pan. Roof drain leaking in<br>back office with possible mold.<br>Measured Supply Temperature: 61.2 Deg F db/54.4 wb<br>Measured Room Temperature: 73 Deg.<br>Measured Room Relative Humidity: 41%.<br>Design Supply CFM: 800.<br>Measured Supply CFM: 1364.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 94 |
| | Rooms A101-A115 | Coils contained light deposits of white and gray dust. Fan wheels<br>contained spots of rust. Filters contained moderate deposits. |
| | Room A103 | Coil contained black spots and possible mold. Heavy rust in coil<br>channel. A/C unit shows signs of sweating and condensation<br>forming on the exterior of unit.<br>Measured Supply Temperature: 60.2 Deg F db/55.7 wb<br>Measured Room Temperature: 77.0 DegF.<br>Measured Room Relative Humidity: 52%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1958.<br>Design Outside CFM: 450. |
| | Room A105 | Measured Supply Temperature: 70.1 DegF db/56.4 wb<br>Measured Room Temperature: 68.2 DegF.<br>Measured Room Relative Humidity: 42.1%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1257.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 614. |

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| | Room A106 | Measured Supply Temperature: 62.6 DegF db/57.2 wb<br>Measured Room Temperature: 70.0 DegF.<br>Measured Room Relative Humidity: 50.0%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1471.<br>Design Outside CFM: 450. |
| | Room B100-B106 | Coil contains heavy deposits of gray dust and debris. Drain pans contain heavy deposits of rust. |
| | Room B102 | Measured Supply Temperature: 59.8 DegF db/55.5 wb<br>Measured Room Temperature: 73.0 Deg.<br>Measured Relative Humidity: 57%.<br>Design Supply CFM: 2700.<br>Measured Supply CFM 2035.<br>Design Outside CFM: 450. |
| | Room B105 | Measured Supply Temperature: 65.0 DegF db/56.3 wb.<br>Measured Room Temperature: 72.0 DegF.<br>Measured Room Relative Humidity: 42%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1246.<br>Design Outside CFM: 450.<br>Measured Outside CFM 55 |
| | Room B107-B112 | Coil contains heavy deposits of gray dust. Drain pan contains moderate deposits of rust. Filters contain moderate debris and dust. |
| | Room B108 | Measured Supply Temperature: 64.0 Deg F db/54.0 wb.<br>Measured Room Temperature: 70.0 Deg.<br>Measured Room Relative Humidity: 43%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 778.<br>Design Outside CFM: 450. |
| | Room B110 | Coil contained black spots and possible mold. Evidence of previous chilled water leak in room indicated by staining on floor.<br>Measured Supply Temperature: 67.7 DegF db/56.8 wb.<br>Measured Room Temperature: 69.0 DegF.<br>Measured Room Relative Humidity: 44%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1664.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 132. |
| | Room C101-108 | Coil contains heavy debris, gray dust, black spots and possible mold. Drain pan contains heavy deposits of rust and debris. Filter contains moderate amount debris. |
| | Room C108 | Measured Supply Temperature: 63.6 DegF db/54 wb<br>Measured Room Temperature: 69.6 DegF.<br>Measured Room Relative Humidity: 38.8%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 872. |

DRAFT: FOR REVIEW ONLY
ivileged – Attorney / Client Work Product

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| | | Design Outside CFM: 450. Measured Outside CFM: 225. |
| G-Second Floor | Second Floor Lobby | Coil contained heavy deposits of gray dust. Drain pan contained heavy deposits of rust. Exterior bottom of unit shows heavy corrosion. Filter is extremely dirty. Measured Supply Temperature: 71.9 DegF db/58.8 wb Measured Room Temperature: 71.0 DegF. Measured Room Relative Humidity: 38%. Design Supply CFM: 800. Measured Supply CFM: 1231. Design Outside CFM: 450. |
| | Room B201-B209 | Coils contain deposits of light gray dust. Drain pan contains heavy deposits of rust. Fan operating in low speed. |
| | Room B203 | Measured Supply Temperature: 74.6 DegF db/60.7 wb. Measured Room Temperature: 73.0 DegF. Measured Room Relative Humidity: 39%. Design Supply CFM: 800. Measured Supply CFM: 1168. Design Outside CFM: 450. Measured Outside CFM: 87. |
| | Room B206 | Base of unit corroded and rusty. Measured Supply Temperature: 72.0 DegF db/56.5 wb Measured Room Temperature: 72.0 DegF. Measured Room Relative Humidity: 34%. Design Supply CFM: 800. Measured Supply CFM: 731. Design Outside CFM: 450 Measured Outside CFM: 398. |
| | Room B207 | Fan out of balance and vibrating. Valve not operating allowing chilled water to enter the coil. Measured Supply Temperature: 73.1 DegF db/59.9 wb Measured Room Temperature: 73.0 DegF. Measured Room Relative Humidity: 38%. Design Supply CFM: 1360. Measured Supply CFM: 1632. Design Outside CFM: 450. Measured Outside CFM: 87. |
| | Room B210-218 | Coil contains light gray dust. Heavy rust deposits in drain pan. Filter contains moderate deposits of gray dust and deposits. |
| | Room B210 | Measured Supply Temperature: 70.3 DegF db/57.6 wb Measured Room Temperature: 71.0 DegF. Measured Room Relative Humidity: 41%. Design Supply CFM: 1350. Measured Supply CFM: 1534. Design Outside CFM: 450. |
| | Room B214 | Measured Supply Temperature: 66.3 DegF db/55.8 wb Measured Room Temperature: 68.0 DegF. |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

| APPENDIX D | | |
|---|---|---|
| **AIKEN ELEMENTARY SCHOOL** | | |
| **BROWNSVILLE, TEXAS** | | |
| **HVAC OBSERVATIONS AND FIELD NOTES** | | |
| **Wing** | **Classrooms or Area** | **HVAC Observations and Findings** |
| | | Measured Room Relative Humidity: 39%. Design Supply CFM: 1350. Measured Supply CFM: 1178. Design Outside CFM: 450. Measured Outside CFM: 362. |
| | Room B217 | Chilled water leak in room, floor heavily stained. Dissimilar metals used in joining air vents to pipe fittings; brass air vent connected to Schedule 40 steel pipe nipple and brass pipe fitting. Measured Supply Temp: 75.6 DegF db/60.5 wb. Measured Room Temperature: 72.0 DegF. Measured Room Relative Humidity: 34%. Design Supply CFM: 1350. Measured Supply CFM: 1305. Design Outside CFM: 450. Measured Outside CFM: 442. |
| | Room B218 | Measured Supply Temperature: 65.8 DegF db/55.5 wb. Measured Room Temperature: 69.0 DegF. Relative Humidity: 37%. Design Supply CFM: 1350. Measured Supply CFM: 1312. Design Outside CFM: 450. Measured Outside CFM: 256 |
| Wing H | Cafeteria-West | Trane: Model: SFHFC304LE00B27B1001AGY Trane: Serial: J95E7271 Observations: Heavy deposits of debris and possible mold on coil. Dirty filters. Dirty return air section. Initial measurement of air delivery yielded a reading of 1028 CFM. Second reading after adjusting fan drive belt yielded a reading of 10180 CFM |
| | Cafeteria-East | Trane: Model: SFHFC304LE00B27B1001AGY Trane: Serial: J95E71272 Observations: Heavy deposits of debris and possible mold on coil. Dirty filters. Dirty return air plenum. Chiller would not start initially due to a burned out fan drive belt. Belt was replaced and measurement for air delivery yielded a reading of 7195 CFM |

Privileged - Attorney / Client Work Product

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|------|-------------------|-------------------------------|
| Bldg. Rear | Central Plant Chiller | Trane: Model: RTAA3404XJ04J01B1D0BADFG<br>Trane: Serial: U95G29250<br>Observations: Unit is located outside of the building at the southeast corner. Unit supplied by primary pumps at pump skid in pump room at rear of the building adjacent to the chiller. Position of the flow switch appears to be installed within acceptable standards. Observation of chilled water temperature leaving the unit was approximately 41 degF and return 51 degF. Chilled water appeared to contain deposits of rust and debris and contained air visible through a site glass. |
| | Pump Room | Type: Namco<br>Serial: N-1545. 4 pumps.<br>Design Pressure: 16-psig-primary/30-psig secondary.<br>Capacity: 383 GPM primary/766 GPM secondary.<br>Date of Manufacture: 9/29/95.<br>Observations: Air vents do not appear to be operating properly. Cavitation of the pumps is possible with air present in the system. Secondary pumps operating erratically due to calibration problems with differential pressure switches. |

DRAFT FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

# Appendix E -
## Opinion of Cost Tabulation

**BROWNSVILLE I.S.D.**
**December 2002**

TOTAL PROGRAM COST

| Description | | Besteiro MS | Aiken ES |
|---|---|---|---|
| **Hard Costs** | | | |
| Construction | | $ 2,734,972 | $ 1,111,350 |
| | | | |
| **Soft Costs** | | | |
| A/E Design Fee | 9.00% | $ 246,148 | $ 100,021 |
| A/E Construction Management Fee | 3.00% | $ 82,049 | $ 33,340 |
| Mold Management Fee | 2.50% | $ 68,374 | $ 27,784 |
| Change Order Contingency (Board Award Amount) | 10.00% | $ 273,497 | $ 111,135 |
| Miscellaneous Survey Fees | 1.00% | $ 27,350 | $ 11,113 |
| | | $ 3,432,390 | $ 1,394,744 |
| **Grand Total** | | $ 4,827,134 | |

