AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**    C A B - 03-109

*BISD*

| Service of the Summons and complaint was made by me[1] | DATE 6/10/03 |
|---|---|

| NAME OF SERVER *(PRINT)* Edward Gerusa Jr. | TITLE Private Investigator/Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where   *at Defendant's Office in the*
*BISD Office Building.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

United States District Court
Southern District of Texas
FILED

☐ Returned _____

JUN 1 0 2003

☐ Other (specify): _____

Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL — 0 — | SERVICES 130 00 | TOTAL 130 00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/10/03
          Date          Signature of Server

2390 Central Blvd. Suite B
Address of Server
Brownsville, TX 78520

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____   District of   _____Texas_____

Royal Surplus Lines Insurance

**SUMMONS IN A CIVIL CASE**

V.

Brownsville Independent School District

CASE   **B-03-109**

TO: (Name and address of Defendant)

Brownsville Independent School District
c/o Mr. Joe Cadriel              Mr. Johnny I. Pineda
647 Hillcrest                    1900 Price Rd.
Brownsville, Texas 78521    OR   Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay W. Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                          6-9-03
CLERK                                    DATE

(By) DEPUTY CLERK