4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2003

Michael N. Milby
Clerk of Court



| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Royal Surplus Lines Insurance Company, Plaintiff herein, files its Certificate of Interested Parties as follows:

1.  **Royal Surplus Lines Insurance Company** is wholly owned by **Royal Insurance Company of America.** Royal Insurance Company of America is wholly owned by **Royal Group, Inc.** Royal Group, Inc. is owned by **Royal & SunAlliance USA, Inc.** None of these entities are publicly traded.

2.  The ultimate parent of the above entities is **Royal & Sun Alliance Insurance Group plc,** which is organized in England and conducts business only in the United Kingdom. This entity is publicly traded on the London Stock Exchange. **American Depository Receipts (ADRs)**, representing London shares of Royal & Sun Alliance Insurance Group plc, are traded on the New York Stock Exchange.

3.  **Brownsville Independent School District.**

4.  **The Honorable Ramon Garcia**
    **Eric Cardenas Jarvis, Esq.**
    **Law Offices of Ramon Garcia, P.C.**
    222 W. University Drive
    Edinburg, Texas 78539
    *Counsel for Defendant, BISD*

5.  **Baltazar Salazar, Esq.**
    1612 Winbern
    Houston, Texas 77004
    *Counsel for Defendant, BISD*

6.  **Filemon Vela, Jr.**
    **Anthony F. Constant**
    **Pruett Moore**
    **Constant & Vela**
    1570 Frost Bank Plaza
    802 N. Carancahua
    Corpus Christi, Texas 78470
    *Prior Counsel for BISD for the insurance claim underlying this litigation.*

Dated June 23, 2003.

                                      Respectfully submitted,

                                */s/ Jay W. Brown*
                                Jay W. Brown
                                State Bar No. 03138830
                                SDT No. 1314
                                1300 Post Oak Blvd., Suite 2400
                                Houston, Texas 77056
                                Telephone: (713) 623-0887
                                Facsimile: (713) 960-1527

                                **ATTORNEY-IN-CHARGE FOR PLAINTIFF, ROYAL SURPLUS LINES INSURANCE COMPANY**

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
Stephen R. Wedemeyer
State Bar No. 00794832
S.D.T. No. 19797
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following by CM/RRR on June 23, 2003, despite the fact that no appearance has yet been made by Defendant BISD.

    The Honorable Ramon Garcia
    Eric Cardenas Jarvis, Esq.
    Law Offices of Ramon Garcia, P.C.
    222 W. University Drive
    Edinburg, Texas 78539

    Baltazar Salazar, Esq.
    1612 Winbern
    Houston, Texas 77004

_____
Counsel for Plaintiff

441400.1                                      3