IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY | § § § | |
| VS. | § § | B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

**ORDER**

The initial pretrial conference scheduled for October 10, 2003, at 9:30 a.m. is now scheduled for September 15, 2003, at 2:30 p.m. Counsel shall fulfill all of the requirements listed in the prior Order Setting Conference by September 8, 2003. Counsel shall be prepared to discuss <u>all</u> matter delineated in Rule 16 F.R.C.P. including the pending motion to abate or dismiss. Additionally, Defendant shall file immediately a list of financially interested parties.

Done in Brownsville, Texas on this 15th day of August, 2003.

Andrew S. Hanen
United States District Judge