IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| **Plaintiff** | § § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § § | |
| **Defendant** | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Brownsville Independent School District, Defendant herein, files its Certificate of Interested Parties as:

1. Defendant, **Brownsville Independent School District** is a government entity residing in Cameron County, Texas. Plaintiff reserves all immunity right accorded by law and expressly does not waive such rights. Brownsville Independent School District's place of business is located at 1900 Price Road, Brownsville, Texas 78521.

2. **Royal Surplus Lines Insurance Company** is wholly owned by Royal Insurance Company of America. Royal Surplus Lines Insurance is a foreign corporation, duly incorporated under the laws of the State of Connecticut, with its principal place of business is in the State of Georgia. Royal Insurance Company of America is wholly owned by Royal Group, Inc.. Royal Group, Inc., is owned by Royal & Sun Alliance USA, Inc., None of these entities are publicly traded.

The ultimate parent of the above entities is **Royal & Sun Alliance Insurance Group plc,** which is organized in England and conducts business only in the United

Kingdom. This entity is publicly traded on the London Stock Exchange. **American Depository Receipts (ADRs)**, representing London shares of Royal & Sun Alliance Insurance Group plc., are traded on the New York Stock Exchange.

3. Johnny Cavazos
   Cavazos Insurance Agency
   315 Paredes Line Road
   Brownsville, Texas 78521

4. Cigna Lloyds Insurance
   **now known as Ace American Lloyd Insurance Company**
   6600 Campus Circle Drive East, Suite 300
   Irving, Texas 75063

5. Jay W. Brown
   Stephen R. Wedemeyer
   BEIRNE, MAYNARD & PARSON, L.L.P.
   1300 Post Oak Blvd., Suite 2400
   Houston, Texas 77056

   *Counsel for Royal Surplus Insurance Company*

6. Michael Rodriguez, P.L.L.C.
   Attorney at Law
   1000 E. Madison Street
   Brownsville, Texas 78520

   *Counsel for Cavazos Insurance Company*

7. The Honorable Ramon Garcia
   Eric Cardenas Jarvis, Esq.
   Law Offices of Ramon Garcia, P.C.
   222 W. University Drive
   Edinburg, Texas 78539

   *Counsel for Defendant Brownsville Independent School District*

8. Baltazar Salazar
   Attorney at Law
   1612 Winbern
   Houston, Texas 77004

   *Counsel for Defendant Brownsville Independent School District*

9. Craig Smith
   Attorney at Law
   14493 SPID, Suite A PMB 240
   Corpus Christi, Texas 78418

   *Counsel for Defendant Brownsville Independent School District*

                                           Law Offices of Baltazar Salazar
                                           1612 Winbern
                                           Houston, Texas 77004
                                           (713) 655-1300 Phone
                                           (713) 807-1930 Fax

                                           *[signature]*
                                           By: Baltazar Salazar
                                           Fed.Ad. 18536
                                           State Bar No. 00791590

                                           Craig S. Smith
                                           State Bar No. 18553570
                                           LAW OFFICE OF CRAIG S. SMITH
                                           14493 S.P.I.D., Suite A, P.M.B. 240
                                           Corpus Christi, TX 78418
                                           Telephone: (361) 949-6906
                                           Facsimile: (361) 949-0843

                                           Ramon Garcia
                                           State Bar No. 07641800
                                           222 W. University
                                           Edinburg, Tx. 78539
                                           Telephone (956) 383-7441
                                           Facsimile (956) 381-0825

                                           ***ATTORNEYS FOR BISD***

CERTIFICATE OF SERVICE

I, BALTAZAR SALAZAR do hereby certify that on this __22nd__ day of August 2003, a true and correct copy of the above and foregoing Plaintiff's Amended Petition was sent by certified mail to following counsels of record:

Jay W. Brown
John Trevino
Stephen Wedemeyer
**BEIRNE, MAYNARD, & PARSONS, L.L.P.+**
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056

*Attorneys for Royal Surplus Insurance Lines Insurance Company*

Michael Rodriguez
**MICHAEL RODRIGUEZ, P.L.L.C.**
1000 E. Madison Street
Brownsville, Texas 78520

*Attorney for Cavazos Insurance*

Cigna Lloyds Insurance
**now known as Ace American Lloyd Insurance Company**
6600 Campus Circle Drive East, Suite 300
Irving, Texas 75063

_____
BALTAZAR SALAZAR