IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | | |
| Defendant. | | |

### PLAINTIFF ROYAL'S FIRST SUPPLEMENT TO ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR ABATE PENDING RESOLUTION OF THE PARALLEL STATE COURT ACTION

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its First Supplement to Its Response to Defendant Brownsville Independent School District's ("BISD's") Motion to Dismiss or Abate Pending Resolution of the Parallel State Court Action ("Motion to Dismiss"), respectfully showing:

### I. STATEMENT OF FACTS

1.  Royal filed its original complaint for declaratory judgment in this Court on June 9, 2003. The underlying facts are detailed in its original complaint and its response to BISD's Motion to Dismiss and are incorporated as stated herein.

2.  BISD has not answered in this lawsuit. Instead, BISD filed its Motion to Dismiss on June 30, 2003. On that same day, BISD also filed its Original Petition in Cameron County state court against Royal and Cavazos Insurance Agency. That cause of action is styled *Brownsville Independent School District vs. Royal Surplus Lines Insurance Company and Cavazos Insurance*; In the 103rd Judicial

District Court of Cameron County Texas. In the state-court lawsuit, BISD alleges various causes of action against Royal, including violations of the Texas Insurance Code. On or about August 6, 2003, BISD filed its Amended Petition in state court. The Amended Petition also contains cause of action for alleged violations of the Texas Insurance Code.

3.  BISD failed to comply with mandatory pre-filing notice of suit required by the Texas Insurance Code. Therefore, the Cameron County state-court lawsuit is abated until such notice is given.

4.  Royal appropriately filed a verified plea in abatement in the state court on August 18, 2003.[1] BISD has failed to file any controverting affidavits in the state court or send Royal a proper notice letter as required by the Texas Insurance Code.

## II. ARGUMENT AND AUTHORITIES

5.  Pursuant to section 16(e) of article 21.21 of the Texas Insurance Code, as a prerequisite to filing a suit seeking damages under article 21.21, BISD was required to give Royal written notice at least 60 days before filing suit. This notice must advise Royal of BISD's specific complaint and the alleged amount of actual damages and expenses, including any alleged attorneys' fees reasonably incurred by BISD in asserting its claim.

6.  BISD wholly failed to comply with the mandatory notice provision cited above. Royal has not received the required written notice from BISD or its counsel of the alleged claims under the Texas Insurance Code. Accordingly, the state-court action is automatically abated without order of the state court

---

[1] Cavazos Insurance Agency, a defendant in the Cameron County state-court lawsuit, filed its verified plea in abatement on August 1, 2003 for BISD's failure to give pre-filing notice as required by the Texas Insurance Code. BISD had not filed a controverting affidavit in response to Cavazos' verified plea in abatement.

459025.1                                    2

until 60 days after service by BISD of written notice in compliance with the statute. *See* Tex. Ins. Code Ann. art. 21.21, §§ 16(h) & (i).

### III. CONCLUSION

For all the reasons provided herein and Royal's previously filed Response to BISD's Motion to Dismiss, Plaintiff Royal Surplus Lines Insurance Company prays that the Court deny the Defendant BISD's Motion to Dismiss or Abate Pending Resolution of the Parallel State Court Action and that the Court grant Royal any and all other relief to which it is entitled.

Respectfully submitted,

_____
Jay W. Brown
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

459025.1                                    3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on September __2__, 2003.

| | |
|---|---|
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*

_____
Jay W. Brown