THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
SEP 15 2003
Michael N. Milby
Clerk of Court

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**
(HELD IN CHAMBERS)

CIVIL ACTION NO. B-03-109          DATE & TIME 9/15/03 @ 2:30 - 3:40 pm

COUNSEL:

| ROYAL SURPLUS LINS INSURANCE CO. | § | Jay W. Brown |
| VS | § | |
| BROWNSVILLE IND. SCHOOL DISTRICT | § | Ramon Garcia, Baltazar Salazar & Craig Smith |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard

Case called on the docket. Jay Brown appeared for the Plaintiff. Ramon Garcia, Baltazar Salazar & Craig Smith appeared for the Deft. Miguel Saldana, General Counsel for the Deft is present. Johnny Pineda, Temporary Superintendent is also present.

Court addresses the Motion to Dismiss or Abate (DE #5). After arguments of counsel, Court will take it under advisement. Parties have one week to file any additional information for the Court's consideration. Court will then issue its ruling.

Following deadlines were given by the Court:

Parties will have 30 days after Court's ruling to submit new parties to be joined and any cross-claims. Deft will have 30 days to amend any pleadings and Deft will have 15 days to respond.

Jury Selection is set for June 3, 2004 @ 9:00 am
Docket Call is set for May 2, 2004 @ 1:30 pm
Joint Pretrial Order will be due on May 14, 2004
Discovery to be completed by April 30, 2004
Dispositive Motions filed by February 27, 2004
Non-Dispositive Motions filed by April 30, 2004
Plaintiff's experts named by December 10, 2003
Defendant's experts named by January 23, 2004
Trial is set for the month of June, 2004.

Counsel to do voir dire and will use 12 a person jury/10-2 or above verdict.

Court is adjourned.