IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROYAL SURPLUS LINS INSURANS CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03- |
| | § | B-03-109 |
| BROWNSVILLE IND. SCHOOL DISTRICT | § | |

## Scheduling Order

1.  Trial:  Estimated time to try:   _2 weeks_                    □ Bench   ■ Jury

2.  New parties must be joined by:                               _____
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff's experts will be named with a report furnished by:      December 19, 2003

4.  The defendant's experts must be named with a report furnished by:      January 23, 2004

5.  Discovery must be completed by:                             April 30, 2004

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

6.  Dispositive Motions will be filed by:                       February 27, 2004

    Non-Dispositive Motions will be filed by:                  April 30, 2004

*************************   The Court will provide these dates.   *************************

7.  Joint pretrial order is due:                                May 14, 2004

    *The plaintiff is responsible for filing the pretrial order on time.*

8.  Docket Call is set for 1:30 p.m. on:                        May 24, 2004

9.  Jury Selection is set for 9:00 a.m. on:*                    June 3, 2004

*Counsel to do voir dire. Jury to be twelve(12) members (not including alternates) with ten (10) or
more members required to reach a verdict.

The case will remain on standby until tried.

    Signed this the  15ᵗʰ  day of _September_ , 2003.

                                        _____
                                        Andrew S. Hanen
                                        United States District Judge

xc: ALL COUNSEL OF RECORD