/3

United States District Court
Southern District of Texas
FILED

OCT 0 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|    Defendant. | § | |

**DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW THE PREVIOUSLY FILED
MOTION TO DISMISS OR ABATE PENDING RESOLUTION OF THE
PARALLEL STATE COURT ACTION**

TO THE HONORABLE JUDGE HANEN:

COMES NOW Brownsville Independent School District ("BISD"), nominally a

defendant herein, and moves the Court for leave to withdraw the previously filed motion to

dismiss.

I.

Defendant has reconsidered and decided the expedited trial setting this Court proposed at

the previous hearing is more acceptable that the delays expected in State Court. Accordingly,

BISD hereby waives and seeks to withdraw the previously filed motion to dismiss and abate.

II.

BISD moves the Court for an order setting deadlines for filing an answer, and for other

events pursuant to the Court's prior hearing.

Respectfully submitted,

Craig S. Smith
SBN 18553570
Fed ID # 19327

LAW OFFICE OF CRAIG S. SMITH
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, TX 78418
Telephone: (361) 949-6906
Facsimile: (361) 949-0843
Attorney in charge for BISD

## CERTIFICATE OF SERVICE

I certify that this day this document was served by U.S. mail on the Attorney in Charge for Royal Surplus Lines Insurance Company at the following address:

Jay W. Brown
1300 Post Oak Blvd., suite 2400
Houston, Tx. 77056

_____

Baltazar Salazar