*14*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § § | |

**ORDER**

On _Newlyn 18, 2003_ the Court considered BISD's motion to withdraw it previously filed motion to dismiss or abate. This motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that BISD's motion to dismiss or abate is withdrawn on the date this order is signed. The Court further orders that BISD's answer is due on _Newlyn 12, 2003_. The Court shall set other deadlines by written order.

Judge Hanen

1 18 03

Date