THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

TELEPHONIC CONFERENCE
(held In Chambers)

DEC 02 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-109   DATE & TIME: 12/2/03 @ 2:00 pm

COUNSEL:

ROYAL SURPLUS LINES INSURANCE CO.   §   Jay Brown/John Trevino

VS   §

BROWNSVILLE INDEPENDENT   §   Baltazar Salazar, Craig Smith,
SCHOOL DISTRICT                Miguel Saldana

Courtroom Deputy: Butch Barbosa
Court Reporter:   Barbara Barnard

Case called on the docket. Jay Brown and John Trevino appeared for Plaintiff. Baltazar Salazar, Craig Smith & Miguel Saldana appeared for the Deft.

Parties move for extension of deadline for experts. Court grants request. Parties to submit order for Judge's consideration with new dates:

  Plaintiff's experts named by 1/16/04
  Defendant's experts named by 2/20/04
  Dispositive motions filed by 3/26/04

All other dates will remain the same.

Court is adjourned.