United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § § | |

## ORDER

On this date, the Court considered Plaintiff Royal Surplus Lines Insurance Company's ("Royal's") Expedited Motion for Extension of Deadlines. [Doc. No. _15_ ]. The Court, having considered the motion and the arguments of counsel, finds that the motion is meritorious and should be granted in part.

IT IS THEREFORE ORDERED THAT, Defendant Royal's Motion for Extension of Deadlines [Doc. No. _15_ ] is GRANTED IN PART, with the following changes made to the Court's September 16, 2003 scheduling order [Doc. No. 12]:

Plaintiff's experts will be named with a report furnished by: _January 16, 2004_

Defendant's experts must be named with a report furnished by: _February 20, 2004_

Dispositive Motions will be filed by: _March 26, 2004_

All other deadlines issued by the Court in the September 16, 2003 scheduling order [Doc. No. 12] shall remain in place at this time.

SIGNED at Brownsville, Texas on _____, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

480678.1