IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, Plaintiff, | § § § § | |
| v. | § § | Civil Action No. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant. | § § § § | |

United States District Court
Southern District of Texas
FILED
DEC 1 5 2003
Michael N. Milby
Clerk of Court

## MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE HANEN:

COMES NOW Brownsville Independent School District ("BISD"), nominally a defendant herein, and moves the Court for leave to substitute attorney in charge.

I.

Craig S. Smith is currently attorney in charge for BISD. The lawyers for BISD have agreed that Baltazar Salazar, who is currently counsel for BISD shall be attorney in charge. Please continue to serve Craig S. Smith with all pleadings, motions, orders etc. . .

II.

BISD moves the Court for an order substituting Baltazar Salazar as attorney in charge.

1

Respectfully submitted,

*Craig S. Smith*
Craig S. Smith
SBN 18553570
Fed ID # 19327

LAW OFFICE OF CRAIG S. SMITH
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, TX 78418
Telephone: (361) 949-6906
Facsimile: (361) 949-0843
Attorney in charge for BISD

## CERTIFICATE OF SERVICE

I certify that this day this document was served by U.S. mail on the Attorney in Charge for Royal Surplus Lines Insurance Company at the following address:

Jay W. Brown
1300 Post Oak Blvd., suite 2400
Houston, Tx. 77056

_____
Craig S. Smith

## CERTIFICATE OF CONFERENCE

I certify that this day I consulted with John Trevino, counsel for Plaintiff, and he did not object to this motion.

_____
Craig S. Smith

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, Plaintiff, | § § § § | |
| v. | § | Civil Action No. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant. | § § § § | |

**ORDER GRANTING BISD'S MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY IN CHARGE**

On _____ the Court considered BISD's motion to substitute attorney in charge. The motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Baltazar Salazar shall be substituted as attorney in charge for BISD in the place of Craig S. Smith.

_____
Judge Hanen

_____

_____
Date