IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | |
| Defendant. | |

United States District Court
Southern District of Texas
FILED

JAN 08 2004

Michael N. Milby, Clerk of Court

**PLAINTIFF ROYAL'S EXPEDITED MOTION
TO COMPEL INITIAL DISCLSOSURES**

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Company (Royal) files its Expedited Motion to Compel Initial Disclosures, respectfully showing:

### I. STATEMENT OF FACTS

1.  Royal filed this declaratory judgment action in this Court on June 9, 2003.

2.  Brownsville Independent School District (BISD) filed its Motion to Dismiss or Abate Pending Resolution of the Parallel State Court Action (Motion to Dismiss) on June 30, 2003.

3.  This Court held an initial pretrial conference on September 15, 2003. At the initial pretrial conference, the Court considered BISD's motion to dismiss, hearing argument from both parties. The Court, however, took the motion to dismiss under advisement. At that time, the Court anticipated ruling within 30 days. As a result, the Court provided the parties a scheduling order with deadlines that were consistent with a ruling on the abatement/dismissal issue within 30 days.

4. Prior to the initial pretrial conference, the Parties' agreed to make initial disclosures 30 days after the Court's ruling on BISD's Motion to Dismiss. *See* Joint Discovery/Case Management Plan at ¶ 8.

5. On October 1, 2003, however, BISD filed a procedurally defective motion to withdraw its Motion to Dismiss, which was not considered by the Court until BISD cured the defects in mid-November 2003.

6. The Court granted BISD's motion to withdraw on November 18, 2003 and instructed that BISD file its Answer by December 12, 2003.

7. Royal filed an expedited motion for extension of deadlines on November 26, 2003. On December 2, 2003, the Court held a telephonic hearing to consider Royal's expedited motion, in which Royal sought new deadlines for expert designations. After hearing argument from counsel on both sides, the Court granted Royal's motion and set Plaintiff's expert designations as January 16, 2004 and Defendant's expert deadline as February 20, 2004.

8. Since the December 2, 2003 telephonic hearing, Royal has repeatedly attempted to confer with counsel for BISD to stipulate to a new deadline for initial disclosures, in light of the new expert deadlines assigned by the Court. In fact, Royal has proposed that the parties make initial disclosures by January 6, 2004, ten (10) days before Royal's expert deadline, in order to give Royal's experts the opportunity to review all available, relevant documents before preparing their reports; however, counsel for BISD has not respond to any correspondence or telephone calls from Royal's attorneys regarding the initial disclosures. *See* Exhibits A through E.

9. Finally, despite no response from BISD's counsel, Royal served its initial disclosures on BISD on January 6, 2004.

## II. ARGUMENT

10. Royal's expert reports are due on January 16, 2004. Preparing expert reports in this case will be very time consuming and costly, due to the voluminous amount of documents to review (several thousand). Without having BISD's initial disclosures, Royal cannot be certain if its experts have all the available documents for preparing their initial reports. Having Royal's experts prepare their reports with only a portion of the available documents and information regarding the facilities at issue adds the cost of preparing new reports or, at a minimum, preparing addenda to the initial reports.

11. The Federal Rules of Civil Procedure require that initial disclosures ordinarily be made within 14 days of the case-management conference. *See* Fed. R. Civ. P. 26 (a). However, the parties are allowed to agree on a different time by stipulation. *See id.* In this case, Royal and BISD agreed to make initial disclosures 30 days after the Court's ruling on BISD's Motion to Dismiss. *See* Case Management Plan at ¶ 8. The Court, however, never ruled on BISD's Motion to Dismiss, because BISD filed a motion to withdraw the motion to dismiss. Therefore, the Parties' previous agreement and stipulation regarding initial disclosures can never be triggered. The parties must now either stipulate to a new deadline for these disclosures, or the Court must order the that the parties will make initial disclosures by a certain date. *See* Fed. R. Civ. P. 26 (a).

12. BISD has failed to contact counsel for Royal in an effort to agree on a new deadline for initial disclosures. Counsel for Royal first wrote BISD's attorneys regarding a new deadline for initial disclosures on December 11, 2003. *See* Exhibit A, Letter dated December 11, 2003. In that correspondence, Royal proposed that the Parties make initial disclosures by January 6, 2004, ten days before Royal's expert designation deadline. In addition, counsel for Royal asked that BISD's

attorneys contact them by December 15, 2003, in order to discuss the initial disclosures deadline. BISD never contacted counsel for Royal; therefore, Royal again wrote BISD's lawyers on December 22, 2003 to follow up on the proposed initial disclosure deadline. *See* Exhibit B, Letter dated December 22, 2003; *See also* Exhibit C, E-mail Correspondence to Mr. Smith, dated December 23, 2003. Finally, two additional follow-up inquiries were sent by Royal *via* electronic correspondence to Mr. Smith and Mr. Salazar, in an effort to discuss initial disclosures. *See* Exhibits D and E, E-mail correspondence to counsel for BISD. Regrettably, to date, BISD has not contacted counsel for Royal to stipulate to a new deadline for initial disclosures, nor has BISD made its initial disclosures.

