IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,<br><br>Defendant. | CIVIL ACTION NO. B-03-109 |

**PLAINTIFF ROYAL'S UNOPPOSED MOTION TO WITHDRAW ITS
EXPEDITED MOTION TO COMPEL INITIAL DISCLOSURES**

To The Honorable Andrew S. Hanen,
United States District Judge:

Plaintiff Royal Surplus Lines Insurance Company (Royal) files its Unopposed Motion to Withdraw its Expedited Motion to Compel Initial Disclosures, respectfully showing:

### I. STATEMENT OF FACTS

1.  Royal filed its Motion to Compel Initial Disclosures on January 8, 2004, asking this Court to order Defendant Brownsville Independent School District (BISD) to make its initial disclosures by January 12, 2004.

2.  Royal filed its Motion to Compel Initial Disclosures only after repeated attempts to confer with counsel for BISD to stipulate to a new deadline for initial disclosures. However, BISD's counsel never responded to Royal's correspondence or telephone calls.

3.  Despite its inability to confer with BISD, Royal served its initial disclosures on BISD on January 6, 2004.

4.     On January 12, 2004, Royal and BISD reached an agreement regarding a deadline for BISD to make its initial disclosures.

## II. ARGUMENT

5.     Since Royal and BISD have reached an agreement on a new deadline for BISD to make its initial disclosures, Royal no longer wishes to pursue its Expedited Motion to Compel Initial Disclosures and respectfully requests that the motion be withdrawn from the Court's consideration by submission or hearing at this time.

## III. CONCLUSION

For all the reasons provided herein, Plaintiff Royal Surplus Lines Insurance Company asks that the Court Grant its Motion to Withdraw its Expedited Motion to Compel Initial Disclosures.

Respectfully submitted,

Jay W. Brown
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF CONFERENCE

We conferred with Baltazar Salazar, counsel for BISD, and he indicated that BISD is not opposed to this motion.

_____
Jay W. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on January 14, 2004.

| | |
|---|---|
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via CM/RRR and Facsimile* |
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via CM/RRR and Facsimile* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via CM/RRR and Facsimile* |

*Attorneys for Defendant BISD*

_____
Jay W. Brown