IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

On this day the Court considered Plaintiff Royal's Motion to Withdraw its Expedited Motion to Compel Initial Disclosures. The motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Royal's Expedited Motion to Compel Initial Disclosures [Dkt. No. 22] be withdrawn from the Court's pending motion docket at this time.

Signed at Brownsville, Texas on _____, 2004.

_____
Andrew S. Hanen
United States District Judge

#487574          4