IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, Plaintiff, | § § § § | |
| v. | § § | Civil Action No. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant. | § § § § | |

### ORDER GRANTING BISD'S MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY IN CHARGE

On _Jan. 23, 2004_ the Court considered BISD's motion to substitute attorney in charge. The motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Baltazar Salazar shall be substituted as attorney in charge for BISD in the place of Craig S. Smith.

_____
Judge Hanen
United States District Judge

__1/23/04__
Date