IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 JURY DEMANDED |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

**DECLARATORY PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S DESIGNATION OF EXPERTS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff/Counter-Defendant, Royal Surplus Lines Insurance Company ("Royal"), and files its Designation of Experts as follows:

### EXPERT DESIGNATION

Royal designates the following persons as *retained* expert witnesses that may be called to testify at the trial of this matter:

1. **Rimkus Consulting Group, Inc.**
   (including Jerry Mercer, P.E.)
   1431 Greenway Drive, Suite 100
   Irving, Texas 75038
   Tel.: 972-518-0900
   Eight Greenway Plaza, Suite 500
   Houston, Texas 77046
   Tel.: 713-621-3550

   Rimkus investigated claims at the subject schools beginning in mid-1999 at the behest of BISD. Rimkus was then hired by another carrier and performed an investigation at its request in 2002. Rimkus may offer opinions as to the

nature, location, extent and cause of claimed damage, necessary repairs, and related matters.

BISD is directed to the 7/26/99 Rimkus (Daniel Bridge) report to Mody Boatwright, the December 2002 Rimkus (Jerry Mercer) report to GAB, the January 2004 Rimkus (Jerry Mercer) report to Royal's Counsel, as well as Mr. Mercer's resume, testifying history, and fee schedule produced to BISD contemporaneously with the filing and service of this Designation.

2. **Gobbell Hays Partners, Inc.**
   **Steve M. Hays, PE, CIH, FACEC**
   **Chairman of the Board**
   **Stephen Kenoyer**
   **Environmental Scientist**
   4040 Broadway # 105
   San Antonio, Tx 78209
   (210) 824-5600
   (210) 824-8420 (fax)

   BISD is directed to Gobbell Hays Partners' January 2004 report, resumes, testifying histories, and fee schedule produced to BISD contemporaneously with the filing and service of this Designation.

3. **Duane Swoveland**
   296 Leafy Hollow Lane
   McGregor, Texas   77657
   Tel.: 254-848-2386

   Mr. Swoveland may offer opinions as to Royal's handling of the claim, BISD's compliance with policy terms and conditions, coverage, BISD's extra-contractual claims, and related issues. BISD is directed to Mr. Swoveland's report, resume, testifying history, and fee schedule produced to BISD contemporaneously with the filing and service of this Designation.

4. **Juan A. Magallanes**
   **Gilberto Hinojosa**
   **Magallanes & Hinojosa, P.C.**
   1713 Boca Chica Blvd.
   Brownsville, Texas 78520
   Tel.: 956-544-6571

Counsel are knowledgeable about the claim and events underlying this action, as well as the parties' causes of action and the fees incurred by Royal Mr. Magallanes has been licensed to practice law in the State of Texas since 1980 (see attached resume), and is familiar with the work that is normally necessary to pursue and/or defend matters such as this case at bar, as well as the reasonable charges for similar legal work in the community. Mr. Hinojosa has been licensed to practice law in the State of Texas since 1981 (see attached resume), and is familiar with the work that is normally necessary to pursue and/or defend matters such as this case at bar, as well as the reasonable charges for similar legal work in the community.

Counsel may testify as to the necessity and reasonableness of any attorneys' fees claimed by Plaintiff and/or Defendant, including the rates charged by counsel. Mr. Jay Brown's current rate for this matter is $245.00 per hour. Mr. Stephen Wedemeyer's current rate for this matter is $220.00 per hour. Mr. John Trevino's current rate for this matter is $195.00 per hour. In light of all the circumstances associated with this case, including but not limited to (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly; (2) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; (5) the time limitations imposed by the client or circumstances; (6) the nature and length of the professional relationship with the client; (7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and (8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered, Counsel will opine as to the reasonableness and necessity of the rates and fees incurred by Royal in prosecuting this matter.

Counsel may further opine as to the reasonableness and necessity of the rates and fees charged by counsel for BISD, in light of the factors recited above.

5. **Jay W. Brown**
   **BEIRNE, MAYNARD & PARSONS, LLP**
   1300 Post Oak Blvd., Suite 2400
   Houston, Texas 77056
   Tel: 713-623-0887
   Fax: 713-960-1527

   Mr. Brown is the attorney-in-charge for Royal and is knowledgeable about the claim and events underlying this action, as well as the parties' causes of action and the fees incurred by Royal He has been licensed to practice law in the State of Texas since 1984 (see attached resume), and is familiar with

#486643.1     3

the work that is normally necessary to pursue and/or defend matters such as this case at bar, as well as the reasonable charges for similar legal work in the community. Mr. Brown may testify as to the necessity and reasonableness of any attorneys' fees claimed by Royal and/or BISD, including the rates charged by counsel. Mr. Jay Brown's current rate for this matter is $245.00 per hour. Mr. Stephen Wedemeyer's current rate for this matter is $220.00 per hour. Mr. John Trevino's current rate for this matter is $195.00 per hour. In light of all the circumstances associated with this case, including but not limited to (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly; (2) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; (5) the time limitations imposed by the client or circumstances; (6) the nature and length of the professional relationship with the client; (7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and (8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered, Mr. Brown will opine as to the reasonableness and necessity of the rates and fees incurred by Royal in prosecuting this matter. Mr. Brown may further opine as to the reasonableness and necessity of the rates and fees charged by counsel for BISD, in light of the factors recited above.

