IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY | § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

## ORDER

On this date, the Court considered Plaintiff/Counter-Defendant Royal Surplus Lines Insurance Company's ("Royal's") Motion for More Definite Statement. After considering the motion, and the fact that no response in opposition to it was filed, the Court GRANTS the motion.

IT IS ORDERED THAT Defendant/Counter-Plaintiff Brownsville Independent School District ("BISD") is to amend its Original Counterclaim with a more definite statement of the counterclaims, in general.

IT IS FURTHER ORDERED THAT BISD is to amend with a more definite statement of its allegations and claims of misrepresentation and violations of Texas DTPA and Insurance Code against Royal within ten (10) business days of the entry of this Order. BISD shall state specific factual allegations as to who is alleged to have misrepresented facts, the circumstances surrounding the representations, what was misrepresented and how such alleged misrepresentations were communicated.

Signed this 5th day of March, 2004.

Honorable Andrew S. Hanen
United States District Judge