IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| **Plaintiff** | § § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § § | |
| **Defendant** | § | |

**DEFENDANT/COUNTER PLAINTIFF,
BROWNSVILLE INDEPEDNENT SCHOOL DISTRICT'S ("BISD")
DESIGNATION OF EXPERTS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DEFENDANT/COUNTER-PLAINTIFF, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT ("BISD"), and files its Designation of Experts as follows:

BISD designates the following persons as *retained expert* witnesses that may be called to testify at the trial of this matter.

1. Jim Bettis
   **HARRISON, BETTIS, & STAFF, L.L.P.**
   2650 One Allen Center
   500 Dallas Street
   Houston, Texas 77002
   (713) 655-7511

   Mr. Bettis may offer opinions as to Royal's handling of the claim, BISD's compliance with policy terms and condition, coverage, BISD's extra-contractual claims, and related issues. Royal is directed to Mr. Bettis report, resume, and fee schedule produced to Royal contemporaneously with the filing and service of this Designation.

Ramon Garcia
LAW OFFICE OF RAMON GARCIA, P.C.
222 W. University Drive
Edinburg, Texas 78539
(956) 383-7441

Mr. Garcia is one of the attorneys-in-charge of BISD and is knowledgeable about the claims and events underlying this action, as well as the parties' claim cause of action and the fees incurred by BISD. He has been licensed to practice law in the State of Texas since 1972 (see attached resume), and is familiar with the work that is normally necessary to pursue and/or defend matters such as this case at bar, as well as the reasonable charges for similar legal work in the community. Mr. Garcia may testify as to the necessity and reasonableness of any attorneys' fees claimed by BISD, including the rates charged by counsel. In light of the circumstances associated with the case, including but not limited to (1) the time and labor required, the novelty and difficulty of the questions, involved, and the skill required to perform the legal service properly; (2) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; (5) the time limitations imposed by the client or circumstances; (6) the nature and length of the professional relationship with the client: (7) the experience, reputations, and ability of the lawyer or lawyers performing the services; and (8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered. Mr. Garcia may opine as to the reasonableness and necessity of the rates and fees charged by counsel for BISD, in light of the factors recited above.

In addition, BISD may elicit (live or by deposition) factual and/or expert testimony from the following persons, who have ***not been retained by BISD*** in this matter, but were hired by BISD and/or others before this litigation ensued:

1. Engineering and Fire Investigation ("EFI")
   (including Rick Anderson, P.E., CIAPQ, Lee A. Burckle, P.E., and records custodians)
   9700 Richmond, Suite 201
   Houston, Texas 77042
   Tel: 866/464-2127

EFI was hired by counsel for BISD in 2002 to conduct an investigation of Aiken and Bestiero, and may offer testimony as to the cause of the claimed damages. See report to BISD dated January 2003, previously produced by BISD, and attached as Exhibit C to Royal's Complaint.

2. Satterfield & Pontikes
   and/its Custodian of Records
   Senior Project Manager, Rick Lester and
   Project Superintendent, Ricky Barnett
   6617 Flintlock

Houston, Texas 77040
(713) 996-1318\

Satterfiled & Pontikes was hired by BISD in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

3. Aestimo, Inc.
   And/its Custodian of Records
   11999 Katy Frwy, Suite 520
   Houston, Texas 77079
   (281) 556-1522

Aestimo, Inc. was hired by EFI to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

4. Jones Engineers, L.P.
   10801 Hammerly, Suite 100
   Houston, Texas 77043
   (713) 222-7766

Jones Engineers, L.P., was hired by EFI to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

5. Pearson English Architects
   1919 Decature Street
   Houston, Texas 77007
   (713) 830-0400

Pearson English Architects was hired by EFI to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

6. American Roofing, Inc.
   1606 S. Reynolds
   Rio Hondo, Texas 78583
   (956) 364-2653

American Roofing, Inc. was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

7. Arc Abatement
   10655 Sentinel Dr.
   San Antonio, Texas 78217

(210) 590-7601

Arc Batement was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

8.     Besco Electric
       P.O. Box 1514
       San Juan, Texas 78568
       (956) 867-2019

Besco Electric was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

9.     Carrier Corporation
       1010 Arlon Parkway
       San Antonio, Texas 78216
       (210) 966-6112

Carrier Corporation was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

10.    Clean Air Solutions
       111 Bran Lane, Suite 400
       Stafford, Texas 77477
       (281) 499- 4747

Clean Air Solutions was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

11.    Floor Covering Specialist
       3522 N. Stewart
       Mission, Texas 78572
       (956) 585-7986

Floor Covering Specialist was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

