United States District Court
Southern District of Texas
FILED

MAR 1 9 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

TELEPHONIC CONFERENCE
(held In Chambers)

CIVIL ACTION NO. B-03-109    DATE & TIME: 3/19/04 @ 10:00-10:50 am

COUNSEL:

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE CO. | § | Jay Brown |
| VS | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § | Baltazar Salazar, Catherine Smith, Ramon Garcia |

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard
Law Clerk:        Christian Southwick

Case called on the docket. Jay Brown appeared telephonically for Plaintiff. Baltazar Salazar, Ramon Garcia and Catherine Smith appeared telephonically for the Deft.

Court addresses Expedited Motion extend time of deadlines and is granted by the Court. The following deadlines set by the Court:

    Telephonic Conference is set for 1:30 p.m. on 6/30/04
    Discovery cutoff - 7/1/04
    Dispositive Motions filed by - 6/11/04
    Non-Dispositive Motions filed by - 7/1/04
    Daubert Motions filed by - 7/1/04
    Joint Pretrial Order due by - 7/23/04
    Pretrial Conference set for 1:30 p.m. on 8/13/04
    Docket Call set for 1:30 p.m. on 8/31/04
    Jury Selection is set for 9:00 a.m. on 9/2/04

Court is adjourned.