IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ROYAL SURPLUS LINE INSURANCE CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE IND. SCHOOL DISTRICT | § | |

## Scheduling Order

1. Trial: Estimated time to try: ____ days.   ☐ Bench  ■ Jury

2. New parties must be joined by:   _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   _____

4. The defendant's experts must be named with a report furnished by:   _____

5. Discovery must be completed by:   July 1, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   June 11, 2004

   Non-Dispositive Motions will be filed by:   July 1, 2004
   Daubert Motions filed by:   July 1, 2004
   ************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:   July 23, 2004
   *The plaintiff is responsible for filing the pretrial order on time.*

   Telephonic Conference set for 1:30 p.m:   June 30, 2004
   Pretrial Conference set for 1:30 p.m. on:   August 13, 2004

8. Docket Call is set for 1:30 p.m. on:   August 31, 2004

9. Jury Selection is set for 9:00 a.m. on:*   September 2, 2004

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the _19th_ day of _March_, 2004.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD