IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROYAL SURPLUS LINES § | |
| INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-03-109 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

**PLAINTIFF ROYAL'S SUPPLEMENT TO ITS EXPEDITED MOTION TO DISMISS
DEFENDANT'S ORIGINAL AND SUPPLEMENTAL COUNTERCLAIMS**

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Co. (Royal) supplements its Expedited Motion to Dismiss Defendant's Original and Supplemental Counterclaims (expedited motion to dismiss) [Doc. No. 35] as follows:

**Grounds for Relief**

1.   Royal filed its expedited motion to dismiss on March 30, 2004, based on Defendant Brownsville Independent School District's (BISD's) failure to plead its allegations and claims of misrepresentation and violations of Texas DTPA and Insurance Code with particularity, as required by the Federal Rules of Civil Procedure. Prior to the filing of the expedited motion to dismiss, the Court had granted Royal's motion for a more definite statement and ordered that "BISD shall state specific factual

509847.1

allegations as to who is alleged to have misrepresented facts, the circumstances surrounding the representations, what was misrepresented and how such alleged misrepresentations were communicated."

2.   In response to the Court's order, BISD filed a "supplemental counterclaim" that wholly failed to comply with this Court's order. *See* Doc. No. 30. In that pleading, BISD included only vague additional factual background as to their misrepresentation claims and claims of violations of the Texas DTPA and Insurance Code. No specific facts were stated. Therefore, Royal filed its expedited motion to dismiss.

3.   BISD's deadline to file a response to Royal's expedited motion to dismiss was April 19, 2004; however, BISD has not filed a response to Royal's expedited motion to dismiss to date.

4.   Instead, BISD has chosen to file yet *another* pleading that wholly fails to comply with this Court's order. Additionally, BISD's supplemental counterclaim remains on this Court's live motion docket. On April 16, 2004, BISD filed its Amended Counterclaim [Doc. No. 38], which includes **no** additional information and is identical to the supplemental counterclaim to which Royal responded by filing its expedited motion to dismiss. The **only** difference between BISD's supplemental counterclaim and its amended counterclaim is the change from "supplemental counterclaim" to "amended counterclaim" in the title of its new pleading. BISD has again wholly disregarded this Court's order to re-plead its claims with particularity. This type of conduct can only be viewed as BISD's continued disrespect for this Court's orders and Plaintiff's efforts in resolving the issues before this Court

5.   Moreover, it appears that BISD is unable to sufficiently clarify its counterclaims so that they state claims upon which relief can be granted.

6. Therefore, BISD's Original Counterclaim, Amended Counterclaim, and First Supplemental Counterclaim should be dismissed with prejudice under the Court's inherent powers, as well as Fed. R. Civ P. 16 and 41(b).

7. In the alternative, Plaintiff asks that the Court order BISD to comply with the Court's March 5, 2004 order.

### Conclusion

Plaintiff asks that the Court grant its Expedited Motion to Dismiss Defendant's Original and First Supplemental Counterclaims and for such further relief as it is equitably entitled. In the alternative, Plaintiff asks this Court to order that BISD comply with the March 5, 2004 order granting Plaintiffs's Motion for More Definite Statement.

Respectfully submitted,

*[signature]*

Jay W. Brown
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE
COMPANY**

*[handwritten: with express permission]*
*[signature]*

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on April 26, 2004.

| | |
|---|---|
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*


_____
Jay W. Brown
  with express permission
  John V. Trevino

509847.1