IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INS. CO., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEP. SCH. DIST., | § | |
| Defendant. | § | |

## ORDER

Plaintiff recently filed a motion for summary judgment, Docket No. 42, that is over twenty pages in length. This Court's "Civil Procedures" guidelines[1] limit such motions to twenty pages in length in the absence of express permission from this Court to exceed the aforesaid limit. See Part 5.H. Counsel are admonished to follow this rule in the future.

Nonetheless, in light of Plaintiff's motion, the Defendant is authorized (but by no means obligated) to likewise exceed the twenty-page limit in its response to the Plaintiff's motion for summary judgment. This dispensation does not, however, extend to any other future filings concerning summary judgment (e.g., reply, supplemental response, etc.).

Signed in Brownsville, Texas, this 19th day of May, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT COURT

---

[1] These rules are available online at: http://www.txs.uscourts.gov/judges/ash/ash.pdf