United States District Court
Southern District of Texas
FILED

JUN 1 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S
MOTION FOR LEAVE TO EXCEED PAGE LIMIT
ON ITS MOTION FOR SUMMARY JUDGMENT
ON BISD'S EXTRA-CONTRACTUAL COUNTERCLAIMS

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Motion for Leave to Exceed Page Limit on its Motion for Summary Judgment on BISD's Extra-Contractual Counterclaims filed contemporaneously herewith, and respectfully shows:

**Background**

1. Royal filed this declaratory judgment action on June 9, 2003, asking this Court to determine its duties, if any, under four insurance policies issued to Defendant Brownsville Independent School District ("BISD") for alleged damage to two schools located in Brownsville, Texas. Contemporaneously with the filing of this Motion for Leave, Royal is filing its Motion for Summary Judgment on BISD's Extra-Contractual Counterclaims (hereinafter, "Motion for Summary Judgment"). The basis for Royal's Motion for Summary Judgment can be summarized as follows:

It is indisputable that the damage at the two subject schools was caused by perils excluded by the Royal commercial property policies issued to BISD. Indeed, various engineers and other experts hired by BISD have advised BISD that the mold and other damage at the schools are the result of causes excluded from coverage: inadequate and defective design, construction and maintenance of HVAC, roofing and other systems at the schools. Based on such allegations, BISD has successfully sued various architects and contractors involved in the design and construction of the schools. Furthermore, there are additional reasons for why the insurance policies at issue do not provide coverage in this case, which are set forth in BISD's previously filed motions for summary judgment.

In addition to its counterclaim for breach of contract, BISD has asserted counterclaims for extra-contractual causes of action based on alleged bad faith and violations of the DTPA and the Texas Insurance Code. This Motion for Summary Judgment shows the Court that BISD has no factual or legal bases for any of its extra-contractual claims.

### **Argument**

2.  For the Court's convenience, Royal's Motion for Summary Judgment incorporates by reference much of the summary judgment evidence attached to its prior motion for summary judgment, filed on May 17, 2004 [Doc. # 42], rather than reattaching it.

3.  In order to thoroughly address BISD'S extra-contractual claims, the Motion for Summary Judgment is necessarily longer than 20 pages. As such, Royal requests that the Court grant it permission to file its Motion for Summary Judgment in excess of the 20-page limit contained in Rule 5 H of the Court's civil procedures.

4.  Royal believes that the Motion for Summary Judgment will resolve all of BISD's extra-contractual claims. Therefore, all of the motions for summary judgment filed by Royal will resolve all of the issues before the Court.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on June _____, 2004.

| | |
|---|---|
| Honorable Ramon Garcia<br>Law Office of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Baltazar Salazar<br>Attorney at Law<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Craig Smith<br>Law Offices of Craig S. Smith<br>14493 SPID, Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |

                                                  /s/ Jay W. Brown by CC<br>                                                  Jay W. Brown   with permission

### Attempts to Confer with BISD

5.  Royal has attempted on multiple occasions to confer with Mr. Salazar, counsel for BISD, concerning the issues made the subject of this motion, but BISD's counsel has not responded. Thus, Royal can only assume that this Motion is opposed.

### Prayer

6.  Royal respectfully requests the Court grant its Motion for Leave to Exceed Page Limit on its Motion for Summary Judgment on BISD'S Extra-Contractual Counterclaims.

Respectfully submitted,

*[signature]* by CE w/h permission

Jay W. Brown
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF CONFERENCE

    I certify that we have attempted to confer with Baltazar Salazar, counsel for Defendant BISD, regarding this Motion and the relief requested in it, but by the time of the filing of this Motion, BISD has not responded to Royal's request.

_____
Jay W. Brown