United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INS. CO., Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEP. SCH. DIST., Defendant. | § § § | |

### ORDER

Previously, this Court entered an order scheduling a telephonic conference for 1:30 p.m. on Tuesday, June 29, 2004. Given the number of motions and the apparent intractability of the discovery disputes, the Court hereby **ORDERS** the parties to appear at the said date and time in person. The parties should be prepared to argue all outstanding motions at that time.

Signed in Brownsville, Texas, this 22nd day of June, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE