THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>HEARING ON MOTIONS</u>

CIVIL ACTION NO. <u>B-03-109</u>    DATE & TIME: <u>6/29/04 @ 2:00 - 3:21 p.m.</u>
COUNSEL:

<u>ROYAL SURPLUS LINES INS. CO.</u>    §    <u>Jay Brown Stephen Wedemeyer</u>

VS    §

BROWNSVILLE IND. SCHOOL DIST.    §    <u>Baltazar Salazar/Ramon Garcia/ Cathrine Smith/ Craig Smith Miguel Saldana, General Counsel for B.I.S.D. and Hector Gonzalez as corporate representative</u>

---

Courtroom Deputy: Irma Soto
Law Clerk:       Christian Southwick
Court Reporter:  Barbara Barnard
CSO:             Delgado

Case called on the docket. Jay Brown and Stephen Wedenmeyer appeared for Plaintiff. Baltazar Salazar, Ramon Garcia, Catherine Smith, Craig Smith for the Deft. Miguel Saldana, General Counsel for B.I.S.D. is also present. Hector Gonzalez, corporate representative is also present.

Court addresses pending motions and discovery disputes.
Court orders BISD to provide Mr. Nickoloff for depositions by the week of August 2, 2004.

Depositions of any fact witnesses are to be done by the end of August. Depositions of any expert witnesses to be done by October 15, 2004.

Plaintiff is to supplement its Motion for Summary Judgment and Motion to Sever and Deft to file any Motions for Summary Judgment between 10/15/04 and 10/29/04.

Deft to supplement any of its responses and Plaintiff to respond to any motions for summary judgments between 10/29/04 and 11/19/04.

Court will take then under advisement and will make its ruling by the end of the year.
Case 1:03-cv-00109   Document 58   Filed in TXSD on 06/29/2004   Page 1 of 2   58

United States District Court
Southern District of Texas
FILED
JUN 2 9 2004
Michael N. Milby
Clerk of Court

CA B-03-109
Hearing on Motions
June 29, 2004
Page -2-

---

Joint Pretrial Order due by 1/28/05.  Case will be set for the March, 2005 docket.

Discovery cutoff will be by 10/29/04.

Defendant has until October 1, 2004 to amend its pleadings and Plaintiff will have until the end of the October to amend its answer as well.

Court is adjourned.