IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY | § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On this 30th day of June, 2004, the court ordered the following:

1. (a) Pleadings to be amended by October 1, 2004.

   (b) Amended responsive pleadings to be filed by October 29, 2004.

2. Depositions of fact and experts witnesses to be completed by October 15, 2004.*

3. Motions for summary judgment (by either party) or supplemental motions to those currently on file to be filed by October 29, 2004.

4. Discovery cut-off is October 29, 2004.*

5. Responses to summary judgment motions to be filed by November 19, 2004.

6. Joint Pretrial Order due January 28, 2005.

7. Pretrial conference to be scheduled in late February or early March, 2005. Jury Selection and Trial to be in March 2005 on dates to be determined by the Court.

Signed this 2nd day of July, 2004.

Andrew S. Hanen
United States District Judge

* The two week period between October 15th and the 29th, 2004, is to complete emergent and unexpected discovery needs. While this deadline may be extended by agreement of counsel, counsel are advised to complete discovery by October 15, 2004, and not to expect the court to grant it absent extenuating circumstances.