IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

### PLAINTIFF ROYAL'S RESPONSE TO BISD'S MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES AND PRODUCTION

To The Honorable Andrew S. Hanen,
United States District Judge:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Response to BISD's Motion to Compel Written Discovery Responses and Production ("Motion to Compel") [Doc. No. 57].

### Relief Requested

1. Although Royal believes BISD's Motion to Compel to be moot due to the Court's rulings on various discovery issues at the June 29, 2004 status conference, Royal files its response to BISD's Motion to Compel – in abundance of caution – to alert the Court that such motion was and is opposed.

2. To the extent that issues in BISD's motion have not been resolved by the Court, Royal stands by its objections to the relevant discovery requests and asks the Court to deny BISD's Motion to Compel.

### Grounds for Relief

3. The Court held a status conference on June 29, 2004, addressing several discovery issues addressed in various motions filed with the Court. One such motion was BISD's Motion to Compel.

4. At the status conference, the Court ruled on a number of discovery issues urged by BISD and addressed in BISD's Motion to Compel.

5. Consequently, the Court assigned a new discovery deadline and ordered that any discovery depositions be conducted by October 15, 2004. (*See* Doc. No. 60).

6. The Court addressed BISD's concerns at the status conference and ruled on such issues. At the conclusion of the status conference, the Court asked if any additional discovery issues needed the Court's consideration at such time. BISD identified none. There are no pending issues upon which this Court is required to rule that were not addressed at the June 29, 2004 status conference.

7. Therefore, BISD's Motion to Compel is in all things moot.

### Conclusion

8. For the all the forgoing reasons, Royal respectfully requests the Court deny BISD's Motion to Compel [Doc. No. 57].

Respectfully submitted,

*[signature]*

Jay W. Brown
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on July 14, 2004.

| | |
|---|---|
| Honorable Ramon Garcia<br>Law Office of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Baltazar Salazar<br>Attorney at Law<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Craig Smith<br>Law Offices of Craig S. Smith<br>14493 SPID, Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |

Jay W. Brown