

```
                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION
```

                                                    United States District Court
                                                    Southern District of Texas
                                                           FILED
                                                        JUL 27 2004
                                                    Michael N. Milby
                                                    Clerk of Court

ROYAL SURPLUS LINES INSURANCE      )
COMPANY                            )
                                   )
                                   ) CIVIL ACTION NO.
VS.                                ) B-03-109
                                   )
BROWNSVILLE INDEPENDENT SCHOOL     )
DISTRICT                           )

                            MOTIONS HEARING
                 BEFORE THE HONORABLE ANDREW S. HANEN
                             JUNE 29, 2004

APPEARANCES:

For the Plaintiff:         Mr. Jay W. Brown
                           Mr. Stephen Russell Wedemeyer
                           Beirne, Maynard & Parsons, L.L.P.
                           1300 Post Oak Boulevard, Suite 2500
                           Houston, Texas  77056

For the Defendant:         Mr. Baltazar Salazar
                           1612 Winbern
                           Houston, Texas  77004

For the Defendant:         MR. CRAIG STEPHEN SMITH
                           14493 SPID
                           Suite A, PMB 240
                           Corpus Christi, Texas  78418

For the Defendant:         MR. RAMON GARCIA
                           MS. CATHERINE W. SMITH
                           Law Offices of Ramon Garcia
                           222 W. University
                           Edinburg, Texas  78539

For the Defendant:         MR. MIGUEL A. SALDANA
                           Suite 109, 302 Kings Highway
                           Brownsville, Texas  78521

**CERTIFIED COPY**