

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-109 |
| | § | JURY |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| Defendant. | § | |

## DEFENDANT BISD'S EXPEDITED MOTION TO COMPEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**, respectfully showing the Court as follows:

1.    BISD seeks production of documents from Royal and entities it controls. At the last hearing this Court ordered Royal to produce a privilege log. Royal has done so. This privilege log is attached as Exhibit A.

2.    BISD has depositions tentatively scheduled for the first week of August, 2004. It is important for this Court to determine this discovery issue before that time.

3.    A cursory review of Royal's privilege log shows many of its claims of privileges are implausible.

4.    BISD seeks an *in camera* review of Royal's claimed privileges.

5.    Accordingly, pursuant to FED. R. CIV. P. 37, BISD moves the Court to order Royal to produce the documents under seal to this Court, for the Court to conduct an *in camera* review of the documents and the asserted privileges, for the Court to order production of all unprivileged documents immediately, and for the Court to set a hearing to determine in Royal has waived the asserted privileges, if any.

Respectfully submitted,

**LAW OFFICES OF BALTAZAR SALAZAR**
1612 Winbern
Houston, Texas 77004
(713) 655-1300
(281) 749-8104 (Fax)

By: _____
    BALTAZAR SALAZAR    by perm
    Federal No. 18536
    State Bar No. 00791590

## ATTORNEY IN CHARGE FOR BISD

OF COUNSEL FOR BISD:
Ramon Garcia
State Bar No. 07641800
Federal Bar No. 3936
Catherine Smith
State Bar No. 18547080
Federal Bar No. 19360
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 W. University
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 (Fax)

CRAIG S. SMITH
State Bar No. 18553570
**LAW OFFICES OF CRAIG S. SMITH**
14493 S.P.I.D., Suite A, PMB 240
Corpus Christi, Texas  78418
(361) 949-6906
(361) 949-0843 (Fax)

## CERTIFICATE OF CONFERENCE

I Baltazar Salazar, certify that on July 29, 2004, I conferred with Mr. Steven Wedemeyer, Counsel for Royal, as required by FED. R. CIV. P. 37, and we were unable to resolve this dispute without Court intervention.

BALTAZAR SALAZAR

## CERTIFICATE OF SERVICE

I, Baltazar Salazar, certify that on the _____30th_____ day of July, 2004, a true and correct copy of Defendant BISD's Expedited Motion to Compel was served by U.S. mail on the Attorney in Charge for Royal Surplus Lines Insurance Company at the following address:

Mr. Jay W. Brown
Mr. Stephen R. Wedemeyer
Mr. John V. Trevino, Jr.
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
*Counsel for Plaintiff Royal Surplus Line Insurance Co.*

BALTAZAR SALAZAR

# BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

(713) 623-0887
FAX: (713) 960-1527

STEPHEN R. WEDEMEYER
PARTNER

Direct Dial (713) 960-7349
E-mail: swedemeyer@bmpllp.com

July 29, 2004

<u>**VIA FAX (281) 749-8104**</u>
Mr. Baltazar Salazar
1612 Winbern
Houston, Texas 77004

RE:   Civil Action No. B-03-109; *Royal Surplus Lines Insurance v. Brownsville Independent School District*; In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Baltazar:

Enclosed please find the following Bates labeled supplemental discovery responses from Royal Surplus Lines Insurance:

RSL 5559 - 5567      Second Amended Privilege log for claim file of Mark Schwartz (Royal) dated July 29, 2004.

The second amended privilege log clears up a couple of typographical/date errors that were discovered, and adds one additional document, a March 2004 GAB report to Royal. Please contact me with any questions.

Very truly yours,

Stephen R. Wedemeyer

SRW/ccc
Enclosure
#528620.1

cc:   Ms. Catherine Smith (via facsimile--with enclosure) - *(956) 381-0825*
      Mr. Craig Smith (via facsimile--with enclosure) - *(361) 949-0843*



SECOND AMENDED PRIVILEGE LOG FOR CLAIM FILE OF MARK SCHWARTZ (ROYAL)

