

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>AUG 2 3 2004<br><br>Michael N. Milby<br>Clerk of Court |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

### PLAINTIFF ROYAL'S FIRST SUPPLEMENT TO ITS RESPONSE TO BISD'S EXPEDITED MOTION TO COMPEL

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its First Supplement to its Response to Defendant Brownsville Independent School District's (BISD's) Expedited Motion to Compel [Doc. No. 67].

### Relief Requested

1. Royal timely filed its Response to BISD's Motion to Compel on August 19, 2004 and now supplements its response to clarify clerical errors in the Response.

### Grounds for Relief

2. As explained in Royal's Response, Royal produced additional documents to BISD and produced Privilege Logs in accordance with Fed. R. Civ. P. 26 (b)(5) for both claim files of Mark Schwartz, Royal's adjuster, and Dennis Nickoloff of GAB Robins, N.A, the independent adjuster hired by Royal, listing entries for any documents Royal withheld and/or redacted.

3. To assist the Court in reviewing the entries for each description in its privilege logs, Royal intended to attach privilege logs of the claims files of Mr. Schwartz and Mr. Nickoloff identical to those provided to BISD with the addition of a column listing the Bates numbers for the

documents it withheld and/or redacted. However, Exhibits 1 and 2 to its Response were copies of the **original** Privilege Logs produced to BISD (i.e., no additional column with Bates numbers). Therefore, Royal now provides the Court the Privilege Logs that include the corresponding Bates numbers. These privilege logs are attached as Exhibits 1 and 2 to this Supplement. This assists the Court in reviewing the entries for each description of the documents and the claimed privileges/objections and allows the Court to specify with precision which document it may need to review in camera.

## Conclusion

4.  For the all the reasons stated in its Response and Supplement to same, Royal respectfully requests the Court deny BISD's Motion to Compel [Doc. No. 66].

Respectfully submitted,

*/s/ Jay W. Brown*

Jay W. Brown
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile:  (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE
COMPANY**

* with express permission by
/s/ John V. Fundy

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on August 20, 2004.

| | |
|---|---|
| Honorable Ramon Garcia<br>Law Office of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Baltazar Salazar<br>Attorney at Law<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Craig Smith<br>Law Offices of Craig S. Smith<br>14493 SPID, Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |

_____
Jay W. Brown
With express permission by
John V. Trevino

# SECOND AMENDED PRIVILEGE LOG FOR CLAIM FILE OF MARK SCHWARTZ (ROYAL)

*Royal Surplus v. BISD*
July 29, 2004

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 12/03/01 – 03/24/04 | RSL P Log 0001 - 0008 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after lawsuit was filed on 6/9/03 have been redacted. |
| 12/7/01 1/29/02 4/4/02 3/3/03 10/22/03 11/14/03 | RSL P Log 0009 - 0032 | Royal Notice of Initial Reserve/Reserve Revision | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Irrelevant reserve information. | Withheld. Contain irrelevant reserve and reinsurance information. FRCP 402, 403, 408; *In re: American Home Assurance*, 88 S.W.3d 370, 377 (Tex. App. – Texarkana 2002, orig. proceeding); *Greil v. Geico*, 184 F.Supp.2d 541 (N.D. Tex. 2002); *Ramada Dev. Co. v. Rauch*, 644 F.2d 1097, 1106-1107 (5th Cir. 1981). Attorney-Client, Work Product (attachments referenced in 3/3/03 Notice). |
| Spring 2002 | RSL P Log 0033 | Royal Claim Progress Notes | M. Schwartz (Royal claims adjuster) | | Notes disclose Royal's substantive communications with its outside counsel re: claim. | Withheld. Attorney-Client. |
| 03/22/02 | RSL P Log 0034 - 0054 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | RSL P Log 0056 - 0066 | Letter | Outside counsel | M. Schwartz (Royal) | Claim analysis. | Withheld. Attorney-Client. |

