IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, § § § | |
| Defendant. § | |

**PLAINTIFF ROYAL'S SECOND SUPPLEMENT TO ITS
RESPONSE TO BISD'S EXPEDITED MOTION TO COMPEL**

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Second Supplement to its Response to Defendant Brownsville Independent School District's (BISD's) Expedited Motion to Compel [Doc. No. 67].

**Relief Requested**

1. Royal timely filed its Response to BISD's Motion to Compel on August 19, 2004 and has also filed a supplement to its response to provide the Court additional information to allow the Court to identify with precision any document it may wish to review in camera.

2. Royal now files a second supplement to correct a clerical error in TABLE THREE of its Response. (*See* Response at ¶ 18).

**Grounds for Relief**

3. As explained in Royal's Response and its First Supplement to its Response, Royal produced additional documents to BISD and produced Privilege Logs in accordance with Fed. R. Civ. P. 26 (b)(5) for both claim files of Mark Schwartz, Royal's adjuster, and Dennis Nickoloff of

GAB Robins, N.A, the independent adjuster hired by Royal, listing entries for any documents Royal withheld and/or redacted.

4. In an effort to assist the Court in reviewing the entries for each description in Royal's privilege logs, Royal included four tables in the text of its response, grouping the privilege log entries by category of privilege and/or objection Royal has asserted. For example, TABLE THREE lists the privilege log entries that assert the Attorney Work Product privilege for documents that contain or reflect (1) mental impressions developed in anticipation of litigation by Royal, including Royal's attorneys and/or its representatives; and (2) communication made in anticipation of litigation or for trial between Royal and its representatives or among Royal's representatives. (*See* Royal's Response at ¶ 18).

5. TABLE THREE of Royal's Response incorrectly includes an entry dated April 24, 2003 and Bates numbered 0223-0225 as a document for which Royal claims attorney work product. (*See id.*). This entry was inadvertently included in TABLE THREE. As clearly seen in Royal's Privilege Log, Royal does **not** assert the attorney work product privilege for that specific document. (*See* Exhibit 1 to Response at p. 5 and Exhibit 1 to First Supplement to Response at p. 5).

6. The entry for the April 24, 2003 document Bates numbered 0223-0225 correctly appears in TABLE TWO of Royal's Response, which includes documents containing or reflecting communications between counsel and Royal's retained adjuster, Dennis Nickoloff of GAB Robins, N.A. The entry on TABLE THREE should, therefore, be disregard, as Royal does not claim attorney work product in its Privilege Log with regard to that entry for the corresponding document. As indicated in its Privilege Log, Royal asserts the attorney client privilege as to the document.

## Conclusion

7. For the all the reasons stated in its Response and Supplements to same, Royal respectfully requests the Court deny BISD's Motion to Compel [Doc. No. 66].

Respectfully submitted,

*/s/ Jay W. Brown*

Jay W. Brown
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

*with express permission by John V. Trevino*

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on August 24, 2004.

| | |
|---|---|
| Honorable Ramon Garcia<br>Law Office of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Baltazar Salazar<br>Attorney at Law<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail/Return Receipt Requested* |
| Mr. Craig Smith<br>Law Offices of Craig S. Smith<br>14493 SPID, Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |

_____
Jay W. Brown *

* with express permission by [signature]