IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES INSURANCE COMPANY,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| Defendant. | § § | |

## ORDER

On this date, the Court considered Plaintiff Royal Surplus Lines Insurance Company's ("Royal's") Motion for Leave to File First Amended Complaint for Declaratory Judgment. [Doc. No. ____ ]. The Court, having considered the Motion for Leave, is of the opinion that the motion has merit. Therefore,

Royal's Motion for Leave to File First Amended Complaint for Declaratory Judgment is hereby GRANTED.

SIGNED at Brownsville, Texas on _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE