F. **DEFINITIONS**

\* \* \*

2. "Loss" means accidental loss or damage.

3. "Electronic Media" means all forms of data including computer instructions and programs which are converted to a form usable in your "operations." This also includes the materials on which the data is recorded.

4. "Extra Expense" means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical "loss" to the property.

5. "Operations" means your business activities occurring at the described premises.

6. "Period of Restoration" means the period of time that:

    a. Begins with the date of direct physical "loss" or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

    b. Ends of the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that regulates the construction, use or repair, or requires the tearing down of any property.

    The expiration date of this policy will not cut short the "period of restoration."

\* \* \*

34. There may be other terms and conditions in the Royal Policies that apply to, limit, preclude or otherwise impact Royal's coverage for BISD's claims.

### V. CLAIM FOR DECLARATORY JUDGMENT

35. Royal hereby incorporates by reference the preceding paragraphs.

#541440

41

36. Pursuant to 28 U.S.C. § 2201 and Chapter 37 of the TEX. CIV. PRAC. & REM. CODE (Uniform Declaratory Judgment Act), Royal requests that the Court declare its coverage obligations under the Royal Policies relative to the first-party property claims made thereunder by BISD. Specifically, Royal requests that the Court declare the following:

 a. Whether BISD fully complied with all applicable terms, conditions, conditions precedent and duties of the insured under the Royal Policies;

 b. Whether the application of the facts to the various policy provisions establishes coverage under one or more of the Royal Policies for any of the loss or damage to Aiken and Besteiro claimed by BISD.

37. Royal requests that the Court make such other and further declarations as may be appropriate.

## VI. REQUEST FOR ATTORNEY'S FEES AND COSTS

38. Royal hereby incorporates by reference the preceding paragraphs.

39. Royal respectfully requests that the Court award Royal its reasonable and necessary attorney's fees and costs incurred in the prosecution of this declaratory judgment action.

## VII. PRAYER

Wherefore, Plaintiff Royal Surplus Lines Insurance Company prays that Defendant BISD be cited to appear and answer herein, and that upon trial hereof, the Court (i) declare the parties' rights and obligations under the Royal Policies relating to the Aiken and Besteiro schools in Brownsville, Texas, including a declaration of whether Royal owes coverage to BISD under one or more of the Royal Policies for the claimed loss or damage to Aiken and Besteiro, (ii) grant

Royal its reasonable and necessary attorney's fees and costs, and (iii) award Royal all other relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

_____
Jay W. Brown *
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF, ROYAL SURPLUS LINES INSURANCE COMPANY**

\* by express permission by
John V. Trevino

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Trevino**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

#541440

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Royal's First Amended Complaint was served on counsel of record for BISD on October 1, 2004, as follows:

| | |
|---|---|
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*

_____
Stephen R. Wedemeyer

#with express permission by
John V. Fabry

#541440

44