# EXHIBIT "C"

**MIGUEL SALDANA**

```
           Oral and Videotaped Deposition - Miguel Saldana
                                            July 23, 2004


           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION

ROYAL SURPLUS LINES          )
INSURANCE COMPANY,           )
         Plaintiff,          )
                             )
vs.                          )  CASE NO. B-03-109
                             )
BROWNSVILLE INDEPENDENT      )
SCHOOL DISTRICT              )
         Defendant.          )


           ORAL AND VIDEOTAPED DEPOSITION

                  MIGUEL SALDANA
```



```
                  JULY 23, 2004
```

ORAL AND VIDEOTAPED DEPOSITION OF MIGUEL SALDANA,

produced as a witness at the instance of the Plaintiff and

duly sworn, was taken in the above-styled and numbered cause

on the 23rd day of July, 2004, from 8:51 a.m. to 12:03 p.m.,

before BRECK C. RECORD, Certified Shorthand Reporter in and

for the State of Texas, reported by computerized stenotype

machine at the offices of Brownsville I.S.D., 1900 Price

Road, Brownsville, Texas  78521, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on the
record or attached hereto.    **EXHIBIT___*2*___**

MIGUEL SALDANA

```
1    the pleadings and the position of the district.
2         Q    And you agree that BISD has asserted claims
3    against those entities that I listed?
4         A    Yes, sir.
5         Q    Has BISD settled any of its claims that it made in
6    connection with the Aiken and Besteiro schools?
7         A    I believe there has been some settlements, yes,
8    sir.
9         Q    All right.  Can you tell me who the entities are
10   that BISD has settled claims with in connection with the two
11   schools?
12        A    I believe you've listed them in No. 3 of
13   Deposition No. 1.
14        Q    RBM Engineering?
15        A    RBM.
16        Q    Do you know if the amount of that settlement was
17   $170,000?
18        A    Sounds about right.
19        Q    And BISD settled with CRC Engineering for $50,000?
20        A    That's correct.
21        Q    BISD settled its claims with -- well, who else did
22   they settle their claims with?
23        A    I believe it was the Mijares Mora group.
24        Q    Was that settlement for $250,000?
25        A    That's correct, sir.
```

MIGUEL SALDANA

```
 1        Q     Have any other claims been settled in connection

 2   with Aiken and Besteiro?

 3        A     Not to my knowledge.

 4        Q     Do you know if there are written settlement

 5   agreements with RBM Engineering?

 6        A     Yes, sir, there are.

 7        Q     Are those in the district's possession?

 8        A     We have a copy, yes, sir.

 9        Q     Has BISD entered into a written settlement

10   agreement with CRC Engineering?

11        A     Yes, sir, we have.

12        Q     And that settlement agreement would also be in the

13   district's possession?

14        A     We would have a copy of that, yes, sir.

15        Q     BISD's settlement with Mijares Mora Architects,

16   that settlement would also be in the district's possession?

17        A     That's correct.

18        Q     And that was a written agreement?

19        A     Yes, sir.

20        Q     Has the district entered into any other agreements

21   with any other parties concerning Aiken and Besteiro

22   regardless of whether any money is paid for a release?  And

23   what I mean by that is, you know, an agreement to cooperate

24   or to not sue or indemnify, that type of thing.

25        A     To my knowledge, no.
```