IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. B-03-109 JURY DEMANDED |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER

On this day the Court considered Plaintiff Royal's Motion to Enforce Court Orders and for Sanctions. The motion is hereby GRANTED.

**IT IS THEREFORE ORDERED** that BISD:

(1) within seven (7) days, comply with its obligations under the Federal Rules to verify all responses and supplemental responses to Royal's Interrogatories;

(2) within seven (7) days, supplement its discovery responses by producing all settlement agreements and identifying all settlement terms;

(3) within seven (7) days, identify its trial expert witnesses, in writing, and present the identified trial expert witnesses for deposition within fourteen (14) days;

(4) is precluded from calling any witness or offering any previously undisclosed testimony concerning the occurrence of, location of, timing of, cause of, or damage allegedly

caused by any "water damage" (as defined by the Royal Policies) at either Aiken or Besteiro; and

(5) pay $_____ to Plaintiff Royal as a sanction under Rule 37 for BISD's continuing discovery abuse.

**IT IS FURTHER ORDERED** THAT:

(1) Royal may supplement its motions for summary judgment with any additional expert testimony within fourteen (14) days of BISD presenting its last expert witness for deposition.

Signed at Brownsville, Texas on _____, 2004.

_____
Andrew S. Hanen
United States District Judge