United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**PLAINTIFF ROYAL'S NOTICE OF COMPLIANCE WITH
COURT'S ORDER REGARDING TRIAL EXPERT WITNESSES**

To The Honorable Andrew S. Hanen,
United States District Judge:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Notice of Compliance with Court's Order Regarding Trial Expert Witnesses:

1. At a status conference held on June 29, 2004, the Court ordered that the each party provide the other party with the names of the expert witnesses each intends to call at trial.

2. In compliance with the Court's Order, Royal has provided Defendant Brownsville Independent School District ("BISD") the names of the experts Royal intends to call at the trial of this case. (*See* **Exhibit "A"**).

3. Therefore, Royal respectfully provides notice to the Court of its compliance with the June 29, 2004 Order.

545134.1

1

Respectfully submitted,

*[signature]* w/p

**Jay W. Brown**
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Treviño, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on October 15, 2004.

| | |
|---|---|
| Honorable Ramon Garcia<br>Law Office of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539 | *Via CM/RRR and facsimile* |
| Mr. Baltazar Salazar<br>Attorney at Law<br>1612 Winbern<br>Houston, Texas 77004 | *Via CM/RRR* |
| Mr. Craig Smith<br>Law Offices of Craig S. Smith<br>14493 SPID, Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via CM/RRR* |

Jay W. Brown