# AFFIDAVIT OF JAY W. BROWN

| | |
|---|---|
| COUNTY OF HARRIS | § |
| | § |
| STATE OF TEXAS | § |

BEFORE ME, the undersigned authority, personally appeared Jay W. Brown, who being first by me duly sworn, stated as follows:

1. My name is Jay W. Brown. I have represented and continue to represent Royal Surplus Lines Insurance Company in the dispute made the subject of Civil Action No. B-03-109; *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*; pending in the United States District Court for the Southern District of Texas, Brownsville Division. I am over the age of eighteen, of sound mind and have never been convicted of a felony. The statements in this affidavit are based on my personal knowledge, and are true and correct.

2. Royal has had several settlement discussions with counsel for Brownsville Independent School District about this claim, which have included offers to settle the disputed contractual claims in their entirety. For example, in correspondence to BISD's counsel of June 9, 2003, I, on behalf of Royal, formally offered to settle all disputed contract claims in their entirety for a sum certain.

Further, affiant saith not.

_____
Jay W. Brown

Sworn to and subscribed to on this the 28th day of October, 2004, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

[Seal: BOBBIE L. WAGNER, Notary Public, State of Texas, My Commission Expires 10-06-2005]