# BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

(713) 623-0887
FAX. (713) 960-1527

JAY W. BROWN
PARTNER

BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

DIRECT DIAL: (713) 960-7306
E-MAIL: jbrown@bmpllp.com

February 23, 2004

Mr. Baltazar Salazar
Attorney at Law
1612 Winbern
Houston, Texas 77004

*Via Facsimile 281-749-8104*

RE: *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*, C.A. No. B-03-109; In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Salazar:

As you requested, we have given thoughtful consideration to BISD's proposal to (1) dismiss BISD's currently-abated state court action against Royal, and (2) stay the above-styled Federal Court lawsuit until the resolution of the state court lawsuits to which BISD is or was a party and that relate to the alleged contamination of Aiken and Besteiro. Pursuant to our discussions last week, we have prepared a draft stipulation that addresses the proposed dismissal, abatement, credit, and other related concerns that Royal has in response to BISD's proposal. The draft stipulation has been enclosed for your review and consideration. We would be glad to discuss any aspect of it with you.

As you know, the Royal policy imposes upon BISD the duty to provide Royal, in connection with any claim, a description of "how, when and where the loss or damage occurred." Because of the fact that the BISD claim is now in litigation, the litigation is the only vehicle for Royal to obtain additional information from BISD about the claim and BISD's contentions. Royal propounded several sets of discovery to BISD to further its assessment of BISD's claim, but still lacks very basic information about the claim, including items required in BISD's sworn proof of loss (*e.g.*, cause and timing of loss). Royal's chief concern has been and remains the fact that it does not have what it needs to further assess BISD's coverage position and alleged damages. Some of these concerns are explained in considerable detail in our letter to you dated February 20, 2004.

Mr. Baltazar Salazar
February 23, 2004
Page 2

      While Royal appreciates BISD's spirit of willingness to work together to address the stay proposal, as well as BISD's overture that it would like to attempt to resolve this case in the near term, Royal's concern remains the fact that it still needs additional information and documents from BISD. If the federal court lawsuit is stayed, Royal would have no means to obtain the needed information. Thus, any stay proposal must go hand-in-hand with the resolution of the many outstanding discovery issues.

      We look forward to your comments and suggestions on the stay and discovery issues.

                             Very truly yours,

                             Jay W. Brown

JWB/ccc
#496356.1

Enclosure

cc:    Mr. Craig Smith                           *Via Facsimile 361-949-0843*
       Mr. Ramon Garcia                       *Via Facsimile 956-381-0825*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 JURY DEMANDED |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

## STIPULATION OF THE PARTIES

Plaintiff/Counter-Defendant Royal Surplus Lines Insurance Company ("Royal") and Defendant/Counter-Plaintiffs Brownsville Independent School District ("BISD"), collectively referred to herein as "the Parties," hereby stipulate as follows:

### Authority to Bind Client

1. The undersigned counsel for Plaintiff/Counter-Defendant Royal is making this agreement on behalf of Plaintiff/Counter-Defendant Royal, whom he represents, and the undersigned counsel for Defendant/Counter-Plaintiff BISD is making this agreement on behalf of Defendant/Counter-Plaintiff BISD, whom he represents.

2. The undersigned counsel for Royal has authority to enter into this agreement on behalf of his client, and the undersigned counsel for BISD has authority to enter into this agreement on behalf of his client.

### Agreement as to Temporarily Staying the Federal Court Lawsuit.

3. BISD has proposed staying this above-styled and numbered action that was filed as a declaratory judgment action by Royal on June 9, 2003, and in which BISD has asserted a counterclaims against Royal alleging, *inter alia*, breach of contract, misrepresentation,

#495954.2                                    1

statutory violations, and seeking various categories of damages ("the Federal Court Lawsuit").

4. The Federal Court Lawsuit arises from an insurance claim ("the Subject Insurance Claim") made by BISD between November 29, 2001 and April 2, 2002, for alleged property damage to two schools in BISD's district that were insured by Royal at various times and under various policies during the years 1996 through 2002: Aiken Elementary School and Besteiro Middle School (the "Subject Schools").

