**BEIRNE, MAYNARD & PARSONS, L.L.P.**

1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

(713) 623-0887

FAX. (713) 960-1527

JAY W. BROWN
PARTNER

BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

DIRECT DIAL: (713) 960-7306
E-MAIL: jbrown@bmpllp.com

## *SETTLEMENT LETTER*

June 9, 2003

Honorable Ramon Garcia
Law Office of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

*Via Facsimile 956-381-0825*
*and Certified Mail*

RE:   Mold Claim

Dear Judge Garcia:

On behalf of Royal Surplus Lines, we have carefully considered the tens of thousands of pages of documentation BISD has recently provided as well as the other information, including the sworn statements from the BISD representatives. As you know, BISD has been wrestling with these mold issues for many years and various lawsuits have been filed as a result of the mold at BISD. While BISD has had the benefit of several years to reflect on and study this matter with its various engineering studies, we have had to get up to speed fairly quickly on behalf of Royal.

Your claim presents numerous technical issues and a multitude of facts, many of which occurred several years ago and some of which are more recent. In terms of coverage issues, your claim raises many coverage issues. It is quite possible that no portion of BISD's claim would qualify for coverage under any of the applicable Royal policies; it is also possible that BISD could find evidence that might qualify some portions of BISD's claim for coverage.

These coverage issues need to be answered before BISD's claim can be determined and resolved. The only way to obtain answers to legal questions which are coverage questions is to have a Court rule on them. Indeed, the Texas Supreme Court has encouraged insurers in Royal's position--*i.e.*, those faced with disputed coverage issues--to seek declaratory relief from a court. While litigation is certainly a lawful process and will result in these coverage questions being answered, Royal finds this process to be very expensive and time consuming, which is sometimes not in the best interest of either the insured or Royal.

438380.1

Hon. Ramon Garcia
June 9, 2003
Page 2

    Accordingly, we hereby offer $100,000 towards the complete settlement of all of BISD's claims under all policies of insurance issued by Royal Surplus that BISD is claiming. We would like to meet with you at a time of your convenience to exchange viewpoints on some of these coverage issues and thereby move this process forward. We look forward to working with you, and receiving your response.

                                        Very truly yours,

                                        Jay W. Brown

JWB:st

cc:    Mr. Baltazar Salazar        *Via Facsimile 713-807-0930*
       Attorney at Law               *and Certified Mail*
       1612 Winbern
       Houston, Texas 77004

438380.1

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
Wells Fargo Tower
24th Floor
1300 Post Oak Boulevard
Houston, Texas 77056
(713) 623-0887
(FAX) 960-1527

PAGE (1) OF (3) PAGES
INCLUDING COVER SHEET

## TELECOPY COVER SHEET

| TO: | Hon. Ramon Garcia | 956-381-0825 |
| | Baltazar Salazar | 713-807-0930 |
| FROM: | Jay W. Brown | |
| DATE: | June 9, 2003 | |
| FILE NO.: | 030098 | |
| ADDITIONAL COMMENTS: | | |

### CONFIDENTIALITY NOTICE

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED
(713) 623-0887**

Group Send Report

                                        Date & Time: Jun-09-2003  14:51
                                        Tel line   : 7139601527
                                        Machine ID : BEIRNE MAYNARD

Job number          :   450

Date & Time         :   Jun-09 14:44

Number of pages     :   003

Start time          :   Jun-09 14:45

End time            :   Jun-09 14:51

Successful numbers

    Fax numbers

         ☎873#030098#12#108#19563810825
         ☎873#030098#12#108#7138070930


Unsuccessful numbers                                                    Pages sent

**BEIRNE, MAYNARD & PARSONS, L.L.P.**
Wells Fargo Tower
24th Floor
1300 Post Oak Boulevard
Houston, Texas 77056
(713) 623-0887
(FAX) 960-1527

<u>**PAGE (1) OF (3) PAGES**</u>
**INCLUDING COVER SHEET**

## TELECOPY COVER SHEET

| TO: | Hon. Ramon Garcia | 956-381-0825 |
|---|---|---|
| | Baltazar Salazar | 713-807-0930 |

| FROM: | Jay W. Brown |
|---|---|

| DATE: | June 9, 2003 |
|---|---|

| FILE NO.: | 030098 |
|---|---|

**ADDITIONAL COMMENTS:**

### <u>CONFIDENTIALITY NOTICE</u>

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY
IF ALL PAGES ARE NOT RECEIVED
(713) 623-0887**