IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-109<br>JURY DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SEPARATE TRIALS
OF EXTRA-CONTRACTUAL CAUSES OF ACTION**

On this date, the Court considered Plaintiff Royal Surplus Lines Insurance Company's (Royal's) Motion for Separate Trials ("Motion") of the extra-contractual claims of Defendant/Counter-Plaintiff Brownsville Independent School Districts's (BISD). After considering the Motion, the response of BISD, and the arguments of counsel, if any, the Court finds that Plaintiff's Motion is meritorious and should be GRANTED.

It is therefore ORDERED that Royal's Motion is GRANTED and, in the event any portion of this matter is tried, separate trials will be conducted for the contractual claims and BISD's extra-contractual claims.

SIGNED at Brownsville, Texas on _____, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE