OSCAR TAPIA

Page 1
July 21, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. B-03-109 |
| | ) |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | ) |
| Defendant. | ) |

ORAL AND VIDEOTAPED DEPOSITION
OSCAR TAPIA
JULY 21, 2004

ORAL AND VIDEOTAPED DEPOSITION OF OSCAR TAPIA, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 21st day of July, 2004, from 9:11 a.m. to 12:00 p.m. and 1:21 p.m. to 5:52 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Brownsville I.S.D., 1900 Price Road, Brownsville, Texas 78521, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.


COPY

(210) 377-3027
7800 IH-10 WEST, SUITE 100

ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230

FAX(210) 344-6016
(800) 969-3027

```
 1   drain pipe system.  Where are we talking about?  Which
 2   school?
 3       A    Both schools.
 4       Q    All right.  And what do you mean by roof leak?
 5       A    During the timeframe the buildings were occupied,
 6   when we'd have rains, we'd have water leaks in the building.
 7   We did some repair work with the original contractor to fix
 8   some flashing and things like that.  Some areas they
 9   couldn't really tell where it was leaking from, but they did
10   the best job to repair it.  That was Wilson Construction and
11   Stauder Construction.
12            Throughout the course of the buildings, we
13   had some more leaks and our maintenance department would go
14   because the warranty was void after a year and a half.
15       Q    The roof warranty?
16       A    Yeah.  The maintenance department did the best job
17   to correct the leaks that they thought were -- where it was
18   leaking.  But during the construction of this project with
19   the roofing consultant, Aestimo inspected the building and
20   with Satterfield & Pontikes doing the work, they brought it
21   to our attention that there was a lot of roof couplings or
22   tie ins from the roof drains into the plumbing pipes that go
23   through the building and then out the building.  It was
24   interior drain pipes.  A lot of the drain connections were
25   cracked or loose and there was some water damage or leaks
```

OSCAR TAPIA

Page 146
July 21, 2004

1  being caused through there, as well, and --
2       Q     What do you mean by a loose or cracked connection?
3  You're not sure which or --
4       A     Well, there was a combination of both.  Some
5  appeared to be loose and others were cracked, according to
6  the contractor.
7       Q     All right.  Which contractor are you referring to?
8       A     Satterfield & Pontikes.  So their roof consultant
9  recommended to fix those or we'd have more water in the
10 building.
11      Q     Aestimo did -- recommended a fix --
12      A     Aestimo, I believe, identified them and the
13 roofing consultant -- the subcontractor worked with S & P to
14 give them a proposal of how to fix them and the pricing and
15 so forth.
16      Q     All right.  These were problems that were
17 identified during 2000 or three -- during 2003 or 2004
18 during the repair work that was being done?
19      A     Correct.
20      Q     Can you identify any specific location in either
21 of the schools where a cracked pipe was located by anyone?
22      A     In the roof drain system I'm talking about.
23      Q     Anyone, yeah.  The roof drain we can talk about
24 now; if there's any others, we can talk about those.
25      A     Throughout the construction or anytime?

OSCAR TAPIA

Page 147
July 21, 2004

```
 1        Q    Anytime.
 2        A    We had some break -- broken or deteriorated pipes
 3   on the roof on the gas lines that -- where we had a lot of
 4   gas leaks, so the maintenance department had to replace the
 5   entire gas lines.  Those are pipes but they're not water
 6   pipes or gas lines.
 7        Q    Yeah, let's just limit it to the water pipes now,
 8   at least anything that would contain water.
 9        A    There was some pipes on the drain pipes for the
10   air conditioning units that would get either broken or
11   backup with water and overflow the unit and cause leaks
12   inside the building.
13        Q    Let me back up a little bit.  I still want to talk
14   about the problems that you said that Aestimo identified,
15   and what I'm trying -- you said that they found some loose
16   or cracked connections and that -- if I understand your
17   testimony, that Aestimo is the outfit that identified these
18   problems during the construction work in 2003 or 2004.  Is
19   that right?
20        A    When Satterfield and Pontikes brought that
21   attention to our -- to us and EFI, EFI sent their roofing
22   consultant to verify what was wrong with those pipes.  And
23   it's my recollection that Aestimo agreed there was some
24   problems with those pipes and if we didn't repair them we'd
25   have more water coming into the building during rains.
```

Q    Okay. So you're -- then I understand that you're saying that Satterfield found these problems and Aestimo went out and verified them?

