HECTOR GONZALEZ

Page 1
July 22, 2004

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF TEXAS
 3                        McALLEN DIVISION
 4   ROYAL SURPLUS LINES              °
 5   INSURANCE COMPANY                °
 6                                    °
 7   VS.                              °   CIVIL ACTION NO. B-03-109
 8                                    °   JURY DEMANDED
 9   BROWNSVILLE INDEPENDENT          °
10   SCHOOL DISTRICT                  °
11   ----------------------------------------------------------
12                       ORAL DEPOSITION OF
13                       HECTOR GONZALEZ
14                       July 22, 2004          COPY
15   ----------------------------------------------------------
16     Oral deposition of HECTOR GONZALEZ, produced as a
17   witness at the instance of the Plaintiff, and duly sworn, was
18   taken in the above-styled and numbered cause on July 22,
19   2004, from 8:18 a.m. to 10:20 a.m. before Ronald Dunagan, CSR
20   in and for the State of Texas, reported by oral stenography
21   at the offices of the Brownsville Independent School
22   District, 1900 Price Road, Brownsville, Cameron County, Texas
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
```

(210) 377-3027                ESQUIRE DEPOSITION SERVICES            FAX(210) 344-6016
7800 IH-10 WEST, SUITE 100       SAN ANTONIO, TEXAS 78230              (800) 969-3027

3

HECTOR GONZALEZ

Page 45
July 22, 2004

1
2  EFI agreement?
3  A No, there is no retainage on the part of the EFI
4  agreement. However, if they're asked to come back and do
5  final work they'll bill those other charges on an hourly
6  basis. In other words if they're through with all the
7  construction work and overseeing the construction work,
8  however we're still tying up loose ends and we need they're
9  expertise as far as that is concerned through S&P under their
10 contract they have other charges that can be occurred.
11 Q Of the --
12         MR. WEDEMEYER: Strike that.
13 Q The Satterfield contract for the repair work at the
14 schools was approximately $8.6 million, correct?
15 A Original 8.3, total 8.6 after the change orders.
16 Q Okay, do you know of anybody that has sat down and
17 tried to segregate that $8.6 million as according --
18         MR. WEDEMEYER: Strike that.
19 Q Do you know anybody whose sat down and tried to
20 segregate that $8.6 million according to what caused the
21 particular damage that had to be repaired?
22 A No, we don't do that, that's EFI.
23 Q Have you ever seen any document from EFI that does
24 that.
25 A No.
26 Q Were you involved in retaining Ambiotec in