LORENZO SANCHEZ

Page 1
July 22, 2004

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE SOUTHERN DISTRICT OF TEXAS
 3                         McALLEN DIVISION
 4   ROYAL SURPLUS LINES           °
 5   INSURANCE COMPANY             °
 6                                 °
 7   VS.                           °   CIVIL ACTION NO. B-03-109
 8                                 °   JURY DEMANDED
 9   BROWNSVILLE INDEPENDENT       °
10   SCHOOL DISTRICT               °
11   ----------------------------------------------------------
12                       ORAL DEPOSITION OF
13                        LORENZO SANCHEZ
14                         July 22, 2004
15   ----------------------------------------------------------
16    Oral deposition of LORENZO SANCHEZ, produced as a
17   witness at the instance of the Plaintiff, and duly sworn, was
18   taken in the above-styled and numbered cause on July 22,
19   2004, from 4:34 p.m. to 5:02 p.m. before Ronald Dunagan, CSR
20   in and for the State of Texas, reported by oral stenography
21   at the offices of the Brownsville Independent School
22   District, 1900 Price Road, Brownsville, Cameron County, Texas
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
```

COPY

(210) 377-3027              ESQUIRE DEPOSITION SERVICES         FAX(210) 344-6016
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230              (800) 969-3027

4

LORENZO SANCHEZ

Page 11
July 22, 2004

1
2  A  I would have an idea.  I don't know the exact
3  number.  I know there's -- probably Tony probably has
4  presented that information to you.  And I know that at one
5  time when the compilation was being done I looked at a
6  figure, but it may not be the figure.  I don't know.
7  Q  All right, so you're not sure sitting here today
8  what that exact dollar amount is?
9  A  Not the exact amount, right.
10  Q  Do you know if anybody has sat down and tried to
11  figure out which damages --
12          MR. WEDEMEYER:  Or strike that.
13  Q  (Mr. Wedemeyer)  Do you know if anybody has sat
14  down and tried to decide which repair costs for repairing
15  items out at Akin and Besteiro are attributable to one cause
16  versus another?  In other words how many dollars were due to
17  a leaking roof and how many were due to a leaking window or
18  how many were due to a mechanical equipment?
19          MR. SALAZAR:  Objection, calls for an expert
20  opinion.
21  Q  (Mr. Wedemeyer)  You can answer.
22  A  No.
23  Q  Okay, you don't know of anybody who has done that?
24  A  No.
25  Q  Okay.  Did you have any communications with EFI or
26  Engineering and Fire Investigations since you've joined the