# EXHIBIT 1

Lee Burckle                                                          October 26, 2004

Page 1

```
 1   04-M-70174 mkh
 2
 3              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 4                   BROWNSVILLE DIVISION
 5
     ROYAL SURPLUS LINES          *
 6   INSURANCE COMPANY,           *
            Plaintiff,            *
 7                               *
     VS.                          *  CIVIL ACTION NO. B-03-109
 8                               *
     BROWNSVILLE INDEPENDENT      *
 9   SCHOOL DISTRICT,             *
            Defendant.           *
10
11
12
13
14
     ***************************************************
15                  ORAL DEPOSITION OF
                      LEE BURCKLE
16                  OCTOBER 26, 2004
     ***************************************************
17
18
19
20   ORAL AND VIDEOTAPED DEPOSITION of LEE BURCKLE, produced as
     a witness at the instance of the Plaintiff, and duly
21   sworn, was taken in the above-styled and numbered cause on
     the 26th of October, 2004, from 1:11 p.m. to 4:40 p.m.,
22   before Mary Kay Hendricks, CSR in and for the State of
     Texas, reported by machine shorthand, at the offices of
23   Engineering and Fire Investigations, 9700 Richmond, Suite
     201, Houston, Texas, pursuant to the Federal Rules of
24   Civil Procedure and the provisions stated on the record or
     attached hereto.
25
```

Lee Burckle                                                          October 26, 2004

Page 38

1    you know, some repairs weren't done at the school or

2    certain repairs were done improperly or inadequately?

3         A.   Could you ask -- rephrase that a little bit for

4    me?

5         Q.   All right.  I'm asking about the variance

6    between the two estimates.

7         A.   Right.

8         Q.   As a result of one cost being estimated and

9    eventual cost being different, do you know that -- do you

10   know whether BISD had to choose to not make certain

11   repairs or, you know, do some on the cheap or make

12   inadequate repairs to the damage that was at the two

13   schools?

14        A.   No, sir.

15        Q.   Was EFI paid by the district periodically as EFI

16   conducted its work, or was -- was there one big lump-sum

17   payment made toward the end of the project?

18        A.   It was periodically.

19        Q.   Mr. Burckle, did you ever have any discussions

20   with BISD about a relationship between B -- between GAB

21   Robins North America, Inc. and Engineering and Fire

22   Investigations?

23        A.   Yes, I believe I did.

24        Q.   Do you recall when that discussion was?

25        A.   It would have been very early on in the project

Lee Burckle                                                              October 26, 2004

Page 40

```
 1        A.   Yes, sir.

 2        Q.   At the time that BISD's representatives asked

 3   you about the matter, did you think it was relevant that

 4   EFI and GAB Robins had some sort of corporate

 5   relationship?

 6        A.   No, sir.

 7        Q.   Do you think that any corporate relationship

 8   between the two entities is relevant today?

 9        A.   No, sir.

10        Q.   BISD never complained about the quality of EFI's

11   work, did they?

12        A.   Not that I'm aware of.

13        Q.   And BISD never criticized or contradicted any of

14   EFI's findings as to what was contributing to the mold at

15   the schools, did they?

16        A.   Not that I recall.

17        Q.   If someone criticizes your work, that's usually

18   something a bit personal that you would -- you think you

19   would recall, right?

20        A.   Not necessarily.

21        Q.   If someone criticizes your integrity, is that

22   something that you would recall?

23        A.   Probably would.

24        Q.   Have you ever met with or do you know a

25   gentleman named Dennis Nickoloff?
```

Lee Burckle                                                                    October 26, 2004

1      Q.   (BY MR. SALAZAR)   Were there some items that you

2   proposed in your speci -- in your original report that

3   then were not in your original report but were added later

4   on some new specifications?

5      A.   I don't recall at this time.

6      Q.   Let me look up one -- one exhibit here.

7           MR. SALAZAR:   I pass the witness.

8

9                          EXAMINATION

10

11     Q.   (BY MR. WEDEMEYER)   All right, Mr. Burckle.

12   I've got a few more questions for you.   Do you have

13   Exhibit 5 still in front of you?

14     A.   Yes.

15     Q.   All right.   Before we get to Exhibit 5, you

16   testified earlier that you had conversations with BISD's

17   counsel, Mr. Salazar --

18           MR. WEDEMEYER:   Let me ask it again and

19   make sure the court reporter can pick it up.

20     Q.   (BY MR. WEDEMEYER)   You testified earlier that

21   you had had a conversation, you believed, even before the

22   January, 2003, report was issued by EFI concerning the

23   relationship between EFI and GAB Robins, and you said you

24   had a conversation with Mr. Tapia and Baltazar Salazar,

25   BISD's counsel.   Is that correct?

Lee Burckle                                                    October 26, 2004

Page 106

1        A.    Yes, sir.

2        Q.    Isn't it true that after those conversations,

3    BISD then retained EFI to perform additional services

4    concerning Aiken and Besteiro, including preparing the

5    scope, the specification for the rebuild, and hired EFI to

6    monitor the construction of the schools over a course of a

7    period of time that lasted almost a year?  Isn't that

8    correct?

9        A.    Yes.

10       Q.    Now, Mr. Salazar spent a considerable amount of

11   time going over printouts that he said he printed off of

12   various websites of EFI and GAB Robins and asked you who

13   is who and who did what and what sites are linked to what.

14   Do you recall those questions?

15       A.    Yes.

16       Q.    When BISD did its due diligence back in the fall

17   of 2002 and decided to hire EFI, do you know if EFI and

18   GAB Robins had websites at that time that showed somewhere

19   information as to the exhibits that Mr. Salazar showed you

20   today?

21             MR. SALAZAR:  Objection as to due

22   diligence.  That calls for a legal conclusion.  This

23   witness is not qualified.

24       Q.    (BY MR. WEDEMEYER)  You can answer the question.

25       A.    All I can answer is:  I know each company have