# EXHIBIT 2

OSCAR TAPIA

Page 1
July 21, 2004

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       BROWNSVILLE DIVISION
 3   ROYAL SURPLUS LINES        )
     INSURANCE COMPANY,         )
 4          Plaintiff,          )
                                )
 5   vs.                        ) CASE NO. B-03-109
                                )
 6   BROWNSVILLE INDEPENDENT    )
     SCHOOL DISTRICT            )
 7          Defendant.          )
 8
 9
10                 ORAL AND VIDEOTAPED DEPOSITION
                           OSCAR TAPIA
12                        JULY 21, 2004
13
14        ORAL AND VIDEOTAPED DEPOSITION OF OSCAR TAPIA, produced
15   as a witness at the instance of the Plaintiff and duly
16   sworn, was taken in the above-styled and numbered cause on
17   the 21st day of July, 2004, from 9:11 a.m. to 12:00 p.m. and
18   1:21 p.m. to 5:52 p.m., before BRECK C. RECORD, Certified
19   Shorthand Reporter in and for the State of Texas, reported
20   by computerized stenotype machine at the offices of
21   Brownsville I.S.D., 1900 Price Road, Brownsville, Texas
22   78521, pursuant to the Federal Rules of Civil Procedure and
23   the provisions stated on the record or attached hereto.
24
```

COPY

```
 1   displeased with any of their work?
 2       A    I certainly questioned the big discrepancy on the
 3   cost of the project based on their original assessment.  I
 4   can tell you that we did not agree on those numbers when
 5   they came in.
 6       Q    Did you ever question EFI or disagree with them on
 7   any of their findings as to what was causing the damage at
 8   the two schools?
 9       A    No.
10            MR. SALAZAR:  Objection.
11       Q    (BY MR. WEDEMEYER)  Mr. Tapia, are you aware of
12   any relationship between engineering and fire investigations
13   and GAB Robins North America, Inc.?
14       A    I personally do not have any knowledge of that.
15       Q    Well, I'm not just -- again, I want to be real
16   clear with my questions.  I'm not just asking for your
17   personal knowledge here.  You're testifying on behalf of
18   BISD and that's the testimony I'm seeking.
19            If BISD is aware of some relationship, then
20   that's what I'm asking, what that relationship is and when
21   did you find out about it.
22       A    I don't know -- I don't know what the exact
23   relationship is.  I've only heard second and third-hand
24   information.  If there's some kind of --
25       Q    I'm asking for the entity BISD's testimony,
```