# EXHIBIT 3

HECTOR GONZALEZ

Page 1
July 22, 2004

|  |  |  |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE SOUTHERN DISTRICT OF TEXAS | |
| 3 | McALLEN DIVISION | |
| 4 | ROYAL SURPLUS LINES | ° |
| 5 | INSURANCE COMPANY | ° |
| 6 | | ° |
| 7 | VS. | ° CIVIL ACTION NO. B-03-109 |
| 8 | | ° JURY DEMANDED |
| 9 | BROWNSVILLE INDEPENDENT | ° |
| 10 | SCHOOL DISTRICT | ° |

11  ------------------------------------------------

12  ORAL DEPOSITION OF

13  HECTOR GONZALEZ

14  July 22, 2004            COPY

15  ------------------------------------------------

16  Oral deposition of HECTOR GONZALEZ, produced as a

17  witness at the instance of the Plaintiff, and duly sworn, was

18  taken in the above-styled and numbered cause on July 22,

19  2004, from 8:18 a.m. to 10:20 a.m. before Ronald Dunagan, CSR

20  in and for the State of Texas, reported by oral stenography

21  at the offices of the Brownsville Independent School

22  District, 1900 Price Road, Brownsville, Cameron County, Texas

23  pursuant to the Federal Rules of Civil Procedure and the

24  provisions stated on the record or attached hereto.

HECTOR GONZALEZ

1
2  through of the building to check the status, the progress.
3  Q Other than Mr. Tapia or Mr. Garza would have
4  anybody else from your department attended those meetings?
5  A No. None that I'm aware. Now they could have been
6  when I wasn't there.
7  Q You didn't ask anybody else to attend?
8  A No, that was Mr. Tapia's responsibility.
9  Q Did Mr. Tapia ever indicate to you that he was
10 displeased with the services that EFI was providing to the
11 district?
12             MR. SALAZAR: I'm going to object, calls for
13 speculation as to what Mr. Tapia believed.
14             MR. WEDEMEYER: The question was did Mr. Tapia
15 ever advise Mr. Gonzalez that Mr. Tapia was displeased with
16 the services that EFI was providing to the district?
17 A Not displeased with EFI. He would sometimes ask me
18 -- you might want to attend this meeting we're going to do
19 this and you might want to have a review of this stuff.
20 Okay, I'll be there at that meeting. But not that they were
21 dissatisfied with EFI, but maybe concerns about what was
22 going on.
23 Q Did Mr. Garza ever indicate to you that he was
24 dissatisfied with any of the services that EFI was providing
25 to the district?
26 A No.