# EXHIBIT 4

MIGUEL SALDANA

Page 1
July 23, 2004

Oral and Videotaped Deposition - Miguel Saldana
July 23, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROYAL SURPLUS LINES )
INSURANCE COMPANY, )
    Plaintiff, )
    )
vs. ) CASE NO. B-03-109
    )
BROWNSVILLE INDEPENDENT )
SCHOOL DISTRICT )
    Defendant. )

ORAL AND VIDEOTAPED DEPOSITION

MIGUEL SALDANA

JULY 23, 2004   

ORAL AND VIDEOTAPED DEPOSITION OF MIGUEL SALDANA, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 23rd day of July, 2004, from 8:51 a.m. to 12:03 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Brownsville I.S.D., 1900 Price Road, Brownsville, Texas 78521, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



(210) 377-3027    ESQUIRE DEPOSITION SERVICES    FAX(210) 344-6016
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230    (800) 969-3027

MIGUEL SALDANA

Page 88
July 23, 2004

```
 1   between the two entities; is that correct?
 2        A    That's correct.
 3        Q    All right.  Can you identify any damages or harm
 4   to BISD that resulted because Mr. Nickoloff did not advise
 5   BISD about that relationship?
 6             MR. SALAZAR:  Objection.  Calls for an expert
 7   opinion.
 8        A    It would entail me making some factual conclusions
 9   which if made by the fact finder in this case could result
10   in damages.
11        Q    (BY MR. WEDEMEYER)  Can you identify what you
12   think those damages are?
13        A    The damages would be in the -- in the fact that
14   we -- there was a lot of problems in reconciling EFI's
15   original cost estimates and what problems or restrictions or
16   limitations those estimates may have subsequently put on the
17   contractors that remediated the schools.
18        Q    Did I understand you to say that your -- you're
19   saying EFI was hired, prepared a scope, and its scope turned
20   out to be less than what it eventually cost Satterfield to
21   repair the buildings and, of course, that cost was passed
22   along to BISD?
23        A    That's part of it, yes, sir.
24        Q    Okay.  Other than the estimate that EFI prepared
25   in January of 2003 being less than the amounts eventually
```

MIGUEL SALDANA

Page 83
July 23, 2004

1   you know, omission, commission or whatever, does BISD claim
2   has been made by or on behalf of Royal?
3       A    Mr. Nickoloff did not tell me that GAB Robins
4   owned EFI or was affiliated or had a corporate relationship
5   of some sort.
6       Q    Did you ask Mr. Nickoloff whether GAB Robins had
7   any relationship with EFI or any other entity?
8       A    I did not.  I had no reason to.
9            MR. WEDEMEYER:  Objection.  Nonresponsive.
10      Q    (BY MR. WEDEMEYER)  Did BISD ask EFI whether EFI
11  had any relationship with any other entity that was involved
12  in the Aiken and Besteiro insurance claim?
13           MR. SALAZAR:  Objection.  Calls for
14  speculation.
15      A    I don't know what the purchasing department may
16  have put in the specifications but I can almost say with a
17  certain degree of assuredness that the issue would not have
18  arisen because we had no knowledge of it.  We would have to
19  have been wild guessing.
20      Q    (BY MR. WEDEMEYER)  Other than your allegation
21  that Mr. Nickoloff did not tell you that there was some
22  relationship between GAB and EFI, is BISD contending that
23  any other misrepresentations were made to BISD?
24      A    To my knowledge, that's what I have.  I don't know
25  of anything else that may have occurred at the very

MIGUEL SALDANA

Page 84
July 23, 2004

1  beginning of the initiation of the claim in which Royal may
2  have had direct communication with either the district or
3  the law firm of Constant & Vela prior to the assignment of
4  GAB Robins to adjust the claim.
5      Q    As the representative of BISD here at the
6  deposition, you're not aware of any other alleged -- or
7  misrepresentations that BISD is alleging against Royal?
8      A    At this point in time, no.
9           MR. SALAZAR:  Could we take a quick break?
10          MR. WEDEMEYER:  Sure.
11          VIDEOGRAPHER:  Off the record.
12          (Recess taken.)
13          VIDEOGRAPHER:  Okay.  We're back on record.
14     Q    (BY MR. WEDEMEYER)  Mr. Saldaña, did you have a
15 chance to speak with your counsel during the break?
16     A    Yes, sir.
17     Q    Is there any testimony that you want to change or
18 add to?
19     A    No, sir.  We talked about another document that
20 he's sent to my -- that he's receiving at my office.
21     Q    Topic No. 17, are you aware of any contention by
22 BISD that Royal has made an admission or an admission has
23 been made on Royal's behalf concerning the Royal policies,
24 Aiken and Besteiro, or BISD's insurance claim?
25     A    Again, going back to the omissions made by

MIGUEL SALDANA

Page 92
July 23, 2004

1  have these problems again because we were basically tripped
2  up out of the blocks with that very low estimate.
3       Q    (BY MR. WEDEMEYER)  You said that you have some
4  substantial concerns that the district may have not done all
5  that was necessary to repair the schools.
6       A    I have those, yes.
7       Q    What do you think may not have been done to repair
8  the schools --
9       A    I don't know.
10      Q    -- properly?
11      A    But I do know that there was a substantial
12  pressure because of the budgetary crisis we were in at the
13  time.  And you have to consider there was a vast variety of
14  other factors at play for BISD.
15           This was occurring during the period of time
16  when the legislature had announced in their previous session
17  of 2003 that public school budgets were gonna be cut
18  somewhere in the vicinity of 15 to 25 percent, and so that's
19  the environment that we were dealing with.
20           This -- although we sit here and isolate the
21  Aiken and Besteiro incident, as far as BISD is concerned,
22  there is a vast variety of other things that are at play,
23  especially in the budgetary considerations that are out
24  there.  And coupled with all of those things, we had to do
25  the best job possible.  What I'm saying is that we perhaps

