# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES** | ' | |
| **INSURANCE COMPANY** | ' | |
| | ' | |
| **vs.** | ' | **CIVIL ACTION NO. B-03-109** |
| | ' | |
| **BROWNSVILLE INDEPENDENT** | ' | |
| **SCHOOL DISTRICT.** | ' | |

## **AFFIDAVIT**

| | |
|---|---|
| THE STATE OF TEXAS | ' |
| | ' |
| COUNTY OF HARRIS | ' |

BEFORE ME, the undersigned authority, on this day, personally appeared **STEPHEN R. WEDEMEYER**, who, being duly sworn upon his oath according to law, did depose and state the following:

"My name is Stephen R. Wedemeyer. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

I am an attorney licensed to practice in the State of Texas. I am one of the attorneys for Royal Surplus Lines Insurance Company ("Royal") in the above styled and numbered cause. Attached hereto as Exhibits 1-4 are true and correct copies of excerpts of deposition transcripts taken in this matter."

FURTHER AFFIANT SAYETH NOT.

Stephen R. Wedemeyer

SUBSCRIBED AND SWORN TO on this 29th day of October, 2004.

CANDY CAMBRON
Notary Public, State of Texas
My Commission Expires 04-30-2005

Notary Public, State of Texas

548014v.1