Case 1:03-cv-00109   Document 78-4   Filed in TXSD on 10/29/2004   Page 1 of 3

July 22, 2004

HECTOR GONZALEZ

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE SOUTHERN DISTRICT OF TEXAS
 3                          McALLEN DIVISION
 4   ROYAL SURPLUS LINES             °
 5   INSURANCE COMPANY               °
 6                                   °
 7   VS.                             °   CIVIL ACTION NO. B-03-109
 8                                   °   JURY DEMANDED
 9   BROWNSVILLE INDEPENDENT         °
10   SCHOOL DISTRICT                 °
11   ------------------------------------------------------------
12                       ORAL DEPOSITION OF
13                        HECTOR GONZALEZ
14                         July 22, 2004                 COPY
15   ------------------------------------------------------------
16    Oral deposition of HECTOR GONZALEZ, produced as a
17   witness at the instance of the Plaintiff, and duly sworn, was
18   taken in the above-styled and numbered cause on July 22,
19   2004, from 8:18 a.m. to 10:20 a.m. before Ronald Dunagan, CSR
20   in and for the State of Texas, reported by oral stenography
21   at the offices of the Brownsville Independent School
22   District, 1900 Price Road, Brownsville, Cameron County, Texas
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
```

7800 IH-10 WEST, SUITE 100     SAN ANTONIO, TEXAS 78230               (800) 969-3027

3

HECTOR GONZALEZ

Page 38
July 22, 2004

```
 1
 2    Q Okay.
 3    A But not anything concerning to the scope of work.
 4    Q Okay.  Are the normal type things you have during a
 5    construction project?
 6    A Definitely.
 7    Q Mr. Gonzalez, can you identify any damage that was
 8    caused to a particular area within the school that resulted
 9    from water escaping from a cracked or broken plumbing
10    fixture?
11              MR. SALAZAR:  Objection, calls for an expert
12    opinion.
13    A As far as -- you'd have to ask EFI on that.  I
14    can't recall.  They're the engineers.  They're the ones that
15    would be able to determine that.  I can't determine any of
16    that.
17    Q You're not aware of any that were reported to you?
18    A Specifically if somebody came and told me this is
19    what was done, no.
20    Q You're not aware where anybody reported to you that
21    there was a broken or cracked plumbing fixture or pipe where
22    water was leaking out and causing damage?
23    A You'd have to ask EFI.  They're the ones that
24    represent BISD in these areas.  They're the experts.
25    Q Okay, but my question is you're not aware of any
26    report made to you that there was a broken or cracked pipe or
```

HECTOR GONZALEZ

Page 39
July 22, 2004

```
 1
 2   plumbing fixture that was leaking water and causing damage?
 3              MR. SALAZAR:  Objection, it's been asked and
 4   answered.
 5    A Not directly to me verbally or anything now.  No.
 6    Q Okay, or reported otherwise?  You said --
 7    A I don't know.  I can't answer that.  I don't know.
 8   EFI represents BISD, they're the experts on that.  You'd have
 9   to ask Rick Anderson or Lee Burkle on those things.
10    Q All right, but sitting here today you can't
11   identify any occasion where it was reported to you that a
12   broken or cracked pipe or plumbing fixture had leaked water
13   and caused damage to the schools?
14    A Once again I defer that EFI.  But to me, no.
15    Q So is that answer, no, that you can't identify any
16   occasion where that was reported to you?
17              MR. SALAZAR:  Objection, it's been asked and
18   answered.
19    A Could have been done through paperwork or whatever
20   concerning -- I don't know.  I'm not going to sit here and
21   contradict myself and say, look, in this piece of paper that
22   was mailed to Mr. Tapia this is what it said.  I don't know.
23   Like I said directly, verbally, no.  Through other types of
24   communication I don't know.  Those I depend totally on EFI to
25   do.  That was their job.  That's what they were hired to do.
26    Q Do you know when the damage that is made a part of
```