```
1    04-M-70174 mkh
2
3              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
4                     BROWNSVILLE DIVISION
5
     ROYAL SURPLUS LINES           *
6    INSURANCE COMPANY,            *
             Plaintiff,            *
7                                  *
     VS.                           * CIVIL ACTION NO. B-03-109
8                                  *
     BROWNSVILLE INDEPENDENT       *
9    SCHOOL DISTRICT,              *
             Defendant.            *
10
11
12
13
14
     *********************************************
15                   ORAL DEPOSITION OF
                        LEE BURCKLE
16                   OCTOBER 26, 2004
     *********************************************
17
18
19
20   ORAL AND VIDEOTAPED DEPOSITION of LEE BURCKLE, produced as
     a witness at the instance of the Plaintiff, and duly
21   sworn, was taken in the above-styled and numbered cause on
     the 26th of October, 2004, from 1:11 p.m. to 4:40 p.m.,
22   before Mary Kay Hendricks, CSR in and for the State of
     Texas, reported by machine shorthand, at the offices of
23   Engineering and Fire Investigations, 9700 Richmond, Suite
     201, Houston, Texas, pursuant to the Federal Rules of
24   Civil Procedure and the provisions stated on the record or
     attached hereto.
25
```

```
 1        Q.   Is there any reason that -- if EFI determined
 2   that a certain building system was contributing to the
 3   mold problems at the school that EFI would leave that out
 4   of its report?
 5        A.   Repeat that, please.
 6        Q.   Sure.  EFI was -- was hired to find out what was
 7   contributing to the mold at the schools and then prepared
 8   a report to BISD explaining those findings, correct?
 9        A.   Yes, sir.
10        Q.   All right.  Did EFI include all of -- all of the
11   contributing causes that it found, or did it include some
12   and leave some out?
13        A.   To my knowledge, those items that we found as
14   contributors were identified in the report.
15        Q.   EFI had no reason to -- to leave any out that it
16   found, correct?
17        A.   That would be correct.
18        Q.   Mr. Burckle, you're not aware that EFI ever
19   found any broken or cracked pipes that were leaking water
20   into the school and causing damage to the schools, did
21   you?
22        A.   I'm not aware of that.
23        Q.   And you've never seen that in any reports that
24   EFI has issued?
25        A.   Not that I recall.
```

Lee Burckle                                                                                          October 26, 2004

Page 26

1    Q.   Did EFI identify any holes in the roof or the --
2    or the walls of the buildings at the schools that were
3    caused by, you know, hail or wind or tornado or anything
4    like that that let the rain pour through the roof and
5    damage the interior?
6    A.   Not that I recall.
7    Q.   Mr. Burckle, are you aware of anything that
8    would provide someone a basis for concluding that mold and
9    other damage at the Aiken and Besteiro schools were the
10   result of water leaking out of broken or cracked pipes or
11   plumbing fixtures?
12   A.   I'm not aware of that.
13   Q.   You're not aware of any broken drain pipes that
14   were allowing water to leak into the school interiors?
15   A.   No, sir.
16   Q.   Are you aware of any broken or cracked roof
17   drain hubs that were allowing water to leak into the
18   school and cause damage?
19   A.   Not that I recall.
20   Q.   And if there was something like that that EFI
21   found, it would have been documented in EFI's report,
22   correct?
23   A.   Should have been.
24   Q.   Mr. Burckle, let me direct your attention to
25   page EFI 1098 in the report marked as Exhibit 5.

Lee Burckle                                                              October 26, 2004

Page 32

```
 1        A.    Yes.  It's still speculation.  I don't know the
 2   answer to the question.
 3        Q.    (BY MR. WEDEMEYER)  Okay.  That's not something,
 4   in your course of construction management and construction
 5   monitoring, that you've run across over the years?
 6        A.    What?
 7        Q.    The construction manager at risk and the impact
 8   that that may have on the cost of the overall project?
 9        A.    That's correct.
10        Q.    Did EFI hire a roofing contractor in connection
11   with EFI's work with Brownsville Independent School
12   District?
13        A.    Yes, sir.
14        Q.    Who did EFI hire?
15        A.    A company by the name of Aestimo.
16        Q.    What was Aestimo hired to do?
17        A.    To evaluate the roof for potential leaks.
18        Q.    And Aestimo did so?
19        A.    Yes, sir.
20        Q.    And Aestimo later provided construction
21   monitoring services in connection with the repairs that
22   were made to the roof.  Is that correct?
23        A.    Yes, sir.
24        Q.    Did Aestimo prepare a report to EFI detailing
25   its findings at Aiken and Besteiro?
```

Lee Burckle                                                                October 26, 2004

