

# AESTIMO, INC.
Facilities Engineering Consultants

December 17, 2002

**EFI**
9700 Richmond Avenue, Suite 201
Houston, Texas 77042

Attention:  Mr. Lee Burckle
            Office Manager

Subject:   **Roof Condition Assessment**
           Besteiro Middle School/Aiken Elementary School
           Brownsville ISD
           Brownsville, Texas
           Aestimo Project No. 020566-01

Dear Mr. Burckle:

Aestimo, Inc. (AESTIMO) is pleased to report that we have completed a Roof Condition Assessment at the above-referenced facility. The findings of our work, together with recommendations, are presented in the attached report. As requested, we have followed the report format provided by Mr. Burckle during a meeting on December 3, 2002.

This assessment was authorized by Mr. Lee Burckle, of EFI, and has been performed in accordance with our proposal dated October 23, 2002, and the terms and conditions of our Subcontractor Agreement Number 98410-01-16, dated April 3, 2001. Reliance on this report, in any way by parties other than EFI and its client, is subject to the contractual terms and conditions in effect between AESTIMO and EFI for this project. The observations, findings, and conclusions within this report are based on our professional judgment and information obtained during the course of this assessment. If any additional information is known or encountered concerning the site, it should be forwarded to AESTIMO for possible reevaluation of conclusions and recommendations presented herein.

Please review our report and contact us at (281) 556-1522 if you have any questions or comments. We appreciate the confidence EFI has shown in us as a consultant and look forward to continuing our professional relationship on future projects.

Sincerely,

AESTIMO, INC.

Brian D. Bonczynski, E.I.T.          John C. Fairchild, P.E.
Project Engineer                      Principal Engineer

EFI 01372

11999 Katy Freeway, Suite 520        Houston, Texas 77079        (281) 556-1522   (281) 556-1546 fax

5

## 2.06 ROOF CONDITION ASSESSMENT

A.  **Purpose and Scope of Services**

The purpose of this Roof Condition Assessment was to observe and document readily visible roofing materials and systems and to identify defects and deficiencies which might significantly affect the integrity of the system to prohibit water infiltration. Recommendations are provided for observed deficiencies. We understand that the facility will continue to operate as a school.

Our services for this project have included the following:

1. Review of existing project drawings.
2. Interviews with personnel familiar with the facility.
3. Fieldwork to review and document general condition of the roof, roof-mounted appurtenances, existing leaks and existing deficiencies.
4. Evaluation of the existing roof system and alternatives for corrective action.

B.  **Interviews**

Interviews were conducted with personnel familiar with the facility to obtain information relative to the condition of the roof.

The following individuals were interviewed:

> Mr. Oscar Tapia                    Mr. Raul Vasquez
> *Superintendent*                   *Former Principal*
> *Brownsville ISD*                  *Current Administrator*
>                                    *Besteiro Middle School*

Mr. Vasquez provided the following information:

➢ There are no current active leaks at either Aiken Elementary or Besteiro Middle School.

➢ Shortly after Aiken Elementary was completed, persistent roof leaks occurred in the corridor at the intersection of the Wing A addition and the north wall of the original Besteiro Middle School.

➢ New cementitious drop ceiling tiles were recently installed at Aiken Elementary School.

> Damaged ceiling tiles and evidence of previous water on the vinyl floor within the Aiken Elementary Cafetorium are the result of rooftop mechanical unit and are not a result of a roof leak. Reportedly, the water damage within this room was not associated with a rain event.

