1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                       BROWNSVILLE DIVISION

 3     _____ )
                                   )
       ROYAL SURPLUS LINES INSURANCE)
 4     COMPANY                      )
                                    )
 5                                  ) CIVIL ACTION NO.
       VS.                          ) B-03-109
 6                                  )
       BROWNSVILLE INDEPENDENT SCHOOL)
 7     DISTRICT                     )
       _____ )
 8

 9                         MOTIONS HEARING
             BEFORE THE HONORABLE ANDREW S. HANEN
10                         JUNE 29, 2004

11     APPEARANCES:

12     For the Plaintiff:         Mr. Jay W. Brown
                                  Mr. Stephen Russell Wedemeyer
13                                Beirne, Maynard & Parsons, L.L.P.
                                  1300 Post Oak Boulevard, Suite 2500
14                                Houston, Texas  77056

15     For the Defendant:         Mr. Baltazar Salazar
                                  1612 Winbern
16                                Houston, Texas  77004

17     For the Defendant:         MR. CRAIG STEPHEN SMITH
                                  14493 SPID
18                                Suite A, PMB 240
                                  Corpus Christi, Texas  78418
19
       For the Defendant:         MR. RAMON GARCIA
20                                MS. CATHERINE W. SMITH
                                  Law Offices of Ramon Garcia
21                                222 W. University
                                  Edinburg, Texas  78539
22
       For the Defendant:         MR. MIGUEL A. SALDANA
23                                Suite 109, 302 Kings Highway
                                  Brownsville, Texas  78521
24

25
```

# CERTIFIED
# COPY

6

1    THE COURT:  All right.

2    MR. BROWN:  And significantly, Your Honor, in the

3 lawsuit that BISD is involved in, we have been trying since

4 January to get documented information as to the settlements that

5 BISD has made to its benefit and, you know, filed a motion to

6 compel on that and not received that information.  But we do

7 know, we have submitted documentation to the court, a letter and

8 a copy of a check of a settlement from RBM Engineering, where

9 RBM Engineering paid to BISD $170,000.  And we have reports from

10 the lawyers involved that CRC Engineering has settled with BISD.

11 They did the HVAC rework in 1999.  That the group of architects

12 has settled with BISD, and basically that everybody but the

13 contractors, D. Wilson and Stolter, have settled.  So that is

14 further evidence of beneficial settlements, favorable

15 settlements that BISD has obtained through their allegations in

16 the state court lawsuit.

17    THE COURT:  Mr. Salazar, the contractors, we still

18 have -- and I don't care if it's the exact number, but we have

19 four people going to arbitration, and, you know, let's say 18

20 people on appeal.  Those 22 entities or individuals are in

21 addition to those that have already settled?

22    MR. SALAZAR:  Yes, Your Honor.  We have made three

23 settlements.  We've had one with RBS, which was for $170,000, we

24 had one with CRC for 50,000 and we had one with the Mijares Mora

25 Group/Carrol, Dusang & Rand, which were the architects of the

1    school for 100 -- $250,000, Your Honor.

2         THE COURT:  Okay.

3         MR. SALAZAR:  Total, we have $470,000 in settlements

4    that we have had.  And those are what we consider very, very

5    minor players in that suit.  None of the contractors, none of

6    the subcontractors have settled this case.  The two main

7    contractors, which is D. Wilson and Stotler Construction, the

8    general contractors, have not settled, and none of the

9    subcontractors have settled.  The only three entities have been

10   two engineering firms and one architectural firm, Your Honor.

11        THE COURT:  While I've got you both up here, is there

12   going to be an instance in this case -- let's assume -- let's

13   assume I don't abate this case and we go forward and this case

14   goes to trial first.  If the insurance company -- and I'm not

15   saying Mr. Brown is going to do this, but let's assume it.  He

16   spends his time and effort proving that the cause is something

17   other than an insured loss or that it falls into an exclusion

18   somehow.  Is that going to -- what's that going to do to your

19   lawsuit against those people?  Is it going to hurt it?

20        MR. SALAZAR:  It will not affect it.

21        MR. BROWN:  It might help it, Your Honor.  After all,

22   his lawsuit is for defective engineering, defective design,

23   defective construction, and defective and improper maintenance.

24   Those are all exclusions.  But again, that's once we get into

25   the meat of the policy.  Before we get there, the insured has

1   February or so; and in our last telephonic conference, the

2   representation was made that they would be verified.  They still

3   haven't been verified.

4          THE COURT:  Let's take those one at a time.  Are the

5   settlements confidential or confidentiality agreements in there?

6          MR. SALAZAR:  No, Your Honor.

7          THE COURT:  All right.  Well, let's produce them.

8          MR. SALAZAR:  Yes, Your Honor.

9          THE COURT:  Now, and let's also verify the interrogatory

10  answers.

11         MR. SALAZAR:  Yes, Your Honor.

12         THE COURT:  Let's switch gears then.  .Are we done?

13  Let's talk about experts.

14         MR. SALAZAR:  Yes, Your Honor.

15         THE COURT:  Well, hold on.  I -- I asked Mr. Brown about

16  documents that they hadn't gotten.  I didn't ask you about

17  documents you hadn't gotten.  Are there documents that the

18  school district is owed?

19         MR. SALAZAR:  Yes, Your Honor.  We've only -- we don't

20  have any documents from Royal's file.  We had a -- we requested

21  production early on, January or February.  We have gotten zero

22  documents to that response.  The only response we've gotten from

23  opposing counsel was all the discovery that we gave them.  They

24  Bates stamped it and gave it back to me.  We don't -- I have one

25  document from Royal's file that says it's a fax cover sheet