MIGUEL SALDANA

Page 1
July 23, 2004

```
            Oral and Videotaped Deposition - Miguel Saldana
                                           July 23, 2004


                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION

ROYAL SURPLUS LINES          )
INSURANCE COMPANY,           )
        Plaintiff,           )
                             )
vs.                          )  CASE NO. B-03-109
                             )
BROWNSVILLE INDEPENDENT      )
SCHOOL DISTRICT              )
        Defendant.           )


                  ORAL AND VIDEOTAPED DEPOSITION

                         MIGUEL SALDANA

                        JULY 23, 2004
```



ORAL AND VIDEOTAPED DEPOSITION OF MIGUEL SALDANA, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 23rd day of July, 2004, from 8:51 a.m. to 12:03 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Brownsville I.S.D., 1900 Price Road, Brownsville, Texas  78521, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

(210) 377-3027                ESQUIRE DEPOSITION SERVICES            FAX(210) 344-6016
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230               (800) 969-3027

1

MIGUEL SALDANA

Page 73
July 23, 2004

```
1   the pleadings and the position of the district.
2       Q    And you agree that BISD has asserted claims
3   against those entities that I listed?
4       A    Yes, sir.
5       Q    Has BISD settled any of its claims that it made in
6   connection with the Aiken and Besteiro schools?
7       A    I believe there has been some settlements, yes,
8   sir.
9       Q    All right.  Can you tell me who the entities are
10  that BISD has settled claims with in connection with the two
11  schools?
12      A    I believe you've listed them in No. 3 of
13  Deposition No. 1.
14      Q    RBM Engineering?
15      A    RBM.
16      Q    Do you know if the amount of that settlement was
17  $170,000?
18      A    Sounds about right.
19      Q    And BISD settled with CRC Engineering for $50,000?
20      A    That's correct.
21      Q    BISD settled its claims with -- well, who else did
22  they settle their claims with?
23      A    I believe it was the Mijares Mora group.
24      Q    Was that settlement for $250,000?
25      A    That's correct, sir.
```

MIGUEL SALDANA

Page 74
July 23, 2004

```
 1      Q    Have any other claims been settled in connection
 2   with Aiken and Besteiro?
 3      A    Not to my knowledge.
 4      Q    Do you know if there are written settlement
 5   agreements with RBM Engineering?
 6      A    Yes, sir, there are.
 7      Q    Are those in the district's possession?
 8      A    We have a copy, yes, sir.
 9      Q    Has BISD entered into a written settlement
10   agreement with CRC Engineering?
11      A    Yes, sir, we have.
12      Q    And that settlement agreement would also be in the
13   district's possession?
14      A    We would have a copy of that, yes, sir.
15      Q    BISD's settlement with Mijares Mora Architects,
16   that settlement would also be in the district's possession?
17      A    That's correct.
18      Q    And that was a written agreement?
19      A    Yes, sir.
20      Q    Has the district entered into any other agreements
21   with any other parties concerning Aiken and Besteiro
22   regardless of whether any money is paid for a release?  And
23   what I mean by that is, you know, an agreement to cooperate
24   or to not sue or indemnify, that type of thing.
25      A    To my knowledge, no.
```

MIGUEL SALDANA

Page 75
July 23, 2004

1   Q   Did --
2           MR. WEDEMEYER:  Strike that.
3   Q   (BY MR. WEDEMEYER)  RBM Engineering, CRC
4   Engineering and Muraja -- is that how you say it?
5   A   Mijares Mora.
6   Q   -- Mijares Mora Architects, all those entities
7   were defendants in the -- were cross defendants against whom
8   BISD made claims in the Trane lawsuit -- well, they may be
9   third party defendants.  Let me ask the question again.
10          MR. SALAZAR:  Can we take a quick break?
11          VIDEOGRAPHER:  Off record.
12          (Discussion off the record.)
13          VIDEOGRAPHER:  Back on record.
14  Q   (BY MR. WEDEMEYER)  Mr. Saldaña, we spoke briefly
15  off the record with your counsel and I just want to confirm
16  this.  BISD asserted a claim against RBM for RBM's design
17  work in connection with Aiken and Besteiro but BISD never
18  asserted those claims in a lawsuit; is that correct?
19  A   Yes, sir.
20  Q   To obtain a release and to prevent any lawsuit
21  against RBM, RBM paid its $170,000 and as a result got a
22  release and BISD has not asserted claims in its lawsuits?
23  A   That's correct.
24  Q   All right.  The other two entities, CRC
25  Engineering and --

```
 1        A    Mijares.
 2        Q    -- Mijares Architects were both entities against
 3   whom BISD asserted claims in the Trane lawsuit; is that
 4   correct?
 5        A    That's correct.  Yes, sir.
 6        Q    And in exchange for the monies paid to BISD the
 7   parties released each other and claims were dismissed in the
 8   Trane lawsuit?
 9        A    Standard plain vanilla releases.
10        Q    Other than the Castillo versus Dusang, the
11   nonsuited lawsuit that BISD filed in state court and the
12   Trane lawsuit and arbitration, are you aware of any other
13   lawsuits concerning Aiken and Besteiro?
14        A    Two other ones.
15        Q    All right.  What about the next one?
16        A    That's the ones where you're suing us for not
17   covering -- that don't want to pay.  And the other one --
18        Q    The declaratory judgment action going on?
19        A    The declaratory judgment.
20        Q    All right.  That's the one in federal court that
21   we're taking this deposition on today.
22        A    Right.  And my understanding is that there was --
23        Q    The state court action that BISD filed against
24   Royal.
25        A    The state court action that BISD filed against
```