# Release of All Claims

State of Texas )
              )
County of Cameron )

KNOW ALL MEN BY THESE PRESENTS:

That **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT (BISD)**, a political subdivision of Cameron County, Texas, in consideration of the sum of Two Hundred Fifty Thousand and 00/100 ($250,000.00) Dollars, receipt of which is hereby acknowledged and confessed, has RELEASED, ACQUITTED and FOREVER DISCHARGED, and by these presents does for itself, its legal representatives, successors and assigns, RELEASE, ACQUIT and FOREVER DISCHARGE **MIJARES MORA ARCHITECTS, INC., THE MIJARES GROUP** and its employees, representatives, owners, officers, directors, successors, insurers, attorney's, parent and/or subsidiary or otherwise related entities, from any and all claims, demands, actions and/or causes of action of whatsoever nature, known or unknown, whether in contract, in tort, or statutory, for injuries and damages of any kind and/or property damages (including but not limited to all costs of repair, remediation costs, costs to retain experts/architects/engineers, cost of past and future mold testing and elimination, relocation costs, costs of temporary facilities, busing costs, loss of funding issues and all other actual, direct, indirect, consequential and incidental damages), which have accrued or may ever accrue to BISD, its legal representatives, successors or assigns, for or on account of all water intrusion, environmental and mold conditions relating to the design, construction, operation or maintenance of Besteiro Middle School and Aiken Elementary School located in Brownsville, Texas, including all causes of action brought in litigation related to said schools.

BISD accepts this consideration in full satisfaction of all damages related in any way to Besteiro Middle School and Aiken Elementary School as to the parties released herein (but not as to any other parties), without regard to the nature of such damages or the legal theory of recovery. The payment of said sum by the parties herein released is not to be construed as an admission of liability, which BISD understands and acknowledges has been denied.

BISD has brought suit in the 357th Judicial District Court of Cameron County, Texas styled *American Standard and Trane Company v. Brownsville Independent School District v. Al Cardenas Masonry, Inc, et al.* and pending under Cause No. 2003-08-4078-E to recover damages sustained by

8

BISD to Besteiro Middle School and Aiken Elementary School. The consideration described above is accepted by BISD in full compromise and settlement of all claims and causes of action for damages being asserted in said suit against the parties released herein, or which might have been asserted in said suit against the parties released herein, and BISD agrees that a non-suit with prejudice as to the parties released herein may be entered in such suit.

As part of the consideration for the payment of the money by the parties being released, BISD expressly warrants and represents that: (1) the person signing this Release on behalf of BISD is fully authorized and is legally competent to execute this Release; (2) it has not assigned, pledged or otherwise, in any manner whatsoever, sold or transferred, either in writing or otherwise, any right, title, interest or claim which it has or may have by reason of the matters described above or any matters arising out of or related thereto, except to its counsel named in this instrument.

**As part of the consideration for the payment BISD has received, BISD hereby indemnifies and holds harmless the parties herein released against any claims or causes of action in relation to the aboved described matters that may be brought by anyone claiming by, through, or under BISD on account of the matters made the basis of the lawsuit and this release, including those claims, demands, actions and/or causes of action due ot the sole negligence of the parties released herein.**

BISD understands and agrees that this is a full satisfaction of all damages arising on account of the above-described matters from the parties released herein (but none others). BISD specifically reserves it right to continue this litigation against the other parties that are a part of the above referenced litigation. BISD understands that it will receive no further sum or sums of money from the parties released herein and agrees not to assert or prosecute any further claims or lawsuits therefore against any of the parties released herein.

BISD expressly warrants and represents to the parties hereby released that, as part of the consideration for the payment of the above-mentioned sum of money, prior to executing this Release, it has been fully informed of its terms, contents, conditions and effects; that in making this settlement, no promise or representation of any kind has been made to BISD by the parties hereby released or by anyone acting for them except as is expressly stated in this instrument. BISD has relied solely and completely upon its own judgment, and the advise of its counsel, in making this settlement, and it fully understands that this is a full, complete and final Release as to the parties released herein and none others, and that the sum of money mentioned above is all the money that is to be paid to BISD from the

parties released herein as a result of the above-described matters.

Executed this __21st__ day of __April_____, 2004.

                                            BROWNSVILLE INDEPENDENT SCHOOL
                                            DISTRICT

                                            BY: _Joe Cadriel_____
                                            JOE CADRIEL, PRESIDENT
                                            BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
                                            BOARD OF TRUSTEES

      BEFORE ME, the undersigned authority, on this day personally appeared **JOE CADRIEL**, who after being duly sworn, did on his oath depose and say that he has signed the foregoing Release of All Claims and executed same for the purposes and consideration expressed therein.

      SUBSCRIBED AND SWORN TO ME, a Notary Public, on this __21st__ day of __April_____, 2004.



                                          _Aurea E. Hernandez_____
                                            Notary Public in and for the
                                            State of Texas
                                            My Commission Expires: __Dec. 2, 2007__