# FULL AND FINAL RELEASE

## RECITAL OF FACTS

1.1   This Full and Final Release ("Release") is entered into between Brownsville Independent School District ("BISD") (the "Releasing Party"), and CRC Engineering, Inc. ("CRC") (the "Released Party").

1.2   "Lawsuits" means (1) *American Standard and the Trane Company v. Brownsville Independent School District et al.*, Cause No. 2003-08-4078-E, in the 357th Judicial District Court of Cameron County, Texas, and (2) *BISD v. CRC Engineering, Inc., et al.*, Cause No. 2004-03-1763-E.

1.3   In order to resolve the Lawsuits and finalize all claims in a prompt fashion, the Parties have negotiated and agreed to a compromise of the claims whereby CRC agrees to pay to Releasing Party the sum of US $50,000 (fifty thousand dollars) in full and final settlement of all claims arising from the design, construction and repair of the Besteiro Middle School and the Aiken Elementary School in Cameron County, Texas (the "Properties").

1.4   "Conditions" means (1) that BISD will obtain the release and dismissal with prejudice of all claims, cross-claims, counter-claims, and third-party claims against CRC by the parties in the Lawsuits, and (2) that the settlement funds (US $50,000) will be held in the trust account of Westmoreland Hall P.C., counsel for CRC, until the Full Release is executed and returned to Westmoreland Hall P.C., and the Court enters an order dismissing CRC with prejudice from the Lawsuits.

## PAYMENT AND RELEASE

2.1   For and in consideration of the payment of US $50,000 (fifty thousand dollars),

1

Oct 27 04 04:02p        Baltazar Salazar           (713) 807-0930               p.6

APR-16-2004  17:56        WESTMORELAND HALL PC                7138718962     P.04

Releasing Party acknowledges, and for itself, its successors, assigns, principles, agents, partners, joint venturers, employees, attorneys, affiliated companies and any and all other related Party or entities, does **FULLY RELEASE, QUITCLAIM, AND FOREVER DISCHARGE**, CRC, its successors and assigns, its agents, employees, adjusters, attorneys, insurers, affiliated companies and all other Party or entities at interest therewith, (collectively referred to as the "Released Party"), of and from any and all claims, debts, demands, obligations, liabilities, suits, liens, and causes of action at law, in equity or any kind whatsoever, now held or which might later be held against CRC on account of, growing out of, arising under or related to the design, construction and repair of the Besterio Middle School and the Aiken Elementary School in Cameron County, Texas, or the monies paid for the design, construction and repair of the Properties.

2.2     It is the express intent of the Parties that this Release is intended to be a full and complete release, and is intended to include any and all obligations which may exist or might arise relating to the Properties, with respect to any and all claims, including but not limited to claims for which have been presented, may be presented, or could be presented in connection with this claim. It is the express intent of the Parties to this Agreement that the claim, and all claims potentially arising therefrom, are embraced within the terms of this Agreement and are included in the description of matters which are the subject of this Agreement.

2.3     It is further specifically agreed that this release includes release of any contractual, extra-contractual, statutory, or common law liability of the Released Party, whether based upon negligence, bad faith, breach of any warranty or covenant (including any warranty or covenant of good faith and/or fair dealing), or claims arising pursuant to statute, arising on the Properties, the incident, or the claim, and that this agreement is intended to fully and forever discharge CRC on

Received   Oct-27-2004  15:56      From-713 807 0930        To-BEIRNE MAYNARD     Page 006

Oct 27 04 04:02p        Baltazar Salazar              (713) 807-0930          p.7

APR-15-2004 17:56       WESTMORELAND HALL PC          7138718962      P.05

any such claims which the Releasing Party has asserted or may assert on account of any matter arising or growing out of the incident or the claim, including any claim for exemplary or punitive damages, statutory penalties or multiplication of damages, attorneys' fees or any costs or expenses of any kind whatsoever.

### SETTLEMENT IS NOT ADMISSION OR PRECEDENT

3.1     The Parties agree and acknowledge that this Release and payment of the consideration is made without prejudice, without establishing any precedent, and in compromise and settlement of a disputed claim to avoid further expense and to terminate for all times the controversies between the Releasing Party and CRC arising out of or relating to the claim and the Lawsuits. The payment of the consideration by or on behalf of CRC is not an admission of liability and may not be so construed. Furthermore, neither the payment of the consideration nor the entry into this agreement is an admission or representation by any of the Parties regarding the correct meaning, interpretation, or effect of any contracts, or any of any contractual terms, and may not be so construed.

### WARRANTIES

4.1     The Releasing Party represents and warrants that it has not assigned, and will not assign, its interests or rights with respect to any matter referred to in this instrument involving this claim, and/or Properties. Releasing Party further warrants that it has not encumbered its rights and interests in this claim in any way. The Releasing Party agrees to indemnify CRC, their successors and assigns, from all claims or suits, resulting from violation of this representation.

4.2     This Release has been prepared by the joint efforts of the Parties and their respective attorneys. Accordingly, this agreement shall not be construed or interpreted in favor

3

Oct 27 04 04:03p    Baltazar Salazar    (713) 807-0930    p.8

APR-16-2004 17:57    WESTMORELAND HALL PC    7138718962    P.06

of or against any party by reason of the participation of the party in the preparation of this Release. The Releasing Party represents and warrants that before executing this instrument, it, by and through its designated representatives, fully understands the terms, contents, conditions and effects and in making this settlement, and entering into this Release.

4.3    It is understood and agreed that this Release contains the entire agreement of the Parties and supersedes any and all prior agreements, arrangements or understandings between the Parties relating to the Properties and the subject matter of the incident and/or claim. The terms of this instrument cannot be changed or varied by any oral understandings, statements, promises or arrangements contrary to or inconsistent with its terms, except by the express written agreement of authorized agents of BISD and CRC.

EXECUTED in multiple originals.

BY: _Joe Cadriel_
Brownsville Independent School District

DATE: April 21, 2004

STATE OF                    §
                            §
COUNTY OF                   §

BEFORE ME, the undersigned authority, a Notary Public, on this day personally appeared _Jose Cadriel_, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of Brownsville Independent School District, and that he executed the same as the act of such entity for the purposes and consideration therein expressed, and in the capacity therein stated.

4

Received  Oct-27-2004  15:56    From-713 807 0930    To-BEIRNE MAYNARD    Page 008

Oct 27 04 04:03p    Baltazar Salazar    (713) 807-0930    p.9

APR-16-2004 17:57    WESTMORELAND HALL PC    7138718962    P.07

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 21st day of April, 2004.

Aurea E. Hernandez
(Printed Name)

AUREA E HERNANDEZ
My Commission Expires
December 2, 2007

5

TOTAL P.07