IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY | ' | |
| vs. | ' | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT. | ' | |

### AFFIDAVIT

THE STATE OF TEXAS   '

COUNTY OF HARRIS   '

BEFORE ME, the undersigned authority, on this day, personally appeared **STEPHEN R. WEDEMEYER**, who, being duly sworn upon his oath according to law, did depose and state the following:

"My name is Stephen R. Wedemeyer. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

I am an attorney licensed to practice in the State of Texas. I am one of the attorneys for Royal Surplus Lines Insurance Company ("Royal") in the above styled and numbered cause. Attached hereto as Exhibits 1-9 are true and correct copies of deposition exhibits and excerpts of deposition transcripts in this matter, excerpts from a June 29, 2004 hearing transcript in this matter, two settlement agreements produced by BISD in this matter, and a report produced by an expert (EFI) in this matter."

FURTHER AFFIANT SAYETH NOT.

_____
Stephen R. Wedemeyer

SUBSCRIBED AND SWORN TO on this 29th day of October, 2004.



CANDY CAMBRON
Notary Public, State of Texas
My Commission Expires 04-30-2005

_____
Notary Public, State of Texas

547934v.1

10