UNITED STATES DISTRICT COURT
For the Southern District of Texas

Royal Surplus Lines Insurance Company
        Plaintiff

v.               Case No.: 1:03–cv–00109
              Judge Andrew S. Hanen

Brownsville Independent School District
        Defendant

### NOTICE OF SETTING

 TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**  3/1/05

**TIME:**  01:30 PM

**TYPE OF PROCEEDING:**  Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: December 29, 2004

                      Michael N. Milby, Clerk