**UNITED STATES DISTRICT COURT**
For the Southern District of Texas

Royal Surplus Lines Insurance Company
        Plaintiff

v.              Case No.: 1:03–cv–00109
              Judge Andrew S. Hanen

Brownsville Independent School District
        Defendant

---

### NOTICE OF SETTING

  TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**  3/3/05

**TIME:**  09:00 AM

**TYPE OF PROCEEDING:**  Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: December 29, 2004

                     Michael N. Milby, Clerk