**BEIRNE, MAYNARD & PARSONS, L.L.P.**

1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

(713) 623-0887

FAX (713) 960-1527

JAY W. BROWN
PARTNER

BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
Texas Board of Legal Specialization

DIRECT DIAL: (713) 960-7306
E-MAIL: jbrown@bmpllp.com

January 11, 2005

United States District C...
Southern District of T...
FILED

JAN 1 2 2005

Michael N. Milby
Clerk of Court

Honorable Andrew S. Hanen
United States Courthouse
600 E. Harrison, #301
Brownsville, Texas 78520-7114

RE:   Civil Action No. B-03-109; *Royal Surplus Lines Insurance v. Brownsville Independent School District*; In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Judge Hanen:

We write to request that the Court set a telephonic status conference with the parties in the above-referenced case, in light of several pending motions and the upcoming January 28, 2005 deadline to file the Parties' Joint Pretrial Order. At the status conference, the parties can then address any issues or concerns that the Court may have regarding the various pending motions (including the three motions for summary judgment and motion for separate trial filed by Plaintiff Royal). Additionally, a status conference may further streamline the issues in this case in advance of filing the Joint Pretrial Order.

Accordingly, Plaintiff Royal Surplus Lines Insurance respectfully requests a status conference be set at the Court's convenience no later than January 21, 2005.

Thank you for your attention to this matter.

Yours very truly,

Jay W. Brown

JWB/JVT
558304.1

Honorable Andrew S. Hanen
United States District Court
January 11, 2005
Page 2

cc:  Mr. Baltazar Salazar                              *Via Facsimile*
     Attorney at Law
     1612 Winbern
     Houston, Texas 77004

     Honorable Ramon Garcia                            *Via Facsimile*
     Law Office of Ramon Garcia, P.C.
     222 W. University Drive
     Edinburg, Texas 78539

     Mr. Craig Smith                                   *Via Facsimile*
     Law Offices of Craig S. Smith
     14493 SPID, Suite A, P.M.B. 240
     Corpus Christi, Texas 78418