**UNITED STATES DISTRICT COURT**
**For the Southern District of Texas**

Royal Surplus Lines Insurance Company
        Plaintiff

v.             Case No.: 1:03–cv–00109
            Judge Andrew S. Hanen

Brownsville Independent School District
        Defendant

---

## NOTICE OF SETTING

 TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:** 1/19/05

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: January 14, 2005

                   Michael N. Milby, Clerk