UNITED STATES DISTRICT COURT
For the Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 1 4 2005

Michael N. Milby
Clerk of Court

Royal Surplus Lines Insurance Company

Plaintiff

v.

Case No.: 1:03-cv-00109
Judge Andrew S. Hanen

Brownsville Independent School District

Defendant

## NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**      1/19/05

**TIME:**      09:00 AM

**TYPE OF PROCEEDING:**      Status Conference And Hearing on all Pending Motions

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE
ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE
CONTENTS OF THIS NOTICE.**

Date:   January 14, 2005

Michael N. Milby, Clerk