IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | . § § | |

## ORDER

The Court considered Plaintiff Royal Surplus Insurance Company's ("Royal's") Objections to the Report of James E. Bettis, and Motion to Exclude or Limit James E. Bettis' Testimony, who has been proffered by Defendant Brownsville Independent School District ("BISD") as an expert in this case. After considering the Objections and Motion to Exclude, response, and arguments of counsel, if any, the Court finds that the Objections and Motion are meritorious, and therefore

GRANTS Royal's Objections and Motion to Exclude James E. Bettis as an expert in this case.

SIGNED at Brownsville, Texas on _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE