HARRISON, BETTIS, STAFF, McFARLAND & WEEMS, L.L.P.
ATTORNEYS AT LAW

ONE ALLEN CENTER
500 DALLAS, SUITE 2650
HOUSTON, TEXAS 77002

JAMES M. BETTIS, JR.
EXTENSION 222

TELEPHONE: (713) 655-7511
FACSIMILE: (713) 655-7526

E-MAIL ADDRESS
BETTIS@HBS-LAW.COM

March 1, 2004

Mr. Baltazar Salazar
1612 Winbern
Houston, Texas 77004

The Honorable Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539

Re:   *Royal Surplus Lines Insurance Company v. Brownsville Independent School District*; Civil Action No. B-03-109 in the United States District Court for the Southern District of Texas, Brownsville Division

Gentlemen:

I have reviewed various documents related to this lawsuit. These documents include correspondence, pleadings, multiple expert reports, and all documents submitted with Royal Surplus Lines Insurance Company's ("RSL") designation of experts. Based upon my review of these documents, I have formed initial opinions regarding Brownsville Independent School District's ("BISD") claims for coverage and the handling of these claims.

I am an attorney licensed to practice in the state of Texas since 1989. I also am admitted to practice before the Northern, Southern, Eastern and Western Districts in the United States District Court, and to the Fifth Circuit Court of Appeals. Most of my legal career has been focused on insurance coverage and insurance disputes. During the course of my career, I have represented both insurers and insureds in analyzing coverage, handling claims, evaluating claims, and supervising others handling claims. I have worked closely with a significant number of insurance adjusters and other persons experienced in the insurance industry. I also have read countless articles and worked with numerous insurance personnel concerning the proper handling of claims. My fee is $225.00 per hour plus actual out-of-pocket expenses. I have not authored any articles in the last ten years. I have not testified at trial or by deposition within the last four years. My curriculum vitae is attached to this report.

Exh. A

Expert Report of James M. Loutis, Jr.
Page 2

Based upon my review of the file, it is my opinion that there is coverage for some or all of the damage to the schools. I disagree with Mr. Swoveland's opinion that there is no coverage. I believe that his opinion is based upon erroneous assumptions and upon a selective reading of policy exclusions.

Mr. Swoveland's states that all of the expert reports "opined that the mold problems arose from roof leaks, window leaks, and the HVAC system. Each one attributed most of the damage occurring as a result of 'faulty design' of the HVAC system." While some of the mold problems may have been caused by these items, Mr. Swoveland has omitted other causes identified in the reports. For instance, the "Remediation, Evaluation & Assessment" prepared by Engineering & Fire Investigators, EFI project No. 98410-05840, dated January 22, 2003, states other causes, including "HVAC piping leaks." The report also notes that water damaged ceiling tiles are the "result of roof top mechanical unit . . .." Further, the Mold Investigative Report by Ambiotic Group dated May 22, 2002 notes other causes for the mold, including "breaches in the chill water pipe insulation," "plumbing leaks," and "chill water line leaks." In fact, Ambiotic's report specifically provides a remediation cost estimate that does not address any fungi that may be associated with the HVAC system. Mr. Swoveland then uses his assumption to opine that the claims are not covered due to two exclusions, exclusion 2.d.(2) and 3.c.(2). Mr. Swoveland does not address exceptions to these exclusions. Specifically, exclusion 2 provides that these exclusions will not apply when they result in a "specified cause of loss." Similarly, exclusion 3 provides that the exclusions will not apply if they result in a "covered cause of loss." Mr. Swoveland fails to address these exceptions. This is significant because some or all of the damages come within these exceptions.

Mr. Swoveland also opines that the "insured violated its duties in the event of loss of damage" contained in subsection 3.c. This appears to be based upon his belief that BISD repeatedly failed to provide information requested by GAB\RSL. My review of the file indicates to the contrary. BISD provided a notice of loss on November 29, 2001. Some point after that time, GAB asked for information and BISD provided the available information. Instead of conducting an independent investigation to determine whether coverage exists, GAB/RSL continually asked for more and more information. RSL should have immediately begun its own investigation, performed its own evaluation of the problems and causes thereof, provided its findings to BISD with an explanation as to what RSL believed was covered, and attempted to reach a reasonable settlement of the claims. Instead, RSL kept asking for more information, did not undertake its own independent investigation and evaluation of the claim, did not provide BISD with an explanation of its conclusions, and did not make any reasonable efforts to settle. Thus, I am of the opinion that BISD complied with its duties and that Royal failed to do so. Royal's actions are a violation of its duty of good faith and fair dealing, a violation of the Texas Insurance Code Section 21.21, and a violation of the Texas Insurance Code Section 21.55.

Expert Report of James M. Bettis, Jr.
Page 3

      My opinions are based upon information provided to me to date. Any new information may affect my opinions.

