IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | JURY |
| SCHOOL DISTRICT, | § | |
|     Defendant. | § | |

## ORDER

Brownsville Independent School District's motion for continuance of the hearing on Royal Surplus Lines Ins. Co.'s ("Royal") motions for summary judgment and motion to extend discovery deadline is GRANTED. The discovery deadline is extended until _____, 2005. Royal's motions for summary judgment shall be heard on _____, 2005 at _____ o'clock \_M.

Signed this the \_\_\_\_ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

7