# Law Office Of
## RAMON GARCIA
### A PROFESSIONAL CORPORATION

RAMON GARCIA
CATHERINE W. SMITH
SONIA L. LOPEZ
ERIC S. JARVIS
LUCY A. WILLIAMSON
DANIEL R. SANTOS
OSCAR R. ALVAREZ

222 W. University Dr.
Edinburg, Texas 78539

956.383.7441

956.381.0825 FAX

United States District Court
Southern District of Texas
FILED

JAN 1 9 2005

Michael N. Milby
Clerk of Court

January 19, 2005

Mr. Stephen Wedemeyer
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056-3080

**TELEFAX (713) 960-1527**
**& REGULAR MAIL**

RE:  Civil Action No. B-03-109
     *Royal Surplus Lines Insurance v. Brownsville Independent School District*

Dear Mr. Wedemeyer:

In connection with the above-referenced matter, please be advised the status conference and hearing on all pending Motions has been reset for Monday, January 24, 2005 at 2:30 p.m. in Courtroom #6, U.S. District Court, 600 East Harrison in Brownsville, Texas.

Thank you for your prompt attention.

Very truly yours,

LAW OFFICES OF RAMON GARCIA, P.C.

SILVIA LOYA
Legal Assistant to Catherine W. Smith

/sl
xc:   Ms. Irma Soto, Court Coordinator
        for Judge Andrew S. Hanen
      Mr. Baltazar Salazar

# LAW OFFICE OF RAMON GARCIA, P.C.

222 W. University Drive
Edinburg, Tx 78539
(956) 383-7441 • Fax (956) 381-0825

## FACSIMILE COVER SHEET

To: Stephen Wedemeyer
Baltazar Salazar
Irma Soto, Court Coordinator for Judge Hanen

Fax: (713) 960-1527
(281) 749-8104
(956) 548-2598

From: Catherine W. Smith/Silvia Loya

Date: January 19, 2005

Re: Royal Surplus v. BISD Case

| DOCUMENTS: | NUMBER OF PAGES: (including cover sheet) |
|---|---|
| Correspondence/Court Document | 2 |

Message:

If there are any problems with the receipt of this document, please contact: *Silvia Loya* at (956) 383-7441.

*THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT OUR LETTERHEAD ADDRESS.*

*THANK YOU.*

