IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
JAN 2 5 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROYAL SURPLUS LINES INS. CO., § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> BROWNSVILLE INDEP. SCH. DIST., § <br> Defendant. § | CIVIL ACTION NO. B-03-109 |

## ORDER

A hearing between the parties was conducted on January 24, 2005, to discuss all pending motions. Defendant's Motion for Continuance of Hearing and Motion to Extend Discovery Deadline (Docket No. 88) was **DENIED** in part and **GRANTED** in part. The Court set aside the scheduling order (Docket No. 60). The new applicable dates are as follows:

1. Discovery cutoff is April 1, 2005.

2. Responses to Royal Surplus' summary judgment motions to be filed by April 29, 2005. Royal Surplus has until May 13, 2005, to reply.

3. BISD may file a motion for summary judgment by April 29, 2005. Royal Surplus will have twenty (20) days to respond.

4. Joint Pretrial Order due June 20, 2004.

5. Pretrial conference to be scheduled in late July or early August, 2005. Jury Selection and Trial to be in August 2005 on dates to be determined by the Court.

Both parties are admonished that this Court is disinclined to grant any more continuances on any deadline.

The Court also considered Plaintiff's Motion to Enforce Court Orders and Motion for Sanctions (Docket No. 73). Plaintiff's Motion to Enforce Court Orders is **GRANTED**. Both parties are hereby **ORDERED** to supply each other with a list of witnesses they reasonably expect to call at trial at least two weeks before the discovery cutoff. Plaintiff's Motion for Sanctions is hereby **DENIED**.

Signed in Brownsville, Texas, this 25th day of January, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE