IN THE UNITED STATES DISTRSTICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| Defendant | § | |

NOTICE OF ORAL AND VIDEO DEPOSITION OF JOHN HINZ

TO:    Mr. John Hinz, by and through his attorney Mr. Bruce C. Gaible, HAYS,
MCCONN, RICE & PICKERING, 400 Two Allen Center, 1200 Smith Street,
Houston, Texas 77002.

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 30(b)6, Defendant
Brownsville Independent School District will take the Oral-Video Deposition of **Mr. John
Hinz** of **GAB Robins** on **Wednesday, April 27, 2005, beginning at 10:00 a.m.** at the Law
Offices of Hays, McConn, Rice & Pickering, located at **400 Two Allen Center, 1200
Smith Street, Houston, Texas 77002; (713) 752-8301,** and continuing thereafter until
completed.

The deposition shall be conducted by New Century Reporting, (telephone number
713-626-0170), a court reporter and Notary Public in and for the State of Texas or another
individual authorized by law to administer oaths and take depositions.

SUBPOENA DUCES TECUM

This notice shall also constitute a Subpoena Duces Tecum to Mr. John Hinz to
produce with him the following:

EXHIBIT A

Documents to be Produced

1.    All documents evidencing the relationship between GAB Robins, Inc. and/or
GAB Robins of North American and EFI.

EXHIBIT C

1

2.    All documents specifically relating to the claim for Brownsville Independent
      School District and Royal Insurance.

                              Respectfully submitted:

                              LAW OFFICES OF BALTAZAR SALAZAR
                              1612 Winbern
                              Houston, Texas 77004 '
                              (713) 655-1300 and (281) 749-8104 (Telefax)

                              BY: _____
                                   BALTAZAR SALALZAR
                                   State Bar No. 00791590
                                   Federal Bar No. 18536

                              ATTORNEYS FOR BISD

OF COUNSEL:
RAMON GARCIA
State Bar No. 07641800
Federal Bar No. 3936
CATHERINE W. SMITH
State Bar No. 18547080
Federal Bar No. 19360
ERIC S. JARVIS
State Bar No. 24012902
LAW OFFICES OF RAMON GARCIA, P.C.
222 W. University Drive
Edinburg, Texas 78539
(956) 383-7441 and (956) 381-0825 (Telefax)

CRAIG S. SMITH
State Bar No. 18553570
LAW OFFICE OF CRAIG S. SMITH
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, TX 78418
Telephone: (361) 949-6906
Facsimile: (361) 949-0843

2

## CERTIFICATE OF SERVICE

I, Baltazar Salazar, hereby certify that a true and correct copy of the Notice of Oral and Video Deposition of John Hinz was served on this the 21st day of April, 2005 by U.S. certified mail, return receipt requested and by facsimile to the following:

Mr. Stephen Wedemeyer
Mr. Jay Brown
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056-3000

Mr. Bruce Gaible
**HAYS, MCCONN, RICE & PICKERING**
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002

BALTAZAR SALAZAR

3