IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
MAR 0 2 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk ____

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY § § Plaintiff, § § VS. § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT § Defendant. § | CIVIL ACTION NO. B-03-109 |

## ORDER

Pending before the Court is Plaintiff's Expedited Motion to Quash the Subpoena Duces Tecum to the Deposition Notice of Dennis Nickoloff and Motion for Protection (Docket No. 91). Under Local Rule 7.4, failure to respond to a motion will be taken as a representation that there is no opposition. Therefore, Plaintiff's Motion is **GRANTED**.

It is hereby **ORDERED** that the subpoena duces tecum attached to the deposition notice of Dennis Nickoloff set for February 1, 2005, regarding the production of various documents, be in all things quashed.

Signed in Brownsville, Texas, this 2nd day of March, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

EXHIBIT D