IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

### ORDER **GRANTING** NON-PARTY GAB ROBINS NORTH AMERICA, INC.'S EXPEDITED MOTION TO QUASH SUBPOENAS DUCES TECUM

Pending before the Court is Non-Party GAB Robins North America, Inc.'s Expedited Motion to Quash Subpoenas Duces Tecum. The Court, having reviewed the motion, the response, if any, and the applicable law, is of the opinion that said motion is meritorious and well-taken. Therefore, Non-Party GAB Robins North America, Inc.'s Expedited Motion to Quash Subpoenas Duces Tecum is hereby **GRANTED**.

It is hereby **ORDERED** that the subpoenas duces tecum attached to the deposition notices of Dennis Nickoloff, Roger Sawyer, and John Hinz set for April 26, 2005, April 28, 2005, and April 27, 2005 regarding the production of various documents be in all things quashed.

Signed in Brownsville, Texas on this the _____ day of April, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE