IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 27 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | CIVIL ACTION NO. B-03-109 |
| vs. | § § | JURY DEMANDED |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant | § | |

**SECOND SUPPLEMENT TO PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Second Supplement to its Motion for Summary Judgment [Doc. No. 42], respectfully showing:

### I.   SUMMARY OF SECOND SUPPLEMENT TO MOTION

1.   On May 17, 2004, Royal filed its Motion for Summary Judgment [Doc. No. 42].

2.   On June 29, 2004, the Court ordered that, after additional discovery is conducted, Royal could supplement its various motions for summary judgment. (*See* Doc. No. 58). Accordingly, Royal filed a supplement to its Motion for Summary Judgment in October 2004. (*See* Doc. No. 78).

3.   In January 2005, the Court extended the deadline for BISD to respond to Royal's Motion for Summary Judgment. Royal files its second supplement as a matter of housekeeping with regard to the exhibits attached to its Motion for Summary Judgment. There is no

574788v.1

substantive change to the argument in the Motion for Summary Judgment or any supplement thereto.

## II. SUPPLEMENTAL EVIDENCE

4. Attached as Exhibit 1 to this supplement is a sworn deposition on written questions to Tim Mickunas of D. Wilson Construction Co., proving up Exhibits 9, 10, 11, and 12 to Royal's Motion for Summary Judgment [Doc. No. 42].

5. Attached as Exhibit 2 to this supplement is an affidavit of Charles R. Clark of CRC Engineering, Inc., proving up Exhibits 19 and 20 to Royal's Motion for Summary Judgment [Doc. No. 42].

6. Attached as Exhibit 3 to this supplement is an affidavit of David A. Hanawa of Ambiotec Group, proving up Exhibit 25 to Royal's Motion for Summary Judgment [Doc. No. 42].

7. Attached as Exhibit 4 to this supplement is an affidavit of Rick A. Anderson of Engineering and Fire Investigations, supplementing Exhibit 26 to Royal's Motion for Summary Judgment [Doc. No. 42].

8. Attached as Exhibit 5 to this supplement is an affidavit of Daniel W. Bridge of Rimkus Consulting Group, Inc., supplementing Exhibit 29 to Royal's Motion for Summary Judgment [Doc. No. 42].

9. Attached as Exhibit 6 to this supplement is an affidavit of Mike Hubbard of Assured Indoor Air Quality, proving up Exhibit 30 to Royal's Motion for Summary Judgment [Doc. No. 42].

10.  Attached as Exhibit 7 to this supplement is an affidavit of Jerry E. Mercer of Rimkus Consulting Group, Inc., supplementing Exhibits 31 and 46 to Royal's Motion for Summary Judgment [Doc. No. 42].

11. Attached as Exhibit 8 to this supplement is an affidavit of David A. Weeks of Center for Toxicology & Environmental Health, L.L.C., supplementing Exhibit 32 to Royal's Motion for Summary Judgment [Doc. No. 42].

12. Attached as Exhibit 9 to this supplement is an affidavit of Steve M. Hays of Gobbell Hays Partners, Inc., supplementing Exhibit 47 to Royal's Motion for Summary Judgment [Doc. No. 42].

13. Attached as Exhibit 10 to this supplement is an affidavit of Brian D. Bonczynski of Aestimo, Inc., supplementing Exhibit 5 to Supplement to Plaintiff Royal's Motion for Summary Judgment [Doc. No. 78].

### III.  CONCLUSION AND PRAYER

14. For the reasons provided in Royal's Motion [Doc. No. 42], Royal's Reply to BISD's Response [Doc. No. 50], Supplement to Royal's Motion [Doc. No. 78], and this Second Supplement to the Motion for Summary Judgment, Royal is entitled to summary judgment and a declaration that BISD's claim for insurance is outside of coverage. Plaintiff Royal prays that the Court grant its Motion for Summary Judgment, declare that BISD is not entitled to coverage under any of the Royal Policies for any claimed damage or loss at Besteiro and Aiken, dismiss BISD's counterclaim against Royal, and grant Royal any and all other relief to which it is entitled.

Respectfully submitted,

*[signature: Jay W. Brown]*

Jay W. Brown
State Bar No. 03138830
Fed. ID No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY**

*[handwritten: & with express permission by John V. Trevino]*

OF COUNSEL:

BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
Fed. ID No. 19797
**John V. Trevino, Jr.**
State Bar No. 24003082
Fed. ID No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

574788v.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Second Supplement to Royal's Motion for Summary Judgment was served on all counsel of record on April 26, 2005, as follows:

| | |
|---|---|
| Baltazar Salazar<br>1612 Winbern<br>Houston, Texas 77004 | *Via Certified Mail Return Receipt Requested* |
| Craig S. Smith<br>LAW OFFICE OF CRAIG S. SMITH<br>14493 S.P.I.D., Suite A, P.M.B. 240<br>Corpus Christi, Texas 78418 | *Via Certified Mail/Return Receipt Requested* |
| Ramon Garcia<br>LAW OFFICE RAMON GARCIA, P.C.<br>222 W. University<br>Edinburg, Texas 78539 | *Via Certified Mail Return Receipt Requested* |

*Attorneys for Defendant BISD*

_____
Jay W. Brown

*with Ikpns permission
of Jay W. Brown*

574788v.1