IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY | § § § | |
| vs. | § § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § | |

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: WILSON CONSTRUCTION / D. WILSON CONSTRUCTION

Records Pertaining To: WRITTEN DEPOSITION

Type of Records: To produce answers to direct questions regarding the attached EXHIBITS 9, 10, 11, and 12.

1. Please state your full name.

Answer: Tim Mickunas

2. Please state by whom you are employed, the business address and telephone number.

Answer: D. Wilson Construction Co., 1209 E. Pecan, McAllen, TX 78501
Tel. No. (956) 686-9573

3. What is the title of your position or job?

Answer: Controller

4. Are the records, memoranda or reports outlined in the subpoena duces tecum pertaining to WRITTEN DEPOSITION in your custody and subject to your control, supervision or direction?

Answer: Yes

5. Are you able to identify these records as the original or true and correct copies of the original?

Answer: Yes

6. Please provide to the Officer taking this deposition photostatic copies of the complete records outlined in the subpoena duces tecum. Have you complied? If not, why not?

Answer: Records provided to us



EXHIBIT 1

7. Are the attached photostatic copies of Exhibits 9, 10, 11, and 12 true and correct copies of the originals?

Answer: __Yes__

8. Are the originals of such records in the files of this facility?

Answer: __Yes__

9. Are the originals of such records a permanent part of the records of this facility?

Answer: __Yes__

10. Were such records, memoranda or reports made or kept in the regular course of business of this facility?

Answer: __Yes__

11. Was it the regular course of business of your office for secretaries, supervisors and/or other persons or employees with personal knowledge of the acts, events, conditions and other information contained in such records to make such records or to transmit information pertaining thereto to be included in such records that you have provided to the Officer taking this deposition?

Answer: __Yes__

12. Were the entries in the records, memoranda or reports which were made by secretaries, supervisors, employees and/or other persons with personal knowledge, made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

Answer: __Yes__

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared __Tim Mickunas__, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me, this __8th__ day of __February__, 2005.

_____
NOTARY PUBLIC

[SEAL: NORMA IRENE ESPINOZA, NOTARY PUBLIC, STATE OF TEXAS, MY COMM. EXP. 04-04-2007]

My Commission Expires: __04·03·07__

527425.1                                    2

# WILSON CONSTRUCTION
## D.WILSON CONSTRUCTION

P.O BOX 3455 . 1209 EAST PECAN . (210) 686-9573 .FAX 6863270
MCALLEN , TEXAS 78502-3455

8-22-95

BILL MCBRIDE
SECHRIST HALL
P.O BOX 2347
HARLINGIN ,TEXAS 78561

RE: SOUTHMOST MIDDLE SCHOOL (BESTERIO MIDDLE SCHOOL)

DEAR MR. MCBRIDE :

  TODAY ONCE AGAIN I GOT ANOTHER CALL FROM MR . OSCAR TAPIA ( B.I.S.D. ADMINISTRATOR ) ABOUT THE STATUES OF THE LEAKS AT THE ABOVE SCHOOL. SINCE THE CALL WAS MADE TO ME ON 8-16-95 I HAVE REQUESTED FROM YOUR COMPANY THAT I WOULD MEET WITH YOUR FIELD PERSONELL AT YOUR CONVENIENCE BUT TO DATE I STILL HAVE **NOT** BEEN ADVICED FROM YOUR COMPANY WHEN YOU INTEND TO SCHEDULE SOMEONE TO LOOK OVER THIS MATTER . ALSO , THE OVERALL ROOF LAYOUT PLAN YOU REQUESTED HAS BEEN FAXED TO YOUR OFFICE .
  AGAIN, I AM READY TO ASSIST YOUR COMPANY IN ANY WAY I CAN TO RESOLVE THIS SITUATION A.S.A.P.

SINCERELY,

*[signatures]*

C.C. BILL WILSON
    BILL MCBRIDE

000001

**EXHIBIT 9**





# WILSON CONSTRUCTION
## D.WILSON CONSTRUCTION
P.O.BOX 3455 . 1209 EAST PECAN . (210) 6889573 .FAX 6883270

10-16-95

BILL MCBRIDE
SECHRIST HALL
P.O.BOX 2347
HARLINGIN ,TEXAS 78551

RE: SOUTHMOST MIDDLE SCHOOL ( BESTERIO MIDDLE SCHOOL )

DEAR MR. MCBRIDE:

 REFERENCE TO OUR TELE CONVERSATION ON 10-13-95 IN WHICH I REMINDED YOU OF THE ROOF LEAKS YOUR FORMAN LARRY ODEM SAID WERE TO BE CHECKED . AS YOU CAN SEE ON THE ENCLOSED LETTER , ITS BEEN 2 MONTHS TO THE DAY SINCE THE FIRST CONTACT WAS MADE TO YOUR OFFICE . YOU SAID THAT YOU WOULD HAVE SOMEONE ON THE ROOF ON MONDAY 10-16-95 . TODAY I CALLED AND YOU SAID YOU WOULD HAVE SOMEONE ON THE ROOF TOMORROW 10-17-95 .
 I HOPE AND EXPECT TO SEE YOUR ROOF CREW TOMORROW MORNING IN A COORDINATED EFFORT TO GET THIS SITUATION BEHIND US .

