IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROYAL SURPLUS LINES                    '
INSURANCE COMPANY                      '
                                       '
                                       '
vs.                                    '          CIVIL ACTION NO. B-03-109
                                       '
                                       '
BROWNSVILLE INDEPENDENT                '
SCHOOL DISTRICT.                       '

<u>AFFIDAVIT</u>

STATE OF TEXAS                         '

COUNTY OF *Hidalgo*                    '

      BEFORE ME, the undersigned authority, on this day, personally appeared *Charles R. Clark*, who, being duly sworn upon his/her oath according to law, did depose and state the following:

      "My name is *Charles R. Clark*. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

      I am employed by and a custodian of records of CRC Engineering, Inc. ("CRC"). Attached hereto are records from CRC, marked as Exhibit Nos. 19 and 20. These records are kept by CRC in the regular course of business, and it was the regular course of business of CRC for an employee or representative of CRC with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record. This record was made at the time of the act, event, condition, opinion, or diagnosis, near that time, or reasonably soon thereafter. The records attached hereto are true and correct copies of the originals."

FURTHER AFFLANT SAYETH NOT.

_____
Witness

SWORN TO AND SUBSCRIBED this 25 day of *February* 2005.

_____
Notary Public in and for the State of Texas

LINDA OSTEEN
Notary Public, State of Texas
My Commission Expires
10-15-2005

EXHIBIT **2**

# CRC ENGINEERING, INC.

119 W. McIntyre
Edinburg, Texas 78539
(956) 381-5700
(956) 381-5710 (fax)..

March 3, 1998

Brownsville ISD
1900 Price Rd.
Brownsville, Texas 78521

Attn: Mr. Oscar Tapia

Facilities/ Maintenance Administrator

RE: Aikens Elementary School

HVAC Study

Dear Sir:

Our firm has completed the study of the HVAC System at the above referenced school facility. We offer the following observations and recommendations:

A. Chilled Water System (Areas "A","B","D","E")

    1. The fan coil units supplying the outside air to the building are sized to deliver 26,032 cfm as measured by the Test and Balance Contractor. The system design specified 25,740 cfm to be introduced into the building. Load calculations indicate the system was designed for 22.5 persons per classroom or combinations of rooms served by one fan coil. At 20 cfm per person, this allows 1287 people in the building. The current occupancy load is estimated to be 756 people. Therefore at the present time the outside air fan coil units are over capacity for the current occupancy load. Assuming the original design conditions of 22.5 persons per fan coil, we recommend the outside air fan coil unit outputs remain unchanged, and the controls be set to cool the outside air to the lowest temperature possible. We also recommend a motorized damper be installed on the outside air inlet at each room fan coil. This damper shall be interlocked with the room fan coil unit and close when the fan coil fan is not operating. The installation of the dampers at each room fan coil will prevent outside air from entering the room space when the room fan coil is not operating.

    2. The outside air supplied to the building is not being relieved ; therefore, it will be necessary to create a means for the air in each room to be exhausted. This will require grilles, ductwork and fire dampers be installed at each room to allow the air to flow to the corridor. At present the total

**EXHIBIT 19**

EXHIBIT

27

volume of air that can be exhausted from the building by the exhaust fans is 13,040 cfm; however, the air gap under the doors from each room to the corridors and from the corridors to the exhaust fans in the toilets is to small to allow the air to flow freely between the two areas. Additionally, the exhaust fans are also controlled by the lights switches in the toilets and do not operate when the lights have been turned off. A more positive means of relieving the air from the building is to install additional exhaust fans at the top of the stairs or other selected areas and have them interlocked with the HVAC control system. This fan should be sized to exhaust the total cfm of outside air that is introduced into the building.

3. We recommend re-heat control to maintain the set temperature for the space. The dew point or saturation temperature of air at room conditions of 72 deg F db and 50% RH is 52.6 deg F wb. The air must be cooled to this temperature to remove the moisture. Without re-heat the room conditions of 72 deg F cannot be maintained. Shutting the room fan coil fan "off" is not an acceptable means of control. This operating procedure will cause moisture to remain in the room and will not allow it to be exhausted.

