**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES INSURANCE COMPANY** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-109** |
| | § | |
| **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT.** | § | |
| | § | |

**AFFIDAVIT**

STATE OF TEXAS §
§
COUNTY OF Cameron §

BEFORE ME, the undersigned authority, on this day, personally appeared David A. Hanawa, who, being duly sworn upon his/her oath according to law, did depose and state the following:

"My name is David A. Hanawa. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

I am employed by and a custodian of records of Ambiotec Group ("Ambiotec"). Attached hereto are records from Ambiotec, marked as Exhibit No. 25. These records are kept by Ambiotec in the regular course of business, and it was the regular course of business of Ambiotec for an employee or representative of Ambiotec with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record. This record was made at the time of the act, event, condition, opinion, or diagnosis, near that time, or reasonably soon thereafter. The records attached hereto are true and correct copies of the original."

FURTHER AFFIANT SAYETH NOT.

[signature]
Witness

SWORN TO AND SUBSCRIBED this 17th day of May 2004.

CAROLINE PEREZ NOTARY PUBLIC STATE OF TEXAS EXPIRES 26 - 2007

[signature] Caroline Perez
Notary Public in and for the State of Texas

EXHIBIT 3



# BROWNSVILLE ISD

Civil & Environmental Engineers

Environmental Scientists

Surveyors

❖

Construction Managers

Brownsville

Harlingen

McAllen

# Mold Investigation

## BESTEIRO MIDDLE SCHOOL
## AIKEN ELEMENTARY

**Brownsville, Texas**
**May 2002**

**EXHIBIT 25**

**ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT**

**Ambiotec Environmental Consultants, Inc.**
P.O. Box 2565
1101 East Harrison Avenue
Harlingen, Texas 78551
(956)423-7807 Fax:(956)423-7905

# PRELIMINARY MOLD INVESTIGATION

**Besteiro Middle School/Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**
**AEC Project No. 3163**

**DRAFT REPORT**

**Prepared For:**

**Brownsville Independent School District Counsel**
**Brownsville, Texas**

***May, 2002***

**ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT**

## TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| **EXECUTIVE SUMMARY** | | 1 |
| **1.0** | **INTRODUCTION** | 3 |
| **2.0** | **SITE DESCRIPTION** | 3 |
| **3.0** | **METHODS** | 3 |
| **4.0** | **BACKGROUND INFORMATION AND EVALUATION CRITERIA** | 4 |
| 4.1 | Symptoms | 5 |
| 4.2 | Possible Causes | 5 |
| 4.3 | Current Status of Regulatory Levels | 6 |
| 4.4 | Comfort Indicators | 6 |
| 4.5 | Microbiological Contaminants | 6 |
| 4.5.1 | *Stachybotrys* | 7 |
| 4.5.2 | *Aspergillus* | 7 |
| 4.6 | Evaluation of Laboratory Analytical Results | 7 |
| **5.0** | **RESULTS** | 8 |
| 5.1 | Besteiro Middle School | 8 |
| 5.1.1 | Air Samples | 8 |
| 5.1.2 | Surface Samples | 9 |
| 5.1.3 | Temperature and Relative Humidity | 9 |
| 5.2 | Aiken Elementary School | 9 |
| 5.2.1 | Air Samples | 9 |
| 5.2.2 | Surface Samples | 10 |
| 5.2.3 | Temperature and Relative Humidity | 10 |
| **6.0** | **CONCLUSIONS** | 10 |
| **7.0** | **RECOMMENDATIONS** | 12 |

**LIST OF FIGURES**

FIGURE 1 FIRST FLOOR SAMPLE LOCATIONS
FIGURE 2 SECOND FLOOR SAMPLE LOCATIONS

**LIST OF TABLES**

TABLE 1 DISTRIBUTION OF SAMPLES
TABLE 2 DISTRIBUTION OF INDOOR SAMPLES

**ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT**

| | |
|---|---|
| TABLE 3 | DISTRIBUTION OF OUTDOOR SAMPLES |
| TABLE 4-1 | DISTRIBUTION OF INDOOR OCCURRENCES OF INDICATOR CRITERIA FOR AIKEN |
| TABLE 4-2 | DISTRIBUTION OF INDOOR OCCURRENCES OF INDICATOR CRITERIA FOR AIKEN (%) |
| TABLE 5-1 | DISTRIBUTION OF INDOOR OCCURRENCES OF INDICATOR CRITERIA FOR BESTEIRO |
| TABLE 5-2 | DISTRIBUTION OF INDOOR OCCURRENCES OF INDICATOR CRITERIA FOR BESTEIRO (%) |
| TABLE 6 | RELATIVE COMPARISON OF INDOOR AND OUTDOOR AIR QUALITY |
| TABLE 7 | SUMMARY OF LABORATORY RESULTS - BESTEIRO SCHOOL |
| TABLE 8 | SUMMARY OF LABORATORY RESULTS - AIKEN SCHOOL |

