IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT. | §<br>§<br>§<br>§ | |

**AFFIDAVIT**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared **Rick A. Anderson**, P.E., C.I.A.Q.P., who, being duly sworn upon his oath according to law, did depose and state the following:

1. "My name is Rick Anderson. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I am a Licensed Professional Engineer in Texas and am currently the Branch Manager of the South Houston Office of Engineering and Fire Investigations ("EFI"). I supervised the original building assessment and evaluation of Aiken Elementary School and Besteiro Middle School (collectively, the "BISD Schools") in the Fall of 2002. Additionally, I oversaw the remediation assessment and later provided construction management oversight during the remediation project itself in 2003-2004. By reason of my employment with EFI, my investigation and assessment of the BISD Schools, and related activities, including serving as day-to-day project manager for the repairs in 2003-2004 and those activities set out herein, I have personal knowledge of the facts set forth in this affidavit, including the exhibits hereto, and those facts are true and correct.

2. Attached as **Exhibit A** to this affidavit and incorporated herein by reference is a true and correct copy of my current resume, which identifies my qualifications for the findings, conclusions and opinions offered in connection with EFI's investigation and assessment of the BISD Schools.

3. Attached as **Exhibit B** to this affidavit and incorporated herein by reference is a true and correct copy of EFI's report detailing our investigation and findings, which I signed and was one of the primary authors. Exhibit B sets forth the basis

for EFI's findings, conclusions and opinions in connection with the BISD Schools. Although Exhibit B is marked "DRAFT: FOR REVIEW ONLY," it is the final and only report prepared for BISD by EFI in connection with the BISD Schools. The factual statements set out in my report (Exhibit B) are true and correct.

4. I am qualified to give opinions regarding the assessment and evaluation of buildings, indoor air quality, design/construction, facilities remediation, and related issues, as set forth in my resume. I have a Bachelor of Science degree from Iowa State University in Construction Engineering. I am a Certified Indoor Air Quality Professional by the Association of Energy Engineers. I am also a Certified Professional Engineer in Texas. I am a Texas licensed Asbestos Consultant and AHERA Building Inspector. I am an AHERA Asbestos Project Designer for the Environmental Protection Agency. I have specialized knowledge that will assist the trier of fact to understand the evidence.

5. I have particular expertise and experience in the area of the evaluation and assessment of buildings, design/construction, indoor air quality, facilities remediation, and related matters. In addition, I have worked on over twenty (20) different schools for mold-related building assessments and evaluations. I have used methods acceptable in these specialized fields for reaching the findings, conclusions and opinions in this matter, as set out in Exhibit B. In connection with its assessment of the BISD Schools, EFI has, among other things, conducted interviews, inspected and studied the schools as length, and reviewed numerous documents, as set out in section 3.05 of Exhibit B. These activities form the basis of EFI's report, as further set out in Exhibit B."

Further Affiant sayeth not.

_____
Rick A. Anderson, P.E.

SUBSCRIBED AND SWORN to before me on this the 22 day of April, 2005.

SUE MENDEZ
Notary Public, State of Texas
My Commission Expires
February 11, 2009

_____
Notary Public, State of Texas

## Rick A. Anderson, P.E., C.I.A.Q.P.

**Years Experience:** 21

**Technical Specialties**

- Indoor Air Quality Services
- Mechanical Consulting Services
- Lead Based Paint Management
- Asbestos Consulting Services
- Contract Management
- Project Management

**Professional History**

- Engineering and Fire Investigations
- Law Engineering and Environmental Services, Inc.
- I.A. Naman and Associates, Inc.

**Professional Registrations and Affiliations**

- Professional Engineer, Texas, Mechanical, 1986
- Certified Indoor Air Quality Professional (Association of Energy Engineers), 2001
- Texas Licensed Asbestos Consultant
- EPA, AHERA Asbestos Project Designer
- AHERA, Texas Asbestos Building Inspector, Management Planner

**Education**

- B.S. (Construction Engineering), Iowa State University, 1981

**Areas of Expertise**

Mr. Anderson has over 21 years of experience in a variety of Facilities Engineering related services, which include indoor air quality, mechiacal (HVAC) engineering, asbesots, lead paint, and property condition assessments. He currently serves as the Director of Facilities Engineering and Project Manager in the Real Property Services division in EFI's Houston office.

