**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**REMEDIATION EVALUATION ASSESSMENT**
**Besteiro Middle School and Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**

EFI Project No. 98410-05840

Prepared For:

Law Office of Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas  78521

Prepared By:

Engineering and Fire Investigations

January 20, 2003

EXHIBIT "_B_"



**EFI**

Engineering and Fire
Investigations

9700 Richmond
Suite 201
Houston, TX 77042
Tel: 866-464-2127
Fax: 713-975-7336
www.efiinfo.com

Project No. 98410-05840
January 20, 2003

Mr. Miguel Saldana
**Law Office of Miguel A. Saldana**
302 Kings Highway, Suite 109
Brownsville, TX 78521

## REMEDIATION / EVALUATION ASSESSMENT
**Besteiro Middle School and Aiken Elementary School**
**Southmost Road**
**Brownsville, Texas**

Dear Mr. Saldana,

Engineering and Fire Investigations (EFI) is pleased to provide the results of the Remediation/Evaluation Assessment of the Besteiro Middle School and Aiken Elementary School in Brownsville, Texas. This assessment was authorized on November 15, 2002 and performed in general accordance with the scope of services outlined in the Proposal for Remediation/Evaluation Survey submitted in November 2002.

We appreciate the opportunity to provide Remediation Evaluation Assessment services to the Law Office of Miguel A. Saldana. If you have any questions concerning this report, or if we can assist you in any other matter, please call at 713-975-7031.

Sincerely,

**ENGINEERING AND FIRE INVESTIGATIONS**

Rick A. Anderson, P.E., CIAPQ
Director, Facilities Engineering

Lee A. Burckle, P.E.
Branch Manager

Copies submitted: 2

(e:\projects2002\BISD\05840)

# TABLE OF CONTENTS
## DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI***
Engineering and Fire
Investigations

|  |  | **Page** |
|---|---|---|
| 1.0 | Executive Summary | 1-1 |
|  | TABLES |  |
|  | Opinion of Remediation Cost | *Table 1:* |
| 2.0 | Assessment | 2-1 |
|  | 2.01 Site Visit | 2-1 |
|  | 2.02 Building Review | 2-1 |
|  | 2.03 Property Information | 2-2 |
|  | 2.04 Building History | 2-2 |
|  | 2.05 Site Assessment | 2-3 |
|  | 2.06 Mold Assessment | 2-5 |
|  | 2.07 Roof Assessment | 2-15 |
|  | 2.08 Mechanical Assessment | 2-24 |
| 3.0 | General Information | 3-1 |
|  | 3.01 Purpose and Scope of Services | 3-1 |
|  | 3.02 Report Tense | 3-1 |
|  | 3.04 Opinion of Cost | 3-1 |
|  | 3.05 Interviews | 3-2 |
|  | 3.05 Documents | 3-3 |

APPENDICES

APPENDIX A:   Wing Designation Drawing

APPENDIX B:   Fungal and Biological Laboratory Results

APPENDIX C:   Temperature, Relative Humidity, Carbon Monoxide and Dioxide Results

APPENDIX D:   HVAC Observations and Field Notes

APPENDIX E:   Opinion of Cost Tabulation

## 2.0 ASSESSMENT



**EFI**
Engineering and Fire
Investigations

### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

## GENERAL

A remediation evaluation/assessment was performed by EFI at the Besteiro Middle School and Aiken Elementary School located on Southmost Road, in Brownsville, Texas on November 19-22, 2002 and December 4-5, 2002. The assessment was authorized by the Law Office of Miguel A. Saldana. The scope of work includes a mold/water damage assessment, roof assessment, mechanical assessment, site assessment, and an opinion of remediation cost.

Besteiro Middle School is a 2-story middle school containing approximately 159,000 square feet, originally built circa 1994. Aiken Elementary School is a 2-story elementary school adjacent and connected to Besteiro Middle School containing approximately 85,000 square feet, originally built circa 1996. The original construction documents for both schools depicts classrooms, administrative areas, counseling and nurses rooms, gymnasium and locker rooms, band and instrument storage rooms, cafetorium, and shared kitchen and library facility, and support areas.

For purposes of this report the schools are referred to as "the facility" and/or separately by their names. To better understand the data collected, In order to present the data in a systematic manner, the facility was divided into eight sections. For the purpose of this report the sections will be referred to as "Wings A, B, C, D, E, F, G, and H." Refer to Appendix A, Wing Designation Drawing.

## SITE ASSESSMENT

Our review of the main entrance courtyard drainage at Besteiro Middle School indicates that it is inadequately sloped toward the front sidewalk, where area drains are located, and that the existing courtyard is sloped in one plane only. The slope of the underground PVC piping connecting to the area drains at the front sidewalk is inadequate to remove water from the main entrance courtyard. Our review of the back courtyard drainage at Besteiro Middle School and Aiken Elementary School indicates that the courtyards are inadequately sloped toward the drainage sump pits located in the existing courtyards. Also, the paved concrete is too high compared to the elevation of the concrete floor slabs of the surrounding building areas. The condition and slope of the underground PVC pipe connecting the area drainage pits to the lift station located in the back courtyard of Aiken Elementary appears to be adequate to remove water from the back courtyard.

We recommend installing four drainage sump pits equally spaced in the main entrance courtyard of Besteiro Middle School draining into 8-inch underground PVC pipes. We recommend re-paving and sloping the main entrance courtyard in two planes into the four drainage sump pits and draining to a new 5-foot deep lift station discharging to the parking area.

We recommend installing two area drainage sump pits equally spaced in each of the back courtyards draining into the existing 12-inch underground PVC pipes that are currently routed to the lift station. The back courtyards are recommended for re-paving and sloped in two planes toward the four drainage sump pits.

## MOLD ASSESSMENT

EFI obtained viable airborne (bioaerosol) samples, and Air-O-Cell airborne samples, a bulk material sample and tape lift samples from various areas within the schools. In addition to the samples collected inside, Air-O-Cell airborne and viable airborne biological samples were also obtained from outside of the schools, to provide a "baseline" for comparison to the results of the interior samples collected.

The results of the biological sampling and field observations conducted at Besteiro Middle School and Aiken Elementary School indicate that fungal contaminants are present in several of the areas tested and

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI**
Engineering and Fire
Investigations

that visible mold/water damage is present on select building components, furnishings, supplies and equipment.

Based on the results of our sampling and observations, it is recommended that all porous water/mold damaged building components (gypsum board ceilings, ceiling tiles, pipe insulation, gypsum board walls, etc.) should be removed to 18" beyond any visible water/mold damage and be disposed of. Following the removal of the porous water/mold damaged building components, equipment and supplies, all remaining non-porous interior finishes, furnishings, equipment, and supplies should be cleaned and sanitized with an Environmental Protection Agency (EPA) registered biocide (such as Biocide International's Oxine) approved for such use.

### ROOF ASSESSMENT

The schools are composed of a total of 23 separate roof areas that are typically divided by rise walls and parapet walls. The existing roofs currently include a built-up roof membrane at Besteiro Middle School, and a built-up roof system with a granule-surfaced modified bitumen cap sheet at Aiken Elementary and Wing A of Besteiro Middle School.

The roof membrane systems serving both schools were observed to be in generally good condition; however, several potential sources of water infiltration were observed, including the following: blocked roof drain strainers, cracked mortar joints between precast concrete copings at parapet walls, cracks and discontinuities at parapet/parapet and parapet/rise wall intersections, deteriorated sealant at wall expansion joints and metal counter flashing assemblies, discontinuities at base flashing materials, and pipe supports and abandoned equipment bearing on aggregate surfacing. It is recommended that these conditions be repaired to minimize the future potential for water infiltration and manifestation of mold inside the buildings.

### MECHANICAL ASSESSMENT

Besteiro Middle School is provided with single zone, packaged, roof mounted, heating and cooling units (RTUs) that serve all areas of the school. A large number of the RTUs have thermostats that are not calibrated and are attempting to control room temperatures in a range of 3 to 5 degrees below or above the setpoint. In many cases, measured room temperatures were in the range of 68 to 72 degrees F and relative humidity in the range of 55 to 62 percent. We found that the air handling components of the RTUs including cooling coils, drain pans, and insulated conditioned air sections contain moderate to heavy deposits of dust, debris, and accumulations of possible mold that is affecting the performance of the RTUs. Outside air ventilation rates were observed and measured to be less than the design quantities. Conditioned air quantities delivered by the RTUs were measured and found to be significantly below and above the design air quantities in a number of cases. As compared to industry design benchmarks, many of the RTUs serving the classrooms and administrative areas are somewhat oversized for the anticipated cooling demands. Consequently, the units that are oversized do not operate a sufficient number of hours to adequately control room temperature and relative humidity.

It is recommended that certain RTUs be removed and the supply air duct systems in the classrooms and administrative areas be re-configured to match the anticipated cooling demands. It is also recommended that dedicated outside air pre-heating, pre-cooling and dehumidifying RTUs be installed to provide ventilation air to these areas. It is recommended that the wall thermostats of all RTUs be replaced with electronic wall sensors calibrated and maintained at 74 degrees F and that all RTUs be interfaced with the Trane energy management system that is installed at Aiken Elementary School. All remaining RTUs should be cleaned to remove dust, debris and accumulations of possible mold and treated with a biocide.

## 2.0 ASSESSMENT

### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

**EFI°**
Engineering and Fire
Investigations

Following cleaning and sanitizing, it recommended the remaining RTUs per repaired and re-commissioned for re-use. An alternative to cleaning, sanitizing, repairing and re-commissioning the remaining RTUs, is to install new RTUs. The current age of the existing RTUs is approximately 8 years and the estimated remaining useful life of these RTUs is approximately 6 to 8 years. In this alternative, the outdoor condenser coils, casing exterior, indoor evaporator coils, and condensate drain pans would be coated with an air-dry phenolic coating to extend the life of the new RTUs. The anticipated additional cost of this alternative compared to the cost of cleaning, sanitizing, repairing and re-commissioning the remaining RTUs included in Table 1 above is approximately $288,702. It is recommended that the RTUs serving the boy's and girl's locker rooms be replaced with RTUs capable of providing 100 percent outside air for room heating, cooling and ventilating. It is recommended that a complete air balance at each of RTU be conducted to provide outside air and conditioned air to design conditions and the building at a net positive indoor air pressure.

Aiken Elementary School is provided with single zone, packaged, ceiling mounted, fan coil units utilizing chilled water for cooling and duct mounted electric heaters for heating. We found a large number of the fan coil units which have wall temperature sensors that are not calibrated, or are broken, and are attempting to control room temperatures in a range of 3 to 5 degrees below or above the setpoint of the wall mounted temperature sensor. In many areas of Aiken Elementary School, measured room temperatures were in the range of 68 to 72 degrees F, and relative humidity in the range of 55 to 62 percent. Fan coil units including cooling coils, drain pans, and insulated conditioned air sections were found to contain moderate to heavy deposits of dust, debris, and accumulations of possible mold that was affecting the performance of the fan coil units. Ceiling mounted fan coil units provide pre-heated or pre-cooled outside air for ventilation of the classrooms and administrative areas. The ceiling mounted fan coil units providing pre-conditioned outside air supply ductwork connecting to other fan coil units serving the classrooms and administrative areas. It was generally observed, and measured, that the quantities of ventilation air were found to be less than the design air quantities. Also, conditioned air quantities delivered by the fan coil units were measured and found to be significantly below or above the design air quantities in a number of cases. A review of the chilled water piping reveals that the piping has corroded behind the insulation in a number of areas leading to possible mold growth due to sweating. Further, due to leaks, chilled water flowing in the piping system is heavily corroded and contains air. Compared to industry design benchmarks, many of the fan coil units serving the classrooms and administrative areas are oversized for the anticipated cooling demands and consequently do not adequately control room temperature or relative humidity.

