Case 1:03-cv-00109   Document 99-7   Filed in TXSD on 04/27/2005   Page 1 of 3

**2.0 ASSESSMENT**
**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**


EFI*
Engineering and Fire Investigations

| Room | RTU design tons | RTU design conditioned air / outside air |
|---|---|---|
| Library | Repair existing 40-ton RTU | 12,000 CFM / 2025 CFM O/A |

h. The room thermostats observed varied in temperature settings from 65 degrees to 78 degrees F and that the fan settings were generally at the Auto setting with a small number at the Run Continuous setting. A number of RTUs were not operable. We generally observed that classrooms and other areas were cool and humid, ranging from 50 to 70 percent relative humidity. To effectively control temperature and relative humidity at all areas of the building, temperature settings should be maintained at 74 to 75 degrees F and the FAN setting placed in the AUTO position.

i. The RTUs are controlled by wall mounted mercury-bulb thermostats and electronic temperature sensors that have temperature adjustment levers, Heat-Off-Cool mode switches and Auto-On fan switches. The RTUs installed during original construction having mercury-bulb thermostats are not controlled by an energy management system. The wall mounted thermostats and electronic temperature sensors were observed to be out of calibration in many areas and temperature setpoints were not uniform in the building. A recommended solution is to replace the mercury-bulb thermostats in all areas, except Wing A which already has electronic temperature sensors, with electronic temperature sensors having local temperature adjustment and interface all RTUs to the Trane energy management system installed at Aiken Elementary School. This option would incorporate the schedule of operating hours and monitor temperature control setpoints of all HVAC equipment for both schools at one energy management system and one master station. We recommend that the electronic wall sensors be set to maintain all RTUs in the building at 74 degrees F.

j. As a further temperature control option, it is recommended that the wall mounted mercury-bulb thermostats and temperature sensors at all RTUs be replaced with wall electronic sensors having no local setpoint adjustment. In this option, the temperature control setpoints of all RTUs would be maintained at the Trane energy management system that is currently installed at Aiken Elementary School. A master station would be located at Aiken Elementary School and at the Brownsville ISD maintenance department offices. This option would incorporate the schedule of operating hours and the temperature control setpoints of all HVAC equipment for both schools in one energy management system.

**2.08.4   Findings and Observations - Aiken Elementary School**

a. Fan coil units in Aiken Elementary School, installed during original construction in 1995-96, are controlled by wall mounted electronic temperature sensors that have temperature adjustment wheels, Heat-Off-Cool mode switches and Auto-Low-High-Off fan switches. The fan coil units are controlled by a Trane energy management system. According to Brownsville ISD personnel, the energy management system maintains the temperature set point of all fan coil units in the school at 72 degrees Fahrenheit (F).

b. Field measurements of room temperatures and relative humidity levels were conducted in typical classrooms and other areas and compared these readings with the design conditions specified in the original construction documents. Our field measurements were compared with the existing room thermostat set points and temperature readings. Many room thermostats were generally found to be

**EFI***
Engineering and Fire
Investigations

## 2.0 ASSESSMENT

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

    i. Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open approximately 1/3 and based on field measurements at other RTUs, the RTUs serving these areas are providing less than the specified amount of outside air ventilation. The original design specified 300 CFM and 375 CFM respectively for the principal's office and nurse's office.

j. The Entrance Lobby and Common Area containing lockers are provided with Trane RTUs, 5-ton and 10-ton nominal cooling capacities respectively. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i. We observed manually adjustable outside intake hoods and dampers installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were open during our site visit. We performed field measurements of outside air intake rate at the RTU serving the Common Area and found that the actual outside air intake was above original design at approximately 1717 CFM as compared to 1500 CFM specified in the design documents.

    ii. Field measurements obtained of actual airflow at the RTU serving the Common Area and found that the unit was generally delivering greater amounts of conditioned air than design at approximately 5777 CFM compared to 4500 CFM specified in the original construction documents. It is apparent that either changes in the characteristics of the operation of RTUs have been made since original construction or that a proper air balance has not been performed. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

k. The vocal music and band rooms are provided with Trane RTUs, 5-ton and 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above.

    i. Manually adjustable outside intake hoods and dampers were observed installed at the RTUs in lieu of automatic air economizer hoods as stated previously. We observed that the manual outside air intake dampers were nearly closed during our site visit. We did not field measure the amounts of outside air and conditioned delivered by the RTUs. The rooms were cool and humid.

