## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

EFI•
Engineering and Fire
Investigations

the piping package located at each fan coil unit. Possible mold staining was observed at several locations of chilled water pipe insulation on the first and second floor corridors. On examination, it appears that an apparent break in the vapor barrier of the insulation has occurred at these locations allowing ambient air in the ceiling to contact the surface of the chilled water piping leading to condensation behind the fiberglass insulation. Condensation and rust deterioration of the chilled water piping was observed at these locations. At several fan coil units we observed steel piping that has been installed between brass and copper fittings that have developed leaks or had failed previously. Brownsville Independent School District maintenance personnel reported that a number of piping leaks have occurred in the past at tee fittings of steel and copper piping. As the result of previous and current water piping leaks in these areas, the chilled water system contains some air as evidenced by water samples taken in the pump room and at the sight glass near the chemical feeder in the pump room. Moderate amounts of rust and debris were observed in the chilled water sample were observed in the sample obtained. Several broken pipe taps were observed along the chilled water piping in the pump room and the chiller yard. In several classrooms, evidence of current and previous leaks by staining was observed on the floor and on ceiling tiles. We did not observe any documentation on the type and frequency of chemical treatment of the chilled water. The manual air vents observed were apparently not functioning properly.

h.  The pump room contains a chilled water pump skid, which has two primary pumps, two secondary pumps, variable speed drives for the secondary pumps, flow meter, pressure gauges, a decouper pipe, and staging controls. The pump skid was manufactured by Namco. The primary pumps circulate chilled water through the chiller at a constant flow rate. Two primary pumps are provided on the skid with one pump designated as stand-by. The secondary pumps circulate chilled water to the fan coil units on both floors of the building. Two secondary pumps are provided on the skid with one pump designated as stand-by. The secondary pumps are controlled by variable speed drives that respond to chilled water pressure sensors installed in the chilled water piping. In the original design, differential pressure control valves installed in the chilled water piping on each floor maintain a minimum pressure in the piping to overcome pressure losses in the piping caused by fan coil units and control valves. We were advised that Brownsville Independent School District maintenance personnel had experienced problems with the pressure settings of the differential pressure control valves. Erratic operation of the variable speed drives at the pump skid was observed during our site visit. One primary chilled water pump had leaking or broken seals.

i.  Trane model BWHA outside air pre-treating fan coils units located in wings A, B and D on the first floor and wing B on the second floor contain filter sections, 6-row chilled water coils, belt drive blower fans, and insulated drain pans. Duct mounted electric heaters are located downstream of the fan coil units. The outside air pre-treating fan coil units are rated at approximately 2250 CFM air delivery. Outside intake louvers at the building exterior and automatic intake dampers at the interior classroom fan coil units are supplying individual classrooms. Field measurements obtained of outside air intake rates at several interior classroom fan coil units determined that the outside air intake was deficient compared to the design at most units and varied from no outside air intake to approximately 614 CFM as compared to 450 CFM specified. It is apparent that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed. Field measurements of airflow were conducted using an anemometer in straight sections of ductwork. Moderate deposits of debris and possible mold were observed on the aluminum fins of the cooling coils. Heavy accumulations of dust and debris were observed on the filter sections. Heavy rust and corrosion on the cooling coil and in the condensate drain pan of the unit was also observed.

**2.0 ASSESSMENT**

**DRAFT: FOR REVIEW ONLY**

**Privileged – Attorney / Client Work Product**

**EFI**

Engineering and Fire Investigations

j.　The main entrance, Administration Office, and Counselor's Office are each provided with Trane model BWHA fan coil units, nominal 1500 CFM conditioned air delivery. The fan coil units contain filter sections, 4-row chilled water coils, belt drive blower fans, and insulated drain pans. Duct mounted electric heaters are located downstream of the fan coil units. The outside air intake dampers were open and based on field measurements are providing less than the specified amount of outside air ventilation. Dust and possible mold was observed on the face of the cooling coil. Filters had moderate to heavy accumulations of dust and debris. A condensate drain pan contains heavy rust and standing water. The fan drive wheels have limited deposits of rust. Some spots of possible mold was observed on the supply air grilles. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity of several fan coil units was measured and found that the air delivery was significantly below or above design in some cases indicating that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed.

k.　Classrooms A101 through A108, B100 through B112, and C101 through C108 are each provided with Trane model BWHA fan coil units, nominal 1500 CFM conditioned air delivery. The fan coil units are similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and based on field measurements are providing less than the specified amount of outside air ventilation. Gray dust and possible mold was observed on the face of the cooling coils. Filters have moderate to heavy accumulations of dust and debris and the condensate drain pan contained heavy rust and standing water. Further, the exterior of the fan coils exhibited signs of condensation/sweating. The fan drive wheels have limited deposits of rust. We observed some spots of mildew on the supply air grilles. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity of some fan coil units was measured and found that the air delivery was significantly below or above the design in some cases indicating that either changes in the characteristics of the operation of the interior class fan coil units have been made since original construction or that a proper air balance has not been performed.

l.　The lobby on second floor is provided with Trane model BWHA fan coil unit, nominal 800 CFM conditioned air delivery. The fan coil unit is similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and were providing outside air ventilation. Gray dust on the face of the cooling coil was observed. Filters had moderate to heavy accumulations of dust and debris and the condensate drain pan contained heavy rust. The fan drive wheel has limited deposits of rust. Some spots of possible mold growth on the supply air grilles were observed. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostat and appeared to be out of calibration. The supply air quantity of some fan coil units was measured and found that the air delivery was significantly below or above the design indicating that either changes in the characteristics of the operation of the interior class fan coil unit have been made since original construction or that a proper air balance has not been performed.

**EFI°**

Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

m.  Classrooms B201 through B218 are each provided with Trane model BWHA fan coil units, nominal 800 and 1350 CFM conditioned air delivery. The fan coil units are similar in design, accessories, and installation to the fan coil units serving the administrative areas as described above. The outside air intake dampers were open and based on field measurements are providing none to 442 CFM of outside air ventilation compared to 450 CFM in the original construction documents. Gray dust and possible mold was observed on the face of the cooling coils. Filters have moderate to heavy accumulations of dust and debris and the condensate drain pans contained heavy rust. Further, the exterior of some fan coil units exhibited signs of condensation/sweating. The fan drive wheels had limited deposits of rust. Some spots of possible mold on the supply air grilles were observed. Measured room temperatures appeared to vary 3 to 5-degrees F from the set point of the thermostats, were inoperable in some cases, and appeared to be out of calibration. The occupied areas are provided with wall mounted humidistats that, according to Brownsville Independent School District maintenance personnel, stop flow of chilled water through the fan coil units and activate the electric duct heaters if the indoor relative humidity exceeds 50 percent. This sequence appears to be an improper application of reheat. The supply air quantity at some fan coil units was measured and found that air delivery was significantly below or above the design air delivery indicating that either changes in the characteristics of the operation of the fan coil units have been made since original construction or that a proper air balance has not been performed. Chilled water valves observed are not operating properly and allowing chilled water to enter the cooling coils. Fans were observed operating out of balance and showing various degrees of vibration at some units. Dissimilar metals were observed being used in pipe connections within the chilled water system. Classrooms were observed that appeared to have had previous chilled water leaks evident by the heavy rust stains on the floors and ceiling tiles just below the HVAC units.

n.  The Cafeteria is provided with two Trane RTUs, each at 30-ton nominal cooling capacity. The RTUs rest on an insulated, structural steel roof curb foundation that provides sheet metal connections to galvanized steel ductwork. The RTUs have integral direct-expansion cooling coils, natural gas furnaces, belt-drive blower fans, filter sections, return air/outside air mixing sections, and compressor/condenser sections. The original construction documents indicate that the RTUs are to be provided with air economizers and modulating exhaust fans, however, this equipment is not installed. Field measurements of conditioned airflow were obtained at the cafeteria west RTU and found that the unit was generally delivering lower amounts of conditioned air than design at approximately 6300 CFM compared to 8000 CFM specified in the original construction documents. Field measurements of conditioned airflow at the cafeteria east RTU and indicated that the unit was generally delivering lower amounts of conditioned air than design at approximately 7200 CFM compared to 8000 CFM specified in the original construction documents. Field measurements were conducted using an inclined tube manometer in straight sections of the supply air ductwork.

