**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

### APPENDIX C
### BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| **Date Sampled: 11/19/02-11/22/02** | | | | |
| 213 | 72°F | 43% | 0 ppm | 426 ppm |
| 217 | 72°F | 40% | 0 ppm | 470 ppm |
| S & SE Corridor and Restrooms | 71°F | 41% | 0 ppm | 450 ppm |
| SW Teacher's Lounge | 70°F | 42% | 0 ppm | 415 ppm |
| 214 | 72°F | 41% | 0 ppm | 390 ppm |
| SW Custodian Room | 73°F | 40% | 0 ppm | 434 ppm |
| 215 | 73°F | 39% | 0 ppm | 426 ppm |
| 216 | 72°F | 40% | 0 ppm | 387 ppm |
| 218 | 73°F | 40% | 0.2 ppm | 402 ppm |
| 219 | 73°F | 40% | 0 ppm | 395 ppm |
| 221 | 72°F | 44% | 0 ppm | 380 ppm |
| 220 | 72°F | 42% | 0 ppm | 392 ppm |
| 222 | 71°F | 43% | 0.2 ppm | 416 ppm |
| 223 | 72°F | 38% | 0 ppm | 484 ppm |
| 225 | 71°F | 45% | 0 ppm | 385 ppm |
| 224 | 71°F | 36% | 0 ppm | 411 ppm |
| 226 | 71°F | 45% | 0 ppm | 394 ppm |
| 227 | 74°F | 45% | 0.1 ppm | 400 ppm |
| Cafeteria | 72°F | 55% | 0.3 ppm | 371 ppm |
| Corridor B | 73°F | 54% | 0.7 ppm | 402 ppm |
| 115 | 73°F | 54% | 0 ppm | 385 ppm |
| 116 | 73°F | 54% | 0 ppm | 392 ppm |
| Security Office | 74°F | 55% | 0 ppm | 479 ppm |
| Office | 73°F | 64% | 0.1 ppm | 397 ppm |
| Counseling Office | 71°F | 58% | 0.1 ppm | 460 ppm |
| Corridor C | 72°F | 59% | 0 ppm | 434 ppm |
| 117 | 72°F | 58% | 0.1 ppm | 422 ppm |
| 118A | 72°F | 60% | 0 ppm | 427 ppm |
| 118B | 71°F | 61% | 0 ppm | 438 ppm |
| Rehersal Hall | 71°F | 69% | 0.4 ppm | 377 ppm |

| | |
|---|---|
| **ASHRAE Referenced Maximum Exposure Limits (CO2):** | 1000 ppm |
| **ACGIH Threshold Limit Value:** | 5000 ppm |
| **OSHA Permissible Exposure Limit:** | 5000 ppm |
| **ASHRAE Referenced Maximum Exposure Limits (CO):** | 9 ppm |
| **ACGIH Threshold Limit Value:** | 25 ppm |
| **OSHA Permissible Exposure Limit:** | 35 ppm |
| **Recommended temperature range for comfort (ASHRAE):** **Winter** | 73 to 80°F Summer; 68 to 76°F |
| **Recommended humidity range for comfort (ASHRAE): 30 to 60%** | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX C**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| Date Sampled: 11/19/02-11/22/02 | | | | |
| Band Corridor | 71°F | 56% | 0.3 ppm | 421 ppm |
| Band Wing | 74°F | 53% | 0.7 ppm | 422 ppm |
| Gym/Locker Rooms | 74°F | 62% | 0.6 ppm | 408 ppm |
| Corridor A | 72°F | 56% | 1.1 ppm | 437 ppm |
| Lockers Area/ Central Corridor | 72°F | 59% | 1.0 ppm | 423 ppm |
| Storage room # 1 & 2 | 73°F | 54% | 1.2 ppm | 479 ppm |
| Restrooms 2 & 3 | 72°F | 55% | 1.0 ppm | 520 ppm |
| Restroom 1 | 73°F | 57% | 1.1 ppm | 490 ppm |
| North wing | 72°F | 56% | 1.0 ppm | 419 ppm |
| 130 | 71°F | 62% | 1.7 ppm | 483 ppm |
| 129 | 72°F | 54% | 0.0 ppm | 423 ppm |
| 127 | 73°F | 53% | 0.2 ppm | 394 ppm |
| 126 & 128 | 75°F | 54% | 0.3 ppm | 479 ppm |
| 125 | 72°F | 56% | 0.1 ppm | 411 ppm |
| 124 | 71°F | 61% | 0.1 ppm | 398 ppm |
| 115 | 69°F | 52% | 0.3 ppm | 388 ppm |
| 114 | 69°F | 59% | 0.1 ppm | 429 ppm |
| 113 | 68°F | 61% | 0.1 ppm | 411 ppm |
| 112 | 67°F | 60% | 0.1 ppm | 408 ppm |
| 111 | 71°F | 55% | 0.2 ppm | 472 ppm |
| 110 | 73°F | 56% | 0.3 ppm | 391 ppm |
| 109 | 73°F | 54% | 0.5 ppm | 386 ppm |
| 108 | 74°F | 52% | 0.7 ppm | 388 ppm |
| 107 | 75°F | 52% | 1.0 ppm | 396 ppm |
| 106 | 74°F | 53% | 2.5 ppm | 389 ppm |
| 105 | 72°F | 56% | 1.7 ppm | 389 ppm |
| 104 | 69°F | 69% | 1.0 ppm | 392 ppm |
| 103 | 75°F | 51% | 1.9 ppm | 401 ppm |
| 102 | 73°F | 48% | 1.4 ppm | 404 ppm |
| 101 | 73°F | 53% | 1.2 ppm | 393 ppm |
| 120 | 70°F | 60% | 0.0 ppm | 409 ppm |

| | |
|---|---|
| **ASHRAE Referenced Maximum Exposure Limits (CO2):** | 1000 ppm |
| **ACGIH Threshold Limit Value:** | 5000 ppm |
| **OSHA Permissible Exposure Limit:** | 5000 ppm |
| **ASHRAE Referenced Maximum Exposure Limits (CO):** | 9 ppm |
| **ACGIH Threshold Limit Value:** | 25 ppm |
| **OSHA Permissible Exposure Limit:** | 35 ppm |
| **Recommended temperature range for comfort (ASHRAE):** Winter | 73 to 80°F Summer; 68 to 76°F |
| **Recommended humidity range for comfort (ASHRAE): 30 to 60%** | |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| APPENDIX C |
|---|
| BESTEIRO MIDDLE SCHOOL |
| BROWNSVILLE, TEXAS |

