## BROWNSVILLE I.S.D.
## December 2002

**TOTAL PROGRAM COST**

| Description | | Besteiro MS | Aiken ES |
|---|---|---|---|
| **Hard Costs** | | | |
| Construction | | $ 2,734,972 | $ 1,111,350 |
| **Soft Costs** | | | |
| A/E Design Fee | 9.00% | $ 246,148 | $ 100,021 |
| A/E Construction Management Fee | 3.00% | $ 82,049 | $ 33,340 |
| Mold Management Fee | 2.50% | $ 68,374 | $ 27,784 |
| Change Order Contingency (Board Award Amount) | 10.00% | $ 273,497 | $ 111,135 |
| Miscellaneous Survey Fees | 1.00% | $ 27,350 | $ 11,113 |
| | | $ 3,432,390 | $ 1,394,744 |
| **Grand Total** | | $ 4,827,134 | |

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

## SUMMARY

| Description Area (sf) | Aiken Sitework 85,000 | Aiken HVAC 85,000 | Aiken HZMAT 85,000 | Aiken Roof 85,000 | Total |
|---|---|---|---|---|---|
| 02 Sitework/Demolition | $ 58,500 | $ - | $ - | $ - | $ 58,500 |
| 03 Concrete | $ 32,300 | $ - | $ - | $ - | $ 32,300 |
| 04 Masonry | $ - | $ - | $ - | $ - | $ - |
| 05 Metals | $ - | $ - | $ - | $ - | $ - |
| 06 Wood and Plastic | $ - | $ - | $ - | $ - | $ - |
| 07 Thermal/Moisture | $ - | $ 2,000 | $ - | $ 50,213 | $ 52,213 |
| 08 Doors/Windows | $ - | $ - | $ - | $ - | $ - |
| 10 Specialties | $ - | $ - | $ - | $ - | $ - |
| 09 Finishes | $ - | $ - | $ - | $ - | $ - |
| 13 Special Construction | $ - | $ - | $ 321,419 | $ - | $ 321,419 |
| 14 Conveying | $ - | $ - | $ - | $ - | $ - |
| 15 Mechanical (Plumbing) | $ - | $ 5,900 | $ - | $ - | $ 5,900 |
| 15 Mechanical (HVAC) | $ - | $ 352,901 | $ - | $ - | $ 352,901 |
| 16 Electrical | $ - | $ 34,350 | $ - | $ - | $ 34,350 |
| | | | | | $ - |
| **Subtotal Construction** | $ 90,800 | $ 395,151 | $ 321,419 | $ 50,213 | $ 857,583 |
| General Conditions - 10% | $ 9,080 | $ 39,515 | $ 32,142 | $ 5,021 | $ 85,758 |
| Subtotal | $ 99,880 | $ 434,666 | $ 353,561 | $ 55,234 | $ 943,341 |
| General Contractor OH & Profit 5% | $ 4,994 | $ 21,733 | $ 17,678 | $ 2,762 | $ 47,167 |
| Subtotal | $ 104,874 | $ 456,399 | $ 371,239 | $ 57,995 | $ 990,508 |
| Contingency 10% | $ 10,487 | $ 45,640 | $ 37,124 | $ 5,800 | $ 99,051 |
| Subtotal | $ 115,361 | $ 502,039 | $ 408,363 | $ 63,795 | $ 1,089,559 |
| Escalation 2% | $ 2,307 | $ 10,041 | $ 8,167 | $ 1,276 | $ 21,791 |
| **Total Project Cost** | $ 117,669 | $ 512,080 | $ 416,530 | $ 65,071 | $ 1,111,350 |

| Grand Total Aiken | $ 1,111,350 |
|---|---|
| $/SF | 13.07 |

**ROOFING OPTIONS:**
Option 1 - Rout out Motar, Install Backer Rod and Sealant  (deduct)     $     (17,412)

**HVAC OPTION:**
Option 1 -  to Convert Existing Controls to Bi-Metal Sensors
Besteiro MS (add)     $     7,418
Aiken ES  (add)     $     19,544

Note: all options are total price, mark-ups are already included in pricing.

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

**ASSUMPTIONS/QUALIFICATIONS:**

1.  The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost include job supervision, job trailer, temporary utilities, small tools etc.

2.  The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

3.  The mark-up for Contingency is solely and estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

4.  Prince escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

5.  Estimate Basis:
    This estimate was created using the EFI assessment report for Besteiro Middle School and Aiken Elementary School.

    The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

    The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

    The estimate is priced using a combination of historical data and RS Means pricing Guides.

6.  This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

7.  The estimate does not include any asbestos abatement cost

8.  The estimate does not include any lead base paint abatement cost

9.  No cost have been added to address code violations or upgrades to the existing building

10. The estimate does not include any cost/fees for relocation of staff/students.

Sitework Aiken

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

|  |  |  | Total |  | 85,000 |  |  |
|---|---|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit** | **Unit Cost** | **Extension** |  | **Total** | **SF** |

**Sitework - Division 02**

**BACK COURTYARD AREA**
**Sitework - Storm Drainage Courtyard**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| New 16"x16" Inlets w/Sump Boxes | 2 | ea | $ 350.00 | $ 700 | | |
| Storm Drainage - PVC 8" | 100 | lf | $ 8.00 | $ 800 | | |
| Trench/Backfill for new Storm Piping | 100 | lf | $ 4.00 | $ 400 | | |
| Earthwork - Re-Grade/Prep for Concrete | 5,600 | sf | $ 1.00 | $ 5,600 | | |
| Patch/Repair Landscape | 1 | ls | $ 1,000.00 | $ 1,000 | | |
| ADA - Allowance for ADA Requirements | 1 | ls | $ 50,000.00 | $ 50,000 | | |
| **Subtotal Sitework - Division 02** | | | | | $ 58,500 | $ 0.69 |

**Concrete - Division 03**
**Back Courtyard Area**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Remove Existing Concrete at Back Courtyard | 5,600 | sf | $ 2.00 | $ 11,200 | | |
| New Concrete - Repave Existing Back Courtyard | 5,600 | sf | $ 3.50 | $ 19,600 | | |
| Miscellaneous Concrete | 1 | ls | $ 1,500.00 | $ 1,500 | | |
| **Subtotal Concrete - Division 03** | | | | | $ 32,300 | $ 0.38 |

