IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT. | §<br>§ | |

**AFFIDAVIT**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared **Daniel W. Bridge**, Ph.D., C.I.H., C.R.M.I., C.E.P., who, being duly sworn upon his oath according to law, did depose and state the following:

1. "My name is Daniel Bridge. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I am a Certified Industrial Hygienist. By reason of my employment as a Senior Consultant with Rimkus Consulting Group and my investigation and assessment of Aiken Elementary School ("Aiken") beginning on or around July 1, 1999, I have personal knowledge of the facts set forth in this affidavit, including the exhibits hereto, and those facts are true and correct.

2. Attached as **Exhibit A** to this affidavit and incorporated herein by reference is a true and correct copy of my current resume, which identifies my qualifications for the findings, opinions, and conclusions offered in connection with my investigation and assessment of Aiken.

3. Attached as **Exhibit B** to this affidavit and incorporated herein by reference is a true and correct copy of my report, which sets forth the basis for my findings, opinions, and conclusions in connection with Aiken. The factual statements set out in my report are true and correct.

4. I am qualified to give opinions regarding my environmental assessment, evaluation and sampling of Aiken, as set forth in my resume. I have a Bachelor of Science degree from Southern Illinois University in Geography (Environmental Science). I also have a Masters degree from Miami University in Geography (Environmental Science). I received a Ph.D. from State University of New York,

Oneonta, in Geography (Environmental Science). I am a Certified Industrial Hygienist by the American Board of Industrial Hygiene (Cert. No. 11718). I am also a Certified Environmental Professional by the National Association of Environmental Professionals (Cert. No. 04766). From 1975-1976 I taught undergraduate courses in Environmental Science at Columbia University. I have specialized knowledge that will assist the trier of fact to understand the evidence.

5.  I have particular expertise and experience in the area of industrial hygiene, environmental assessments of buildings, and related matters. I have used methods acceptable in these specialized fields for reaching my findings, conclusions and opinions in this matter, as set out in Exhibit B. I have inspected and sampled Aiken, and have reviewed the results of the laboratory analysis of these samples conducted by Aerotech Laboratories, Inc. These activities, as well as those mentioned in my report, form the basis of my report, as further set out in Exhibit B."

Further Affiant sayeth not.

_____
Daniel W. Bridge

SUBSCRIBED AND SWORN to before me on this the __21st__ day of April, 2005.

_____
Notary Public, State of Texas



TIFFANEY DARLENE KELLEY
MY COMMISSION EXPIRES
June 21, 2006




### DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.
### PROJECT MANAGER

Dr. Bridge holds B.S., M.A., and Ph.D. degrees in the environmental and earth science field and is a certified industrial hygienist (CIH). Since graduating from Southern Illinois University in 1975, he has served as a senior consultant, focusing on industrial hygiene exposure issues and indoor air quality issues. He has provided expert testimony and written many reports related to industrial hygiene and environmental investigations.

Dr. Bridge specializes in mold and bacteria sampling and assessment, indoor air pollution, chemical exposure, cause and origin of site pollution, contaminants in soil, air, and water, and related remediation issues. He has completed many investigations of mold contamination to commercial and residential buildings, indoor and outdoor air pollution, worker exposure, and contaminated waste sites. Dr. Bridge has designed and conducted exposure assessment experiments. He has published articles on indoor air quality issues. He holds a patent on the design of a hazardous waste storage vault and has published papers on hazardous waste remediation.

### EDUCATION AND PROFESSIONAL ASSOCIATIONS

Ph.D. - Geography (Environmental and Earth Science) - Southern Illinois University, Carbondale, Illinois
M.A. - Geography (Environmental and Earth Science) - Miami University, Ohio
B.S. - Geography (Environmental and Earth Science) - State University of New York, Oneonta
Certified Industrial Hygienist – (Cert. No. 11718) (American Board of Industrial Hygiene)
Certified Environmental Professional (Cert. No. 04766) (National Association of Environmental Professionals)
Licensed Mold Assessment Consultant (Texas License No. MAC0171)
OSHA 40-Hour HAZWOPER Training (in-house coordinator for Rimkus Consulting Group, Inc.)
Accredited Asbestos Inspector (AHERA/EPA), 1990
Recent Professional Courses:

