

RSL 000001

EXHIBIT "B"



Rimkus Consulting Group, Inc.
Eight Greenway Plaza, Suite 500
Houston, Texas 77046
(713) 621-3550 Telephone
(713) 623-4357 Facsimile

# Report of Findings

### Sampling for Mold
### at Aiken Elementary School
### 6290 Southmost Road
### Brownsville, TX
### File No: 17670

**Prepared For:**

**Boatwright Engineering, Inc.**
**629 Santa Monica**
**Corpus Christi, TX 78411**

**Attention:**

**Mody K. Boatwright, P.E.**

*Daniel W. Bridge*

Daniel W. Bridge, Ph.D., C.I.H.
*Senior Consultant*

Philip R. Watters, P.E., M.B.A.
*Senior Vice President*

STATE OF TEXAS
PHILIP R. WATTERS
36677
REGISTERED
PROFESSIONAL ENGINEER

July 26, 1999

# TABLE OF CONTENTS

I.   Introduction ............................................................. 1

II.  Conclusions ........................................................... 2

III. Discussion .............................................................. 5

IV.  Basis Of Report .................................................... 12

V.   Appendices .......................................................... 13

     A. Photographs

     B. Chain-of-Custody

     C. Laboratory Reports

July 26, 1999

## Section I
## INTRODUCTION

On July 1, 1999, Rimkus Consulting Group, Inc. (Rimkus) was retained to sample the Aiken Elementary School on 6290 Southmost Road, Brownsville, Texas, for evidence of mold (fungi). Dr. Daniel W. Bridge, C.I.H. of Rimkus conducted sampling of the school on July 8, 1999.

Our report is based on the information available to us at this time, as described in Section IV, BASIS OF REPORT. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

July 26, 1999                                                    Page 1

## Section II
## CONCLUSIONS

Following the conclusions listed below, **Table 1** is provided as a sample results summary table.

1. Laboratory analysis of surface samples confirmed the presence of excessive mold growth on classroom walls, classroom bathroom doors, hallway walls, classroom game toys, a carpet, and a section of ceiling tile. These samples were taken from surfaces inside the school building. The predominant mold spore genera identified in the surface samples were *Cladosporium/Paecilomyces* and *Aspergillus/Penicillium*. These mold genera were also the predominant mold spores identified in the outside air sample collected with an Air-O-Cell cassette. Analysis of surface samples revealed no evidence of *Stachybotrys* mold.

2. Air samples collected with Air-O-Cell cassettes indicated elevated mold spore levels in Room C-108, Room B-217, and Room A-108. The predominant mold spore genera collected by the Air-O-Cell cassettes were *Cladosporium/Paecilomyces* and *Aspergillus/Penicillium*. Again, these species were also the predominant mold spore genera found in the outside Air-O-Cell sample.

3. Air samples collected with malt extract agar (MEA) plates revealed the following:

   - *Cladosporium*, a mold commonly associated with outdoor environments, was the predominant mold spore found in both the outside and inside samples. However, none of the indoor samples had *Fusarium*, a mold also associated with outdoor environments. Fusarium was the second most predominant mold found in the outdoor

July 26, 1999                                                                 Page 2

RSL 000005

sample. Instead, the second most predominant molds found in the indoor samples included *Acremonium*, *Bipolaris*, and *Penicillium*, indicating that mold spores inside the school building are potentially being generated from mold sources indoors.

4. The elevated levels of mold spore found in the air samples stem from sources of mold growth on surfaces inside the building, as well as from inadequate air conditioning. The American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) Standard 62-1989 recommends that relative humidities indoors be maintained between 30 to 60 percent. Relative humidities above 60 percent will promote the growth of mold. Data collected on July 8, 1999, indicate that the relative humidity is not being maintained below 60 percent in the school building. This has allowed mold to grow on walls, doors, and other surfaces inside the building. The climate control system needs to be modified in order to maintain relative humidities below 60 percent.

5. At present, no regulatory standard for mold spore levels in indoor air exists in the United States. There is a wide variability among individuals concerning susceptibility to adverse health effects from mold spore. Young children can be particularly susceptible to mold spores. The following measures are recommended prior to opening the building for the new school season.

