IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROYAL SURPLUS LINES     §
INSURANCE COMPANY     §
    §
vs.     §     CIVIL ACTION NO. B-03-109
    §
BROWNSVILLE INDEPENDENT     §
SCHOOL DISTRICT.     §

## AFFIDAVIT

STATE OF TEXAS     §
    §
COUNTY OF _Dallas_     §

BEFORE ME, the undersigned authority, on this day, personally appeared _Mike Hubbard_, who, being duly sworn upon his/her oath according to law, did depose and state the following:

"My name is _Mike Hubbard_. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

I am employed by and a custodian of records of Assured Indoor Air Quality ("AIAQ"). Attached hereto are records from AIAQ, marked as Exhibit No. 30. These records are kept by AIAQ in the regular course of business, and it was the regular course of business of AIAQ for an employee or representative of AIAQ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record. This record was made at the time of the act, event, condition, opinion, or diagnosis, near that time, or reasonably soon thereafter. The records attached hereto are true and correct copies of the original."

FURTHER AFFIANT SAYETH NOT.

_Mike Hubbard_
Witness

SWORN TO AND SUBSCRIBED this 27ᵗʰ day of May 2004.

LINDA L. WATSON
Notary Public: State of Texas
My Commission Expires 07-24-04

_Linda L. Watson_
Notary Public in and for the State of Texas

## EXHIBIT 6



**ASSURED**
INDOOR AIR QUALITY

# INDOOR AIR QUALITY
## ENVIRONMENTAL SURVEY
### OF

# BRUCE AIKEN ELEMENTARY SCHOOL
## 6290 SOUTHMOST ROAD
## BROWNSVILLE, TEXAS 78521

PREPARED FOR:

THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
1900 PRICE ROAD
BROWNSVILLE, TEXAS 78521

**EXHIBIT 30**

Report Prepared by:                              Reviewed by:

*Nancy L Hardy*                                  *Doug Hubbard*

Nancy L. Hardy, B.S.                             Doug Hubbard, M.S.
Senior Laboratory Technician                     Statistician
Assured Indoor Air Quality                       Database Administrator
                                                 Assured Indoor Air Quality


The opinions expressed herein by Assured Indoor Air Quality©, L.P. (Assured) are based on analysis of occupants' responses to their environment, and descriptions provided to Assured concerning the basis for requesting indoor air quality services. No other aspects of indoor air quality were examined. Assured reserves the rights to revise, supplement, and otherwise amend this report as further information and evidence may be made known.

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................ 1

SUMMARY ................................................................................................... 2

ASSURED IAQ SCHOOL RATINGS: AIKEN ELEMENTARY SCHOOL ............. 3

REPORTED SYMPTOMS: AIKEN ELEMENTARY SCHOOL .............................. 4

RESPONDENTS' SYMPTOM RESULTS ............................................................ 5

DATABASE TO SCHOOL COMPARISON ......................................................... 6

RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY .......................... 7

RESPONDENTS' REPORTED ODORS TOPOGRAPHY ........................................ 8

FOREWORD ................................................................................................. 9

BACKGROUND ........................................................................................... 10

INFORMATION COLLECTION SCOPE ........................................................... 11

APPENDICES .............................................................................................. 12

# SUMMARY

## Introduction

In November 2001, the Brownsville Independent School District commissioned Assured Indoor Air Quality, L.P. (Assured) to conduct an Indoor Environmental Survey Study of Aiken Elementary School. Assured prepared and provided 80 surveys to the district in November 2001 for distribution to the school.

The Brownsville Independent School District administrative staff distributed the surveys to the school, where staff completed the surveys during November 2001. Assured received completed surveys in November 2001. After receiving the completed survey forms, Assured analyzed the data and rated the school in November 2001.

## Results

Aiken Elementary School is located at 6290 Southmost Road in Brownsville, Texas. Of the 80 surveys prepared for Aiken Elementary School, the staff completed and returned 57 for a 71% response rate.

