

**ASSURED**
INDOOR AIR QUALITY

# INDOOR AIR QUALITY
# ENVIRONMENTAL SURVEY
## OF

# RAUL BESTEIRO, JR. MIDDLE SCHOOL
# 6280 SOUTHMOST ROAD
# BROWNSVILLE, TEXAS 78521

**PREPARED FOR:**

THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
1900 PRICE ROAD
BROWNSVILLE, TEXAS 78521

Report Prepared by:

*Nancy L. Hardy*

Nancy L. Hardy, B.S.
Senior Laboratory Technician
Assured Indoor Air Quality

Reviewed by:

*Doug Hubbard*

Doug Hubbard, M.S.
Statistician
Database Administrator
Assured Indoor Air Quality

The opinions expressed herein by Assured Indoor Air Quality©, L.P. (Assured) are based on analysis of occupants' responses to their environment, and descriptions provided to Assured concerning the basis for requesting indoor air quality services. No other aspects of indoor air quality were examined. Assured reserves the rights to revise, supplement, and otherwise amend this report as further information and evidence may be made known.

Assured Indoor Air Quality, L.P.
6616 Forest Park Road
Dallas, Texas 75235

Report No.
002003500VS78521
November 9, 2001

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................... 1
SUMMARY ............................................................................................................. 2
ASSURED IAQ SCHOOL RATINGS: BESTEIRO MIDDLE SCHOOL ........................... 3
REPORTED SYMPTOMS: BESTEIRO MIDDLE SCHOOL ........................................... 4
REPORTED SYMPTOMS: BESTEIRO MIDDLE SCHOOL ........................................... 5
RESPONDENTS' SYMPTOM RESULTS ...................................................................... 6
DATABASE TO SCHOOL COMPARISON .................................................................... 7
RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY ................................... 8
RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY ................................... 9
RESPONDENTS' REPORTED ODORS TOPOGRAPHY ............................................... 10
RESPONDENTS' REPORTED ODORS TOPOGRAPHY ............................................... 11
FOREWORD .......................................................................................................... 12
BACKGROUND ...................................................................................................... 13
INFORMATION COLLECTION SCOPE ...................................................................... 14
APPENDICES ........................................................................................................ 15

# SUMMARY

## Introduction

In November 2001, the Brownsville Independent School District commissioned Assured Indoor Air Quality, L.P. (Assured) to conduct an Indoor Environmental Survey Study of Besteiro Middle School. Assured prepared and provided 120 surveys to the district in November 2001 for distribution to the school.

The Brownsville Independent School District administrative staff distributed the surveys to the school, where staff completed the surveys during November 2001. Assured received completed surveys in November 2001. After receiving the completed survey forms, Assured analyzed the data and rated the school in November 2001.

## Results

Besteiro Middle School is located at 6280 Southmost Road in Brownsville, Texas. Of the 120 surveys prepared for Besteiro Middle School, the staff completed and returned 91 for a 76% response rate.

The cumulative score for Besteiro Middle School is a 4.0. Reported conditions correspond to warning signs regarding buildings that can affect the wellbeing of occupants. Determine cause.

More than ten percent (10.98%) of responses indicate building-related symptoms.

No clusters of rooms or areas where responses indicate building-related symptoms were identified, but several rooms were close together where respondents indicate building-related symptoms.

Few responses reported water events where wetted materials were not replaced promptly.

Occasional odors were reported by respondents.

## Recommendations

1. Initiate a detailed study, to include:

    a.  Determine the extent of contamination.
    b.  Determine areas of water intrusion.

Besteiro Middle School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 2
Assured Indoor Air Quality, L.P.

# ASSURED IAQ SCHOOL RATINGS: BESTEIRO MIDDLE SCHOOL

| Least Occupant Impact | | Transitional | Investigate Further | |
|---|---|---|---|---|
| 1 | 2 | ⇐3.5⇒ | 4 | 5 |

**Composite Score**

███████████████████████████████████████ 4.0

**Composite Components**

*Occupant Response*

███████████ 2.6

>10% of occupants reported building-related symptoms.

*Cluster Effects*

█████ 2.0

No clusters of rooms or areas where respondents indicate building related symptoms, but sever[al] rooms closet together.

