IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT. | §<br>§<br>§ | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared **Jerry E. Mercer, P.E.**, who, being duly sworn upon his oath according to law, did depose and state the following:

1. "My name is Jerry Mercer. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I am a licensed professional engineer in the State of Texas. By reason of my employment with Rimkus Consulting Group, Inc., my investigation, assessment and evaluation of the reported mold and water intrusion damage at Aiken Elementary School and Besteiro Middle School (collectively, the "BISD Schools") since the Summer of 2002, my activities described in ¶ 5 below, and my activities described in Exhibits A and B, I have personal knowledge of the facts set forth in this affidavit, including the exhibits hereto, and those facts are true and correct. Included in Exhibit B is a true and correct copy of my current resume, which identifies my qualifications for the findings, conclusions and opinions offered in connection with my investigation, assessment and evaluation of the BISD Schools.

2. Attached as **Exhibits A and B** to this affidavit and incorporated herein by reference are true and correct copies of my two reports, which set forth the basis for my findings, conclusions and opinions concerning the BISD Schools. (Note that the copy of my report attached as Exhibit A does not include my many photographs of the schools, which were made Attachment D thereto.) The factual statements set out in my reports are true and correct.

Page 1

EXHIBIT __7__

3. I am qualified to give opinions concerning, among other things, the design, construction and maintenance of buildings, the cause of damage to buildings, and related issues concerning the BISD Schools. I have a Bachelor of Science degree from Texas A&M University in Civil Engineering. I am a Professional Engineer registered in Texas and Oklahoma. I have specialized knowledge that will assist the trier of fact to understand the evidence.

4. I have particular expertise in the areas of design, construction, and maintenance of buildings and their contents, as well as the assessment of damage to buildings and their contents resulting from, among other things, water intrusion, plumbing leaks, roof leaks, construction defects, design defects, weather events, inadequate maintenance, and others. I have used methods acceptable in these specialized fields for reaching my findings, conclusions and opinions in this matter, as set out in Exhibits A and B. I have reviewed, among other documents, design/construction drawings, work order reports, project manuals, lawsuit pleadings, maintenance records, engineering reports and other historical records concerning the design, construction, maintenance, inspection and remediation of the BISD Schools. I inspected the BISD Schools in question on June 13, 2002, July 11 and 17, 2002, and November 18 and 19, 2002. I have read various statements/depositions concerning the BISD Schools, and have discussed the history of the construction of the schools and the development of water-related damage with Mr. Vasquez, Mr. Villarreal, and Mr. Robertson of BISD. These activities, as well as those mentioned in my reports, form the basis of my reports, as further set out in Exhibits A and B."

Further Affiant sayeth not.

Jerry E. Mercer, P.E.

SUBSCRIBED AND SWORN to before me on this the 21st day of April, 2005.

LINDA J. WRIGHT
Notary Public, State of Texas
My Commission Expires
February 22, 2006

Notary Public, State of Texas

#574064v1                    Page 2