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

## SUMMARY

| Description<br>Area (sf) | Aiken Sitework<br>85,000 | | Aiken HVAC<br>85,000 | | Aiken HZMAT<br>85,000 | | Aiken Roof<br>85,000 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 Sitework/Demolition | $ | 58,500 | $ | - | $ | - | $ | - | $ | 58,500 |
| 03 Concrete | $ | 32,300 | $ | - | $ | - | $ | - | $ | 32,300 |
| 04 Masonry | $ | - | $ | - | $ | - | $ | - | $ | - |
| 05 Metals | $ | - | $ | - | $ | - | $ | - | $ | - |
| 06 Wood and Plastic | $ | - | $ | - | $ | - | $ | - | $ | - |
| 07 Thermal/Moisture | $ | - | $ | 2,000 | $ | - | $ | 50,213 | $ | 52,213 |
| 08 Doors/Windows | $ | - | $ | - | $ | - | $ | - | $ | - |
| 09 Finishes | $ | - | $ | - | $ | - | $ | - | $ | - |
| 10 Specialties | $ | - | $ | - | $ | - | $ | - | $ | - |
| 13 Special Construction | $ | - | $ | - | $ | 321,419 | $ | - | $ | 321,419 |
| 14 Conveying | $ | - | $ | - | $ | - | $ | - | $ | - |
| 15 Mechanical (Plumbing) | $ | - | $ | 5,900 | $ | - | $ | - | $ | 5,900 |
| 15 Mechanical (HVAC) | $ | - | $ | 352,901 | $ | - | $ | - | $ | 352,901 |
| 16 Electrical | $ | - | $ | 34,350 | $ | - | $ | - | $ | 34,350 |
| **Subtotal Construction** | $ | 90,800 | $ | 395,151 | $ | 321,419 | $ | 50,213 | $ | 857,583 |
| General Conditions - 10% | $ | 9,080 | $ | 39,515 | $ | 32,142 | $ | 5,021 | $ | 85,758 |
| Subtotal | $ | 99,880 | $ | 434,666 | $ | 353,561 | $ | 55,234 | $ | 943,341 |
| General Contractor OH & Profit 5% | $ | 4,994 | $ | 21,733 | $ | 17,678 | $ | 2,762 | $ | 47,167 |
| Subtotal | $ | 104,874 | $ | 456,399 | $ | 371,239 | $ | 57,995 | $ | 990,508 |
| Contingency 10% | $ | 10,487 | $ | 45,640 | $ | 37,124 | $ | 5,800 | $ | 99,051 |
| Subtotal | $ | 115,361 | $ | 502,039 | $ | 408,363 | $ | 63,795 | $ | 1,089,559 |
| Escalation 2% | $ | 2,307 | $ | 10,041 | $ | 8,167 | $ | 1,276 | $ | 21,791 |
| **Total Project Cost** | $ | 117,669 | $ | 512,080 | $ | 416,530 | $ | 65,071 | $ | 1,111,350 |

| Grand Total Aiken | $ | 1,111,350 |
|---|---|---|
| $/SF | | 13.07 |

**ROOFING OPTIONS:**
Option 1 - Rout out Motar, Install Backer Rod and Sealant  (deduct)          $          (17,412)

**HVAC OPTION:**
Option 1 - to Convert Existing Controls to Bi-Metal Sensors
Besteiro MS  (add)          $          7,418
Aiken ES  (add)          $          19,544

Note: all options are total price, mark-ups are already included in pricing.

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

**ASSUMPTIONS/QUALIFICATIONS:**

1. The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost include job supervision, job trailer, temporary utilities, small tools etc.

2. The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

3. The mark-up for Contingency is solely and estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

4. Prince escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

5. Estimate Basis:
   This estimate was created using the EFI assessment report for Besteiro Middle School and Aiken Elementary School.

   The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

   The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

   The estimate is priced using a combination of historical data and RS Means pricing Guides.

6. This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

7. The estimate does not include any asbestos abatement cost.

8. The estimate does not include any lead base paint abatement cost

9. No cost have been added to address code violations or upgrades to the existing building

10. The estimate does not include any cost/fees for relocation of staff/students.

Sitework Aiken

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
December 2002

| Description | | Quantity | Unit | Unit Cost | | Extension | | Total | | SF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | | 85,000 | | | | |
| Sitework - Division 02 | | | | | | | | | | |
| | | | | | | | | | | |
| **BACK COURTYARD AREA** | | | | | | | | | | |
| Sitework - Storm Drainage Courtyard | | | | | | | | | | |
| New 16"x16" Inlets w/Sump Boxes | | 2 | ea | $ | 350.00 | $ | 700 | | | |
| Storm Drainage - PVC 8" | | 100 | lf | $ | 8.00 | $ | 800 | | | |
| Trench/Backfill for new Storm Piping | | 100 | lf | $ | 4.00 | $ | 400 | | | |
| Earthwork - Re-Grade/Prep for Concrete | | 5,600 | sf | $ | 1.00 | $ | 5,600 | | | |
| Patch/Repair Landscape | | 1 | ls | $ | 1,000.00 | $ | 1,000 | | | |
| ADA - Allowance for ADA Requirements | | 1 | ls | $ | 50,000.00 | $ | 50,000 | | | |
| | | | | Subtotal Sitework - Division 02 | | | | $ | 58,500 $ | 0.69 |
| | | | | | | | | | | |
| Concrete - Division 03 | | | | | | | | | | |
| **Back Courtyard Area** | | | | | | | | | | |
| Remove Existing Concrete at Back Courtyard | | 5,600 | sf | $ | 2.00 | $ | 11,200 | | | |
| New Concrete - Repave Exisiting Back Courtyard | | 5,600 | sf | $ | 3.50 | $ | 19,600 | | | |
| Miscellaneous Concrete | | 1 | ls | $ | 1,500.00 | $ | 1,500 | | | |
| | | | | Subtotal Concrete - Division 03 | | | | $ | 32,300 $ | 0.38 |
| | | | | | | | | | | |
| | | | | Subtotal Construction | | | | $ | 90,800 | |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

| | | | Total SF | 85,000 | | |
| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|

**Sitework - Division 02**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal Sitework - Division 02 | | | | | $ - | $ - |

**Concrete - Division 03**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal Concrete - Division 03 | | | | | $ - | $ - |

**Masonry - Division 04**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | sf | $ - | $ - | | |
| Subtotal Masonry - Division 04 | | | | | $ - | $ - |

**Metals - Division 05**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | sf | $ - | $ - | | |
| Subtotal Metals - Division 05 | | | | | $ - | $ - |

**Wood and Plastics - Division 06**

**Wood and Plastics**

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal Wood and Plastics - Division 06 | | | | | $ - | $ - |

**Thermal and Moisture Protection - Division 07**

| | | | | | | |
|---|---|---|---|---|---|---|
| Miscellaneous Caulk and Seal | 1 | ls | $ 2,000.00 | $ 2,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $ 2,000 | $ 0.02 |

**Doors and Windows - Division 08**

| | | | | | | |
|---|---|---|---|---|---|---|
| Doors and Windows - Division 08 | | | | | $ - | $ - |

4

**BROWNSVILLE I.S.D.**
Aiken Elementary School
December 2002

Total SF          85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Interior Construction and Finishes  - Division 09** | | | | | | |
| | | | $ - | | | |
| Sub Total Interior Construction and Finishes  - Division 09 | | | | | $ - | $ - |
| **Specialties - Division 10** | | | | | | |
| | | | $ - | | | |
| Sub Total Specialties - Division 10 | | | | | $ - | $ - |
| **Division 13 - Special Construction** | | | | | | |
| | | | $ - | | | |
| Subtotal Special Construction - Division 13 | | | | | $ - | $ - |
| **Conveying Systems - Division 14** | | | | | | |
| Sub Total Conveying Systems - Division 14 | | | $ - | | $ - | $ - |
| **HVAC/Plumbing - Division 15** | | | | | | |
| **Plumbing** | | | | | | |
| New Condensate Drains - Pretreatment Units | 6 | ea | $ 150.00 | $ 900 | | |
| Miscellaneous Plumbing Repairs | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| Subtotal Plumbing - Division 15 | | | | | $ 5,900 | $ 0.07 |
| **HVAC** | | | | | | |
| **Work at Existing Fan Coil Units** | | | | | | |
| Rebalance Air and Water Side of FCU's | 58 | ea | $ 500.00 | $ 29,000 | | |
| Clean Coils in FCU's | 58 | ea | $ 200.00 | $ 11,600 | | |
| Remove/Replace CHW Valves (assume 100%) | 58 | ea | $ 300.00 | $ 17,400 | | |
| Check/Recalib. Room Thermostats (Assume 50%) | 29 | ea | $ 65.00 | $ 1,885 | | |
| Replace Bad Thermostates ( Assume 50%) | 29 | ea | $ 250.00 | $ 7,250 | | |
| Rework Control Sequence for Duct Heaters | 58 | ea | $ 50.00 | $ 2,900 | | |
| Clean Supply/Return Ductwork at FCU | 58 | ea | $ 225.00 | $ 13,050 | | |
| Clean Diffusers (assume 6 per FCU) | 348 | ea | $ 12.00 | $ 4,176 | | |
| **New Outside Air Pre-Treatment Units** | | | | | | |
| Air Handler - OA Pre-Treater 6300 CFM | 1 | ea | $ 18,900.00 | $ 18,900 | | |
| Air Handler - OA Pre-Treater 4950 CFM | 1 | ea | $ 14,850.00 | $ 14,850 | | |
| Air Handler - OA Pre-Treater 3150 CFM | 1 | ea | $ 9,450.00 | $ 9,450 | | |
| Air Handler - OA Pre-Treater 2250 CFM | 1 | ea | $ 6,750.00 | $ 6,750 | | |
| Air Handler - OA Pre-Treater 4950 CFM | 1 | ea | $ 14,850.00 | $ 14,850 | | |

5

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | **Total SF** | **85,000** | | |
| Air Handler - OA Pre-Treater 4500 CFM | 1 | ea | $ 13,500.00 | $ 13,500 | | |
| Hoist/Set Equipment | 6 | ea | $ 80.00 | $ 480 | | |
| Roof Curbs/Supports | 6 | ea | $ 400.00 | $ 2,400 | | |
| | | | | | | |
| Pretreatment Duct for Classrooms 6300 CFM | 1 | ls | $ 10,080.00 | $ 10,080 | | |
| Pretreatment Duct for Classrooms 4950 CFM | 1 | ls | $ 7,920.00 | $ 7,920 | | |
| Pretreatment Duct for Classrooms 3150 CFM | 1 | ls | $ 5,040.00 | $ 5,040 | | |
| Pretreatment Duct for Classrooms 2250 CFM | 1 | ls | $ 3,600.00 | $ 3,600 | | |
| Pretreatment Duct for Classrooms 4950 CFM | 1 | ls | $ 7,920.00 | $ 7,920 | | |
| Pretreatment Duct for Classrooms 4500 CFM | 1 | ls | $ 7,200.00 | $ 7,200 | | |
| | | | | | | |
| **Piping Corrections** | | | | | | |
| Remove/Replace CHW Piping Main 6" Copper | 700 | lf | $ 88.00 | $ 61,600 | | |
| Remove/Replace CHW Piping Main 4" Copper | 400 | lf | $ 54.00 | $ 21,600 | | |
| Remove/Replace Misc. Piping Insulation - 6" | 700 | lf | $ 14.00 | $ 9,800 | | |
| Remove/Replace Misc. Piping Insulation - 4" | 400 | lf | $ 9.50 | $ 3,800 | | |
| Rework Piping Connection at FCUs (Assume 25%) | 15 | ea | $ 200.00 | $ 2,900 | | |
| | | | | | | |
| **Water Treatment** | | | | | | |
| Drain/Flush/Treat CHW Piping System | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| | | | | | | |
| **Chilled Water System Work** | | | | | | |
| Flush Evaporator | 1 | ea | $ 2,500.00 | $ 2,500 | | |
| Replace Flow Switch | 1 | ea | $ 1,200.00 | $ 1,200 | | |
| Replace Damage CHW Piping Insulation | 200 | lf | $ 16.00 | $ 3,200 | | |
| Recalibrate Differential Pressure Valves | 1 | ls | $ 1,000.00 | $ 1,000 | | |
| Replace Seal at Primary CHW Pump | 1 | ea | $ 500.00 | $ 500 | | |
| | | | | | | |
| **Cafetorium RTU's** | | | | | | |
| Clean RA/OA Mixing Sections | 2 | ea | $ 750.00 | $ 1,500 | | |
| Clean Drain Pans | 2 | ea | $ 200.00 | $ 400 | | |
| Clean Coil Sections | 2 | ea | $ 350.00 | $ 700 | | |
| Air Balance Cafetorium System | 2 | ea | $ 750.00 | $ 1,500 | | |
| | | | | | | |
| **Patch/Repair Adjacent Finishes in Path of Construction** | | | | | | |
| Flooring - Assume no floor Patching Required | | | | | | |
| Ceiling - No Work - Assume new ceilings in HZMAT cleanup | | | | | | |
| Wall Repair - Due to penetrations | 85,000 | sf | $ 0.30 | $ 25,500 | | |
| (Wall repair at penetrations HVAC/Elec core/patch) | | | | | | |
| | | | | | | |
| | | | **Subtotal HVAC - Division 15** | | $ 352,901 | $ 4.15 |