13.   Royal, therefore, asks the Court to order BISD to provide its initial disclosures to Royal by January 12, 2003.

### III. REQUEST FOR HEARING

14.   Royal respectfully requests a hearing on its Expedited Motion to Compel Initial Disclosures. However, due to the extreme difficulty in which BISD has placed Royal, if the Court's schedule allows a more expeditious ruling without a hearing, Royal agrees to a ruling on submission.

### IV. CONCLUSION

For all the reasons provided herein, Plaintiff Royal Surplus Lines Insurance Company asks that the Court grants its Expedited Motion to Compel Initial Disclosures and that the Court grant Royal any and all other relief to which it is entitled.

Respectfully submitted,

*[signature: Jay W. Brown]*

Jay W. Brown
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF CONFERENCE

We have attempted to confer with opposing counsel numerous times, in an effort to determine a deadline for initial disclosures. However, opposing counsel has not responded to any correspondence or telephone calls from counsel for Royal.

_____
Jay W. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on January 8, 2004.

| | |
|---|---|
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via CM/RRR and Facsimile* |
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via CM/RRR and Facsimile* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via CM/RRR and Facsimile* |

*Attorneys for Defendant BISD*

_____
Jay W. Brown

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

(713) 623-0887
FAX. (713) 960-1527

JOHN V. TREVIÑO, JR.

DIRECT DIAL: (713) 960-7332
E-MAIL: jtrevino@bmpllp.com

December 11, 2003

Honorable Ramon Garcia                         *Via Facsimile 956-381-0825*
Law Office of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

Mr. Baltazar Salazar                           *Via Facsimile 713-807-0930*
Attorney at Law
1612 Winbern
Houston, Texas 77004

Mr. Craig Smith                                *Via Facsimile 361-949-0843*
Law Offices of Craig S. Smith
14493 SPID, Suite A, P.M.B. 240
Corpus Christi, Texas 78418

RE:   *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*, C.A. No. B-03-109; In the United States District Court for the Southern District of Texas, Brownsville Division.

Gentlemen:

We write regarding the Rule 26(a) Disclosures in the above-referenced case. As you will recall, BISD and Royal agreed to make initial disclosures 30 days after Judge Hanen ruled on BISD's motion to dismiss. However, the Court never ruled on the motion, due to BISD's later-filed motion to withdraw. Since our previous agreement, which is set out in the Joint Discovery/Case Management Plan, was triggered by a ruling by the Court on BISD's withdrawn motion, we propose that the parties stipulate to make Rule 26(a) Disclosures on or before January 6, 2004. We ask that you contact us regarding this proposed stipulation and date by December 15, 2003 and inform us whether you are agreeable.

Please do not hesitate in contacting us should you have any questions.

Very truly yours,

John V. Treviño, Jr.

JVT/lg

482706.1

**EXHIBIT A**

# Group Send Report

Date & Time: Dec-11-2003  16:26
Tel line   : +7139601678
Machine ID : BEIRNE MAYNARD

| | |
|---|---|
| Job number | : 398 |
| Date & Time | : Dec-11 16:22 |
| Number of pages | : 002 |
| Start time | : Dec-11 16:22 |
| End time | : Dec-11 16:26 |

Successful numbers

 Fax numbers

☎873#030098#12#19563810825
☎873#030098#12#7138070930
☎873#030098#12#13619490843


Unsuccessful numbers                                                                                         Pages sent

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

JOHN V. TREVIÑO, JR.

(713) 623-0887

FAX. (713) 960-1527

DIRECT DIAL: (713) 960-7332
E-MAIL: jtrevino@bmpllp.com

December 22, 2003

Honorable Ramon Garcia
Law Office of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

*Via Facsimile 956-381-0825*

Mr. Baltazar Salazar
Attorney at Law
1612 Winbern
Houston, Texas 77004

*Via Facsimile 713-807-0930*

Mr. Craig Smith
Law Offices of Craig S. Smith
14493 SPID, Suite A, P.M.B. 240
Corpus Christi, Texas 78418

*Via Facsimile 361-949-0843*

RE: *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*, C.A. No. B-03-109; In the United States District Court for the Southern District of Texas, Brownsville Division.