In addition, Royal may elicit (live or by deposition) factual and/or expert testimony from the following persons, who have ***not been retained by Royal*** in this matter, but instead were hired by BISD and/or others before this litigation ensued:

1. **Engineering and Fire Investigations ("EFI")**
   (including Rick Anderson, P.E., CIAPQ, Lee A. Burckle, P.E., and records custodians)
   9700 Richmond, Suite 201
   Houston, Texas 77042
   Tel.: 866-464-2127

   EFI was hired by counsel for BISD in 2002 to conduct an investigation of Aiken and Besteiro, and may offer testimony as to the cause of the claimed damages. See report to BISD dated January 2003, previously produced by BISD, and attached as Exhibit C to Royal's Complaint.

2.   **Daniel Bridge, Ph.D., CIH**
     **Rimkus Consulting Group, Inc.**
     Eight Greenway Plaza, Suite 500
     Houston, Texas 77046
     Tel.: 713-621-3550

     Engineer hired by BISD in July 1999 to investigate Aiken Elementary for possible mold. May offer testimony as to the cause of the claimed damages and/or the history of problems at the schools. See attached report to BISD's retained engineer, Mody Boatwright, dated 7/26/99.

3.   **Boatwright Engineering, Inc.**
     (including Mody K. Boatwright, P.E.)
     629 Santa Monica
     Corpus Christi, Texas 78411

     Engineer hired by BISD in or around July 1999 to investigate Aiken Elementary for possible mold. May offer testimony as to the cause of the claimed damages and/or the history of problems at the schools.

4.   **Ambiotec Environmental Consultants, Inc. ("Ambiotec")**
     (including Perry Gonzalez, J. Crespo and Jerry Arellano, and records custodians)
     PO Box 2565
     1101 East Harrison Avenue
     Harlingen, Texas 78550
     Tel.: 956-423-7807

     Ambiotec was hired by BISD's counsel in or around the Spring of 2000 to provide "technical assistance in the evaluation of potential mold contamination" at the two schools, per Ambiotec's May 2002 report to BISD. Ambiotec may offer testimony as to the cause, nature and/or extent of the claimed damages at the schools. See attached Ambiotec report.

5.   **Assured Indoor Air Quality, LP ("AIAQ")**
     (including H.W. (Bill) Holder, Nancy L. Hardy, Doug Hubbard, Bob Johnson, and records custodians)
     750 N. St. Paul # 888
     Dallas, Texas 75201
     6616 Forest Park Road
     Dallas, Texas 75235
     Tel.: 214-855-0222
     www.assuredindoorair.com

>Hired by BISD to conduct IAQ investigation of the two schools in 2001. See AIAQ reports to BISD, including those reports dated November 2001 and January 2002 (see attached) produced by BISD to Royal.

6. **Center for Toxicology and Environmental Health ("CTEH")**
(including David A. Weeks, P.E. DEE, QEP, Paul Barton, Justin Delille, John Palm, Brett Tarkington, M. Wood, N. Reynolds, Bryan Bishop, and records custodians)
356 Oaks Trail, Suite 105
Garland, Texas 75043
Tel: 972-203-2011

>CTEH was hired by another insurer of BISD to conduct an investigation of Aiken and Besteiro in connection with an insurance claim against Cigna/Ace. See attached January 2003 report.

7. **Texas Department of Health ("TDH")**
(including William A. Ashton, R.S.)
Public Health Region 11
601 W. Sesame Dr.
Harlingen, Texas 78550
Tel.: 956-423-0130

>State Agency that made numerous inspections of the schools and issued various reports to BISD relating to humidity and fungal problems. See reports and correspondence from TDH in BISD's production, as well as the attached documents from TDH.

8. **CRC Engineering, Inc.**
(including Charles R. Clark, P.E.)
CRC Engineering, Inc.
119 W. McIntyre
Edinburg, Texas 78539

>Engineer hired by BISD to examine HVAC problems at Aiken in or around 1999. May offer testimony as to the design, construction, installation and/or maintenance of the HVAC systems at the schools, and related issues. See reports and correspondence from CRC to BISD in BISD's production.

Royal reserves the right to designate additional or responsive experts in accordance with the Court's Scheduling Order or any amendment thereto.

Royal reserves the right to elicit expert testimony from any witness designated as an expert by or called to testify by any other party in the other ongoing lawsuits involving mold, water intrusion and/or indoor air quality at Aiken Elementary and Besteiro Middle School, including:

(1) Cause No. 2003-08-4078-E, *American Standard & The Trane Company vs. Brownsville Independent School District*; In the 357th Judicial District Court of Cameron County Texas., and

(2) Cause No. 2001-11-004959-C, *Angel Castillo & Maria Rosalva Castillo, et. al vs. Carroll Dusang & Rand, Inc., et. al*; In the 197th District Court of Cameron County, Texas.

Royal reserves the right to elicit and to offer, by way of direct examination, cross-examination, deposition testimony or record testimony, opinion testimony from any expert designated or called by BISD in this lawsuit.

Royal reserves the right to supplement its expert designation and opinions after BISD provides Royal complete discovery responses.

Royal reserves the right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against counter-defendant, Royal.

Royal reserves the right to withdraw or de-designate the designation of an expert prior to testimony, and to positively aver that such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel.

Royal reserves the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records or other records whose admissibility is disputed by BISD.

Royal reserves the right to elicit any expert testimony, or any lay opinion testimony, at the time of trial from any qualified person which would be of benefit to the court or jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure.

Filed and served this 26th day of January, 2004.

        Respectfully submitted,

*[signature]* *

**Jay W. Brown**
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE
COMPANY**

\* with express permission by
*[signature]*

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record on the 26th day of January 2004.

| | |
|---|---|
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested*<br>[including document production, reports] |
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.
222 W. University<br>Edinburgh, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*

Stephen R. Wedemeyer

#486643.1        9