12.    Mac's Insulation
       P.O. Box 532191
       Harlingen, Texas 78553
       (956) 423-5943

Mac's Insulation was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

13. McAllen Sheet Metal
    1299 E, Tanarack Aveue
    McAllen, Texas 78501
    (956) 687-4311

McAllen Sheet Metal was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

14. Ranger Contracting, Inc.
    13400 Rebecca Creek Rd.
    Spring Branch, Texas 78070
    (830) 885-2140

Ranger Contracting, Inc. was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

15. Fernando Garcia P&D
    4455 Martinel Road
    Brownsville, Texas 78521
    (956) 541-0281

Fernando Garcia P & D was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

16. South Texas Woodmill
    5250 Coffee Port Rd.
    Browsnville, Texas 78521
    (956) 831-3304

South Texas Woodmill was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

17. Temp Control
    295 U.S. Highway 281
    Brownsville, Texas 78520
    (956) 546-8937

Temp Control was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.

18. Valley South Interiors
    111 E. 6th St.
    San Juan, Texas 78589
    (956) 781-5198

Valley South Interior was hired by Satterfiled & Pontikes in 2003 to assist in the reconstruction and remediation of Aiken and Besteiro. They may offer testimony as to the cause, nature, and/or extent of the damages to the school.


19. Daniel Bridge, Ph.D., CIH
    Rimkus Consulting Group, Inc.
    Eight Greenway Plaza, Suite 500
    Houston, Texas 77046
    Tel: 713/621-3550

Engineering hired by BISD in July 1999 to investigate Aiken Elementary. May offer testimony as to the cause of the claimed damages and/or the history of problems at the schools. Said report has already been produced by Royal.

20. Boatright Engineering, Inc.
    (including Mody K. Boatwright, P.E.)
    629 Santa Monica
    Corpus Christi, Texas 78411

Engineer hired by BISD in or around July 1999 to investigate Aiken Elementary. May offer testimony as to the cause of the claimed damages and/or the history of problems at the schools.

21. Ambiotec Environmental Consultants, Inc. ("Ambiotec")
    (including Perry Gonzalez, J. Crespo and Jerry Arellano, and records custodians)
    P.O. Box 2565
    1101 East Harrison Avenue
    Harlingen, Texas 78550
    Tel: 956/423-7807

Ambiotec was hired by BISD's counsel in or around the Spring of 2000 to provide "technical assistance" in for the two schools, per Ambiotec's May 2002 report to BISD. Ambiotec may offer testimony as to the cause, nature and/or extent of the claimed damages at the schools. Said report has already been produced by Royal.

22. Assured Indoor Air Quality, LP ("AIAQ")

      (including H.W. (Bill) Holder, Nancy L. Hardy, Doug Hubbard, Bob Johnson, and records custodians)
750 N. St. Paul #888
Dallas, Texas 75201
6616 Forest Park Road
Dallas, Texas 75235
Tel: 214/855-0222

BISD hired to conduct IAQ investigation of the two schools in 2001 and to remediate and reconstruct Aiken & Besteiro. Said report has been produced by BISD to Royal.

23.    Center for toxicology and Environmental Health ("CTEH")
(including David A. Weeks, P.E. DEE, QEP, Paul Barton, Just Delille, John Palm, Brett Tarkington, M. Wook, N. Reynolds, Bryan Bishop, and records custodians)
356 Oaks Trail, Suite 105
Garland, Texas 75023
Tel: 972/203-2011

CTEH was hired by another insurer of BISD to conduct an investigation of Aiken and Bestiero in connection with an insurance claim against Cigna/ACC, said report has already been produced by Royal.

24.    Texas Department of Health ("TDH")
(including William A. Ashton. R.S.)
Public Health Region, 11
601 W/ Sesame Dr.
Harlingen, Texas 78550
Tel: 956/423-0130

State Agency that made numerous inspections of the schools and issued various reports to BISD. See reports and correspondence from TDH in BISD's production.

BISD reserves the right to designate additional or responsive experts in accordance with Court's Scheduling Order or any amendment thereto.

BISD reserves the right to elicit expert testimony from any witness designated as an expert by or called to testify by an other party in the other ongoing lawsuits involving mold, water intrusions and/or indoor air quality at Aiken Elementary and Bestiero Middle School, including:

Cause No. 2003-08-4078-E, *American Standard & The Trane Company vs. Browsnville Independent School District;* In the 357th Judicial District Court of Cameron County Texas; and

Cause No. 2001-11-004959-C, *Angel Castillo & Maria Rosalva Castillo, et. Al vs. Carrol Dusang & Rand, Inc., et al;* In the 197th District Court of Cameron County, Texas

BISD reserves the right to elicit and to offer, by way of direct examination, cross-examination, deposition testimony or record testimony, opinion testimony from any expert designated or called by Royal in this lawsuit.