*Royal Surplus v. BISD*

July 29, 2004

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|
| 12/03/01 – 03/24/04 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after lawsuit was filed on 6/9/03 have been redacted. |
| 12/7/01 1/29/02 4/4/02 3/3/03 10/22/03 11/14/03 | Royal Notice of Initial Reserve/Reserve Revision | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Irrelevant reserve information. | Withheld. Contain irrelevant reserve and reinsurance information. FRCP 402, 403, 408; *In re: American Home Assurance*, 88 S.W.3d 370, 377 (Tex. App. – Texarkana 2002, orig. proceeding); *Greil v. Geico*, 184 F.Supp.2d 541 (N.D. Tex. 2002); *Ramada Dev. Co. v. Rauch*, 644 F.2d 1097, 1106-1107 (5th Cir. 1981). Attorney-Client, Work Product (attachments referenced in 3/3/03 Notice). |
| Spring 2002 | Royal Claim Progress Notes | M. Schwartz (Royal claims adjuster) | | Notes disclose Royal's substantive communications with its outside counsel re: claim. | Withheld.  Attorney-Client. |
| 03/22/02 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | Letter | Outside counsel | M. Schwartz (Royal) | Claim analysis. | Withheld.  Attorney-Client. |

RSL 005559

b528615.1

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted/Objection/Privilege |
|---|---|---|---|---|---|
| 04/11/02 | Fax with b/w notes on 3/27/02 letter from outside counsel | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | Letter forwarded to Royal's outside counsel. | Withheld. Attorney-Client. |
| 04/16/02 | Royal Claim Progress Notes | M. Schwartz (Royal) | | Adjuster's notes disclose substantive communications with Royal's outside counsel re: claim. | Withheld. Attorney-Client. |
| 04/17/02 | Fax | M. Schwartz (Royal) | Pruett Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc: outside counsel. | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc: portion). |
| 04/18/02 | Letter | Outside counsel | D. Nickoloff (GAB), cc: M. Schwartz (Royal) | Re: claim analysis. | Withheld. Attorney-Client. |
| 04/22/02 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of Royal's communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/25/02 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 05/22/02 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/24/02 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |

RSL 005560

H528615.1

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|------|---------------|--------|-----------|---------------------|------------------------------------------|
| 07/29/02 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |
| 8/22/02 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 11/07/02 | Fax forwarding letter. | Willis Re Inc. | M. Schwartz (Royal) | Re: reinsurance. | Withheld. Contains irrelevant information re: reinsurance. FRCP 402, 403. |
| 11/26/02 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | Adjuster's Claim Progress Notes | M. Schwartz (Royal) | None | Royal claim adjuster's notes re: claim, engineering reports, causation. Notes disclose substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. |
| 01/24/03 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |

RSL 005561

1528815.1

Jul-29-2004  14:48    From-BEIRNE M. ...RD                    +7139601678                    T-953   P.006/011   F-397

| Date | Document Type | Author(s) | Recipient(s) | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|
| 02/21/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 02/21/03 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |
| 02/24/03 | GAB Status Report #16 (mis-marked #11) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 02/27/03 | Fax with handwritten notes added. | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Ongoing claim investigation. | Withheld. Attorney-Client. Contains irrelevant handwritten notes re: reinsurance. |
| 03/25/03 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 3/27/03 5/28/03 5/30/03 6/24/03 6/30/03 7/22/03 8/4/03 9/16/03 12/12/03 1/15/04 1/15/04 1/6/04 2/19/04 3/9/04 3/31/04 4/6/04 | Royal Paid Expense Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses re: claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. Attorney-Client and Work Product (certain referenced attachments dated after the 6/9/03 filing of complaint). |

RSL 005562

Pg. 4 of 9

K52861.5.1

| Date | Document Type | Author | Recipient(s) | Description | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|
| 04/21/03 | Letter | Transatlantic Reinsurance Company | Willis Re Inc. | Reinsurance agreement. | Withheld. Contains irrelevant reinsurance information. |
| 04/24/03 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/30/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information requested by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | Invoice with Royal handwritten notes thereon | BMP | Royal | 5/1/03 invoice for services by Royal's outside counsel. Royal handwritten notes re: reinsurance. | Withheld. Attorney-Client, Work Product. Notes contain irrelevant information re: reinsurance. |
| 05/01/03 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | E-mail (duplicate) | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/16/03 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 05/27/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/27/03 | Letter | Willis Re Inc. | M. Schwartz (Royal) | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | Fax | M. Schwartz (Royal) | Willis Re Inc. | Claim update. | Withheld. Contains irrelevant reinsurance information. |