#528766.1    Pg. 1 of 11

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 04/11/02 | RSL P Log 0055 | Fax with h/w notes on 3/27/02 letter from outside counsel | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | Letter forwarded to Royal's outside counsel. | Withheld. Attorney-Client. |
| 04/16/02 | RSL P Log 0067 | Royal Claim Progress Notes | M. Schwartz (Royal) | | Adjuster's notes disclose substantive communications with Royal's outside counsel re: claim. | Withheld. Attorney-Client. |
| 04/17/02 | RSL P Log 0068 - 0069 | Fax | M. Schwartz (Royal) | Pruett Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc: outside counsel. | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc: portion). |
| 04/18/02 | RSL P Log 0070 | Letter | Outside counsel | D. Nickoloff (GAB), cc: M. Schwartz (Royal) | Re: claim analysis. | Withheld. Attorney-Client. |
| 04/22/02 | RSL P Log 0071 - 0072 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of Royal's communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/25/02 | RSL P Log 0073 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 05/22/02 | RSL P Log 0074 - 0075 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | RSL P Log 0076 - 0077 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 07/24/02 | RSL P Log 0079 - 0080 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/29/02 | RSL P Log 0078 - 0080 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |
| 8/22/02 | RSL P Log 0081 - 0083 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | RSL P Log 0084 - 0086 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | RSL P Log 0087 - 0089 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 11/07/02 | RSL P Log 0090 - 0092 | Fax forwarding letter. | Willis Re Inc. | M. Schwartz (Royal) | Re: reinsurance. | Withheld. Contains irrelevant information re: reinsurance. FRCP 402, 403. |
| 11/26/02 | RSL P Log 0093 - 0096 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | RSL P Log 0097 - 0098 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | RSL P Log 0099 | Adjuster's Claim Progress Notes | M. Schwartz (Royal) | None | Royal claim adjuster's notes re: claim, engineering reports, causation. Notes disclose substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 01/24/03 | RSL P Log 0100 - 0104 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 02/21/03 | RSL P Log 104.1 - 104.2 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 02/21/03 | RSL P Log 0105 - 0129 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |
| 02/24/03 | RSL P Log 0130 - 0140 | GAB Status Report #16 (mis-marked #11) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 02/27/03 | RSL P Log 0141 - 0148 | Fax with handwritten notes added. | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Ongoing claim investigation. | Withheld. Attorney-Client. Contains irrelevant handwritten notes re: reinsurance. |
| 03/25/03 | RSL P Log 0149 - 0157 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 3/27/03<br>5/28/03<br>5/30/03<br>6/24/03<br>6/30/03<br>7/22/03<br>8/4/03<br>9/16/03<br>12/12/03<br>1/15/04<br>1/15/04<br>1/6/04<br>2/19/04<br>3/9/04<br>3/31/04<br>4/6/04 | RSL P Log 0158 - 0221 | Royal Paid Expense Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses re: claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information.<br><br>Attorney-Client and Work Product (certain referenced attachments dated after the 6/9/03 filing of complaint). |
| 04/21/03 | RSL P Log 0222 | Letter | Transatlantic Reinsurance Company | Willis Re Inc. | Reinsurance agreement. | Withheld. Contains irrelevant reinsurance information. |
| 04/24/03 | RSL P Log 0223 - 0225 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/30/03 | RSL P Log 0226 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information requested by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | RSL P Log 0227 - 0245 | Invoice with Royal handwritten notes thereon | BMP | Royal | 5/1/03 invoice for services by Royal's outside counsel. Royal handwritten notes re: reinsurance. | Withheld. Attorney-Client, Work Product. Notes contain irrelevant information re: reinsurance. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 05/01/03 | RSL P Log 0246 - 0247 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | RSL P Log 0248 - 0249 | E-mail (duplicate) | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/16/03 | RSL P Log 0250 - 0251 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 05/27/03 | RSL P Log 0252 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/27/03 | RSL P Log 0253 - 0255 | Letter | Willis Re Inc. | M. Schwartz (Royal) | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | RSL P Log 0253 - 0255 | Fax | M. Schwartz (Royal) | Willis Re Inc. | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | RSL P Log 0256 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Re: BISD claim. Request for information needed by outside counsel. | Withheld. Attorney-Client. |
| 05/29/03 | RSL P Log 0256 | Fax | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Response to outside counsel's request for information. | Withheld. Attorney-Client. |