5. BISD has proposed that the Federal Court Lawsuit be stayed until the resolution, by way of settlement, dismissal and/or final judgment, of the following related lawsuits currently pending or previously pending in Cameron County, to which BISD is or was a party (the "Related Lawsuits"):

   a. *Angel Castillo & Maria Rosalva Castillo, et. al vs. Carroll Dusang & Rand, Inc., et. al*; In the 197th District Court of Cameron County, Texas, Cause No. 2001-11-004959-C; and

   b. *Angel Castillo & Maria Rosalva Castillo, et. al vs. Carroll Dusang & Rand, Inc., et. al*; In the 197th District Court of Cameron County, Texas, Cause No. 2003-08-4013-C; and

   c. *American Standard & The Trane Company vs. Brownsville Independent School District, Al Cardenas Masonry, Inc., et al.*; In the 357th Judicial District Court of Cameron County Texas, Cause No. 2003-08-4078-E, In the 357th District Court of Cameron County, Texas; and

   d. *Brownsville Independent School District vs. Stotler Construction Company, et. al*; In the 138th District Court of Cameron County, Texas, Cause No. 2002-01-000071-B.

6. The Related Lawsuits involve, among other things, the design, construction, and maintenance of the Subject Schools; alleged mold and water damage at the Subject Schools; the cause of such alleged damage; and alleged personal injuries to students, faculty and staff from the alleged exposure to mold and possibly other substances at the two schools.

7. BISD agrees to produce to Royal all settlement agreements concerning the Subject Schools and/or the Related Lawsuits within thirty (30) days of their execution by BISD. If any settlement agreement terms are not reduced to writing, BISD will provide them to Royal within thirty (30) days of BISD's reaching the settlement agreement. With respect

to any settlements to date, BISD will produce the written agreements and/or their terms to Royal within fourteen (14) days of signing this Stipulation.

8. Royal agrees to not oppose BISD's motion seeking to stay the Federal Court Lawsuit. Further, the Parties agree not to move to lift the stay or otherwise challenge the stay until such time as the Related Lawsuits have been fully and finally resolved by settlement, dismissal and/or final judgment, or until twelve (12) months from the date the Stay Order is entered by the Court, whichever is sooner. At that time, the Parties may agree to extend the stay, provided the Court approves.

### Agreement as to this Court's Proper Jurisdiction

9. The Parties' claims, issues and disputes arising from and related to the Subject Insurance Claim are properly before this Court, which has jurisdiction over them. Accordingly, unless the Parties otherwise agree in advance in writing, neither BISD nor Royal will take or encourage any action that is designed to eliminate or arguably does eliminate this Court's jurisdiction over Royal, BISD and/or the issues, claims and counterclaims made the subject of the Federal Court Lawsuit. Further, the Parties agree that this Court is the proper forum for the eventual resolution of the issues in the Federal Court Lawsuit arising from or related to the Subject Insurance Claim, including but not limited to any claims/counterclaims for declaratory relief; alleged breaches of contract; insurance coverage; alleged "bad faith"; alleged violations of common law or statutory duties; alleged misrepresentation; actual, enhanced, or exemplary/punitive damages; and attorneys' fees. The Parties do not, and will not in the future, either before or after the entry of any stay of the Federal Court Lawsuit, object to this Court's assertion of jurisdiction over any party or claim made the subject or to be made the subject of the Federal Court Lawsuit.

10. If the Federal Court Lawsuit is stayed, upon the final resolution of the Related Lawsuits, unless the Federal Court Lawsuit has been resolved by the Parties in the interim, any party may move to lift the stay in Federal Court Lawsuit. The Parties will then proceed in the Federal Court Lawsuit to resolve any and all issues and claims that remain, by way of dispositive motions, trial and/or settlement.

### Dismissal of the Currently Abated State Court Action.

11. On or around June 30, 2003, BISD filed an action styled and numbered *Brownsville Independent School District vs. Royal Surplus Lines Insurance Company and Cavazos Insurance*; Cause No. 2003-06-3344-D; In the 103rd Judicial District Court of Cameron County Texas (the "State Court Lawsuit").

12. BISD, within ten (10) days of any Order staying the Federal Court Lawsuit, will dismiss with prejudice any and all claims that it has made against Royal in the State Court Lawsuit.

BISD will not file or make any other claims related to or arising from the Subject Insurance Claim in that court or in any other court, except in the Federal Court Lawsuit, which BISD agrees is the proper forum for the resolution of all claims and issues arising from the Subject Insurance Claim.