A    That's my understanding, yes.

Q    Okay. Now, these problems that we're talking about, either a loose or cracked connection on a pipe containing water, can you tell me where any of those loose or cracked connections were in either Aiken or Besteiro?

A    I don't know the specific locations or even the number of drains up there, but -- I'd have to see if S & P sent me anything in those reports that we get on a monthly basis where it's documented of when they bring that to our attention. We even discussed that at some of the meetings, I believe.

Q    Are you aware of any documents sitting here today that would identify the location of a cracked pipe or connection that contained water?

A    No, not specifically. I have not seen any such documents.

Q    Now, let me ask you: Did the problems that were passed along to you -- you said loosed or cracked or -- do you think there was some of both? Did I understand that?

A    I think they reported -- some were loose and they found some cracked ones.

Q    Okay. Can you tell me what was cracked actually?

OSCAR TAPIA

Page 149
July 21, 2004

```
 1    A    The drain hub as it goes into the building and
 2  connects to the pipe, some of the hubs were broken.
 3    Q    Did you actually see these or were you just told
 4  about them?
 5    A    I was told.  I never saw them.
 6    Q    Do you know who told you?
 7    A    It was brought up at our monthly or bi-monthly
 8  meetings with the contractor and EFI present.
 9    Q    Was it discussed what was causing the problem with
10  the drain hub, why it was failing?
11    A    I believe I answered that.  I believe I already
12  answered that they were cracked or they were loose.
13    Q    Yeah, I'm sorry.  The question wasn't clear.
14         Was there a discussion on why they were
15  failing, not, you know, what the failure mechanism was
16  but -- and why was it loose or why was it cracked?
17    A    I don't know what caused that.
18    Q    Did -- was there any discussion about why it was
19  so?
20    A    I can't recall specifically either, just due to
21  normal wear and tear or whether they were installed wrong
22  initially.  I don't know.
23    Q    Do you know how long the problem had existed with
24  the drain hubs?
25    A    Yes.
```

OSCAR TAPIA

Page 150
July 21, 2004

```
 1    Q    You don't know if it had existed since the initial
 2  construction?
 3    A    No.
 4    Q    Were these locations where you'd had water leaking
 5  in over the course of a few years since the schools were
 6  built?
 7    A    I didn't understand the question.
 8    Q    Yeah, I thought you had said earlier that there
 9  had been some roof leaks on the schools over --
10    A    Yes.
11    Q    -- a period of time.
12    A    Uh-huh.
13    Q    And are these the locations you're talking about
14  with the problems with the hubs?
15    A    I can't say.
16    Q    Was that the flashing that you mentioned?
17    A    There was some areas where there was flashing and
18  there was other areas where they could not identify where
19  the leaks were coming from.  They were very difficult to
20  track down where the water was coming in.
21    Q    Do you know if anybody ever photographed any of
22  these problems with the drain hubs?
23    A    I don't know if S & P, Satterfield & Pontikes,
24  photographed them or not -- or EFI.
25    Q    You haven't seen any photographs?
```

```
  1        A    No.
  2        Q    And you never saw them personally?
  3        A    I never went to go see that specifically.
  4        Q    Do you know if these problems were repaired --
  5        A    I need --
  6        Q    -- with the drain hubs?
  7        A    I need to check because I know they wanted to
  8   charge us additional money on the change order and I believe
  9   it was approved, but I can't recall the number or the exact
 10   scope.  But there was a large change order for additional
 11   roof repairs.  I believe it was in there.
 12        Q    I think I asked you this, but let me make sure.
 13   You said you could not identify the specific location in
 14   either of the schools where there was this problem with the
 15   drain hubs; is that right?  You can't tell me a room number
 16   or hallway or anything like that?
 17        A    No, no.
 18        Q    Would it be -- also be fair to say that you can't
 19   identify, you know, a certain amount of, you know, sheetrock
 20   that was damaged or ceiling tile that was damaged as a
 21   result of water coming out of the problematic drain hubs?
 22        A    I cannot, no.
 23        Q    You cannot.  Well, I guess if you don't know the
 24   exact damage caused around it, you don't know what was
 25   caused -- or you don't know what was spent to fix that
```