MIGUEL SALDANA

Page 93
July 23, 2004

1  could have done a better job and better budgetarily
2  anticipate some of these things had we had real numbers to
3  begin with in our budgetary process.
4              MR. WEDEMEYER: I object to the nonresponsive
5  portion.
6      A   See, that's what I was afraid of. You ask a long
7  question, you get a long answer.
8              MR. WEDEMEYER: Objection to the
9  nonresponsive portion.
10     Q   (BY MR. WEDEMEYER) Has anyone told you,
11 Mr. Saldaia, that the repairs and remediation that was
12 performed at Aiken and Besteiro were anything less than
13 professional and complete and resulted in a school that is
14 safe for the children?
15             MR. SALAZAR: Objection. Calls for an expert
16 opinion.
17             MR. WEDEMEYER: The question was has anybody
18 told him that.
19             MR. SALAZAR: Same objection.
20     A   No one has told me that.
21     Q   (BY MR. WEDEMEYER) Has anybody told you that --
22     A   However, I do know there was some -- due to the
23 answer that I gave to your question that there was some
24 value engineering that went in.
25     Q   Do you know the amount of the value engineering

```
 1  that was done at the school?
 2      A   No, I have no idea.
 3      Q   Do you know if it was a million dollars or less?
 4      A   I have no idea.
 5      Q   Any reason to suggest that the --
 6          MR. WEDEMEYER:  Strike that.
 7      Q   (BY MR. WEDEMEYER)  The value engineering in some
 8  instances involved BISD personnel performing certain
 9  functions as opposed to outside contractors?
10      A   That is correct.  That was part of it.
11      Q   You don't have any evidence that the work that was
12  done by the BISD personnel was anything less than adequate,
13  do you?
14      A   I don't have any evidence of that.
15      Q   You don't have any evidence that any equipment
16  that should have been replaced was not replaced, do you?
17          MR. SALAZAR:  Objection.  Calls for an expert
18  opinion.
19      A   I do know there was some discussions on that.  I
20  don't know the expert basis for it or the engineering basis
21  for it.
22      Q   (BY MR. WEDEMEYER)  Well, isn't it true that there
23  was HVAC equipment out at the schools that had seven or
24  eight years left on their useful life, but instead of simply
25  cleaning and repairing that equipment BISD purchased all new
```

MIGUEL SALDANA

Page 100
July 23, 2004

1   A   Oh, sure okay.
2   Q   All right. I know you were sitting here during
3   some of the depositions this week where we've looked at
4   Exhibit 15, and you may have looked at it in connection with
5   that, but have you ever sat down and studied this document?
6   A   No, sir.
7   Q   All right. You can't confirm either, you know,
8   the accuracy or whether -- or the completeness of the
9   Exhibit 15?
10  A   No, sir, I can't.
11  Q   All right. That's for somebody else?
12  A   It's apparently an accounting of some sort and I
13  would defer to Mr. Fuller or Mr. Sanchez and their areas of
14  expertise in that respect.
15  Q   Do you know if there's any additional damages or
16  amount that should be added to Exhibit 15?
17  A   No, sir, at this point, other than what has been
18  discussed and whatever Mr. Fuller and Mr. Sanchez have
19  testified to.
20          MR. SALAZAR: Passing?
21          THE WITNESS: No, he's . . .
22  Q   (BY MR. WEDEMEYER) I want to go back briefly and
23  follow up on your answer concerning what damages may have
24  resulted in BISD's mind from the non-disclosure of the
25  EFI/GAB relationship. Can you identify any dollar amount

MIGUEL SALDANA

Page 101
July 23, 2004

```
 1  that BISD has had to spend because of that nondisclosure?
 2       A    No.
 3            MR. SALAZAR:  Objection.  Calls for a legal
 4  conclusion.  Also calls for expert opinion.
 5       A    It is beyond my -- it is beyond my level of
 6  expertise.
 7       Q    (BY MR. WEDEMEYER)  Mr. Saldata, that's all the
 8  questions I have for you.  I appreciate your time today.
 9       A    Thank you, sir.
10            MR. SALAZAR:  We reserve the right to recall
11  Mr. Saldata at trial.
12            MR. WEDEMEYER:  Got any other witnesses on
13  Depo Exhibit No. 1, the notice for today?
14            MR. SALAZAR:  No, that's it.
15            MR. WEDEMEYER:  All right.  Are we gonna have
16  some more for the future or are we gonna have to --
17            MR. SALAZAR:  Only the future will tell.  Are
18  we off the record?
19            VIDEOGRAPHER:  We're still on.
20            MR. WEDEMEYER:  There's several topics on
21  there that nobody's been designated on and that -- I mean,
22  seriously, that's my question.  Are you gonna put up another
23  witness on those topics or are you objecting to the topics
24  or what's --
25            MR. SALAZAR:  I will put the witnesses on for
```