Page 33

```
 1        A.    Yes, sir.
 2               (Exhibit No. 8 marked.)
 3        Q.    (BY MR. WEDEMEYER)   Is the document that we
 4   marked as Deposition Exhibit No. 8 the final report that
 5   Aestimo provided to EFI at the conclusion of their
 6   assessment of the Aiken and Besteiro roofs?
 7        A.    Yes, sir.
 8        Q.    For the -- strike that.  Were Aestimo's findings
 9   and recommendations that Aestimo included in their report
10   marked as Exhibit 8 -- were those taken by EFI and
11   included in EFI's report to BISD that has been marked as
12   Deposition Exhibit No. 5?
13        A.    I believe that's correct.
14        Q.    Before I even mark this, I'll just ask you.
15   Page EFI 1253, is that also Mr. Anderson's handwriting?
16        A.    Yes, sir.
17        Q.    You're learning the right answer to give.  "Ask
18   Mr. Anderson."
19        A.    It's a function of truth.
20        Q.    It just happens to be convenient.  Do you know
21   the total amount that BISD was billed by EFI in connection
22   with all of EFI's services that were provided in
23   connection with the two schools?
24        A.    Off the top of my head, no, but I could
25   certainly get the information for you.
```

Lee Burckle  October 26, 2004

Page 43

```
 1   during your deposition or set forth in Exhibit No. 5, the
 2   report?
 3        A.   No, sir.
 4        Q.   Other than what is contained in the report
 5   marked as Exhibit No. 5, do you have any other opinions as
 6   to what was contributing to the damages to the interior of
 7   the buildings at Aiken and Besteiro?
 8        A.   No, sir.
 9        Q.   And just -- just so we're sure, you're not aware
10   of any other report other than Deposition Exhibit No. 5
11   that EFI issued.
12        A.   No, sir.
13        Q.   Unless otherwise stated, have you understood the
14   questions I've asked you today?
15        A.   Yes, sir.
16             MR. WEDEMEYER:  Appreciate the time and
17   I'll pass the witness.
18
19                        EXAMINATION
20
21        Q.   (BY MR. SALAZAR)  Good afternoon, Mr. Burckle.
22   We've met before, correct?
23        A.   Yes, sir.
24        Q.   And on a previous occasion you called my office
25   and asked me about being deposed today and this subpoena,
```

```
1       Q.    Same formula you use to find out what the damage
2   is and what's causing the damage?
3       A.    Conceptually, yes, but on a different order of
4   magnitude.
5       Q.    So it may take you longer.  It may take more
6   people than it might for a smaller facility.  Is that
7   correct?
8       A.    Yes, sir.
9       Q.    If you would look back to Exhibit No. 5, the
10  January, 2003, report.  You were directed to
11  page 1.3 (sic) of the report, in particular the second
12  paragraph that references leaks in the chilled water
13  piping system.  Do you recall that?
14      A.    Yes, sir.
15      Q.    Now, there are different reasons that you may
16  have a water leak.  Is that correct?
17      A.    Certainly.
18      Q.    You may have a roof leak.  You may have a
19  plumbing leak and even -- there's even a greater
20  distinction.  Within roof leaks -- you can have roof leaks
21  because of different reasons, correct?
22      A.    Certainly.
23      Q.    You could have a hole in a roof from a
24  hurricane, correct?
25      A.    Yes.
```

Lee Burckle                                                                 October 26, 2004

Page 112

1    Q.    You could have a hole in a roof due to hail.
2  You could have part of a roof ripped off due to wind,
3  correct?
4    A.    Yes, sir.
5    Q.    You could have deteriorating sealant or
6  improperly applied flashing that could allow water
7  penetration through the roof as well.
8    A.    Yes, sir.
9    Q.    And many other causes, correct?
10   A.    Yes, sir.
11   Q.    And as far as a water leak or a plumbing leak --
12 Mr. Frasier (sic) has used over and over again water
13 leaks, but that's really a generic term, isn't it?  You
14 can have a water leak for various reasons?
15   A.    Yes.
16   Q.    You can have a water leak because pipe is broken
17 in half.  Isn't that right?
18   A.    Yes.
19   Q.    You can have a water leak because there's a
20 crack in a pipe.
21   A.    Yes.
22   Q.    You can have a water leak because the pipe has
23 become disconnected from a pipe joint.  Is that correct?
24   A.    Yes.
25   Q.    You can have a loose fitting.

Lee Burckle                                                         October 26, 2004

Page 113

1      A.   Yes.
2      Q.   You can have a pipe that is improperly installed
3  into its fitting where it doesn't make a tight fit.  Is
4  that correct?
5      A.   Yes, sir.
6      Q.   You could also have a deteriorated ceiling --
7  sealant at a pipe joint that allows a pipe to leak.  Is
8  that correct?
9      A.   Yes.
10     Q.   All right.  In paragraph 1.3 there where it
11 refers to the phrase "leaks," does the report indicate
12 what's causing that leak?  Does it indicate there's a
13 break or a crack in any pipe or plumbing system,
14 Mr. Burckle?  The second-to-last sentence in the second
15 paragraph is where you were directed to earlier.  It
16 begins with "Further."  "Further, due to leaks, chilled
17 water flowing in the piping system is heavily corroded and
18 contains air"?
19     A.   Yes.
20     Q.   Is there any indication that the chilled water
21 piping or any other part of this system has a break or
22 crack in it?
23     A.   The sentence prior to it says, "A review of the
24 chilled water piping reveals that the piping has corroded
25 behind the insulation in a number of areas leading to