C. **Document Review**

EFI provided AESTIMO the following documents for review:

*Drawings*

AESTIMO obtained and reviewed the following drawings:

| | |
|---|---|
| Drawings: | Brownsville ISD<br>Middle School - Southmost Road (Besteiro MS) |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | January 23, 1993 |
| Sheets: | A48, A51, and A61 |

| | |
|---|---|
| Drawings: | Brownsville ISD<br>New Elementary School (Aiken ES) – Southmost Road and Additions to Raul A. Besteiro Jr. Middle School. |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | November 22, 1994 |
| Sheets: | A35 and A47 |

*Previous Reports/Documents Reviewed*

The following documents and previous reports were provided:

| | |
|---|---|
| Document: | Memorandum |
| From: | Mr. Sabas Lopez, Wilson Construction |
| To: | Mr. Bill McBride, Sechrist Hall |
| Dated: | August 22, 1995 |
| Subject: | Besteiro Middle School |
| Summary: | Wilson Construction (General Contractor) reported that Brownsville ISD has reported leaks at Besteiro Middle School during Elementary School construction and requested that Sechrist Hall (assumed to be the roof subcontractor) meet at site and review conditions. |

| | |
|---|---|
| Document | Memorandum |
| From: | Mr. Sabas Lopez, Wilson Construction |
| To: | Mr. Bill McBride, Sechrist Hall |
| Dated: | October 16, 1995 |
| Subject: | Besteiro Middle School |
| Summary: | Follow-up to August 22, 1995 memorandum. Confirmation of October 17, 1995 meeting at site to review roof conditions at Besteiro Middle School |

| | |
|---|---|
| Document: | Letter |
| From: | Mr. Sabas Lopez, Wilson Construction |
| To: | Mr. Oscar Tapia, Brownsville Independent School District |
| Dated: | October 19, 1995 |
| Subject: | Roof Leaks at Besteiro Middle School |
| Summary: | Site Visit Report regarding reported leak locations at Besteiro Middle School during the Elementary School construction. Leaks at north stairway and library caused by new construction/addition of Elementary School and will be addressed at end of construction. Leaks at Dining Room caused by refrigeration lines serving HVAC units and are not related to rain events. |

| | |
|---|---|
| Document: | Letter |
| From: | Mr. Jorge L. Mora, Carroll DuSang and Rand |
| To: | Mr. Oscar Tapia, Brownsville Independent School District |
| Dated: | October 31, 1995 |
| Subject: | Site Visit Report regarding a walk through of the Besteiro Middle School roof |
| Summary | Concrete coping joints at roof parapet are mortared in lieu of sealant. Through-wall flashing installed at base of rise wall at northeast corner of cafetorium and east wall of gymnasium was not installed properly. Contractor was to reinstall wall flashing and seal all joints in the precast concrete coping. |

| | |
|---|---|
| Document: | Memorandum |
| From: | Mr. Raul Vasquez, Besteiro Middle School, and Assistant Principal |
| To: | Mr. Oscar Tapia, Brownsville Independent School District |
| Dated: | May 1, 1996 |
| Subject: | Roof Leaks |
| Summary: | Identifying leaks at (1) cafeteria entrance, (2) band hall, (3) 1st floor teacher's lounge, and (4) new addition to band hall. |

D. **Observations and Findings**

*Introduction*

The subject facility is comprised of two campuses: Besteiro Middle School and Aiken Elementary. The facility includes a total of 23 separate roof areas that are typically divided by rise walls or parapet walls. The existing roofs on the facility currently include a built-up roof membrane at Besteiro Middle School and some type of built-up roof system with a granule-surfaced modified bitumen cap sheet at Aiken Elementary School and Wing A serving Besteiro Middle School.

Each roof area of the facility under consideration was observed and the existing systems and components were assessed. The following sections provide brief descriptions of the roof systems assessed, a list of observed conditions, including deficiencies, our general assessment of the roof areas, and recommendations for corrective action, if any.