                                   Very truly yours,

                                   James M. Bettis, Jr

JMB:ss

NAME: JAMES M. BETTIS, JR.
HARRISON, BETTIS, STAFF, McFARLAND & WEEMS, L.L.P.
500 Dallas, Suite 2650
Houston, Texas 77002
Telephone: (713) 655-7511

EDUCATION:

University of Texas - Austin, Texas
Bachelor of Business Administration - 1986; J.D. - 1989

MEMBERSHIPS:

State Bar of Texas
Houston Bar Association

ADMISSIONS:

All Texas state courts
U.S. Federal Court of Appeals, Fifth Circuit
U.S. Federal District Courts - Northern, Southern, Eastern and Western Districts of Texas

PUBLISHED OPINIONS:

(1) *Rio Grande Valley Gas Co., et al v. Raymundo Lopez, et al.*, 907 S.W.2d 622 (Tex.App.--Corpus Christi 1995, no writ).

(2) *Assicurazioni Generali SpA v. Pipe Line Valve Specialties Co., Inc., et al.*, 935 F.Supp. 879 (S.D. Tex. 1996).

RETAINED AS AN EXPERT:

(1) *Ronald Berry vs. Laura Zapata and Kmart Corporation*, Cause No. 97-17847 in the District Court of Harris County, Texas, 215th Judicial District

(2) *John A. Cronin, Jr. and The Cronin Companies, Inc. d/b/a Management Services v. Acceptance Insurance Corporation*, Cause No. H-97-22219 in the United States District Court for the Southern District of Texas, Houston Division

RETAINED AS AN ARBITRATOR:

(1) *Bowen Tools, Inc. v. Cigna Property and Casualty Insurance Company*, Cause No. 96-54987

(2) *Progressive County Mutual Insurance Company v. Jose D. Martinez, Martinez Trucking Company, C.M. Ruffo, Jane Ruffo, C.M. Ruffo General Insurance Agency and Colonial County Mutual Insurance Company*; Cause No. 97-CI-09490

(3) *Turner Construction Company of Texas v. International Fidelity Insurance Co., et al.*; Cause No. 9435537 pending in the 11th Judicial District Court of Harris County, Texas

(4) *Jimmy Norman d/b/a The Norman Agency v. Allstate Insurance Company, et al*; Cause No. 0012-05602-CV

RETAINED AS A MEDIATOR:

(1) *Lanai Indemnity Company vs. Tex US Transportation, Inc., et al*

# RESUME

**RAMON GARCIA**
222 W. University Drive
Edinburg, Texas 78539
(956) 383-7441 (Office)
(956) 668-1320 (Home)

**PERSONAL:**
Date of Birth:      July 20, 1948
                    Born in McAllen, Hidalgo County, Texas

                    Four (4) Children

**EDUCATION:**
  · 1966  Edinburg High School
              Edinburg, Texas

  · 1970  Pan American University
              Edinburg, Texas
              Bachelor of Arts

  · 1972  University of Houston Bates College of Law
              Houston, Texas
              Doctor of Jurisprudence
              Honors Graduate

**COURTS:**
  · State Bar of Texas - 1972 to present
  · U.S. District Court, Southern District of Texas - 1973 to present
  · U.S. Court of Appeals, 5th Circuit - 1974 to present
  · U.S. Court of Appeals for the Federal Circuit - 1986 to present
  · U. S. Supreme Court

**NATIONAL BAR ASSOCIATIONS:**
  · American Bar Association
  · Hispanic National Bar Association
    American Trial Lawyers Association

**STATE BAR ASSOCIATIONS:**
- State Bar of Texas - 1972 to present
- Texas Trial Lawyers Association - 1980 to present
    Member of Board of Directors

**LOCAL BAR ASSOCIATIONS:**
- Hidalgo County Bar Association - 1973 to present

**MEMBERSHIP IN OTHER ORGANIZATIONS (Former Member):**
- Board of Regents of Pan American University (1983-1987)
    Edinburg, Texas
- State Bar of Texas Grievance Committee
    District 12-B (1986-1992)
- Phi Alpha Delta Legal Fraternity
    University of Houston College of Law (1971)
- Order of the Barons
- Honorary Legal Scholastic Society
    University of Houston College of Law (1972)
- Institute for Injury Reduction
- Texas Association of School Board Attorneys
- Texas Disciplinary Rules of Professional Conduct
    Committee of the State Bar of Texas

**MEMBERSHIP IN OTHER ORGANIZATIONS (Current):**
- Hidalgo County Historical Museum (1990-Present)
- University of Texas/Pan American Alumni Association
- Attorneys Information Exchange Group, Inc.
- Association of Trial Lawyers of America
- Texas Democratic Party Roundtable
- National Democratic Party Business Leadership Council
- Federal Bar Association Board of Directors
- Rio Grande Valley Historical Collection Advisory Board

**OFFICE HOLDER:**

- Hidalgo County Democratic Party Chairman - 1994 to 2000
- Hidalgo County Judge                                2003 to present

**SPECIAL RECOGNITION**

One of 7 law firms nominated for *Trial Lawyer Of The Year* by American Trial Lawyers

President and sole principal of the Law office of Ramon Garcia, P.C., a seven (7) lawyer firm with offices located at 222 West University Drive, Edinburg, Texas 78539.