SINCERELY ,

*[signature]*

C.C BILL WILSON
   BILL MCBRIDE

000003

**EXHIBIT 10**

# WILSON CONSTRUCTION

## D. WILSON CONSTRUCTION COMPANY, INC.

P.O. BOX 3455 • 1209 EAST PECAN • (210) 686-9573 • FAX (210) 686-3270
McALLEN, TEXAS 78502-3455

October 19, 1995

Mr. Oscar Tapia
Brownsville Independent
  School District
1900 Price Road
Brownsville, Texas  78521

Re: Roof Leaks
    Besterio Middle School
    Brownsville, Texas

Dear Mr. Tapia;

This is a follow-up of the meeting held yesterday at the above referenced project.

    Attendance:    Sabas Lopez (Wilson Construction Co.)
                            Oscar Tapia (Brownsville I.S.D.)
                            Bill McBride (Sechrist-Hall Company)
                            Reynaldo Castillo (Head Custodian)

The following observations were made:

1. **LEAK LOCATED AT THE NORTHSIDE STAIRWAY:**

   All of the pre-fab concrete coping and waterproofing membrane was removed by the new construction in progress. This area will continue to leak until the coping and waterproofing is re-installed by the new construction contractor.

2. **LEAK LOCATED AT THE LIBRARY RESTROOM:**

   The new elementary construction contractor is using the library roof as a work area to install the masonry block walls. The block debris is still visible on the roof thus causing a puncture on the roof area. This will continue to leak until the new contractor finishes the block and brick walls and then repairs the punctured roof.

**EXHIBIT 11**

000004

COMMERCIAL        INDUSTRIAL        INSTITUTIONAL

OCTOBER 19, 1995
PAGE TWO

    Mr. Tapia stated that there was too much moisture inside the library and was concerned that it might cause damage to the books. I asked Mr. Tapia if the A/C unit filters had been changed because the unit appeared to be over freezing. Upon checking the thermostat I discovered that the thermostat was broken. The temperature was about sixty-six degrees and was causing the unit to run continuously.

3. **LEAKS LOCATED AT THE DINING ROOM:**

    There are about 6 to 8 ceiling tiles which have water stains. Mr. Tapia was aware that this was not caused from any rainfalls but rather the roof A/C units over freezing and the condensation finding its way into the ceiling tiles. The over freezing of these units were caused by the maintenance personnel failure to change out the filters on a regular basis. Mr. Castillo confirmed that during and after it had rained no water had appeared on the ceiling or floor of the dining area.

4. **KITCHEN ROOF:**

    Although there does not appear to be any leaks on the southside of the kitchen area there is block, block debris, mortar, scaffolds, etc. from the new construction in progress. It is just a matter of time before this roof is punctured by these materials.

In conclusion, Wilson Construction and Sechrist-Hall Company will continue to water test other areas that are leaking and will keep you informed of all findings and solutions on a daily basis.

Sincerely,


SABAS LOPEZ
D. WILSON CONSTRUCTION CO., INC.

SL:ie

cc: Bill Wilson - Wilson Construction Company
    George DuSang - Carroll, DuSang & Rand, Inc.
    Felix Mejia - Brownsville I.S.D.

000005

## Wilson Construction Company Inc
P.O. Box 3455 - 1209 East Pecan.
(210)686-9573 Fax (210)686-3270
McAllen Texas 78502- 3455
FIELD OFFICE
80 FORT BROWN CONSTRUCTION SITE SOUTH
(210) 544-2382 FAX (210) 544-4781
BROWNSVILLE, TEXAS 78520

FEB 3, 1998

Re BESTEIRO MIDDLE SCHOOL ( LEAKS )

DEAR MR TAPIA

THIS LETTER IS IN REFERENCE TO OUR MEETING THIS MORNING THERE ARE ( 3 ) LOCATIONS THAT WILSON CONSTRUCTION WILL BE LOOKING AT TO DETERMINE POSIBLE ROOF LEAKS THE OTHER AREAS ARE NOT RELATED TO ROOF LEAKS . SOME OF THE CAUSES MAY BE LACK OF A\C FILTER CHANGES . ,CALKING,INSIDE ROOF TOP A\C UNITS COPPING, AND NEW ADDITIONS NOT RELATED TO WILSON CONSTRUCTION

IF WE CAN BE OF FURTHER ASSISTENCE PLEASE CALL ME AT (956)544-2382

THANKS

SABAS LOPEZ, CONSTRUCTION SUPERINTENDENT

Discovery Ex. No. 16
Cause No.
2001-11-4959-C
Castillo, et al v. Carroll,
DuSang & Rand, Inc.,

CC BILWILSON ;WILSON CONSTRUCTION

Castillo
29576-037452

**EXHIBIT 12**

000006