B. Rooftop Systems (Area "C")

1. Insure the outside air dampers are set to allow 7000 cfm per unit into the space. The tonnage required to cool the outside air is approximately 13 tons per unit. This represents 20% of the load placed on the unit. Without the outside air load, the unit is to large and will not remove the moisture from the air. A relief air damper was specified for each of these units; therefore the problem of relieving air in this area is not a factor as in the other areas.

C. Rooftop System (Area "F")

1. Load calculations for this area indicate a 4.36 ton rooftop unit is required for each classroom with 450 cfm of outside air required for 22.3 persons. Sensible load called for 32,372 BTUH. A sensible load of 30,000 BTUH and total load of 5 tons were specified. The systems for this area have been sized according to the same conditions our firm assumed. A relief air damper was also specified for these units as in area "C".

C. Cost Estimate

1. Chilled Water System

    a. Motorized dampers and installation –57 x $200 = $11,400

    b. Fire dampers – 57 x $35 = $1,995

    c. Grilles 10x8 – 57 x $30 = 1,710

● Page 3                                                                              March 3, 1998

    d.  Ductwork, 10x8- 57x10'x$20/ft = $11,400

    e.  Exhaust fans,  13,000cfm – 2 x $2,675 = $5350

    f.  Total Estimated  cost - $31,855  (Materials only)

In summary, the HVAC system for areas "A","B","D" and "E" have been designed to accommodate over 1200 persons. This is based on 25,740 cfm of outside air at 20cfm per person introduced into the building. If you find the original design stated the system was to be designed for an occupancy load of 800 persons then we will add to this report regarding changes to be made to the outside air fan coil units. The lack of means for relief air in the building can be considered a design deficiency. I consider the introduction of outside air into the room with no restraints when the room fan coil unit is shut down as a design deficiency.

The Test and Air Balance Contractor checked all systems and verified the units met or exceeded the design conditions. I did not find evidence in their reports to indicate adjustments were made to the equipment. Either the equipment was constructed exactly as specified or adjustments were made and not recorded. They did not include the amount of outside air supplied to each room nor the pressure inside each room. This data would have simplified the investigation procedure of this report.

Respectfully,

Charles R. Clark, P.E.

# CRC ENGINEERING, INC.

118 W. McINTYRE
EDINBURG, TEXAS
(956) 381-5700
(956) 381-5759(FAX)

August 20, 1998

Oscar Tapia
Brownsville Independent School District
1900 Price Road
Brownsville,  Texas  78521

RE:    ALKENS ELEM. HVAC SYSTEM

Mr. Tapia,

Per our meeting of August 12, 1998 regarding the above referenced project, we offer the following suggestions to eliminate the mold & mildew problem of the facility.

1.    Reduce outside air into the building to 16,500 cfm by adjusting each outside air fan coil unit.

2.    Install manual balancing dampers at the inlet to each fan coil unit above each space and set to allow 460 cfm into the space.

3.    Cool outside air temperature to 55°F.

4.    At each room fan coil unit, run fan continuously. Control room temperature by opening & closing chill water valve, do not allow chill water valve to modulate. Chill water valve to be controlled by room thermostat.

5.    Install a humidistat in each room and allow this device to control the strip heater to provide reheat if needed and control humidity in room.

6.    Install a transfer grille in each room and directly outside of each room in corridor and connect with a 10x10 sheet metal duct. Install a smoke/fire damper in the

**EXHIBIT 20**

08-25-08100

corridor firewall. Obtain 120 V power to operate damper from nearest source. Connect damper to fire alarm panel.

7.   Install a 13,000 cfm sidewall exhaust fan on the second level of the central stairwell. Fan shall be equipped with fire damper and smoke detector and shall be shut-down by the fire alarm panel. The fan shall be controlled by the EMS system for normal operation.

The building code allows air to be transferred from the classrooms to the corridor if the local building code official waives the code. With the installation of the smoke/fire dampers, the building official should not dis-allow this installation. The same holds true for the exhaust fan installation.

Fan coil units are extremely notorious for creating high humidity levels in the building. The coils are commonly over sized by the manufacturer and will not remove all the moisture. The control sequence we have suggested would allow cold dry air to enter the coil of the room unit and by turning the chill water valve "on" and "off" to maintain room temperature, the humidity will be kept as low as possible. We expect the reheat cycle to energize only during periods of very high humidity conditions outdoors. It is very important to run the fan continuously in the room fan coil unit.

Respectfully,

Charles R. Clark

Charles R. Clark