**APPENDICES**

| | |
|---|---|
| APPENDIX A | MOLD LABORATORY REPORTS - BESTEIRO SCHOOL |
| APPENDIX B | MOLD LABORATORY REPORTS - AIKEN SCHOOL |

**ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT**

## EXECUTIVE SUMMARY

In February 2002, Ambiotec Environmental Consultants, Inc. (AEC) was contracted by the Brownsville Independent School District's (BISD) counsel to provide technical assistance in the evaluation of potential mold contamination in the Besteiro Middle School/Aiken Elementary School building located on Southmost Road in Brownsville, Cameron County, Texas. AEC performed walk-through inspections of the building in February 2002 to identify visible evidence of mold growth colonies and to develop a sampling and analysis plan to assess indoor air quality parameters.

AEC performed an initial sampling event on February 27, 2002 during which fifteen (15) air samples were collected within the building. Additional sampling events were performed on March 28, 2002, April 3, 2002, and May 21, 2002 during which an additional total of 88 air samples and 90 surface samples were collected. This resulted in the collection and analysis of 55 air and 52 surface sample at Aiken, and 48 air and 38 surface samples at Besteiro, for a total of 193 samples. The sampling locations were selected based on previous investigations; and information collected during the walk-through inspection, including areas of visible mold. Six of the air samples were collected to measure the outside air mold concentrations.

Mold concentrations from the air samples ranged from none detected (ND) to a high 60,035 counts/$M^3$. The predominant molds included *Alternaria*, *Aspergillus*, *Chaetomium*, *Penicillium*, *Stachybotrys* and *Cladosporium*.

**In general, the results of the air samples do not indicate widespread elevated airborne mold concentrations at either school.** Of the 97 indoor air samples collected, only one sample was characterized as posing a serious concern; and three samples were characterized as posing a potential concern. The level of concern was based on criteria developed for this investigation based on the absolute value of the measured total and specific target mold concentrations, and the relative value of the concentration compared to the observed outdoor air concentrations. The remaining 93 samples had mold air concentrations less than 500 counts/ $M^3$, and none of these reported *Stachybotrys* above detection limits.

The sample that presented a serious concern occurred at Aiken. This sample had a measured concentration of 60,035 counts/$M^3$ and was taken at the southern end of the first floor corridor. The sample had an elevated concentration of *Stachybotrys* level of 60,000 counts/$M^3$, which was likely the result of airborne spores from the visible mold on the chiller system pipe insulation jacket located above the corridor ceiling.

Surface (tape) samples were collected at locations that indicated visible signs of mold growth on building or other surfaces. **The results of the surface samples indicate the presence of visible microbial growth in over eighty areas that would require remediation under current industry guidelines. Visible mold was found in the sheetrock (walls and ceilings) material in various locations throughout both schools, and in the thermal system insulation jacket in the chilled water system at Aiken. In general, Aiken Elementary exhibited more extensive surface contamination than Besteiro.**

Fifty-one (51) and thirty-eight (38) tape samples were collected in Aiken and Besteiro, respectively. The highest *Stachybotrys* tape concentration of 4,395,000 counts/$M^2$ was found in samples collected from Rooms

B104 and B108 in Aiken, and is considered to be a serious concern. The highest *Aspergillus/Penecillium* concentration was found to be 24,000,000 counts/$M^2$ in a sample collected from the conference room of Aiken.

Thirty (30) of the surface samples at Aiken, or approximately 60%, reported concentrations above 1000 counts/ $M^2$, while only nineteen (19), or 50%, of the Besteiro samples were found above 1000 counts/ $M^2$. The overall average concentration of the surface samples was over twenty times higher at Aiken than Besteiro.

Although some elevated levels of *Stachybotrys* and *Aspergillus* were detected in samples collected from the site, the investigation of a relationship between the presence of mold and the health symptoms reported and/or alleged by BISD staff and/or students is outside the scope of this investigation.