Mr. Anderson has over 21 years of experience in indoor air quality and mechanical (HVAC) deign/field experience. He has managed and/or served as a consultant on several indoor air quality projects and identified as a mechanical (HVAC) specialist for this work. He performed indoor air quality studies on numerous projects such as low-rise and high-rise office buildings, hotels, museums, schools (K-12 and universities) and high-rise apartment complexes and condominiums. These studies



September, 2002

EFI 00888

Rick Anderson
Page 1

EXHIBIT "A"

included evaluating occupant complaints, sampling indicators of indoor air quality (mold/bacteria, carbon dioxide, carbon monoxide, temperature, relative humidity, VOC's and other chemical contaminants), reviewing the operation and maintenance of the mechanical systems and developing generalized recommendations for improving indoor air quality. He has performed remediation consulting services for several remediation projects for correcting indoor air quality deficiencies ( including mold and flooding damage) in schools, universities, office buildings, hotels, and industrial facilities. These remediation consulting services include, work procedures/scopeof work development, contractor slection and bidding, project management and construction management.

**Relevant Project Experience**
*Indoor Air Quality Surveys, Trammell Crow Company*
*Banking Centers*
*Various Locations, Texas*
EFI performed extensive indoor air quality, mold, and bacteria testing at several banking centers throughout Texas due to flooding and contaminated water infiltration. EFI tested for bioaerosols and air-o-cell fungal spores and bacteria. EFI monitored the site during remediation and provided clearance sampling. Samples were taken and analyzed and mold remediation design was developed as well as contractor coordination.

EFI has provided indoor air quality surveys relating to several banking center locations in response to occupant complaints. As part of the surveys, EFI sampled typical indicators and contaminants of indoor quality; performed bioaerosol sampling; Air-O-Cell sampling; bacteria sampling; collected ambient air samples for volatile organic compound analysis; testing for carbon dioxide, carbon monoxide, temperature, relative humidity, conducted a limited review of related mechanical equipment; evaluated findings and provided appropriate recommendations for improving air quality.

Client Reference:
Mr. David Hamilton
Trammell Crow Company
(214) 948-2245

EFI 00889

September, 2002                                                    Rick Anderson
                                                                    Page 2

*Indoor Air Quality Surveys, Crescent Real Estate Equities, Ltd.*
*12-Building Office Complex (over 2.5 million square feet)*
*Houston, Texas*

EFI performed extensive indoor air quality, mold, and bacteria testing of a large multi-building office complex due to flooding and contaminated water infiltration. EFI tested for bioaerosols and air-o-cell fungal spores and bacteria. Testing also included humidity, carbon dioxide, carbon monoxide, and temperature for air comfort parameters. Several hundred samples were taken and analyzed and mold remediation design was developed as well as contractor coordination. EFI monitored the site during remediation and provided clearance sampling.

Client Reference:
Mr. Bob Carlen
Crescent Real Estate Equities, Ltd.
(713) 965-1702

*PROJECT EXPERIENCE/CLIENT REFERENCES*

*Indoor Air Quality Surveys, Aegon USA Real Estate*
*Large Multi-Family Residential Complex*

EFI performed air comfort parameter testing to include humidity, temperature, carbon dioxide, and carbon monoxide. In addition, EFI performed extensive testing for molds and bacteria utilizing bioaerosols, air-o-cells, and swab sampling. EFI had to work with tenant complaints and coordinate remedial efforts to correct critical health concerns.

Client Reference:
Mr. Kurt Nilsson, Director of Environmental Services
(319) 369-2326

*Smoke/Lead Paint Contamination*
*Cruise Ship and Casino*

EFI performed extensive air sampling of an entire cruise ship and casino for the purpose of verifying an insurance loss in the millions due to smoke contamination and mold and bacteria growth due to water damage caused by fire protection systems. EFI prepared enough data to reduce the initial claim by several million and acted as expert witness testimony in a civil claim.