It is recommended that the chilled water flow rates and conditioned air quantities of the fan coil units serving the classrooms and administrative areas are rebalanced to match the anticipated cooling demands. It is also recommended that dedicated outside air pre-heating, pre-cooling and dehumidifying air handling units be installed to provide outside air ventilation to these areas. It is recommended that the fan coil units and RTU's be cleaned to remove dust, debris, and accumulation of possible mold and biocide treated. Replacing the existing steel chilled water piping with copper and flushing the chilled water piping system, including fan coil units to remove corroded materials and debris is recommended. Repairing and re-calibrating the differential pressure control valves to stabilize chilled flows in the piping system is recommended. Repairing and replacing the chilled water control valves at all fan coil units is recommended. With respect to controls, it is recommended that the wall mounted temperature sensors be replaced or recalibrated and that the de-humidification cycle at each fan coil unit be changed to provide reheat. We recommend that wall sensors be maintained at 74 degrees F by the existing Trane energy management system.

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI°**
Engineering and Fire
Investigations

### Table 1
### Opinion of Remediation Cost
### Besteiro Middle School and Aiken Elementary School

| *Description* | *Item* | *Opinion of Cost* |
|---|---|---|
| **Hard Cost** | Site Remediation | $295,273 |
| | Mold Remediation | $1,124,119 |
| | Roof Remediation | $242,309 |
| | Mechanical Remediation | $2,184,620 |
| | **TOTAL HARD COST EXPENDITURES** | **$3,846,322** |
| **Soft Cost** | A/E Design Fee | $346,169 |
| | A/E Construction Management Fee | $115,389 |
| | Mold Management Fee | $96,158 |
| | Change Order Contingency | $384,632 |
| | Miscellaneous Survey Fee | $38,463 |
| | **TOTAL SOFT COST EXPENDITURES** | **$980,811** |
| | **TOTAL HARD & SOFT COST EXPENDITURES** | **$4,827,133** |

**2.0 ASSESSMENT**
**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

EFI•
Engineering and Fire
Investigations

## 2.01  Site Visit

Mr. Jeffrey A. Miller, P.E. and Mr. Don Corneau performed the site visit portion of the mechanical assessment on November 19-22 and December 4-5, 2002.  Mr. Jon Baak and Mr. Chris Murray of EFI performed the site visit portion of the mold assessment on November 19-22, 2002. Mr. Brian Bonczynski of Aestimo, Inc. performed the site visit portion of the roof assessment on November 19-20, 2002.  Mr. Jeffrey A. Miller, P.E. and Mr. Don Corneau performed the site visit portion of the civil site assessment on December 4-5, 2002.  The weather at the time of the observations was warm and clear.

## 2.02  Building Review

For purposes of the field evaluation and reporting the schools were subdivided into various Wings. The Wings are noted as A, B, C, D, E, F, G, and H as described below.  A drawing depicting the various Wings in included in the Appendix. Where appropriate the report sections are divided into sections discussing findings and conclusions based on the Wings described below.

- Wing A is generally described as northern most corridor, Floors 1 and 2, of the Besteiro Middle School and includes Rooms 124-130 and 228-236 and associated restrooms and janitorial and storage closets.  Also known as the 6th Grade Wing.

- Wing B is generally described as main building area of Besteiro Middle School and includes the building entrance and corridors, administrative offices, nurse's office, teacher's lounge, and Rooms 101-112, 117-123, 201-226, and associated restrooms and janitorial and storage closets located on Floors 1 and Floors 2.

- Wing C is generally described as the section of the building between Wing B (described above) and the Gymnasium (Wing D) and includes the locker area, teacher's lounge, and Rooms 113 and 115 and associated restrooms and janitorial and storage closets.  There is no Floor 2 component associated with Wing C.

- Wing D is generally described as the Gymnasium, Boy's and Girl's locker rooms, the Band and Rehearsal Rooms and associated corridor and storage areas.  There is no Floor 2 component associated with Wing D.

- Wing E is generally described as the Besteiro Middle School Cafetorium, the kitchen area and associated restrooms and storage closets.  There is no Floor 2 component associated with Wing E.

- Wing F is generally described as the Media Center located between Besteiro Middle School and Aiken Elementary School.  There is no Floor 2 component associated with Wing F.

- Wing G is generally described as Floors 1 and 2 of Aiken Elementary School and includes the main entrance area, the Nurse's Office, the Administration Offices, the Counselor's Office the Teacher's Lounge, Rooms B100-B112, A101-A108, C101-C108 on Floor 1, Rooms B201-B218 of Floor 2 and associated restrooms, janitorial and storage closets.

- Wing H is generally described as the Aiken Elementary School Cafetorium, Music area and associated restrooms and storage closets.  There is no Floor 2 component associated with Wing H.

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI**
Engineering and Fire
Investigations

### 2.03  Property Information

*Site Information*
*Land Area:*                               37.46 Acres

*Building Classification Information*
*Building Code:*                     Current..............................1994 Standard Building Code

*Occupancy:*                         Educational

*Total Building Area:*               Area defined as approximate SF of Gross Area

| Besteiro Middle School | 159,000 |
|---|---|
| Aiken Elementary School | 85,000 |

### 2.04  Building History

*Approximate Construction Date(s):*

| Besteiro Middle School | 1993 |
|---|---|
| Aiken Elementary School & Besteiro Wing | 1995 |

*Major Improvements Date(s):*        N/A

*Current Owner:*                     Brownsville Independent School District

*Architects/Designers*
          *Buildings-*               Carroll Dusang & Rand, Inc. (Besteiro and Aiken)

*Engineers*

          *Civil-*                   Cardenas Salcedo & Assoc., Inc. (Besteiro)
                                     Unknown (Aiken)

          *Structural -*             Zamora Engineering (Besteiro and Aiken)

          *MEP -*                    RBM Engineering, Inc. (Aiken)
                                     Coupland Moran Engineers, Inc. (Besteiro)

---

**EFI•**
Engineering and Fire
Investigations

2.0 ASSESSMENT
DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## 2.05  SITE ASSESSMENT

### 2.05.1 Scope of Services

We understand that the main entrance courtyard to Besteiro Middle School does not drain adequately causing rainwater to pond at various areas adjacent to the outside walls of the classrooms.   The site assessment included a review of the main entrance courtyard at Besteiro Middle School and the adjoining back courtyards at Besteiro Middle School and Aiken Elementary School, the original construction documents, related documentation, a walk-through of the sites, observations of the site drainage and related building construction, evaluation of the results, and development of conclusions and recommendations.

### 2.05.2 Findings and Observations

a.  We obtained field measurements of the main entrance courtyard and found it to be approximately 99-feet wide between classroom wings by 102-feet deep from the front sidewalk to the entrance doors or 10,000 square feet of surface area.  The main entrance courtyard contains paved 4-inch thick concrete sidewalks, grassed areas and plantings, two area drainage inlets along the front sidewalk, and a canopy covering the central sidewalk between front sidewalk and entrance doors.   From our field measurements, the paved concrete contained within the main entrance courtyard totals approximately 5,700 square feet of surface area.  We observed that the main entrance courtyard was sloped uniformly in one plane from the main lobby to the front sidewalk at a rate of approximately 3-inches over 102-feet or about 0.25 per cent.  Two 6-inch and four 4-inch roof downspouts and six roof scuppers from the surrounding roof areas drain into the main entrance courtyard.  We observed two sloped drainage inlets along the front sidewalk of the main entrance courtyard that route rainwater to four 8-inch underground PVC drainage pipes below grade.  From our review of the site and available documents, the routing of the underground PVC drainage piping apparently connects to the parking areas in the front of the school.

b.  Reportedly, BISD maintenance personnel have experienced site water drainage problems with the back courtyards of Besteiro Middle School and Aiken Elementary School.  The back courtyard at Besteiro Middle School was included in original construction circa 1994.  The back courtyard at Aiken Elementary School was included and adjoined the back courtyard of Besteiro Middle School during its original construction circa 1996.  The back courtyards of both schools are bordered on three sides by classrooms, library, and the respective cafetorium of each school.  We understand that the back courtyards do not drain adequately, during periods of heavy rain, causing rainwater to pond at various areas adjacent to the outside walls of the classrooms, library and cafetorium of each school.

c.  We obtained field measurements of the back courtyard at Besteiro Middle School and found it to be approximately 56 feet wide between classroom wings by 86 feet deep from a six foot concrete block wall to the south outside wall of the building or approximately 4,700 square feet of surface area.  The back courtyard contains paved 4-inch thick concrete areas, grassed areas, concrete block planter boxes, and one central 2-foot 8-inch by 2-foot 8-inch drainage sump pit.  The paved concrete is pitched slightly towards the drainage sump pit in four planes in an approximate 8-foot perimeter area surrounding the sump pit.  A 12-inch underground PVC drainpipe in the base of the drainage sump pit routes rainwater to a 5-foot deep lift station located in the north side of the Aiken Elementary School back courtyard.  Two roof scuppers drain into the back courtyard.  From our review of the site and available documents, the lift station discharges to an 8-inch PVC underground drainpipe that is routed to a storm sewer main pipe at the west side of the property.

**EFI**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

d. We obtained field measurements of the back courtyard at Aiken Elementary School and found it to be approximately 56 feet wide between classroom wings by 108 feet deep from a six foot concrete block wall to the north of the courtyard to a covered sidewalk connecting the building to the cafetorium or approximately 5,600 square feet of surface area. The back courtyard contains paved 4-inch thick concrete areas, grassed areas, concrete block planter boxes, and one central 1-foot 4-inch by 2-foot 8-inch drainage sump pit. The paved concrete is pitched slightly towards the drainage sump pit in four planes in an approximate 8-foot perimeter area surrounding the sump pit. An 8-inch underground PVC pipe in the base of the drainage sump pit routes rainwater to the lift station located in the back courtyard of Aiken Elementary School. Two 6-inch downspouts and three roof scuppers drain into the back courtyard from surrounding roof areas.