l. The boys and girls locker rooms are each provided with Trane RTUs, 8-ton nominal cooling capacities. The RTUs are similar in design, accessories, and installation to the RTUs serving the classrooms as described above except that they are specified to provide 100 percent outside air to these areas in the construction documents.

    i. Field measurements were obtained of outside air intake and total conditioned air volumes at the RTU serving the boy's locker room. It was found that the outside air intake and total conditioned air volume was above original design at approximately 3931 CFM as compared to 2500 CFM specified in the construction documents. Further, a review of published catalog materials provided by Trane indicates that this model of RTU is not rated for 100 percent outside air duty. These units appear to have been mis-applied. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork similar to the procedures used with the classroom units above.

m. The gymnasium is provided with four Trane RTUs, each with 30-ton nominal cooling capacity. The RTUs typically are mounted on an insulated, structural steel roof curb foundation that provides sheet

## 2.0 ASSESSMENT

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

EFI•
Engineering and Fire
Investigations

out of calibration and attempting to control room temperatures 3 to 5-degrees F below or above measured room temperatures. In many cases, room temperatures were measured to be in the range of 68 to 77 degrees F as compared a room design of 75 degree F. Also, relative humidity levels were elevated and were measured in the range of 55 to 62 percent as compared to design conditions of 50 percent.

c. The chilled water coils observed in the fan coil units have moderate accumulations of dust, debris, and possible mold on the faces of the aluminum fins. Heavy accumulations of debris at a number of outside air pre-treating and interior fan coil units was restricting air movement and heat transfer at the cooling coils such that temperature and relative humidity control in the classrooms and other areas was ineffective. Accumulations of dust and debris were also observed on the blades of the blower fans in the fan coil units.

d. The outside air intake louvers, aluminum intake ducts, and interiors of the outside air pre-treating fan coil units were observed to generally have heavy accumulations of dust and debris. The return air/outside air mixing sections of the interior fan coil units generally had moderate accumulations of dust and debris. Filters are heavily loaded and in some cases, collapsed, allowing unfiltered air to pass through the cooling coils, blower fans, and supply air ductwork of both the outside air pre-treating and interior fan coil units. Filters installed are generally 2-inch pleated media type.

e. The supply air ductwork is generally galvanized sheet metal with external 1-inch thick fiberglass insulation. The supply air ductwork generally has a 20 to 60-foot primary duct that has round, flexible, insulated branches that supply ceiling mounted aluminum diffusers. The ductwork, insulation and air grilles observed were in good condition and of the sizes and types specified in the original construction documents. Accumulations of dust, debris and possible mold in the interior surfaces of the ductwork were not observed. The supply air and return air grilles had minor accumulations of duct and debris at several classrooms.

f. The school is provided with chilled water for cooling by a 340-ton Trane air-cooled rotary screw water chiller operating on refrigerant HCFC-22. The chiller has a microprocessor based chilled water temperature controller set to maintain 41 degree F chilled water supply to the building. The chilled water temperature difference across the chiller water was approximately 10 degrees F as specified in the construction documents. The unit-mounted controller also has diagnostics. The Trane energy management system is interfaced to the controller for remote temperature set point adjustment and to receive alarms. EFI was provided a report of nuisance and chronic water chiller shutdowns by the Brownsville Independent School District maintenance department that have occurred during 2002 that average approximately eight shutdowns per month. We understand from the maintenance department that the shutdowns required manual reset and are suspected to be related to the momentary opening of the chilled water flow switch located in the chilled water piping near the chiller. The chilled water flow switch appeared to be installed properly in the chilled water piping in the chiller yard.

g. The school is provided with a primary and secondary chilled water piping system. The secondary chilled water piping is routed from the main pump room to outside air pre-treating fan coils and individual classroom fan coil units located above ceilings on the first and second floors. Main chilled water piping headers are generally 6-inch and 4-inch diameter schedule 40 steel located above ceilings of the corridors on first and second floors. Chilled water piping branches supplying fan coil units are 2½-inch diameter and below and are type L copper. Each fan coil unit is equipped with a piping package that includes isolation and balancing valves, electronic control valves, pressure-temperature ports, and on the second floor, manual air vents. We observed that the piping generally was properly sized for the chilled water flows specified. The chilled water pipe insulation observed was generally 1-inch thick fiberglass with vapor barrier and protective wrapping on all chilled water piping except at