### 2.08.5  Conclusions and Recommendations - Aiken Elementary School

Our observations identified deficient items associated with the design, installation and operation of the HVAC equipment and systems. Using our experience with similar situations, we have made the following conclusions and recommendations.

a.  Based on typical engineering benchmarks, the interior fan coil units serving the main entrance, Administration Office, Counselor's Office and classrooms are somewhat oversized, and as a consequence, are overcooling these areas and not adequately controlling relative humidity. Based on our field measurements, some areas had temperature and relative humidity levels outside the ranges of original design. The room thermostats are apparently out of calibration, causing some areas to be overly cool and humid. We observed that most classrooms are provided with a nominal 1500 CFM fan

**EFI**
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

coil unit delivering conditioned air to the classrooms or approximately 1.8 CFM square foot versus a typical benchmark of 1.0 CFM per square foot. Elevated levels of relative humidity in these areas and classrooms and the lack of adequate routine cleaning of the interiors of the fan coil units including chilled water cooling coils have also lead to performance problems with the fan coil units and the development of molds on the cooling coils of some of the fan coil unit interiors. From field measurements, some fan coil units are not introducing adequate amounts of outside air as designed. Field measurements indicated that outside air ventilation rates vary from no outside air to amounts greater than design. Any existing RTU to remain should have the ductwork, cooling coil, drain pan, heating coil, and fan sections cleaned and sanitized by a commercial duct cleaning contractor. All existing ductwork to be reused should also be cleaned and sanitized. All existing flex duct should be replaced.

b. A recommended solution is to conduct a cooling and heating load study of the interior areas and classrooms and re-balance the supply air quantity and chilled water flow at the existing fan coil units to match the cooling demand of the interior areas and classrooms. The chilled water cooling coils in the fan coil units are recommended for cleaning of debris and possible mold and the heat transfer tubes back-flushed of debris. Removal and replacement of non-functioning chilled water valves at the chilled water cooling coils is recommended. The room thermostats are recommended for replacement or recalibration to design conditions. Further, we recommend that the control sequence of de-humidification using electric heating coils be re-worked such that the chilled water coils operate at full capacity during the de-humidification cycle and the electric heating coils provide re-heat to maintain relative humidity at approximately 50 percent as designed. Cleaning of supply and return air grilles is recommended. Quarterly replacement of filters with pleated media filters is also recommended.

c. Following rebalancing of the supply air and chilled water flow at the classroom fan coil units as noted, we recommend installation of dedicated outside air pre-treating air handling units mounted in the ceiling area above corridors to supply pre-heated or pre-cooled and dehumidified air to interior areas and classrooms in each wing as indicated in the table below. The pre-treating air handling units would introduce pretreated outside air in the range of 70 degrees F to each area and classroom for blending with conditioned air from the existing fan coil units.

d. As a further temperature control option, it is recommended that the wall mounted temperature sensors at all fan coil units and RTUs be replaced with wall electronic sensors having no local setpoint adjustment. In this option, the temperature control setpoints of all fan coil units and RTUs would be maintained at one master station that communicates with the Trane Tracer 100 energy management system that is currently installed at Aiken Elementary School. This option would incorporate the schedule of operating hours and the temperature control setpoints of all HVAC equipment for both schools at one energy management system and one master station.

**EFI**•
Engineering and Fire
Investigations

## 2.0 ASSESSMENT
### DRAFT: FOR REVIEW ONLY
#### Privileged – Attorney / Client Work Product

| Classroom Nos. | Outside Air Pre-Treating Air Handling Unit Capacity |
|---|---|
| A100 through A108, B100, B102, B104, Workroom, Nurses Station | 6300 CFM |
| Administration, B112, C101 through C108 | 4950 CFM |
| B101, B103, B105, B106, Counselors Office | 3150 CFM |
| B107 through B111 | 2250 CFM |
| B201 through B209 | 4950 CFM |
| B210 through B218 | 4500 CFM |

e.  The secondary chilled water piping is routed from the pump room to outside air pre-treating fan coils and individual fan coil units located above ceilings on the first and second floors. We observed that the vapor barrier of the fiberglass insulation covering the main chilled water piping headers has failed in several areas allowing sweating to occur behind the insulation and causing the formation of molds. Also, the steel piping in these locations has rust deterioration from sweating. At a number of fan coil unit piping packages, chilled water leaks have apparently occurred due galvanic corrosion caused by the use of steel piping in direct contact with brass and copper fittings. A recommended solution is to remove and replace the 6-inch and 4-inch steel chilled water piping headers and the steel piping in the fittings with type L copper. It is recommended that a closed cell pipe insulation be utilized with a properly applied vapor barrier to prevent pipe sweating. As stated above, non-functioning chilled water control valves at the fan coil units are recommended for replacement. Following replacement, the chilled water piping system is recommended for complete flushing, treatment with a corrosion inhibitor, and purging of air. A water treatment and maintenance program is recommended to include periodic chilled water sampling and purging of air from the piping.

f.  Approximately eight shutdowns per month were experienced in 2002. We were informed that the water chiller has experienced nuisance and chronic shutdowns water. We recommend that the chiller's evaporator be completely flushed during the replacement and flushing of the chilled water piping be performed. The chilled water flow switch should be replaced during the flushing process of the chilled water piping. Damaged chilled water pipe insulation in the chilled yard and outside of the building is recommended for repair and replacement.

g.  In the original design, differential pressure control valves were installed in the chilled water piping on each floor to maintain a minimum pressure in the piping to overcome pressure losses in the piping caused by fan coil units and control valves. We were advised that Brownsville Independent School District maintenance personnel had experienced problems with the pressure settings of the differential pressure control valves. We believe that erratic operation of the variable speed drives at the pump skid is related to calibration problems with the differential pressure control valves and air in the secondary

### DRAFT: FOR REVIEW ONLY
### Privileged – Attorney / Client Work Product

chilled water piping. We recommend that the differential pressure control valves be completely flushed and recalibrated during the flushing process of the chilled water piping. As part of the calibration, we recommend adjusting the differential pressure control valves to maintain a minimum of 10 per cent excess secondary chilled water flow in the decoupler pipe at the pump skid. We observed that one primary chilled water pump seal was leaking or broken and is recommended for replacement.