Air Sample Results

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| Date Sampled: 11/19/02-11/22/02 | | | | |
| 121 | 71°F | 60% | 0.1 ppm | 421 ppm |
| 119 | 70°F | 62% | 0.0 ppm | 430 ppm |
| 122 | 71°F | 58% | 0.0 ppm | 462 ppm |
| Nurse Office | 71°F | 58% | 0.0 ppm | 440 ppm |
| 123 | 72°F | 66% | 0.0 ppm | 451 ppm |
| Teacher's Lounge | 72°F | 56% | 0.1 ppm | 411 ppm |
| Fl.2 Corridor | 72°F | 41% | 1.2 ppm | 432 ppm |
| 236 | 72°F | 43% | 1.3 ppm | 419 ppm |
| 235 | 71°F | 43% | 1.2 ppm | 429 ppm |
| 233 | 71°F | 43% | 1.4 ppm | 405 ppm |
| 234 | 72°F | 42% | 1.4 ppm | 411 ppm |
| 232 | 72°F | 43% | 1.3 ppm | 435 ppm |
| 231 | 71°F | 42% | 1.4 ppm | 404 ppm |
| 230 | 72°F | 42% | 1.3 ppm | 441 ppm |
| 229 | 72°F | 43% | 1.8 ppm | 438 ppm |
| 228 | 72°F | 43% | 2.1 ppm | 429 ppm |
| E.Central Corridor | 72°F | 42% | 2.2 ppm | 397 ppm |
| 201 | 71°F | 43% | 2.4 ppm | 405 ppm |
| 202 | 73°F | 43% | 2.4 ppm | 400 ppm |
| 203 | 73°F | 44% | 2.5 ppm | 426 ppm |
| 204 | 71°F | 43% | 2.4 ppm | 413 ppm |
| 205 | 71°F | 43% | 2.4 ppm | 399 ppm |
| 206 | 73°F | 43% | 2.7 ppm | 445 ppm |
| 207 | 72°F | 45% | 2.8 ppm | 414 ppm |
| 208 | 71°F | 46% | 2.6 ppm | 442 ppm |
| 209 | 72°F | 46% | 2.2 ppm | 788 ppm |
| 210 | 69°F | 44% | 1.5 ppm | 442 ppm |
| 211 | 69°F | 49% | 2.0 ppm | 401 ppm |
| 212 | 69°F | 50% | 2.0 ppm | 415 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX C**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**Air Sample Results**

| LOCATION | Temperature (Degrees F) | Relative Humidity (%) | Carbon Monoxide (ppm) | Carbon Dioxide (ppm) |
|---|---|---|---|---|
| **Date Sampled: 11/19/02-11/22/02** | | | | |
| B214 | 68°F | 39% | 0 ppm | 398 ppm |
| B216 | 69°F | 40% | 0 ppm | 407 ppm |
| North & South Stairwells | | | | |
| North Corridor & Restrooms - Fl 2 | 73°F | 39% | 0 ppm | 438 ppm |
| B201 | 73°F | 36% | 0 ppm | 435 ppm |
| B202 | 73°F | 33% | 0.1 ppm | 408 ppm |
| B203 | 73°F | 39% | 0 ppm | 381 ppm |
| B205 | 73°F | 39% | 0 ppm | 383 ppm |
| B207 | 73°F | 38% | 0 ppm | 413 ppm |
| B204 | 73°F | 33% | 0 ppm | 426 ppm |
| B206 | 72°F | 34% | 0 ppm | 402 ppm |
| B209 | 72°F | 37% | 0 ppm | 398 ppm |
| B208 | 70°F | 36% | 0 ppm | 390 ppm |
| Fl. 2 Lobby & Asst. Principal's Office | 71°F | 38% | 0 ppm | 402 ppm |
| South Corridor & Restrooms Fl. 2 | 69°F | 41% | 0 ppm | 426 ppm |
| B218 | 69°F | 37% | 0.1 ppm | 406 ppm |
| B217 | 72°F | 34% | 0 ppm | 383 ppm |
| B212 | 72°F | 36% | 0.1 ppm | 394 ppm |
| B215 | 72°F | 39% | 0.2 ppm | 382 ppm |
| B213 | 71°F | 43% | 0.2 ppm | 391 ppm |
| B210 | 71°F | 41% | 0 ppm | 442 ppm |
| B211 | 73°F | 41% | 0 ppm | 436 ppm |
| Corridor B (North) Fl. 1 | 70°F | 44% | 0 ppm | 388 ppm |
| Corridor B & C (South) Fl. 1 | 69°F | 39% | 0 ppm | 480 ppm |
| C108 | 70°F | 39% | 0 ppm | 452 ppm |
| C107 | 70°F | 40% | 0 ppm | 455 ppm |
| C105 | 71°F | 38% | 0 ppm | 463 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE): Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| APPENDIX C<br>AIKEN ELEMENTARY SCHOOL<br>BROWNSVILLE, TEXAS<br><br>Air Sample Results | | | | |
|---|---|---|---|---|
| **LOCATION** | **Temperature<br>(Degrees F)** | **Relative<br>Humidity<br>(%)** | **Carbon<br>Monoxide<br>(ppm)** | **Carbon<br>Dioxide (ppm)** |
| **Date Sampled: 11/19/02-11/22/02** | | | | |
| C106 | 66°F | 42% | 0 ppm | 420 ppm |
| C104 | 69°F | 40% | 0.1 ppm | 400 ppm |
| C103 | 69°F | 40% | 0 ppm | 441 ppm |
| C102 | 69°F | 40% | 0 ppm | 412 ppm |
| C101 | 71°F | 40% | 0 ppm | |
| B112 | 70°F | 37% | 0 ppm | 394 ppm |
| B111 | 70°F | 42% | 0 ppm | 386 ppm |
| B110 | 69°F | 44% | 0 ppm | 439 ppm |
| B109 | 69°F | 45% | 0 ppm | 394 ppm |
| B108 | 70°F | 43% | 0 ppm | 407 ppm |
| Admin. Office | 70°F | 44% | 0.3 ppm | 435 ppm |
| B107 | 72°F | 41% | 0.5 ppm | 448 ppm |
| Counselor's Office | 73°F | 41% | 0.7 ppm | 381 ppm |
| Nurse's Office | 73°F | 50% | 0.5 ppm | 489 ppm |
| Entry Lobby/Custodian<br>Closet/Electrical Room | 70°F | 47% | 0.5 ppm | 439 ppm |
| B106 | 70°F | 45% | 0.7 ppm | 418 ppm |
| Teacher's Lounge, Workroom &<br>Restrooms | 73°F | 47% | 0.2 ppm | 403 ppm |
| B105 | 72°F | 42% | 0.9 ppm | 395 ppm |
| B104 | 73°F | 47% | 1.0 ppm | 393 ppm |
| Corridor A | 75°F | 50% | 0.2 ppm | 427 ppm |
| A108 | 75°F | 50% | 0.4 ppm | 422 ppm |
| A107 | 75°F | 51% | 0.2 ppm | 417 ppm |
| A106 | 77°F | 50% | 0.5 ppm | 392 ppm |
| A105 | 77°F | 51% | 0.3 ppm | 414 ppm |
| A104 | 76°F | 51% | 0.4 ppm | 430 ppm |
| A103 | 77°F | 52% | 0.3 ppm | 420 ppm |
| A102 | | | | |