|  |  |  |  |
|---|---|---|---|
| **Subtotal Construction** | | $ | 90,800 |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF    85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| Subtotal  Sitework - Division 02 | | | | $ - | $ - | |
| **Concrete - Division 03** | | | | | | |
| Subtotal Concrete - Division 03 | | | | $ - | $ - | |
| **Masonry - Division 04** | | | | | | |
| | 0 | sf | $ - | $ - | | |
| Subtotal Masonry - Division 04 | | | | $ - | $ - | |
| **Metals - Division 05** | | | | | | |
| | 0 | sf | $ - | $ - | | |
| Subtotal Metals - Division 05 | | | | $ - | $ - | |
| **Wood and Plastics - Division 06** | | | | | | |
| Wood and Plastics | | | | | | |
| Subtotal Wood and Plastics - Division 06 | | | | $ - | $ - | |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| Miscellaneous Caulk and Seal | 1 | ls | $ 2,000.00 | $ 2,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | $ 2,000 | $ 0.02 | |
| **Doors and Windows - Division 08** | | | | | | |
| Doors and Windows - Division 08 | | | | $ - | $ - | |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF            85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Interior Construction and Finishes - Division 09** | | | | | | |
| | | | $     - | | | |
| Sub Total Interior Construction and Finishes - Division 09 | | | | $   - | $   - | |
| | | | | | | |
| **Specialties - Division 10** | | | | | | |
| | | | $     - | | | |
| Sub Total Specialties - Division 10 | | | | $   - | $   - | |
| | | | | | | |
| **Division 13 - Special Construction** | | | | | | |
| | | | $     - | | | |
| Subtotal Special Construction - Division 13 | | | | $   - | $   - | |
| | | | | | | |
| **Conveying Systems - Division 14** | | | | | | |
| Sub Total Conveying Systems - Division 14 | $   - | | | $   - | $   - | |
| | | | | | | |
| **HVAC/Plumbing - Division 15** | | | | | | |
| **Plumbing** | | | | | | |
| New Condensate Drains - Pretreatment Units | 6 | ea | $   150.00 | $   900 | | |
| Miscellaneous Plumbing Repairs | 1 | ls | $   5,000.00 | $   5,000 | | |
| Subtotal Plumbing - Division 15 | | | | | $   5,900 | $   0.07 |
| | | | | | | |
| **HVAC** | | | | | | |
| **Work at Existing Fan Coil Units** | | | | | | |
| Rebalance Air and Water Side of FCU's | 58 | ea | $   500.00 | $   29,000 | | |
| Clean Coils in FCU's | 58 | ea | $   200.00 | $   11,600 | | |
| Remove/Replace CHW Valves (assume 100%) | 58 | ea | $   300.00 | $   17,400 | | |
| Check/Recalib. Room Thermostats (Assume 50%) | 29 | ea | $   65.00 | $   1,885 | | |
| Replace Bad Thermostates ( Assume 50%) | 29 | ea | $   250.00 | $   7,250 | | |
| Rework Control Sequence for Duct Heaters | 58 | ea | $   50.00 | $   2,900 | | |
| Clean Supply/Return Ductwork at FCU | 58 | ea | $   225.00 | $   13,050 | | |
| Clean Diffusers (assume 6 per FCU) | 348 | ea | $   12.00 | $   4,176 | | |
| | | | | | | |
| **New Outside Air Pre-Treatment Units** | | | | | | |
| Air Handler - OA Pre-Treater 6300 CFM | 1 | ea | $   18,900.00 | $   18,900 | | |
| Air Handler - OA Pre-Treater 4950 CFM | 1 | ea | $   14,850.00 | $   14,850 | | |
| Air Handler - OA Pre-Treater 3150 CFM | 1 | ea | $   9,450.00 | $   9,450 | | |
| Air Handler - OA Pre-Treater 2250 CFM | 1 | ea | $   6,750.00 | $   6,750 | | |
| Air Handler - OA Pre-Treater 4950 CFM | 1 | ea | $   14,850.00 | $   14,850 | | |

Alken HVAC

**BROWNSVILLE I.S.D.**
**Alken Elementary School**
**December 2002**

Total SF    85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Air Handler - OA Pre-Treater 4500 CFM | 1 | ea | $ 13,500.00 | $ 13,500 | | |
| Hoist/Set Equipment | 6 | ea | $ 80.00 | $ 480 | | |
| Roof Curbs/Supports | 6 | ea | $ 400.00 | $ 2,400 | | |
| | | | | | | |
| Pretreatment Duct for Classrooms 6300 CFM | 1 | ls | $ 10,080.00 | $ 10,080 | | |
| Pretreatment Duct for Classrooms 4950 CFM | 1 | ls | $ 7,920.00 | $ 7,920 | | |
| Pretreatment Duct for Classrooms 3150 CFM | 1 | ls | $ 5,040.00 | $ 5,040 | | |
| Pretreatment Duct for Classrooms 2250 CFM | 1 | ls | $ 3,600.00 | $ 3,600 | | |
| Pretreatment Duct for Classrooms 4950 CFM | 1 | ls | $ 7,920.00 | $ 7,920 | | |
| Pretreatment Duct for Classrooms 4500 CFM | 1 | ls | $ 7,200.00 | $ 7,200 | | |
| | | | | | | |
| **Piping Corrections** | | | | | | |
| Remove/Replace CHW Piping Main 6" Copper | 700 | lf | $ 88.00 | $ 61,600 | | |
| Remove/Replace CHW Piping Main 4" Copper | 400 | lf | $ 54.00 | $ 21,600 | | |
| Remove/Replace Misc. Piping Insulation - 6" | 700 | lf | $ 14.00 | $ 9,800 | | |
| Remove/Replace Misc. Piping Insulation - 4" | 400 | lf | $ 9.50 | $ 3,800 | | |
| Rework Piping Connection at FCUs (Assume 25%) | 15 | ea | $ 200.00 | $ 2,900 | | |
| | | | | | | |
| **Water Treatment** | | | | | | |
| Drain/Flush/Treat CHW Piping System | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| | | | | | | |
| **Chilled Water System Work** | | | | | | |
| Flush Evaporator | 1 | ea | $ 2,500.00 | $ 2,500 | | |
| Replace Flow Switch | 1 | ea | $ 1,200.00 | $ 1,200 | | |
| Replace Damage CHW Piping Insulation | 200 | lf | $ 16.00 | $ 3,200 | | |
| Recalibrate Differential Pressure Valves | 1 | ls | $ 1,000.00 | $ 1,000 | | |
| Replace Seal at Primary CHW Pump | 1 | ea | $ 500.00 | $ 500 | | |
| | | | | | | |
| **Cafetorium RTU's** | | | | | | |
| Clean RA/OA Mixing Sections | 2 | ea | $ 750.00 | $ 1,500 | | |
| Clean Drain Pans | 2 | ea | $ 200.00 | $ 400 | | |
| Clean Coil Sections | 2 | ea | $ 350.00 | $ 700 | | |
| Air Balance Cafetorium System | 2 | ea | $ 750.00 | $ 1,500 | | |
| | | | | | | |
| **Patch/Repair Adjacent Finishes in Path of Construction** | | | | | | |
| Flooring - Assume no Floor Patching Required | | | | | | |
| Ceiling - No Work - Assume new ceilings in HZMAT cleanup | | | | | | |
| Wall Repair - Due to penetrations | 85,000 | sf | $ 0.30 | $ 25,500 | | |
| (Wall repair at penetrations HVAC/Elec core/patch) | | | | | | |
| | | | | | | |
| | | Subtotal HVAC - Division 15 | | | $ 352,901 | $ 4.15 |
| | | | | | | |
| **Electrical - Division 16** | | | | | | |
| | | | | | | |
| **Panelboards and Equipment** | | | | | | |
| Miscellaneous Recirculting at Panelboards | 1 | ls | $ 3,500.00 | $ 3,500 | | |
| | | | | | | |
| **Conduit and Wire** | | | | | | |
| Electrical Connection - New OA Units | 6 | ea | $ 450.00 | $ 2,700 | | |
| Conduit - New OA Units | 1,500 | lf | $ 4.60 | $ 6,900 | | |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF          85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Systems** | | | | | | |
| Fire Alarm - Test/Adjust | 85,000 | sf | $ 0.15 | $ 12,750 | | |
| Public Address - Test/Adjust | 85,000 | sf | $ 0.10 | $ 8,500 | | |
| Subtotal Electrical - Division 16 | | | | | $ 34,350 | $ 0.40 |
| Subtotal Construction | | | | | $ 395,151 | |

Aiken HVAC

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF    85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|

**HVAC CONTROLS OPTION:  (Add to Base Price)**
**Option 1 - To Replace Existing Thermostats on Existing EMS System With Bi-Metal**
**No Local Control Type Sensor.**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Existing Thermostat | 58.00 | ea | 20.00 | 1,160.00 |
| New Bi-Metal Sensor | 58.00 | ea | 175.00 | 10,150.00 |
| System Check/Recalibrate for New Sensors | 1.00 | ls | 1,200.00 | 1,200.00 |
| Miscellaneous Control Wiring Changes | 18.00 | ea | 50.00 | 900.00 |
| Miscellaneous Patch/Repair Adjacent Finishs at Thermostat Replacement | 58.00 | ea | 30.00 | 1,740.00 |

| | | |
|---|---|---|
| Subtotal HVAC Option 1 | $ | 15,150 |
| Total With Markups | $ | 19,544 |

Note: all options are total price, mark-ups are already included in pricing.