| | | |
|---|---|---|
| | 2004 | Introductory Mycology for Industrial Hygienists (16 hours) American Industrial Hygiene Association |
| | 2003 | Microorganisms in Indoor Air: Health Complaints, Sampling Strategies, and Interpretation (8 hours) American Industrial Hygiene Association |
| | 2002 | What Industrial Hygienists Need to Know About Building & Construction to Identify And Resolve IEQ Problems ( 8 hrs) American Industrial Hygiene Association |
| | 2000 | Assessment, Remediation and Prevention of Mold Growth in Buildings (20 hrs) USEPA Region 3 |
| | 2000 | Developing Remediation Strategy and Writing Specifications for a Building Mold Remediation Project (16 hrs) US EPA Region 3 |
| | 2000 | Investigating, Sampling, Identifying, and Assessing Biological and Microbiological Contamination in the Indoor Environment (16 hrs) US EPA Region 3 |
| | 2000 | Strategies for Conducting Meaningful Microbial Investigations (16 hrs) (American Indoor Air Quality Council) |
| | 1999 | Indoor Air Quality (8 hrs) (American Industrial Hygiene Association) |
| | 1999 | Indoor Air Quality Solutions (4 hrs) (American Industrial Hygiene Association) |
| | 1999 | Asthma and Allergen Control (16 hrs) (University of Tulsa) |
| | 1998 | Guidelines for the Determination, Remediation, and Prevention of biological contamination in Indoor Environments (16 hrs) (American Industrial Hygiene Association) |
| | 1997 | Indoor Air Quality (8hrs) (University of Texas – Houston) |
| Diplomate: | | American Board of Industrial Hygiene |
| Member: | | American Industrial Hygiene Association |
| | | American Indoor Air Quality Council |
| | | National Association of Environmental Professionals |
| | | Texas Association of Environmental Professionals (Board Member, 1993) |
| | | Indoor Environmental Standards Organization, Certified Mold Instructor, Advisory Board (2003), |

HOUSTON   DALLAS/FT. WORTH   MC ALLEN   SAN ANTONIO   CORPUS CHRISTI   AUSTIN   NEW ORLEANS
ATLANTA   CHICAGO   TAMPA   FT. LAUDERDALE   ORLANDO   LAS VEGAS   DENVER   PHOENIX   ZURICH


EXHIBIT "A"

**DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.**
Standards Development Sub-Committee (2003)

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1989 - Present | Rimkus Consulting Group, Inc. |
| 1988-1989 | Jacobs Engineering Group, Inc. |
| 1986-1988 | Hazco International (Chemical Waste Management) |
| 1985-1986 | S & B Engineers, Inc. |
| 1980-1985 | Rollins Environmental Services, Inc. |
| 1977-1979 | U.S. Department of Agriculture |
| 1976-1977 | University of Louisville |
| 1975-1976 | Columbia University |

## DETAILED PROFESSIONAL EXPERIENCE:

### RIMKUS CONSULTING GROUP, INC.                                           1989-Present

#### Project Manager

Project manager for over 100 investigations. Provides litigation support for industrial hygiene cases, worker exposure cases and cases involving microbial, hazardous, and toxic substances. Develops extensive cost estimates for a wide range of environmental remediation projects. Performs sampling investigations and laboratory testing to reconstruct pollution events, such as underground storage tank leaks, industrial chemical exposures, leaks during oil and gas exploration/production, contaminated drinking water, and air contaminants (i.e., hydrocarbons, airborne mold, formaldehyde, smoke gases and particulates, etc.). Projects have involved investigation of mold, bacteria (including Legionella), air pollution exposures, contaminated warehouses, indoor air pollution, hazardous waste landfills, underground storage tanks (UST's), PCB's, asbestos, groundwater contamination, surface water contamination and soil contamination.

### JACOBS ENGINEERING GROUP, INC.                                          1988-1989

#### Manager of Environmental Division

Manager of environmental projects. Directly responsible for managing activities of environmental scientists/engineers in environmental design, permitting, and site assessments. Served as project manager for design of pollution prevention programs, risk assessment, remediation planning and cost estimates for superfund remediations.

### HAZCO INTERNATIONAL (CHEMICAL WASTE MANAGEMENT)                         1986-1988

#### Regional Director

Director of environmental activities in four-state region. Responsible for managing technical group that performed tightness testing on underground storage tanks (UST's) and environmental group providing regulatory consulting services to clients. Supervised programs investigating asbestos exposure and employee Hazardous Communications (Right-To-Know) Training.

### S & B ENGINEERS, INC.                                                   1985-1986

#### Manager of Business Development, Environmental Department

Responsible for writing and presenting environmental project proposals to private clients and government agencies. Worked with environmental professionals in summarizing project work and communicating company capabilities to potential clients. Projects were primarily groundwater investigations and environmental site assessments. Coordinated joint-venture proposals with other environmental companies. Participated in completing environment permit applications for clients.

**DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.**

**ROLLINS ENVIRONMENTAL SERVICES, INC.**                                    **1980-1985**

Senior Project Manager

Participated in developing standard operating procedures for one of the nation's first private hazardous waste remediation divisions. Responsible for planning and managing hazardous waste site remediation projects. The projects included PCB contaminated soil, buried drums, surface impoundments, asbestos removal, underground storage tanks, superfund assessments, site closures, and emergency response remediation. Responsible for performing initial site inspections, writing proposals, managing projects with field supervisors, completing final paperwork and communicating with client and agencies to ensure all concerns were addressed.

**U.S. DEPARTMENT OF AGRICULTURE**                                    **1977-1979**

Group Leader at L.B.J. Space Center (LACIE Project)

The Large Area Crop Inventory Experiment (LACIE) Project involved the use of LANDSAT satellite data and ground meteorological data to estimate Soviet Crop Production. This was a joint effort between NASA, USDA, and NOAA. Projects involved design and implementation of soil moisture prediction models and crop production models.

**UNIVERSITY OF LOUISVILLE**                                    **1976-1977**

Assistant Professor

Graduate student advisor. Taught undergraduate courses in Air Photo Interpretation; Physical Geography; and Climatology/Regional Hydrology.

**COLUMBIA UNIVERSITY (NEW YORK)**                                    **1975-1976**

Assistant Professor

Graduate student advisor. Taught undergraduate and graduate courses in Environmental Science I; Environmental Science II, General Climatology, and Biogeography.

**DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.**

## PUBLICATIONS

**Publications:** 

2005     Numerical Guidelines for Total Fungi in Carpet Dust for IICRC Conditions 1-3 (Co-author, M. Krotenberg, CIH). Paper to be presented at AIHce, May 24, 2005, in Anaheim, CA.

2004     Sampling Carpet Dust for Microbials. Indoor Environmental Connections. 5(9):28-30. (co-authors, M. Krotenberg, CIH and D. Drysdale, CIH)

2004     Timelines Seen As Crucial for IAQ Investigations. Indoor Environmental Connections. 5(8):40-42 (co-author, J. Peters, P.E.)

2004     Understanding the Link Between Moisture and Mold. Indoor Environmental Connections. 5(7):32-34. (co-author, J. Peters, P.E)

2001     Going Beyond Mold: Analysis of Bacteria. Mealey's Texas Mold Litigation Conference proceedings. Mealey Publications, King Of Prussia, PA., October 1-2, 2001.

1999     Indoor Mold: Causes, Costs and Cures. The MECA MAILER. Midwest Environmental Claims Association Newsletter. 3(3):1-2.

1992     The Psychology of Pollution Cleanup., with co-authors Frank Culberson, P.E., and Thomas Vormbrock, P.E.. Claims, 40(7): 56-60.

1984     Remedial Response Model: Ranking Remedial Actions with Regard to Hazard and Cost. Proceedings of Conference on Management of Hazardous Wastes and Environmental Emergencies, with co-author R. Smith, M.A. sponsored by the U.S. E.P.A. Institute. Houston, March 12-14.

1983     Aboveground Encapsulation: Remedial Action for Regional Superfund Sites. Environmental Analyst. 4 (5): 7-9.

1982     Aboveground Cells: An Alternative to Traditional Remedial Strategies for Hazardous Waste. Environmental Analyst. 3 (12): 7-12.

1982     Traditional On-site Remedial Strategies for Economically Non-Disposal, Non-Treatable Hazardous Wastes. Environmental Analyst. 3(11): 3-6.

1982     On-site Remedial Strategies for Economically Non-Disposal Wastes, with Emphasis on Above Ground Cells. Paper presented at the Tenth Water Resources Symposium on Toxic Materials-Methods of Control. University of Texas at Austin, May, 1982.

## LEGAL PRESENTATIONS

2002     Bacteria: The Next Frontier. A one-hour legal education seminar sponsored by the State Bar of Texas under the program entitled "Trying the Black Mold Case." April-May 2002. Presentations in Austin, Corpus Christi, and Dallas.

Page 4

**DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.**

## PATENTS

| Date | Patent No. | Title | Authors |
|------|-----------|-------|---------|
| 8/7/84 | 4,464,081 | Process and Structure for storing and isolating hazardous waste. | Dr. D. Bridge<br>Dr. E. Hiller<br>Dr. J. Dauchy |