- The climate-control system should be modified to maintain the relative humidity below 60 percent.

- The building should be inspected for any water leaks or moisture sources, and these should be eliminated.

- The building should be appropriately remediated for mold removal.

RSL 000006

To insure that the above measures have been effective, the building air and relative humidity should be monitored for acceptable values. The building surface should be visually inspected for mold growth, and the building air should be sampled to determine mold spore type and levels.

**Table 1**
**Selected Results From July 8, 1999, Sampling of**
**Aiken Elementary School, Brownsville, Texas**

| Area Sampled | Surface Sampling | Air Sampling |
|---|---|---|
| Room C-108 | *Cladosporium/Paecilomyces* and *Aspergillus/Penicillium* on wall and bathroom door | Elevated mold spore levels in Air-O-Cell (*Cladosporium/Paecilomyces* and *Aspergillus/Penicillium*) |
| C-Hallway | *Cladosporium/Paecilomyces* and *Aspergillus/Penicillium* on wall | No elevated mold spore levels apparent |
| Room B-217 | *Aspergillus/Penicillium* on ceiling tile | Elevated mold spore levels in Air-O-Cell (*Cladosporium/Paecilomyces* and *Aspergillus/Penicillium*) and MEA plate—(*Cladosporium* and *Penicillium* higher than outside) |
| B-Hallway | No sample taken | No elevated mold spore levels apparent |
| Room A-108 | *Aspergillus/Penicillium* on toy block, carpet, and game board | Elevated mold spore in Air-O-Cell (*Cladosporium/Paecilomyces* and *Aspergillus/Penicillium*) |
| A-Hallway | No sample taken | No elevated mold spore levels apparent |

RSL 000007

## Section III
## DISCUSSION

---

**Description of Project Task**

The Aiken Elementary School is a two-story brick building. Dr. Daniel Bridge of Rimkus sampled the building for evidence of abnormal mold growth on July 8, 1999. Photographs taken during the sampling process are located in **Appendix A.** A single-stage N6 Andersen air sampler was used to collect airborne viable mold and Air-O-Cell cassettes were used to collect airborne viable and nonviable bioaerosols.

Additional surface samples were taken with transparent tape that was attached to glass slides. Three bulk samples were also collected.

All samples were placed in plastic bags and stored in an insulated cooler containing "blue" ice. The samples were shipped overnight via Federal Express to Aerotech Laboratories, Inc., for analysis. The chain-of-custody is provided in **Appendix B.**

**Interpretation of Investigative Results**

At present, no government regulatory standard has been established for fungi (mold) in the United States. As indicated in the 1999 publication, *Bioaerosols—Assessment and Control*, the American Conference of Governmental Industrial Hygienists, Inc. (ACGIH) does not support any numeric criteria for interpreting data on biological agents from source or air samples.

---

RSL  000008

Our interpretation of the Aiken Elementary School sampling data emphasizes a comparison of outdoor conditions versus indoor conditions, with the recognition that every indoor environment has unique characteristics that must be considered in comparison to other environments. In reviewing the sampling results, we compared such factors as total outdoor spore levels versus total indoor spore levels, and the spore distribution/percentage ranking of outside air versus inside air. Surface samples were taken in each sample area, and subsequently screened for *Stachybotrys*.

All laboratory results are provided in Appendix B. Note that our discussion below only lists predominant mold genera. For all mold spores identified, the reader is referred to the laboratory report pages in Appendix C.

### Visible Growth of Mold

Visible growth of mold should not normally exist inside of buildings. If no water leaks in the building are detected, the existence of visible mold growing on inside surfaces typically indicates that the inside air is not being properly conditioned. Visible growth of mold is frequently associated with elevated levels of airborne mold spores.