The cumulative score for Aiken Elementary School is a 5.0. Reported conditions indicate a building with a high probability to negatively impact the wellbeing of occupants. Determine cause. Develop a plan to lessen possible effects upon the occupants. Consider relocation of certain sensitive individuals. Consider viability of building.

More than forty-three percent (43.86%) of responses indicate building-related symptoms.

Two small clusters (3-4 rooms) of rooms where responses indicate building-related symptoms were identified.

Several responses reported water events where wetted materials were not replaced promptly.

Several areas of odors were reported by respondents.

## Recommendations

1. Initiate a detailed study, to include:

    a.  Determine the extent of contamination.
    b.  Determine areas of water intrusion.

# ASSURED IAQ SCHOOL RATINGS: AIKEN ELEMENTARY SCHOOL

| Least Occupant Impact | | Transitional | Investigate Further | |
|---|---|---|---|---|
| 1 | 2 | ⇐3.5⇒ | 4 | 5 |

**Composite Score**      5.0

**Composite Components**

*Occupant Response*      5.0

>43% of occupants reported building-related symptoms.

*Cluster Effects*      4.0

Two small clusters (3-4 rooms) were respondents indicate building related symptoms.

*Occupant Reported Water Events*      3.4

Several water events reported where wetted materials were not promptly replaced.

*Occupant Reported Odors*      3.6

Several areas of odors reported by respondents.

See appendix for summary of scoring procedures.

## REPORTED SYMPTOMS: AIKEN ELEMENTARY SCHOOL



**SYMPTOMS LEGEND**

⊘ Indicates No Symptoms
○ Indicates Potential Building-Related Symptoms
⊙ Indicates Symptoms That Do Not Improve When Respondents Leave
● Indicates Building-Related Symptoms
○ No Room Response Returned Or Not Part Of The Sampling Group

## RESPONDENTS' SYMPTOM RESULTS

**Occupant Survey:**

Analysis of the Occupant Survey responses indicated that 43.86% of the respondents were experiencing building-related symptoms, and that 3.51% were experiencing potential building-related symptoms. This response rate equated to a 5.0 rating.

**Total Symptom Profile**



3.5%  0.0%

43.9%

52.6%

☒ Indicates Building-Related Symptoms
☒ Indicates Symptoms That Do Not Improve When Respondents Leave
☐ Indicates Potential Building-Related Symptoms
☒ Indicates No Symptoms

**Building-Related Symptoms** are frequently occurring, multiple symptoms that affect the occupant while he or she is in the building and disappear or lessen in severity when the occupant leaves the building for an extended period of time.

**Potential Building-Related Symptoms** are single building related symptoms, occurring with less frequency.

**Symptoms That Do Not Improve When Respondents Leave** are symptoms reported by the occupant that cannot be isolated to the building because they do not diminish or lessen in severity when the occupant leaves the building for an extended period of time.

**No Symptoms Reported** means that the occupant reported having no symptoms commonly associated with Sick Building Syndrome.

## DATABASE TO SCHOOL COMPARISON





These two graphs show the comparison of the symptom response from Aiken Elementary School to the averages of the Assured Database. Error bars represent one standard deviation.

## RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY



**BRUCE AIKEN ELEMENTARY**

**FIRST FLOOR**

**SECOND FLOOR**

### WATER EVENTS LEGEND

Rating of 1-2: No, or few, reports of water intrusion with wetted materials not promptly replaced.

Rating of 3: Several reports of water intrusion with wetted materials not promptly replaced.

Rating of 4-5: Numerous reports of water intrusions, not all wetted materials were replaced.

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 7
Assured Indoor Air Quality, L.P.