*Occupant Reported Water Events*

█████████ 2.6

Few water events reported where wetted materials were not promptly replaced.

*Occupant Reported Odors*

█████████ 2.6

Occasional odors reported by respondents.

See appendix for summary of scoring procedures.

# REPORTED SYMPTOMS: BESTEIRO MIDDLE SCHOOL



**BESTEIRO MIDDLE SCHOOL
FIRST FLOOR**

### SYMPTOMS LEGEND

- Indicates No Symptoms
- Indicates Potential Building-Related Symptoms
- Indicates Symptoms That Do Not Improve When Respondents Leave
- Indicates Building-Related Symptoms
- No Room Response Returned Or Not Part Of The Sampling Group

# REPORTED SYMPTOMS: BESTEIRO MIDDLE SCHOOL



**BESTEIRO MIDDLE SCHOOL**
**SECOND FLOOR**

**SYMPTOMS LEGEND**

⊚ Indicates No Symptoms
○ Indicates Potential Building-Related Symptoms
⊛ Indicates Symptoms That Do Not Improve When Respondents Leave
● Indicates Building-Related Symptoms
○ No Room Response Returned Or Not Part Of The Sampling Group

## RESPONDENTS' SYMPTOM RESULTS

**Occupant Survey:**

Analysis of the Occupant Survey responses indicated that 10.98% of the respondents were experiencing building-related symptoms, and that 7.69% were experiencing potential building-related symptoms. This response rate equated to a 4.0 rating.

**Total Symptom Profile**



22.0%    11.0%

7.7%

59.3%

Indicates Building-Related Symptoms
Indicates Symptoms That Do Not Improve When Respondents Leave
Indicates Potential Building-Related Symptoms
Indicates No Symptoms

**Building-Related Symptoms** are frequently occurring, multiple symptoms that affect the occupant while he or she is in the building and disappear or lessen in severity when the occupant leaves the building for an extended period of time.

**Potential Building-Related Symptoms** are single building related symptoms, occurring with less frequency.

**Symptoms That Do Not Improve When Respondents Leave** are symptoms reported by the occupant that cannot be isolated to the building because they do not diminish or lessen in severity when the occupant leaves the building for an extended period of time.

**No Symptoms Reported** means that the occupant reported having no symptoms commonly associated with Sick Building Syndrome.

## DATABASE TO SCHOOL COMPARISON





These two graphs show the comparison of the symptom response from Besteiro Middle School to the averages of the Assured Database. Error bars represent one standard deviation.

Besteiro Middle School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 7
Assured Indoor Air Quality, L.P.

## RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY



**BESTEIRO MIDDLE SCHOOL
FIRST FLOOR**

### WATER EVENTS LEGEND

- Rating of 1-2: No, or few, reports of water intrusion with wetted materials not promptly replaced.
- Rating of 3: Several reports of water intrusion with wetted materials not promptly replaced.
- Rating of 4-5: Numerous reports of water intrusions, not all wetted materials were replaced.

# RESPONDENTS' REPORTED WATER EVENTS TOPOGRAPHY



**BESTEIRO MIDDLE SCHOOL**
**SECOND FLOOR**

## WATER EVENTS LEGEND

Rating of 1-2: No, or few, reports of water intrusion with wetted materials not promptly replaced.

Rating of 3: Several reports of water intrusion with wetted materials not promptly replaced.

Rating of 4-5: Numerous reports of water intrusions, not all wetted materials were replaced.

# RESPONDENTS' REPORTED ODORS TOPOGRAPHY



**BESTEIRO MIDDLE SCHOOL
FIRST FLOOR**

**ODORS LEGEND**
○ Chemical Odors
◉ Musty Odors
⊕ Pungent Odors

## RESPONDENTS' REPORTED ODORS TOPOGRAPHY

**BESTEIRO MIDDLE SCHOOL**
**SECOND FLOOR**





**ODORS LEGEND**
○ Chemical Odors
◉ Musty Odors
◉ Pungent Odors

Besteiro Middle School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 11
Assured Indoor Air Quality, L.P.