| **Electrical - Division 16** | | | | | | |
|---|---|---|---|---|---|---|
| **Panelboards and Equipment** | | | | | | |
| Miscellaneous Recircuiting at Panelboards | 1 | ls | $ 3,500.00 | $ 3,500 | | |
| | | | | | | |
| **Conduit and Wire** | | | | | | |
| Electrical Connection - New OA Units | 6 | ea | $ 450.00 | $ 2,700 | | |
| Conduit - New OA Units | 1,500 | lf | $ 4.60 | $ 6,900 | | |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF          85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Systems** | | | | | | |
| Fire Alarm - Test/Adjust | 85,000 | sf | $ 0.15 | $ 12,750 | | |
| Public Address - Test/Adjust | 85,000 | sf | $ 0.10 | $ 8,500 | | |
| | | | Subtotal Electrical - Division 16 | | $ 34,350 | $ 0.40 |
| | | | Subtotal Construction | | $ 395,151 | |

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF     85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|

**HVAC CONTROLS OPTION:  (Add to Base Price)**
**Option 1 - To Replace Existing Thermostats on Existing EMS System With Bi-Metal**
**No Local Control Type Sensor.**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Existing Thermostat | 58.00 | ea | 20.00 | 1,160.00 |
| New Bi-Metal Sensor | 58.00 | ea | 175.00 | 10,150.00 |
| System Check/Recalibrate for New Sensors | 1.00 | ls | 1,200.00 | 1,200.00 |
| Miscellaneous Control Wiring Changes | 18.00 | ea | 50.00 | 900.00 |
| Miscellaneous Patch/Repair Adjacent Finishs at Thermostat Replacement | 58.00 | ea | 30.00 | 1,740.00 |

| | | |
|---|---|---|
| Subtotal HVAC Option 1 | $ | 15,150 |
| Total With Markups | $ | 19,544 |

Note: all options are total price, mark-ups are already included in pricing.

8

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF      85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Sitework - Division 02 | | | $ - | $ - |
| **Concrete - Division 03** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Concrete - Division 03 | | | $ - | $ - |
| **Masonry - Division 04** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Masonry - Division 04 | | | $ - | $ - |
| **Metals - Division 05** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Metals - Division 05 | | | $ - | $ - |
| **Wood and Plastics - Division 06** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Wood and Plastics - Division 06 | | | $ - | $ - |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| | | | | $ - | | |
| | | Subtotal Thermal and Moisture Protection - Division 07 | | | $ - | $ - |
| **Doors and Windows - Division 08** | | | | | | |
| | | | | $ - | | |
| | | Doors and Windows - Division 08 | | | $ - | $ - |
| **Interior Construction and Finishes - Division 09** | | | | | | |
| | | | | $ - | | |

9

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

| | | | | Total SF | 85,000 | | |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Unit | | Unit Cost | Extension | Total | SF |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sub Total Interior Construction and Finishes - Division 09 | | | | | | $ - | $ - | |

**Specialties - Division 10**

| | | | | | $ - | | |
|---|---|---|---|---|---|---|---|
| Sub Total Specialties - Division 10 | | | | | | $ - | $ - |

**Division 13 - Special Construction - Cleaning/Wiping Down**

| Description | Quantity | Unit | | Unit Cost | | Extension |
|---|---|---|---|---|---|---|
| Mobilize/Demobilize/Supervision | 85,000 | sf | $ | 0.10 | $ | 8,500 |
| Cleaning Walls | 202,488 | sfsa | $ | 0.30 | $ | 60,746 |
| Remove/Clean/Reinstall Ceiling | 85,000 | sf | $ | 0.90 | $ | 76,500 |
| Replace Damaged Ceiling Tiles (assume 25%) | 21,250 | sf | $ | 2.50 | $ | 53,125 |
| Cutout/Replace Gyp Ceiling | 2,220 | sf | $ | 4.00 | $ | 8,880 |
| Cutout/Replace Gyp Walls | 630 | sf | $ | 3.00 | $ | 1,890 |
| Clean Fire Rated Gyp Above Ceiling | 92,331 | sf | $ | 0.12 | $ | 11,080 |
| Clean Teachers Desk | 71 | ea | $ | 30.00 | $ | 2,130 |
| Clean Student Desk and Chair | 671 | ea | $ | 16.00 | $ | 10,736 |
| Clean Tables | 254 | ea | $ | 15.00 | $ | 3,810 |
| Clean Plastic Chairs | 1,377 | ea | $ | 10.00 | $ | 13,770 |
| Clean Cloth Chairs | 131 | ea | $ | 10.00 | $ | 1,310 |
| Clean Computers | 219 | ea | $ | 75.00 | $ | 16,425 |
| Clean Media Equipment | 88 | ea | $ | 75.00 | $ | 6,600 |
| Clean 4 Drawer File Cabinet | 76 | ea | $ | 30.00 | $ | 2,280 |
| Podium | 10 | ea | $ | 35.00 | $ | 350 |
| Clean Books | 2,548 | cf | $ | 5.00 | $ | 12,740 |
| Dispose of Paper Supplies, Miscellaneous | 918 | cf | $ | 3.00 | $ | 2,754 |
| Clean Misc. Supplies/Hard Surfaces Etc. | 918 | cf | $ | 3.00 | $ | 2,754 |
| Clean Book Shelves (5x4x2) | 157 | ea | $ | 45.00 | $ | 7,065 |
| Counter Space | 3,620 | sf | $ | 0.20 | $ | 724 |
| Fixture Replace - Allowance (20% of Total) | 100 | ea | $ | 130.00 | $ | 13,000 |
| Miscellaneous Cleaning | 85,000 | sf | $ | 0.05 | $ | 4,250 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal Special Construction - Division 13 | | | | | | $ 321,419 | $ 3.78 | |

**Conveying Systems - Division 14**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sub Total Conveying Systems - Division 14 | | | | | | $ - | $ - |

**Plumbing - Division 15**

| | | | | | $ - | | |
|---|---|---|---|---|---|---|---|
| Subtotal Plumbing - Division 15 | | | | | | $ - | $ - |

10

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF          85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | | | | |
| **HVAC - Division 15** | | | | | | |
| | | | | $   - | | |
| Subtotal HVAC - Division 15 | | | | | $   - | $  - |
| | | | | | | |
| **Electrical - Division 16** | | | | | | |
| | | | | $   - | | |
| Subtotal Electrical - Division 16 | | | | | $   - | $ - |
| | | | | | | |
| Subtotal Construction | | | | | $   321,419 | |

11

Aiken Roofing

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF          85,000

| Description | Quantity | Unit | | Unit Cost | | Extension | Total | | SF |
|---|---|---|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | | | | |
| | | | $ | . | | | | | |
| | | Subtotal Sitework - Division 02 | | | $ | . | $ | | |
| **Concrete - Division 03** | | | | | | | | | |
| | | | $ | . | | | | | |
| | | Subtotal Concrete - Division 03 | | | $ | - | $ | - | |
| **Masonry - Division 04** | | | | | | | | | |
| | | | $ | . | | | | | |
| | | Subtotal Masonry - Division 04 | | | $ | - | $ | - | |
| **Metals - Division 05** | | | | | | | | | |
| | | | $ | . | | | | | |
| | | Subtotal Metals - Division 05 | | | $ | - | $ | - | |
| **Wood and Plastics - Division 06** | | | | | | | | | |
| | | | $ | . | | | | | |
| | | Subtotal Wood and Plastics - Division 06 | | | $ | - | $ | - | |
| **Thermal and Moisture Protection - Division 07** | | | | | | | | | |
| Inspect Roof Areas/Repair Loose Lap Edges (1 work crew 1 day) | 1 | ls | $ | 1,800.00 | $ | 1,800 | | | |
| Clean Roof Drain Strainers | 1 | ls | $ | 500.00 | $ | 500 | | | |
| **Remove All Coping, Install Flashing, Reinstall Coping** | | | | | | | | | |
| Remove Damaged Precast Coping | 2,250 | lf | $ | 1.50 | $ | 3,375 | | | |
| Install New Flashing | 2,250 | lf | $ | 3.30 | $ | 7,425 | | | |
| Reinstall Existing Coping | 2,250 | lf | $ | 2.20 | $ | 4,950 | | | |
| Add For Replacing Damaged Pieces (assume 5% of total) | 112.50 | lf | $ | 45.00 | $ | 5,063 | | | |
| **Repair Deteriorated Base Flashing At Penetrations and Curbs** | | | | | | | | | |
| Remove Flashing | 2,600 | lf | $ | 2.00 | $ | 5,200 | | | |
| New Flashing | 2,600 | lf | $ | 3.50 | $ | 9,100 | | | |
| Re-Roof/Seal at New Flashing | 2,600 | lf | $ | 3.00 | $ | 7,800 | | | |

1

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF      85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Miscellaneous Roofing | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $ 50,213 | $ 0.59 |

**Doors and Windows - Division 08**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Doors and Windows - Division 08 | | | | | $ - | $ - |

**Interior Construction and Finishes - Division 09**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Sub Total Interior Construction and Finishes - Division 09 | | | | | $ - | $ - |

**Specialties - Division 10**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Sub Total Specialties - Division 10 | | | | | $ - | $ - |

**Division 13 - Special Construction**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Subtotal Special Construction - Division 13 | | | | | $ - | $ - |