Gentlemen:

We write to follow up on our December 11, 2003 letter regarding Rule 26(a) Disclosures in the above-referenced case. In that letter, we requested that you contact us by December 15, 2003 to discuss the deadline for disclosures. We have not heard from you. As we reminded you in our previous correspondence, BISD and Royal agreed to make initial disclosures 30 days after Judge Hanen ruled on BISD's motion to dismiss. Since Judge Hanen did not rule on the motion, the parties must now stipulate when they will make disclosures. We have proposed January 6, 2004 as the deadline to make disclosures. We ask that you contact us as soon as possible regarding this proposed stipulation and inform us whether you are agreeable.

Please do not hesitate in contacting us should you have any questions.

Very truly yours,

John V. Treviño, Jr.

JVT/lg

484480.1

EXHIBIT B

Group Send Report

Date & Time: Dec-22-2003  15:27
Tel line    : +71396000934
Machine ID  : BEIRNE MAYNARD

| | | |
|---|---|---|
| Job number | : | 374 |
| Date & Time | : | Dec-22 15:18 |
| Number of pages | : | 002 |
| Start time | : | Dec-22 15:18 |
| End time | : | Dec-22 15:27 |

Successful numbers

    Fax numbers

        ☎873#030098#12#19563810825
        ☎873#030098#12#71380070930

Unsuccessful numbers                                                   Pages sent

    Fax numbers

        ☎873#030098#12#13619490843                                         000

**Trevino, John V. Jr.**

| | |
|---|---|
| **From:** | Trevino, John V. Jr. |
| **Sent:** | Tuesday, December 23, 2003 1:51 PM |
| **To:** | Craig S. Smith (E-mail) |
| **Cc:** | Eric Jarvis (E-mail); Baltazar Salazar (E-mail) |
| **Subject:** | BISD: 12/22/03 Follow Up Letter |

Craig:

Attached is a PDF copy of a follow up letter we faxed to Judge Garcia and Baltazar yesterday. We were not able to fax the document to you successfully. Pursuant to your request, I am forwarding this copy by email. We ask that you please confer with your co-counsel and get back to us as soon as possible.

Happy Holidays,
John Trevino


royal001.PDF

**EXHIBIT C**

1

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000
(713) 623-0887
FAX (713) 960-1527

JOHN V. TREVIÑO, JR.

DIRECT DIAL: (713) 960-7332
E-MAIL: jtrevino@bmpllp.com

December 22, 2003

Honorable Ramon Garcia                                    *Via Facsimile 956-381-0825*
Law Office of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

Mr. Baltazar Salazar                                       *Via Facsimile 713-807-0930*
Attorney at Law
1612 Winbern
Houston, Texas 77004

Mr. Craig Smith                                            *Via Facsimile 361-949-0843*
Law Offices of Craig S. Smith
14493 SPID, Suite A, P.M.B. 240
Corpus Christi, Texas 78418

    RE:   *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*, C.A. No. B-03-109; In the United States District Court for the Southern District of Texas, Brownsville Division.

Gentlemen:

    We write to follow up on our December 11, 2003 letter regarding Rule 26(a) Disclosures in the above-referenced case. In that letter, we requested that you contact us by December 15, 2003 to discuss the deadline for disclosures. We have not heard from you. As we reminded you in our previous correspondence, BISD and Royal agreed to make initial disclosures 30 days after Judge Hanen ruled on BISD's motion to dismiss. Since Judge Hanen did not rule on the motion, the parties must now stipulate when they will make disclosures. We have proposed January 6, 2004 as the deadline to make disclosures. We ask that you contact us as soon as possible regarding this proposed stipulation and inform us whether you are agreeable.

    Please do not hesitate in contacting us should you have any questions.

Very truly yours,

John V. Treviño, Jr.

JVT/lg

484480.1

**Trevino, John V. Jr.**

**Subject:**     FW: BISD

```
From: Trevino, John V. Jr.
Sent: Thursday, December 18, 2003 3:39 PM
To: 'balsalazar@sbcglobal.net'
Cc: 'csslaw@stx.rr.com'
Subject: BISD
```

Baltazar:

Please notify us if you are agreeable to making disclosures by January 6, 2004. We wrote you last week about disclosures.

John Trevino
Sent from my BlackBerry Wireless Handheld
John V. Trevino
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056
713-960-7332 Direct
713-960-1527 Fax
jtrevino@bmpllp.com


EXHIBIT D

1

**Trevino, John V. Jr.**

| | |
|---|---|
| **From:** | Trevino, John V. Jr. |
| **Sent:** | Monday, December 22, 2003 10:36 AM |
| **To:** | Craig S. Smith (E-mail) |
| **Subject:** | BISD: Initial Disclosures |

Craig:

I have attempted to contact Baltazar Salazar several times about the initial disclosures. I have been unable to reach him, and he has not returned my calls. As you know we are trying to determine when the parties will make initial disclosures in the BISD case.

I ask that you please follow up with Mr. Salazar regarding the initial disclosures, as we have been unable to reach him.

John Trevino



EXHIBIT E

1