BISD reserves the right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably by foreseen until the presentation of evidence against defendant, BISD.

BISD reserves the right to withdraw or de-designate the designation of any expert prior to testimony, and positively aver that such previously aver that such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel

BISD reserves the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records or other records whose admissibility is disputed by Royal.

BISD reserves the *right* to elicit any expert testimony, or any lay opinion testimony, at the time of trial from any qualified person which would be of benefit to the court or jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

Law Offices of Baltazar Salazar
1612 Winbern
Houston, Texas 77004
(713) 655-1300 Phone
(713) 807-1930 Fax

By: Baltazar Salazar
Fed. Ad. 18536
State Bar No. 00791590

Craig S. Smith
State Bar No. 18553570
LAW OFFICE OF CRAIG S. SMITH
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, TX 78418
Telephone: (361) 949-6906
Facsimile: (361) 949-0843

Ramon Garcia
State Bar No. 07641800
Catherine Smith
State Bar No. 18547080
Fed. Ad. 19360
222 W. University
Edinburg, Tx. 78539
Telephone (956) 383-7441
Facsimile (956) 381-0825

***ATTORNEYS FOR BISD***

## CERTIFICATE OF SERVICE

I, BALTAZAR SALAZAR do hereby certify that on this 1st day of March 2004, a true and correct copy of the above and foregoing document was sent by certified mail to following counsels of record:

Jay W. Brown
John Trevino
Stephen Wedemeyer
BEIRNE, MAYNARD, & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056

Attorneys for Royal Surplus Insurance Lines Insurance Company

BALTAZAR SALAZAR

# HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, L.L.P.
## ATTORNEYS AT LAW

ONE ALLEN CENTER
500 DALLAS, SUITE 2650
HOUSTON, TEXAS 77002

JAMES M. BETTIS, JR.
EXTENSION 232

TELEPHONE: (713) 655-7511
FACSIMILE: (713) 655-7526

E-MAIL ADDRESS
BETTIS@HBS-LAW.COM

March 1, 2004

Mr. Baltazar Salazar
1612 Winbern
Houston, Texas 77004

The Honorable Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

Re: *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*; Civil Action No. B-03-109 in the United States District Court for the Southern District of Texas, Brownsville Division

Gentlemen:

I have reviewed various documents related to this lawsuit. These documents include correspondence, pleadings, multiple expert reports, and all documents submitted with Royal Surplus Lines Insurance Company's ("RSL") designation of experts. Based upon my review of these documents, I have formed initial opinions regarding Brownsville Independent School District's ("BISD") claims for coverage and the handling of these claims.

I am an attorney licensed to practice in the state of Texas since 1989. I also am admitted to practice before the Northern, Southern, Eastern and Western Districts in the United States District Court, and to the Fifth Circuit Court of Appeals. Most of my legal career has been focused on insurance coverage and insurance disputes. During the course of my career, I have represented both insurers and insureds in analyzing coverage, handling claims, evaluating claims, and supervising others handling claims. I have worked closely with a significant number of insurance adjusters and other persons experienced in the insurance industry. I also have read countless articles and worked with numerous insurance personnel concerning the proper handling of claims. My fee is $225.00 per hour plus actual out-of-pocket expenses. I have not authored any articles in the last ten years. I have not testified at trial or by deposition within the last four years. My curriculum vitae is attached to this report.

Expert Report of James M. Bettis, Jr.
Page 2

Based upon my review of the file, it is my opinion that there is coverage for some or all of the damage to the schools. I disagree with Mr. Swoveland's opinion that there is no coverage. I believe that his opinion is based upon erroneous assumptions and upon a selective reading of policy exclusions.