RSL 005663

#538615.1                                              Pg. 5 of 9

| Date | Document [Type/Description] | Author | Recipient(s) | Description/Subject | Withheld or Redacted (and basis for redaction) |
|---|---|---|---|---|---|
| 05/28/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Re: BISD claim. Request for information needed by outside counsel. | Withheld. Attorney-Client. |
| 05/29/03 | Fax | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Response to outside counsel's request for information. | Withheld. Attorney-Client. |
| 06/02/03 | Invoice | BMP | Royal | 6/2/03 invoice for services by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/05/03 | Letter | J. Brown (BMP) | M. Schwartz (Royal) [Schwartz subsequently forwards outside counsel's analysis to other Royal personnel.] | Analysis by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/24/03 | Royal Narrative Report | Royal | | Royal internal captioned narrative report, which discloses communications and analysis by its outside counsel, and litigation strategy. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 07/10/03 | Royal Internal Routing Slip | M. Schwartz (Royal) | Royal | Ongoing litigation. | Work Product (Party Communication) Privilege. |
| 07/21/03 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 08/04/03 | Routing slip and handwritten notes | M. Schwartz (Royal) | Royal | Re: ongoing litigation and irrelevant reinsurance information. | Withheld. Not relevant. FRCP 402, 403. |
| 09/24/03 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 10/2/03 | Royal Proof of Recovered Expense | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Recovered Expenses for claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |

RSL 005564

H528615.1

| Date | Document Type | Author | Recipient | Description (Subject Matter) | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|
| 10/22/03 | Fax | M. Schwartz (Royal) | Royal | Internal litigation update/evaluation, including input from Royal's outside counsel. | Withheld. Work Product; Attorney-Client; also contains irrelevant reserve information. |
| 10/22/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve information. |
| 11/14/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 12/03/03 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 12/11/03 | Note | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Status update on the ongoing litigation. | Withheld. Contains irrelevant reinsurance information. |
| 12/18/03 | Letter | Wellington Underwriting, Inc. | M. Schwartz (Royal) | Status report on the ongoing litigation. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve and reinsurance information. |
| 12/23/03 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |
| 01/06/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 01/28/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |

RSL 005565

Pg. 7 of 9

#528615.1

| Date | Document Type / Description | Author | Recipient(s) | Description/Subject | Withheld/Rejected (codes/privileges) |
|---|---|---|---|---|---|
| 03/03/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 03/08/04 | E-mail | Royal | M. Schwartz (Royal) | Request for status of litigation since 10/22/03. | Withheld. Work Product (Party Communications) Privilege. |
| 03/09/04 | E-mail | M. Schwartz (Royal) | Royal | Litigation status. | Withheld. Work Product (Party Communications) Privilege. |
| 3/23/04 | GAB Status Report #23 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product contains irrelevant reserve information. |
| 03/25/04 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld. Work Product. Also contains irrelevant handwritten notes re: reinsurance. |
| 03/26/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 04/26/04 | Internal Royal e-mail | Royal | M. Schwartz (Royal) | Re: status of ongoing litigation. | Withheld. Work Product (Party Communication) Privilege. |
| 05/12/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 05/25/04 | Royal Paid Expense and Reserve Decrease Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses and reserve decreases during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 06/21/04 | Letter | Wellington Underwriting, Inc. | Royal (M. Schwartz) | Ongoing claim/litigation. | Withheld. Contains irrelevant reinsurance information. |

#528615.1

RSL 005566

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (and Basis for Withholding) |
|---|---|---|---|---|---|
| 06/23/04 | Letter | S. Wedemeyer (BMP) | D. Nickoloff (GAB) | Deposition and Motion to Quash in ongoing litigation. Discloses analysis and strategy. | Withheld. Attorney-Client, Work Product. |
| 06/24/04 | GAB Status Report #24 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 06/25/04 | Fax | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |
| 06/25/04 | Handwritten notes | M. Schwartz (Royal) | | Re: reinsurance for claim. | Withheld. Contains irrelevant reinsurance information. |
| 06/25/04 | Letter | Royal | Willis Re-Atlanta | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |

RSL 005567

652861S.1

### BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

(713) 623-0887

FAX. (713) 960-1527

STEPHEN R. WEDEMEYER
PARTNER

Direct Dial (713) 960-7349
E-mail: swedemeyer@bmpllp.com

July 30, 2004

**VIA FAX (956) 381-0825**
Ms. Catherine Smith
Honorable Ramon Garcia
Law Offices of Ramon Garcia
222 West University Drive
Edinburg, Texas 78539