| 06/02/03 | RSL P Log 0257 - 0280 | Invoice | BMP | Royal | 6/2/03 invoice for services by Royal's outside counsel. | Withheld. Attorney-Client. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 06/05/03 | RSL P Log 0281 - 0314 | Letter | J. Brown (BMP) | M. Schwartz (Royal) [Schwartz subsequently forwards outside counsel's analysis to other Royal personnel.] | Analysis by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/24/03 | RSL P Log 0315 - 0316 | Royal Narrative Report | Royal | | Royal internal captioned narrative report, which discloses communications and analysis by its outside counsel, and litigation strategy. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 07/10/03 | RSL P Log 0317 | Royal Internal Routing Slip | M. Schwartz (Royal) | Royal | Ongoing litigation. | Work Product (Party Communication) Privilege. |
| 07/21/03 | RSL P Log 0318 - 0319 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 08/04/03 | RSL P Log 0320 | Routing slip and handwritten notes | M. Schwartz (Royal) | Royal | Re: ongoing litigation and irrelevant reinsurance information. | Withheld. Not relevant. FRCP 402, 403. |
| 09/24/03 | RSL P Log 0321 - 0322 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 10/2/03 | RSL P Log 0327 - 0330 | Royal Proof of Recovered Expense | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A, XL Re-Atlanta) | Proof of Recovered Expenses for claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 10/22/03 | RSL P Log 0323 - 0326 | Fax | M. Schwartz (Royal) | Royal | Internal litigation update/evaluation, including input from Royal's outside counsel. | Withheld. Work Product; Attorney-Client; also contains irrelevant reserve information. |
| 10/22/03 | RSL P Log 0331 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve information. |
| 11/14/03 | RSL P Log 0332 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 12/03/03 | RSL P Log 0333 - 0345 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 12/11/03 | RSL P Log 0346 | Note | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Status update on the ongoing litigation. | Withheld. Contains irrelevant reinsurance information. |
| 12/18/03 | RSL P Log 0347 | Letter | Wellington Underwriting, Inc. | M. Schwartz (Royal) | Status report on the ongoing litigation. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 12/23/03 | RSL P Log 0348 - 0349 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 01/06/04 | RSL P Log 0350 - 0389 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 01/28/04 | RSL P Log 0390 - 0435 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 03/03/04 | RSL P Log 0436 - 0438 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 03/08/04 | RSL P Log 0439 | E-mail | Royal | M. Schwartz (Royal) | Request for status of litigation since 10/22/03. | Withheld. Work Product (Party Communications) Privilege. |
| 03/09/04 | RSL P Log 0439 | E-mail | M. Schwartz (Royal) | Royal | Litigation status. | Withheld. Work Product (Party Communications) Privilege. |
| 3/23/04 | RSL P Log 0440 - 0443 | GAB Status Report #23 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |
| 03/25/04 | RSL P Log 0444 - 0446 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld. Work Product. Also contains irrelevant handwritten notes re: reinsurance. |
| 03/26/04 | RSL P Log 0447 - 0449 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 04/26/04 | RSL P Log 0450 | Internal Royal e-mail | Royal | M. Schwartz (Royal) | Re: status of ongoing litigation. | Withheld. Work Product (Party Communication) Privilege. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 05/12/04 | RSL P Log 0451 - 0453 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 05/25/04 | RSL P Log 0454 - 0457 | Royal Paid Expense and Reserve Decrease Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses and reserve decreases during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 06/21/04 | RSL P Log 0458 - 0459 | Letter | Wellington Underwriting, Inc. | Royal (M. Schwartz) | Ongoing claim/litigation. | Withheld. Contains irrelevant reinsurance information. |
| 06/23/04 | RSL P Log 0460 - 0471 | Letter | S. Wedemeyer (BMP) | D. Nickoloff (GAB) | Deposition and Motion to Quash in ongoing litigation. Discloses analysis and strategy. | Withheld. Attorney-Client, Work Product. |
| 06/23/04 | RSL P Log 0472 - 0482 | Fax/Letter | S. Wedemeyer (BMP) | D. Nickoloff (GAB) | Deposition and Motion to Quash in ongoing litigation. Discloses analysis and strategy. | Withheld. Attorney-Client, Work Product. |
| 06/24/04 | RSL P Log 0483 - 0514 | GAB Status Report #24 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client, Work Product; also contains irrelevant reserve information. |
| 06/25/04 | RSL P Log 0515 - 0516 | Fax | M. Schwartz (Royal) | Wellington Underwriting, Inc. | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |
| 06/25/04 | RSL P Log 0517 | Handwritten notes | M. Schwartz (Royal) | | Re: reinsurance for claim. | Withheld. Contains irrelevant reinsurance information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 06/25/04 | RSL P Log 0518 | Letter | Royal | Willis Re-Atlanta | Royal forwards letter from outside counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reinsurance information. |