13. BISD will not contend, by reason of this Stipulation or otherwise, that the State Court Lawsuit, or any lawsuit other than the Federal Court Lawsuit, is the proper forum for the resolution of any claim or issue between Royal and BISD arising from the Subject Insurance Claim and/or made the subject of the Federal Court Lawsuit.

### Delay Resulting from Any Stay of the Federal Court Lawsuit

14. BISD agrees that any delay in (i) any payment to BISD by Royal related to the Subject Insurance Claim, and/or (ii) the eventual resolution of the Subject Insurance Claim, that results from any stay of the Federal Court Lawsuit is not the fault of and will not be attributed to Royal at any time. Further, in any consideration of Royal's liability, BISD agrees the jury or other fact finder will be advised of the time periods of the stay, and that the stay was requested by BISD.

15. The accrual of any applicable prejudgment interest, statutory interest (*e.g.*, Texas Insurance Code, Art. 21.55), or other interest will be tolled during the period of any stay of the Federal Court Lawsuit.

### Credit to Royal

16. In the event that Royal is ever found by a court or jury to owe any money to BISD arising from or relating to the Subject Insurance Claim, BISD agrees that Royal, at a minimum, is entitled to a dollar-for-dollar credit for any and every dollar paid to BISD--or for the benefit of BISD--by any party, potential or former party, or future party to one or more of the Related Lawsuits, regardless of whether the payment is made as part of a settlement, or is paid in satisfaction of a judgment. Similarly, if any item of value *other than cash* (*e.g.*, security, services, real property) is provided or paid to BISD--or for the benefit of BISD-- by any party, potential or former party, or future party to one or more of the Related Lawsuits, regardless of whether the item is paid or provided as the result of a settlement, or is paid in satisfaction of a judgment, Royal, at a minimum, is entitled to a credit in the amount of the dollar value of the item paid or provided to BISD or for the benefit of BISD. This credit shall be applied regardless of how such settlement/judgment proceeds to BISD are described, characterized, categorized, or determined.

17. The credit described in the preceding paragraph is not meant to be exclusive and does not preclude Royal from seeking any other credit or offset provided by law. Further, the

#495954.2                                    4

application of such credit is not an admission by Royal and shall not be used by BISD to contend that coverage exists for any category or type of damages claimed by BISD.

### BISD's Designation of Experts in the Federal Court Lawsuit

18. Notwithstanding any Motion to Stay or Order of Stay entered by the Court in the Federal Court Lawsuit, BISD will identify its experts and produce expert reports in compliance with Federal Rule of Civil Procedure 26, the Court's scheduling order, and the Parties' January 12, 2004 letter agreement by which BISD's expert designation deadline was extended from February 20, 2004 until March 1, 2004. Nevertheless, BISD *may* provide Royal BISD's designation of experts and expert reports within the context of a confidential settlement brochure.

19. Regardless of the form in which BISD's expert designation and expert reports are provided to Royal, BISD is still bound by its designations and the opinions offered by its experts, just as if filed and served in the typical manner contemplated by Rule 26. The fact that the designations, opinions, and/or reports may be provided to Royal in the form of a settlement brochure will not preclude their admissibility in the Federal Court Lawsuit, and will not provide BISD any justification for attempting to withdraw, improperly supplement or de-designate any expert or opinion after any stay is lifted in the Federal Court Lawsuit.

### State Court Lawsuit

20. This Stipulation may also serve as a Rule 11 Agreement in the currently abated State Court Lawsuit.

### Enforcement of this Stipulation

21. The Parties agree that this Court may enforce any and all terms of this Stipulation, even during the pendency of any Stay of the Federal Court Lawsuit.

**AGREED TO ON THIS \_\_\_\_\_ DAY OF FEBRUARY, 2004:**

Jay W. Brown

---

Jay W. Brown
BEIRNE, MAYNARD & PARSONS, L.L.P.
State Bar No. 03138830
SDT No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile:  (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY**

Baltazar Salazar

---

Baltazar Salazar
State Bar No. 00791590
SDT No. 18536
1612 Winbern
Houston, Texas 77004
T: (713) 655-1300
F: (281) 749-8104

Ramon Garcia
LAW OFFICE RAMON GARCIA, P.C.
State Bar No. 07641800
SDT No. 3936
222 W. University
Edinburg, Texas 78539
T: (956) 383-7441
F: (956) 381-0825

Craig S. Smith
LAW OFFICE OF CRAIG S. SMITH
State Bar No. 18553570
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Texas 78418
T: (361) 949-6906
F: (361) 949-0843

**ATTORNEYS FOR DEFENDANT BISD**

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was served upon the following counsel of record on the _____ day of _____, 2004.

| | |
|---|---|
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested* |
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.
222 W. University<br>Edinburgh, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*

 

_____
Jay W. Brown

#495954.2               7

## Confirmation Report – Memory Send

Date & Time: Feb-24-2004  09:32
Tel line   : +7139601678
Machine ID : BEIRNE MAYNARD

| | | |
|---|---|---|
| Job number | : | 612 |
| Date & Time | : | Feb-24 09:29 |
| To | : | 873#030098#12#2817498104 |
| Number of pages | : | 010 |
| Start time | : | Feb-24 09:29 |
| End time | : | Feb-24 09:32 |
| Pages sent | : | 010 |
| Status | : | OK |
| Job number | : 612 | |

**\*\*\* SEND SUCCESSFUL \*\*\***

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
(713) 623-0887
(FAX) (713) 960-1527

PAGE (1) OF (10) PAGES
INCLUDING COVER SHEET

**TELECOPY COVER SHEET**

| TO: | Mr. Baltazar Salazar | FAX: | 281-749-8104 |
|---|---|---|---|
| | | PHONE: | 713-256-7777 |

| FROM: | Jay W. Brown |
|---|---|
| DATE: | February 24, 2004 |
| FILE NUMBER: | 030098 |
| ADDITIONAL COMMENTS: | |

**CONFIDENTIALITY NOTICE**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED**

#496359.1

*BEIRNE, MAYNARD & PARSONS, L.L.P.*
*1300 Post Oak Boulevard, Suite 2300*
*Houston, Texas 77056*
*(713) 623-0887*
*(FAX) (713) 960-1527*

PAGE (1) OF ( 10 ) PAGES
INCLUDING COVER SHEET

## TELECOPY COVER SHEET

| TO: | Mr. Baltazar Salazar | FAX: | 281-749-8104 |
| --- | --- | --- | --- |
| | | PHONE: | 713-256-7777 |

| FROM: | Jay W. Brown |
| --- | --- |
| DATE: | February 24, 2004 |
| FILE NUMBER: | 030098 |
| ADDITIONAL COMMENTS: | |

### CONFIDENTIALITY NOTICE

This facsimile contains **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED**

#496359.1

Job number : 189    *** SEND SUCCESSFUL

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
(713) 623-0887
(FAX) (713) 960-1527

PAGE (1) OF ( 10 ) PAGES
INCLUDING COVER SHEET

## TELECOPY COVER SHEET

| TO: | Hon. Ramon Garcia | FAX: 956-381-0825<br>PHONE: 956-383-7441 |
|---|---|---|
| | Mr. Craig Smith | FAX: 361-949-0843<br>PHONE: 361-949-6906 |

| FROM: | Steve Wedemeyer |
|---|---|
| DATE: | February 24, 2004 |
| FILE NUMBER: | 030098 |
| ADDITIONAL COMMENTS: | |

### CONFIDENTIALITY NOTICE

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED

#496269

# Group Send Report

Date & Time: Feb-24-2004  09:33
Tel line    : +7139600934
Machine ID : BEIRNE MAYNARD

Job number        : 189

Date & Time       : Feb-24 09:28

Number of pages   : 010

Start time        : Feb-24 09:28

End time          : Feb-24 09:33

Successful numbers

    Fax numbers

☎873#030098#12#19563810825
☎873#030098#12#13619490843

Unsuccessful numbers                                            Pages sent

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
*1300 Post Oak Boulevard, Suite 2300*
*Houston, Texas 77056*
*(713) 623-0887*
*(FAX) (713) 960-1527*

PAGE (1) OF ( 10 ) PAGES
INCLUDING COVER SHEET

## TELECOPY COVER SHEET

| TO: | Hon. Ramon Garcia | FAX: 956-381-0825 |
| | | PHONE: 956-383-7441 |
| | Mr. Craig Smith | FAX: 361-949-0843 |
| | | PHONE: 361-949-6906 |
| FROM: | Steve Wedemeyer | |
| DATE: | February 24, 2004 | |
| FILE NUMBER: | 030098 | |
| ADDITIONAL COMMENTS: | | |

### CONFIDENTIALITY NOTICE

This facsimile contains **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED

#496269