OSCAR TAPIA

Page 152
July 21, 2004

```
   damage surrounding the drain hubs; is that right?
2      A    No.
3      Q    You cannot?
4      A    No, I don't recall the numbers.
5      Q    Okay.  Other than the drain hubs -- I want to make
6  sure I don't miss anything.  You said couplings tying into
7  plumbing pipe.  Is that the same thing as a drain hub or is
8  that a different situation?
9      A    I can't recall couplings.  Is that when I was
10 talking about the gas lines?
11     Q    The very first thing you said after we started
12 talking about Aestimo.
13     A    Oh, that was the roof drains --
14     Q    Okay.  Same problem then?
15     A    -- where they're connected, yeah.
16     Q    Okay. The drain pipe goes down through the
17 building and then you put the hub in from above and flash
18 around that, I guess?
19     A    Right.
20     Q    Okay. Was the problem that when it would rain
21 you'd have water collect around the hubs and because of the
22 problem with the drain hub the water could get down into the
23 building and get onto the building materials?
24     A    No, that -- you wouldn't get water ponding up
25 there unless the pipe was closed.
```

```
 1  cause was at the school?
 2      A    No, there was no other reports.
 3      Q    Other than the January 20, 2003, EFI report marked
 4  as Exhibit 3, are you aware of any other reports that EFI
 5  prepared?
 6      A    No.
 7      Q    The report at the top, the -- Exhibit 3, it says,
 8  "Draft for review only."  Do you know if a final report was
 9  ever issued by EFI, other than one that's marked "draft"?
10      A    I don't believe so.  I think that was the final.
11      Q    So all the reports from EFI that you have seen say
12  "draft" on them at the top?
13      A    The one you showed me here is a copy of that one?
14      Q    Yeah, same copy.  I just --
15      A    Yes.
16      Q    Over the course of the last year and a half, if
17  you'd seen another one that doesn't say "draft," I wanted to
18  make sure I have everything.
19      A    I don't believe I have.
20      Q    All right.  Do you know of anyone at BISD who has
21  sat down and sorted out what damage at the school they
22  thought was caused by the HVAC system and what was caused by
23  a roof leak and what was caused by, you know, toilet
24  overflow or some other cause?
25      A    District stuff?  School district stuff?
```

OSCAR TAPIA

Page 164
July 21, 2004

```
 1      Q    Anybody really.
 2      A    In the district?
 3      Q    Or otherwise.
 4      A    EFI really did that for us, if -- that's the way I
 5   understand the question.
 6      Q    Yeah.  Other than -- you're talking about the EFI
 7   reported dated January 20th, 2003?
 8      A    Right.
 9      Q    Are you aware of anything other than this report
10   that you think might answer that question?
11      A    I'm not -- I am not aware of any such reports.
12      Q    Of the -- let's see, the Satterfield contract to
13   prepare or perform the work out there was just shy of
14   $8 million?
15      A    Right.
16      Q    Do you know if anybody has sat down and tried to
17   allocate those $8 million to -- well, this damage was caused
18   by an HVAC system, this damage was caused by a roof leak,
19   this damage was caused by something else?
20      A    No one else has done that type of analysis.
21      Q    Can you locate Exhibit 11?  I want to ask you a
22   question about the AIA Application Form No. 6.
23      A    Okay.
24      Q    All right.  Do you have No. 6 there?
25      A    Uh-huh.
```

(210) 377-3027
7800 IH-10 WEST, SUITE 100

ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230

FAX(210) 344-6016
(800) 969-3027