Lee Burckle                                              October 26, 2004

Page 116

1  indication in the first bullet point there as to what is
2  causing the roof leaks?
3       A.   No, sir.
4       Q.   And there's no indication as to what is causing
5  the HVAC piping to leak, is there?
6       A.   That's correct.
7       Q.   It doesn't indicate there's any break or crack
8  in that piping?
9       A.   That's correct.
10      Q.   It doesn't indicate that the -- that the pipe is
11 loose.
12      A.   That's correct.
13      Q.   It just doesn't say, does it?
14      A.   That's correct.
15      Q.   And the last bullet on page 2.7, again, it talks
16 about leaking/condensating HVAC equipment/piping.  And,
17 again, that doesn't indicate why the HVAC equipment or
18 piping is leaking, does it?
19      A.   That's correct.
20      Q.   All right.  It doesn't indicate there's any
21 break or crack in -- in that pipe or equipment.  Is that
22 correct?
23      A.   That's correct.
24      Q.   Now, after -- strike that.  You were also asked
25 about various charts that appear in EFI's report for the

Lee Burckle　　　　　　　　　　　　　　　　　　　　　　　　　October 26, 2004

Page 119

1　　　A.　　If the intent of that statement was to say
2　　that's caused by a roof leak, no, it does not.
3　　　Q.　　All right. Let's -- let me direct your
4　　attention to page 2-38 of your report marked as Exhibit 5.
5　　And, again, this -- the last sentence of that paragraph
6　　references that classroom (sic) have had previous chilled
7　　water leaks evident by heavy rust stains on the floor and
8　　ceiling tiles below the HVAC units, correct?
9　　　A.　　Yes.
10　　　Q.　　But as we've -- as we've looked at in other
11　　sections, although it refers to a, quote, water leak,
12　　unquote, it doesn't indicate the cause of that leak, and
13　　it doesn't indicate that there's any break or crack in
14　　either piping or HVAC equipment, does it?
15　　　A.　　That's correct.
16　　　Q.　　Paragraph "e" of page 2-40 again uses the phrase
17　　"chilled water leaks," and it says that these have
18　　apparently occurred due to galvanic corrosion. Can you
19　　explain to the jury what galvanic corrosion is?
20　　　A.　　When two dissimilar metals are connected, they
21　　have an ability to corrode.
22　　　Q.　　Would you agree that in building a building, you
23　　should not connect metals -- dissimilar metals because
24　　galvanic corrosion may result?
25　　　A.　　Certainly that has the possibility to happen.

Lee Burckle

October 26, 2004

Page 122

```
1       A.    It could get old and wear out.
2       Q.    Is that something that you -- you should do in
3  maintaining a building, check the seals to make sure
4  there's -- they're not deteriorated and leaking?
5       A.    The seals have a useful life.  At some point
6  they will wear out.
7       Q.    And when they wear out, you've got to replace
8  them?
9       A.    Yes, sir.
10      Q.    Now, Mr. Burckle, I asked you early on in your
11 deposition a question and it was later mischaracterized.
12 So I want to go back and ask you the question again after
13 you've gone through this report two or three times today
14 during your deposition.
15            MR. SALAZAR:  I'm going to object to the
16 sidebar.
17      Q.    (BY MR. WEDEMEYER)  Do you recall seeing, being
18 told or -- or indicated there in your report that there
19 was a broken or cracked pipe that allowed water to come
20 out of that pipe or system and damage interior building
21 materials in either Aiken or Besteiro?
22      A.    As I sit here, I don't recall in the report
23 something that indicates a broken line.
24      Q.    I --
25      A.    A broken line.
```

Esquire Deposition Services
Phone (713) 524-4600

3401 Louisiana, Suite 300
(800)757-9532

Houston, Texas 77002
Fax (713) 524-4951

Lee Burckle                                                              October 26, 2004

Page 123

1  Q.    Or a cracked line.
2  A.    Or a cracked line.
3          MR. WEDEMEYER: Mr. Burckle, I appreciate
4  your time and I'll pass the witness.
5
6                    EXAMINATION
7
8  Q.    (BY MR. SALAZAR) Mr. Burckle, earlier you
9  were -- you were asked about -- there was a section in --
10 in the report that talked about corrosion and water leaks?
11 A.    Okay.
12 Q.    If you're not present, which I know that you
13 didn't -- you were not present when this occurred. I'm
14 talking about the corrosion of the water leak. Is that
15 correct?
16 A.    I assume you're talking about corrosion of the
17 piping?
18 Q.    Yes, sir. I'm talking about corrosion of the
19 piping, yes, sir. If you're not there to physically see
20 what happens first, the corrosion or the water leak, can
21 you, with any scientific -- reasonable scientific
22 certainty, tell the judge or the ladies and gentlemen of
23 the jury what occurs first, the corrosion or the water
24 leak?
25         MR. WEDEMEYER: Objection, form.