*Observations*

The following summarizes general information related to the existing roof membrane systems at the subject facility:

| | |
|---|---|
| *Structural Framing:* | CMU walls supporting open web steel joists |
| *Roof Deck:* | Metal deck. |
| *Roof Slope:* | Based on visual observations, greater than 1/4 in/ft. |
| *Insulation:* | Per drawings, specified as 1 ½ inch rigid |
| *Membrane Type:* | Besteiro MS:<br>    Multi-ply built-up roof with aggregate surfacing.<br>Aiken Elementary:<br>    Assumed to be 1 or 2 plies of base felts with a granule surfaced modified bitumen cap sheet. |
| *Manufacturer:* | Information not provided. |
| *Age:* | Besteiro MS: 7years (original)<br>Aiken Elementary: 6 years (original) |
| *Bitumen/Adhesive:* | Asphalt |

| | |
|---|---|
| *Attachment:* | Besteiro MS:<br>   Roof Membrane: Hot asphalt to rigid insulation.<br>   Rigid Insulation: Mechanical fasteners to metal deck<br>Aiken Elementary:<br>   Roof Membrane: Hot asphalt or torch applied to rigid insulation<br>   Rigid Insulation: Mechanical fasteners to metal deck |
| *Surfacing:* | Besteiro MS: Aggregate surfacing embedded in hot asphalt<br>Aiken Elementary: Granule-surfaced modified bitumen |

In general, the following conditions were observed:

<u>Besteiro Middle School</u>:

a. A multi-ply asphalt built-up roof system with aggregate surfacing was observed at the roof areas serving Besteiro MS. However, a granule-surfaced modified bitumen cap sheet is provided at Wing A, which was an addition when Aiken Elementary was constructed.

b. Roof penetrations are typically limited to plumbing vent stacks, HVAC mechanical curbs, exhaust fans, and roof expansion joints.

c. Besteiro is divided into six wings (Wing A – Wing F) and a total of 13 separate roof areas, each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

d. Drainage for each roof area is accomplished by sheet flow to internal roof drains. The following summarizes our observations regarding roof drainage:
   i)   Roof drains are typically provided at the perimeters of the individual roof areas.
   ii)   Through-wall overflow scuppers are generally provided near each roof drain.
   iii)   Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
   iv)   Evidence of ponding water was observed in an isolated area near the southwest corner of Wing C. It appears that within this isolated area, water ponds between the parapet wall and the curb-mounted HVAC unit.
   v)   Roof drains generally appeared to be in good condition. However, debris has blocked or partially blocked the strainers above the Gymnasium, Cafetorium, Kitchen, Media Center and Wing A. Evidence of ponding water was generally observed adjacent to blocked roof drains.

EFI 01377

    vi) No through-wall scupper is provided adjacent to the drain at the northeast corner of the cafeteria, which allows a significant amount of water to pond within this area.

    vii) One damaged strainer was observed on the west side of Wing C. This strainer should be replaced to prevent debris from obstructing the drainpipe.

e. The perimeter roof areas are typically bound by parapet walls or rise walls. The following summarizes our observations regarding the parapet/rise walls.

    i) Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.

    ii) The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the gymnasium and the southwest corner of the kitchen.

    iii) Cracked mortar joints were observed at the concrete coping joints throughout the facility. "Band-aid" sealant joints were observed at many of the mortar joints. The sealant was typically observed to be in poor condition.

    iv) Expansion joints are regularly spaced in the masonry parapet and rise walls. At many locations, non-uniform sealant depth was observed. In addition, the sealant material was observed to generally be in poor condition, with missing sealant material observed in several locations including near the northeast corner of the cafetorium, southeast corner of the gymnasium, and southwest corner of Wing B.

    i) Wall expansion joints are not continuous through the precast concrete copings. As a result, the coping restrains movement at the top of the wall; however, no obvious evidence of damage resulting from restrained movement was observed at the coping or parapet walls.

    v) Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations including the following: southeast corner of gymnasium, northwest corner of Room 209, northeast corner of Room 213, and Wing C.

f. Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:

    i) Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.

    ii) Remedial application of sealant at the top of the counter flashing and counter flashing lap joints was observed along the east side of Wing C. It appears that the remedial sealant was applied to address specific leak locations.

EFI 01378

 iii) An open seam in the metal counter flashing was observed at the northwest corner of the mechanical room behind the cafetorium.

 iv) Remedial application of sealant was observed at the lap joints of the metal counter flashing throughout the facility. Observed locations included the east wall of Wing C, near the southwest corner of Room 209, northeast corner of Room 213, and above the north-south corridor in Wing B. The sealant at many locations was noted to be in poor condition and discontinuous.

g. Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashing serving the facility was generally observed to be in good condition; however, splits and/or discontinuities were observed at lap edges or corners in isolated areas at the perimeter of Wings A and B. In addition, discontinuities and/or open seams were observed at a number of HVAC curb locations.

h. In general, the roof membrane was generally observed to be in fair to good condition and the following observations were made with regard to the roof membrane:

 i) The aggregate surfacing was generally observed to be evenly distributed with adequate coverage; however, isolated bare areas with exposed flood coat and membrane were observed at Wings B, D, and E.

 ii) A roof blister was observed near the roof drain at the northeast quadrant of Wing B.

 iii) Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.

i. Roof expansion joints are provided at Wings B and C. Application of remedial sealant was observed at most of the locations where the roof expansion joint terminates at the parapet wall. In addition, sealant has been remedially applied on the pre-formed expansion joint membrane and the counter flashing material at regular intervals on the joints serving Wing B.

j. Rooftop pipes serving the HVAC equipment are typically supported by preformed pipe supports. At Wings B, D, E and F, the pipe supports were typically observed to bear directly on the aggregate surfacing, which increases the possibility of membrane puncture. Missing or damaged pipe supports or piping not bearing on pipe supports were also observed at Wings B, D and F.

k. Abandoned equipment and debris, such as pipe, mechanical equipment, and construction debris, was observed on the roof areas throughout the facility.

l. The antenna mounted above the kitchen is improperly flashed into the roof membrane. No flashing is provided at the base and the supports appear to be

Roof Evaluation    Aestimo Project No. 020566-01
Besteiro Middle School/Aiken Elementary   7   December 17, 2002

EFI 01379

      attached directly to the roof membrane. Membrane damage at the supports is a potential source for water infiltration.

m. A damaged exhaust fan was observed at Wing B above the Nurse's Office that should be repaired to limit the possibility of water infiltration at this roof penetration.

n. Two skylights are provided at Wing C. Remedial application of sealant material was observed at the perimeter each skylight unit.

o. No active roof leaks were reported; however, stained gypsum board or ceiling tiles were observed at the following locations:
    i)     Room 208 Storage Room - intersection of Wing A addition and original Besteiro Middle School construction.
    ii)    Room 217
    iii)   Room 219
    iv)   Room 220 – at roof drain
    v)    Room 222 – at HVAC unit
    vi)   Room 233 – at HVAC unit
    vii)  Wing A Girls Restroom – intersection of Wing A addition and original Besteiro Middle School construction.
    viii)  Skylight at 1st floor locker area
    ix)   Concourse area outside Boy's Locker Room (west side of gymnasium)
    x)    Corridor outside Music Room.
    xi)   Cafetorium – north wall, east wall, and below HVAC equipment in middle of room.
    xii)  Kitchen – north wall

p. Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. Reference those sections for identification of other areas of potential water infiltration.

EFI 01380

Aiken Elementary School:

a. A granule-surfaced modified bitumen cap sheet is provided at Aiken Elementary.

b. Aiken is divided into two wings (Wing G and Wing H) and a total of 10 separate roof areas each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

c. Drainage for each roof area is accomplished by sheet flow to internal roof drains. The following summarizes our observations regarding roof drainage:
   i) Roof drains are typically provided at the perimeters of the individual roof areas.
   ii) Through-wall overflow scuppers are generally provided near each roof drain.
   iii) Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
   iv) Roof drains generally appeared to be in good condition. However, debris, including vegetation growth, was observed at most of the roof drain strainers partially blocking the roof drains. Evidence of ponding water was observed adjacent to most of the roof drains.

d. The perimeter roof areas are typically bound by parapet walls or rise walls. The following summarizes our observations regarding the parapet/rise walls:
   i) Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.
   ii) The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the cafetorium.
   iii) Cracked mortar joints were observed at the concrete coping joints throughout the facility. "Band-aid" sealant joints were observed at many of the mortar joints. The sealant was typically observed to be in poor condition.
   iv) Expansion joints are regularly spaced in the masonry parapet and rise walls. The expansion joint sealant was observed to generally be in good condition; however, mortar instead of sealant was observed in two joints serving Wing H.
   v) Wall expansion joints are not continuous through the precast concrete copings. As a result, the coping restrains movement at the top of the wall; however, no obvious evidence of damage resulting from retrained movement was observed at the coping or parapet walls.
   vi) Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations.

EFI 01381

e. Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:
   i) Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.
   ii) Remedial application of sealant was observed at several lap joints of the metal counter flashing throughout the facility. It is assumed that the sealant was applied in an effort to address leak locations. The sealant at many locations was noted to be in poor condition and discontinuous.
   iii) A loose lap joint was observed at Wing G, which should be addressed to prevent water infiltration behind the base flashing.

f. Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashings serving the Aiken Elementary were generally observed to be in fair condition. Horizontal cracks were observed in the base flashing membrane at the roof perimeters, which is typically indicative of relative movement between the roof deck and the parapet wall. The cracks provide a potential source for water infiltration. In addition, discontinuities were observed at several of the HVAC mechanical curbs.

g. In general, the roof membrane was generally observed to be in fair to good condition. The following observations were made with regard to the roof membrane:
   i) Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.
   ii) A loose lap edge was observed in the field of the roof serving Wing G.

h. The ceiling tiles serving Aiken Elementary were recently replaced with a cementitious tile. Interior observations were made within limited areas of Aiken Elementary and no water-damaged ceiling tiles were observed.

i. Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. In general, it was reported that where evidence of water infiltration was observed within the ceiling plenum, it generally correlated with the roof perimeters. Reference those sections for identification of specific areas of potential water infiltration

E. **Conclusions/Recommendations**

Based on our observations, discussions with personnel familiar with the facility's roof history, and experience with similar projects, the following summarizes our opinions concerning the roof systems at Besteiro Middle School and Aiken Elementary to minimize the potential for water infiltration:

*Besteiro Middle School:*

a. The built-up roof membrane with aggregate surfacing was generally observed to be in fair to good condition, considering it's age. It is recommended that the aggregate surfacing be redistributed as necessary to cover exposed areas. In addition, the roof blister at Wing B should be cut out and repaired in accordance with recognized industry practices.

b. Provided roof drainage systems were generally observed to be adequate and in good condition; however, several repair items are recommended with regard to the drainage systems:
   i) As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper function. The blocked roof drain strainers cause areas of ponding water that can contribute to roof membrane degradation and water infiltration.
   ii) It is recommended that a new roof drain be remedially installed within the area of ponding water at the southwest quadrant of Wing C.
   iii) It is recommended that a new through-wall scupper be installed adjacent to the roof drain at the northeast corner of the cafetorium. Ponding water caused by an obstructed roof drain will adversely affect the roof membrane, base flashings and counter flashing materials and is possibly contributing to water infiltration problems within this area.
   iv) Damaged and missing roof strainers should be replaced to ensure that roof drains do not become blocked.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:
   i) Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on

       the excavation findings, the following alternatives may be recommended:
- If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping at all parapet walls be removed, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.
- If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate anticipated thermal movement.

  ii) Currently the parapet walls are not exhibiting damage resulting from the coping restraining the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

  iii) Cracks and discontinuities are present at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint utilizing backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

  iv) Damaged and missing precast concrete copings should be replaced.

  v) Expansion joint sealant material at the parapet walls was observed to be in poor condition with numerous locations that could allow water to infiltrate the building envelope. It is recommended that the sealant material be replaced. Although our observations were limited to the parapet walls, it is anticipated that the sealant material at the exterior wall sealant joints are in similar condition and should also be replaced.

d. The sealant material at the top of the metal counter flashings should be cut out and replaced. The new sealant should be installed such that water does not pond within the joint and is redirected away from the wall. In addition, it is recommended that sealant be remedially applied within counter flashing lap joints.

e. Tears, splits and discontinuities were observed in the base flashing materials at isolated roof perimeter locations and HVAC mechanical curb locations. The deteriorated base flashing assemblies should be repaired or replaced to prevent water infiltration.

f. Discontinuities and avenues for water infiltration are currently present at the roof expansion joint/parapet wall intersections. Remedially applied mastic and sealant indicates that these have historically been a source for water

infiltration. It is recommended that new flashing details be designed and installed at these locations. In addition, the preformed roof expansion joints serving Wing B should be replaced.

g. Pipe supports should be repositioned such that they are not bearing directly on the aggregate surfacing. Damaged and missing pipe supports should also be replaced. In addition, all pipes should be inspected to ensure that they are properly bearing on the pipe supports.

h. The damaged exhaust fan at Wing B should be repaired to limit the possibility of water infiltration at this roof penetration.

i. The antenna on the kitchen should be removed and reinstalled with the supports properly flashed into the roof system.

j. Abandoned equipment, such as pipe, mechanical equipment and construction debris, can puncture the roof membrane and it is recommended that all debris be removed from the roof areas.

*Aiken Elementary School:*

a. The built-up roof system with granule-surfaced modified bitumen cap sheet was generally observed to be in fair to good condition. The amount of granule loss appeared to be more than would typically be expected for a roof of this age; however, no recommendations are proposed with regard to this issue. The roof areas should be inspected and all loose lap edges should be repaired.

b. Roof drainage systems were generally observed to be adequate and in good condition. As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper drainage. Blocked roof drain strainers cause areas of ponding water that can degrade the roof membrane. In addition, ponding water increases the opportunity of water infiltration.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:
   i) Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on

the excavation findings, the following alternatives may be recommended:

- ➢ If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping be removed at all parapet walls, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.
- ➢ If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate the anticipated thermal movement.

ii) Currently the parapet walls are not exhibiting damage resulting from the coping being restrained by the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

iii) Cracks and discontinuities are provided at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint consisting of backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

iv) Damaged and missing precast concrete copings should be replaced.

v) At those parapet wall expansion joints that are filled with mortar, the mortar should be removed and backer rod and sealant material installed at the expansion joint.

d. The base flashing membrane at the perimeter roof locations was observed to be in fair to poor condition. If water is not currently infiltrating the building envelope at the horizontal cracks in the base flashing membrane, it should be expected that future relative movement between the roof deck and parapet wall will provide an avenue for water infiltration. It is recommended that the base flashings be repaired or replaced at the roof perimeters serving this facility and designed such that the base flashings are isolated and are not affected by relative movement between the wall and roof deck. New counter flashing is expected to be installed as part of the base flashing repairs.

e. Tears, splits and discontinuities were observed in the base flashing materials at isolated HVAC mechanical curb locations. The deteriorated base flashing assemblies should be repaired to prevent water infiltration.

F.  **Report Qualifications**

This report is intended to provide an assessment of the roof conditions observed at the facility at the time of our site visit. A comprehensive study to identify, document, and evaluate every existing defect or deficiency at the facility was not conducted.

The opinions and recommendations presented are based on observations, a review of available documents as previously noted, and discussions with personnel familiar with the property. No calculations have been performed to determine the adequacy of the facility's original design. It is possible that defects and/or deficiencies exist which were not readily accessible, visible, or which were inadvertently overlooked. In addition, other problems may develop with time that were not evident at the time of the assessment.

The opinions and recommendations in this report should not be construed in any way to constitute a warranty or guarantee regarding the current or future performance of any system identified.

EFI 01387