Moisture in the form of plumbing leaks, roof leaks, poor ventilation, HVAC condensation and humid ambient air entering the schools are all possible sources for creating an environment conducive to microbiological growth. Moisture trapped between walls and floors leads to increased presence of mold on wallboard and ceiling tiles. Condensation is a common source for mold growth on piping insulation. Preliminary indications from the pattern of visible mold suggest that one principal cause of the moisture intrusion in Aiken is from the chilled water HVAC system, and in Besteiro from plumbing and roof leaks.

Temperature and relative humidity measurements collected in both schools during the investigation indicated no anomalous patterns to suggest enhancement of fungal growth by these parameters although the humidity level within the building was slightly high (median of approximately 63%).

**Both Aiken and Besteiro exhibit mold contamination that would need to be remediated under current industry guidelines. In order to insure a sustainable and cost effective remediation effort, the following future actions are recommended:**

- **Implementation of follow-up investigation activities to determine the quantities of the affected surface areas requiring remediation, and to prepare specifications for remediation including engineering estimates of the cost of remediation;**
- **Investigation, determination and remedial design for the control/elimination of the sources/causes of mold contamination;**
- **Remediation of affected areas, including physical removal of the water-damaged and contaminated materials in porous materials such as wallboard and ceiling tile;**
- **Implementation of the source/cause remedial design; and**
- **Development and implementation of a preventive, early detection and rapid response maintenance program to control the frequency and magnitude of future mold outbreaks.**

**ATTORNEY PRIVILEGED AND
CONFIDENTIAL WORK PRODUCT**

## 1.0  INTRODUCTION

In February 2002, Ambiotec Environmental Consultants, Inc. (AEC) was contracted by the Brownsville Independent School District's (BISD) counsel to provide technical assistance in the evaluation of potential mold contamination in the Besteiro Middle School/Aiken Elementary School building. Employees at the school had reported "allergy-like" symptoms, including headaches, nasal congestion and coughing. A report of a previous investigation performed by another environmental consultant indicated the presence of mold in several areas of the building. On the basis of the concerns raised by the report, BISD administrators recommended that students, faculty and staff be relocated to another facility pending resolution of the mold concerns.

This report describes the results of the mold investigation performed by Ambiotec Environmental Consultants, Inc. at the Besteiro Middle School/Aiken Elementary School building. The scope of work for this project involved collecting air and microscopic screen (surface) samples to determine the concentration and type of mold in the building.

The remainder of the report is organized as follows. A brief description of the project site is presented in Section 2. The methods employed in the investigation are detailed in Section 3. Section 4 provides a background on mold standards, and describes the criteria used in this investigation to aid in the interpretation of the sampling results. The results of the sampling investigation are presented in Section 5. Finally the conclusions of the investigation and recommendations for future activities are presented in Sections 6 and 7, respectively.

## 2.0  SITE DESCRIPTION

The property is located on Southmost Road in southern Brownsville, Cameron County, Texas. The property consists of the Besteiro Middle School and the Aiken Elementary School, which are interconnected. Construction of the school was completed in 1997. Both schools consist of two floors and have a combined total area of approximately 250,000 square feet. The schools include classrooms, administrative offices, cafeterias, kitchens, a gymnasium, locker rooms, and restrooms. Surrounding properties are primarily residential and commercial properties.

## 3.0  METHODS

The investigation was initiated by performing a site visit by Ambiotec personnel upon receiving authorization to proceed from the BISD's counsel. A walk-through of the facility was performed to inspect the interior of the building while identifying potential sampling locations. School personnel were interviewed to inquire about previous water damage incidents and health symptoms reported among employees at the site. An inspection was performed on both floors of both schools to determine areas of obvious and potential fungal contamination, identify past roof leaks, and identify other potential sources and pathways for moisture vapor intrusion into the building.

Upon completion of the initial walk-through, a sampling plan was developed and implemented at the site. Two

types of samples were collected during three subsequent sampling events: air samples and surface samples.

Air samples were collected using spore trap media (Air-O-Cell or Cyclex D cassettes). Each sample was collected over a period of 10 minutes using a high-volume air pump (15 or 20 liters per minute) attached to the spore trap cassette. The spore trap cassettes are designed for rapid collection and analysis of a wide range of airborne particles, including fungal spores. Samples are analyzed by light microscopy at 600X magnification, with the entire slide (100% of the sample) being analyzed. The results are reported as "total", meaning they include both viable (living) and non-viable (dead) fungal spores. The technique, however, does not allow for the differentiation between *Aspergillus* and *Penicillium* spores. Small (1-3 $\mu$) spherical fungal spores that cannot be identified and may include *Aspergillus*, *Penicillium*, and *Trichoderma* and others are grouped together as *Amerospores*. Additionally, it does not allow for cultivation or speciation of spores. Slides containing greater than 500 fungal spores are difficult to count accurately due to overcrowding and are therefore estimates. Similarly, excessive non-microbial particulates can mask the presence of fungal spores, thereby reducing counting accuracies.

Surface samples are samples collected from surfaces such as walls, ceilings, furniture and fixtures. Clear adhesive tape was used to collect microbiological growths from hard surfaces by lightly pressing strips of tape against areas of mold growth. The samples were placed in clear polyethylene bags, refrigerated, and sent to the environmental microbiological laboratory to confirm the presence and identity of fungi in or on the surface of each sample. Surface samples are analyzed directly and spores are counted. All samples are analyzed via light microscopy in the same manner as performed for air samples collected in the spore trap cassettes.

AEC performed an initial sampling event on February 27, 2002 during which fifteen (15) air samples were collected within the building. Additional sampling events were performed on March 28, 2002, April 3, 2002, and May 21, 2002 during which an additional total of 88 air samples and 90 surface samples were collected. This resulted in the collection and analysis of 55 air and 52 surface sample at Aiken, and 48 air and 38 surface samples at Besteiro, for a total of 193 samples. The sampling locations were selected based on previous investigations, as well as information collected during the walk-through inspection. Surface samples were collected wherever visible mold contamination was found. Six of the air samples were collected to measure the outside air mold concentrations.

A breakdown of the distribution of the total, indoor and outdoor samples are presented for both the air and surface samples for both schools in Tables 1, 2 and 3, respectively. The location of the samples is presented in Figures 1 and 2, respectively, for the first and second floors of the buildings.

Real-time temperature and relative humidity (RH) measurements were also collected in various locations of the facility to evaluate occupant comfort parameters. A hand-held digital sensor was used to take the temperature and humidity measurements.

## 4.0 BACKGROUND INFORMATION AND EVALUATION CRITERIA

The relatively recent nature of the focus on mold related contamination and the lack of nationwide regulatory standards, make it difficult to evaluate the significance and implication of measured mold concentration levels.

This section presents a summary background on mold and the evaluation criteria that were developed and used in this investigation to aid in the interpretation of the results. The background section includes a discussion of health symptoms and possible causes, comfort indicators, and microbial contaminants. The evaluation section presents numerical values that were used to establish rules for classifying results as being of potential or serious concern.

### 4.1 Symptoms

A number of published studies have reported a high occurrence of symptoms among individuals working in high-occupancy buildings. The symptoms and health complaints reported by these individuals have been diverse and usually not suggestive of any particular medical diagnosis or readily associated with a causative agent. A typical spectrum of symptoms has included headaches, unusual fatigue, varying degrees of itching or burning eyes, irritations of the skin, nasal congestion, dry or irritated throats, and other respiratory irritations. Typically, the workplace environment has been implicated because workers report that their symptoms lessen or resolve when they leave the building.

### 4.2 Factors Affecting Indoor Air Quality

Scientists investigating indoor environmental problems believe that there are multiple factors contributing to building-related occupant complaints. Among these factors are imprecisely defined characteristics of heating, ventilating, and air-conditioning (HVAC) systems, cumulative effects of exposure to low concentrations of multiple chemical pollution, odors, elevated concentrations of particulate matter, microbiological contamination, and physical factors such as thermal comfort, lighting, and noise. Reports are not conclusive as to whether increases of outdoor air above currently recommended amounts (15 cubic feet per minute per person [cfm/personal]) are beneficial. However, rates lower than these amounts appear to increase the rates of complaints and symptoms in some studies. Design, maintenance, and operation of HVAC systems are critical to their proper functioning and provision of healthy and thermally comfortable indoor environmental pollutants can arise from either outdoor sources or indoor sources.

There are also reports describing results that show that occupant perceptions of the indoor environment are more closely related to the occurrence of symptoms than the measurement of any indoor contaminant or condition. Some studies have shown relationships between psychological, social, and organizational factors in the workplace and the occurrence of symptom and comfort complaints.

Less often, an illness may be found to be specifically related to something in the building environment. Some examples of potentially building-related illnesses are allergic rhinitis, allergic asthma, hypersensitivity pneumonitis, Legionnaires disease, Pontiac fever, carbon monoxide poisoning, and reaction to boiler corrosion inhibitors. The first three conditions can be caused by various microorganisms or other organic material. Legionnaires disease and Pontiac fever are caused by Legionella bacteria. Sources of carbon monoxide include vehicle exhaust and inadequately ventilated kerosene heaters or other fuel-burning appliances. Exposure to boiler additives can occur if

boiler steam is used for humidification or is released by accident.

Problems mold investigators have found in the non-industrial indoor environmental have included poor air quality due to ventilation system deficiencies, overcrowding, volatile organic chemicals from office furnishing, machines, structural components of the building and contents, tobacco smoke, microbiological contamination, and outside air pollutants; comfort problems due to improper temperature and RH conditions, poor lighting, and unacceptable noise levels; adverse ergonomic conditions; and job-related psycho-social stressors.

## 4.3 Current Status of Regulatory Levels

Standards specifically for the non-industrial indoor environment do not exist. NIOSH, OSHA, and the American Conference of Governmental Industrial Hygienists (ACGIH) have published regulatory standards of recommended limits for occupational exposures. With few exceptions, pollutant concentrations observed in the office work environment fall well below these published occupational standards or recommended exposure limits. The American Society of Heating, Refrigerating, and Air-conditioning Engineers (ASHARE) has published recommended building ventilation design criteria and thermal comfort guidelines. The ACGIH has also developed a manual of guidelines for approaching investigations building-related complaints that might be caused by airborne living organisms or their effluents.

In terms of remediation criteria, the current industry standard is to remediate all areas of visible mold.

## 4.4 Comfort Indicators

Measurement of indoor environmental contaminants has rarely proved to be helpful, in the general case, in determining the cause of symptoms and complaints except where there are strong or unusual sources, or a proven relationship between a contaminant and a building-related illness. However, measuring ventilation and comfort indicators such as $CO_2$, temperature, and relative humidity (RH) is useful in the early stages of an investigation in providing information relative to the proper functioning and control of HVAC systems. Elevated temperature and humidity levels (>60%) create conducive environments for mold growth. During the current investigation, temperature and RH were measured at several of the air sampling locations.

## 4.5 Microbiological Contaminants

There are few, if any, convincingly documented cases of the direct effect of mycotoxins on the health of occupants of fungal-contaminated buildings. Two-fungi, *Stachybotrys chartarum* and *Aspergillus versicolor* have been implicated as possible source of mycotoxin exposure in water-damaged buildings.

#### 4.5.1 *Stachybotrys*

Possible symptoms or human disease caused by *Stachybotrys* can include respiratory irritation (from inhalation exposure to spores and mycelial parts) allergy, mycosis (infection by the organism) and toxicity or mycotoxicosis (poisoning) from exposure to its metabolic products. Data on the allergic and toxic forms of the disease are limited, but several studies and case reports suggest *Stachybotrys* and its mycotoxins as causes of certain human illnesses. Not all strains of *Stachybotrys* can produce mycotoxins.

The toxic manifestations of *Stachybotrys* (Stachybotryotoxicosis) are caused by the absorption of the toxins produced by the fungus. There are several potential routes of exposure to the tricothecene toxins produced by this fungus, including absorption from skin contact, inhalation, or ingestion. There are reports of local skin irritation due to handling of material contaminated by this fungus, but whether or not systemic effects occur due to skin absorption is unknown. Inhalation is the most likely entryway of the spores into the body in occupational exposures. Work sites that provide a potential risk for this disease include farms, cottonseed oil plant, grain elevators and facilities used for reprocessing moldy grain, malts grain processors, textile mills using plant fibers, and bindertwine factories. Because occupations at these sites involve close contact with mold-contaminated materials, the affected employees probably received greater exposure to mold spores than would be expected in most non-industrial environments.

#### 4.5.2 *Aspergillus*

*Aspergillus* is a mold that is common throughout the world. There are over 600 species in the genus *Aspergillus*. Most *Aspergillus* species are found in soil, although many species can be found on a wide variety of substrates include forage and food products, cotton, and other organic debris. Aspergillus fumigatus, the most common species accounts for most disease attributable to *Aspergillus*, both allergic and infectious. Groups at risk of exposure to this fungus include farmers; bird hobbyists; worker in sawmills, greenhouses, cane mills or breweries; and people who work around mushrooms, tobacco or grain. Workers who are exposed to dust from compost piles, decomposing haystack, or mold grains may develop hypersensitivity responses.

### 4.6 Criteria for Evaluating Laboratory Analytical Results

Given the general lack of regulatory and industry standards for assessing the limits at which chronic and acute mold exposure is acceptable, the following criteria were developed to aid in the interpretation of the results. These levels do not necessarily suggest that exposure at these levels is relevant to health-related symptoms. Rather, the levels were used as a basis for providing a relative measure for evaluating the sample results. The laboratory analytical results were evaluated against both background concentrations (outdoor air) measured in ambient air samples, and the following suggested criteria.

ATTORNEY PRIVILEGED AND
CONFIDENTIAL WORK PRODUCT

***Potential Concern Criteria***

Mold concentrations in air samples were considered to be a **potential** concern at levels between 1,000 and 5,000 total spore counts/M$^3$ (counts per cubic meter of air), or between 5 and 100 counts/M$^3$ for *Stachybotrys*. For surface samples, a potential concern was noted for samples having total detectable spore concentrations of less than 1,000 counts/M$^2$, but above the detection limit.

***Serious Concern Criteria***

Mold concentrations in air samples were considered to be a **serious** concern at levels above 5,000 counts/M$^3$, or above 100 counts/M$^3$ for *Stachybotrys*. For surface samples, a serious concern was noted for samples having total detectable spore concentrations of more than 1,000 counts/M$^2$.

## 5.0 RESULTS

All samples collected at the site were submitted to an environmental laboratory for analytical testing for mold species. Visible mold was found in the sheetrock (wallboard and ceilings) in various locations throughout both schools, and in the thermal system insulation jacket in the chilled water system at Aiken. These areas are shown in Figures 1 and 2 wherever tape sample locations are indicated. In particular, blue surface sample locations represent areas of potential concern, while red surface sample locations represent areas of serious concern. The same color scheme was also used to denote the significance of air samples. A discussion of the sampling results by school is presented below.

The sample results are summarized in Tables 4 through 8. Tables 4-1 and 4-2 present the distribution of occurrences and the percentage occurrence of the indicator criteria (i.e., potential and serious concern) for the indoor samples at Aiken. The same information for Besteiro is presented in Tables 5-1 and 5-2. Table 6 presents a comparison of indoor and outdoor air concentrations for both schools. A summary of the sampling results is presented in Tables 7 and 8 for Aiken and Besteiro, respectively. The laboratory reports are presented in the Appendix.

### 5.1 Besteiro Middle School

#### 5.1.1 Air Samples

Only two out of 45 of the air samples were found to be of concern, although none of serious concern. The results of analytical testing indicate that *Stachybotrys* was detected above detection limits in only one air sample. The resulting *Stachybotrys* concentration was measured at 45 counts/M$^3$ and was collected from Room 235. The total mold count, however, was comparable to that found in the outside air. The only other sample categorized as being of potential concern was collected in the Besteiro side of the entertainment center. No *Stachybotrys* was observed above detection limits in this sample, but the total count (1950 counts/M$^3$) exceeded 1000 counts/M$^3$. The rest of the air samples were found in

concentrations that were less than 500 counts/M$^3$ and generally comparable to the concentrations found in the outside air during the sampling period.

5.1.2 Surface Samples

A total of 38 locations were observed to exhibit visible mold contamination and were sampled. Over 90% of these samples were found to be of concern. Half of the surface samples collected at Besteiro were classified as being of serious concern. However, *Stachybotrys* was detected in only one surface sample, which was collected in Room 113 above the ceiling tile, although at the very high concentration of 219,745 counts/M$^2$ (total count of 366,242 counts/M$^3$). Only three samples were found with total counts below the detection limit.

5.1.3 Temperature and Relative Humidity

Measurements of temperature and relative humidity (RH) were collected at several areas of the Besteiro Middle School and are listed in Table 1. All measurements were performed during the collection of air samples on March 28, 2002.

Temperatures recorded in the school ranged from 63.7 °F in Room 204 to 72.1 °F in the main office. The median temperature within the school was found to be 69.5 °F. A temperature of 73.5 °F was recorded for two ambient air samples.

RH measurements recorded in the school ranged from 55.3% in Corridor C to 82.6% in Room 119. The median RH within the school was found to be 62.9%. Ambient air was found to have an RH level of 80.0%.

## 5.2 Aiken Elementary School

5.2.1 Air Samples

Only two out of 56 of the air samples were found to be of concern, although one was considered to be of serious concern, with *Stachybotrys* detected in both samples. In one case (elevator room), the total count was comparable to outside air concentrations, and the *Stachybotrys* concentration (7 counts/M$^3$) was found only slightly above the detection limit (5 counts/M$^3$). However, in the second case, which was collected along the first floor corridor, both the total (60,035 counts/M$^3$) and Stachybotrys (60,000 counts/M$^3$) concentrations represent a serious concern. The rest of the air samples were found in concentrations that were less than 500 counts/M$^3$ and generally comparable to the concentrations found in the outside air during the sampling period.

**ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT**

### 5.2.2 Surface Samples

A total of 51 locations were observed to exhibit visible mold contamination and were sampled. Over 90% of these samples were found to be of concern. Almost 60% of these were classified as being of serious concern. *Stachybotrys* was detected in a total of nine surface samples. These included samples collected at Rom 212, Rm A102, Kitchen, Room 107, Room B104, Room B108, Room C105, Cafetorium and the first floor corridor. The highest *Stachybotrys* concentrations were found in C105 and B104/B018, which exceeded 1million and 4 million counts/M$^3$, respectively. The highest total count was observed in the conference room and exceeded 25 million counts/M$^3$. Only three samples were found with total counts below the detection limit.

### 5.2.3 Temperature and Relative Humidity

Measurements of temperature and relative humidity (RH) were collected at several areas of the Aiken Elementary School and are listed in Table 2. All measurements were performed during the collection of air samples on March 28, 2002.

Temperatures recorded in the school ranged from 69.9 °F in Corridor A to 74.4°F in the cafetorium. The median temperature within the school was found to be 72.1°F. A temperature of 83.0 °F was recorded for two ambient air samples.

RH measurements recorded in the school ranged from 50.1% in the counselor's office to 65.8% in the cafetorium. The median RH within the school was found to be 56.5%. Ambient air was found to have an RH level of 63.0%.

## 6.0 CONCLUSIONS

In general, the results of the air samples do not indicate widespread elevated airborne mold concentrations at either school. Of the 97 indoor air samples collected, only one sample was characterized as posing a serious concern; and three samples were characterized as posing a potential concern. The level of concern was based on criteria developed for this investigation based on the absolute value of the measured total and specific target mold concentrations, and the relative value of the concentration compared to the observed outdoor air concentrations. The remaining 93 samples had mold air concentrations less than 500 counts/ M$^3$, and none of these reported *Stachybotrys* above detection limits.

The sample that presented a serious concern occurred at Aiken. This sample had a measured concentration of 60,035 counts/M$^3$ and was taken at the southern end of the first floor corridor. The sample had an elevated concentration of *Stachybotrys* level of 60,000 counts/M$^3$, which was likely the result of airborne spores from the visible mold on the chiller system pipe insulation jacket located above the corridor ceiling. Of the three samples that were judged to be of potential concern, two occurred at Besteiro and one at Aiken. The Aiken sample reported a total count comparable, if not lower, than the outside air; but had *Stachybotrys* spores measured above detection, although only slightly above detection (7 counts/ M$^3$ versus 5 counts/ M$^3$). No

outside air samples had *Stachybotrys* spores measured above detection levels (5 counts/ $M^3$). Of the two air samples of concern at Besteiro, one had a total count comparable, if not lower, than the outside air, but had *Stachybotrys* spores measured above detection (45 counts/ $M^3$). The other sample had a total count (1950 counts/ $M^3$) that was higher than the average outdoor air counts, but did not indicate detectable levels of *Stachybotrys*.

Surface (tape) samples were collected at locations that indicated visible signs of mold growth on building or other surfaces. The results of the surface samples indicate the presence of visible microbial growth in over eighty areas that would require remediation under current industry guidelines. Visible mold was found in the sheetrock (walls and ceilings) material in various locations throughout both schools, and in the thermal system insulation jacket in the chilled water system at Aiken. In general, Aiken Elementary exhibited more extensive surface contamination than Besteiro.

Fifty-one (51) and thirty-eight (38) tape samples were collected in Aiken and Besteiro, respectively. The highest *Stachybotrys* tape concentration of 4,395,000 counts/$M^2$ was found in samples collected from Rooms B104 and B108 in Aiken, and is considered to be a serious concern. The highest *Aspergillus/Penecillium* concentration was found to be 24,000,000 counts/$M^2$ in a sample collected from the conference room of Aiken.

Thirty (30) of the surface samples at Aiken, or approximately 60%, reported concentrations above 1000 counts/ $M^2$, while only nineteen (19), or 50%, of the Besteiro samples were found above 1000 counts/ $M^2$. The overall average concentration of the surface samples was over twenty times higher at Aiken than Besteiro.

Although elevated levels of *Stachybotrys* and *Aspergillus* were detected in samples collected from the site, the investigation of a relationship between the presence of mold and the health symptoms reported and/or alleged by BISD staff and/or students is outside the scope of this investigation.

Moisture in the form of plumbing leaks, roof leaks, poor ventilation, HVAC condensation and humid ambient air entering the schools are all possible sources for creating an environment conducive to microbiological growth. Moisture trapped between walls and floors leads to increased presence of mold on wallboard and ceiling tiles. Condensation is a common source for mold growth on piping insulation. Preliminary indications from the pattern of visible mold suggest that one principal cause of the moisture intrusion in Aiken is from the chilled water HVAC system, and in Besteiro from plumbing and roof leaks.

Temperature and relative humidity measurements collected in both schools during the investigation indicated no anomalous patterns to suggest enhancement of fungal growth by these parameters although the humidity level within the building was slightly high (median of approximately 63%).

It should be noted that care should be taken in the generalization or extrapolation of the data and/or conclusions of this study for a number of reasons. First, the sampling period was limited to a narrow seasonal window that has limited variation in ambient conditions. And second, unless the mold is remediated and the moisture sources controlled in the near term, the air and surface mold concentrations will change as a result of potential migration and propagation of the mold colonies beyond the observed areas.

## 7.0 RECOMMENDATIONS

Both Aiken and Besteiro exhibit mold contamination that would need to be remediated under current industry guidelines. In order to insure a sustainable and cost effective remediation effort, the following actions are recommended:

- Implementation of follow-up investigation activities to determine the quantities of the affected surface areas requiring remediation, and to prepare specifications for remediation including engineering estimates of the cost of remediation;
- Investigation, determination and remedial design for the control/elimination of the sources/causes of mold contamination;
- Remediation of affected areas, including physical removal of the water-damaged and contaminated materials in porous materials such as wallboard and ceiling tile;
- Implementation of the source/cause remedial design; and
- Development and implementation of a preventive, early detection and rapid response maintenance program to control the frequency and magnitude of future mold outbreaks.

Appropriate containment practices should be followed to reduce the potential for allowing mold spores to become airborne during the remedial activity. HEPA-type vacuum and air filtering systems have proven sufficient for containing airborne spores during removal activities.

For non-porous surfaces such as counter tops, floor tile and wood trim, remediation may be performed by cleaning and wiping down the affected surfaces. The cleaning activity should be done using a suitable detergent/surfactant and disinfection with an appropriate chemical agent (e.g.,10% chlorine bleach in water solution). As with the porous surface remediation, all non-porous surfaces should be vacuumed to reduce the potential for airborne spores.

Remediation of other surfaces should include HEPA-type vacuuming and wipe down to remove any dormant surface spores which have not become airborne. These surfaces include fixtures (e.g., lighting, hardware), furniture, computers, built-in bookshelves and books.

ATTORNEY PRIVILEGED AND CONFIDENTIAL WORK PRODUCT

**FIGURES**

RSI 000063



AIKEN
FLOOR
C108
C107
C106
C105
C104
C103
C102
C101
130
129
128
ENTRY LOBBY
ADMIN.
CONF.
CORRIDOR "B"
B106
B107
B108
B109
B110
B111
B112
CONF.
SPEECH
LEGEND
AMBIOTEC AIR SAMPLE
AMBIOTEC SURFACE SAMPLE
AMBIOTEC AHU SAMPLE
SERIOUS CONCERN
POTENTIAL CONCERN
RSL 000064
AMBIOTEC GROUP, INC.
1101 E. Harrison Ave.
Harlingen, Texas 78550
(956)423-7807
Fax (956)423-7905
FIRST FLOOR SAMPLE LOCATIONS
Fig. 1
Y549-AIKEN-ELEM-ENVIRONMENTAL-1DWG.DWG



KEN
236
234
232
230
228
SSI.
PRIN.
CNF.
SEC.
B211
B213
B215
B217
CORRIDOR
235
233
231
229
OUNGE
B210
B212
B214
B216
B218
LEGEND
AMBIOTEC AIR SAMPLE
AMBIOTEC SURFACE SAMPLE
AMBIOTEC AHU SAMPLE
SERIOUS CONCERN
POTENTIAL CONCERN
RSL 000065
AMBIOTEC GROUP, INC.
1101 E. Harrison Ave.
Harlingen, Texas 78550
(956)423-7807
Fax (956)423-7805
SECOND FLOOR SAMPLE LOCATIONS
1549-AIKEN-ELEM-ENVIRONMENTAL-1DWG.DWG