September, 2002                                                             Rick Anderson
                                                                            Page 3
                                EFI 00890

Client Reference:
Confidential – Large National Insurance Company

*Water Damage Evaluation – Office Building*
*Chicago Illinois*

EFI performed water damage evaluation in a high-rise building due to water damage from leaking water storage tank located on roof. Water infiltrated the entire facility and severely damaged the ceilings, walls, and furnishings. EFI prepared graphic animation to submit to the claimant to establish cause and origin parameters, as well as analytical data.

Client Reference:
Confidential – Large Insurance Firm

*PROJECT EXPERIENCE/CLIENT REFERENCES*

*Indoor Air Quality Survey (Molds), Post Oak School*
*Houston, Texas*

EFI provided IAQ and mold consulting services including testing and evaluation following flood and mold damage. Developed, managed, and provided clients guidance and direction throughout remediation. EFI will provide an annual evaluation for Indoor Air Quality review.

Client Reference:
Mr. Led Chen (Board Representative for School)
Hines (713) 621-8000

*Indoor Air Quality Survey (Molds) Aldine ISD*
*Houston, Texas*

EFI provided development of IAQ and mold consulting services including testing and evaluation following flood and mold damage. Developed, managed, and provided clients guidelines and direction throughout remediation for Hall Middle School and Mendel Elementary School.

Client Reference:
Don Corrigan (GAB Robins, Insurance Representative)
For Aldine ISD (312)454-9200

September, 2002                                                                 Rick Anderson
                                                                                Page 4

EFI 00891

*Indoor Air Quality Survey (Molds) Spring Branch ISD, Various Schools Houston, Texas*

EFI provided Indoor Air Quality consulting services related to possible mold concerns at various schools. EFI perform evaluations, testing and recommendations for remedial actions as appropriate. EFI has assisted in development of overall Indoor Air Quality program for the School district. EFI has been designated as preferred consultant for Spring Branch ISD for Indoor Air Quality and Mold Services.

Client Reference:
Robert McDonough
(713) 365-5751

EFI 00892

September, 2002                                                Rick Anderson
                                                                Page 5

*Indoor Air Quality Survey (Molds) Houston ISD, Various Schools*
*Houston, Texas*

EFI provided Indoor Air Quality Consulting Services, related to possible mold concerns at various schools. EFI performed evaluations, testing and recommendations for remedial actions, as appropriate in response to occupant complaints and flood damage. EFI provided development of work procedures and project monitoring during remediation projects as required by Houston ISD.

Client Reference:
Ryan Miller – (Program Manager for HISD)
Jacobs + 3D/I (832) 351-7271

*Houston Independent School District – Abatement and Renovations, Houston, Texas.*
Currently provinding comprehensive asbestos and lead paint management services of 23 school campuses for Houston ISD.

EFI has several on-going projects, which they will provide the same services to this client.

*Hines Interests Limited Partnership – 1200 Travis, Asbestos Services*
  *One & Two Shell Plaza, Asbestos Services*
  *2700 Post Oak Blvd., Asbestos Services*
  *1100 Louisiana, Asbestos & Indoo Air Quality Services*
  *Williams Tower; Asbestos, Indoor Air Quality, Structural Services*
  *Greenspoint (7 buildings) Complex; Asbestos and Indoor Air Quality Services*
  *Pennzoil Building; Indoor Air Quality*
  *Chase Tower – Asbestos., Indoor Air Quality and Forensic Services*

*Simon Properties Group - Houston Galleria (Retail and Office Building Complex); Asbestos and Indoor Air Quality ServicesServices*
*Duke Energy – Duke Energy Buildings (Houston); Mechanical and Indoor Air Quality Services*
*Kennedy-Wilson – Various office building properties; Asbestos and Indoor Air Quality Services*
*Equity Office Properties – Various office building properties; Asbestos and Indoor Air Quality Services*
*Museum of Fine Arts (Houston) – Various properties; Asbestos, Indoor Air Quality and Environmental Services*