### 2.05.3  Conclusions /Recommendations

Our observations identified deficient items associated with the site drainage at the identified areas of Besteiro Middle School and Aiken Elementary School. Based upon our experience with similar situations, we make the following conclusions and recommendations.

a. The main entrance courtyard of Besteiro Middle School contains 4-inch thick concrete paved sidewalks, grassed areas and plantings, two area drainage inlets, four 8-inch underground PVC drain pipes, and a canopy covering the central sidewalk between front sidewalk and the main lobby. The paved concrete area contained within the main entrance courtyard totals approximately 5,700 square feet. Our review of the courtyard drainage indicates that is inadequately sloped towards the front sidewalk where area drains are located and that the existing courtyard is sloped in one plane only. Our review indicates that the slope of the underground PVC pipe connecting to the area drains at the front sidewalk is inadequate to remove water from the main entrance courtyard.

    i. A recommended solution to improve drainage within the main entrance courtyard is to install four 16-inch by 16-inch area drainage sump pits equally spaced in the courtyard that drain into 8-inch underground PVC pipes. To facilitate site water drainage including the outflow of the roof drains, the concrete in the courtyard is recommended for re-paving and sloped in two planes at a 0.5 percent grade into the four 16-inch by 16-inch area drainage sump pits. The drainage sump pits are recommended to be drained by 8-inch underground PVC pipes at a minimum slope of 0.5 percent connecting to a new 5-foot deep lift station that discharges to the parking area.

b. The back courtyards of Besteiro Middle School and Aiken Elementary School contain 4-inch thick paved concrete areas, grassed areas, concrete block planters, and two area drainage sump pits. The paved concrete area of both schools totals approximately 10,300 square feet of surface area. Our review of the courtyard drainage indicates that it is inadequately sloped towards the drainage sump pits located in the existing courtyards. The concrete paving is also too high compared to the elevation of the concrete floor slabs of the surrounding building areas. The condition and slope of the underground PVC pipe connecting the area drains to the lift station located in the back courtyard of Aiken Elementary appears to be adequate to remove water from the back courtyards.

    i. A recommended solution to improve drainage in the back courtyards is to install two 16-inch by 16-inch area drainage sump pits equally spaced in each of the back courtyards that drain into the existing 12-inch underground PVC pipes that are currently routed to the lift station. To facilitate drainage of the back courtyards, including the outflow of the roof drains, the back courtyards are recommended for re-paving and sloped in two planes at a 0.5 percent grade into the four 16-inch by 16-inch area drainage sump pits recommended. It is recommended that the



drainage sump pits be drained by the existing 12-inch underground PVC pipes at a minimum slope of 0.5 percent connecting to the lift station.

## 2.06 MOLD ASSESSMENT

### 2.06.1 Scope of Services

The mold remediation evaluation assessment included a review of pertinent available building plans, as well as, documentation of previous water/mold related work performed at the schools; the collection of biological air and surface samples; the collection of temperature, relative humidity, carbon dioxide, and carbon monoxide measurements; the review of the general condition of the interior building finishes; and determining a recommended remediation scope of work as it relates to water/mold damage based on information obtained.

### 2.06.2 Previous Reports, Data and Information Reviewed

Based on a review of the provided documents it appears that BISD retained Assured Indoor Air Quality (Assured) of Dallas, Texas, to conduct an Indoor Environmental Survey Study of Aiken Elementary School. Assured prepared and distributed survey forms to the staff of Aiken Elementary School. It appears that their survey conclusions suggest "a building with a high probability to negatively impact the well-being of occupants." No air sampling or material testing was performed as part of Assured's evaluation. Additionally, no other information prepared by Assured was included as part of our document review.

The second report reviewed indicats that Ambiotec Environmental Consultants, Inc. of Harlingen, Texas was retained by BISD's counsel to evaluate the potential mold contamination in the Besteiro Middle School and Aiken Elementary School. The results of their testing and observations suggests that air sampling did not indicate widespread airborne mold concentrations, however, surface samples indicated the presence of visible microbial growth on gypsum board walls and ceilings in both schools, and pipe insulating materials in Aiken.

### 2.06.3 Sampling Methods Employed

Indoor fungal aerosol concentrations significantly higher than then the laboratory guidelines or the outdoor fungal aerosol concentrations, indicates that indoor mold growth may be occurring. If air sampling confirms the presence of one or more fungal genera present indoors and not similarly present in outdoor air samples, it suggests that there may be a reservoir of fungal growth indoors, especially if the fungal concentrations are high. This condition is also termed <u>amplification.</u> The presence of fungal genera in indoor air samples that indicate elevated moisture conditions, such as, but not limited to *Aureobasidium, Chaetomium, Fusarium, Trichoderma, Stachybotrys, Ulocladium,* as well as, some species of *Aspergillus* and *Penicillium* suggests that amplification of fungal growth may be occurring.

#### a. Bioaerosol (Viable) Airborne Sampling

Sampling for viable airborne molds was performed using a variation of the American Conference of Governmental Industrial Hygienist (ACGIH) sampling protocol and analytical procedure for bioaerosols. This protocol outlines procedures for collecting and quantifying airborne molds and bacteria in Colony Forming Units per cubic meter of air ($Cfu/M^3$). All fungal growth (viable data) is enumerated as colony forming units (Cfu) per cubic meter of sampled air ($Cfu/M^3$). The term Cfu is

**EFI°**
Engineering and Fire
Investigations

used because it is unknown what the amount of fungal material was present that resulted in a single colony. For viable samples the recommended guidelines suggest levels below 500 Cfu/M$^3$ Total Mold or levels for individual mold organisms (such as *Aspergillus, Penicillium, Aureobasidium, Chaetomium, Fusarium, Trichoderma, Stachybotrys, and Ulocladium*) be less than 50 Cfu/M$^3$) or comparison of indoor air sampling to outdoor air sampling results. Analysis of the results of fungal sampling is difficult because there are no published health standards that define how much biological material is unhealthy. As a result, interpretation of fungal air sampling is generally limited to the comparison of indoor air sampling to outdoor air sampling results. The laboratory results are shown in Appendix A.

**b. Air-O-Cell Sampling**

The total fungal air samples were collected on Air-O-Cell cassettes. The Air-O-Cell cassette is a unique sampling device designed for rapid collection and analysis of a wide range of airborne particles, including fungal spores. Air samples were collected at a rate of 15 L/minute as recommended by Zefon. Indoor and outdoor samples were collected for 3 minutes. Samples are analyzed via light microscopy at 600X magnification. The results are reported as total, meaning they include both viable and Air-O-Cell fungal spores. Unfortunately, this technique does not allow for the differentiation between *Aspergillus* and *Penicillium* spores because they are morphologically identical. Additionally, the technique dose not allow for cultivation, or the identification of spores to the species level, except in a few cases. This method is used for genus determination and relative sample concentration. The laboratory results sheets are included in Appendix A.

**c. Surface Sampling – Tape Lift**

The primary purpose of a tape sample is to identify mold by microscopic screening. Clear, sticky tape is gently pressed over the suspect area and placed on a microscopic slide for direct examination. The surface sample results are shown in Appendix A.

**d. Bulk Biological Sampling**

Samples are analyzed via light microscopy at 600X magnification. The results are reported as total, meaning they include both viable and non-viable fungal spores. This method is used for genus determination and relative sample concentration. The laboratory results sheets are included in Appendix A.

All collected samples (air and surface) were submitted to EFI's Technical Support services Laboratories, in Kingwood, Texas for analysis.

**e. Temperature, Relative Humidity, Carbon dioxide and Carbon monoxide**

Temperature, Relative Humidity, Carbon dioxide ($CO_2$) and Carbon monoxide (CO) levels were measured within facility and outside of the building (background levels) using a direct reading instrument (TSI Q-Track IAQ Monitor). Generally, the temperature and relative humidity levels are used to determine the effectiveness of the HVAC system at conditioning the space and removing moisture from the air, the $CO_2$ levels are used as a surrogate indicator of the amount of outside air supplied to a space and the CO levels are a measure of a contaminant usually associated with combustion sources. It should be noted that there was no occupancy of the buildings during our sampling.

**EFI®**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

i. The average $CO_2$ levels within the Besteiro Middle School range from 377 ppm to 788 ppm and in Aiken Elementary School range from 381 ppm to 480 ppm during our survey. The outside ambient levels range from 370 ppm to 445 ppm. The current ASHRAE guidelines indicate that the difference between the indoor and outdoor $CO_2$ levels for schools should not exceed approximately 707 ppm, which equates to the ASHRAE recommended ventilation rate of 15 cubic feet per minute (cfm) of outside air per person. ASHRAE is the organization that provides the recommended ventilation rates (including outside air) as it relates to indoor air quality that is considered industry standard. A summary of the carbon dioxide measurements is presented in Appendix B.

ii. Carbon monoxide (CO) levels in the areas sampled within the both Besteiro Middle School and Aiken Elementary School were below the ASHRAE referenced maximum exposure limit and ranged from 0 ppm (parts per million in air) to 2.8 ppm in Besteiro and 0 ppm to 1.0 ppm in Aiken. The ASHRAE referenced maximum exposure limit for carbon monoxide is 9 ppm. A summary of the carbon monoxide measurements is presented in Appendix B.

iii. The temperature measured in the conditioned areas of Besteiro ranged from 68 to 75 degrees Fahrenheit in and ranged from 68 to 77 degrees Fahrenheit in Aiken. The ASHRAE recommended range is 68 to 76 degrees Fahrenheit for winter temperatures and 73 to 80 degrees Fahrenheit for summer temperatures. The humidity measured in the conditioned areas of Besteiro ranged from 38 to 69 percent relative humidity, and ranged from 33 to 61 percent relative humidity in Aiken. Once again it should be noted that there was no occupancy in the building during our survey. The elevated humidity levels will be addressed in the HVAC portion of the report. The ASHRAE recommended range is 30 to 60 percent for relative humidity. A summary of the temperature and humidity measurements is presented in Appendix B.

iv. Ambient temperature at the time of our sampling ranged from 64 to 75 degrees Fahrenheit. The ambient relative humidity ranged from 29 to 57 percent.

### 2.06.4 Results and Observations

The general results of our observations and sampling at the facilities are as follows:

- It appears that moisture/water damage staining on building components (walls, ceilings, etc.) may be caused by roof leaks and HVAC piping leaks.

- The schools were not occupied at the time of our site visit. However, the HVAC systems are reportedly continuously operating.

- Previous mold remedial activities appear to have taken place in the Media Center connecting the two facilities and a classroom in Besteiro. However, it appears that the "build back" is not complete.

- Musty odors where observed in several areas within the schools.

- It appears that no materials, equipment or supplies were removed from the school when the schools were vacated.

- The areas of apparent roof leaks will require repair prior to the start of the mold remediation work and are discussed in detail in other sections of the report.

- Leaking/condensating HVAC equipment/piping will require repair prior to the start of the mold remediation work and is discussed in detail in other sections of the report.

## 2.0 ASSESSMENT

### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

- Several mold spores were identified on viable samples collected at various locations on the interior of the school that were not identified on the ambient sample these spores include: *Chrysosporium, Curvularia, Sporothrix, Scopulariopsis,* and *Phoma.* All mold spores identified on the Air-O-Cell samples collected on the inside of the school were also identified on one of the seven ambient samples obtained.

EFI observed the general condition of the interior finishes, as they relate to visible water/mold damage. Presented below is a summary of our observations. Quantities of damaged materials are estimates only to be used for preparing the remediation cost estimates as part of this report. Refer to Appendix C for itemized listing of water/mold damaged materials.

The results of our biological sampling and observations by wing are as follows:

### Wing A

Air-O-Cell biological air samples were collected from Rooms 124, 130, 231 and 236. The samples were generally within the recommended guidelines and ranged from 213 to 426 Spores/$M^3$. The samples identified *Ascospores, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium, Myxomycetes/Rust/Smut,* and *hyphae.*

Viable biological air samples were randomly collected from areas within the building. Room 228 was selected in Wing A. The sample indicated that the mold level in the area sampled was 94 Cfu/$M^3$ which is considered to be within the recommended guidelines. The viable sample identified *Cladosporium and Fusarium.*

Visually observed areas and approximate quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing A – Besteiro | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| 127 | Water | 20sf-Gyp walls |
| Restrooms 2 | Water | 5sf-Gyp Ceiling / 5sf-Gyp Wall |
| Floor 2 Corridor | Water | 10sf Fire Rated Ceiling / 60sf Gyp. Ceiling |
| Room 235-Storage Closet | Water | 4sf-Ceiling tile |

### Wing B

Air-O-Cell biological air samples were collected from Rooms 101, 106, 111, 112, 123, 117, 204, 210, 215, 219, 226, the Floor 2 North Corridor, and the Principal's Office. The samples were generally within the recommended guidelines and ranged from "No Fungal Spores Detected" to 22,767 Spores/$M^3$.

Air-O-Cell biological air samples collected that would be considered elevated when compared to the recommended guidelines were collected from Rooms 112, 117, 123, 219, and the Principal's Office. The samples identified *Ascospores, Drechslerea/Bipolaris, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium, Myxomycetes/Rust/Smut,* and *hyphae.*



## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

Air-O-Cell biological air samples collected that would be considered within the normal range when compared to the recommended guidelines were collected from Rooms 101, 106, 111, 204, 210, 215, 226 and the Floor 2 North Corridor.

Viable biological air samples were collected from randomly selected areas within the building. Rooms 102, 220, the main entrance lobby, and the Administrative Office were selected Wing B. The samples results indicated that the mold levels in the area sampled ranged from 35 to 213 Cfu/M$^3$. All other fungal levels appeared to be within recommended guidelines. The viable samples identified *Cladosporium, Chrysosporium, Curvularia, Penicillium, Sporothrix, and non-sporulating Fungi.*

Surface samples (tape lift) obtained from a bar stool in Room 112, a wooden storage room door in Room 123, CMU block wall outside of Room 120, and the principal's chair and desk.

The relative spore concentration on the sample obtained from the bar stool in Room 112 would be considered "few" for *Chaetomium and Nigrospora* spores, "many" for *Scopulariopsis* spores, and "loaded" for *Penicillium* spores.

The relative spore concentration on the sample obtained from the wooden storage room door in Room 123 would be considered "few" for *Aureobasidium* spores and "many" for *Aureobasidium* spores.

The relative spore concentration on the sample obtained from the CMU block wall outside of Room 120 would be considered "few" for *Chaetomium* spores and "loaded" for *Penicillium* and *Scopulariopsis* spores.

The relative spore concentration on the sample obtained from the Principal's desk and chair in the Principal's office would be considered "many" for *Cladosporium* spores and "loaded" for *Aspergillus, Penicillium* and *Scopulariopsis* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing B – Besteiro | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| 102 | Water | 75sf Fire rated ceiling |
| 112 | Water/Mold | 50sf Fire rated ceiling / 225sf Ceiling plenum/ 15 Cloth chairs |
| 119 | Mold | 12 Desks |
| 120 | Water | 10sf Ceiling tile |
| 123 | Mold | 27 Desks |
| Corridor B | Water/Mold | 30sf – CMU block |
| Corridor C | Water/Mold | 330sf - CMU block |
| Counseling Office | Water/Mold | 10sf - Ceiling tile |
| Nurse Office | Water | 10sf Ceiling tile |
| Office | Water/Mold | 19ea - Chairs / 2 – Desks / 2 - Office Carts / 3 Doors |
| 201 | Water | 20sf Fire rated ceiling |
| 202 | Water | 20sf Fire rated ceiling / 30sf Ceiling tile /Roof leak |

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product



**EFI**
Engineering and Fire
Investigations

| Wing B – Besteiro | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| 208 | Water | 120sf Fire rated ceiling / 120 sf ceiling tile / 10-1'x4' Wood shelves |
| 209 | Water/Mold | 60sf Fire rated ceiling / 25sf ceiling tile |
| 210 | Water | 5lf Roof drain pipe |
| 213 | Water | 10sf - Fire rated ceiling/ 8sf -Ceiling tile |
| 215 | Water | 20sf - Fire rated ceiling |
| 217 | Water | 4 sf - Ceiling Tile |
| 220 | Water/Mold | 10sf - Fire rated ceiling / 10sf - Ceiling tile |
| 222 | Water/Mold | 20sf - Fire rated ceiling / 10sf - Ceiling tile |
| SW Custodian Room | Water | 4sf - Ceiling tile / 5lf - pipe insulation |
| SW Teacher's Lounge | Water/Mold | 20sf - Ceiling tile/ 20sf - HVAC Duct/ Refrigerator |

### Wing C

An Air-O-Cell biological air sample was collected from the central locker room area. The sample was generally within the recommended guidelines and indicated a result of 213 spores/M$^3$. The sample identified *Ascospores, Basidiospores,* and *Penicillium/Aspergillus-like* spores.

One bulk ceiling tile sample was obtained from Room 113. The analytical results indicated the sample was "loaded" with *Cladosporium* spores. The bulk sample taken was from areas of visible water/mold damage observed on the ceiling tile.

Visually observed areas and approximate quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing C – Besteiro | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| 113 | Water/Mold | 50sf Fire rated ceiling / 225sf Ceiling plenum |
| 115 | Mold | One Couch |
| Lockers Area/ Central Corridor | Water/Mold | 150sf-Gyp ceiling |

### Wing D

Air-O-Cell biological air samples were collected from the Band and Rehearsal Rooms. The samples would be considered elevated when compared to the recommended guidelines and

● EFI®
Engineering and Fire
Investigations

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

ranged from 3,146 to 37,750 Spores/M$^3$. The Air-O-Cell samples identified Ascospores, *Scopulariopsis*, *Drechslera/Bipolaris*, *Penicillium/Aspergillus-like*, *Cladosporium*, *Myxomycetes/Rust/Smut*, and *hyphae*.

Surface samples (tape lift) obtained from a piano in Rehearsal Room. The relative spore concentration on the sample obtained from the piano would be considered "few" for *Cladosporium* spores, "many" for *Scopulariopsis* spores and "loaded" for *Penicillium* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing D – Besteiro | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| Gym/Locker Rooms | Water/Mold | 20sf - Gyp ceiling / 20sf - Fire rated ceiling |
| Band Corridor | Water/Mold | 20sf - Fire rated Ceiling / 8lf – Pipe |
| Band Wing | Water | 200sf - Fire rated ceiling |
| Rehearsal Hall | Water/Mold | 10sf - Fire rate ceiling / 2 - Ceiling tiles / 1 – Piano |

## Wing E

A viable biological air sample was collected from the Cafeteria area. The sample indicated a mold level in the area sampled of 189 Cfu/M$^3$. The analytical result of the sample indicated a *Penicillium* level of 59 Cfu/M$^3$. Typically this would be considered slightly elevated for the screening method utilized. However, the ambient sample result indicated a level of 524 Cfu/m$^3$ for total mold and 128 Cfu/M$^3$ for *Penicillium*, which would suggest there was no amplification of *Penicillium* spores in the area tested. All other fungal levels appeared to be within recommended guidelines. The viable sample identified *Aspergillus, Aspergillus niger, Cladosporium, Penicillium, and non-sporulating Fungi.*

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing E – Besteiro | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| Cafeteria | Water/Mold | 200sf - Ceiling tile |
| Kitchen Area | Water | 100sf - Ceiling tile |

## Wing F

Remediation had reportedly been performed within this area, consequently, no viable or Air-O-Cell airborne mold samples were obtained.

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product



EFI•
Engineering and Fire
Investigations

### Wing G

Air-O-Cell biological air samples were collected from Rooms B100, A101, A102, B104, B111, C101, C107, B201, B206, B211, B217 and the Administration Office. The samples ranged from 106 to 4,852 Spores/M$^3$.

Air-O-Cell biological air samples collected that would be considered within the normal range when compared to the recommended guidelines were collected from Rooms B100, B104, B111, C101, B201, B206, B211, B217 and the Administration Office.

The samples collected that would be considered elevated when compared to the recommended guidelines were collected from Rooms A101, A102, and C107. The samples identified *Ascospores, Nigrospora, Scopulariopsis, Basidiospores, Penicillium/Aspergillus-like, Cladosporium,* and *hyphae.*

Viable biological air samples were collected from randomly selected areas within the building. Rooms A108, C108, B206, B211 and the main entrance lobby were selected Wing G. The samples results indicated that the mold levels in the area sampled ranged from 24 to 295 Cfu/M$^3$. The analytical result of the sample indicated a *Penicillium* levels of 82 Cfu/M$^3$ in the sample obtained from Room C108. Typically this would be considered slightly elevated for the screening method utilized However, the ambient sample result indicated a 524 CFM/m$^3$ for total mold and 128 Cfu/M$^3$ for *Penicillium*, which would suggest there was not amplification of *Penicillium* spores in the area tested. All other fungal levels appeared to be with in laboratory guidelines. The viable samples identified *Aspergillus, Cladosporium, Chrysosporium, Penicillium, Scopulariopsis, and non-sporulating Fungi.*

Surface samples (tape lift) obtained from inside the wall cavity in Room B211, from the fire rated ceiling in Room B214, from a window sill in Room C101 and from the condenser water pipe insulation in Corridor B (Floor 1).

The relative spore concentration on the sample obtained from the inside the wall cavity in Room B112 would be considered "loaded" for *Nigrospora* spores.

The relative spore concentration on the sample obtained from the gypsum board fire rated ceiling in Room B214 would be considered "loaded" for *Dreschlera* spores.

The relative spore concentration on the sample obtained from the windowsill in Room C101 would be considered "loaded" for *Aspergillus* and *Cladosporium* spores.

The relative spore concentration on the sample obtained from the pipe insulation in Corridor B would be considered "loaded" for *Stachybotyrs* spores. Whenever *Stachybotyrs* spores are identified on a sample, remediation is typically recommended.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| A101 | Water/Mold | 25sf - Gyp. Walls / 2 –Student desks / 2 - Door frames |
| A102 | Water/Mold | 10sf - Gyp. Ceiling / 100sf - Gyp Walls / 5sf Fire rated ceiling / 1 – Chair |
| Admin. | Water/Mold | 150sf - Fire rated ceiling / 150sf - Ceiling tile / 1 – Chair |

**EFI**
Engineering and Fire
Investigations

| Wing G - Aiken Elementary School | | |
|---|---|---|
| Location | Type of Damage | Approximate Quantity and Materials Damaged |
| Office | | |
| B102 | Water/Mold | 120sf - Gyp. Wall / 1,100sf – Carpet |
| B105 | Water/Mold | 100sf - Ceiling tile |
| B111 | Water/Mold | 10sf - Fire rate ceiling / 10sf - Ceiling tile / 1 - Light lense |
| B112 | Water | 10sf - Fire rated ceiling / 4-Desks / 4cf - Books, paper, etc. |
| B201 | Water/Mold | 80sf - Ceiling tile / 20lf HVAC pipe |
| B202 | Water/Mold | 240sf - Fire rated ceiling |
| B204 | Water | 30sf - Gyp. Wall / 100sf – Fire rated ceiling |
| B207 | Water | 5lf - Roof drain pipe |
| B210 | Water/Mold | 100sf - Fire rated ceiling / 100sf – Ceiling tile |
| B211 | Water/Mold | 40sf - Ceiling tile / 2 - Computers / 1- Desk |
| B212 | Water/Mold | 100sf - Fire rated ceiling |
| B213 | Water/Mold | 40sf - Gyp. Walls / 50sf stained floors |
| B214 | Mold/Water | 100sf - Fire rated ceiling |
| B215 | | |
| B216 | Mold/Water | 100sf - Fire rated ceiling |
| B217 | Water | 20sf - Ceiling tile / 50sf - Stained floor tile |
| B218 | Water/Mold | 100sf - Fire rated ceiling |
| C101 | Water/Mold | 20sf - Gyp Walls / 100sf - Fire rated ceiling / 2 - metal doors & door frames and 2 - metal window frames |
| C102 | Water/Mold | 20sf - Gyp Walls / 2 - metal doors & door frames and 2 – metal window frames |
| C103 | Water/Mold | 100sf - Fire rated ceiling |
| C104 | Water/Mold | 10sf - Fire rated ceiling |
| C105 | Water/Mold | 20sf - Gyp Walls / 100sf - Fire rated ceiling / 2 - metal doors & door frames and 2 - metal window frames |
| C106 | Water/Mold | 20sf - Gyp Walls / 2 - metal doors & door frames and 2 – metal window frames |
| C107 | Water/Mold | 100sf - Fire rated ceiling |
| Corridor A | Water/Mold | 320lf - 12" pipe / 160lf - 8" pipe |
| Corridor B & C (South) | Water/Mold | 250lf - 8"pipe / 250lf - 12" pipe |
| Corridor B (North) | Water/Mold | 180lf - 8" pipe / 180lf - 12"pipe |
| Counselor's Office | Water/Mold | 100sf - Fire rated ceiling |
| Floor 2 - Lobby | Water/Mold | 300sf - CMU wall / 265sf Ceiling tile |
| North Stairs | Water/Mold | 100sf - Gyp. Ceiling |



**2.0 ASSESSMENT**
**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

EFI•
Engineering and Fire
Investigations

| Wing G - Aiken Elementary School | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| Nurse's Office | Water | 10sf - Stained ceiling tile |

### Wing H

An Air-O-Cell biological air sample was collected from the Cafeteria area. The sample indicated an airborne mold level of 1,546 Spores/M³, which is within recommended guidelines. The sample identified *Scopulariopsis* and *Penicillium/Aspergillus* spores.

A surface sample (tape lift) was obtained from a folding lunch table in the Cafetorium. The relative spore concentration on the sample would be considered "loaded" for *Aspergillus* and *Penicillium* spores.

Visually observed areas and estimated quantities of water/mold damaged interior finishes, furnishings and/or equipment include:

| Wing G - Aiken Elementary School | | |
|---|---|---|
| **Location** | **Type of Damage** | **Approximate Quantity and Materials Damaged** |
| Cafeteria | Water/Mold | 200sf - Ceiling tile / 500sf Floor tile / 30ea. - Cafeteria tables |

### 2.06.10 Conclusions/Recommendations

The results of the field observations, the viable bioaerosol, Air-O-Cell, bulk material, and surface tape lift sampling conducted at Besteiro Middle School and Aiken Elementary on November 19, 20, 21 and 22, 2002 indicate fungal contaminants are present in areas tested.

The viable bioaerosol samples indicated that levels in the areas sampled were generally within laboratory recommended guidelines for total mold and range from 35 to 213 Cfu/M³ at Besteiro, and 24 to 295 Cfu/M³ at Aiken. The primary airborne contaminants identified include *Aspergillus, Chrysoporium, Cladosporium, Curvularia, Penicillium, Sporothrix, Phoma, Fusarium, and non-sporulating fungi.*

The Air-O-Cell samples considered to be elevated when compared to the recommended guidelines were collected in Room 112 (10,292 spores/m³), the Band Room (3,146 spores/M³), the Rehearsal Hall (37,750 spores/M³), Room 123 (22,767 spores/M³), Room 117 (4,266 spores/M³), and the Principal's Office (19,355 spores/M³) in Besteiro and A101 (4,852 spores/M³), Room C107 (3,199 spores/M³) in Aiken. The primary airborne contaminants identified include *Alternaria, Aspergillus/Penicillium, Chaetomium, Cladosporium, Curvularia, Drechslera/Bipolaris Group, Epicoccum purpurascens, Myxomycetes/Rust/Smut, Nigrospora, Scopulariopsis, Tetraploa, Torula, Ascospores, Basidiospores, and Hyphal Fragments.*

Additionally, samples collected in Room A102, was below the recommended level of 2000 spores/M³, however, each sample was found to have a individual mold organism (*Aspergillus/Penicillium*) level

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI·**
Engineering and Fire
Investigations

greater than 650 spores/M$^3$, therefore would also be considered elevated when compared to the laboratory recommended guidelines.

Tape lift samples obtained from various surfaces within each of the facilities indicated the following molds were identified on the samples collected *Chaetomium, Nigrospora, Penicillium, Scopulariopsis, Aureobasidium, Cladosporium, Aspergillus, Stachybotrys, Dreschlera,* and *Phoma.*

One bulk ceiling tile sample was obtained from Room 113 of Besteiro Middle School. The analytical results indicated the sample was "loaded" with *Cladosporium* spores. The bulk sample taken was from areas of visible water/mold damage observed on the ceiling tile.

Based on the results of our sampling and observations, all porous water/mold damaged building components (gypsum board ceilings, ceiling tiles, pipe insulation, gypsum board walls, etc.) should be removed to 18" beyond any visible water/mold damage and be disposed of. Following the removal of the porous water/mold damaged building components, equipment and supplies, all remaining non-porous interior finishes, furnishings, equipment, and supplies should be cleaned and sanitized with an Environmental Protection Agency (EPA) registered biocide (such as Biocide International's Oxine) approved for such use. The current HVAC system remediation related to mold will be covered in the Mechanical Assessment section of this report.

## 2.07 ROOF ASSESSMENT

### 2.07.1 Scope of Services

The purpose of this Roof Condition Assessment is to observe and document readily visible roofing materials and systems, and to identify defects and deficiencies which might significantly affect the integrity of the system to prohibit water infiltration. Recommendations are provided for observed deficiencies.

Our services for this project have included the following:
- Review of existing project drawings.
- Interviews with personnel familiar with the facility.
- Fieldwork to review and document general condition of the roof, roof-mounted appurtenances, existing leaks and existing deficiencies.
- Evaluation of the existing roof system and alternatives for corrective action.

### 2.07.2 Interviews

Mr. Vasquez of Brownsville Independent School District provided the following information:

- There are no current active leaks at either Aiken Elementary or Besteiro Middle School.

- Shortly after Aiken Elementary was completed, persistent roof leaks occurred in the corridor at the intersection of the Wing A addition and the north wall of the original Besteiro Middle School.

- New cementitious drop ceiling tiles were recently installed at Aiken Elementary School.

- Damaged ceiling tiles and evidence of previous water on the vinyl floor within the Aiken Elementary Cafetorium are the result of rooftop mechanical unit and are not a result of a roof leak. Reportedly, the water damage within this room was not associated with a rain event.

**EFI°**
**Engineering and Fire Investigations**

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

### 2.07.3 Results and Observations

The subject facility is comprised of two campuses: Besteiro Middle School and Aiken Elementary School. The facility includes a total of 23 separate roof areas that are typically divided by rise walls or parapet walls. The existing roofs on the facility currently include a built-up roof membrane at Besteiro Middle School and some type of built-up roof system with a granule-surfaced modified bitumen cap sheet at Aiken Elementary School and Wing A serving Besteiro Middle School.

Each roof area of the facility under consideration was observed and the existing systems and components were assessed. The following sections provide brief descriptions of the roof systems assessed, a list of observed conditions, including deficiencies, our general assessment of the roof areas, and recommendations for corrective action, if any. The following summarizes general information related to the existing roof membrane systems at the subject school:

| | |
|---|---|
| *Structural Framing:* | CMU walls supporting open web steel joists |
| *Roof Deck:* | Metal deck. |
| *Roof Slope:* | Based on visual observations, greater than 1/4 in/ft. |
| *Insulation:* | Per drawings, specified as 1 ½ inch rigid |
| *Membrane Type:* | Besteiro MS:<br>    Multi-ply built-up roof with aggregate surfacing.<br>Aiken Elementary:<br>    Assumed to be 1 or 2 plies of base felts with a granule<br>    surfaced modified bitumen cap sheet. |
| *Manufacturer:* | Information not provided. |
| *Age:* | Besteiro MS: 7 years (original)<br>Aiken Elementary: 6 years (original) |
| *Bitumen/Adhesive:* | Asphalt |
| *Attachment:* | Besteiro MS:<br>    Roof Membrane: Hot asphalt to rigid insulation.<br>    Rigid Insulation: Mechanical fasteners to metal deck<br>Aiken Elementary:<br>    Roof Membrane: Hot asphalt or torch applied to rigid<br>    insulation<br>    Rigid Insulation: Mechanical fasteners to metal deck |
| *Surfacing:* | Besteiro MS: Aggregate surfacing embedded in hot asphalt<br>Aiken Elementary: Granule-surfaced modified bitumen |

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

**EFI°**
Engineering and Fire
Investigations

In general, the following conditions were observed:

*Besteiro Middle School:*

a.  A multi-ply asphalt built-up roof system with aggregate surfacing was observed at the roof areas serving Besteiro Middle School. However, a granule-surfaced modified bitumen cap sheet is provided at Wing A, which was an addition when Aiken Elementary was constructed.

b.  Roof penetrations are typically limited to plumbing vent stacks, HVAC mechanical curbs, exhaust fans, and roof expansion joints.

c.  Besteiro Middle School is divided into six wings (Wing A – Wing F) and a total of 13 separate roof areas, each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

d.  Drainage for each roof area is accomplished by sheet flow to internal roof drains. The following summarizes our observations regarding roof drainage:
    i.    Roof drains are typically provided at the perimeters of the individual roof areas.
    ii.   Through-wall overflow scuppers are generally provided near each roof drain.
    iii.  Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
    iv.   Evidence of ponding water was observed in an isolated area near the southwest corner of Wing C. It appears that within this isolated area, water ponds between the parapet wall and the curb-mounted HVAC unit.
    v.    Roof drains generally appeared to be in good condition. However, debris has blocked or partially blocked the strainers above the Gymnasium, Cafetorium, Kitchen, Media Center and Wing A. Evidence of ponding water was generally observed adjacent to blocked roof drains.
    vi.   No through-wall scupper is provided adjacent to the drain at the northeast corner of the cafeteria, which allows a significant amount of water to pond within this area.
    vii.  One damaged strainer was observed on the west side of Wing C. This strainer should be replaced to prevent debris from obstructing the drainpipe.

e.  The perimeter roof areas are typically bound by parapet walls or rise walls. The following summarizes our observations regarding the parapet/rise walls.
    i.    Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.
    ii.   The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the gymnasium and the southwest corner of the kitchen.
    iii.  Cracked mortar joints were observed at the concrete coping joints throughout the facility. "Band-aid" sealant joints were observed at many of the mortar joints. The sealant was typically observed to be in poor condition.
    iv.   Expansion joints are regularly spaced in the masonry parapet and rise walls. At many locations, non-uniform sealant depth was observed. In addition, the sealant material was observed to generally be in poor condition, with missing sealant material observed in several locations including near the northeast corner of the cafetorium, southeast corner of the gymnasium, and southwest corner of Wing B.
    v.    Wall expansion joints are not continuous through the precast concrete copings. As a result, the coping restrains movement at the top of the wall; however, no obvious evidence

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**EFI•**
Engineering and Fire
Investigations

of damage resulting from restrained movement was observed at the coping or parapet walls.

vi.  Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations including the following: southeast corner of gymnasium, northwest corner of Room 209, northeast corner of Room 213, and Wing C.

f.  Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:

i.  Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.

ii.  Remedial application of sealant at the top of the counter flashing and counter flashing lap joints was observed along the east side of Wing C. It appears that the remedial sealant was applied to address specific leak locations.

iii.  An open seam in the metal counter flashing was observed at the northwest corner of the mechanical room behind the cafetorium.

iv.  Remedial application of sealant was observed at the lap joints of the metal counter flashing throughout the facility. Observed locations included the east wall of Wing C, near the southwest corner of Room 209, northeast corner of Room 213, and above the north-south corridor in Wing B. The sealant at many locations was noted to be in poor condition and discontinuous.

g.  Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashing serving the facility was generally observed to be in good condition; however, splits and/or discontinuities were observed at lap edges or corners in isolated areas at the perimeter of Wings A and B. In addition, discontinuities and/or open seams were observed at a number of HVAC curb locations.

h.  In general, the roof membrane was generally observed to be in fair to good condition and the following observations were made with regard to the roof membrane:

i.  The aggregate surfacing was generally observed to be evenly distributed with adequate coverage; however, isolated bare areas with exposed flood coat and membrane were observed at Wings B, D, and E.

ii.  A roof blister was observed near the roof drain at the northeast quadrant of Wing B.

iii.  Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.

j.  Roof expansion joints are provided at Wings B and C. Application of remedial sealant was observed at most of the locations where the roof expansion joint terminates at the parapet wall. In addition, sealant has been remedially applied on the pre-formed expansion joint membrane and the counter flashing material at regular intervals on the joints serving Wing B.

k.  Rooftop pipes serving the HVAC equipment are typically supported by preformed pipe supports. At Wings B, D, E and F, the pipe supports were typically observed to bear directly on the aggregate surfacing, which increases the possibility of membrane puncture. Missing or damaged pipe supports or piping not bearing on pipe supports were also observed at Wings B, D and F.

l.  Abandoned equipment and debris, such as pipe, mechanical equipment, and construction debris, was observed on the roof areas throughout the facility.



m. The antenna mounted above the kitchen is improperly flashed into the roof membrane. No flashing is provided at the base and the supports appear to be attached directly to the roof membrane. Membrane damage at the supports is a potential source for water infiltration.

n. A damaged exhaust fan was observed at Wing B above the Nurse's Office that should be repaired to limit the possibility of water infiltration at this roof penetration.

o. Two skylights are provided at Wing C. Remedial application of sealant material was observed at the perimeter each skylight unit.

p. No active roof leaks were reported; however, stained gypsum board or ceiling tiles were observed at the following locations:
    i. Room 208 Storage Room - intersection of Wing A addition and original Besteiro Middle School construction.
    ii. Room 217
    iii. Room 219
    iv. Room 220 – at roof drain
    v. Room 222 – at HVAC unit
    vi. Room 233 – at HVAC unit
    vii. Wing A Girls Restroom – intersection of Wing A addition and original Besteiro Middle School construction.
    viii. Skylight at 1st floor locker area
    ix. Concourse area outside Boy's Locker Room (west side of gymnasium)
    x. Corridor outside Music Room.
    xi. Cafetorium – north wall, east wall, and below HVAC equipment in middle of room.
    xii. Kitchen – north wall

q. Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. Reference those sections for identification of other areas of potential water infiltration.

*Aiken Elementary School:*

a. A granule-surfaced modified bitumen cap sheet is provided at Aiken Elementary School.

b. Aiken Elementary School is divided into two wings (Wing G and Wing H) and a total of 10 separate roof areas each of which is defined by the perimeter edge of the roof, parapets, or rise walls.

c. Drainage for each roof area is accomplished by sheet flow to internal roof drains. The following summarizes our observations regarding roof drainage:
    i. Roof drains are typically provided at the perimeters of the individual roof areas.
    ii. Through-wall overflow scuppers are generally provided near each roof drain.
    iii. Based on visual observations, each of the roof areas generally appeared to be sloped a minimum of ¼ inch per foot to internal roof drains.
    iv. Roof drains generally appeared to be in good condition. However, debris, including vegetation growth, was observed at most of the roof drain strainers partially blocking the roof drains. Evidence of ponding water was observed adjacent to most of the roof drains.

d. The perimeter roof areas are typically bound by parapet walls or rise walls. The following summarizes our observations regarding the parapet/rise walls:
    i. Parapet wall construction includes 4-foot long precast concrete coping above brick masonry and CMU walls.

**EFI**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

ii. The precast concrete coping was generally observed to be in good condition; however, damaged or missing copings were observed at the northwest corner of the cafetorium.

iii. Cracked mortar joints were observed at the concrete coping joints throughout the facility. "Band-aid" sealant joints were observed at many of the mortar joints. The sealant was typically observed to be in poor condition.

iv. Expansion joints are regularly spaced in the masonry parapet and rise walls. The expansion joint sealant was observed to generally be in good condition; however, mortar instead of sealant was observed in two joints serving Wing H.

v. Wall expansion joints are not continuous through the precast concrete copings. As a result, the coping restrains movement at the top of the wall; however, no obvious evidence of damage resulting from retrained movement was observed at the coping or parapet walls.

vi. Mortar or sealant joints are typically provided at the parapet/parapet and parapet/rise wall intersections. Mortar cracks and open sealant joints were observed at several locations.

e. Surface-mounted galvanized steel counter flashings are typically provided at the base of the parapet/rise walls. The following summarizes our observations regarding the counter flashings:

i. Sealant is provided between the top of the counter flashing and the masonry wall. Discontinuities were observed in the sealant material throughout the facility. In addition, the sealant was cupped, such that water ponds at the top of the counter flashing.

ii. Remedial application of sealant was observed at several lap joints of the metal counter flashing throughout the facility. It is assumed that the sealant was applied in an effort to address leak locations. The sealant at many locations was noted to be in poor condition and discontinuous.

iii. A loose lap joint was observed at Wing G, which should be addressed to prevent water infiltration behind the base flashing.

f. Modified bitumen base flashing membranes are provided at the perimeter of the roof areas and at the roof-mounted HVAC curb systems. The base flashings serving the Aiken Elementary School were generally observed to be in fair condition. Horizontal cracks were observed in the base flashing membrane at the roof perimeters, which is typically indicative of relative movement between the roof deck and the parapet wall. The cracks provide a potential source for water infiltration. In addition, discontinuities were observed at several of the HVAC mechanical curbs.

g. In general, the roof membrane was generally observed to be in fair to good condition. The following observations were made with regard to the roof membrane:

i. Loss of surface granules was observed at the modified bitumen cap sheet provided at Wing A. The amount of granule loss appeared to be more than would typically be expected for a roof of its age.

ii. A loose lap edge was observed in the field of the roof serving Wing G.

h. The ceiling tiles serving Aiken Elementary School were recently replaced with a cementitious tile. Interior observations were made within limited areas of Aiken Elementary School and no water-damaged ceiling tiles were observed.

i. Observations of the ceiling plenum space were performed in association with work performed for other sections of this report. In general, it was reported that where evidence of water infiltration was observed within the ceiling plenum, it generally correlated with the roof perimeters. Reference those sections for identification of specific areas of potential water infiltration

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**

**Privileged – Attorney / Client Work Product**

**EFI**
Engineering and Fire
Investigations

### 2.07.5 Conclusions/Recommendations

Based on our observations, discussions with personnel familiar with the facility's roof history, and experience with similar projects, the following summarizes our conclusions and recommendations concerning the roof systems at Besteiro Middle School and Aiken Elementary to minimize the potential for water infiltration:

*Besteiro Middle School:*

a. The built-up roof membrane with aggregate surfacing was generally observed to be in fair to good condition, considering it's age. It is recommended that the aggregate surfacing be redistributed as necessary to cover exposed areas. In addition, the roof blister at Wing B should be cut out and repaired in accordance with recognized industry practices.

b. Provided roof drainage systems were generally observed to be adequate and in good condition; however, several repair items are recommended with regard to the drainage systems:

   i. As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper function. The blocked roof drain strainers cause areas of ponding water that can contribute to roof membrane degradation and water infiltration.

   ii. It is recommended that a new roof drain be remedially installed within the area of ponding water at the southwest quadrant of Wing C.

   iii. It is recommended that a new through-wall scupper be installed adjacent to the roof drain at the northeast corner of the cafetorium. Ponding water caused by an obstructed roof drain will adversely affect the roof membrane, base flashings and counter flashing materials and is possibly contributing to water infiltration problems within this area.

   iv. Damaged and missing roof strainers should be replaced to ensure that roof drains do not become blocked.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:

   i. Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations that have historically experienced problems with water infiltration to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on the excavation findings, the following alternatives may be recommended:

     ➢ Option 1. If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping at all parapet walls be removed, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.

     ➢ Option 2. If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate anticipated thermal movement.

**EFI•**
Engineering and Fire
Investigations

> ➤ For the purposes of this preliminary evaluation, we recommend budgeting for Option 1, and if the flashing is observed to be in good condition, proceeding with Option 2.

    ii.    Currently the parapet walls are not exhibiting damage resulting from the coping restraining the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

    iii.    Cracks and discontinuities are present at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint utilizing backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

    iv.    Damaged and missing precast concrete copings should be replaced.

    v.    Expansion joint sealant material at the parapet walls was observed to be in poor condition with numerous locations that could allow water to infiltrate the building envelope. It is recommended that the sealant material be replaced. Although our observations were limited to the parapet walls, it is anticipated that the sealant material at the exterior wall sealant joints are in similar condition and should also be replaced.

d.    The sealant material at the top of the metal counter flashings should be cut out and replaced. The new sealant should be installed such that water does not pond within the joint and is redirected away from the wall. In addition, it is recommended that sealant be remedially applied within counter flashing lap joints.

e.    Tears, splits and discontinuities were observed in the base flashing materials at isolated roof perimeter locations and HVAC mechanical curb locations. The deteriorated base flashing assemblies should be repaired or replaced to prevent water infiltration.

f.    Discontinuities and avenues for water infiltration are currently present at the roof expansion joint/parapet wall intersections. Remedially applied mastic and sealant indicates that these have historically been a source for water infiltration. It is recommended that new flashing details be designed and installed at these locations. In addition, the preformed roof expansion joints serving Wing B should be replaced.

g.    Pipe supports should be repositioned such that they are not bearing directly on the aggregate surfacing. Damaged and missing pipe supports should also be replaced. In addition, all pipes should be inspected to ensure that they are properly bearing on the pipe supports.

h.    The damaged exhaust fan at Wing B should be repaired to limit the possibility of water infiltration at this roof penetration.

i.    The antenna on the kitchen should be removed and reinstalled with the supports properly flashed into the roof system.

j.    Abandoned equipment, such as pipe, mechanical equipment and construction debris, can puncture the roof membrane and it is recommended that all debris be removed from the roof areas.

*Aiken Elementary School:*

a.    The built-up roof system with granule-surfaced modified bitumen cap sheet was generally observed to be in fair to good condition. The amount of granule loss appeared to be more than

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product



**EFI**
Engineering and Fire
Investigations

would typically be expected for a roof of this age; however, no recommendations are proposed with regard to this issue. The roof areas should be inspected and all loose lap edges should be repaired.

b. Roof drainage systems were generally observed to be adequate and in good condition. As a part of routine maintenance, the roof drains should be regularly inspected and debris cleared from the strainers to ensure proper drainage. Blocked roof drain strainers cause areas of ponding water that can degrade the roof membrane. In addition, ponding water increases the opportunity of water infiltration.

c. The parapet walls were generally observed to be in fair condition; however, several deficient items were observed that may be contributing to water infiltration:

   i. Cracked mortar joints between adjacent precast concrete copings provide an avenue for water to infiltrate the wall system. The parapet wall assembly was specified to include a flashing assembly between the bottom of the coping and the top of the wall assembly that would redirect water away from the wall assembly. Because of the apparent historical problems with water infiltration at the roof perimeters, it is recommended that the precast concrete coping be removed at several locations that have historically experienced problems with water infiltration to determine the condition of the flashing between the bottom of the coping and the top of the wall assembly. Depending on the excavation findings, the following alternatives may be recommended:

   ➢ Option 1. If the flashing material is in poor condition or is improperly installed, then it is recommended that the concrete coping be removed at all parapet walls, new flashing material be installed and the coping be reinstalled. When the coping is reinstalled, it is also recommended that the coping joints be aligned with wall expansion joints.

   ➢ Option 2. If the flashing is determined to be in good condition, then it is recommended that the mortar at the coping joints be removed and replaced with a sealant material that can accommodate the anticipated thermal movement.

   ➢ For the purposes of this preliminary evaluation, we recommend budgeting for Option 1, and if the flashing is observed to be in good condition, proceeding with Option 2.

   ii. Currently the parapet walls are not exhibiting damage resulting from the coping being restrained by the top of the parapet wall at expansion joint locations. If the coping is not removed, it is recommended that Brownsville ISD monitor the parapet walls and copings for future damage resulting from differential movement at the joint.

   iii. Cracks and discontinuities are provided at most of the parapet/parapet and parapet/rise wall intersections. The cracks appear to be the result of relative differential movement between the wall assemblies. It is recommended that the mortar or sealant material at these assemblies be removed and a soft joint consisting of backer rod and high performance sealant be installed that can accommodate the anticipated movement at these locations.

   iv. Damaged and missing precast concrete copings should be replaced.

   v. At those parapet wall expansion joints that are filled with mortar, the mortar should be removed and backer rod and sealant material installed at the expansion joint.

d. The base flashing membrane at the perimeter roof locations was observed to be in fair to poor condition. If water is not currently infiltrating the building envelope at the horizontal cracks in the base flashing membrane, it should be expected that future relative movement between the roof deck and parapet wall will provide an avenue for water infiltration. It is recommended that the

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

base flashings be repaired or replaced at the roof perimeters serving this facility and designed such that the base flashings are isolated and are not affected by relative movement between the wall and roof deck. New counter flashing is expected to be installed as part of the base flashing repairs.

e.  Tears, splits and discontinuities were observed in the base flashing materials at isolated HVAC mechanical curb locations. The deteriorated base flashing assemblies should be repaired to prevent water infiltration.

## 2.08 MECHANICAL ASSESSMENT

### 2.08.1 Scope of Services

The HVAC evaluation included a review of the HVAC systems and related building construction, review of operational and maintenance procedures, a walk-through of interior and exterior areas, observations of the HVAC systems and related building construction, evaluation of the results, and development of conclusions and recommendations.

### 2.08.2 Findings and Observations - Besteiro Middle School

The results of our observations of the mechanical HVAC systems and rated building construction features are listed below:

a.  The Roof Top Units (RTUs) in Besteiro Middle School, installed during original construction in 1993-94, are controlled by wall mounted mercury-bulb and electronic thermostats that have temperature adjustment levers, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs in the original portion of Besteiro are not controlled by an energy management system. The RTUs in the A-wing of Besteiro, which was constructed concurrently with Aiken in 1995-96, are controlled by electronic wall thermostats that have temperature adjustment wheels, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs in the A-wing are controlled by a Trane energy management system that is also controlling the HVAC equipment at Aiken Elementary School. According to school district personnel, the Trane energy management system maintains the temperature setpoint of all RTUs in the A-wing at 72 degrees Fahrenheit (F).

b.  Field measurements of room temperatures and relative humidity levels in typical classrooms and other areas were obtained and compared with the design conditions specified in the original construction documents. Our field measurements were also compared with the existing room thermostat setpoints and temperature readings. We found that many room thermostats were generally out of calibration and attempting to control room temperatures 3 to 5-degrees F below or above measured room temperatures. In many cases, room temperatures were measured to be in the range of 68 to 72 degrees F as compared a room design of 75 degree F. Also, relative humidity levels were elevated and were measured in the range of 55 to 62 percent as compared to design conditions of 50 percent.

c.  The direct-expansion cooling coils in the RTUs were observed to contain moderate to heavy accumulations of dust, debris, bird feathers, and possible mold on the faces of the aluminum fins. Heavy accumulations of debris at a number of RTUs is restricting air movement and heat transfer at the cooling coils such that temperature and relative humidity control in the classrooms and other areas is ineffective. A layer of frost was observed covering the coils at some RTUs. We also observed accumulations of dust and debris on the blades of the blower fans in the RTUs.

d.  Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods specified on the original construction documents. From our previous experience with HVAC systems in humid climates, such as Brownsville, we would not expect that air

**EFI**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

economizer hoods would be included on the RTU's due to the limited number of days they would be used during a typical year.

e.  The return air/outside air mixing sections were generally observed to have heavy accumulations of dust and debris. Filters were heavily loaded and in some cases, collapsed, allowing unfiltered air to pass through the cooling coils, blower fans, and supply air ductwork. Filters installed were generally 2-inch pleated media type.

f.  The supply air ductwork is generally galvanized sheet metal with internal 1-inch thick neoprene coated fiberglass insulation except for the A-wing, which has externally wrapped fiberglass insulation. The supply air ductwork generally has a 20 to 60-foot primary duct that has round, flexible, insulated branches that supply ceiling or soffit mounted aluminum diffusers. The ductwork, insulation and air grilles were generally observed to be in good condition and of the sizes and types specified in the original construction documents. Accumulations of dust, debris and possible mold were not observed in the interior surfaces of the ductwork. The supply air and return air grilles have minor accumulations of duct and debris at several classrooms.

g.  Classrooms, Bookroom, Teacher's Workrooms, and Lounges are provided with packaged, roof mounted Trane heating/cooling units (RTUs), 4-ton or 5-ton nominal cooling capacity. The RTUs are typically mounted on insulated, structural steel roof curb foundations that provide sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, electric heating coils, direct-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections.

    i    Manually adjustable outside intake hoods and dampers are installed at the RTUs in lieu of automatic air economizer hoods as stated previously. The manual outside air intake dampers were observed to be either closed or open approximately 1/3 during our site visit. Field measurements of outside air intake rates at several RTUs in the classroom wings of the building were obtained. It was determined that the outside air intake was deficient as compared to the design at most units and varied from no outside air intake to approximately 38 CFM as compared to 225 CFM and 450 CFM depending on either 4-ton or 5-ton capacity RTU specified.

    ii.   Field measurements were obtained of conditioned airflow delivered by several RTUs in typical classroom wings of the building and determined from the units measured that the RTUs generally delivering the design volume, or greater than the design volume, of conditioned air. In several cases, approximately double the amount of conditioned air was being delivered compared to the design indicated in the construction documents. It is apparent that either changes in the characteristics of the operation of RTUs have been made since original construction or that a proper air balance has not been performed. Since this Trane RTU model has two-speed, direct drive blower motors, changes may have been made to the speed settings of the blower motors. Field measurements of conditioned airflow were conducted using an inclined tube manometer in straight sections of the supply air ductwork.

h.  From our field measurements, the discharge air temperature, dry bulb and wet bulb, of several RTUs are providing less than the cooling and dehumidification requirements of the original design.

i.  The Principal's Office, Counseling Office, and Nurse's Office are each provided with Trane RTUs, 6-ton nominal cooling capacity. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

**EFI**
Engineering and Fire
Investigations

    i.    Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open approximately 1/3 and based on field measurements at other RTUs, the RTUs serving these areas are providing less than the specified amount of outside air ventilation. The original design specified 300 CFM and 375 CFM respectively for the principal's office and nurse's office.

j.    The Entrance Lobby and Common Area containing lockers are provided with Trane RTUs, 5-ton and 10-ton nominal cooling capacities respectively. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i.    We observed manually adjustable outside intake hoods and dampers installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open during our site visit. We performed field measurements of outside air intake rate at the RTU serving the Common Area and found that the actual outside air intake was above original design at approximately 1717 CFM as compared to 1500 CFM specified in the design documents.

    ii.    Field measurements obtained of actual airflow at the RTU serving the Common Area and found that the unit was generally delivering greater amounts of conditioned air than design at approximately 5777 CFM compared to 4500 CFM specified in the original construction documents. It is apparent that either changes in the characteristics of the operation of RTUs have been made since original construction or that a proper air balance has not been performed. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

k.    The vocal music and band rooms are provided with Trane RTUs, 5-ton and 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i.    Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were nearly closed during our site visit. We did not field measure the amounts of outside air and conditioned delivered by the RTUs. The rooms were cool and humid.

l.    The boys and girls locker rooms are each provided with Trane RTUs, 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above except that they are specified to provide 100 percent outside air to these areas in the construction documents.

    i.    Field measurements were obtained of outside air intake and total conditioned air volumes at the RTU serving the boy's locker room. It was found that the outside air intake and total conditioned air volume was above original design at approximately 3931 CFM as compared to 2500 CFM specified in the construction documents. Further, a review of published catalog materials provided by Trane indicates that this model of RTU is not rated for 100 percent outside air duty. These units appear to have been mis-applied. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

m.    The gymnasium is provided with four Trane RTUs, each with 30-ton nominal cooling capacity. The RTUs typically are mounted on an insulated, structural steel roof curb foundation that provides sheet



metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i.   Field measurements obtained of outside air intake rates at RTU-13 found that the outside air intake is substantially below the original design at approximately 1150 CFM as compared to 2775 specified in the construction documents.

    ii.  Field measurements obtained of conditioned airflow at RTU-13 found that the unit is generally delivering a lower amount of conditioned air than design at approximately 1500 CFM compared to 9000 specified in the construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

n.  The kitchen is provided with two Trane RTUs, 25 and 30-ton nominal cooling capacities. The RTUs are mounted on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i.   Field measurements of outside air intake rates at RTU-15 found that the actual outside air intake is substantially below the original design at approximately 2558 CFM as compared to 4550 specified in the construction documents.

    ii.  Field measurements of conditioned airflow at RTU-15 found that the unit is generally delivering lower amounts of conditioned air than design at approximately 6000 CFM compared to 8265 specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

o.  The cafetorium is provided with two Trane RTUs, each at 30-ton nominal cooling capacity. The RTUs rest on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed.

    i.   Field measurements of outside air intake rates at RTU-8 found that the outside air intake is substantially below the original design at approximately 1125 CFM as compared to 4550 specified in the construction documents.

    ii.  Field measurements of conditioned airflow at RTU-8 found that the unit was generally delivering lower amounts of conditioned air than design at approximately 2340 CFM compared to 8000 specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

p.  The library is provided with one packaged, roof mounted Trane RTU, 40-ton nominal cooling capacity. The RTU rests on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized metal ductwork. The RTU has integral direct-expansion cooling coil,



### 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

natural gas furnace, belt-drive blower fan, filter section, return air/outside air mixing section, and compressor/condenser section. The original construction documents indicate that the RTU is to be provided with an air economizer and modulating exhaust fans, however, this equipment is not installed.

    i.   Field measurements of outside air and conditioned air in the library were not obtained because the area was under renovation. The return air/mixing sections, direct-expansion cooling coils, and fan sections were observed to have been cleaned and re-insulated by the renovation contractor prior to our site visit. The filters had not been re-installed in the unit.

    ii.  The supply air ductwork is generally galvanized sheet metal with external fiberglass insulation and was in the process of being re-installed during our sire visit. The ductwork, insulation and air grilles were observed to be in good condition and of the sizes and types specified in the original construction documents.

### 2.08.3 Conclusions and Recommendations - Besteiro Middle School

Our observations identified deficient items associated with the design, installation and operation of the HVAC equipment and systems. Using our experience with similar situations, we have made the following conclusions and recommendations.

a.  Based on typical engineering benchmarks, the RTUs serving the classrooms are oversized, and as a consequence, do not operate a sufficient number of hours daily to control relative humidity. Based on our field measurements, the RTUs are not controlling temperature and relative humidity in the classrooms as designed. The room thermostats are also apparently out of calibration, causing some classrooms to be overly cool and humid. We observed that most classrooms are provided with a nominal 5-ton RTU designed to deliver 1500 CFM of conditioned air to the classroom or approximately 1.6 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. Also, the RTUs are selected at 105 degrees F ambient temperature that rarely occurs in this geographic area, also causing RTUs to be oversized. Our review of Trane cataloged performance of the models installed indicates that the design airflow is below the beyond the operating range of the equipment. Elevated levels of relative humidity in the classrooms and the lack of adequate routine cleaning of the interiors of the RTUs have also lead to performance problems with the RTUs and the development of molds on the cooling coils of some RTUs. The RTUs are not introducing designed amounts of outside air. Field measurements indicate that outside air ventilation rates are approximately 10 percent of the design outside air intake amount.

    i.   A recommended solution is to remove some RTUs and reconfigure the supply air ducts to supply those classrooms from remaining RTUs serving adjacent classrooms in the fashion indicated in the table below. The process of RTU removal would include installing sheet metal enclosures over existing roof penetrations, removing some supply and return ducts, removing associated electrical cabling and circuit breakers and removing some controls. Reconfiguring and re-balancing supply air ducts would include redistributing the supply air equally from the remaining RTUs to supply two classrooms. Any existing RTU to remain should have the ductwork, cooling coil, drain pan, heating coil, and fan sections cleaned and sanitized by a commercial duct cleaning contractor. The existing RTUs to remain would also require repairs and re-commissioning to prepare the RTUs for use after ductwork modifications are completed. All existing ductwork to be reused should also be cleaned and sanitized and all existing flex duct should be replaced. An alternative to cleaning, sanitizing, repairing and re-commissioning the remaining RTUs, is to install new RTUs. Given the current age of the existing RTUs is



EFI•
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

approximately 8 years, we estimate the remaining useful life of the existing RTUs to be approximately 6 to 8 years. We also understand from BISD that RTU's of similar construction at other schools located in the same general area as Besteiro Middle School have required replacement in 1 to 12 years. In this alternative, the new RTUs would be of similar sizing and design to the RTUs designated above to remain. Also in this alternative, the outdoor condenser coils, casing exterior, indoor evaporator coils, and condensate drain pans would be coated with an air-dry phenolic coating to extend the life of the new RTUs. The anticipated additional cost of this alternative compared to the cost of cleaning, sanitizing, repairing and re-commissioning the remaining RTUs included in Table 1 above is approximately $288,702.

| Classroom No. for RTU Removal | Reconfigure Remaining RTU and Supply Duct And Re-Air Balance |
|---|---|
| 101 | 104 |
| 105 | 108 |
| 102 | 103 |
| 106 | 107 |
| 109 | 110 |
| 113 | 112 |
| 114, Bookroom | 111 |
| 116 | 115 |
| 117 east unit | 117 west unit |
| 118A | 118B |
| 119 | 121 |
| 120 east unit | 120 west unit |
| 122 | 123 |
| Teacher's Lounge | Teacher's Workroom |
| 125 | 127 |
| 129 | 130 |
| 126 north unit | 126 south unit |
| 128 north unit | 128 south unit |
| 201 | 204 |
| 205 | 208 |
| 202 | 203 |
| 206 | 207 |
| 209 | Provide new 2-ton RTU |



EFI·
Engineering and Fire
Investigations

## 2.0 ASSESSMENT

### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

| Classroom No. for RTU Removal | Reconfigure Remaining RTU and Supply Duct And Re-Air Balance |
|---|---|
| 210 | 211 |
| Teacher's Lounge | 212 |
| 213 | 214 |
| 215 | 216 |
| 217 | 218 |
| 220 | 223 |
| 221 | 222 |
| 224 | 227 |
| 225 | 226 |
| 230 | 232 |
| 224 | 236 |
| 229 | 231 |
| 233 | 235 |

ii.   Following removal of the RTUs as noted, we recommend installation of dedicated outside air pre-treating RTUs to supply pre-heated or pre-cooled and dehumidified air to classrooms on each wing as indicated in the table below. The pre-treating RTUs would introduce pretreated outside air in the range of 70 degrees F to each classroom for blending with conditioned air from the remaining RTUs.

| Classroom Nos. Served | Outside Air Pre-treating RTU Capacity |
|---|---|
| 101 through 114, Bookroom, 115, 116 | 6225 CFM |
| 117, 118A, 118B, 119 through 123, Teachers Workroom, Teachers Lounge | 4500 CFM |
| 124 through 130 | 3375 CFM |
| 201 through 214 | 5100 CFM |
| 215 through 227 | 4725 CFM |
| 228 through 236 | 3375 CFM |

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

**EFI**
Engineering and Fire
Investigations

b. Based on typical engineering benchmarks, the RTUs serving the Boy's and Girls' locker rooms are somewhat oversized and improperly applied. Following a review of Trane cataloged performance of the models installed in these areas, the RTUs are not rated to provide 100 percent outside air duty as designed. As a consequence, the existing RTUs do not control temperature and relative humidity in the occupied areas. The units are not operating as designed and are not adequately removing moisture from the outside air that is being introduced into the school.

    i. A recommended solution is to remove the existing RTUs and install RTUs designed to supply heated or cooled and dehumidified outside air as designed to the boy's and girl's locker rooms. The RTUs would introduce 100 outside air conditioned in the range of 90 degrees F for heating and 55 degrees F for cooling to each locker room. All existing ductwork to remain should be cleaned and sanitized and all existing flex duct should be replaced.

| Locker Room | 100 percent Outside Air RTU |
|-------------|------------------------------|
| Boy's | 2500 CFM |
| Girl's | 2500 CFM |

c. Based on typical engineering benchmarks, the RTUs serving the Lobby, Common Area, Principal's office, Counselors Office, and Nurses Office are somewhat oversized. We observed that these areas are provided with RTUs designed to deliver conditioned air at approximately 1.6 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. The compressor/condensing sections not operating a significant number of hours due to oversizing. As a consequence of oversizing, the RTUs are not adequately controlling temperature and relative humidity in the occupied areas. The low room temperatures and high relative humidity levels are also due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. Also, the RTUs are not introducing adequate amounts of outside air as designed.

    i. A recommended solution to replace the existing RTUs with nominal 4 and 10-ton RTUs as indicated in the table below. To control room temperature and relative humidity, the thermostats need to be properly calibrated. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas. All existing ductwork to remain should be cleaned and sanitized. All existing flex duct to remain should be replaced



**EFI**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

| Room | New RTU design tons | Approximate RTU conditioned supply air / outside air quantities |
|---|---|---|
| Lobby | 4-tons | 1600 CFM / 375 CFM O/A |
| Common Area | 12.5-tons | 5000 CFM / 1250 CFM O/A |
| Principal's Office | 4-tons | 1600 CFM / 375 CFM O/A |
| Counselors and Nurses Offices | 4-tons | 1600 CFM / 300 CFM O/A |

d. Based on typical engineering benchmarks, the RTUs serving the Vocal Music and Band rooms are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air per the table below, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | New RTU design tons | RTU design conditioned air and outside air |
|---|---|---|
| Vocal Music Room | 4 Tons | 1600 CFM / 375 CFM |
| Band Room | 5 Tons | 2000 CFM / 375 CFM |

e. The Gymnasium is provided with four Trane RTUs, each with 30-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are somewhat oversized. The RTUs are not introducing adequate amounts of outside air as designed. The compressor/condensing sections not operating a significant number of hours due to oversizing. As a consequence of oversizing, the RTUs are not adequately controlling temperature and relative humidity in the occupied areas. The improper room temperatures and high relative humidity levels are also due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To control room temperature and relative humidity, the thermostats need to be re-calibrated and the RTUs staged at thermostats as indicated in the table below. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.



EFI®
Engineering and Fire Investigations

## 2.0 ASSESSMENT

### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

| Room | Existing RTU Number | RTU design conditioned air / outside air | Thermostat Setpoint |
|---|---|---|---|
| Gymnasium | AC-10 | 9000 CFM / 2775 CFM O/A | 74 degrees F |
| Gymnasium | AC-11 | 9000 CFM / 2775 CFM O/A | 76 degrees F |
| Gymnasium | AC-12 | 9000 CFM / 2775 CFM O/A | 74 degrees F |
| Gymnasium | AC-13 | 9000 CFM / 2775 CFM O/A | 78 Degrees F |

f.  The cafetorium is provided with two Trane RTUs, each with 30-ton nominal cooling capacity. The kitchen is provided with two Trane RTUs, each with 25-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated and the RTUs staged at thermostats as indicated in the table below. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | Existing RTU Number | RTU design conditioned air / outside air | Thermostat Setpoint |
|---|---|---|---|
| Cafetorium | AC-8 | 8000 CFM / 1500 CFM O/A | 74 degrees F |
| Cafetorium | AC-9 | 8000 CFM / 1500 CFM O/A | 76 degrees F |
| Kitchen | AC-14 | 8265 CFM / 4550 CFM O/A | 74 degrees F |
| Kitchen | AC-15 | 8265 CFM / 4550 CFM O/A | 76 degrees F |

g.  The library is provided with one Trane RTU, 40-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTU is adequately sized. The RTUs also has multiple stages of cooling capacity, allowing it to cycle compressors to meet varying cooling demands through the year. Because the unit was not operational due to the Library being renovated and the RTU being partially repaired, we did not observe it's operating characteristics. To control room temperature and relative humidity, the thermostats need to be properly calibrated to maintain 74 degrees F. To provide the design amounts of outside air ventilation and conditioned air per the table below, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas. Prior to balancing, of the installation of the mechanical system, to original conditions, should be completed. ·