h. The Cafetorium is provided with two Trane RTUs, each with 30-ton nominal cooling capacity. Based on typical engineering benchmarks, the RTUs are adequately sized. The RTUs are not introducing adequate amounts of outside air as designed. The RTUs are not adequately controlling temperature and relative humidity in these areas. The improper room temperatures and high relative humidity levels are generally due to the thermostats being out of calibration and the cooling coils being heavily covered with dust and debris. To control room temperature and relative humidity, the thermostats need to be properly calibrated and the RTUs staged at thermostats as indicated in the table below. It is recommended that the return air/outside air mixing sections, cooling coils, drain pans, heating coils, and blower sections be cleaned by a commercial duct cleaning contractor. To provide the design amounts of outside air ventilation and conditioned air, the outside air intake dampers need to be opened and the supply air grilles air balanced to the design conditions. A net positive indoor air pressure needs to be provided in the occupied areas.

| Room | RTU Number | RTU design conditioned air / outside air | Thermostat Set point |
|---|---|---|---|
| Cafetorium West | AC-2 | 88000 CFM / 3000 CFM O/A | 74 degrees F |
| Cafetorium East | AC-2 | 8000 CFM / 3000 CFM O/A | 76 degrees F |

**DRAFT FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

## 3.01 Purpose and Scope of Services

**General.** The primary purpose of this Remediation Evaluation Assessment is to observe and document readily visible conditions relating to the mold damaged building components. The secondary purpose of this Remediation Evaluation Assessment is to evaluate the roof, Heating, Ventilation, and Air Conditioning System as contributors to the mold damaged building components. Finally, an assessment of the site drainage at the entrance to Besteiro Middle School was performed to determine drainage characteristics. This work has been performed using that degree of skill and care normally exercised by reputable consultants performing similar work.

**Observation.** This assessment included a site visit along with limited interviews of the school personnel. A review of available construction documents (drawings) provided by the client; and visual observations were performed to determine the general construction of the facility and the, type of design systems their possible contribution to the mold damage.

The observations are performed without removing or damaging components of the existing building systems. Consequently, comprehensive studies to identify, document, and evaluate every existing defect or deficiency was not conducted. In some cases, additional studies may be warranted to fully evaluate concerns noted. In addition, system checks or testing of the equipment's operating condition is beyond the scope of this assessment.

**Report.** This report is intended to provide a general overview of the mold damaged building components and contributing systems (roofing and HVAC) and their general conditions. The recommendations and opinions of cost provided herein are for observed deficiencies based on the understanding that the facility will continue to operate in its present occupancy classification. Certain assumptions have been made regarding conditions and operating performance. If any additional information is encountered concerning the facility, it should be forwarded to EFI for possible re-evaluation of the assumptions, conclusions and recommendations presented herein.

The opinions and recommendations presented are based on our observations, evaluation of the information provided, and limited interviews with school personnel familiar with the property. No calculations have been performed to determine the adequacy of the facility's original design. It is possible that defects and/or deficiencies exist that are not readily accessible or visible. In addition, other problems may develop with time that are not evident at the time of the assessment.

The opinions and recommendations in this report should not be construed in any way to constitute a warranty or guarantee regarding the current or future performance of any system identified.

Reliance on this report in any way by parties other than the Law Office of Miguel A. Saldana is subject to the contractual terms and conditions in effect between Law Office of Miguel A. Saldana and EFI for this project. The observations, findings, and conclusions within this report are based on our professional judgment and information obtained during the course of this assessment.

## 3.02 Report Tense

This report has been prepared in the present tense as it is intended to only describe conditions at the time of the site observations.

## 3.03 Opinion of Cost

The opinion of cost presented is for the materials and building systems affected by the assessment findings. These opinions are based on approximate quantities and values. They do not constitute a

DRAFT FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

warranty that all items, which may require repair or replacement, are included. In addition, the following assumptions were utilized in the development of the Opinion of Cost.

- The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost includes job supervision, job trailer, temporary utilities, small tools etc.

- The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

- The mark-up for Contingency is solely an estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

- Price escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

- The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

- The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

- The estimate is priced using a combination of historical data and RS Means pricing Guides.

- This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

- No costs have been added to address code violations or upgrades to the existing systems.

- The estimate does not include any asbestos abatement cost.

- The estimate does not include any lead based paint abatement cost.

- The estimate does not include any cost/fees for relocation of staff/students.

This opinion should not be interpreted as a bid or offer to perform the work. All costs are stated in present value.

In evaluating the costs presented, it is important to understand that actual costs depend on such factors as design documentation, contractor expertise, existing contractor commitments, seasonal workload, insurance and bonding. These factors may cause wide variations in the actual cost provided by the bidders. In view of these factors and the qualifications provided, the costs presented in this report should be considered "order of magnitude" and used for budgeting purposes only. Preparation of detailed design documentation and obtaining competitive contractor bids is necessary to determine actual costs.

## 3.04 Interviews

The following individuals provided documents, information, or assistance in performance of these services and preparation of this report.

| | |
|---|---|
| *Facilities Director:* | Oscar Tapia |
| *Facilities Coordinator:* | Robert Garcia |
| | Leo Garza |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| | |
|---|---|
| *General Counsel:* | Mike Saldana |
| *Maintenance Administrator:* | Raul Vasquez |
| *Maintenance:* | Kenny Robertson |
| | Gabriel DelGado |
| | Gabriel Alberta |
| | J. P. Villareal |
| | Conrad Ingle |
| *Energy Management:* | Steve Vera |

## 3.05 Documents

The following documents, were utilized in performance of these services and preparation of this report.

### Site Assessment
#### Drawings

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | January 1993 |
| Sheets: | C-1 through C-6, A-1 through A-61, L-1 through L-2 |

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | February 25, 1993 |
| Sheets: | U1-A and U1-B, Addendum No. 5 |

| | |
|---|---|
| Drawings: | Brownsville ISD |
| | New Aiken Elementary School and Additions to Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | November 1994 |
| Sheets: | sheets A-1 through A-47, L-1 through L-2 |

### Mold Assessment
#### Previous Reports/documents Reviewed

| | |
|---|---|
| Document: | Indoor Air Quality Environmental Survey of Bruce Aiken Elementary School, |
| From: | Assured Indoor Air Quality |
| Dated: | November 9, 2001 |
| Subject: | Aiken Elementary School |

| | |
|---|---|
| Document: | Preliminary Mold Investigation Besteiro Middle School/Aiken Elementary School |
| From: | Ambiotec Environmental Inc Consultants. |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

Dated:          May, 2002
Subject:        Besteiro Middle School/Aiken Elementary School

**Roof Assessment**
*Drawings*
Drawings:       Brownsville ISD

                Middle School -Southmost Road (Besteiro MS)
Prepared by:    Carrol, DuSang & Rand, Inc.
Dated:          January 23, 1993
Sheets:         A48, A51, and A61


Drawings:       Brownsville ISD
                New Elementary School (Aiken ES) – Southmost Road and Additions to Raul A.
                Besteiro Jr. Middle School.
Prepared by:    Carrol, DuSang & Rand, Inc.
Dated:          November 22, 1994
Sheets:         A35 and A47


*Previous Reports/Documents Reviewed*
From:           Mr. Sabas Lopez, Wilson Construction
Dated:          August 22, 1995
Subject:        Besteiro Middle School
Document:       Memorandum
Summary:        Wilson Construction (General Contractor) reported that Brownsville ISD has
                reported leaks at Besteiro Middle School during Elementary School construction
                and requested that Sechrist Hall (assumed to be the roof subcontractor) meet at
                site and review conditions.


Document        Memorandum
From:           Mr. Sabas Lopez, Wilson Construction
To:             Mr. Bill McBride, Sechrist Hall
Dated:          October 16, 1995
Subject:        Besteiro Middle School
Summary:        Follow-up to August 22, 1995 memorandum.  Confirmation of October 17, 1995
                meeting at site to review roof conditions at Besteiro Middle School


Document:       Letter
From:           Mr. Sabas Lopez, Wilson Construction
Dated:          October 19, 1995
Subject:        Roof Leaks at Besteiro Middle School
Summary:        Site Visit Report regarding reported leak locations at Besteiro Middle School
                during the Elementary School construction.  Leaks at north stairway and library
                caused by new construction/addition of Elementary School and will be addressed
                at end of construction.   Leaks at Dining Room caused by refrigeration lines
                serving HVAC units and are not related to rain events.


Document:       Letter

**DRAFT FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| | |
|---|---|
| From: | Mr. Jorge L. Mora, Carroll DuSang and Rand |
| Dated: | October 31, 1995 |
| Subject: | Site Visit Report regarding a walk through of the Besteiro Middle School roof |
| Summary | Concrete coping joints at roof parapet are mortared in lieu of sealant. Through-wall flashing installed at base of rise wall at northeast corner of cafetorium and east wall of gymnasium was not installed properly. Contractor was to reinstall wall flashing and seal all joints in the precast concrete coping. |

| | |
|---|---|
| Document: | Memorandum |
| From: | Mr. Raul Vasquez, Besteiro Middle School, and Assistant Principal |
| Dated: | May 1, 1996 |
| Subject: | Roof Leaks |
| Summary: | Identifying leaks at (1) cafeteria entrance, (2) band hall, (3) 1st floor teacher's lounge, and (4) new addition to band hall |

**Mechanical Assessment**
*Drawings*

| | |
|---|---|
| Drawings: | New Facilities For Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | January 1993 |
| Sheets: | M-1 through M-12 |

| | |
|---|---|
| Drawings: | New Aiken Elementary School and Additions to Besteiro Middle School |
| Prepared by: | Carrol, DuSang & Rand, Inc. |
| Dated: | November 1994 |
| Sheets: | M-1 through M-11 |

*Previous Reports/Documents Reviewed*

| | |
|---|---|
| Document: | Letter of Air Conditioning Options |
| From: | Carroll Dusang and Rand Architects |
| Dated: | November 24, 1992 |
| Subject: | Southmost School |

| | |
|---|---|
| Document: | Letter and Report of Air Conditioning Options |
| From: | Coupland-Moran Engineers |
| Dated: | November 9, 1992 |
| Subject: | Aiken Elementary School |

| | |
|---|---|
| Document: | Letter and Report of Air Conditioning Options |
| From: | Coupland-Moran Engineers |
| Dated: | December 2, 1992 |
| Subject: | Southmost School |

| | |
|---|---|
| Document: | FAX-Letter of Air Conditioning Options |
| From: | Carroll Dusang and Rand Architects |
| Dated: | August 25, 1994 |
| Subject: | Aiken Elementary School |

DRAFT FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

| | |
|---|---|
| Document: | Final Submittal and Air Balance Report |
| From: | RBM Engineering |
| Dated: | June 9, 1999 |
| Subject: | Aiken Elementary |

| | |
|---|---|
| Document: | Indoor Air Quality Survey Environmental Survey |
| From: | Assured Indoor Air Quality |
| Dated: | November 9, 2001 |
| Subject: | Aiken Elementary School |

| | |
|---|---|
| Document: | Preliminary Mold Investigation |
| From: | Ambiotec Environmental Consultants |
| Dated: | May, 2002 |
| Subject: | Besteiro Middle School and Aiken Elementary Schools |

| | |
|---|---|
| Document: | Air Balance Report |
| From: | Alamo Controls |
| Dated: | May 27, 1999 |
| Subject: | Aiken Elementary School |

DRAFT FOR REVIEW ONLY
**Privileged – Attorney / Client Work Product**

**APPENDIX**



WING G

AIKEN

WING A

WIN

WING H

O O R



WING A

WING G

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**Appendix B -
Fungal and Biological Results**

Pg 1 of 6

# Chain of Custody Form - COMMERCIAL
Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: LAW OFFICES of Solely  Project / Job No: 98410-65340  Project Name: BISD

Date Sampled: 11/19 — 11/22  Sampled by: CHRIS MURRAY

TURNAROUND TIME: Immediate (3 HR)  Same-day  Next day  3-5 days  (3-14 days (Standard))

Date Submitted for Laboratory analysis: _____  Contact Name and Number  RICK ANDERSON

| Sample No: | Sample Description | 'S / S Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| AO-1 | RM 101 | 75 L | 5 | CALIBRATED (B) |
| AO-2 | RM 106 | 75 L | 5 | (B) |
| AO-3 | RM 111 | 75 L | 5 | (B) |
| T-01 | R112 - BAR STOOL | N/A | 4 | (B) |
| B-01 | RM113 - CEILING TILE | N/A | 2 | (B) |
| AO-4 | RM 112 | 75 L | 5 | (B) |
| AO-5 | RM 124 | 75 L | 5 | (B) |
| AO-6 | AMBIENT | 75 L | 5 | 6:30 PM — 11-19-02 |
| AO-7 | RM 130 | 75 L | 5 | CALIBRATED  11.20-02 (B) |
| AO-8 | LOCKERS AREAS | 75 L | 5 | (B) |
| AO-9 | BAND ROOM | 75 L | 5 | (B) |
| T-02 | REHERSAL HALL | N/A | 4 | PIANO - WOOD  ,B) |

Test Codes  (B) = BESTERIO
(Aerotech / Bulks)  (A) = AIKEN
1. Fungi – culture (Count and Genus ID).       3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).       4. Tape lift Direct Exam. (Genus ID and relative count)

(Air-o-cell / Allergenco)
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| CL | 11/25/02  9:00 AM | Julissa Mills | 11/16/02  1:16 pm |
| Results Released By | Time / Date | Results Received by | Date / Time |
| Pate | 12/4/02  3.21PM | | |

Pg 2 of 6

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____    Project / Job No: 98410- 05340    Project Name: BISD

Date Sampled: 11-19 → 11-22    Sampled by: CHRIS MURPHY

**TURNAROUND TIME: Immediate (3 HR)    Same-day   Next day   3-5 days   (3-14 days (Standard))**

Date Submitted for Laboratory analysis: _____    Contact Name and Number _____

| Sample No: | Sample Description | 15/5 Volume / Min | Test Code | Notes | |
|---|---|---|---|---|---|
| AO-10 | REHERSAL HALL | 75L | 5 | | (B) |
| AO-11 | RM 123 | 75L | 5 | | (B) |
| T-03 | RM 123 | N/A | 4 | STORAGE RM DOOR | (B) |
| AO-12 | RM 117 | 75L | 5 | | (B) |
| T-04 | o/s RM 120 | N/A | 4 | HALLWAY (SE corridor) | (B) |
| AO-13 | PRINCIPAL'S OFFICE | 75L | 5 | | (B) |
| T-05 | PRINCIPAL'S DESK | N/A | 4 | | (B) |
| T-06 | PRINCIPAL'S CHAIR | N/A | 4 | | (B) |
| AO-14 | AMBIENT | 75L | 5 | 11-20-02 - 2:51 · 73°F / 57% / 0.6 CO / 370 CO₂ | |
| AO-15 | AIKEN CAFETERIA | 75L | 5 | | (A) |
| T-07 | AIKEN CAFETERIA | N/A | 4 | CAFETERIA TABLE - UNDER | (A) |
| AO-16 | RM B100 | 75L | 5 | | (A) |

**Test Codes**    (A) = AIKEN
**(Aerotech/ Bulks)**    (B) = BESTEIRO

1. Fungi – culture (Count and Genus ID).    3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).    4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID).

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| ⟨signature⟩ | 11/25/02  9:00 a | ⟨signature⟩ | 11/25/02  1:16 pm |
| **Results Released By** | **Time / Date** | **Results Received by** | **Date / Time** |
| ⟨signature⟩ | 12/4/02  3:21pm | | |

Pg 3 of 6

# Chain of Custody Form - COMMERCIAL
## Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____     Project / Job No: 93416 - 05346     Project Name: BISD _____

Date Sampled: 11/19 → 11/22     Sampled by: CHRIS MORGAN

TURNAROUND TIME: Immediate (3 HR)   Same-day   Next day   3-5 days   3-14 days (Standard)

Date Submitted for Laboratory analysis: _____     Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes |
|---|---|---|---|---|
| A0-17 | RM A101 | 75L | 5 | (A) |
| A0-18 | RM A102 | 75L | 5 | (A) |
| A0-19 | AMBIENT | 75L | 5 | RH: 481  Temp: 66°F   11-20-02 - 6:13pm   CO-0.4  CO2-409 |
| A0-20 | RM B104 | 75L | 5 | Calibrated 11-21-02   (A) |
| A0-21 | ADMIN OFFICE | .75L | 5 | (A) |
| A0-22 | RM B111 | .75L | 5 | (A) |
| A0-23 | RM C101 | 75L | 5 | CEILING PLENUM   (A) |
| T-08 | RM C101 | N/A | 4 | RESTROOM - WINDOW SILL   (A) |
| A0-24 | RM C107 | 75L | 5 | (A) |
| T-09 | CORRIDOR B - PIPE | N/A | 4 | CHILL H2O PIPE   (A) |
| A0-25 | AMBIENT | 75 | 5 | RH:292  Temp: 74°   11-21-02/1:38 PM   CO:0  CO2: 372 |
| T-10 | RM B214 | N/A | 4 | FIRE RATED CEILING |

**Test Codes**   (A) = AIKEN
                 (B) = BESTERZO

(Aerotech / Bulks)
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).

3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

(Air-o-cell / Allergenco)
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| Cl— | 11/25/02  9:00 AM | Glen Mills | 11/25/02  1:16pm |
| **Results Released By** | **Time / Date** | **Results Received by** | **Date / Time** |
| Slate | 12/4/02  3:21pm | | |

DRAFT: FOR REVIEW ONLY
**Privileged – Attorney / Client Work Product**

**Appendix A -
Wing Designation Drawing**

Pg 4 of 6

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____   Project / Job No: 98410 - 05340  Project Name: BISD

Date Sampled: 11|19 → 11|22   Sampled by: CHRES MULLAY

**TURNAROUND TIME: Immediate (3 HR)  Same-day  Next day  3-5 days  3-14 days (Standard)**

Date Submitted for Laboratory analysis: _____   Contact Name and Number _____

| Sample No. | Sample Description | Volume / Min | Test Code | | Notes | |
|---|---|---|---|---|---|---|
| AO-26 | B211 | 75 L | 5 | | | (A) |
| AO-27 | B 217 | 75 L | 5 | | | (A) |
| AO-28 | RM B206 | 75 L | 5 | | | (A) |
| AO-29 | RM B201 | 75 L | 5 | | | (A) |
| AO-30 | RM 226 | 75 L | 5 | | | (B) |
| AO-31 | RM 219 | 75 L | 5 | | | (B) |
| AO-32 | RM 215 | 75 L | 5 | | | (B) |
| AO-33 | AMBIENT | 75 L | 5 | 11-21-02 / 7:02 PM | 68°F / RH=43% / CO: 0.4 | CO2= 445 |
| AO-34 | AMBIENT | 75 L | 5 | 11-22-02 / 8:13AM | 64°F / RH= 47% / CO-1.4 / CO2 = 412 | |
| AO-35 | RM 210 | 75 L | 5 | CALIBRATED | | (B) |
| AO-36 | RM 204 | 75 L | 5 | | | (B) |
| AO-37 | East central corridor | 75 L | 5 | LEVEL 2 | | (B) |

**Test Codes**   (A) = AIKEN
(B) = BESTERFO

(Aerotech/ Bulks)
1. Fungi – culture (Count and Genus ID).   3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).   4. Tape lift Direct Exam.  (Genus ID and relative count)

(Air-o-cell / Allergenco)
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | Samples Received by | Date / Time |
|---|---|---|---|
| Cl~ | 11/25/02  9:00am | Allison Mills | 11/25/02  1:16pm |
| **Results Released By** | **Time / Date** | **Results Received by** | **Date / Time** |
| Atob | 12/4/02  3:22pm | | |

pg 5 or 6

## Chain of Custody Form - COMMERCIAL
Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____   Project / Job No: 98410-05340   Project Name: BISD

Date Sampled: 11/19 → N/2L   Sampled by: CHRIS MURPHY

**TURNAROUND TIME: Immediate (3 HR)   Same-day   Next day   3-5 days   3-14 days (Standard)**

Date Submitted for Laboratory analysis: _____   Contact Name and Number _____

| Sample No: | Sample Description | Volume / Min | Test Code | Notes | |
|---|---|---|---|---|---|
| AO-38 | RM 231 | 75 L | 5 | | (B) |
| AO-39 | RM 236 | 75 L | 5 | | (B) |
| AO-40 | AMBIENT | 75 L | 5 | 11-22-02 TEMP: 75° CO-0.1 11:01 AM RH: 35% COL-422 | (B) |
| A6-1 | AMBIENT | 141 L | 1 | ↓ ME - CALIBRATED | |
| A6-2 | BESTEIRO LOBBY | 84.9 L | 1 | ENTRANCE ME | (B) |
| A6-3 | RM 102 | 84.9 L | 1 | 75°/49% ME | (B) |
| A6-4 | BESTEIRO CAFETERIA | 84.9 L | 1 | 73°/46% ME | (B) |
| A6-5 | RM 228 | 84.9 L | 1 | 75°/41% ME | (B) |
| A6-6 | RM 220 | 84.9 L | 1 | TEMP 74° RH 46% ME | (B) |
| A6-7 | RM A108 | 84.9 L | 1 | 72° 49% ME | (A) |
| A6-8 | AIKEN LOBBY | 84.9 L | 1 | 71° 44% ME | (A) |
| A6-9 | RM C108 | 84.9 L | 1 | 69° 43% ME | (A) |

**Test Codes**   (A) = AIKEN   (B) = BESTEIRO

**(Aerotech/ Bulks)**
1. Fungi – culture (Count and Genus ID).   3. Swab – (Culture Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).   4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | | Samples Received by | Date / Time | |
|---|---|---|---|---|---|
| CL | 11/25/02 | 9:00 AM | Allan Miller | 11/26/02 | 1:16 pm |
| **Results Released By** | **Time / Date** | | **Results Received by** | **Date / Time** | |
| Sales | 12/4/02 | 3:22pm | | | |

Pg 6 of 6

# Chain of Custody Form - COMMERCIAL
### Technical Support Services
2218 Northpark Drive, Kingwood, TX 77339

Client Name: _____    Project / Job No: 98410-05340  Project Name: BISD

Date Sampled: 11|19-7 11|22    Sampled by: Chris Murray

**TURNAROUND TIME:** Immediate (3 HR)  Same-day  Next day  3-5 days  3-14 days (Standard)

Date Submitted for Laboratory analysis: _____    Contact Name and Number _____

| Sample No. | Sample Description | Volume / Min | Test Code | Notes | |
|---|---|---|---|---|---|
| A6-10 | Rm B206 | 84.9 L | 1 | 71° / 43% | (A) |
| A6-11 | Rm B216 | 84.9 L | .1 | 70° / 45% | (A) |
| T-11 | Rm B211 | N/A | 4 | Inside wall cavity South Wall | (A) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Test Codes**   (A) = Aikew
              (B) = Bestestcu

**(Aerotech / Bulks)**
1. Fungi – culture (Count and Genus ID).
2. Bulk sample – (Culture and Genus ID).

3. Swab – (Culture Count and Genus ID).
4. Tape lift Direct Exam. (Genus ID and relative count)

**(Air-o-cell / Allergenco)**
5. Fungi (Count and Genus ID)

| Samples Released By | Time / Date | | Samples Received by | Date / Time | |
|---|---|---|---|---|---|
| Cl | 11/25/02 | 9:00 am | Alvin Mills | 11/25/02 | 1:16 pm |
| Results Released By | Time / Date | | Results Received by | Date / Time | |
| Pate | 12/4/02 | 3.23 pm | | | |

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing**
**(EMPAT) Program.  Laboratory ID # 163092**

| | | | |
|---|---|---|---|
| Client: EFI | Project Name:  BISD | | Project No:  98410-05840 |
| Date Sampled: 11/19 ~ 11/22 | Name of Sampler:  CHRIS MURRAY | | |
| Test Method: Aerotech 6 / Malt Extract Agar | | | |

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 12/04/02 |
|---|---|

Lab Job Number: 1197          Lab Test Method: Culturable/ Genus ID and Colony Count

| Sample ID: | A61 | A62 | A63 | A64 |
|---|---|---|---|---|
| Location: | Ambient | BESTEIRO LOBBY | RM 102 | BESTEIRO CAFETERIA |
| Total Volume Air: | 141.5L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | | |
| Arthrinium | | | | |
| Aspergillus sp. | 28 | | | 24 |
| Aspergillus niger | | | | 12 |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | 12 | 35 | |
| Chaetomium | | | | |
| Cladosporium | 276 | 141 | 71 | 82 |
| Coprinus | | | | |
| Curvularia | | 12 | | |
| Drechslera/Bipolaris Group | | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | 28 | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | 128 | 24 | | 59 |
| Phoma sp. | | | | |
| Scopulariopsis | | | | |
| Sporothrix sp. | | 12 | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 64 | 12 | 59 | 12 |
| Unidentified | | | | |
| Total CFU/ m³ | 524 | 213 | 165 | 189 |

Analyst: _Gates_  Lab Supervisor: _Gates_  Date/Time _12/4/02 3·19pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program.  Laboratory ID # 163092**

Client: EFI                    Project Name: BISD                    Project No: 98410-05840

Date Sampled: 11/19 ~ 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Aerotech 6 / Malt Extract Agar

Date Received for Laboratory analysis: 11/25/02          Date Completed: 12/04/02

Lab Job Number: 1197          Lab Test Method: Culturable/ Genus ID and Colony Count

| Sample ID: | A65 | A66 | A67 | A68 |
|---|---|---|---|---|
| Location: | RM 228 | RM 220 | RM A108 | AIKEN LOBBY |
| Total Volume Air: | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | 47 | |
| Arthrinium | | | | |
| Aspergillus sp. | | | | |
| *Aspergillus niger* | | | | |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | | | |
| Chaetomium | | | | |
| Cladosporium | 35 | | 24 | 12 |
| Coprinus | | | | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | |
| *Epicoccum purpurascens* | | | | |
| Fusarium | 24 | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | | | 12 | 12 |
| Phoma sp. | | | 188 | |
| Scopulariopsis | | | | |
| Sprothrix sp. | | | 12 | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 35 | 35 | | |
| Unidentified | | | | |
| Total CFU/ m³ | 94 | 35 | 283 | 24 |

Analyst: _Bates_    Lab Supervisor: _Bates_    Date/Time 12/4/02 3:19pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

Client: EFI                Project Name: BISD                Project No: 98410-05840

Date Sampled: 11/19 ~ 11/22        Name of Sampler: CHRIS MURRAY

Test Method: Aerotech 6 / Malt Extract Agar

Date Received for Laboratory analysis: 11/25/02            Date Completed: 12/04/02

Lab Job Number: 1197            Lab Test Method: Culturable/ Genus ID and Colony Count

| Sample ID: | A69 | A610 | A611 | A64 |
|---|---|---|---|---|
| Location: | RM C108 | RM B206 | RM B211 | |
| Total Volume Air: | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) | 84.9L (CFU/m³) |
| Alternaria | | | | |
| Arthrinium | | | | |
| Aspergillus sp. | | | 12 | |
| Aspergillus niger | | | | |
| Aureobasidium | | | | |
| Botrytis | | | | |
| Chrysosporium | | 12 | 12 | |
| Chaetomium | | | | |
| Cladosporium | 24 | 59 | 200 | |
| Coprinus | | | | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium sp. | 82 | 12 | | |
| Phoma sp. | | | | |
| Scopulariopsis | | 24 | | |
| Sporothrix | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Non Sporulating Fungi | 24 | | 71 | |
| Unidentified | | | | |
| Total CFU/ m³ | 130 | 107 | 295 | |

Analyst: _____    Lab Supervisor: _____    Date/Time: 12/4/02 3.19pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22     Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/27/02 |
|---|---|

Lab Job Number: 1197          Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-1 | A0-2 | A0-3 | A0-4 |
|---|---|---|---|---|
| Location: | RM 101 | RM 106 | RM 111 | RM 112 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | 53 | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 160 | 267 | 373 | 160 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | 107 |
| *Epicoccum purpurascens* | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicilium/Aspergillus | 160 | 213 | 267 | 3466 |
| Scopulariopsis | 160 | 107 | | 6132 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | | 107 |
| Basidiospores | | | 107 | 267 |
| Hyphal Fragments | 213 | | 53 | 53 |
| Unidentified | | | | |
| Total spores/m³ | 799 | 587 | 800 | 10292 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Slate for R Yap_   Lab Supervisor: _Slate_   Date/Time _12/2/02 1·24pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22     Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/27/02 |
|---|---|

Lab Job Number: 1197          Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-5 | A0-6 | A0-7 | A0-8 |
|---|---|---|---|---|
| Location: | RM 124 | AMBIENT | RM 130 | LOCKERS AREAS |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | 213 | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | | 533 | 53 | |
| Curvularia | | 53 | | |
| Drechslera/Bipolaris Group | | 107 | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | 107 | | |
| Nigrospora | | 53 | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | 373 | 160 | 53 |
| Scopulariopsis | 107 | | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | 53 | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 320 | | 53 |
| Basidiospores | 160 | 960 | | 107 |
| Hyphal Fragments | | 267 | | |
| Unidentified | | 1 | | |
| Total spores/m³ | 267 | 3042 | 213 | 213 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Pato for R Kapil_ Lab Supervisor: _Pato_    Date/Time _12|2|02  1·25pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing**
**(EMPAT) Program. Laboratory ID # 163092**

Client: **EFI**                    Project Name: **BISD**                    Project No: **98410-05840**

Date Sampled: **11/19 ~ 11/22**        Name of Sampler: **CHRIS MURRAY**

Test Method: **Air-o-cell**

Date Received for Laboratory analysis: **11/25/02**                    Date Completed: **11/27/02**

Lab Job Number: **1197**            Lab Test Method: **Non Culturable Genus ID and Count light microscopy**

| Sample ID: | A0-9 | A0-10 | A0-11 | A0-12 |
|---|---|---|---|---|
| Location: | BAND ROOM | REHERSAL HALL | RM 123 | RM 117 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | 53 | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 213 | | 1013 | |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 107 | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 53 | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 2400 | 11,517 | 9224 | 3999 |
| Scopulariopsis | 53 | 26,180 | 12,477 | 267 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Hyphal Fragments | 267 | 53 | 53 | |
| Unidentified | | | | |
| Total spores/m³ | 3146 | 37,750 | 22,767 | 4266 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _BRoach_    Lab Supervisor: _Sales_    Date/Time _12/2/02 1:27pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/27/02 |
|---|---|

Lab Job Number: 1197    Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-13 | A0-14 | A0-15 | A0-16 |
|---|---|---|---|---|
| Location: | PRINCIPAL'S OFFICE | AMBIENT | AIKEN CAFETERIA | RM B100 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 320 | 1606 | | |
| Curvularia | | 160 | | |
| Drechslera/Bipolaris Group | | 373 | | |
| Epicoccum purpurascens | | 53 | | |
| Fusarium | | 160 | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | 53 | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 4852 | 427 | 213 | 267 |
| Scopulariopsis | 14,183 | 213 | 1333 | 960 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 213 | | |
| Basidiospores | | 267 | | |
| Hyphal Fragments | | 373 | | |
| Unidentified | | | | |
| Total spores/m³ | 19,355 | 3898 | 1546 | 1227 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _BRoach_    Lab Supervisor: _Slater_    Date/Time _12|2|02 1·23pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

**Client:** EFI  **Project Name:** BISD  **Project No:** 98410-05840

**Date Sampled:** 11/19 ~ 11/22  **Name of Sampler:** CHRIS MURRAY

**Test Method:** Air-o-cell

**Date Received for Laboratory analysis:** 11/25/02  **Date Completed:** 11/26/02

**Lab Job Number:** 1197  **Lab Test Method: Non Culturable Genus ID and Count light microscopy**

| Sample ID: | A0-17 | A0-18 | A0-19 | A0-20 |
|---|---|---|---|---|
| Location: | RM A101 | RM A102 | AMBIENT | RM B104 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | | 160 | 853 | 267 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | 53 | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | 160 | 53 |
| Nigrospora | 53 | | 160 | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 3679 | 1066 | 213 | 267 |
| Scopulariopsis | 906 | 587 | | |
| Stachybotrys | | | | |
| Tetraploa | | | 53 | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 107 | | 160 | 53 |
| Basidiospores | 107 | | 213 | 107 |
| Hyphal Fragments | | 107 | | |
| Unidentified | | | | |
| Total spores/m³ | 4852 | 1813 | 1972 | 747 |
| Debris Rating | 2 | 1 | 3 | 4 |

Analyst: _Sley, Mills_  Lab Supervisor: _Gates_  Date/Time _12/2/02 1·28pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing**
**(EMPAT) Program.  Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | | Project No: 98410-05840 |
|---|---|---|---|

Date Sampled: 11/19 ~ 11/22        Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | | | Date Completed: 11/26/02 |
|---|---|---|---|

Lab Job Number: 1197        Lab Test Method:  Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-21 | A0-22 | A0-23 | A0-24 |
|---|---|---|---|---|
| Location: | ADMIN OFFICE | RM B111 | RM C101 | RM C107 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | 53 | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 107 | 53 | 427 | 693 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 53 | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | | |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 160 | 427 | 267 | 2346 |
| Scopulariopsis | | | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | 160 |
| Hyphal Fragments | | | | |
| Unidentified | | | | |
| Total spores/m³ | 372 | 480 | 694 | 3199 |
| Debris Rating | 1 | 1 | 2 | 2 |

Analyst: _Dilip Nitb_  Lab Supervisor: _Potco_        Date/Time _11/27ᵗʰ/02 1·28pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing**
**(EMPAT) Program.  Laboratory ID # 163092**

Client: EFI          Project Name: BISD          Project No: 98410-05840

Date Sampled: 11/19 ~ 11/22          Name of Sampler:  CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02          Date Completed: 11/26/02

Lab Job Number: 1197          Lab Test Method:  Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-25 | A0-26 | A0-27 | A0-28 |
|---|---|---|---|---|
| Location: | AMBIENT | B211 | B217 | RM B206 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 693 | | 107 | |
| Curvularia | | 53 | | |
| Drechslera/Bipolaris Group | 107 | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 160 | 53 | | |
| Nigrospora | 53 | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 53 | 107 | | 53 |
| Scopulariopsis | | 53 | | 160 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | | |
| Basidiospores | 107 | 53 | | |
| Hyphal Fragments | 160 | | 53 | 53 |
| Unidentified | 1 | | | |
| Total spores/m³ | 1387 | 319 | 160 | 266 |
| Debris Rating | 1 | 1 | 1 | 1 |

Analyst: _Al Caram_    Lab Supervisor: _Pate A_      Date/Time _12 2 02  1.23 pm_

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

**Client: EFI**            **Project Name: BISD**            **Project No: 98410-05840**

**Date Sampled: 11/19 ~ 11/22**    **Name of Sampler: CHRIS MURRAY**

**Test Method: Air-o-cell**

**Date Received for Laboratory analysis: 11/25/02**        **Date Completed: 11/26/02**

**Lab Job Number: 1197**            **Lab Test Method: Non Culturable Genus ID and Count light microscopy**

| Sample ID: | A0-29 | A0-30 | A0-31 | A0-32 |
|---|---|---|---|---|
| Location: | RM B201 | RM 226 | RM 219 | RM 215 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | 53 | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 53 | 53 | 213 | 53 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | 53 | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | 53 | 53 | |
| Nigrospora | | | 53 | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | 53 | 213 | 107 |
| Scopulariopsis | | | 53 | 160 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 53 | | 53 | |
| Basidiospores | | | 53 | 53 |
| Hyphal Fragments | | | 267 | 53 |
| Unidentified | | | 2 | |
| Total spores/m³ | 106 | 159 | 1066 | 426 |
| Debris Rating | 1 | 1 | 4 | 1 |

Analyst: _[signature]_    Lab Supervisor: _[signature]_    Date/Time 2/12/02 1:28pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | | Project No: 98410-05840 |
|---|---|---|---|

Date Sampled: 11/19 ~ 11/22    Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

Date Received for Laboratory analysis: 11/25/02    Date Completed: 11/26/02

Lab Job Number: 1197    Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-33 | A0-34 | A0-35 | A0-36 |
|---|---|---|---|---|
| Location: | AMBIENT | AMBIENT | RM 210 | RM 204 |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | X | |
| Alternaria | | 53 | | |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | 53 | | | |
| Cladosporium | 533 | 746 | | 53 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | 53 | | | |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | 53 | | | |
| Nigrospora | 53 | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | 267 | 53 | | |
| Scopulariopsis | | | | 53 |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | 213 | 53 | | |
| Basidiospores | 53 | 53 | | 53 |
| Hyphal Fragments | 53 | | | |
| Unidentified | | | | |
| Total spores/m³ | 1331 | 958 | N/A | 159 |
| Debris Rating | 2 | 2 | 1 | 1 |

Analyst: _____    Lab Supervisor: _____    Date/Time 12|2|02 1:28 pm

**Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**

**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical Testing (EMPAT) Program. Laboratory ID # 163092**

| Client: EFI | Project Name: BISD | Project No: 98410-05840 |
|---|---|---|

Date Sampled: 11/19 ~ 11/22     Name of Sampler: CHRIS MURRAY

Test Method: Air-o-cell

| Date Received for Laboratory analysis: 11/25/02 | Date Completed: 11/26/02 |
|---|---|

Lab Job Number: 1197          Lab Test Method: Non Culturable Genus ID and Count light microscopy

| Sample ID: | A0-37 | A0-38 | A0-39 | A0-40 |
|---|---|---|---|---|
| Location: | EAST CENTRAL CORRIDOR | RM 231 | RM 236 | AMBIENT |
| Total Volume Air: | 75 L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) | 75L (spores/m³) |
| No Fungal Spores Detected | | | | |
| Alternaria | | | | 53 |
| Aureobasidium | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | 53 | 267 | 160 | 1066 |
| Curvularia | | | | |
| Drechslera/Bipolaris Group | | | | 106 |
| Epicoccum purpurascens | | | | |
| Fusarium | | | | |
| Myxomycetes/Rust/Smut | | | 53 | 53 |
| Nigrospora | | | | |
| Paecilomyces | | | | |
| Penicillium/Aspergillus | | | 53 | |
| Scopulariopsis | | 53 | | |
| Stachybotrys | | | | |
| Tetraploa | | | | |
| Torula | | | | |
| Ulocladium/Stemphylium | | | | |
| Ascospores | | 53 | | 267 |
| Basidiospores | | | | |
| Hyphal Fragments | | 53 | | 53 |
| Unidentified | | | | |
| Total spores/m³ | 53 | 426 | 266 | 1598 |
| Debris Rating | 1 | 1 | 1 | 2 |

Analyst: _____   Lab Supervisor: _____   Date/Time 12/2/02 1·28pm

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical**
**Testing (EMPAT) Program. Laboratory ID # 163092**

Client: **EFI**                Project Name: **BISD**                Project No: **98410-05840**

Date Sampled: **11/19 ~ 11/22**        Name of Sampler: **CHRIS MURRAY**

Test Method: **Bulk / Direct Exam / Tape Lift**

Date Received for Laboratory analysis: **11/25/02**            Date Completed: **11/25/02**

Lab Job Number: **1197**            Lab Test Method: **Cultrable/ Genus ID**

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc |
|---|---|---|---|---|
| B-01 | | RM113 – CEILING TILE | Cladosporium | Loaded |

Analyst: _____  Lab Supervisor: _____  Date/Time 12/2/02 11·35am

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical**
**Testing (EMPAT) Program. Laboratory ID # 163092**

Client: **EFI**          Project Name: **BISD**          Project No: **98410-05840**

Date Sampled: **11/19 ~ 11/22**          Name of Sampler: **CHRIS MURRAY**

Test Method: **Tape lift**

Date Received for Laboratory analysis: **11/25/02**          Date Completed: **11/25/02**

Lab Job Number: **1197**          Lab Test Method: **Non viable Genus ID**

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc. |
|---|---|---|---|---|
| T-01 | | R112 – BAR STOOL | Chaetomium<br>Nigrospora<br>Penicillium sp.<br>Scopulariopsis | Few<br>Few<br>Loaded<br>Many |
| T-02 | | REHERSAL HALL | Cladosporium<br>Penicillium<br>Scopulariopsis | Few<br>Loaded<br>Many |
| T-03 | | RM 123 | Aureobasidium<br>Cladosporium | Few<br>Many |
| T-04 | | O/S RM 120 | Chaetomium<br>Penicillium sp.<br>Scopulariopsis | Few<br>Loaded<br>Loaded |
| T-05 | | PRINCIPAL'S DESK | Penicillium sp.<br>Scopulariopsis | Loaded<br>Loaded |
| T-O6 | | PRINCIPAL'S CHAIR | Aspergillus sp.<br>Cladosporium<br>Scopulariopsis | Loaded<br>Many<br>Loaded |
| T-07 | | AIKEN CAFETERIA | Aspergillus sp.<br>Penicillium sp. | Loaded<br>Loaded |

Analyst: _____  Lab Supervisor: _____  Date/Time _12/2/02_ _11·35am_

**EFI- Technical Support Services**
**Dept of Microbiology**
**2218 Northpark Dr, Kingwood, TX, 77339**
**Tel: 281 312 3136**
**EFI-TSS Microbiology Laboratory is a participant in the AIHA Environmental Microbiology Analytical**
**Testing (EMPAT) Program.  Laboratory ID # 163092**

| | | |
|---|---|---|
| Client:  EFI | Project Name:  BISD | Project No:  98410-05840 |
| Date Sampled:  11/19 ~ 11/22 | Name of Sampler:  CHRIS MURRAY | |
| Test Method: Tape lift | | |

Date Received for Laboratory analysis:  11/25/02          Date Completed: 11/25/02

Lab Job Number:  1197          Lab Test Method:  Non viable Genus ID

| Sample No: | Volume (Liters) | Sample Description | Genus Identification | Relative Conc. |
|---|---|---|---|---|
| T-08 | | RM C101 | Aspergillus sp.<br>Cladosporium | Loaded<br>Loaded |
| T-09 | | CORRIDOR B – PIPE | Stachybotrys | Loaded |
| T-10 | | RM B214 | Dreschlera sp. | Loaded |
| T-11 | | RM B211 | Nigrospora<br>Phoma sp. | Loaded |

Analyst: _____  Lab Supervisor: _____          Date/Time 12/2/02 11-36am

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**Appendix C –**
**Temperature, Relative Humidity, Carbon Monoxide and Dioxide Results**