| | |
|---|---|
| **ASHRAE Referenced Maximum Exposure Limits (CO2):** | **1000 ppm** |
| **ACGIH Threshold Limit Value:** | **5000 ppm** |
| **OSHA Permissible Exposure Limit:** | **5000 ppm** |
| **ASHRAE Referenced Maximum Exposure Limits (CO):** | **9 ppm** |
| **ACGIH Threshold Limit Value:** | **25 ppm** |
| **OSHA Permissible Exposure Limit:** | **35 ppm** |
| **Recommended temperature range for comfort (ASHRAE): Winter** | **73 to 80°F Summer; 68 to 76°F** |
| **Recommended humidity range for comfort (ASHRAE): 30 to 60%** | |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| APPENDIX C<br>AIKEN ELEMENTARY SCHOOL<br>BROWNSVILLE, TEXAS<br><br>Air Sample Results | | | | |
|---|---|---|---|---|
| **LOCATION** | **Temperature<br>(Degrees F)** | **Relative<br>Humidity<br>(%)** | **Carbon<br>Monoxide<br>(ppm)** | **Carbon<br>Dioxide (ppm)** |
| Date Sampled: 11/19/02-11/22/02 | | | | |
| A101 | 75°F | 56% | 0.2 ppm | 415 ppm |
| B103 | 73°F | 55% | 0.2 ppm | 407 ppm |
| B102 | 73°F | 57% | 0.4 ppm | 397 ppm |
| B101 | 71°F | 55% | 0.1 ppm | 418 ppm |
| B100 | 73°F | 53% | 0.6 ppm | 431 ppm |
| Library | 74°F | 55% | 0.3 ppm | 439 ppm |
| Cafeteria | 72°F | 61% | 0.4 ppm | 434 ppm |
| Kitchen | 71°F | 56% | 0.1 ppm | 391 ppm |

| | |
|---|---|
| ASHRAE Referenced Maximum Exposure Limits (CO2): | 1000 ppm |
| ACGIH Threshold Limit Value: | 5000 ppm |
| OSHA Permissible Exposure Limit: | 5000 ppm |
| ASHRAE Referenced Maximum Exposure Limits (CO): | 9 ppm |
| ACGIH Threshold Limit Value: | 25 ppm |
| OSHA Permissible Exposure Limit: | 35 ppm |
| Recommended temperature range for comfort (ASHRAE):<br>Winter | 73 to 80°F Summer; 68 to 76°F |
| Recommended humidity range for comfort (ASHRAE): 30 to 60% | |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**Appendix D –**
**HVAC Observations and Field Notes**

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|-------------------|----------|
| B-First Floor | Principal's Office | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to flexible run-outs. Aluminum ceiling grilles, 9/9 supply and two 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-3<br>Design CFM: 1800<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 68.4/47.6<br>Heating: 11.5 KW<br>Field Notes: Filters very heavy with dust and debris. Cooling coil heavily loaded with debris and possible mold. Heavy rust in drain pan. Compressor running and condenser fan failed. Trane TCD075C400BA. Temp/RH 73 degF/64%. Thermostat setpoint 72 degF, reading 75 degF, Fan On Continuous. |
| B-First Floor | Entrance Lobby | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to flexible run-outs. Aluminum ceiling grilles, 9/9 supply and two 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500. Air grilles: 1650<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: O/A measured at 38 CFM. Filters and return very heavy with dust and debris. Cooling coil covered with ice. Heavy rust in drain pan. Compressor running and indoor blower fan running. Trane TCC060F400BA. Temp/RH 74 degF/55%. Thermostat setpoint 70 degF, reading 77 degF, Fan Auto. |
| B-First Floor | Classrooms 101 through 108 | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500.<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 74 |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D
BESTEIRO MIDDLE SCHOOL
BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | degF/53%. Thermostat setpoints 74 degF, reading 70 to 76 degF, Fan Auto. Rooms feel cool and humid. |
| B-First Floor | Classroom 105 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 1,602<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers closed.<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 62.4/54.5 |
| B-First Floor | Classrooms 109 through 110 | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and one 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through common area restrooms.<br>Unit scheduled on drawings: AC-18<br>Design CFM: 900<br>Design O/A CFM: 225<br>Design Cooling BTU/H, Total/Sensible: 29.9/26.1<br>Heating: 6 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC048F400BA. Temp/RH range 73 degF/55%. Thermostat setpoints 71 degF, reading 70 to 71 degF, Fan Auto. Rooms were cool, humid, musty. |
| B, C-First Floor | Classrooms 111, 114, Bookroom, 115, 116 | Single zone rooftop direct expansion cooling, electric heating. 24/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, two 18/12 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500.<br>Design O/A CFM: 375<br>Design Cooling BTUH, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC060F400BA. Temp/RH range 73 degF/54%. Thermostat setpoint 75 degF, reading 70 to 71 degF, Fan Auto. Thermostat calibration problems. O/A dampers closed at Bookroom and room 114, 115 units. Rooms feel warm and elevated humidity. |
| B-First Floor | Classroom 112 | Single zone rooftop direct expansion cooling, electric heating. 26/14 internally insulated sheet metal duct to sidewall grilles. Aluminum ceiling grilles, six 12/12 and one 6/6 supply and three |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-2<br>Design CFM: 2300<br>Design O/A CFM: 450<br>Design Cooling BTU/H, Total/Sensible: 92.5/65.5<br>Heating: 13.9 KW<br>Field Notes: Filters and return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCD102B400BA. Temp/RH range 67 degF/67%. Thermostat setpoint 66 degF, reading 68 degF, Fan Auto. O/A dampers closed. Room feels cool and humid. |
| B-First Floor | Classroom 113 | Single zone rooftop direct expansion cooling, electric heating. 36/14 internally insulated sheet metal duct to sidewall grilles. Aluminum ceiling grilles, six 12/12 and one 6/6 supply and three 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-1<br>Design CFM: 3000<br>Design O/A CFM: 450<br>Design Cooling BTU/H, Total/Sensible: 107.9/73.5<br>Heating: 16.5 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCD120B400BA. Temp/RH range 68 degF/61%. Thermostat setpoint 66 degF, reading 68 degF, Fan Continuous. O/A dampers closed. Birds nesting inside return section. Ceiling stained below unit. Room feels warm and humid. |
| C-First Floor | Common Area at Lockers | Single zone rooftop direct expansion cooling, electric heating. 48/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through common area restrooms.<br>Unit scheduled on drawings: AC-7<br>Design CFM: 4500<br>Measured CFM: 5777 CFM<br>Design O/A CFM: 1500<br>Measured O/A CFM: 1717<br>Design Cooling BTU/H, Total/Sensible: 158.8/108.5<br>Heating: 32 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris. Rust in drain pan. Trane model not visible. Temp/RH range 72 degF/59%. Thermostat setpoints 72 degF, |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
| | | reading 72 degF, Fan Auto. O/A dampers closed. |
| B-First Floor | Classrooms 117 through 122 | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to sidewall grilles. Aluminum sidewall grilles, 18/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through Teachers restrooms. Unit scheduled on drawings: AC-6 Design CFM: 1500 except Room 118A is 1350 CFM. Design O/A CFM: 375 Design Cooling BTU/H, Total/Sensible: 54.8/38.2 Heating: 6 KW Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC060F400BA. Temp/RH range 72 to 73 degF/58%. Thermostat setpoints 76 to 77 degF except room 118B set at 70 degF, reading 75 to 76 degF except room 118B reading 70 degF, Fan Auto. Thermostat calibration problems. O/A dampers open minimum. Room 118B has intermittent kitchen exhaust hood without make-up. Room 122 was extensive water staining on floor. baseboards removed for renovation, gypsum wall board stains, and roof leak suspended. |
| B-First Floor | Classroom 118B | Field Diagnostic Measurements: Unit scheduled on drawings: AC-6 Design CFM: 1500 Measured CFM: 1962 Design O/A CFM: 375 Measured O/A CFM: 170, dampers 1/3 open. Design Cooling Supply Air: 53/52 Measured Cooling Supply Air: 58.9/51.7 Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| C-First Floor | Counseling and Nurses Station | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 and 6/6 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-4 Design CFM: 1500 Design O/A CFM: 300 Design Cooling BTU/H, Total/Sensible: 54.8/38.2 Heating: 6 KW Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCC075C400BA. Temp/RH 71 degF/58%. Thermostat setpoint 80 degF, reading 78 degF, Fan Auto. Thermostat |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D
BESTEIRO MIDDLE SCHOOL
BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | calibration problems. O/A dampers open minimum. |
| A-First Floor | Classrooms 124 through 130 added during construction of Aiken Elementary | Single zone rooftop direct expansion cooling, electric heating. 18/16 externally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Electronic thermostats connected to EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-1 Design CFM: 1500 Design O/A CFM: 450 Design Cooling BTU/H, Total/Sensible: 54.8/38.2 Heating: 6 KW Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCD060F400BA. Temp/RH 72 to 75 degF/54 to 55%. Thermostat setpoint 72 degF by EMS, reading 72 to 74 degF, Fan Auto, units disabled by EMS. O/A dampers open minimum. |
| D-First Floor | Boys Locker Room | Single zone rooftop direct expansion cooling, natural gas heating, 100% O/A. 28/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 and 12/12 supply. No ceiling return. Room is exhausted 100% by roof mounted exhaust fan. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Exhaust through restroom areas. Unit scheduled on drawings: AC-17 Design CFM: 2500 Measured CFM: 3931 Design O/A CFM: 2500 Measured O/A CFM: 3931 Design Exhaust CFM: 2700 Design Cooling BTU/H, Total/Sensible: 95.5/74.1 Heating: 180,000 BTUH Field Notes: O/A section heavy with dust and debris. Cooling coil deposits of debris. Rust in drain pan. Trane YCD102B4HOCA. Temp/RH range 74 degF/62%. Thermostat setpoints 65 degF, reading 65 degF, Fan Continuous. Thermostat calibration problems. O/A dampers full open. Mis-application of Trane model; unit not rated for 100% O/A duty. |
| D-First Floor | Girls Locker Room | Single zone rooftop direct expansion cooling, natural gas heating, 100% O/A. 28/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 and 12/12 supply. No ceiling return. Room is exhausted 100% by roof mounted fan. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Exhaust through restroom areas. Unit scheduled on drawings: AC-16 Design CFM: 2500 Design O/A CFM: 2500 |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
| | | Measured O/A CFM: Not measured, O/A damper closed. Design Cooling BTU/H, Total/Sensible: 95.5/74.1 Heating: 180,000 BTUH Field Notes: O/A section heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil deposits of debris. Rust in drain pan. Trane YCD102B4HOCA. Temp/RH range 74 degF/62%. Thermostat setpoints 78 degF, reading 78 degF, Fan Continuous. Humidity feels elevated. O/A dampers closed. Mis-application of Trane model; unit not rated for 100% O/A duty. |
| D-First Floor | Gymnasium | Four single zone rooftop direct expansion cooling, natural gas heating. 32-inch round internally insulated sheet metal duct to concentric ceiling grilles. Aluminum ceiling grilles, 16-inch concentric with internal balancing dampers. Open return boots at ceiling. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through locker room. Unit scheduled on drawings: AC-10, 11, 12, 13 Design CFM: 9000 Measured CFM: 1500 at AC-13 Design O/A CFM: Two @ 2775, Two @ 3000 Measured O/A CFM: 1150 at Ac-13, O/A damper open minimum. Design Cooling BTU/H, Total/Sensible: 329.5/224.7 Design Cooling Supply Air: 53/52 Measured Supply Air Temperature at AC-13: 58.4/58.4 Heating: 294,000 BTUH Field Notes: O/A section heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Trane SFHCC304L. Temp/RH range 74 degF/62%. Thermostat setpoints 65 to 78 degF, reading 70 to 76 degF, Fan Auto. Humidity feels elevated. O/A dampers open minimum. |
| D-First Floor | Band Room | Single zone rooftop direct expansion cooling, electric heating. 28/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-2 Design CFM: 2500 Design O/A CFM: 450 Design Cooling BTU/H, Total/Sensible: 92.5/62.5 Heating: 13.9 KW Field Notes: Filters collapsed. Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCD102B400BA. Temp/RH 74 |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

| | | |
|---|---|---|
| **APPENDIX D** **BESTEIRO MIDDLE SCHOOL** **BROWNSVILLE, TEXAS** **HVAC OBSERVATIONS AND FIELD NOTES** | | |
| **Wing** | **Classrooms or Area** | **Comments** |
| | | degF/53%. Thermostat setpoint 78 degF, reading 75 degF, Fan Auto. Thermostat calibration problems. Room feels cool and humid. |
| D-First Floor | Vocal Music Room | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor. Unit scheduled on drawings: AC-6 Design CFM: 1500 Design O/A CFM: 375 Design Cooling, Total/Sensible: 54.8/38.2 Heating: 6 KW Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan: O/A dampers closed. Trane TCC060F400BA. Temp/RH 74 degF/53%. Thermostat setpoint 75 degF, reading 73 degF, Fan Auto. Thermostat calibration problems. Room feels cool and humid. |
| E-First Floor | Kitchen | Two single zone rooftop direct expansion cooling, natural gas heating. 30/24 and 24/24 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 6/6 and 12/12 supply and 22/22 return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through vent hoods. Unit scheduled on drawings: AC- 14, 15 Design CFM: 8265 Measured CFM: 6,000 at AC-15 Design O/A CFM: 4550 Measured O/A CFM: 2558, O/A damper open minimum. Design Cooling BTU/H, Total/Sensible: 330/224 Design Cooling Supply Air: 53/52 Measured Cooling Supply Air: 58/58 Heating: 500,000 BTUH Field Notes: O/A section very heavy with dust, bird feathers, and debris. Filters collapsed. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Very heavy covering of debris and bird feathers on condenser coils. Trane SFHCC254L. Temp/RH range 72 degF/55%: Thermostat setpoints 70 degF, reading 70 degF, Fan Auto. Humidity feels elevated. O/A dampers open minimum. |
| E-First Floor | Cafetorium | Two single zone rooftop direct expansion cooling, natural gas heating. 40/14 and 24/14 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 14-inch concentric and |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

## APPENDIX D
### BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | 12/12 supply. Return air boots. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through kitchen.<br>Unit scheduled on drawings: AC- 8, 9<br>Design CFM: 8000<br>Measured CFM: 2334 at AC-8<br>Design O/A CFM: 4550<br>Measured O/A CFM: 1125, O/A damper open minimum.<br>Design Cooling BTU/H, Total/Sensible: 327/231<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 62/58<br>Heating: 294,000 BTUH<br>Field Notes: O/A section very heavy with dust, bird feathers, and debris. Cooling coil heavy deposits of debris, bird feathers, possible mold deposits. Rust in drain pan. Trane SFHCC304L. Temp/RH range 72 degF/55%. Thermostat setpoints 67 degF, reading 67 degF, Fan Auto. Humidity feels elevated. |
| B-Second Floor | Classrooms 201 through 208 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 74 degF/53%. Thermostat setpoints 74 to 76 degF, reading 69 to 73 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid. Musty odors. |
| B-Second Floor | Classroom 202 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2550<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers closed.<br>Measured Room Temperature: 66.2/36.9% RH<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 58/58<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second | Classroom 209 | Single zone rooftop direct expansion cooling, electric heating. |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|---|---|---|
| Floor | | 18/12 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 12/12 supply and two 22/22 ceiling return. Mercury bulb thermostat, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-18<br>Design CFM: 900<br>Design O/A CFM: 225<br>Design Cooling BTU/H, Total/Sensible: 29.9/26.1<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris. Rust in drain pan. Trane TCC048C400BA. Temp/RH range 72 degF/46%. Thermostat setpoint 75 degF, reading 73 degF, Fan Auto. Room is cool and humid. |
| B-Second Floor | Classrooms 210 through 214 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. Trane TCC060F400BA. Temp/RH range 69 degF/49%. Thermostat setpoints 70 to 76 degF, reading 69 to 73 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid except room 214. Rooms 210 and 211 are laboratories with local exhaust at 3700 CFM for each room. |
| B-Second Floor | Classroom 211 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2262<br>Design O/A CFM: 375<br>Measured O/A CFM: 37, dampers closed.<br>Measured Room Temperature: 69/49% RH<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 59/56.5<br>Design Cooling, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Teachers Lounge | Single zone rooftop direct expansion cooling, electric heating. 18/12 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 12/12 supply and two 22/22 ceiling return. Mercury bulb thermostat, no EMS. Manual O/A hoods and |

DRAFT: FOR REVIEW ONLY
Privileged — Attorney / Client Work Product

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
| | | dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-18<br>Design CFM: 900<br>Design O/A CFM: 225<br>Measured O/A CFM: 103<br>Design Cooling BTU/H, Total/Sensible: 29.9/26.1<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil deposits of debris and possible mold. Rust in drain pan. Trane TCC048C400BA. Temp/RH range 72 degF/56%. Thermostat setpoint 68 degF, reading 70 degF, Fan Auto. Room is cool and humid. |
| B-Second Floor | Classrooms 215 through 218 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Filters and return section very heavy with dust and debris. Cooling coil deposits of debris and possible mold. Heavy rust in drain pan. O/A dampers 1/3 open. Trane TCC060F400BA. Temp/RH range 73 degF/40%. Thermostat setpoints 74 to 75 degF, reading 69 to 72 degF, Fan Auto. Thermostat calibration problems. Rooms feel cool and humid. Rooms 217 and 218 are laboratories with local exhaust at 3700 CFM for each room. Classroom 217 unit has loose and open panels. |
| B-Second Floor | Classroom 216 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2400<br>Design O/A CFM: 375<br>Measured O/A CFM: 37, dampers 1/3 open.<br>Measured Room Temperature: 66.2/38.3%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 60.5/58.3<br>Design Cooling, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classrooms 220 through 227 | Single zone rooftop direct expansion cooling, electric heating. 18/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, two 15/15 supply and two 22/22 ceiling return. Mercury bulb thermostats, no EMS. Manual O/A hoods and |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**BESTEIRO MIDDLE SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | Comments |
|------|--------------------|----------|
| | | dampers installed, economizer specified.  Exhaust through corridor and common area restrooms.<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Design O/A CFM: 375<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 11.5 KW<br>Field Notes: Return section very heavy with dust and debris.  Cooling coil deposits of debris and possible mold.  Rust in drain pan.  O/A dampers 1/3 open.  Trane TCC060F400BA.  Temp/RH range measured 72 degF/40%.  Thermostat setpoints 72 to 78 degF, reading 68 to 72 degF, Fan Auto.  Thermostat calibration problems.  Rooms feel cool and humid. |
| B-Second Floor | Classroom 219 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2656<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 73/40%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 60.5/58.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 220 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 2119<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 73/42%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 61/57.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 225 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500<br>Measured CFM: 1791<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 71/45%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 53.6/57.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| B-Second Floor | Classroom 227 | Field Diagnostic Measurements:<br>Unit scheduled on drawings: AC-6<br>Design CFM: 1500 |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

## APPENDIX D
### BESTEIRO MIDDLE SCHOOL
### BROWNSVILLE, TEXAS

### HVAC OBSERVATIONS AND FIELD NOTES

| Wing | Classrooms or Area | Comments |
|---|---|---|
| | | Measured CFM: 3000<br>Design O/A CFM: 375<br>Measured O/A CFM: 38, dampers 1/3 open.<br>Measured Room Temperature: 74/45%<br>Design Cooling Supply Air: 53/52<br>Measured Cooling Supply Air: 61/59.5<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2 |
| A-First Floor | Classrooms 228 through 236 added during construction of Aiken Elementary | Single zone rooftop direct expansion cooling, electric heating. 18/16 externally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles 12/12 supply and 22/22 ceiling return. Electronic thermostats connected to EMS. Manual O/A hoods and dampers installed, economizer specified. Exhaust through restrooms across corridor.<br>Unit scheduled on drawings: AC-1<br>Design CFM: 1500<br>Design O/A CFM: 450<br>Design Cooling BTU/H, Total/Sensible: 54.8/38.2<br>Heating: 6 KW<br>Field Notes: Return section heavy with dust and debris. Cooling coil heavy deposits of debris and possible mold. Rust in drain pan. Trane TCD060F400BA. Temp/RH 72 degF/43%. Thermostat setpoint 72 degF by EMS, reading 69 to 80 degF, Fan Auto, units disabled by EMS. Calibration problems. O/A dampers open minimum. Rooms feel cool, humid, musty. |
| F-First Floor | Library | One single zone rooftop direct expansion cooling, natural gas heating. 54/16 and 36/16 internally insulated sheet metal duct to ceiling grilles. Aluminum ceiling grilles, 9/9 supply and 22/22 return. Electronic thermostat, no EMS. Manual O/A hood and dampers installed. Economizer specified with modulating exhaust, no modulating exhaust installed. Exhaust through restrooms.<br>Unit scheduled on drawings: AC- 5<br>Design CFM: 12005<br>Measured CFM: Not operational<br>Design O/A CFM: 2025<br>Measured O/A CFM: Not operational<br>Design Cooling BTU/H, Total/Sensible: 435.3/303.8<br>Heating: 588,000 BTUH<br>Field Notes: Unit has been cleaned and re-insulated by contractor. Trane SFHCC404L. Very dirty condenser coils. |
| B-Wing | Outside Door | Building Pressure +0.02-inches |
| C-Wing | Outside Door facing North | Building Pressure -0.01-inches |
| D-Wing | Outside Door facing west near Band Room | Building Pressure –0.02-inches |
| B-Wing | Teachers Lounge on second floor outside window | Building Pressure -0.01-inches |
| B-Wing | Outside Door at Front Entrance | Building Pressure Neutral |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| **G-First Floor** | Main Entrance | Coils were dusty, minor spots. Filters were moderately dirty. Measured Supply Air: 60.2 Deg F db/53.3 wb Measured Room Temperature: 73 Deg. Measured Room Relative Humidity: 50%. Design Supply CFM: 1350. Measured Supply CFM: 2901. Design Outside Air CFM: 450. |
| | Administration Office | Coils contained debris, gray dust. Moderate rust in drain pan. Mildew spots on supply grilles. Measured Supply Air: 56.2 DegF db/50.2 wb Measured Room Temperature: 70.0 DegF. Measured Room Relative Humidity: 50.2%. Design Supply CFM: 1100. Measured Supply CFM: 1114. Design Outside Air: 450. Measured Outside Air CFM: 206 |
| | Counselors Office-Back Area | Coils contained heavy deposits of gray and white dust. Fan wheel contained rust. Rust deposits in drain pan. Roof drain leaking in back office with possible mold. Measured Supply Temperature: 61.2 Deg F db/54.4 wb Measured Room Temperature: 73 Deg. Measured Room Relative Humidity: 41%. Design Supply CFM: 800. Measured Supply CFM: 1364. Design Outside CFM: 450. Measured Outside CFM: 94 |
| | Rooms A101-A115 | Coils contained light deposits of white and gray dust. Fan wheels contained spots of rust. Filters contained moderate deposits. |
| | Room A103 | Coil contained black spots and possible mold. Heavy rust in coil channel. A/C unit shows signs of sweating and condensation forming on the exterior of unit. Measured Supply Temperature: 60.2 Deg F db/55.7 wb Measured Room Temperature: 77.0 DegF. Measured Room Relative Humidity: 52%. Design Supply CFM: 1350. Measured Supply CFM: 1958. Design Outside CFM: 450. |
| | Room A105 | Measured Supply Temperature: 70.1 DegF db/56.4 wb Measured Room Temperature: 68.2 DegF. Measured Room Relative Humidity: 42.1%. Design Supply CFM: 1350. Measured Supply CFM: 1257. Design Outside CFM: 450. Measured Outside CFM: 614. |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| | Room A106 | Measured Supply Temperature: 62.6 DegF db/57.2 wb<br>Measured Room Temperature: 70.0 DegF.<br>Measured Room Relative Humidity: 50.0%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1471.<br>Design Outside CFM: 450. |
| | Room B100-B106 | Coil contains heavy deposits of gray dust and debris. Drain pans contain heavy deposits of rust. |
| | Room B102 | Measured Supply Temperature: 59.8 DegF db/55.5 wb<br>Measured Room Temperature: 73.0 Deg.<br>Measured Relative Humidity: 57%.<br>Design Supply CFM: 2700.<br>Measured Supply CFM 2035.<br>Design Outside CFM: 450. |
| | Room B105 | Measured Supply Temperature: 65.0 DegF db/56.3 wb.<br>Measured Room Temperature: 72.0 DegF.<br>Measured Room Relative Humidity: 42%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1246.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 55 |
| | Room B107-B112 | Coil contains heavy deposits of gray dust. Drain pan contains moderate deposits of rust. Filters contain moderate debris and dust. |
| | Room B108 | Measured Supply Temperature: 64.0 Deg F db/54.0 wb.<br>Measured Room Temperature: 70.0 Deg.<br>Measured Room Relative Humidity: 43%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 778.<br>Design Outside CFM: 450. |
| | Room B110 | Coil contained black spots and possible mold. Evidence of previous chilled water leak in room indicated by staining on floor.<br>Measured Supply Temperature: 67.7 DegF db/56.8 wb.<br>Measured Room Temperature: 69.0 DegF.<br>Measured Room Relative Humidity: 44%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1664.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 132. |
| | Room C101-108 | Coil contains heavy debris, gray dust, black spots and possible mold. Drain pan contains heavy deposits of rust and debris. Filter contains moderate amount debris. |
| | Room C108 | Measured Supply Temperature: 63.6 DegF db/54 wb<br>Measured Room Temperature: 69.6 DegF.<br>Measured Room Relative Humidity: 38.8%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 872. |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D
AIKEN ELEMENTARY SCHOOL
BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| | | Design Outside CFM: 450. <br> Measured Outside CFM: 225. |
| G-Second Floor | Second Floor Lobby | Coil contained heavy deposits of gray dust. Drain pan contained heavy deposits of rust. Exterior bottom of unit shows heavy corrosion. Filter is extremely dirty. <br> Measured Supply Temperature: 71.9 DegF db/58.8 wb <br> Measured Room Temperature: 71.0 DegF. <br> Measured Room Relative Humidity: 38%. <br> Design Supply CFM: 800. <br> Measured Supply CFM: 1231. <br> Design Outside CFM: 450. |
| | Room B201-B209 | Coils contain deposits of light gray dust. Drain pan contains heavy deposits of rust. Fan operating in low speed. |
| | Room B203 | Measured Supply Temperature: 74.6 DegF db/60.7 wb. <br> Measured Room Temperature: 73.0 DegF. <br> Measured Room Relative Humidity: 39%. <br> Design Supply CFM: 800. <br> Measured Supply CFM: 1168. <br> Design Outside CFM: 450. <br> Measured Outside CFM: 87. |
| | Room B206 | Base of unit corroded and rusty. <br> Measured Supply Temperature: 72.0 DegF db/56.5 wb <br> Measured Room Temperature: 72.0 DegF. <br> Measured Room Relative Humidity: 34%. <br> Design Supply CFM: 800. <br> Measured Supply CFM: 731. <br> Design Outside CFM: 450 <br> Measured Outside CFM: 398. |
| | Room B207 | Fan out of balance and vibrating. Valve not operating allowing chilled water to enter the coil. <br> Measured Supply Temperature: 73.1 DegF db/59.9 wb <br> Measured Room Temperature: 73.0 DegF. <br> Measured Room Relative Humidity: 38%. <br> Design Supply CFM: 1360. <br> Measured Supply CFM: 1632. <br> Design Outside CFM: 450. <br> Measured Outside CFM: 87. |
| | Room B210-218 | Coil contains light gray dust. Heavy rust deposits in drain pan. Filter contains moderate deposits of gray dust and deposits. |
| | Room B210 | Measured Supply Temperature: 70.3 DegF db/57.6 wb <br> Measured Room Temperature: 71.0 DegF. <br> Measured Room Relative Humidity: 41%. <br> Design Supply CFM: 1350. <br> Measured Supply CFM: 1534. <br> Design Outside CFM: 450. |
| | Room B214 | Measured Supply Temperature: 66.3 DegF db/55.8 wb <br> Measured Room Temperature: 68.0 DegF. |

DRAFT: FOR REVIEW ONLY
Privileged – Attorney / Client Work Product

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|------|-------------------|-------------------------------|
| | | Measured Room Relative Humidity: 39%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1178.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 362. |
| | Room B217 | Chilled water leak in room, floor heavily stained. Dissimilar metals used in joining air vents to pipe fittings; brass air vent connected to Schedule 40 steel pipe nipple and brass pipe fitting.<br>Measured Supply Temp: 75.6 DegF db/60.5 wb.<br>Measured Room Temperature: 72.0 DegF.<br>Measured Room Relative Humidity: 34%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1305.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 442. |
| | Room B218 | Measured Supply Temperature: 65.8 DegF db/55.5 wb.<br>Measured Room Temperature: 69.0 DegF.<br>Relative Humidity: 37%.<br>Design Supply CFM: 1350.<br>Measured Supply CFM: 1312.<br>Design Outside CFM: 450.<br>Measured Outside CFM: 256 |
| Wing H | Cafeteria-West | Trane: Model: SFHFC304LE00B27B1001AGY<br>Trane: Serial: J95E7271<br>Observations: Heavy deposits of debris and possible mold on coil. Dirty filters. Dirty return air section. Initial measurement of air delivery yielded a reading of 1028 CFM. Second reading after adjusting fan drive belt yielded a reading of 10180 CFM |
| | Cafeteria-East | Trane: Model: SFHFC304LE00B27B1001AGY<br>Trane: Serial: J95E71272<br>Observations: Heavy deposits of debris and possible mold on coil. Dirty filters. Dirty return air plenum. Chiller would not start initially due to a burned out fan drive belt. Belt was replaced and measurement for air delivery yielded a reading of 7195 CFM |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**APPENDIX D**
**AIKEN ELEMENTARY SCHOOL**
**BROWNSVILLE, TEXAS**

**HVAC OBSERVATIONS AND FIELD NOTES**

| Wing | Classrooms or Area | HVAC Observations and Findings |
|---|---|---|
| Bldg. Rear | Central Plant Chiller | Trane: Model: RTAA3404XJ04J01B1D0BADFG<br>Trane: Serial: U95G29250<br>Observations: Unit is located outside of the building at the southeast corner. Unit supplied by primary pumps at pump skid in pump room at rear of the building adjacent to the chiller. Position of the flow switch appears to be installed within acceptable standards. Observation of chilled water temperature leaving the unit was approximately 41 degF and return 51 degF. Chilled water appeared to contain deposits of rust and debris and contained air visible through a site glass. |
|  | Pump Room | Type: Namco<br>Serial: N-1545. 4 pumps.<br>Design Pressure: 16-psig-primary/30-psig secondary.<br>Capacity: 383 GPM primary/766 GPM secondary.<br>Date of Manufacture: 9/29/95.<br>Observations: Air vents do not appear to be operating properly. Cavitation of the pumps is possible with air present in the system. Secondary pumps operating erratically due to calibration problems with differential pressure switches. |

**DRAFT: FOR REVIEW ONLY**
**Privileged – Attorney / Client Work Product**

**Appendix E -**
**Opinion of Cost Tabulation**