8

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF     85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | $   - | | |
| Subtotal  Sitework - Division 02 | | | | | $   - | $ - |
| **Concrete - Division 03** | | | | $   - | | |
| Subtotal Concrete - Division 03 | | | | | $   - | $ - |
| **Masonry - Division 04** | | | | $   - | | |
| Subtotal Masonry - Division 04 | | | | | $   - | $ - |
| **Metals - Division 05** | | | | $   - | | |
| Subtotal Metals - Division 05 | | | | | $   - | $ - |
| **Wood and Plastics - Division 06** | | | | $   - | | |
| Subtotal Wood and Plastics - Division 06 | | | | | $   - | $ - |
| **Thermal and Moisture Protection - Division 07** | | | | $   - | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $   - | $ - |
| **Doors and Windows - Division 08** | | | | $   - | | |
| Doors and Windows - Division 08 | | | | | $   - | $ - |
| **Interior Construction and Finishes  - Division 09** | | | | $   - | | |

9

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF    85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Sub Total Interior Construction and Finishes - Division 09 | | | | $  - | $ - | |

**Specialties - Division 10**

$  -

Sub Total Specialties - Division 10   $  -   $ -

**Division 13 - Special Construction - Cleaning/Wiping Down**

| Mobilize/Demobilize/Supervision | 85,000 | sf | $ 0.10 | $ 8,500 |
| Cleaning Walls | 202,488 | sfsa | $ 0.30 | $ 60,746 |
| Remove/Clean/Reinstall Ceiling | 85,000 | sf | $ 0.90 | $ 76,500 |
| Replace Damaged Ceiling Tiles (assume 25%) | 21,250 | sf | $ 2.50 | $ 53,125 |
| Cutout/Replace Gyp Ceiling | 2,220 | sf | $ 4.00 | $ 8,880 |
| Cutout/Replace Gyp Walls | 630 | sf | $ 3.00 | $ 1,890 |
| Clean Fire Rated Gyp Above Ceiling | 92,331 | sf | $ 0.12 | $ 11,080 |
| Clean Teachers Desk | 71 | ea | $ 30.00 | $ 2,130 |
| Clean Student Desk and Chair | 671 | ea | $ 16.00 | $ 10,736 |
| Clean Tables | 254 | ea | $ 15.00 | $ 3,810 |
| Clean Plastic Chairs | 1,377 | ea | $ 10.00 | $ 13,770 |
| Clean Cloth Chairs | 131 | ea | $ 10.00 | $ 1,310 |
| Clean Computers | 219 | ea | $ 75.00 | $ 16,425 |
| Clean Media Equipment | 88 | ea | $ 75.00 | $ 6,600 |
| Clean 4 Drawer File Cabinet | 76 | ea | $ 30.00 | $ 2,280 |
| Podium | 10 | ea | $ 35.00 | $ 350 |
| Clean Books | 2,548 | cf | $ 5.00 | $ 12,740 |
| Dispose of Paper Supplies, Miscellaneous | 918 | cf | $ 3.00 | $ 2,754 |
| Clean Misc. Supplies/Hard Surfaces Etc. | 918 | cf | $ 3.00 | $ 2,754 |
| Clean Book Shelves (5x4x2) | 157 | ea | $ 45.00 | $ 7,065 |
| Counter Space | 3,620 | sf | $ 0.20 | $ 724 |
| Fixture Replace - Allowance (20% of Total) | 100 | ea | $ 130.00 | $ 13,000 |
| Miscellaneous Cleaning | 85,000 | sf | $ 0.05 | $ 4,250 |

Subtotal Special Construction - Division 13   $ 321,419   $ 3.78

**Conveying Systems - Division 14**

Sub Total Conveying Systems - Division 14   $ -   $ -

**Plumbing - Division 15**

$  -

Subtotal Plumbing - Division 15   $ -   $ -

Aiken HZMAT

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

|  |  |  | Total SF | 85,000 |  |  |
|---|---|---|---|---|---|---|
| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |

**HVAC - Division 15**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| | | Subtotal HVAC - Division 15 | | $ - | $ - | |

**Electrical - Division 16**

| | | | | $ - | | |
|---|---|---|---|---|---|---|
| | | Subtotal Electrical - Division 16 | | $ - | $ - | |
| | | Subtotal Construction | | $ 321,419 | | |

11

**Aiken Roofing**

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF    85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| | | | $ - | | | |
| Subtotal Sitework - Division 02 | | | | $ - | $ - | |
| **Concrete - Division 03** | | | | | | |
| | | | $ - | | | |
| Subtotal Concrete - Division 03 | | | | $ - | $ - | |
| **Masonry - Division 04** | | | | | | |
| | | | $ - | | | |
| Subtotal Masonry - Division 04 | | | | $ - | $ - | |
| **Metals - Division 05** | | | | | | |
| | | | $ - | | | |
| Subtotal Metals - Division 05 | | | | $ - | $ - | |
| **Wood and Plastics - Division 06** | | | | | | |
| | | | $ - | | | |
| Subtotal Wood and Plastics - Division 06 | | | | $ - | $ - | |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| Inspect Roof Areas/Repair Loose Lap Edges (1 work crew 1 day) | 1 | ls | $ 1,800.00 | $ 1,800 | | |
| Clean Roof Drain Strainers | 1 | ls | $ 500.00 | $ 500 | | |
| **Remove All Coping, Install Flashing, Reinstall Coping** | | | | | | |
| Remove Damaged Precast Coping | 2,250 | lf | $ 1.50 | $ 3,375 | | |
| Install New Flashing | 2,250 | lf | $ 3.30 | $ 7,425 | | |
| Reinstall Existing Coping | 2,250 | lf | $ 2.20 | $ 4,950 | | |
| Add For Replacing Damaged Pieces (assume 5% of total) | 112.50 | lf | $ 45.00 | $ 5,063 | | |
| **Repair Deteriorated Base Flashing At Penetrations and Curbs** | | | | | | |
| Remove Flashing | 2,600 | lf | $ 2.00 | $ 5,200 | | |
| New Flashing | 2,600 | lf | $ 3.50 | $ 9,100 | | |
| Re-Roof/Seal at New Flashing | 2,600 | lf | $ 3.00 | $ 7,800 | | |

1

Aiken Roofing

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | Total SF | 85,000 | | | |
| Miscellaneous Roofing | 1 | ls | $ 5,000.00 | $ 5,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $ 50,213 | $ 0.59 |
| | | | | | | |
| **Doors and Windows - Division 08** | | | | | | |
| | | | | $ - | | |
| Doors and Windows - Division 08 | | | | | $ - | $ - |
| | | | | | | |
| **Interior Construction and Finishes - Division 09** | | | | | | |
| | | | | $ - | | |
| Sub Total Interior Construction and Finishes - Division 09 | | | | | $ - | $ - |
| | | | | | | |
| **Specialties - Division 10** | | | | | | |
| | | | | $ - | | |
| Sub Total Specialties - Division 10 | | | | | $ - | $ - |
| | | | | | | |
| **Division 13 - Special Construction** | | | | | | |
| | | | | $ - | | |
| Subtotal Special Construction - Division 13 | | | | | $ - | $ - |
| | | | | | | |
| **Conveying Systems - Division 14** | | | | | | |
| | | | | $ - | | |
| Sub Total Conveying Systems - Division 14 | | | | | $ - | $ - |
| | | | | | | |
| **Plumbing - Division 15** | | | | | | |
| | | | | $ - | | |
| Subtotal Plumbing - Division 15 | | | | | $ - | $ - |
| | | | | | | |
| **HVAC - Division 15** | | | | | | |

Aiken Roofing

**BROWNSVILLE I.S.D.**
**Aiken Elementary School**
**December 2002**

Total SF          85,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $ - | | | |
| Subtotal HVAC - Division 15 | | | | $ - | $ - | |
| | | | | | | |
| **Electrical - Division 16** | | | | | | |
| | | | $ - | | | |
| Subtotal Electrical - Division 16 | | | | $ - | $ - | |
| | | | | | | |
| Subtotal Construction | | | | $ 50,213 | | |

**ROOFING:  COPING REPAIR OPTIONS**

**Option 1 - Rout out Motar, Install Backer Rod and Sealant**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Rout/Clean Joints | 950 | lf | $ 3.00 | $ 2,850 |
| Install Backer Rod | 950 | lf | $ 1.40 | $ 1,330 |
| Install Sealant Material | 950 | lf | $ 3.30 | $ 3,135 |

**Remove All Coping, Install Flashing, Reinstall Coping (this scope is included in base estimate)**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Damaged Precast Coping | (2,250) | lf | $ 1.50 | $ (3,375) |
| Install New Flashing | (2,250) | lf | $ 3.30 | $ (7,425) |
| Reinstall Existing Coping | (2,250) | lf | $ 2.20 | $ (4,950) |
| Add For Replacing Damaged Pieces (assume 5% of total) | (112.50) | lf | $ 45.00 | $ (5,063) |

| | | |
|---|---|---|
| Subtotal Option 1 | $ | (13,498) |
| **Total With Markups** | **$** | **(17,412)** |

Summary

BROWNSVILLE I.S.D.
Besteiro Middle School
December 2002

## SUMMARY

| Description<br>Area (sf) | Besteiro Sitework<br>159,000 | Besteiro HVAC<br>159,000 | Besteiro HZMAT<br>159,000 | Besteiro Roof<br>159,000 | Total |
|---|---|---|---|---|---|
| 2 Sitework/Demolition | $ 74,375 | $ - | $ - | $ - | $ 74,375 |
| 3 Concrete | $ 62,675 | $ - | $ - | $ - | $ 62,675 |
| 04 Masonry | $ - | $ - | $ - | $ - | $ - |
| 5 Metals | $ - | $ - | $ - | $ - | $ - |
| 6 Wood and Plastic | $ - | $ - | $ - | $ - | $ - |
| 07 Thermal/Moisture | $ - | $ 5,000 | $ - | $ 136,768 | $ 141,768 |
| 08 Doors/Windows | $ - | $ - | $ - | $ - | $ - |
| 9 Finishes | $ - | $ 258,485 | $ - | $ - | $ 258,485 |
| 0 Specialties | $ - | $ - | $ - | $ - | $ - |
| 13 Special Construction | $ - | $ - | $ 546,017 | $ - | $ 546,017 |
| 14 Conveying | $ - | $ - | $ - | $ - | $ - |
| 5 Mechanical (Plumbing) | $ - | $ 8,905 | $ - | $ - | $ 8,905 |
| 5 Mechanical (HVAC) | $ - | $ 934,240 | $ - | $ - | $ 934,240 |
| 16 Electrical | $ - | $ 84,000 | $ - | $ - | $ 84,000 |
| | | | | | $ - |
| **Subtotal Construction** | $ 137,050 | $ 1,290,630 | $ 546,017 | $ 136,768 | $ 2,110,465 |
| General Conditions - 10% | $ 13,705 | $ 129,063 | $ 54,602 | $ 13,677 | $ 211,046 |
| **Subtotal** | $ 150,755 | $ 1,419,693 | $ 600,619 | $ 150,444 | $ 2,321,511 |
| General Contractor OH & Profit 5% | $ 7,538 | $ 70,985 | $ 30,031 | $ 7,522 | $ 116,076 |
| **Subtotal** | $ 158,293 | $ 1,490,678 | $ 630,650 | $ 157,966 | $ 2,437,587 |
| Contingency 10% | $ 15,829 | $ 149,066 | $ 63,065 | $ 15,797 | $ 243,759 |
| **Subtotal** | $ 174,122 | $ 1,639,745 | $ 693,715 | $ 173,763 | $ 2,681,345 |
| Escalation 2% | $ 3,482 | $ 32,795 | $ 13,874 | $ 3,475 | $ 53,827 |
| **Total Project Cost** | $ 177,604 | $ 1,672,540 | $ 707,589 | $ 177,238 | $ 2,734,972 |
| Cost/SF | $ 1.12 | $ 10.52 | $ 4.45 | $ 1.11 | $ 17.20 |

| Grand Total Besteiro | $ 2,734,972 |
|---|---|
| $/SF | 17.20 |

**ROOFING OPTION:**
Option 1 - Rout out Mortar, Install Backer Rod and Sealant  (deduct)     $     (28,854)

**HVAC OPTION:**
Option to convert controls to Bi-Metal Sensors
Besteiro MS  (add to base price)     $     7,416
Aiken ES  (add to base price)     $     19,544

**HVAC OPTION:**
Option - Remove and replace existing rooftop and replace with new units in lieu     $     288,702
of cleaning existing. (add to base price)

Note: all options are total price, mark-ups are already included in pricing.

Summary

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

**ASSUMPTIONS/QUALIFICATIONS:**

1. The General Conditions mark-up is defined as the cost to the General Contractor for performing the work. This cost include job supervision, job trailer, temporary utilities, small tools etc.

2. The mark-up for General Contractor OH and Profit is defined as General home office overhead, insurances, bonds etc.

3. The mark-up for Contingency is solely and estimating contingency due to the schematic/program level of design documentation. This is not a change order contingency. As the work becomes better defined, this percentage will decrease.

4. Price escalation is included in the estimate to the mid point of FY 2004 to allow for design and bidding.

5. Estimate Basis:
   This estimate was created using the EFI assessment report for Besteiro Middle School and Aiken Elementary School.

   The line items for the estimate are reported in "unit costs" which include labor and material in the cost. The line items are developed and priced at the subcontractor level with General Contractor mark-ups added at the bottom line.

   The estimate has been developed in CSI divisions with major scopes of work separated for better definition.

   The estimate is priced using a combination of historical data and RS Means pricing Guides.

6. This estimate pricing assumes the project/scope of work to be bid as one package with full access to the entire school for what ever construction period is required.

7. The estimate does not include any asbestos abatement cost

8. The estimate does not include any lead base paint abatement cost

9. No cost have been added to address code violations or upgrades to the existing building

10. The estimate does not include any cost/fees for relocation of staff/students.

11. The estimate includes detail line items in division 9 for finishing out the library and adjacent computer room including flooring, ceiling, painting, mechanical, electrical, and library book shelves/stacks.

Sitework Besteiro

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF |  | 159,000 |  |
|---|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit** | | **Unit Cost** | **Extension** | **Total** |

**Sitework - Division 02**

**FRONT ENTRY AREA**
**Sitework - Storm Drainage Front Entry**

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| New 16"x16" Inlets w/Sump Boxes | 4 | ea | $ 350.00 | $ 1,400 | |
| Storm Drainage - PVC 8" | 200 | lf | $ 8.00 | $ 1,600 | |
| Trench/Backfill for new Storm Piping | 200 | lf. | $ 4.00 | $ 800 | |
| Storm Drainage - New Lift Station | 1 | ls | $ 3,500.00 | $ 3,500 | |
| Storm Drainage - New Lift Station Discharge to Parking | 1 | ls | $ 1,000.00 | $ 1,000 | |
| Earthwork - Re-Grade/Prep for Concrete | 5,700 | sf | $ 1.00 | $ 5,700 | |
| Patch/Repair Landscape | 1 | ls | $ 1,000.00 | $ 1,000 | |

**Electrical - Front Entry**

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| Electrical - Conduit to Lift Station | 150 | lf | $ 5.50 | $ 825 | |
| Electrical - Motor Connection at Lift Station | 1 | ea | $ 300.00 | $ 300 | |
| Electrical - Trench/Backfill for Conduit | 150 | lf | $ 3.00 | $ 450 | |
| Electrical - Terminations at Existing Panelboard | 1 | ls | $ 200.00 | $ 200 | |

**BACK COURTYARD AREA**
**Sitework - Storm Drainage Courtyard**

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| New 16"x16" Inlets w/Sump Boxes | 2 | ea | $ 350.00 | $ 700 | |
| Storm Drainage - PVC 8" | 100 | lf | $ 8.00 | $ 800 | |
| Trench/Backfill for new Storm Piping | 100 | lf | $ 4.00 | $ 400 | |
| Earthwork - Re-Grade/Prep for Concrete | 4,700 | sf | $ 1.00 | $ 4,700 | |
| Patch/Repair Landscape | 1 | ls | $ 1,000.00 | $ 1,000 | |
| ADA - Allowance for ADA Requirements | 1 | ls | $ 50,000.00 | $ 50,000 | |

|  |  |  | | | |
|---|---|---|---|---|---|
| | **Subtotal Sitework - Division 02** | | | $ | 74,375 |

**Concrete - Division 03**
**Main Entrance Area**

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| Remove Existing Concrete at Main Entry | 5,700 | sf | $ 2.00 | $ 11,400 | |
| New Concrete - Repave Exisiting Area Main Entry | 5,700 | sf | $ 3.50 | $ 19,950 | |
| Miscellaneous Concrete | 1 | ls | $ 1,500.00 | $ 1,500 | |

**Back Courtyard Area**

| Description | Quantity | Unit | Unit Cost | Extension | Total |
|---|---|---|---|---|---|
| Remove Existing Concrete at Back Courtyard | 5,150 | sf | $ 2.00 | $ 10,300 | |
| New Concrete - Repave Exisiting Back Courtyard | 5,150 | sf | $ 3.50 | $ 18,025 | |
| Miscellaneous Concrete | 1 | ls | $ 1,500.00 | $ 1,500 | |

|  |  |  | | | |
|---|---|---|---|---|---|
| | **Subtotal Concrete - Division 03** | | | $ | 62,675 |

|  |  |  | | | |
|---|---|---|---|---|---|
| | **Subtotal Construction** | | | $ | 137,050 |

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF        159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** | | | | | | |
| Subtotal  Sitework - Division 02 | | | | | $     - | $     - |
| **Concrete - Division 03** | | | | | | |
| Subtotal Concrete - Division 03 | | | | | $     - | $     - |
| **Masonry - Division 04** | | | | | | |
| | 0 | sf | $     - | $     - | | |
| Subtotal Masonry - Division 04 | | | | | $     - | $     - |
| **Metals - Division 05** | | | | | | |
| | 0 | sf | $     - | $     - | | |
| Subtotal Metals - Division 05 | | | | | $     - | $     - |
| **Wood and Plastics - Division 06** | | | | | | |
| **Wood and Plastics** | | | | | | |
| Subtotal Wood and Plastics - Division 06 | | | | | $     - | $     - |
| **Thermal and Moisture Protection - Division 07** | | | | | | |
| Miscellaneous Caulk and Seal | 1 | ls | $  5,000.00 | $  5,000 | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $  5,000 | $  0.03 |
| **Doors and Windows - Division 08** | | | | | | |
| Doors and Windows - Division 08 | | | | | $     - | $     - |
| **Interior Construction and Finishes  - Division 09** | | | | | | |
| **Build-out Library Interiors 10,500sf** | | | | | | |
| New Flooring - Carpet | 1,167 | sy | $  24.00 | $  28,000 | | |

5

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF |  | 159,000 |  |  |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Unit | Unit Cost | | Extension | Total | SF |
| New Ceilings - Acoustical Lay-in | 10,500 | sf | $ 2.20 | $ | 23,100 | | |
| New Wall Finishes - Paint (surface area) | 10,500 | sf | $ 1.00 | $ | 10,500 | | |
| New Supply Grilles and Flex | 34 | ea | $ 90.00 | $ | 3,060 | | |
| New Return Grilles | 12 | ea | $ 60.00 | $ | 720 | | |
| Miscellaneous HVAC/Startup/Balance | 10,500 | sf | $ 0.40 | $ | 4,200 | | |
| New Light Fixtures 2x4 Fluorescent | 140 | ea | $ 145.00 | $ | 20,300 | | |
| New Fire Alarm Devices (connect to existing/test) | 1 | ls | $ 3,000.00 | $ | 3,000 | | |
| New Library Casework - Shelves/Stacks | 1 | ls | $ 150,000.00 | $ | 150,000 | | |
| **Build-out Computer Room Interiors 1,500sf** | | | | | | | |
| New Flooring - Carpet | 167 | sy | $ 24.00 | $ | 4,000 | | |
| New Ceilings - Acoustical Lay-in | 1,500 | sf | $ 2.20 | $ | 3,300 | | |
| New Wall Finishes - Paint (surface area) | 1,500 | sf | $ 1.00 | $ | 1,500 | | |
| New Supply Grilles and Flex | 6 | ea | $ 90.00 | $ | 540 | | |
| New Return Grilles | 2 | ea | $ 60.00 | $ | 120 | | |
| Miscellaneous HVAC/Startup/Balance | 1,500 | sf | $ 0.40 | $ | 600 | | |
| New Light Fixtures 2x4 Fluorescent | 21 | ea | $ 145.00 | $ | 3,045 | | |
| New Fire Alarm Devices (connect to existing/test) | 1 | ls | $ 1,000.00 | $ | 1,000 | | |
| Miscellaneous Electrical/Data Connection Work | 1 | ls | $ 1,500.00 | $ | 1,500 | | |
| **Sub Total Interior Construction and Finishes - Division 09** | | | | $ | | 258,485 | $ 1.63 |

**Specialties - Division 10**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | $ | - | |
| **Sub Total Specialties - Division 10** | | | | $ | - | $ - |

**Division 13 - Special Construction**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | $ | - | |
| **Subtotal Special Construction - Division 13** | | | | $ | - | $ - |

**Conveying Systems - Division 14**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Sub Total Conveying Systems - Division 14** | | | | $ | - | $ - | $ - |

**HVAC/Plumbing - Division 15**

**Plumbing**

| Description | Quantity | Unit | Unit Cost | | Extension | Total | SF |
|---|---|---|---|---|---|---|---|
| Disconnect/Remove Condensate Drains | 71 | ea | $ 10.00 | $ | 710 | | |
| New Condensate Drains - Drain to Roof | 71 | ea | $ 45.00 | $ | 3,195 | | |
| Miscellaneous Plumbing Repairs | 1 | ls | $ 5,000.00 | $ | 5,000 | | |
| **Subtotal Plumbing - Division 15** | | | | $ | | 8,905 | $ 0.06 |

Bestairo HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF |  | 159,000 |  |  |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Unit | | Unit Cost | Extension | Total | SF |

**HVAC**

**Classroom Area Remove Replace RTU/Ducts/Grilles**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Disconnect Existing RTU's | 36 | ea | $ 75.00 | $ 2,700 |
| Hoist/Remove Existing RTU's | 36 | ea | $ 125.00 | $ 4,500 |
| Remove Existing Ductwork/Grilles | 36 | ea | $ 350.00 | $ 12,600 |
| Remove Existing Ductwork/Grilles - Existing RTUs | 35 | ea | $ 200.00 | $ 7,000 |
| New Diffusers /w Flex | 432 | ea | $ 80.00 | $ 34,560 |
| New RTU - 2 ton | 1 | ea | $ 2,800.00 | $ 2,800 |
| Reconfigure Ductwork at Existing RTUs | 35 | ea | $ 4,800.00 | $ 168,000 |
| Rebalance Ductwork | 71 | clsr | $ 500.00 | $ 35,500 |
| Haul/Dispose | 1 | ls | $ 2,100.00 | $ 2,100 |

**New Outside Air Pre-Treatment Units w/Corrosion Coating**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Air Handler - OA Pre-Treater 6225 CFM w/ Corr. Coat | 1 | ea | $ 24,277.50 | $ 24,278 |
| Air Handler - OA Pre-Treater 4500 CFM w/ Corr. Coat | 1 | ea | $ 17,550.00 | $ 17,550 |
| Air Handler - OA Pre-Treater 3375 CFM w/ Corr. Coat | 1 | ea | $ 13,162.50 | $ 13,163 |
| Air Handler - OA Pre-Treater 5100 CFM w/Corr. Coat | 1 | ea | $ 19,890.00 | $ 19,890 |
| Air Handler - OA Pre-Treater 4725 CFM w/ Corr. Coat | 1 | ea | $ 18,427.50 | $ 18,428 |
| Air Handler - OA Pre-Treater 3375 CFM w/ Corr. Coat | 1 | ea | $ 13,162.50 | $ 13,163 |
| Hoist/Set Equipment | 6 | ea | $ 80.00 | $ 480 |
| Roof Curbs/Supports | 6 | ea | $ 400.00 | $ 2,400 |
| Pretreatment Duct for Classrooms 01-116 | 17 | ea | $ 1,100.00 | $ 18,700 |
| Pretreatment Duct for Classrooms 117/Workrooms | 28 | ea | $ 1,100.00 | $ 30,800 |
| Pretreatment Duct for Classrooms 124-130 | 7 | ea | $ 1,100.00 | $ 7,700 |
| Pretreatment Duct for Classrooms 201-214 | 14 | ea | $ 1,100.00 | $ 15,400 |
| Pretreatment Duct for Classrooms 215-227 | 32 | ea | $ 1,100.00 | $ 35,200 |
| Pretreatment Duct for Classrooms 228-236 | 8 | ea | $ 1,100.00 | $ 8,800 |

**Boys and Girl Locker Area**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Existing Units | 2 | ea | $ 450.00 | $ 900 |
| New RTU at Locker Rooms 2500 CFM | 2 | ea | $ 7,000.00 | $ 14,000 |
| Replace Flex Duct to Diffusers | 15 | ea | $ 45.00 | $ 675 |
| Clean Exisiting Ductwork | 1 | ls | $ 650.00 | $ 650 |
| Clean Existing Diffusers | 15 | ea | $ 18.00 | $ 270 |
| Rebalance Duct Systems | 2 | ea | $ 450.00 | $ 900 |
| Hoist/Set Equipment | 2 | ea | $ 80.00 | $ 160 |
| Roof Curbs/Supports | 2 | ea | $ 400.00 | $ 800 |
| Haul/Dispose | 1 | ls | $ 200.00 | $ 200 |

**Lobby/Commons/Principal/Counsiers**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Existing Units | 4 | ea | $ 450.00 | $ 1,800 |
| New RTU 4 ton | 3 | ea | $ 5,500.00 | $ 16,500 |
| New RTU 12.5 ton | 1 | ea | $ 18,000.00 | $ 18,000 |
| Replace Flex Duct to Diffusers | 20 | ea | $ 45.00 | $ 900 |
| Clean Exisiting Ductwork | 1 | ls | $ 850.00 | $ 850 |
| Clean Existing Diffusers | 20 | ea | $ 18.00 | $ 360 |
| Hoist/Set Equipment | 2 | ea | $ 80.00 | $ 160 |
| Roof Curbs/Supports | 2 | ea | $ 400.00 | $ 800 |
| Rebalance Duct Systems | 4 | ea | $ 450.00 | $ 1,800 |
| Haul/Dispose | 1 | ls | $ 400.00 | $ 400 |

**Vocal Music/Band Room**

| Description | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|
| Remove Existing Units | 2 | ea | $ 450.00 | $ 900 |

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF          159,000

| Description | Quantity | Unit | | Unit Cost | | Extension | Total | SF |
|---|---|---|---|---|---|---|---|---|
| New RTU 4 ton | 1 | ea | $ | 5,500.00 | $ | 5,500 | | |
| New RTU 5 ton | 1 | ea | $ | 6,000.00 | $ | 6,000 | | |
| Replace Flex Duct to Diffusers | 15 | ea | $ | 45.00 | $ | 675 | | |
| Clean Existing Ductwork | 1 | ls | $ | 650.00 | $ | 650 | | |
| Clean Existing Diffusers | 15 | ea | $ | 18.00 | $ | 270 | | |
| Hoist/Set Equipment | 2 | ea | $ | 80.00 | $ | 160 | | |
| Roof Curbs/Supports | 2 | ea | $ | 400.00 | $ | 800 | | |
| Rebalance Duct Systems | 2 | ea | $ | 450.00 | $ | 900 | | |
| Haul/Dispose | 1 | ls | $ | 200.00 | $ | 200 | | |
| **Classroom Areas** | | | | | | | | |
| Clean Existing Classroom RTU's | 36 | ea | $ | 120.00 | $ | 4,280 | | |
| Clean Remaining Verticle Ductwork Risers | 1,296 | lf | $ | 2.50 | $ | 3,240 | | |
| **Gymnasium** | | | | | | | | |
| Clean Coils, Pans, Mixing Sections | 4 | ea | $ | 1,200.00 | $ | 4,800 | | |
| New Thermostats/Control Staging/Conduit/Wire | 4 | ea | $ | 1,800.00 | $ | 7,200 | | |
| Rebalance Duct Systems | 4 | ea | $ | 650.00 | $ | 2,600 | | |
| **Cafeterium/Kitchen** | | | | | | | | |
| Clean Coils, Pans, Mixing Sections | 4 | ea | $ | 1,200.00 | $ | 4,800 | | |
| New Thermostats/Control Staging/Conduit/Wire | 4 | ea | $ | 1,800.00 | $ | 7,200 | | |
| Rebalance Duct Systems | 4 | ea | $ | 650.00 | $ | 2,600 | | |
| **Library** | | | | | | | | |
| Repair Existing 40-ton RTU | 1 | allow | $ | 7,500.00 | $ | 7,500 | | |
| **Temperature Controls** | | | | | | | | |
| New DDC Temperature Controls - Complete System | 159,000 | sf | $ | 1.50 | $ | 238,500 | | |
| **Patch/Repair Adjacent Finishes in Path of Construction** | | | | | | | | |
| Flooring - Assume no Floor Patching Required | | | | | | | | |
| Patch/Cap Penetrations at Removed RTU's | 36 | ea | $ | 225.00 | $ | 8,100 | | |
| Wall Repair - Due to penetrations | 159,000 | sf | $ | 0.45 | $ | 71,550 | | |
| | | **Subtotal HVAC - Division 15** | | | | $ | 934,240 | $ 5.88 |

**Electrical - Division 16**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Electrical Demolition** | | | | | | | | |
| Disconnect Existing RTU's Electrical | 36 | ea | $ | 75.00 | $ | 2,700 | | |
| Remove Conduit/Cable to RTUs | 5,400 | lf | $ | 1.50 | $ | 8,100 | | |
| Remove Breakers | 42 | ea | $ | 25.00 | $ | 1,050 | | |
| **Panelboards and Equipment** | | | | | | | | |
| Miscellaneous Recircuiting at Panelboards | 1 | ls | $ | 10,000.00 | $ | 10,000 | | |
| **Conduit and Wire** | | | | | | | | |
| Electrical Connection - New OA Units | 6 | ea | $ | 450.00 | $ | 2,700 | | |
| Electrical Connection - Locker Room Units | 2 | ea | $ | 450.00 | $ | 900 | | |
| Electrical Connection - Lobby/Commons | 4 | ea | $ | 450.00 | $ | 1,800 | | |

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF         159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Electrical Connection - Music/Band | 2 | ea | $ 450.00 | $ 900 | | |
| Conduit - New OA Units | 1,500 | lf | $ 4.60 | $ 6,900 | | |
| Conduit - New Locker Units | 500 | lf | $ 4.60 | $ 2,300 | | |
| Conduit - New Lobby/Commons | 1,000 | lf | $ 4.60 | $ 4,600 | | |
| Conduit - New Music/Band | 500 | lf | $ 4.60 | $ 2,300 | | |
| **Systems** | | | | | | |
| Fire Alarm - Test/Adjust | 159,000 | sf | $ 0.15 | $ 23,650 | | |
| Public Address - Test/Adjust | 159,000 | sf | $ 0.10 | $ 15,900 | | |

Subtotal Electrical - Division 16         $ 84,000   $ .53

Subtotal Construction         $ 1,290,630

| HVAC CONTROLS OPTION:  (Add to Base Price) |
|---|

Option 1 - To Replace Existing Thermostats on Existing EMS System With Bi-Metal
No Local Control Type Sensor. (This occurs at Besteiro Wing A only.  New Sensors for balance of
building are included in scope above.)

| | | | | | |
|---|---|---|---|---|---|
| Remove Existing Thermostat | 18.00 | ea | 20.00 | 360.00 | |
| New Bi-Metal Sensor | 18.00 | ea | 175.00 | 3,150.00 | |
| System Check/Recalibrate for New Sensors | 1.00 | ls | 800.00 | 800.00 | |
| Miscellaneous Control Wiring Changes | 18.00 | ea | 50.00 | 900.00 | |
| Miscellaneous Patch/Repair Adjacent Finishs at | 18.00 | ea | 30.00 | 540.00 | |
| Thermostat Replacement | | | | | |

| Subtotal HVAC Option 1 | $ | 5,750 |
|---|---|---|
| Total With Markups | $ | 7,418 |

TOTAL HVAC OPTION 1 FOR CONTROLS AT BOTH SCHOOLS

| TOTAL HVAC OPTION 1 | | |
|---|---|---|
| BESTEIRO | $ | 7,418 |
| AKIEN | $ | 19,544 |
| TOTAL | $ | 26,961 |

| HVAC OPTION TO REPLACE 36 EXISTING ROOFTOP UNITS - (Add to Base Price) |
|---|

Option - Remove and replace existing rooftop and replace with new units in lieu of cleaning existing.
(New Package Units to incorporate coating material to inhibit corrosion.)

Besteiro HVAC

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF |  | 159,000 |  |  |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Unit | | Unit Cost | Extension | Total | SF |
| Disconnect Existing RTU's | 36 | ea | $ | 75.00 | $ 2,700 | | |
| Hoist/Remove Existing RTU's | 36 | ea | $ | 125.00 | $ 4,500 | | |
| New Rooftop Package Units - w/Corrosion Coating | 36 | ea | | 5,300.00 | 190,800.00 | | |
| New Electrical Connection - Disconnect | 36 | ea | | 450.00 | 16,200.00 | | |
| Miscellaneous Control Wiring Changes | 36 | ea | | 100.00 | 3,600.00 | | |
| Patch/Roofing at New Units | 36 | ea | | 450.00 | 16,200.00 | | |
| Clean Existing Classroom RTU's | (36) | ea | $ | 120.00 | $ (4,260) | | |
| Clean Remaining Verticle Ductwork Risers | (1,296) | lf | $ | 2.50 | $ (3,240) | | |

| Subtotal HVAC Option 1 | $ | 223,800 |
|---|---|---|
| Total With Markups | $ | 288,702 |

Note: all options are total price, mark-ups are already included in pricing.

Besteiro Hzmat

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  |  | Total SF | 159,000 |  |  |
|---|---|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit** | **Unit Cost** | **Extension** |  | **Total** | **SF** |
| **Sitework - Division 02** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal  Sitework - Division 02 |  |  | $ - | $ - |
| **Concrete - Division 03** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal Concrete - Division 03 |  |  | $ - | $ - |
| **Masonry - Division 04** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal Masonry - Division 04 |  |  | $ - | $ - |
| **Metals - Division 05** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal Metals - Division 05 |  |  | $ - | $ - |
| **Wood and Plastics - Division 06** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal Wood and Plastics - Division 06 |  |  | $ - | $ - |
| **Thermal and Moisture Protection - Division 07** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Subtotal Thermal and Moisture Protection - Division 07 |  |  | $ - | $ - |
| **Doors and Windows - Division 08** |  |  |  |  |  |  |  |
|  |  |  |  | $ - |  |  |  |
|  |  |  | Doors and Windows - Division 08 |  |  | $ - | $ - |
| **Interior Construction and Finishes  - Division 09** |  |  |  |  |  |  |  |

Besteiro Hzmat

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF         159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $    - | | | |
| Sub Total Interior Construction and Finishes - Division 09 | | | | $    - | $ - | |

**Specialties - Division 10**

| | | | $    - | | | |
| Sub Total Specialties - Division 10 | | | | $    - | $ - | |

**Division 13 - Special Construction - Cleaning/Wiping Down**

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| Mobilize/Demobilize/Supervision | 159,000 | sf | $    0.08 | $    12,720 | | |
| Cleaning Walls | 230,552 | sfsa | $    0.15 | $    34,563 | | |
| Remove/Replace Ceilings - Acoustical | 119,545 | sf | $    2.80 | $    334,726 | | |
| Cut/Remove/Replace FR Gyp Ceiling | 1,470 | sf | $    4.00 | $    5,880 | | |
| Cut/Remove/Replace FR Gyp Walls | 50 | sf | $    3.00 | $    150 | | |
| Clean Fire Rated Gyp Above Ceiling | 119,545 | sf | $    0.12 | $    14,345 | | |
| Clean Teachers Desk | 129 | ea | $    30.00 | $    3,870 | | |
| Clean Student Desk and Chair | 1,449 | ea | $    16.00 | $    23,184 | | |
| Clean Tables | 279 | ea | $    15.00 | $    4,185 | | |
| Clean Plastic Chairs | 1,144 | ea | $    10.00 | $    11,440 | | |
| Clean Cloth Chairs | 107 | ea | $    10.00 | $    1,070 | | |
| Clean Computers - Wipe/Vac | 224 | ea | $    35.00 | $    7,840 | | |
| Clean Media Equipment - Wipe/Vac | 95 | ea | $    35.00 | $    3,325 | | |
| Clean 4 Drawer File Cabinet | 116 | ea | $    25.00 | $    2,900 | | |
| Clean 2 Drawer File Cabinet | 15 | ea | $    15.00 | $    225 | | |
| Clean Books | 3,160 | cf | $    4.50 | $    14,220 | | |
| Dispose of Paper Supplies, Miscellaneous | 1,250 | cf | $    3.00 | $    3,750 | | |
| Clean Misc. Supplies/Hard Surfaces Etc. | 1,088 | cf | $    3.00 | $    3,264 | | |
| Clean Book Shelves (5x4x1) | 105 | ea | $    45.00 | $    4,725 | | |
| Clean Media Carts | 97 | ea | $    20.00 | $    1,940 | | |
| Fixture Replace - Allowance (20% of Total) | 398 | ea | $    130.00 | $    51,675 | | |
| Miscellaneous Cleaning | 60,000 | sf | $    0.10 | $    6,000 | | |
| Subtotal Special Construction - Division 13 | | | | $    546,017 | $ 3.43 | |

**Conveying Systems - Division 14**

| | | | | | | |
|---|---|---|---|---|---|---|
| Sub Total Conveying Systems - Division 14 | | | | $    - | $ - | |

**Plumbing - Division 15**

Besteiro Hzmat

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

| | | Total SF | 159,000 | | |
|---|---|---|---|---|---|

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| | | | $        - | | |
| | | Subtotal Plumbing - Division 15 | | $      - | $  - |
| | | | | | |
| **HVAC - Division 15** | | | | | |
| | | | $        - | | |
| | | Subtotal HVAC - Division 15 | | $      - | $  - |
| | | | | | |
| **Electrical - Division 16** | | | | | |
| | | | $        - | | |
| | | Subtotal Electrical - Division 16 | | $      - | $  - |
| | | | | | |
| | | Subtotal Construction | | $   546,017 | |

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF | 159,000 |  |  |
|---|---|---|---|---|---|---|

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|
| **Sitework - Division 02** |  |  |  |  |  |  |
|  |  |  | $ - |  |  |  |
|  |  | Subtotal Sitework - Division 02 |  |  | $ - | $ - |
| **Concrete - Division 03** |  |  |  |  |  |  |
|  |  |  | $ - |  |  |  |
|  |  | Subtotal Concrete - Division 03 |  |  | $ - | $ - |
| **Masonry - Division 04** |  |  |  |  |  |  |
|  |  |  | $ - |  |  |  |
|  |  | Subtotal Masonry - Division 04 |  |  | $ - | $ - |
| **Metals - Division 05** |  |  |  |  |  |  |
|  |  |  | $ - |  |  |  |
|  |  | Subtotal Metals - Division 05 |  |  | $ - | $ - |
| **Wood and Plastics - Division 06** |  |  |  |  |  |  |
|  |  |  | $ - |  |  |  |
|  |  | Subtotal Wood and Plastics - Division 06 |  |  | $ - | $ - |
| **Thermal and Moisture Protection - Division 07** |  |  |  |  |  |  |
| Redistribute Aggregate Surfacing at 6 Areas | 600 | sf | $ 3.00 | $ 1,800 |  |  |
| Repair Roof Blister | 100 | sf | $ 6.50 | $ 650 |  |  |
| Clean Roof Strainers (assume 30 total strainers) | 30 | ea | $ 45.00 | $ 1,350 |  |  |
| Install New Roof Drain |  |  |  |  |  |  |
| Core/Cut Roof for Drain | 1 | ea | $ 150.00 | $ 150 |  |  |
| Roof Drain | 1 | ea | $ 145.00 | $ 145 |  |  |
| Drain Leader Piping | 100 | lf | $ 18.00 | $ 1,800 |  |  |
| Connect To Existing Roof Drain System | 1 | ea | $ 350.00 | $ 350 |  |  |
| Re-Roof/Seal at Roof Drain Penetration | 1 | ea | $ 350.00 | $ 350 |  |  |
| Install New Thru-Wall Scupper |  |  |  |  |  |  |
| Core/Cut Parapet for Scupper | 1 | ea | $ 150.00 | $ 150 |  |  |
| New Scupper Drain | 1 | ea | $ 75.00 | $ 75 |  |  |
| Flash/Seal at New Scupper | 1 | ea | $ 200.00 | $ 200 |  |  |
| Replace Damaged/Missing Roof Strainers | 2 | ea | $ 175.00 | $ 350 |  |  |

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

| Description | Quantity | Unit | | Unit Cost | | Extension | Total | SF |
|---|---|---|---|---|---|---|---|---|
| | | | | Total SF | 159,000 | | | |
| | | | | | | | | |
| **Precast Coping Flashing Assembly** | | | | | | | | |
| Remove Damaged Precast Coping | 4 | ea | $ | 75.00 | $ | 300 | | |
| Install New Precast Coping | 4 | ea | $ | 205.00 | $ | 820 | | |
| Flash/Caulk/Seal | 4 | ea | $ | 65.00 | $ | 260 | | |
| | | | | | | | | |
| **Repair Cracks at Parapet** | | | | | | | | |
| Clean/Prep Cracks at Parapet Locations | 50 | ea | $ | 30.00 | $ | 1,500 | | |
| Caulk/Seal Cracks at Parapet Locations | 50 | ea | $ | 45.00 | $ | 2,250 | | |
| | | | | | | | | |
| **Remove All Coping, Install Flashing, Reinstall Coping** | | | | | | | | |
| Remove Damaged Precast Coping | 3,750 | lf | $ | 1.50 | $ | 5,625 | | |
| Install New Flashing | 3,750 | lf | $ | 3.30 | $ | 12,375 | | |
| Reinstall Existing Coping | 3,750 | lf | $ | 2.20 | $ | 8,250 | | |
| Add For Replacing Damaged Pieces (assume 5% of total) | 187.50 | lf | $ | 45.00 | $ | 8,438 | | |
| | | | | | | | | |
| **Replace Exterior Wall & Parapet Wall Expansion Joint Sealant Material** | | | | | | | | |
| Rout/Clean Joints | 2,600.00 | lf | $ | 2.50 | $ | 6,500.00 | | |
| Install Backer Rod | 2,600.00 | lf | $ | 1.00 | $ | 2,600.00 | | |
| Install Sealant Material | 2,600.00 | lf | $ | 2.80 | $ | 7,280.00 | | |
| | | | | | | | | |
| **Cutout and Replace Sealant at Top of Counter Flashing** | | | | | | | | |
| Clean Joints at Counter Flashing | 4,750.00 | lf | $ | 0.60 | $ | 2,850.00 | | |
| Install Sealant Material | 4,750.00 | lf | $ | 1.20 | $ | 5,700.00 | | |
| | | | | | | | | |
| **Repair Deteriorated Base Flashing At Penetrations and Curbs** | | | | | | | | |
| Remove Flashing | 750 | lf | $ | 2.00 | $ | 1,500 | | |
| New Flashing | 750 | lf | $ | 3.50 | $ | 2,625 | | |
| Re-Roof/Seal at New Flashing | 750 | lf | $ | 3.00 | $ | 2,250 | | |
| | | | | | | | | |
| **Re-Flash Roof Expansion Joint/Parapet Wall Terminations** | | | | | | | | |
| Re-Flash Roof Expansion Joint/Parapet Wall | 8 | ea | $ | 250.00 | $ | 2,000 | | |
| | | | | | | | | |
| **Replace Roof Expansion Joint at Wing B (2 @ 35lf ea)** | | | | | | | | |
| Cut/Remove Existing Expansion Joint | 70 | lf | $ | 3.00 | $ | 210 | | |
| New Expansion Joint | 70 | lf | $ | 17.00 | $ | 1,190 | | |
| Re-Roof/Seal New Expansion Joint | 70 | lf | $ | 5.00 | $ | 350 | | |
| | | | | | | | | |
| **Address Pipe Supports Bearing Directly on Aggregate (assume 110 ea)** | | | | | | | | |
| Raise Pipe Support | 110 | ea | $ | 25.00 | $ | 2,750 | | |
| Install Base Material Under Pipe Support | 110 | ea | $ | 175.00 | $ | 19,250 | | |
| | | | | | | | | |
| Repair Damaged Exhaust Fan | 1 | ls | $ | 500.00 | $ | 500 | | |
| | | | | | | | | |
| Properly Flash Antenna Into Roof System | 3 | legs | $ | 75.00 | $ | 225 | | |
| | | | | | | | | |
| Remove Abandoned Equipment and Debris | 159,000 | sf | $ | 0.20 | $ | 31,800 | | |
| | | | | | | | | |
| Subtotal Thermal and Moisture Protection - Division 07 | | | | | $ | 136,768 | $ | 0.86 |

Doors and Windows - Division 08

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

Total SF       159,000

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|

$  -

Doors and Windows - Division 08                                        $   -    $   -

**Interior Construction and Finishes  - Division 09**

$   -

Sub Total Interior Construction and Finishes  - Division 09        $   -    $   -

**Specialties - Division 10**

$   -

Sub Total Specialties - Division 10                                   $   -    $   -

**Division 13 - Special Construction**

$   -

Subtotal Special Construction - Division 13                          $   -    $   -

**Conveying Systems - Division 14**

$   -

Sub Total Conveying Systems - Division 14                            $   -    $   -

**Plumbing - Division 15**

$   -

Subtotal Plumbing - Division 15                                       $   -    $   -

**HVAC - Division 15**

$   -

Subtotal HVAC - Division 15                                           $   -    $   -

**Electrical - Division 16**

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

|  |  |  | Total SF | 159,000 |  |  |  |
|---|---|---|---|---|---|---|---|

| Description | Quantity | Unit | Unit Cost | Extension | Total | SF |
|---|---|---|---|---|---|---|

|  |  |  |  | $      - |  |  |
| Subtotal Electrical - Division 16 |  |  |  |  | $      - | $    - |

| Subtotal Construction |  |  |  | $   136,768 |

Besteiro Roofing

**BROWNSVILLE I.S.D.**
**Besteiro Middle School**
**December 2002**

| | | | | Total SF | | 159,000 | | |
| Description | Quantity | Unit | | Unit Cost | | Extension | Total | SF |
|---|---|---|---|---|---|---|---|---|

**ROOFING: COPING REPAIR OPTIONS**

**Option 1 - Rout out Motar, Install Backer Rod and Sealant**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rout/Clean Joints | 1,600 | lf | $ | 3.00 | $ | 4,800 | |
| Install Backer Rod | 1,600 | lf | $ | 1.40 | $ | 2,240 | |
| Install Sealant Material | 1,600 | lf | $ | 3.30 | $ | 5,280 | |

**Remove All Coping, Install Flashing, Reinstall Coping (this scope is included in base estimate)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Remove Damaged Precast Coping | (3,750) | lf | $ | 1.50 | $ | (5,625) | |
| Install New Flashing | (3,750) | lf | $ | 3.30 | $ | (12,375) | |
| Reinstall Existing Coping | (3,750) | lf | $ | 2.20 | $ | (8,250) | |
| Add For Replacing Damaged Pieces (assume 5% of total) | (187.50) | lf | $ | 45.00 | $ | (8,438) | |

| | | |
|---|---|---|
| Subtotal Option 1 | $ | (22,368) |
| **Total With Markups** | **$** | **(28,854)** |