Temperature measurements and corresponding relative humidities for locations in the Aiken Elementary School building are provided below for July 8, 1999:

July 26, 1999                                                              Page 6

RSL 000009

| Location | Time | Dry Bulb Temperature (°F) | Wet Bulb Temperature (°F) | Relative Humidity (%) |
|---|---|---|---|---|
| C-108 | 11:40 a.m. | 72 | 64 | 65 |
| C-Hall | 11:48 a.m. | 73 | 65 | 65 |
| B-217 | 12:40 p.m. | 71.5 | 66 | 75 |
| D-Hall | 1:00 p.m. | 74 | 65 | 62 |
| A-108 | 1:38 p.m. | 72 | 65 | 70 |
| A-Hall (A-103) | 1:55 p.m. | 74 | 65 | 62 |
| Outside | 2:15 p.m. | 93 | 78 | 50 |

The American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) Standard 62-1989 recommends that relative humidities indoors be maintained between 30 to 60 percent. Relative humidities above 60 percent will promote the growth of mold. The above data collected on July 8, 1999, indicate that the air cooling system should be adjusted to keep the relative humidity below 60 percent, which will discourage the growth of mold in the building.

Visible mold was observed on various surfaces inside the school building, such as classroom doors (Appendix A, Photograph 1), hallway walls (Appendix A, Photograph 2), closet shelves (Appendix A, Photograph 3), and ceiling tiles (Appendix A, Photographs 4 and 5).

Visible mold was also observed on articles such as a wooden toy block (Appendix A, Photograph 6), a game board (Appendix A, Photograph 7), and a carpet (Appendix A, Photograph 8).

RSL 000010

*Tape Samples and Bulk Samples*

Six tape samples were taken from various surfaces within the building and three bulk samples were taken from three separate articles. All laboratory results are provided in Appendix C.

*Cladosporium/Paecilomyces* and *Aspergillus/Penicillium* mold spores were found on the following samples:

| Sample Identification | Percent of Visible Field at 400 x Magnification | |
|---|---|---|
| | *Cladosporium/ Paecilomyces* | *Aspergillus/ Penicillium* |
| 1. Tape-Room C-108 Wall | 25%-75% | 0% |
| 2. Tape-Room C-108 Bathroom Door | 0% | <5% |
| 3. Tape-Room C-103 Bathroom Door | >75% | 0% |
| 4. Tape-Hall Near Room C-103 | 25%-75% | <5% |
| 5. Tape-Hall near Principal's Office(C-Wing) | 25%-75% | <5% |
| 6. Bulk-Wooden Toy Block Room A-108 | 0% | 25%-75% |
| 7. Bulk-Carpet-Room A-108 | 0% | 5%-25% |
| 8. Tape-Cardboard Game-Room A-108 | 0% | 25%-75% |
| 10. Bulk-Ceiling Tile-Room B-217 | <5% | >75% |

The nine samples above reveal a wide range of values for both groups of mold genera. Sample 6 also contained <5 percent of *Exserohilum* and <5 percent of yeast.

*Air Sampling: Air-O-Cell Cassettes*

Seven Air-O-Cell cassettes and a trip blank were submitted for analysis. With the exception of the trip blank, an air flow rate of 15 liters per minute (l/m) for a duration of four minutes was used for each Air-O-Cell sample. The results are listed in Appendix C. The samples and total spore counts per cubic meter (Cts/m$^3$) of air are given below:

July 26, 1999                                                    Page 8

RSL 000011

| Sample Identification | Spore (Cts/m³) | | |
|---|---|---|---|
| | Cladooporium/ Paecilomyces | Aspergillus/ Penicillium | Total |
| 24.  Outside | 4,300 | 4,633 | 9,933 |
| 12.  Room C-108 | 876 | 1,450 | 2,350 |
| 15.  Hallway (Near C-105) | 467 | 583 | 1,100 |
| 16.  Room B-217 | 2,317 | 3,550 | 5,883 |
| 18.  Hallway (Near B-215) | 1,583 | 533 | 2,150 |
| 20.  Room A-108 | 267 | 1,883 | 2,150 |
| 22.  Hallway (Near A-103) | 117 | 283 | 400 |
| 26.  Blank | 0 | 0 | 0 |

The following source states that total spore concentrations greater than 2,200 Cts/m³ or concentrations greater than 1,500 Cts/m³ of *Aspergillus/Penicillium* may indicate the presence of indoor air contamination:

> *Airborne Mold Spore Concentrations in Commercial and Residential Buildings.* 1995. Daniel M. Baxter, Environmental Testing Associates.

Based on these above guidelines, air sampling data in the preceding table indicate that samples 12 (Room C-108), 20 (Room A-108), and 16 (Room B-217) have elevated concentrations of mold spore that may be associated with indoor contamination. Tape samples 1 and 2 from Room C-108 both reveal surface mold growth. A wooden block, game board, and carpet in Room A-108 all had mold growth. The ceiling tile sample from Room B-217 also had abnormally high levels of mold growth.

*Air Sampling: Agar Plates*

Seven malt extract agar (MEA) plates and a trip blank were submitted for analysis. Except for the trip blank, an air flow rate of 28.3 l/m was used for

---

RSL 000012

the MEA plates. The MEA plate sample results are given below, as colony forming units per cubic meter of air (CFU/m³):

| Sample Identification | Viable Spore (CFU/m³) | |
|---|---|---|
| | Predominant Mold Spore | Total |
| 25. Outside | *Cladosporium* 1,272<br>*Fusarium* 71 | 1,343 |
| 13. Room C-108 | *Cladosporium* 274<br>*Acremonium* 35 | 318 |
| 14. Hallway (Near C-105) | *Cladosporium* 336<br>*Acremonium* 27 | 380 |
| 17. Room B-217 | *Cladosporium* 1,449<br>*Penicillium* 97 | 1,572 |
| 19. Hallway (Near B-215) | *Cladosporium* 813<br>*Penicillium* 27 | 857 |
| 21. Room A-108 | *Cladosporium* 133<br>*Bipolaris* 44 | 203 |
| 23. Hallway (Near A-103) | *Cladosporium* 53<br>*Bipolaris* 27 | 115 |
| 9. Blank | 0 | 0 |

There are several reasons why the malt agar plate results indicate elevated mold spore levels within the Aiken Elementary School:

1. The outside MEA sample contained only two genera (*Cladosporium* and *Fusarium*). For both the outside and inside MEA samples, the predominant mold spore was *Cladosporium*. However, none of the indoor air samples had *Fusarium* as the second most predominant mold spore, as was found in the outside sample. Instead the second most predominant molds found in the indoor samples included either *Acremonium*, *Bipolaris*, and *Penicillium*. These data indicate that mold spores inside the school building are potentially being generated from mold sources within the building.

RSL 000013

2. The total mold spore count for Room B-217 (Sample No. 17) is higher than the outside total, indicating a potential problem. As mentioned earlier, visible mold was observed in a ceiling tile in Room B-217, which was found to contain a high concentration of *Penicillium*. This is probably why *Penicillium* was the second most predominant mold spore found in the MEA samples for Room B-217 and the adjacent hallway.

RSL  000014

## . **Section IV**
## **BASIS OF REPORT**

1. **Rimkus inspected and sampled Aiken Elementary School on July 8, 1999.**

2. **Rimkus reviewed laboratory results from Aerotech Laboratories, Inc.**

RSL 000015

# Section V
# APPENDICES

RSL 000016

APPENDIX A

RSL 000017

Section VI

**APPENDIX A**

---

# Photographs

Photographs taken during our inspection which are not included in this report are retained in our files and are available to you upon request.

---

July 26, 1999

**Photograph 1**
*Arrow points to visible mold on door to Classroom C-103.*



RSL 000019

**Photograph 2**
*Crutch points to visible mold on C-Hall walls.*



RSL 000020

**Photograph 3**
*Arrow points to mold on closet shelf in Room C-108.*



RSL 000021

**Photograph 4**
*Arrow points to mold growing in ceiling tile.*



RSL 000022

**Photograph 5**
*Surface of ceiling tile facing upward.  Bulk sample taken from middle of the dark mold growth.*



**Photograph 6**
*Arrow points to visible mold on wooden toy block in Room A-108.*



RSL  000023

**Photograph 7**
*Mold is slightly visible on game board from Room A-108 (but barely noticeable in photograph).*



**Photograph 8**
*Visible mold is seen on carpet mat in Room A-108. Dark square hole is where bulk sample was taken.*



RSL  000024