## RESPONDENTS' REPORTED ODORS TOPOGRAPHY



**ODORS LEGEND**
○ Chemical Odors
◉ Musty Odors
◉ Pungent Odors

# FOREWORD

Indoor Air Quality (IAQ) is a supporting factor in providing a productive and healthful environment. At the core of the issue is the effect of indoor air contaminants - microbiological, chemical, and particulate - on the wellbeing of occupants. Since human response to these contaminants in varying combinations remains incompletely understood, IAQ presents a complex issue with many influencing determinants including:

- Building design.
- HVAC system design, installation, operation & maintenance.
- Management policy.
- Occupant activities.
- Housekeeping practices.
- Renovation and expansion projects.

Effective IAQ management requires an ongoing program that will involve the development of a standardized set of protocols for each building. These protocols should address known influencing factors and include periodic monitoring of protocol compliance and occupant response.

One of the first steps in such a program is to determine whether the building's ecology is negatively affecting its occupants. The intent of the Indoor Environmental Survey is to provide meaningful data about, and an understanding of, the IAQ of each facility with respect to the current indoor ecology and the building's possible effects on occupants. The survey establishes a platform that can be used as a reference for future IAQ audits.

It is important to understand that the Environmental Survey Study provides a limited and representative indication of building conditions only. The more comprehensive is the study, the greater the likelihood that potential areas of concern will be uncovered.

Keep in mind that this survey does not establish a cause and effect opinion of any existing IAQ problems within the building. A cause and effect opinion can develop only through further investigation.

This report is proprietary to Assured Indoor Air Quality, L.P., (Assured) and the Brownsville Independent School District and intended solely for the specific use of these parties. The descriptive results of this document should be reviewed in its entirety. Assured Indoor Air Quality, L.P.©, is not responsible for third party review of this document. Reproduction of this document by persons other than those working for Assured or Brownsville Independent School District is prohibited without written permission of both parties.

## BACKGROUND

In November 2001, the Brownsville Independent School District engaged Assured Indoor Air Quality, L.P.© to conduct an Indoor Environmental Survey in Aiken Elementary School. Based on numerous experiences with facilities jointly investigated by Assured and the Indoor Air Quality Research Laboratory at Texas Tech University Health Sciences Center (TTUHSC), Assured has developed a series of questions to determine the effect of the indoor air on a building's occupants: the Indoor Environmental Survey. Analysis of survey results enables Assured to rate a facility numerically on a scale ranging from 1 to 5. This process represents an economical method of establishing relative IAQ rankings within an entire inventory of facilities.

**Objectives**

1. Determine the relative quality of the facility based on the gathered data.
2. Identify other actions that may be required and categorize the school as:

- **Least Occupant Impact** - Displays minimum conditions, occupant complaints, and/or symptoms associated with IAQ problem facilities.
- **Transitional-** Displays conditions, system configurations, and/or early signs of symptoms common to sites classified as Priority.
- **Investigate Further-** Requires the highest priority due to occupant symptoms and occupant responses.

**Chronology of Events**

Brownsville Independent School District administrative staff distributed surveys to the school during November 2001.

School staff completed surveys and returned responses to Assured in November 2001.

Assured analyzed returned responses in November 2001.

Assured prepared this report in November 2001.

The increasing awareness of IAQ issues by district staff, in concert with an active IAQ Program, should help ensure that the district's facilities function in a manner that does not adversely affect occupants. Commendations are due to the District for its pro-active position regarding the indoor environment.

**Continued Research**

These rankings may change as the IAQ Program is implemented and refined, and more data becomes available.

# INFORMATION COLLECTION SCOPE

### Protocol

Upon commission by the Brownsville Independent School District, Assured prepared 80 Indoor Environmental Quality Survey forms. District administrative personnel distributed these forms to the school staff. School staff completed and returned the surveys for analysis. This analysis includes comparison to the AIAQ Database as well as a location analysis from a building plat.

Assured employed its proprietary survey, based on a questionnaire developed and validated by the National Institute of Safety and Occupational Health (NIOSH), to assess building occupants' health profiles. Assured's consulting epidemiologists, statisticians, and IAQ specialists adapted the survey specifically for use in school by comparing individual responses to the company's large historical database of occupant profiles and scientific, on-site building investigations. Questions in the survey gather information on the site, the condition of the workplace, and the respondent's health and wellbeing as well as the respondent's job characteristics. Relying upon the answers given by each respondent as accurate, representative descriptions of his or her environment, Assured uses a series of statistical protocols and analyses of these three subject areas to create a profile of the indoor environment of the building in which the occupant works. In addition to describing the present quality of the work environment, and isolating problem areas, the procedure can project in statistical terms what the status of the building may become in the future.

### Acceptable conditions

- Fewer than 15% of the respondents indicate building-related symptoms.
- No clusters of rooms identified where occupants indicate building-related symptoms.
- No, or few, water events reported where wetted materials were not replaced promptly.
- Occupants indicate no, or few, areas with odors.

# APPENDICES

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 12
Assured Indoor Air Quality, L.P.

## ASSURED IAQ SCHOOL RATING SYSTEM

**School Occupant Response Results**

Aiken Elementary School, Brownsville Independent School District:
- 80 Surveys Distributed
- 57 Responses Returned
- 71% Response Rate

**AIAQ Scoring Procedures**

**Composite Score** This score is based on the Predictive Model that has been developed using a large number of observations. Specifically, a percentage of each of the predictor variables of the survey is calculated. These percentages, according to our predictive model, are additive and therefore yield the composite score. When a certain amount of error is entered into the calculation, the composite score many times is larger than any one of the individual variable components.)

| | |
|---|---|
| 1.0-1.9 | The facility has no indication of either symptoms or conditions that would suggest an adverse health impact on occupants. |
| 2.0-2.9 | The facility is a typical well-maintained building. Occupant profile is within "normal" range. |
| 3.0-3.9 | Building conditions could cause a worsening indoor environment. Operational strategies, housekeeping and maintenance procedures, or change in use can influence (positively or negatively) the building's direction. Monitor facilities scoring over 3.5. |
| 4.0-4.9 | Reported conditions correspond to warning signs regarding buildings that can affect the wellbeing of occupants. Determine cause. |
| 5.0 | Reported conditions indicate a building with a high probability to negatively impact the wellbeing of occupants. Determine cause. |

**Occupant Response** (Based on an analysis of the respondents' building-related symptoms obtained from the survey):

Rating of 1 -   Low rate of respondents indicate building-related symptoms

Rating of 2 -   Low to Moderate rate of responses indicating building-related symptoms.

Rating of 3 -   Moderate rate of responses indicating building-related symptoms.

Rating of 4 -   High rate of responses indicating building-related symptoms.

Rating of 5 -   Unacceptable rate of responses indicating building-related symptoms.

**Clusters** (Based on the respondents' building related symptoms as projected onto a site plat.)

Rating of 1 -  No clusters of rooms or areas where respondents indicate building related symptoms.

Rating of 2 -  No clusters of rooms or areas where respondents indicate building related symptoms, but several rooms close together.

Rating of 3 -  One small cluster of rooms or areas where respondents indicate building related symptoms (3-4 rooms).

Rating of 4 -  Two small clusters of rooms or areas where respondents indicate building related symptoms or one medium cluster (4-5 rooms).

Rating of 5 -  Three or more small clusters of rooms or areas where respondents indicate building related symptoms or one large cluster (6 or more).


**Water Events** (Based on respondent information concerning water intrusion and timely replacement of wetted or water damaged materials.)

Rating of 1 -  No water events or no water events reported by respondents suggesting water intrusion and wetted materials not replaced promptly.

Rating of 2 -  Few water events reported by the respondents suggesting water intrusions and wetted materials not replaced promptly.

Rating of 3 -  Several water events reported by the respondents indicating water intrusion and wetted materials not replaced promptly.

Rating of 4 -  Numerous water events reported with wetted materials not replaced promptly.

Rating of 5 -  Numerous water events reported by the respondents with wetted materials not replaced.


**Odors** (Based on the frequency of different odors {musty, pungent, and chemical} reported by the respondents.)

Rating of 1 -  No or few odors reported by respondents.

Rating of 2 -  Occasional odors reported by respondents.

Rating of 3 -  Several areas of persistent odors reported by respondents.

Rating of 4 -  Numerous areas of odors reported by respondents.

Rating of 5 -  Numerous areas or clusters of odors reported by respondents occurring on a daily basis.


Appendix                         Procedure Copyrighted                         Assured IAQ



# ASSURED
### INDOOR AIR QUALITY

## INDOOR AIR QUALITY
## ENVIRONMENTAL SURVEY
## OF

## BRUCE AIKEN ELEMENTARY SCHOOL
## 6290 SOUTHMOST ROAD
## BROWNSVILLE, TEXAS 78521

**PREPARED FOR:**

THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
1900 PRICE ROAD
BROWNSVILLE, TEXAS 78521

Report Prepared by:                                    Reviewed by:

*Nancy L. Hardy*                                       *Doug Hubbard*

Nancy L. Hardy, B.S.                                   Doug Hubbard, M.S.
Senior Laboratory Technician                           Statistician
Assured Indoor Air Quality                             Database Administrator
                                                       Assured Indoor Air Quality

The opinions expressed herein by Assured Indoor Air Quality©, L.P. (Assured) are based on analysis of occupants' responses to their environment, and descriptions provided to Assured concerning the basis for requesting indoor air quality services. No other aspects of indoor air quality were examined. Assured reserves the rights to revise, supplement, and otherwise amend this report as further information and evidence may be made known.

Assured Indoor Air Quality, L.P.                       Report No.
6616 Forest Park Road                                  002003400VS78521
Dallas, Texas 75235                                    November 9, 2001

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................ 1
SUMMARY ................................................................................................ 2
ASSURED IAQ SCHOOL RATINGS: AIKEN ELEMENTARY SCHOOL ............ 3
REPORTED SYMPTOMS: AIKEN ELEMENTARY SCHOOL .............................. 4
RESPONDENTS' SYMPTOM RESULTS ........................................................ 5
DATABASE TO SCHOOL COMPARISON ...................................................... 6
RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY ........................ 7
RESPONDENTS' REPORTED ODORS TOPOGRAPHY .................................... 8
FOREWORD .............................................................................................. 9
BACKGROUND ........................................................................................ 10
INFORMATION COLLECTION SCOPE .......................................................... 11
APPENDICES .......................................................................................... 12

# SUMMARY

### Introduction

In November 2001, the Brownsville Independent School District commissioned Assured Indoor Air Quality, L.P. (Assured) to conduct an Indoor Environmental Survey Study of Aiken Elementary School. Assured prepared and provided 80 surveys to the district in November 2001 for distribution to the school.

The Brownsville Independent School District administrative staff distributed the surveys to the school, where staff completed the surveys during November 2001. Assured received completed surveys in November 2001. After receiving the completed survey forms, Assured analyzed the data and rated the school in November 2001.

### Results

Aiken Elementary School is located at 6290 Southmost Road in Brownsville, Texas. Of the 80 surveys prepared for Aiken Elementary School, the staff completed and returned 57 for a 71% response rate.

The cumulative score for Aiken Elementary School is a 5.0. Reported conditions indicate a building with a high probability to negatively impact the wellbeing of occupants. Determine cause. Develop a plan to lessen possible effects upon the occupants. Consider relocation of certain sensitive individuals. Consider viability of building.

More than forty-three percent (43.86%) of responses indicate building-related symptoms.

Two small clusters (3-4 rooms) of rooms where responses indicate building-related symptoms were identified.

Several responses reported water events where wetted materials were not replaced promptly.

Several areas of odors were reported by respondents.


### Recommendations

1. Initiate a detailed study, to include:

    a. Determine the extent of contamination.
    b. Determine areas of water intrusion.

# ASSURED IAQ SCHOOL RATINGS: AIKEN ELEMENTARY SCHOOL

| Least Occupant Impact | | Transitional | Investigate Further | |
|---|---|---|---|---|
| 1 | 2 | ⇐3.5⇒ | 4 | 5 |

**Composite Score**

5.0

**Composite Components**

*Occupant Response*

5.0

>43% of occupants reported building related symptoms.

*Cluster Effects*

4.0

Two small clusters (3-4 rooms) were respondents indicate building related symptoms.

*Occupant Reported Water Events*

3.4

Several water events reported where wetted materials were not promptly replaced.

*Occupant Reported Odors*

3.6

Several areas of odors reported by respondents.

See appendix for summary of scoring procedures.

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 3
Assured Indoor Air Quality, L.P.

## REPORTED SYMPTOMS: AIKEN ELEMENTARY SCHOOL



**SYMPTOMS LEGEND**
- ⊛ Indicates No Symptoms
- ○ Indicates Potential Building-Related Symptoms
- ⊛ Indicates Symptoms That Do Not Improve When Respondents Leave
- ● Indicates Building-Related Symptoms
- ○ No Room Response Returned Or Not Part Of The Sampling Group

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 4
Assured Indoor Air Quality, L.P.

## RESPONDENTS' SYMPTOM RESULTS

**Occupant Survey:**

Analysis of the Occupant Survey responses indicated that 43.86% of the respondents were experiencing building-related symptoms, and that 3.51% were experiencing potential building-related symptoms. This response rate equated to a 5.0 rating.

**Total Symptom Profile**



3.5%    0.0%

43.9%

52.6%

☒ Indicates Building-Related Symptoms
☒ Indicates Symptoms That Do Not Improve When Respondents Leave
☐ Indicates Potential Building-Related Symptoms
☒ Indicates No Symptoms

**Building-Related Symptoms** are frequently occurring, multiple symptoms that affect the occupant while he or she is in the building and disappear or lessen in severity when the occupant leaves the building for an extended period of time.

**Potential Building-Related Symptoms** are single building related symptoms, occurring with less frequency.

**Symptoms That Do Not Improve When Respondents Leave** are symptoms reported by the occupant that cannot be isolated to the building because they do not diminish or lessen in severity when the occupant leaves the building for an extended period of time.

**No Symptoms Reported** means that the occupant reported having no symptoms commonly associated with Sick Building Syndrome.

## DATABASE TO SCHOOL COMPARISON



These two graphs show the comparison of the symptom response from Aiken Elementary School to the averages of the Assured Database. Error bars represent one standard deviation.

## RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY



### WATER EVENTS LEGEND

Rating of 1-2: No, or few, reports of water intrusion with wetted materials not promptly replaced.

Rating of 3: Several reports of water intrusion with wetted materials not promptly replaced.

Rating of 4-5: Numerous reports of water intrusions, not all wetted materials were replaced.

## RESPONDENTS' REPORTED ODORS TOPOGRAPHY



ODORS LEGEND
○ Chemical Odors
◉ Musty Odors
⊛ Pungent Odors

## FOREWORD

Indoor Air Quality (IAQ) is a supporting factor in providing a productive and healthful environment. At the core of the issue is the effect of indoor air contaminants - microbiological, chemical, and particulate - on the wellbeing of occupants. Since human response to these contaminants in varying combinations remains incompletely understood, IAQ presents a complex issue with many influencing determinants including:

- Building design.
- HVAC system design, installation, operation & maintenance.
- Management policy.
- Occupant activities.
- Housekeeping practices.
- Renovation and expansion projects.

Effective IAQ management requires an ongoing program that will involve the development of a standardized set of protocols for each building. These protocols should address known influencing factors and include periodic monitoring of protocol compliance and occupant response.

One of the first steps in such a program is to determine whether the building's ecology is negatively affecting its occupants. The intent of the Indoor Environmental Survey is to provide meaningful data about, and an understanding of, the IAQ of each facility with respect to the current indoor ecology and the building's possible effects on occupants. The survey establishes a platform that can be used as a reference for future IAQ audits.

It is important to understand that the Environmental Survey Study provides a limited and representative indication of building conditions only. The more comprehensive is the study, the greater the likelihood that potential areas of concern will be uncovered.

Keep in mind that this survey does not establish a cause and effect opinion of any existing IAQ problems within the building. A cause and effect opinion can develop only through further investigation.

This report is proprietary to Assured Indoor Air Quality, L.P., (Assured) and the Brownsville Independent School District and intended solely for the specific use of these parties. The descriptive results of this document should be reviewed in its entirety. Assured Indoor Air Quality, L.P.©, is not responsible for third party review of this document. Reproduction of this document by persons other than those working for Assured or Brownsville Independent School District is prohibited without written permission of both parties.

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 9
Assured Indoor Air Quality, L.P.

# BACKGROUND

In November 2001, the Brownsville Independent School District engaged Assured Indoor Air Quality, L.P.© to conduct an Indoor Environmental Survey in Aiken Elementary School. Based on numerous experiences with facilities jointly investigated by Assured and the Indoor Air Quality Research Laboratory at Texas Tech University Health Sciences Center (TTUHSC), Assured has developed a series of questions to determine the effect of the indoor air on a building's occupants: the Indoor Environmental Survey. Analysis of survey results enables Assured to rate a facility numerically on a scale ranging from 1 to 5. This process represents an economical method of establishing relative IAQ rankings within an entire inventory of facilities.

## Objectives

1. Determine the relative quality of the facility based on the gathered data.
2. Identify other actions that may be required and categorize the school as:

- **Least Occupant Impact** - Displays minimum conditions, occupant complaints, and/or symptoms associated with IAQ problem facilities.
- **Transitional**- Displays conditions, system configurations, and/or early signs of symptoms common to sites classified as Priority.
- **Investigate Further**- Requires the highest priority due to occupant symptoms and occupant responses.

## Chronology of Events

Brownsville Independent School District administrative staff distributed surveys to the school during November 2001.

School staff completed surveys and returned responses to Assured in November 2001.

Assured analyzed returned responses in November 2001.

Assured prepared this report in November 2001.

The increasing awareness of IAQ issues by district staff, in concert with an active IAQ Program, should help ensure that the district's facilities function in a manner that does not adversely affect occupants. Commendations are due to the District for its pro-active position regarding the indoor environment.

## Continued Research

These rankings may change as the IAQ Program is implemented and refined, and more data becomes available.

## INFORMATION COLLECTION SCOPE

### Protocol

Upon commission by the Brownsville Independent School District, Assured prepared 80 Indoor Environmental Quality Survey forms. District administrative personnel distributed these forms to the school staff. School staff completed and returned the surveys for analysis. This analysis includes comparison to the AIAQ Database as well as a location analysis from a building plat.

Assured employed its proprietary survey, based on a questionnaire developed and validated by the National Institute of Safety and Occupational Health (NIOSH), to assess building occupants' health profiles. Assured's consulting epidemiologists, statisticians, and IAQ specialists adapted the survey specifically for use in school by comparing individual responses to the company's large historical database of occupant profiles and scientific, on-site building investigations. Questions in the survey gather information on the site, the condition of the workplace, and the respondent's health and wellbeing as well as the respondent's job characteristics. Relying upon the answers given by each respondent as accurate, representative descriptions of his or her environment, Assured uses a series of statistical protocols and analyses of these three subject areas to create a profile of the indoor environment of the building in which the occupant works. In addition to describing the present quality of the work environment, and isolating problem areas, the procedure can project in statistical terms what the status of the building may become in the future.

### Acceptable conditions

- Fewer than 15% of the respondents indicate building-related symptoms.
- No clusters of rooms identified where occupants indicate building-related symptoms.
- No, or few, water events reported where wetted materials were not replaced promptly.
- Occupants indicate no, or few, areas with odors.

# APPENDICES

Aiken Elementary School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 12
Assured Indoor Air Quality, L.P.

## ASSURED IAQ SCHOOL RATING SYSTEM

**School Occupant Response Results**

Aiken Elementary School, Brownsville Independent School District:
- 80 Surveys Distributed
- 57 Responses Returned
- 71% Response Rate

**AIAQ Scoring Procedures**

**Composite Score** This score is based on the Predictive Model that has been developed using a large number of observations. Specifically, a percentage of each of the predictor variables of the survey is calculated. These percentages, according to our predictive model, are additive and therefore yield the composite score. When a certain amount of error is entered into the calculation, the composite score many times is larger than any one of the individual variable components.)

| | |
|---|---|
| 1.0-1.9 | The facility has no indication of either symptoms or conditions that would suggest an adverse health impact on occupants. |
| 2.0-2.9 | The facility is a typical well-maintained building. Occupant profile is within "normal" range. |
| 3.0-3.9 | Building conditions could cause a worsening indoor environment. Operational strategies, housekeeping and maintenance procedures, or change in use can influence (positively or negatively) the building's direction. Monitor facilities scoring over 3.5. |
| 4.0-4.9 | Reported conditions correspond to warning signs regarding buildings that can affect the wellbeing of occupants. Determine cause. |
| 5.0 | Reported conditions indicate a building with a high probability to negatively impact the wellbeing of occupants. Determine cause. |

**Occupant Response** (Based on an analysis of the respondents' building-related symptoms obtained from the survey):

Rating of 1 -   Low rate of respondents indicate building-related symptoms

Rating of 2 -   Low to Moderate rate of responses indicating building-related symptoms.

Rating of 3 -   Moderate rate of responses indicating building-related symptoms.

Rating of 4 -   High rate of responses indicating building-related symptoms.

Rating of 5 -   Unacceptable rate of responses indicating building-related symptoms.

**Clusters (Based on the respondents' building related symptoms as projected onto a site plat.)**

Rating of 1 -   No clusters of rooms or areas where respondents indicate building related symptoms.

Rating of 2 -   No clusters of rooms or areas where respondents indicate building related symptoms, but several rooms close together.

Rating of 3 -   One small cluster of rooms or areas where respondents indicate building related symptoms (3-4 rooms).

Rating of 4 -   Two small clusters of rooms or areas where respondents indicate building related symptoms or one medium cluster (4-5 rooms).

Rating of 5 -   Three or more small clusters of rooms or areas where respondents indicate building related symptoms or one large cluster (6 or more).


**Water Events (Based on respondent information concerning water intrusion and timely replacement of wetted or water damaged materials.)**

Rating of 1 -   No water events or no water events reported by respondents suggesting water intrusion and wetted materials not replaced promptly.

Rating of 2 -   Few water events reported by the respondents suggesting water intrusions and wetted materials not replaced promptly.

Rating of 3 -   Several water events reported by the respondents indicating water intrusion and wetted materials not replaced promptly.

Rating of 4 -   Numerous water events reported with wetted materials not replaced promptly.

Rating of 5 -   Numerous water events reported by the respondents with wetted materials not replaced.


**Odors (Based on the frequency of different odors {musty, pungent, and chemical} reported by the respondents.)**

Rating of 1 -   No or few odors reported by respondents.

Rating of 2 -   Occasional odors reported by respondents.

Rating of 3 -   Several areas of persistent odors reported by respondents.

Rating of 4 -   Numerous areas of odors reported by respondents.

Rating of 5 -   Numerous areas or clusters of odors reported by respondents occurring on a daily basis.