# FOREWORD

Indoor Air Quality (IAQ) is a supporting factor in providing a productive and healthful environment. At the core of the issue is the effect of indoor air contaminants - microbiological, chemical, and particulate - on the wellbeing of occupants. Since human response to these contaminants in varying combinations remains incompletely understood, IAQ presents a complex issue with many influencing determinants including:

- Building design.
- HVAC system design, installation, operation & maintenance.
- Management policy.
- Occupant activities.
- Housekeeping practices.
- Renovation and expansion projects.

Effective IAQ management requires an ongoing program that will involve the development of a standardized set of protocols for each building. These protocols should address known influencing factors and include periodic monitoring of protocol compliance and occupant response.

One of the first steps in such a program is to determine whether the building's ecology is negatively affecting its occupants. The intent of the Indoor Environmental Survey is to provide meaningful data about, and an understanding of, the IAQ of each facility with respect to the current indoor ecology and the building's possible effects on occupants. The survey establishes a platform that can be used as a reference for future IAQ audits.

It is important to understand that the Environmental Survey Study provides a limited and representative indication of building conditions only. The more comprehensive is the study, the greater the likelihood that potential areas of concern will be uncovered.

Keep in mind that this survey does not establish a cause and effect opinion of any existing IAQ problems within the building. A cause and effect opinion can develop only through further investigation.

This report is proprietary to Assured Indoor Air Quality, L.P., (Assured) and the Brownsville Independent School District and intended solely for the specific use of these parties. The descriptive results of this document should be reviewed in its entirety. Assured Indoor Air Quality, L.P.©, is not responsible for third party review of this document. Reproduction of this document by persons other than those working for Assured or Brownsville Independent School District is prohibited without written permission of both parties.

# BACKGROUND

In November 2001, the Brownsville Independent School District engaged Assured Indoor Air Quality, L.P.© to conduct an Indoor Environmental Survey in Besteiro Middle School. Based on numerous experiences with facilities jointly investigated by Assured and the Indoor Air Quality Research Laboratory at Texas Tech University Health Sciences Center (TTUHSC), Assured has developed a series of questions to determine the effect of the indoor air on a building's occupants: the Indoor Environmental Survey. Analysis of survey results enables Assured to rate a facility numerically on a scale ranging from 1 to 5. This process represents an economical method of establishing relative IAQ rankings within an entire inventory of facilities.

## Objectives

1. Determine the relative quality of the facility based on the gathered data.
2. Identify other actions that may be required and categorize the school as:

   - **Least Occupant Impact** - Displays minimum conditions, occupant complaints, and/or symptoms associated with IAQ problem facilities.
   - **Transitional**- Displays conditions, system configurations, and/or early signs of symptoms common to sites classified as Priority.
   - **Investigate Further**- Requires the highest priority due to occupant symptoms and occupant responses.

## Chronology of Events

Brownsville Independent School District administrative staff distributed surveys to the school during November 2001.

School staff completed surveys and returned responses to Assured in November 2001.

Assured analyzed returned responses in November 2001.

Assured prepared this report in November 2001.

The increasing awareness of IAQ issues by district staff, in concert with an active IAQ Program, should help ensure that the district's facilities function in a manner that does not adversely affect occupants. Commendations are due to the District for its pro-active position regarding the indoor environment.

## Continued Research

These rankings may change as the IAQ Program is implemented and refined, and more data becomes available.

Besteiro Middle School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 13
Assured Indoor Air Quality, L.P.

## INFORMATION COLLECTION SCOPE

### Protocol

Upon commission by the Brownsville Independent School District, Assured prepared 120 Indoor Environmental Quality Survey forms. District administrative personnel distributed these forms to the school staff. School staff completed and returned the surveys for analysis. This analysis includes comparison to the AIAQ Database as well as a location analysis from a building plat.

Assured employed its proprietary survey, based on a questionnaire developed and validated by the National Institute of Safety and Occupational Health (NIOSH), to assess building occupants' health profiles. Assured's consulting epidemiologists, statisticians, and IAQ specialists adapted the survey specifically for use in school by comparing individual responses to the company's large historical database of occupant profiles and scientific, on-site building investigations. Questions in the survey gather information on the site, the condition of the workplace, and the respondent's health and wellbeing as well as the respondent's job characteristics. Relying upon the answers given by each respondent as accurate, representative descriptions of his or her environment, Assured uses a series of statistical protocols and analyses of these three subject areas to create a profile of the indoor environment of the building in which the occupant works. In addition to describing the present quality of the work environment, and isolating problem areas, the procedure can project in statistical terms what the status of the building may become in the future.

### Acceptable conditions

- Fewer than 15% of the respondents indicate building-related symptoms.
- No clusters of rooms identified where occupants indicate building-related symptoms.
- No, or few, water events reported where wetted materials were not replaced promptly.
- Occupants indicate no, or few, areas with odors.

# APPENDICES

Besteiro Middle School
November 2001

Brownsville ISD
Procedure Copyrighted

Page 15
Assured Indoor Air Quality, L.P.

## ASSURED IAQ SCHOOL RATING SYSTEM

**School Occupant Response Results**

Besteiro Middle School, Brownsville Independent School District:
- 120 Surveys Distributed
- 91 Responses Returned
- 76% Response Rate

### AIAQ Scoring Procedures

**Composite Score** This score is based on the Predictive Model that has been developed using a large number of observations. Specifically, a percentage of each of the predictor variables of the survey is calculated. These percentages, according to our predictive model, are additive and therefore yield the composite score. When a certain amount of error is entered into the calculation, the composite score many times is larger than any one of the individual variable components.)

| | |
|---|---|
| 1.0-1.9 | The facility has no indication of either symptoms or conditions that would suggest an adverse health impact on occupants. |
| 2.0-2.9 | The facility is a typical well-maintained building. Occupant profile is within "normal" range. |
| 3.0-3.9 | Building conditions could cause a worsening indoor environment. Operational strategies, housekeeping and maintenance procedures, or change in use can influence (positively or negatively) the building's direction. Monitor facilities scoring over 3.5. |
| 4.0-4.9 | Reported conditions correspond to warning signs regarding buildings that can affect the wellbeing of occupants. Determine cause. |
| 5.0 | Reported conditions indicate a building with a high probability to negatively impact the wellbeing of occupants. |

**Occupant Response** (Based on an analysis of the respondents' building-related symptoms obtained from the survey):

Rating of 1 -   Low rate of respondents indicate building-related symptoms

Rating of 2 -   Low to Moderate rate of responses indicating building-related symptoms.

Rating of 3 -   Moderate rate of responses indicating building-related symptoms.

Rating of 4 -   High rate of responses indicating building-related symptoms.

Rating of 5 -   Unacceptable rate of responses indicating building-related symptoms.

**Clusters** (Based on the respondents' building related symptoms as projected onto a site plat.)

Rating of 1 -   No clusters of rooms or areas where respondents indicate building related symptoms.

Rating of 2 -   No clusters of rooms or areas where respondents indicate building related symptoms, but several rooms close together.

Rating of 3 -   One small cluster of rooms or areas where respondents indicate building related symptoms (3-4 rooms).

Rating of 4 -   Two small clusters of rooms or areas where respondents indicate building related symptoms or one medium cluster (4-5 rooms).

Rating of 5 -   Three or more small clusters of rooms or areas where respondents indicate building related symptoms or one large cluster (6 or more).


**Water Events** (Based on respondent information concerning water intrusion and timely replacement of wetted or water damaged materials.)

Rating of 1 -   No water events or no water events reported by respondents suggesting water intrusion and wetted materials not replaced promptly.

Rating of 2 -   Few water events reported by the respondents suggesting water intrusions and wetted materials not replaced promptly.

Rating of 3 -   Several water events reported by the respondents indicating water intrusion and wetted materials not replaced promptly.

Rating of 4 -   Numerous water events reported with wetted materials not replaced promptly.

Rating of 5 -   Numerous water events reported by the respondents with wetted materials not replaced.


**Odors** (Based on the frequency of different odors {musty, pungent, and chemical} reported by the respondents.)

Rating of 1 -   No or few odors reported by respondents.

Rating of 2 -   Occasional odors reported by respondents.

Rating of 3 -   Several areas of persistent odors reported by respondents.

Rating of 4 -   Numerous areas of odors reported by respondents.

Rating of 5 -   Numerous areas or clusters of odors reported by respondents occurring on a daily basis.