**Conveying Systems - Division 14**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Sub Total Conveying Systems - Division 14 | | | | | $ - | $ - |

**Plumbing - Division 15**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| Subtotal Plumbing - Division 15 | | | | | $ - | $ - |

**HVAC - Division 15**

Aiken Roofing

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF　　85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $　　- | | | |
| Subtotal HVAC - Division 15 | | | | $　　- | $　　- | |
| | | | | | | |
| **Electrical - Division 16** | | | | | | |
| | | | $　　- | | | |
| Subtotal Electrical - Division 16 | | | | $　　- | $　　- | |
| | | | | | | |
| Subtotal Construction | | | | $　50,213 | | |

**ROOFING:  COPING REPAIR OPTIONS**

Option 1 - Rout out Motar, Install Backer Rod and Sealant

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Rout/Clean Joints | 950 | lf | $　3.00 | $　2,850 |
| Install Backer Rod | 950 | lf | $　1.40 | $　1,330 |
| Install Sealant Material | 950 | lf | $　3.30 | $　3,135 |

Remove All Coping, Install Flashing, Reinstall Coping (this scope is included in base estimate)

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Damaged Precast Coping | (2,250) | lf | $　1.50 | $　(3,375) |
| Install New Flashing | (2,250) | lf | $　3.30 | $　(7,425) |
| Reinstall Existing Coping | (2,250) | lf | $　2.20 | $　(4,950) |
| Add For Replacing Damaged Pieces (assume 5% of total) | (112.50) | lf | $　45.00 | $　(5,063) |

| | | |
|---|---|---|
| Subtotal Option 1 | $ | (13,498) |
| Total With Markups | $ | (17,412) |

3

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

## SUMMARY

| Description<br>Area (sf) | Besteiro Sitework<br>159,000 | Besteiro HVAC<br>159,000 | Besteiro HZMAT<br>159,000 | Besteiro Roof<br>159,000 | Total |
|---|---|---|---|---|---|
| 12 Sitework/Demolition | $ 74,375 | $ - | $ - | $ - | $ 74,375 |
| J3 Concrete | $ 62,675 | $ - | $ - | $ - | $ 62,675 |
| 04 Masonry | $ - | $ - | $ - | $ - | $ - |
| 15 Metals | $ - | $ - | $ - | $ - | $ - |
| 6 Wood and Plastic | $ - | $ - | $ - | $ - | $ - |
| 07 Thermal/Moisture | $ - | $ 5,000 | $ - | $ 136,768 | $ 141,768 |
| 08 Doors/Windows | $ - | $ - | $ - | $ - | $ - |
| 9 Finishes | $ - | $ 258,485 | $ - | $ - | $ 258,485 |
| 0 Specialties | $ - | $ - | $ - | $ - | $ - |
| 13 Special Construction | $ - | $ - | $ 546,017 | $ - | $ 546,017 |
| 14 Conveying | $ - | $ - | $ - | $ - | $ - |
| 5 Mechanical (Plumbing) | $ - | $ 8,905 | $ - | $ - | $ 8,905 |
| 5 Mechanical (HVAC) | $ - | $ 934,240 | $ - | $ - | $ 934,240 |
| 16 Electrical | $ - | $ 84,000 | $ - | $ - | $ 84,000 |
| | | | | | $ - |
| **Subtotal Construction** | $ 137,050 | $ 1,290,630 | $ 546,017 | $ 136,768 | $ 2,110,465 |
| General Conditions - 10% | $ 13,705 | $ 129,063 | $ 54,602 | $ 13,677 | $ 211,046 |
| **Subtotal** | $ 150,755 | $ 1,419,693 | $ 600,619 | $ 150,444 | $ 2,321,511 |
| General Contractor OH & Profit 5% | $ 7,538 | $ 70,985 | $ 30,031 | $ 7,522 | $ 116,076 |
| **Subtotal** | $ 158,293 | $ 1,490,678 | $ 630,650 | $ 157,966 | $ 2,437,587 |
| Contingency 10% | $ 15,829 | $ 149,068 | $ 63,065 | $ 15,797 | $ 243,759 |
| **Subtotal** | $ 174,122 | $ 1,639,745 | $ 693,715 | $ 173,763 | $ 2,681,345 |
| Escalation 2% | $ 3,482 | $ 32,795 | $ 13,874 | $ 3,475 | $ 53,627 |
| **Total Project Cost** | $ 177,604 | $ 1,672,540 | $ 707,589 | $ 177,238 | $ 2,734,972 |
| Cost/SF | $ 1.12 | $ 10.52 | $ 4.45 | $ 1.11 | $ 17.20 |

| | |
|---|---|
| **Grand Total Besteiro** | $ 2,734,972 |
| **$/SF** | 17.20 |

**ROOFING OPTION:**
Option 1 - Rout out Mortar, Install Backer Rod and Sealant  (deduct)          $ (28,854)

**HVAC OPTION:**
Option to convert controls to Bi-Metal Sensors
Besteiro MS  (add to base price)                                              $ 7,418
Aiken ES  (add to base price)                                                $ 19,544

**HVAC OPTION:**
Option - Remove and replace existing rooftop and replace with new units in lieu     $ 288,702
of cleaning existing. (add to base price)

Note: all options are total price, mark-ups are already included in pricing.

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

**ASSUMPTIONS/QUALIFICATIONS:**

1. The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost include job supervision, job trailer, temporary utilities, small tools etc.

2. The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

3. The mark-up for Contingency is solely and estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

4. Price escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

5. Estimate Basis:
   This estimate was created using the EFI assessment report for Besteiro Middle School and Aiken Elementary School.

   The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

   The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

   The estimate is priced using a combination of historical data and RS Means pricing Guides.

6. This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

7. The estimate does not include any asbestos abatement cost

8. The estimate does not include any lead base paint abatement cost

9. No cost have been added to address code violations or upgrades to the existing building

10. The estimate does not include any cost/fees for relocation of staff/students.

11. The estimate includes detail line items in division 9 for finishing out the library and adjacent computer room including flooring, ceiling, painting, mechanical, electrical, and library book shelves/stacks.

Sitework Besteiro

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF  159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | |
| **FRONT ENTRY AREA** | | | | | |
| **Sitework - Storm Drainage Front Entry** | | | | | |
| New 16"x16" Inlets w/Sump Boxes | 4 | ea | $ 350.00 | $ 1,400 | |
| Storm Drainage - PVC 8" | 200 | lf | $ 8.00 | $ 1,600 | |
| Trench/Backfill for new Storm Piping | 200 | lf | $ 4.00 | $ 800 | |
| Storm Drainage - New Lift Station | 1 | ls | $ 3,500.00 | $ 3,500 | |
| Storm Drainage - New Lift Station Discharge to Parking | 1 | ls | $ 1,000.00 | $ 1,000 | |
| Earthwork - Re-Grade/Prep for Concrete | 5,700 | sf | $ 1.00 | $ 5,700 | |
| Patch/Repair Landscape | 1 | ls | $ 1,000.00 | $ 1,000 | |
| **Electrical - Front Entry** | | | | | |
| Electrical - Conduit to Lift Station | 150 | lf | $ 5.50 | $ 825 | |
| Electrical - Motor Connection at Lift Station | 1 | ea | $ 300.00 | $ 300 | |
| Electrical - Trench/Backfill for Conduit | 150 | lf | $ 3.00 | $ 450 | |
| Electrical - Terminations at Existing Panelboard | 1 | ls | $ 200.00 | $ 200 | |
| **BACK COURTYARD AREA** | | | | | |
| **Sitework - Storm Drainage Courtyard** | | | | | |
| New 16"x16" Inlets w/Sump Boxes | 2 | ea | $ 350.00 | $ 700 | |
| Storm Drainage - PVC 8" | 100 | lf | $ 8.00 | $ 800 | |
| Trench/Backfill for new Storm Piping | 100 | lf | $ 4.00 | $ 400 | |
| Earthwork - Re-Grade/Prep for Concrete | 4,700 | sf | $ 1.00 | $ 4,700 | |
| Patch/Repair Landscape | 1 | ls | $ 1,000.00 | $ 1,000 | |
| ADA - Allowance for ADA Requirements | 1 | ls | $ 50,000.00 | $ 50,000 | |
| **Subtotal Sitework - Division 02** | | | | $ | 74,375 |
| **Concrete - Division 03** | | | | | |
| **Main Entrance Area** | | | | | |
| Remove Existing Concrete at Main Entry | 5,700 | sf | $ 2.00 | $ 11,400 | |
| New Concrete - Repave Exisiting Area Main Entry | 5,700 | sf | $ 3.50 | $ 19,950 | |
| Miscellaneous Concrete | 1 | ls | $ 1,500.00 | $ 1,500 | |
| **Back Courtyard Area** | | | | | |
| Remove Existing Concrete at Back Courtyard | 5,150 | sf | $ 2.00 | $ 10,300 | |
| New Concrete - Repave Exisiting Back Courtyard | 5,150 | sf | $ 3.50 | $ 18,025 | |
| Miscellaneous Concrete | 1 | ls | $ 1,500.00 | $ 1,500 | |
| **Subtotal Concrete - Division 03** | | | | $ | 62,675 |
| **Subtotal Construction** | | | | $ | 137,050 |

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Sitework - Division 02 | | | | | | |
| Subtotal Sitework - Division 02 | | | | | $ - | $ . |
| Concrete - Division 03 | | | | | | |
| Subtotal Concrete - Division 03 | | | | | $ - | $ . |
| Masonry - Division 04 | 0 | sf | $ - | $ . | | |
| Subtotal Masonry - Division 04 | | | | | $ - | $ . |
| Metals - Division 05 | 0 | sf | $ - | $ . | | |
| Subtotal Metals - Division 05 | | | | | $ - | $ . |
| Wood and Plastics - Division 06 | | | | | | |
| Wood and Plastics | | | | | | |
| Subtotal Wood and Plastics - Division 06 | | | | | $ - | $ . |
| Thermal and Moisture Protection - Division 07 | | | | | | |
| Miscellaneous Caulk and Seal | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $ 5,000 | $ 0.03 |
| Doors and Windows - Division 08 | | | | | | |
| Doors and Windows - Division 08 | | | | | $ - | $ - |
| Interior Construction and Finishes - Division 09 | | | | | | |
| Build-out Library Interiors 10,500sf New Flooring - Carpet | 1,167 | sy | $ 24.00 | $ 28,000 | | |

5

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF             159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| New Ceilings - Acoustical Lay-In | 10,500 | sf | $ 2.20 | $ 23,100 | | |
| New Wall Finishes - Paint (surface area) | 10,500 | sf | $ 1.00 | $ 10,500 | | |
| New Supply Grilles and Flex | 34 | ea | $ 90.00 | $ 3,060 | | |
| New Return Grilles | 12 | ea | $ 60.00 | $ 720 | | |
| Miscellaneous HVAC/Startup/Balance | 10,500 | sf | $ 0.40 | $ 4,200 | | |
| New Light Fixtures 2x4 Fluorescent | 140 | ea | $ 145.00 | $ 20,300 | | |
| New Fire Alarm Devices (connect to existing/test) | 1 | ls | $ 3,000.00 | $ 3,000 | | |
| New Library Casework - Shelves/Stacks | 1 | ls | $ 150,000.00 | $ 150,000 | | |
| **Build-out Computer Room Interiors 1,500sf** | | | | | | |
| New Flooring - Carpet | 167 | sy | $ 24.00 | $ 4,000 | | |
| New Ceilings - Acoustical Lay-In | 1,500 | sf | $ 2.20 | $ 3,300 | | |
| New Wall Finishes - Paint (surface area) | 1,500 | sf | $ 1.00 | $ 1,500 | | |
| New Supply Grilles and Flex | 6 | ea | $ 90.00 | $ 540 | | |
| New Return Grilles | 2 | ea | $ 60.00 | $ 120 | | |
| Miscellaneous HVAC/Startup/Balance | 1,500 | sf | $ 0.40 | $ 600 | | |
| New Light Fixtures 2x4 Fluorescent | 21 | ea | $ 145.00 | $ 3,045 | | |
| New Fire Alarm Devices (connect to existing/test) | 1 | ls | $ 1,000.00 | $ 1,000 | | |
| Miscellaneous Electrical/Data Connection Work | 1 | ls | $ 1,500.00 | $ 1,500 | | |
| **Sub Total Interior Construction and Finishes - Division 09** | | | | | $ 258,485 | $ 1.63 |

**Specialties - Division 10**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| **Sub Total Specialties - Division 10** | | | | | $ - | $ - |

**Division 13 - Special Construction**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| **Subtotal Special Construction - Division 13** | | | | | $ - | $ - |

**Conveying Systems - Division 14**

| **Sub Total Conveying Systems - Division 14** | | | | $ - | $ - | $ - |
|---|---|---|---|---|---|---|

**HVAC/Plumbing - Division 15**

**Plumbing**

| Disconnect/Remove Condensate Drains | 71 | ea | $ 10.00 | $ 710 | | |
|---|---|---|---|---|---|---|
| New Condensate Drains - Drain to Roof | 71 | ea | $ 45.00 | $ 3,195 | | |
| Miscellaneous Plumbing Repairs | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| **Subtotal Plumbing - Division 15** | | | | | $ 8,905 | $ 0.06 |

6

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF      159,000

| Description | Quantity | Unit | Unit Cost | | Extension | | Total | SF |
|---|---|---|---|---|---|---|---|---|
| **HVAC** | | | | | | | | |
| **Classroom Area Remove Replace RTU/Ducts/Grilles** | | | | | | | | |
| Disconnect Existing RTU's | 36 | ea | $ | 75.00 | $ | 2,700 | | |
| Hoist/Remove Existing RTU's | 36 | ea | $ | 125.00 | $ | 4,500 | | |
| Remove Existing Ductwork/Grilles | 36 | ea | $ | 350.00 | $ | 12,600 | | |
| Remove Existing Ductwork/Grilles - Existing RTUs | 35 | ea | $ | 200.00 | $ | 7,000 | | |
| New Diffusers /w Flex | 432 | ea | $ | 80.00 | $ | 34,560 | | |
| New RTU - 2 ton | 1 | ea | $ | 2,800.00 | $ | 2,800 | | |
| Reconfigure Ductwork at Existing RTUs | 35 | ea | $ | 4,800.00 | $ | 168,000 | | |
| Rebalance Ductwork | 71 | clar | $ | 500.00 | $ | 35,500 | | |
| Haul/Dispose | 1 | ls | $ | 2,100.00 | $ | 2,100 | | |
| **New Outside Air Pre-Treatment Units w/Corrosion Coating** | | | | | | | | |
| Air Handler - OA Pre-Treater 6225 CFM w/ Corr. Coat | 1 | ea | $ | 24,277.50 | $ | 24,278 | | |
| Air Handler - OA Pre-Treater 4500 CFM w/ Corr. Coat | 1 | ea | $ | 17,550.00 | $ | 17,550 | | |
| Air Handler - OA Pre-Treater 3375 CFM w/ Corr. Coat | 1 | ea | $ | 13,162.50 | $ | 13,163 | | |
| Air Handler - OA Pre-Treater 5100 CFM w/Corr. Coat | 1 | ea | $ | 19,890.00 | $ | 19,890 | | |
| Air Handler - OA Pre-Treater 4725 CFM w/ Corr. Coat | 1 | ea | $ | 18,427.50 | $ | 18,428 | | |
| Air Handler - OA Pre-Treater 3375 CFM w/ Corr. Coat | 1 | ea | $ | 13,162.50 | $ | 13,163 | | |
| Hoist/Set Equipment | 6 | ea | $ | 80.00 | $ | 480 | | |
| Roof Curbs/Supports | 6 | ea | $ | 400.00 | $ | 2,400 | | |
| Pretreatment Duct for Classrooms 01-116 | 17 | ea | $ | 1,100.00 | $ | 18,700 | | |
| Pretreatment Duct for Classrooms 117/Workrooms | 28 | ea | $ | 1,100.00 | $ | 30,800 | | |
| Pretreatment Duct for Classrooms 124-130 | 7 | ea | $ | 1,100.00 | $ | 7,700 | | |
| Pretreatment Duct for Classrooms 201-214 | 14 | ea | $ | 1,100.00 | $ | 15,400 | | |
| Pretreatment Duct for Classrooms 215-227 | 32 | ea | $ | 1,100.00 | $ | 35,200 | | |
| Pretreatment Duct for Classrooms 228-236 | 8 | ea | $ | 1,100.00 | $ | 8,800 | | |
| **Boys and Girl Locker Area** | | | | | | | | |
| Remove Existing Units | 2 | ea | $ | 450.00 | $ | 900 | | |
| New RTU at Locker Rooms 2500 CFM | 2 | ea | $ | 7,000.00 | $ | 14,000 | | |
| Replace Flex Duct to Diffusers | 15 | ea | $ | 45.00 | $ | 675 | | |
| Clean Exisiting Ductwork | 1 | ls | $ | 650.00 | $ | 650 | | |
| Clean Existing Diffusers | 15 | ea | $ | 18.00 | $ | 270 | | |
| Rebalance Duct Systems | 2 | ea | $ | 450.00 | $ | 900 | | |
| Hoist/Set Equipment | 2 | ea | $ | 80.00 | $ | 160 | | |
| Roof Curbs/Supports | 2 | ea | $ | 400.00 | $ | 800 | | |
| Haul/Dispose | 1 | ls | $ | 200.00 | $ | 200 | | |
| **Lobby/Commons/Principal/Counslers** | | | | | | | | |
| Remove Existing Units | 4 | ea | $ | 450.00 | $ | 1,800 | | |
| New RTU 4 ton | 3 | ea | $ | 5,500.00 | $ | 16,500 | | |
| New RTU 12.5 ton | 1 | ea | $ | 18,000.00 | $ | 18,000 | | |
| Replace Flex Duct to Diffusers | 20 | ea | $ | 45.00 | $ | 900 | | |
| Clean Exisiting Ductwork | 1 | ls | $ | 650.00 | $ | 650 | | |
| Clean Existing Diffusers | 20 | ea | $ | 18.00 | $ | 360 | | |
| Hoist/Set Equipment | 2 | ea | $ | 80.00 | $ | 160 | | |
| Roof Curbs/Supports | 2 | ea | $ | 400.00 | $ | 800 | | |
| Rebalance Duct Systems | 4 | ea | $ | 450.00 | $ | 1,800 | | |
| Haul/Dispose | 1 | ls | $ | 400.00 | $ | 400 | | |
| **Vocal Music/Band Room** | | | | | | | | |
| Remove Existing Units | 2 | ea | $ | 450.00 | $ | 900 | | |

7

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| New RTU 4 ton | 1 | ea | $ 5,500.00 | $ 5,500 | | |
| New RTU 5 ton | 1 | ea | $ 6,000.00 | $ 6,000 | | |
| Replace Flex Duct to Diffusers | 15 | ea | $ 45.00 | $ 675 | | |
| Clean Exisiting Ductwork | 1 | ls | $ 650.00 | $ 650 | | |
| Clean Existing Diffusers | 15 | ea | $ 18.00 | $ 270 | | |
| Hoist/Set Equipment | 2 | ea | $ 80.00 | $ 160 | | |
| Roof Curbs/Supports | 2 | ea | $ 400.00 | $ 800 | | |
| Rebalance Duct Systems | 2 | ea | $ 450.00 | $ 900 | | |
| Haul/Dispose | 1 | ls | $ 200.00 | $ 200 | | |
| | | | | | | |
| **Classroom Areas** | | | | | | |
| Clean Existing Classroom RTU's | 36 | ea | $ 120.00 | $ 4,260 | | |
| Clean Remaining Verticle Ductwork Risers | 1,296 | lf | $ 2.50 | $ 3,240 | | |
| | | | | | | |
| **Gymnasium** | | | | | | |
| Clean Coils, Pans, Mixing Sections | 4 | ea | $ 1,200.00 | $ 4,800 | | |
| New Thermostats/Control Staging/Conduit/Wire | 4 | ea | $ 1,800.00 | $ 7,200 | | |
| Rebalance Duct Systems | 4 | ea | $ 650.00 | $ 2,600 | | |
| | | | | | | |
| **Cafetorium/Kitchen** | | | | | | |
| Clean Coils, Pans, Mixing Sections | 4 | ea | $ 1,200.00 | $ 4,800 | | |
| New Thermostats/Control Staging/Conduit/Wire | 4 | ea | $ 1,800.00 | $ 7,200 | | |
| Rebalance Duct Systems | 4 | ea | $ 650.00 | $ 2,600 | | |
| | | | | | | |
| **Library** | | | | | | |
| Repair Existing 40-ton RTU | 1 | allow | $ 7,500.00 | $ 7,500 | | |
| | | | | | | |
| **Temperature Controls** | | | | | | |
| New DDC Temperature Controls - Complete System | 159,000 | sf | $ 1.50 | $ 238,500 | | |
| | | | | | | |
| **Patch/Repair Adjacent Finishes in Path of Construction** | | | | | | |
| Flooring - Assume no Floor Patching Required | | | | | | |
| Patch/Cap Penetrations at Removed RTU's | 36 | ea | $ 225.00 | $ 8,100 | | |
| | | | | | | |
| Wall Repair - Due to penetrations | 159,000 | sf | $ 0.45 | $ 71,550 | | |
| | | | | | | |
| **Subtotal HVAC - Division 15** | | | | | $ 934,240 | $ 5.88 |

**Electrical - Division 16**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Electrical Demolition** | | | | | | |
| Disconnect Existing RTU's Electrical | 36 | ea | $ 75.00 | $ 2,700 | | |
| Remove Conduit/Cable to RTUs | 5,400 | lf | $ 1.50 | $ 8,100 | | |
| Remove Breakers | 42 | ea | $ 25.00 | $ 1,050 | | |
| | | | | | | |
| **Panelboards and Equipment** | | | | | | |
| Miscellaneous Recircuiting at Panelboards | 1 | ls | $ 10,000.00 | $ 10,000 | | |
| | | | | | | |
| **Conduit and Wire** | | | | | | |
| Electrical Connection - New OA Units | 6 | ea | $ 450.00 | $ 2,700 | | |
| Electrical Connection - Locker Room Units | 2 | ea | $ 450.00 | $ 900 | | |
| Electrical Connection - Lobby/Commons | 4 | ea | $ 450.00 | $ 1,800 | | |

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Electrical Connection - Music/Band | 2 | ea | $ 450.00 | $ 900 | | |
| Conduit - New OA Units | 1,500 | lf | $ 4.60 | $ 6,900 | | |
| Conduit - New Locker Units | 500 | lf | $ 4.60 | $ 2,300 | | |
| Conduit - New Lobby/Commons | 1,000 | lf | $ 4.60 | $ 4,600 | | |
| Conduit - New Music/Band | 500 | lf | $ 4.60 | $ 2,300 | | |
| **Systems** | | | | | | |
| Fire Alarm - Test/Adjust | 159,000 | sf | $ 0.15 | $ 23,850 | | |
| Public Address - Test/Adjust | 159,000 | sf | $ 0.10 | $ 15,900 | | |
| Subtotal Electrical - Division 16 | | | | | $ 84,000 | $ 0.53 |
| Subtotal Construction | | | | | $ 1,290,630 | |

---

**HVAC CONTROLS OPTION:  (Add to Base Price)**

Option 1 - To Replace Existing Thermostats on Existing EMS System With Bi-Metal
No Local Control Type Sensor. (This occurs at Besteiro Wing A only.  New Sensors for balance of
building are included in scope above.)

| | | | | |
|---|---|---|---|---|
| Remove Existing Thermostat | 18.00 | ea | 20.00 | 360.00 |
| New Bi-Metal Sensor | 18.00 | ea | 175.00 | 3,150.00 |
| System Check/Recalibrate for New Sensors | 1.00 | ls | 800.00 | 800.00 |
| Miscellaneous Control Wiring Changes | 18.00 | ea | 50.00 | 900.00 |
| Miscellaneous Patch/Repair Adjacent Finishs at | 18.00 | ea | 30.00 | 540.00 |
| Thermostat Replacement | | | | |

| | | |
|---|---|---|
| Subtotal HVAC Option 1 | $ | 5,750 |
| Total With Markups | $ | 7,418 |

**TOTAL HVAC OPTION 1 FOR CONTROLS AT BOTH SCHOOLS**

| TOTAL HVAC OPTION 1 | | |
|---|---|---|
| BESTEIRO | $ | 7,418 |
| AKIEN | $ | 19,544 |
| TCTAL | $ | 26,961 |

---

**HVAC OPTION TO REPLACE 36 EXISTING ROOFTOP UNITS - (Add to Base Price)**
Option - Remove and replace existing rooftop and replace with new units in lieu of cleaning existing.
(New Package Units to incorporate coating material to inhibit corrosion.)

9

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF    159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Disconnect Existing RTU's | 36 | ea | $ 75.00 | $ 2,700 | | |
| Hoist/Remove Existing RTU's | 36 | ea | $ 125.00 | $ 4,500 | | |
| New Rooftop Package Units - w/Corrosion Coating | 36 | ea | 5,300.00 | 190,800.00 | | |
| New Electrical Connection - Disconnect | 36 | ea | 450.00 | 16,200.00 | | |
| Miscellaneous Control Wiring Changes | 36 | ea | 100.00 | 3,600.00 | | |
| Patch/Roofing at New Units | 36 | ea | 450.00 | 16,200.00 | | |
| Clean Existing Classroom RTU's | (36) | ea | $ 120.00 | $ (4,250) | | |
| Clean Remaining Verticle Ductwork Risers | (1,296) | lf | $ 2.50 | $ (3,240) | | |

| | | |
|---|---|---|
| Subtotal HVAC Option 1 | $ | 223,800 |
| Total With Markups | $ | 288,702 |

Note: all options are total price, mark-ups are already included in pricing.

Besteiro Format

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| | | | $ | . | | |
| Subtotal  Sitework - Division 02 | | | | $ | - | $ - |
| **Concrete - Division 03** | | | | | | |
| | | | $ | . | | |
| Subtotal Concrete - Division 03 | | | | $ | - | $ - |
| **Masonry - Division 04** | | | | | | |
| | | | $ | . | | |
| Subtotal Masonry - Division 04 | | | | $ | - | $ - |
| **Metals - Division 05** | | | | | | |
| | | | $ | - | | |
| Subtotal Metals - Division 05 | | | | $ | - | $ - |
| **Wood and Plastics - Division 06** | | | | | | |
| | | | $ | - | | |
| Subtotal Wood and Plastics - Division 06 | | | | $ | - | $ - |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| | | | $ | - | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | $ | - | $ - |
| **Doors and Windows - Division 08** | | | | | | |
| | | | $ | - | | |
| Doors and Windows - Division 08 | | | | $ | - | $ - |
| **Interior Construction and Finishes  - Division 09** | | | | | | |

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $    - | | | |
| Sub Total Interior Construction and Finishes  - Division 09 | | | | | $    - | $ - |

**Specialties - Division 10**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | $    - | | | |
| Sub Total Specialties - Division 10 | | | | | $    - | $ - |

**Division 13 - Special Construction - Cleaning/Wiping Down**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Mobilize/Demobilize/Supervision | 159,000 | sf | $    0.08 | $    12,720 | | |
| Cleaning Walls | 230,552 | sfsa | $    0.15 | $    34,583 | | |
| Remove/Replace Ceilings - Acoustical | 119,545 | sf | $    2.80 | $    334,726 | | |
| Cut/Remove/Replace FR Gyp Ceiling | 1,470 | sf | $    4.00 | $    5,880 | | |
| Cut/Remove/Replace FR Gyp Walls | 50 | sf | $    3.00 | $    150 | | |
| Clean Fire Rated Gyp Above Ceiling | 119,545 | sf | $    0.12 | $    14,345 | | |
| Clean Teachers Desk | 129 | ea | $    30.00 | $    3,870 | | |
| Clean Student Desk and Chair | 1,449 | ea | $    16.00 | $    23,184 | | |
| Clean Tables | 279 | ea | $    15.00 | $    4,185 | | |
| Clean Plastic Chairs | 1,144 | ea | $    10.00 | $    11,440 | | |
| Clean Cloth Chairs | 107 | ea | $    10.00 | $    1,070 | | |
| Clean Computers - Wipe/Vac | 224 | ea | $    35.00 | $    7,840 | | |
| Clean Media Equipment - Wipe/Vac | 95 | ea | $    35.00 | $    3,325 | | |
| Clean 4 Drawer File Cabinet | 116 | ea | $    25.00 | $    2,900 | | |
| Clean 2 Drawer File Cabinet | 15 | ea | $    15.00 | $    225 | | |
| Clean Books | 3,160 | cf | $    4.50 | $    14,220 | | |
| Dispose of Paper Supplies, Miscellaneous | 1,250 | cf | $    3.00 | $    3,750 | | |
| Clean Misc. Supplies/Hard Surfaces Etc. | 1,088 | cf | $    3.00 | $    3,264 | | |
| Clean Book Shelves (5x4x1) | 105 | ea | $    45.00 | $    4,725 | | |
| Clean Media Carts | 97 | ea | $    20.00 | $    1,940 | | |
| Fixture Replace - Allowance (20% of Total) | 398 | ea | $    130.00 | $    51,675 | | |
| Miscellaneous Cleaning | 60,000 | sf | $    0.10 | $    6,000 | | |
| Subtotal Special Construction - Division 13 | | | | $    546,017 | $ 3.43 | |

**Conveying Systems - Division 14**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sub Total Conveying Systems - Division 14 | | | | | $    - | $ - |

**Plumbing - Division 15**

Besteiro Hzmat

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|-------------|----------|------|-----------|-----------|-------|-----|
| | | | | $ - | | |
| Subtotal Plumbing - Division 15 | | | | | $ - | $ - |
| **HVAC - Division 15** | | | | | | |
| | | | | $ - | | |
| Subtotal HVAC - Division 15 | | | | | $ - | $ - |
| **Electrical - Division 16** | | | | | | |
| | | | | $ - | | |
| Subtotal Electrical - Division 16 | | | | | $ - | $ - |
| Subtotal Construction | | | | | $ 546,017 | |

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| | | | $ - | | | |
| Subtotal  Sitework - Division 02 | | | | | $ - | $ - |
| **Concrete - Division 03** | | | | | | |
| | | | $ - | | | |
| Subtotal Concrete - Division 03 | | | | | $ - | $ - |
| **Masonry - Division 04** | | | | | | |
| | | | $ - | | | |
| Subtotal Masonry - Division 04 | | | | | $ - | $ - |
| **Metals - Division 05** | | | | | | |
| | | | $ - | | | |
| Subtotal Metals - Division 05 | | | | | $ - | $ - |
| **Wood and Plastics - Division 06** | | | | | | |
| | | | $ - | | | |
| Subtotal Wood and Plastics - Division 06 | | | | | $ - | $ - |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| Redistribute Aggregate Surfacing at 6 Areas | 600 | sf | $ 3.00 | $ 1,800 | | |
| Repair Roof Blister | 100 | sf | $ 6.50 | $ 650 | | |
| Clean Roof Strainers (assume 30 total strainers) | 30 | ea | $ 45.00 | $ 1,350 | | |
| **Install New Roof Drain** | | | | | | |
| Core/Cut Roof for Drain | 1 | ea | $ 150.00 | $ 150 | | |
| Roof Drain | 1 | ea | $ 145.00 | $ 145 | | |
| Drain Leader Piping | 100 | lf | $ 18.00 | $ 1,800 | | |
| Connect To Existing Roof Drain System | 1 | ea | $ 350.00 | $ 350 | | |
| Re-Roof/Seal at Roof Drain Penetration | 1 | ea | $ 350.00 | $ 350 | | |
| **Install New Thru-Wall Scupper** | | | | | | |
| Core/Cut Parapet for Scupper | 1 | ea | $ 150.00 | $ 150 | | |
| New Scupper Drain | 1 | ea | $ 75.00 | $ 75 | | |
| Flash/Seal at New Scupper | 1 | ea | $ 200.00 | $ 200 | | |
| Replace Damaged/Missing Roof Strainers | 2 | ea | $ 175.00 | $ 350 | | |

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF    159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Precast Coping Flashing Assembly** | | | | | | |
| Remove Damaged Precast Coping | 4 | ea | $ 75.00 | $ 300 | | |
| Install New Precast Coping | 4 | ea | $ 205.00 | $ 820 | | |
| Flash/Caulk/Seal | 4 | ea | $ 65.00 | $ 260 | | |
| **Repair Cracks at Parapet** | | | | | | |
| Clean/Prep Cracks at Parapet Locations | 50 | ea | $ 30.00 | $ 1,500 | | |
| Caulk/Seal Cracks at Parapet Locations | 50 | ea | $ 45.00 | $ 2,250 | | |
| **Remove All Coping, Install Flashing, Reinstall Coping** | | | | | | |
| Remove Damaged Precast Coping | 3,750 | lf | $ 1.50 | $ 5,625 | | |
| Install New Flashing | 3,750 | lf | $ 3.30 | $ 12,375 | | |
| Reinstall Existing Coping | 3,750 | lf | $ 2.20 | $ 8,250 | | |
| Add For Replacing Damaged Pieces (assume 5% of total) | 187.50 | lf | $ 45.00 | $ 8,438 | | |
| **Replace Exterior Wall & Parapet Wall Expansion Joint Sealant Material** | | | | | | |
| Rout/Clean Joints | 2,600.00 | lf | $ 2.50 | $ 6,500.00 | | |
| Install Backer Rod | 2,600.00 | lf | $ 1.00 | $ 2,600.00 | | |
| Install Sealant Material | 2,600.00 | lf | $ 2.80 | $ 7,280.00 | | |
| **Cutout and Replace Sealant at Top of Counter Flashing** | | | | | | |
| Clean Joints at Counter Flashing | 4,750.00 | lf | $ 0.60 | $ 2,850.00 | | |
| Install Sealant Material | 4,750.00 | lf | $ 1.20 | $ 5,700.00 | | |
| **Repair Deteriorated Base Flashing At Penetrations and Curbs** | | | | | | |
| Remove Flashing | 750 | lf | $ 2.00 | $ 1,500 | | |
| New Flashing | 750 | lf | $ 3.50 | $ 2,625 | | |
| Re-Roof/Seal at New Flashing | 750 | lf | $ 3.00 | $ 2,250 | | |
| **Re-Flash Roof Expansion Joint/Parapet Wall Terminations** | | | | | | |
| Re-Flash Roof Expansion Joint/Parapet Wall | 8 | ea | $ 250.00 | $ 2,000 | | |
| **Replace Roof Expansion Joint at Wing B (2 @ 35lf ea)** | | | | | | |
| Cut/Remove Existing Expansion Joint | 70 | lf | $ 3.00 | $ 210 | | |
| New Expansion Joint | 70 | lf | $ 17.00 | $ 1,190 | | |
| Re-Roof/Seal New Expansion Joint | 70 | lf | $ 5.00 | $ 350 | | |
| **Address Pipe Supports Bearing Directly on Aggregate (assume 110 ea)** | | | | | | |
| Raise Pipe Support | 110 | ea | $ 25.00 | $ 2,750 | | |
| Install Base Material Under Pipe Support | 110 | ea | $ 175.00 | $ 19,250 | | |
| Repair Damaged Exhaust Fan | 1 | ls | $ 500.00 | $ 500 | | |
| Property Flash Antenna Into Roof System | 3 | legs | $ 75.00 | $ 225 | | |
| Remove Abandoned Equipment and Debris | 159,000 | sf | $ 0.20 | $ 31,800 | | |
| | | | Subtotal Thermal and Moisture Protection - Division 07 | | $ 136,768 | $ 0.86 |

**Doors and Windows - Division 08**

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF 159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $ - | | | |
| Doors and Windows - Division 08 | | | | $ - | $ - | |
| Interior Construction and Finishes - Division 09 | | | | | | |
| | | | $ - | | | |
| Sub Total Interior Construction and Finishes - Division 09 | | | | $ - | $ - | |
| Specialties - Division 10 | | | | | | |
| | | | $ - | | | |
| Sub Total Specialties - Division 10 | | | | $ - | $ - | |
| Division 13 - Special Construction | | | | | | |
| | | | $ - | | | |
| Subtotal Special Construction - Division 13 | | | | $ - | $ - | |
| Conveying Systems - Division 14 | | | | | | |
| | | | $ - | | | |
| Sub Total Conveying Systems - Division 14 | | | | $ - | $ - | |
| Plumbing - Division 15 | | | | | | |
| | | | $ - | | | |
| Subtotal Plumbing - Division 15 | | | | $ - | $ - | |
| HVAC - Division 15 | | | | | | |
| | | | $ - | | | |
| Subtotal HVAC - Division 15 | | | | $ - | $ - | |
| Electrical - Division 16 | | | | | | - |

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | | $          - | | |
| | | Subtotal Electrical - Division 16 | | $          - | $          - | |
| | | Subtotal Construction | | $          136,768 | | |

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | Total SF | | 159,000 | | |

**ROOFING: COPING REPAIR OPTIONS**

**Option 1 – Rout out Motar, Install Backer Rod and Sealant**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Rout/Clean Joints | 1,600 | lf | $ 3.00 | $ 4,800 |
| Install Backer Rod | 1,600 | lf | $ 1.40 | $ 2,240 |
| Install Sealant Material | 1,600 | lf | $ 3.30 | $ 5,280 |

**Remove All Coping, Install Flashing, Reinstall Coping (this scope is included in base estimate)**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Damaged Precast Coping | (3,750) | lf | $ 1.50 | $ (5,625) |
| Install New Flashing | (3,750) | lf | $ 3.30 | $ (12,375) |
| Reinstall Existing Coping | (3,750) | lf | $ 2.20 | $ (8,250) |
| Add For Replacing Damaged Pieces (assume 5% of total) | (187.50) | lf | $ 45.00 | $ (8,438) |

| | | |
|---|---|---|
| **Subtotal Option 1** | **$** | **(22,368)** |
| **Total With Markups** | **$** | **(26,854)** |

# Law Office Of
## RAMON GARCIA
### A PROFESSIONAL CORPORATION

RAMON GARCIA
CATHERINE W. SMITH
SONIA I. LOPEZ
ERIC S. JARVIS
LUCY A. WILLIAMSON
DANIEL R. SANTOS

222 W. University Dr.
Edinburg, Texas 78539

956.383.7441

956.381.0825 FAX

January 22, 2002

Dennis Nickoloff, AIC                    **VIA HAND DELIVERY**
**GAB ROBINS**
632 Ed Carey Drive, Suite 700
Harlingen, Texas  78550-7965

Re:    *(Brownsville School District); Mold Problem at Besteiro Middle School*
       *and Aiken Elementary*

Dear Mr. Nickoloff:

Enclosed are the copies of the following documents for your review and consideration:

1. Assured Indoor Quality Reports dated November 9, 2001;
2. Ambiotec Group Reports dated May 2002;
3. Engineer Fire Investigation Reports dated January 20, 2003; and
4. Besteiro/Aiken Project Breakdown Cost Report

I, along with The Office of Baltazar Salazar will continue to provide your office with any and all information necessary for the resolution of this claim.

As per our conversation, I feel an extremely conservative figure for this claim would be in the range of $10,000,000.00, Ten Million Dollars.  Again, I feel this is a conservative figure, but a starting point for settling this claim.

Please contact my office should you need further documentation.

Respectfully submitted,

**LAW OFFICE OF RAMON GARCIA, P.C.**

RAMON GARCIA
**ATTORNEY AT LAW**

RG:lnu
Enclosures (as stated)

# Law Office Of

# RAMON GARCIA
A PROFESSIONAL CORPORATION

RAMON GARCIA
CATHERINE W. SMITH
SONIA I. LOPEZ
ERIC S. JARVIS
LUCY A. WILLIAMSON
DANIEL R. SANTOS

222 W. University Dr.
Edinburg, Texas 78539

956.383.7441

956.381.0825 FAX

January 22, 2002

Dennis Nickoloff, AIC                    **VIA HAND DELIVERY**
**GAB ROBINS**
632 Ed Carey Drive, Suite 700
Harlingen, Texas  78550-7965

Re:    *(Brownsville School District); Mold Problem at Besteiro Middle School*
       *and Aiken Elementary*

Dear Mr. Nickoloff:

Enclosed are the copies of the following documents for your review and consideration:

1.    Assured Indoor Quality Reports dated November 9, 2001;
2.    Ambiotec Group Reports dated May 2002;
3.    Engineer Fire Investigation Reports dated January 20, 2003; and
4.    Besteiro/Aiken Project Breakdown Cost Report

I, along with The Office of Baltazar Salazar will continue to provide your office with any and all information necessary for the resolution of this claim.

As per our conversation, I feel an extremely conservative figure for this claim would be in the range of $10,000,000.00, Ten Million Dollars.  Again, I feel this is a conservative figure, but a starting point for settling this claim.

Please contact my office should you need further documentation.

Respectfully submitted,

**LAW OFFICE OF RAMON GARCIA, P.C.**

RAMON GARCIA
**ATTORNEY AT LAW**

RG:lnu
Enclosures (as stated)

POLICY NO.   KHT 318271

$ 371,452,376.⁰⁰
AMOUNT OF POLICY AT TIME OF LOSS

4/01/02001
DATE ISSUED

4/01/2002
DATE EXPIRES

**SWORN STATEMENT
IN
PROOF OF LOSS**

34718 - 44038
GAB Robins FILE NO.

1250037684
COMPANY CLAIM NO.

Cameron Ins. Agent
AGENT

Brownsville, Texas
AGENCY AT

To the   adjuster, GAB Robins,

of   Royal Ins. Surplus Lines

At time of loss, by the above indicated policy of insurance, you insured –

the Brownsville Independent School District (BISD)

against loss by   covered causes of losses   to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND**   A   property   loss occurred about the hour of   at an unknown date and time   o'clock ☐ AM ☐ PM

**ORIGIN**   on the ____ day of ____ yr ____ the cause and origin of the said loss were:

mold manifestations

**OCCUPANCY**   The building described, or containing the property described, was occupied at the time of the loss as and for no other purpose whatever:   educational facilities

**TITLE AND**   At the time of the loss, the interest of your insured in the property described therein was   Ownership

**INTEREST**   . No other person or persons had any interest therein or encumbrance thereon, except:

**CHANGES**   Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except

educational facilities

**TOTAL INSURANCE**   THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of loss,

$ 371,452,376.⁰⁰ , as more particularly specified in the apportionment attached, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

**VALUE**   THE ACTUAL CASH VALUE of said property at the time of the loss was   $ 10,000,000.⁰⁰

**LOSS**   THE WHOLE LOSS AND DAMAGE was   $ 10,000,000.⁰⁰

**AMOUNT CLAIMED**   THE AMOUNT CLAIMED under the above numbered policy is   $ 10,000,000.⁰⁰

**STATEMENTS
OF INSURED**   The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

CAUTION READ BEFORE SIGNING BELOW

State of   Texas

County of   Harris

X   Balthazar Salazar, Attorney for B.I.S.D.
     Insured

Subscribed and sworn to before me this   23rd   day of   January   (year) 2003

VERONICA REYNA
MY COMMISSION EXPIRES
June 23, 2005

Form PR0765 (Rev.9/98)



## GAB Robins
GAB Robins North America, Inc.

632 Ed Carey Drive, Suite 700
Harlingen, TX 78550-7965
T: 956•423•0770
T: 956•383•7541
F: 956•423•2407

February 21, 2003

Mr. Baltazar Salazar   *Via Facsimile 713-807-0930*
Attorney at Law
1612 Winbern
Houston, Texas 77004

Mr. Ramon Garcia   *Via Facsimile 956-381-0825*
Law Office of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

> Re:   Policy No. KHT318271
> Policy Period: 4-1-01 to 4/1/02
> Claim No. 1250037684
> GAB File No. 34718-44033
> Insured: Brownsville ISD

Dear Mr. Salazar and Mr. Garcia:

After requesting all engineering , mold and other studies, as well as any contractors' bids, for a year or more, for the first time I was provided the following reports by Brownsville Independent School District on January 22, 2003:

> 1. Assured Indoor Air Quality Reports entitled "Indoor Air Quality Environmental Survey" on Aiken and Besteiro dated *November 9, 2001*;

> 2. Ambiotec Environmental Consultants *Draft* Report entitled "Preliminary Mold Investigation" dated *May 2002*;

> 3. EFI *Draft* Report "Remediation Evaluation Assessment" dated 1/20/03; and

> 4. Besteiro/Aiken Project Breakdown Cost Report, which reflects no date.

Received Feb-21-2003 16:34    From-9564232407    To-BEIRNE MAYNARD    Page 003

Mr. Baltazar Salazar
  Mr. Ramon Garcia
  February 21, 2003
  Page 2

I do appreciate this information, which is a good starting point for BISD to provide the information needed to more fully assess this matter, including the damages claimed by BISD, the cause or causes of same, and the necessary repairs. We do need additional documents and information from you to fully understand and evaluate this claim, which BISD has been investigating for several years, apparently with the assistance of various experts retained by BISD for such purpose.

We will, of course, work to minimize the inconvenience and disruption to Royal's insured, including going to the insured's facility, or your offices, to review the documents, listed below, that Royal needs. I appreciate BISD's assurances in Mr. Garcia's January 22, 2003 letter that the two of you will provide GAB with "any and all information necessary for the resolution of this claim." As you know and as my letters reflect, we have been requesting and patiently waiting for the information for a year or more.

We need more information to determine which portions of the claim, if any, may qualify for coverage. Only after we have all the information we need can we consider prompt payment for those portions of the claim that may be covered, if any, by the contract for insurance issued by Royal to BISD for April 1, 2001 until April 1, 2002. Please provide the following information to me so that we may continue to investigate and evaluate this claim:

1.  Any other drafts of the reports provided to me on January 22, 2003;

2.  The final versions of the draft reports provided to me on January 22, 2003 (the Ambiotec and EFI reports all appear to be preliminary drafts);

3.  Any other engineering, mold or other studies or reports relating to the claimed loss, the cause(s), the necessary building repairs, and any other claimed expenses or loss (including any additional report that BISD received from Assured Indoor Air Quality in January 2002);

4.  Any school board meeting minutes, photographs, maintenance/repair records or other documents that identify when the claimed mold was first discovered at Aiken or Besteiro (we have read reports indicating that mold was found in one or both schools as early as 1999, and has been an ongoing problem since);

Received   Feb-21-2003  16:34   From-9564232407   To-BEIRNE MAYNARD   Page 004

Mr. Baltazar Salazar
  Mr. Ramon Garcia
  February 21, 2003
  Page 3

5. All reports provided to BISD by William Ashton (Environmental Specialist with the Texas Department of Health), who apparently inspected the campuses in early November 2001;

6. All maintenance/repair records or other documents that relate to the "water events where wetted materials were not replaced promptly" that are mentioned in your expert's November 9, 2001 reports (Assured Indoor Air Quality) that were recently provided to me, including documents relating to the cause of or repairs to the source of these water events;

7. The approximately 150-200 surveys completed by school staff members in November 2001, which were relied upon by your experts and discussed in their November 9, 2001 reports (Assured Indoor Air Quality);

8. Documents reflecting work done by your expert, Assured Indoor Air Quality, to determine the level and cause of contamination of the indoor environment, for which your experts proposed an addition to its contract with BISD in November 2001 (their proposal is included in their report dated November 9, 2001);

9. All documents relating to the "clean-up operation" of the Besteiro/Aiken library and Besteiro Computer Room 122, which was mentioned in a BISD Agenda Item included in Assured Indoor Air Quality's November 9, 2001 report , including documents relating to the cause of or repairs to the damage;

10. Any analysis or reports related to the air and surface sampling data taken December 11, 2001 [*sic*] and included in Assured Indoor Air Quality's report dated November 9, 2001;

11. All photographs of mold or other claimed damage at the two schools;

12. Any and all repair, remediation or redesign plans or proposals for the damage made the subject of BISD's claim or any reported cause of such damage;

Received  Feb-21-2003 16:34      From-9564232407      To-BELIERNE MAYNARD      Page 005

Mr. Baltazar Salazar
   Mr. Ramon Garcia
   February 21, 2003
   Page 4

13.   The "report of a previous investigation performed by another
      environmental consultant" that is identified in Ambiotec's
      May 2002 draft report to BISD (unless this refers to one of
      the other reports provided on January 22, 2003);

14.   In light of the reports of your experts and their findings as to
      the cause of claimed damage, please provide all plumbing,
      courtyard drainage, HVAC and roof maintenance and
      repair records for the two schools since their construction;

15.   The "Proposal for Remediation/Evaluation Survey submitted in
      November 2002" referenced in EFI's January 20, 2003
      report recently provided to me;

16.   Documents indicating any repairs, remediation or other action
      taken in response to Ambiotec's May 2002 advisement (in
      its draft report to BISD) that, "unless the mold is
      remediated and the moisture sources controlled in the near
      term, the air and surface mold concentrations will change
      as a result of potential migration and propagation of the
      mold colonies beyond the observed areas;"

17.   All the documents (including site assessment drawings; mold
      assessment reports and documents; roof assessment
      drawings, reports and documents; and mechanical
      assessment drawings, reports and documents) referenced in
      EFI's January 20, 2003 report (pp. 3-3 to 3-6) as having
      been reviewed by EFI in performance of its services and
      preparation of its report;

18.   The documents, if any, meant to be included in Tabs 3, 5, 6 and
      7 to the Besteiro/Aiken Project Breakdown Cost Report
      provided to me on January 20, 2003 (the tabs were empty
      in the notebook we received);

19.   Color copies of pages 4-8 of the Assured Indoor Air Quality
      Report on Aiken and pages 5-11 of the Assured Indoor Air
      Quality Report on Besteiro dated November 9, 2001; and

20.   Any warranty or other claims or demand letters sent to or
      lawsuits filed against any engineer, architect, general
      contractor, contractor or sub-contractor sent by or on behalf
      of BISD since the construction of the Aiken and Besteiro

Received　Feb-21-2003　16:34　　From-9564232407　　To-BEIRNE MAYNARD　　Page 007

Mr. Baltazar Salazar
Mr. Ramon Garcia
February 21, 2003
Page 6

cc:Brownsville Independent School District (*via* certified mail, return receipt requested)

Jay W. Brown/Stephen R. Wedemeyer　　　(*via* facsimile 713-960-1527)
Beirne, Maynard & Parsons, LLP

Received    Feb-21-2003  16:34    From-9564232407    To-BEIRNE MAYNARD    Page 008



## SWORN STATEMENT
## IN
## PROOF OF LOSS

POLICY NO. _____

AMOUNT OF POLICY AT TIME OF LOSS
_____

DATE ISSUED
_____

DATE EXPIRES
_____

GAB Robins FILE NO. _____

COMPANY CLAIM NO. _____

AGENT _____

AGENCY AT _____

To the _____

of _____

At time of loss, by above indicated policy of insurance, you insured –

_____

against loss by _____ to the property described according to the terms and conditions of
said policy and of all forms, endorsements, transfers and assignments attached hereto.

**TIME AND ORIGIN**   A _____ loss occurred about the hour of _____ o'clock ____ M,
on the _____ day of _____ 19 _____ the cause and origin of the said loss were:

**OCCUPANCY**   The building described, or containing the property described, was occupied at the time of the loss as follows, and for no
other purpose whatever: _____

**TITLE AND INTEREST**   At the time of the loss, the interest of your insured in the property described therein was _____
_____ No other person or persons had any interest therein on encumbrance
thereon except: _____

**CHANGES**   Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy,
possession, location or exposure of the property described, except _____
_____

**TOTAL INSURANCE**   THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of the    $ _____
as more particularly specified in the apportionment attached, besides which there was no policy or other contract
of insurance, written or oral, valid or invalid.

**VALUE**   THE ACTUAL CASH VALUE of said property at the time of the loss was    $ _____

**LOSS**   THE WHOLE LOSS AND DAMAGE was    $ _____

**AMOUNT CLAIMED**   THE AMOUNT CLAIMED under the above numbered policy is    $ _____

**STATEMENTS OF INSURED**   The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been
done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no
articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no
property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss
has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

CAUTION READ BEFORE SIGNING BELOW

State of _____    _____

County of _____    _____
                                              _____
                                                  **Insured**
Subscribed and sworn to me this _____ day of _____ 19 _____

_____
NOTARY PUBLIC

Form 765 (Rev. 1/97)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|Southern| District of | Texas |

Royal Surplus Lines Insurance

**SUMMONS IN A CIVIL CASE**

V.

Brownsville Independent School District

CASE   **B-03-109**

TO: (Name and address of Defendant)

Brownsville Independent School District
c/o Mr. Joe Cadriel                            Mr. Johnny I. Pineda
647 Hillcrest                                      1900 Price Rd.
Brownsville, Texas 78521        OR        Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay W. Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                    *Signature of Server*


                                        _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.