Mr. Swoveland's states that all of the expert reports "opined that the mold problems arose from roof leaks, window leaks, and the HVAC system. Each one attributed most of the damage occurring as a result of 'faulty design' of the HVAC system." While some of the mold problems may have been caused by these items, Mr. Swoveland has omitted other causes identified in the reports. For instance, the "Remediation, Evaluation & Assessment" prepared by Engineering & Fire Investigators, EFI project No. 98410-05840, dated January 22, 2003, states other causes, including "HVAC piping leaks." The report also notes that water damaged ceiling tiles are the "result of roof top mechanical unit . . .." Further, the Mold Investigative Report by Ambiotic Group dated May 22, 2002 notes other causes for the mold, including "breaches in the chill water pipe insulation," "plumbing leaks," and "chill water line leaks." In fact, Ambiotic's report specifically provides a remediation cost estimate that does not address any fungi that may be associated with the HVAC system. Mr. Swoveland then uses his assumption to opine that the claims are not covered due to two exclusions, exclusion 2.d.(2) and 3.c.(2). Mr. Swoveland does not address exceptions to these exclusions. Specifically, exclusion 2 provides that these exclusions will not apply when they result in a "specified cause of loss." Similarly, exclusion 3 provides that the exclusions will not apply if they result in a "covered cause of loss." Mr. Swoveland fails to address these exceptions. This is significant because some or all of the damages come within these exceptions.

Mr. Swoveland also opines that the "insured violated its duties in the event of loss of damage" contained in subsection 3.c. This appears to be based upon his belief that BISD repeatedly failed to provide information requested by GAB\RSL. My review of the file indicates to the contrary. BISD provided a notice of loss on November 29, 2001. Some point after that time, GAB asked for information and BISD provided the available information. Instead of conducting an independent investigation to determine whether coverage exists, GAB/RSL continually asked for more and more information. RSL should have immediately begun its own investigation, performed its own evaluation of the problems and causes thereof, provided its findings to BISD with an explanation as to what RSL believed was covered, and attempted to reach a reasonable settlement of the claims. Instead, RSL kept asking for more information, did not undertake its own independent investigation and evaluation of the claim, did not provide BISD with an explanation of its conclusions, and did not make any reasonable efforts to settle. Thus, I am of the opinion that BISD complied with its duties and that Royal failed to do so. Royal's actions are a violation of its duty of good faith and fair dealing, a violation of the Texas Insurance Code Section 21.21, and a violation of the Texas Insurance Code Section 21.55.

Expert Report of James M. Bettis, Jr.
Page 3

      My opinions are based upon information provided to me to date. Any new information may affect my opinions.

Very truly yours,

James M. Bettis, Jr

JMB:ss

| | |
|---|---|
| NAME: | JAMES M. BETTIS, JR.<br>HARRISON, BETTIS, STAFF, McFARLAND & WEEMS, L.L.P.<br>500 Dallas, Suite 2650<br>Houston, Texas 77002<br>Telephone: (713) 655-7511 |
| EDUCATION: | University of Texas - Austin, Texas<br>Bachelor of Business Administration - 1986; J.D. - 1989 |
| MEMBERSHIPS: | State Bar of Texas<br>Houston Bar Association |
| ADMISSIONS: | All Texas state courts<br>U.S. Federal Court of Appeals, Fifth Circuit<br>U.S. Federal District Courts - Northern, Southern, Eastern and Western Districts of Texas |

PUBLISHED OPINIONS:

(1) *Rio Grande Valley Gas Co., et al v. Raymundo Lopez, et al.*, 907 S.W.2d 622 (Tex.App.--Corpus Christi 1995, no writ).

(2) *Assicurazioni Generali SpA v. Pipe Line Valve Specialties Co., Inc., et al.*, 935 F.Supp. 879 (S.D. Tex. 1996).

RETAINED AS AN EXPERT:

(1) *Ronald Berry vs. Laura Zapata and Kmart Corporation*, Cause No. 97-17847 in the District Court of Harris County, Texas, 215th Judicial District

(2) *John A. Cronin, Jr. and The Cronin Companies, Inc. d/b/a Management Services v. Acceptance Insurance Corporation*, Cause No. H-97-22219 in the United States District Court for the Southern District of Texas, Houston Division

RETAINED AS AN ARBITRATOR:

(1) *Bowen Tools, Inc. v. Cigna Property and Casualty Insurance Company*, Cause No. 96-54987

(2) *Progressive County Mutual Insurance Company v. Jose D. Martinez, Martinez Trucking Company, C.M. Ruffo, Jane Ruffo, C.M. Ruffo General Insurance Agency and Colonial County Mutual Insurance Company*; Cause No. 97-CI-09490

(3) *Turner Construction Company of Texas v. International Fidelity Insurance Co, et al.;* Cause No. 9435537 pending in the 11th Judicial District Court of Harris County, Texas

(4) *Jimmy Norman d/b/a The Norman Agency v. Allstate Insurance Company, et al*; Cause No. 0012-05662-CV

RETAINED AS A MEDIATOR:

(1) *Canal Indemnity Company vs. Tex US Transportation, Inc., et al*