RE:     Civil Action No. B-03-109; *Royal Surplus Lines Insurance v. Brownsville Independent School District*; In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Catherine:

Enclosed please find copies of the following Bates labeled supplemental discovery responses from Royal Surplus Lines Insurance, which were hand-delivered to Mr. Salazar on July 28, 2004:

RSL 5500 - 5508     Privilege log for claim file of Mark Schwartz (Royal); and

RSL 5509 - 5512     Privilege log for claim file of Dennis Nickoloff (GAB Robins).

As you know, we have since amended the privilege log for Royal's claim file.

Very truly yours,

Stephen R. Wedemeyer

SRW/ccc
Enclosure
#528905.1

# PRIVILEGE LOG FOR CLAIM FILE OF DENNIS NICKOLOFF (GAB ROBINS)

*Royal Surplus v. BISD*
July 27, 2004

| Date | Type of document | Author | Recipient(s) | Description/Subject | Withheld/Redacted (Objection Claimed) |
|---|---|---|---|---|---|
| 12/03/01 - 06/23/04 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after the lawsuit was filed on 6/9/03 have been redacted. |
| 03/22/02 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | Fax/letter | Outside counsel | D. Nickoloff (GAB) | Claim analysis. | Withheld. Attorney-Client. |
| 04/11/02 | Fax | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | Letter forwarded to Royal's outside counsel. | Withheld. Attorney-Client. |
| 04/17/02 | Fax | M. Schwartz (Royal) | Pruett Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc: outside counsel | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc: portion). |
| 04/22/02 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of Royal's communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/25/02 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 04/29/02 | E-mail | D. Nickoloff (GAB) | M. Schwartz (Royal) | Re: claim analysis. | Redacted version produced. Attorney-Client. |

#527926.1

RSL 005509

#527926.1

RSL 005510

| Date | Document Type | Author | Recipient(s) | Description/Subject | Claim of Privilege |
|---|---|---|---|---|---|
| 04/30/02 | E-mail | M. Schwartz (Royal) | D. Nickoloff (GAB) | Re: claim analysis. Discloses substance of communications with Royal's counsel. | Redacted version produced. Attorney-Client. |
| 05/22/02 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/24/02 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/29/02 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |
| 8/22/02 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | GAB Status Report #12 (Duplicate) | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (Grounds for Exclusion) |
|---|---|---|---|---|---|
| 11/26/02 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 02/21/03 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |
| 02/24/03 | GAB Status Report #16 (mis-marked # 1) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/25/03 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/24/03 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 05/16/03 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 07/21/03 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |

#527926.1

RSL 005511

| Date | Document Date | Author | Recipients | Description/Subject | Withheld/Redacted (Basis for Withholding) |
|---|---|---|---|---|---|
| 09/24/03 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld, Attorney-Client; also contains irrelevant reserve information. |
| 12/23/03 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld, Attorney-Client; irrelevant reserve information. |
| 03/24/04 | GAB Status Report #23 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld, Attorney-Client; Work Product; contains irrelevant reserve information. |
| 03/25/04 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld, Work Product. |
| 06/24/04 | GAB Status Report #24 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status update re: ongoing claim/litigation. Report/enclosures disclose substance of communications with Royal's counsel. | Withheld, Attorney-Client; Work Product; also contains irrelevant reserve information. |

#527926.1

Pg. 4 of 4

# PRIVILEGE LOG FOR CLAIM FILE OF MARK SCHWARTZ (ROYAL)

*Royal Surplus v. BISD*

July 27, 2004

| Document Date | Document Type | Author | Recipient | Description of Subject | Claim of Privilege (Objection Privilege) |
|---|---|---|---|---|---|
| 12/03/01 - 03/24/04 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after the lawsuit was filed on 6/9/03 have been redacted. |
| 12/7/01 1/29/02 4/4/02 3/3/03 10/22/03 11/14/03 | Royal Notice of Initial Reserve/Reserve Revision | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Irrelevant reserve information. | Withheld. Contain irrelevant reserve and reinsurance information. FRCP 402, 403, 408; *In re: American Home Assurance*, 88 S.W.3d 370, 377 (Tex. App. – Texarkana 2002, orig. proceeding); *Greli v. Geico*, 184 F.Supp.2d 541 (N.D. Tex. 2002); *Ramada Dev. Co. v. Rauch*, 644 F.2d 1097, 1106-1107 (5th Cir. 1981); Attorney-Client, Work Product (attachments referenced in 3/3/03 Notice). |
| Spring 2002 | Royal Claim Progress Notes | M. Schwartz (Royal claims adjuster) | | Notes disclose Royal's substantive communications with its outside counsel re: claim. | Withheld. Attorney-Client. |
| 03/22/02 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | Letter | Outside counsel | M. Schwartz (Royal) | Claim analysis. | Withheld. Attorney-Client. |

#327463.3

| Date | Document Type | Author | Recipient | Description/Subject | Privilege Asserted / Action Taken |
|---|---|---|---|---|---|
| 04/11/02 | Fax | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | Letter forwarded to Royal's outside counsel. | Withheld. Attorney-Client. |
| 04/16/02 | Royal Claim Progress Notes | M. Schwartz (Royal) | | Adjuster's notes disclose substantive communications with Royal's outside counsel re: claim. | Withheld. Attorney-Client. |
| 04/17/02 | Fax | M. Schwartz (Royal) | Pruet Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc: outside counsel. | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc: portion). |
| 04/18/02 | Letter | Outside counsel | D. Nickoloff (GAB), cc: M. Schwartz (Royal) | Re: claim analysis. | Withheld. Attorney-Client. |
| 04/22/02 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of Royal's communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/25/02 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 05/22/02 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/24/02 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/29/02 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |

RSL 005501

#527463.1

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Status (Corresponding Privilege) |
|---|---|---|---|---|---|
| 8/22/02 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 11/07/02 | Fax forwarding letter. | Willis Re Inc. | M. Schwartz (Royal) | Re: reinsurance. | Withheld. Contains irrelevant information re: reinsurance. FRCP 402, 403. |
| 11/26/02 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | Adjuster's Claim Progress Notes | M. Schwartz (Royal) | None | Royal claim adjuster's notes re: claim, engineering reports, causation. Notes disclose substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. |
| 01/24/03 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 02/21/03 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |

RSL 005502

#274631.1

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (Basis Asserted) |
|---|---|---|---|---|---|
| 02/24/03 | GAB Status Report #16 (mis-marked #11) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 02/27/03 | Fax with handwritten notes added. | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Ongoing claim investigation. | Withheld. Attorney-Client. Contains irrelevant handwritten notes re: reinsurance. |
| 03/25/03 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 3/27/03 5/28/03 5/30/03 6/24/03 6/30/03 7/22/03 8/4/03 9/16/03 12/12/03 1/15/04 1/15/04 1/5/04 1/16/04 2/19/04 3/9/04 3/31/04 4/26/04 | Royal Paid Expense Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses re: claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. Attorney-Client and Work Product (certain referenced attachments dated after the 6/9/03 filing of complaint). |
| 04/21/03 | Letter | Transatlantic Reinsurance Company | Willis Re Inc. | Reinsurance agreement. | Withheld. Contains irrelevant reinsurance information. |
| 04/24/03 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |

#517463.3

RSL 005503

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (Privilege Asserted) |
|------|---------------|--------|-----------|---------------------|----------------------------------------|
| 04/30/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 04/30/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information requested by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | Invoice with Royal handwritten notes thereon | BMP | Royal | 5/1/03 invoice for services by Royal's outside counsel. Royal handwritten notes re: reinsurance. | Withheld. Attorney-Client, Work Product. Notes contain irrelevant information re: reinsurance. |
| 05/01/03 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Royal's response to outside counsel's request for information. | Withheld. Attorney-Client. |
| 05/01/03 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/16/03 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 05/27/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/27/03 | Letter | Willis Re Inc. | M. Schwartz (Royal) | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | Fax | M. Schwartz (Royal) | Willis Re Inc. | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Re: BISD claim. Request for information needed by outside counsel. | Withheld. Attorney-Client. |
| 05/29/03 | Fax | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Response to outside counsel's request for information. | Withheld. Attorney-Client. |

#327463.3

RSL 005504

| Date | Document Type | Author | Recipient | Description (General) | Withholding (Confidentiality Claimed) |
|---|---|---|---|---|---|
| 06/02/03 | Invoice | BMP | Royal | 6/2/03 invoice for services by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/05/03 | Letter | I. Brown (BMP) | M. Schwartz (Royal) [Schwartz subsequently forwards outside counsel's analysis to other Royal personnel.] | Analysis by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/24/03 | Royal Narrative Report | Royal | | Royal internal captioned narrative report, which discloses communications and analysis by its outside counsel, and litigation strategy. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 07/10/03 | Royal Internal Routing Slip | M. Schwartz (Royal) | Royal | Ongoing litigation. | Work Product (Party Communication) Privilege. |
| 07/21/03 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: I. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 08/04/03 | Routing slip and handwritten notes | M. Schwartz (Royal) | Royal | Re: ongoing litigation and irrelevant reinsurance information. | Withheld. Not relevant. FRCP 402, 403. |
| 09/24/03 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: I. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; contains irrelevant reserve information. |
| 10/22/03 | Fax | M. Schwartz (Royal) | Royal | Internal litigation update/evaluation, including input from Royal's outside counsel. | Withheld. Work Product; Attorney-Client; also contains irrelevant reserve information. |
| 10/22/03 | Royal Proof of Recovered Expense | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Recovered Expenses for claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |

RSL 005505

| Date | Document Type | Author | Recipient | Description/Subject | Withholding/Redaction Compelling Interest (shown) |
|------|--------------|--------|-----------|---------------------|-------------------------------------------------|
| 10/22/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve information. |
| 11/14/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 12/03/03 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product; confidential, proprietary, irrelevant. |
| 12/11/03 | Note | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Status update on the ongoing litigation. | Withheld. Contains irrelevant reinsurance information. |
| 12/18/03 | Letter | Wellington Underwriting, Inc. | M. Schwartz (Royal) | Status report on the ongoing litigation. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve and reinsurance information. |
| 12/23/03 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |
| 01/05/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 01/12/04 (mis-dated 01/12/03) | Fax | J. Brown (BMP) | Royal | Outside counsel sends document to Royal disclosing counsel's claim analysis and litigation strategy. | Withheld. Attorney-Client, Work Product. |
| 01/28/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |

RSL 005506

| Date | Document Type | Author | Recipient | Description/Subject | Withheld/Redacted (additional listings) |
|---|---|---|---|---|---|
| 03/03/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld, Work Product, confidential, proprietary, irrelevant. |
| 03/08/04 | E-mail | Royal | M. Schwartz (Royal) | Request for status of litigation since 10/22/03. | Withheld, Work Product (Party Communications) Privilege. |
| 03/09/04 | E-mail | M. Schwartz (Royal) | Royal | Litigation status. | Withheld, Work Product (Party Communications) Privilege. |
| 03/25/04 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld, Work Product. Also contains irrelevant handwritten notes re: attorney. |
| 03/26/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld, Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 04/01/04 | Invoice | BMP | Royal | Outside counsel's invoice for its services. | Withheld, Attorney-Client, Work Product. |
| 04/26/04 | Internal Royal e-mail | Royal | M. Schwartz (Royal) | Re: status of ongoing litigation. | Withheld, Work Product (Party Communication) Privilege. |
| 05/12/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld, Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 05/25/04 | Royal Paid Expense and Reserve Decrease Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses and reserve decreases during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 06/21/04 | Letter | Wellington Underwriting, Inc. | Royal (M. Schwartz) | Ongoing claim/litigation. | Withheld. Contains irrelevant reinsurance information. |

#5274623

RSL 005507

#527463.3

| Date | Document Type | Author | Recipients | Description / Subject | Withheld / Redacted (Objection Resolved) |
|---|---|---|---|---|---|
| 06/23/04 | Letter | S. Wedemeyer (BMP) | D. Nickoloff (GAB) | Deposition and Motion to Quash in ongoing litigation. Discloses analysis and strategy. | Withheld. Attorney-Client; Work Product. |
| 06/24/04 | GAB Status Report #24 | D. Nickoloff (GAB) cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | M. Schwartz (Royal), | GAB status update re: ongoing claim/litigation. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 06/25/04 | Fax | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |
| 06/25/04 | Handwritten notes | M. Schwartz (Royal) | | Re: reinsurance for claim. | Withheld. Contains irrelevant reinsurance information. |
| 06/25/04 | Letter | Royal | Willis Re-Atlanta | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |

Pg. 9 of 9

RSL 005508