## PRIVILEGE LOG FOR CLAIM FILE OF DENNIS NICKOLOFF (GAB ROBINS)
*Royal Surplus v. BISD*
July 27, 2004

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 12/03/01 - 06/23/04 | RSL P Log 0519 - 0527 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after lawsuit was filed on 6/9/03 have been redacted. |
| 03/22/02 | RSL P Log 0528 - 0548 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | RSL P Log 0550 - 0559 | Fax/letter | Outside counsel | D. Nickoloff (GAB) | Claim analysis. | Withheld. Attorney-Client. |
| 04/11/02 | RSL P Log 0549 | Fax | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | Letter forwarded to Royal's outside counsel. | Withheld. Attorney-Client. |
| 04/17/02 | RSL P Log 0560 - 0561 | Fax | M. Schwartz (Royal) | Pruett Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc: outside counsel | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc: portion). |
| 04/22/02 | RSL P Log 0562 - 0563 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 04/25/02 | RSL P Log 0564 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 04/29/02 | RSL P Log 0565 | E-mail | D. Nickoloff (GAB) | M. Schwartz (Royal) | Re: claim analysis. | Redacted version produced. Attorney-Client. |
| 04/30/02 | RSL P Log 0566 | E-mail | M. Schwartz (Royal) | D. Nickoloff (GAB) | Re: claim analysis. Discloses substance of communications with Royal's counsel. | Redacted version produced. Attorney-Client. |
| 05/22/02 | RSL P Log 0567 - 0568 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | RSL P Log 0569 - 0570 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/24/02 | RSL P Log 0571 - 0572 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/29/02 | RSL P Log 0573 - 0574 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |
| 8/22/02 | RSL P Log 0575 - 0577 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | RSL P Log 0578 - 0580 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 10/25/02 | RSL P Log 0581 - 0583 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | RSL P Log 0584 - 0586 | GAB Status Report #12 (Duplicate) | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 11/26/02 | RSL P Log 0587 - 0590 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | RSL P Log 0591 - 0592 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | RSL P Log 0593 - 0595 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 02/21/03 | RSL P Log 0596 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |
| 02/24/03 | RSL P Log 0597 - 0633 | GAB Status Report #16 (mis-marked #11) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/25/03 | RSL P Log 0634 - 0643 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |

#527926.2

Pg. 3 of 5

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 04/24/03 | RSL P Log 0644 - 0646 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 05/16/03 | RSL P Log 0647 - 0648 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 07/21/03 | RSL P Log 0649 - 0650 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 09/24/03 | RSL P Log 0651 - 0652 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 12/23/03 | RSL P Log 0653 - 0654 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |

| Date | Bates No. for the Priv Doc | Document Type | Author | Recipients | Description/Subject | Withheld/Redacted (Objection/Privilege) |
|---|---|---|---|---|---|---|
| 03/24/04 | RSL P Log 0655 - 0656 | GAB Status Report #23 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |
| 03/25/04 | RSL P Log 0657 - 0660 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld. Work Product. |
| 06/24/04 | RSL P Log 0661 - 0717 | GAB Status Report #24 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status update re: ongoing claim/litigation. Report/enclosures disclose substance of communications with Royal's counsel. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |