

Rimkus Consulting Group, Inc.
1431 Greenway Drive, Suite 900
Irving, Texas 75038
(972) 518-8900 Telephone
(972) 518-8911 Facsimile
(877) 271-1168 Toll Free

# Report of Findings

## BUILDING WATER INTRUSION EVALUATION
## RCG, Inc. File No.: 220024

### Prepared For:

**ACE AMERICA LLOYDS INSURANCE COMPANY**
Claim No.: 456P729886-3
Insured: Brownsville Independent School District
C/O GAB ROBINS NORTH AMERICA, INC.
8700 Commerce Park, Suite 235
Houston, Texas 77036
GAB File No.: 35054-00246

### Attention:

**MR. ROGER SAWYER, EXECUTIVE GENERAL ADJUSTER**

_____
Jerry E. Mercer, P.E.
*Vice President, District Manager*

_____
Jeffrey H. Peters, P.E.
*Division Manager*

ACE 000003

December 20, 2002

EXHIBIT A

RSL 001179

# TABLE OF CONTENTS

I. Introduction ................................................................................. 1

II. Conclusions ................................................................................. 2

III. Discussion ................................................................................. 4

IV. Recommendations For Additional Work ................................................. 7

V. Basis of Report ............................................................................ 8

VI. Attachments ................................................................................ 9

    A. Schematic Floor Plans

    B. Observation Logs

    C. BISD Work Order Reports

    D. Résumés (Jerry E. Mercer, Jeffrey H. Peters)

    E. Photographs

ACE 000004

December 20, 2002

RSL 001180

# Section I

# INTRODUCTION

Representatives of the Brownsville Independent School District have reported the presence of water damage and mold within the interior of Bruce Aiken Elementary School and Raul A. Besteiro, Jr. Middle School, located respectively at 6280 and 6290 Southmost Road in Brownsville, Texas.

Rimkus Consulting Group, Inc., was retained on June 7, 2002, by Mr. Roger Sawyer of GAB Robins North America, Inc., to determine when and what caused the reported water damage to develop. Our work to complete this assignment was conducted by Jerry E. Mercer, P.E., and Jeffrey H. Peters, P.E.

This report was prepared for the exclusive use of ACE America Lloyds Insurance Company, c/o GAB Robins North America, Inc., and is not intended for any other purpose. Our report is based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

ACE 000005

RSI 001181

## Section II
## CONCLUSIONS

1. Stains associated with the presence of moisture in the schools fall into two broad categories:

   a. General development of stains (believed to be mold) on building finish materials and on the contents.

   b. Localized development of stains (often accompanied with what is believed to be mold) at "site" specific areas of water intrusion.

2. The development of the general stains is the result of improper functioning of the Heating Ventilation and Air-Conditioning (HVAC) systems. The improper functioning of the HVAC systems is a result of one or more of the following:

   a. HVAC systems design error(s).

   b. Improper operation of the HVAC systems.

   c. Improper maintenance of the HVAC systems.

3. The development of localized stains is the result of one or more of the following site specific causes of water intrusion:

   a. Roof leak(s), either at a membrane edge or penetration, roof drain hub, on the roof drain pipe (18 locations).

   b. Plumbing leaks, both domestic water supply system and drainage system leaks (eight locations).

   c. Dripping and/or leakage of condensate, and/or water from components of the HVAC systems (27 locations)

RSL 001182        ACE 000006

d.  Human saliva (two locations).

We are unable to determine an obvious source of moisture at 11 locations.

4.  We are, based on physical inspection of the stains, unable to determine the exact date the general stain development or the site specific staining began.  Dripping and/or leakage of condensate, and/or water from HVAC components appear to be a historic, reoccurring, and ongoing source of water intrusion.  We are unable to determine how quickly roof leaks and plumbing leaks were discovered and eliminated, or if some persist.  In general, the development of the site specific water damage and staining is not recent, i.e. we believe in the area of at least one year old.  Again, however, we are unable to date exactly when the water intrusion occurred based solely on our physical inspection of the stains.  Representatives provided some information with respect to dates water intrusion occurred at some locations.

ACE 000007

RSL 001183

## Section III

## DISCUSSION

████████████████████████████████████████████

Raul A. Besteiro, Jr. Middle School (Besteiro) was completed in approximately 1994, as was the Library located at the south end of Besteiro. The library is common to Bruce Aiken Elementary School (Aiken), which was completed in approximately 1996. The sixth grade addition at the north end of Besteiro was completed in 1996 (Attachment A, and Photograph 1). The front of the school faces east.

Mr. Raul N. Vasquez, Maintenance Administrator of the Brownsville Independent School District (BISD), reported that while he was Principal at Besteiro that some roof leaks had occurred. Specifically, he reported leaks at the sixth grade addition in the area where it interfaced with the existing stairway at the north end of the original Besteiro building. He also reported roof leaks at the entrance to the cafeteria and band room of Besteiro. Furthermore, Mr. Vasquez reported that groundwater intrusion occurred at the below-grade amphitheater located in the library.

Mr. Vasquez reported that he does not have specific knowledge, but is aware of reports of mold in Aiken in about 1997. He believes remediation of this mold occurred in the same year. Mr. Vasquez reported the first mold he was personally aware of was on the books in the library. Mold was also present in Room 122 of Besteiro at this same time. He reported he first became aware of this mold in July and August 2001. Mr. Vasquez reported the air-conditioning for the library was shut down in November 2001. Shortly thereafter, remediation of mold in the library and Room 122 began and this work is ongoing.

Both schools (and the library) were closed and vacated on December 26, 2001. Occupancy of the schools has not occurred since that time. Since the schools were vacated, Mr. Vasquez reports that the HVAC systems have been operated and maintained, as well as restroom toilets routinely flushed and water run at the sinks. Per

ACE 000008

RSI 001184

Mr. Vasquez, routine maintenance of the HVAC units included replacement of air filters. He reported the third set of filters are, since December 26, 2001, presently installed. Mr. Vasquez reported that high relative humidity readings have been recorded by Mr. J.P. Villarreal, Energy Manager of BISD, in the library and cafeteria of Aiken, and in general throughout Aiken. Mr. Villarreal stated he believes the highest mold levels are in Rooms 113 and 114 of Besteiro, which are in the area of the aforementioned roof leaks at the south end of the sixth grade addition. Mr. Vasquez reported he believes Aiken has the greater mold problem.

The building(s) are combination one and two-story structures. The exterior wall finishes are primarily brick veneer. The structural system for the buildings is load bearing concrete block, supporting steel bar joists for the upper floors and roofs. Two types of roofing systems are used: standard built-up roof system surfaced with gravel; and single-ply granule surfaced modified bitumen roll roofing (Photographs 2 through 11).

The interior air of Besteiro is conditioned by conventional packaged rooftop air-handling units (Photographs 12 through 16). The library, common kitchen, and Aiken Cafeteria are also conditioned by packaged rooftop air-handling units. The remainder of the Aiken interior air is conditioned by a chill water system. This system is controlled off-site.

During our initial inspection of the interior of the schools on June 13, 2002, it was noted that the indoor air quality was inferior. While the temperature of the air in some rooms of Besteiro was reasonably cool, i.e. in the neighborhood of 73 to 75 degrees, at the same time high relative humidity within most, if not all, of the rooms was obvious. The quality of the air in Aiken was better than Besteiro; the temperature seemed a little cooler, but the relative humidity seemed higher than expected for properly conditioned air. We concluded from this initial observation that the HVAC systems were probably not functioning properly.

Further inspection of the interior of the buildings and their HVAC systems on July 11, 2002, confirmed the overall general poor indoor air quality in the buildings is directly related to improper functioning of the HVAC systems. Improper functioning of the HVAC

RSL 001185      ACE 000009

systems is the result of either improper design, improper operation or improper maintenance of the systems, or a combination of any of these three.

Subsequent to the July 11, 2002, site inspection, Mr. David A. Weeks, P.E., of the Center For Toxicology and Environmental Health, L.L.C., provided information related to the presence of localized water damage and staining due to site specific water intrusion. Attachment B contains Observation Logs noting the type(s) of localized water damage observed by both the Center for Toxicology and Environmental Health, L.L.C., and Rimkus Consulting Group, Inc. The logs also reference photographs of the damage, which are attached to this report. Causes, when determinable, for the localized water damage and stains (i.e. water intrusion) are included in the logs and photograph captions. The causes for the site specific water intrusion fall into five general categories. The categories are defined and referenced in the logs.

When the water intrusion began has not been determined from inspection of the water damage and/or stains. Generally, most damage appears to be at least one year old. Review of a limited number of BISD Work Order Reports (Attachments C) indicates interviews of BISD personnel may provide dates when some of the damage initiated. Some information from these reports is included in the Observation Logs.

ACE 000010

## Section IV

## RECOMMENDATIONS FOR ADDITIONAL WORK

1. Interview the following BISD employees to assist in the determination of the date(s) of occurrence of some or all of the localized water damage and mold:

   a. Mr. J.P. Villarreal, Energy Manager

   b. Mr. Kenny Robertson, Maintenance Foreman

   c. Mr. Raul N. Vasquez, Maintenance Administrator

   d. Mr. Oscar Tapia, Facility Administrator

2. Review the HVAC systems design calculations, drawings, and specifications.

3. Interview the BISD employees (listed above) to evaluate the operation and maintenance of the HVAC systems and obtain historic records of the operation and maintenance of the systems.

ACE 000011

## Section V

## BASIS OF REPORT

1. Discussions with Mr. Raul N. Vasquez, Mr. J. P. Villarreal, and Mr. Kenny Robertson of the BISD regarding the history of the construction of the schools and the development of water damage and mold in the schools.

2. Inspection of the schools on June 13, 2002, July 11 and 17, 2002, and November 18 and 19, 2002.

3. Review of portions of the design/construction drawings for the schools.

4. Review of Work Order Reports received from BISD.

ACE 000012

# Section VI

## ATTACHMENTS

ACE 000013

## Section VI

## ATTACHMENT A

### Schematic Floor Plans

ACE 000014



SIXTH GRADE ADDITION
COMPLETED 1996

STAINS ON CEILING TILE
AND GYPSUM CEILING TILE
BELOW CONDUIT PENETRATION

STAINS ON CEILING TILE

@ SINKS ABOVE WATER
DAMAGE IN ROOM 116

STAINS ON CEILING TILE
AND GYPSUM CEILING
BELOW ROOF DRAIN HUB

STAINS ON CEILING TILE

...LETED 1996

STAIND ON CEILING TILE
AND FLOOR BELOW
HVAC AIR HANDLER

WING "C"
ROOF

236  234  232  230  228

235  233  231  329

B211  B213  B215   B217

B210  B212  B214  B216  B218

WATER STAINS
ON CEILING TILE

WATER STAINS
FROM ROOF LEAKS

@ PVC PIPE SLEEVE
ABOVE WATER DAMAGE
IN ROOM 112 BELOW

WATER STAIN ON TOP & BOTTOM
CEILING TILE BELOW ROOF
DRAIN, RUST ON PIPE HANGER

STAIN ON DRAIN PIPE JACKET

WATER DAMAGE IN
ROOM 113 BELOW

STAINS ON CEILING
TILE BELOW
ELECTRICAL
CONDUIT & CAULK

LAB TABLE PLUMBING
ABOVE DAMAGE IN
COUNSELORS OFFICE BELOW

DUST/DIRT ACCUMULATION
AT CEILING OF STAIRWELL

WATER STAINS ON
GYPSUM CEILING
& BEAM IN COUNSELOR'S
OFFICE BELOW

AIR-HANDLING UNIT (TYP.)

RAUL
...EMENTARY SCHOOL

RSL 001191

ACE 000015



RAUL ;MENTARY SCHOOL

RSL 001192

ACE 000016

## Section VI

## ATTACHMENT B

**Observation Logs**

ACE 000017      RSL  001193

December 20, 2002

ACE 000018
RSI 001194

# OBSERVATION LOG

## RAUL A. BESTEIRO, JR. MIDDLE SCHOOL

| LOCATION | DESCRIPTION | CAUSE | PHOTOGRAPH NUMBER(S) | CATEGORY (see below) | DATE OF OCCURRENCE |
|---|---|---|---|---|---|
| ROOM 102 | ABOUT 6 INDEPENDENT (SEPARATED FROM ONE ANOTHER) CIRCULAR STAINS ON GYPSUM CEILING (OF HVAC RETURN AIR INTERSTITIAL SPACE) | NO PLUMBING IN INTERSTITIAL SPACE. NO PLUMBING ABOVE INTERSTITIAL SPACE. NO OBVIOUS SOURCE OF MOISTURE | 17 THROUGH 22 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 110 | STAIN ON CEILING TILE (OF DROP CEILING) | WATER LEAK FROM DRAIN SYSTEM OF TWO LAVATORIES IN WOMEN'S RESTROOM ABOVE | 23 THROUGH 26 | B | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 111 | STAIN ON CEILING TILES (2 LOCATIONS) | WATER LEAK FROM DRAIN PIPE JOINT (BOTH LOCATIONS) | 27 THROUGH 30 | B | ORIGINAL: ? ONGOING: YES |
| ROOM 112 | STAIN ON CEILING TILE AND ON GYPSUM CEILING AROUND PVC PIPE PENETRATION | WATER SUPPLY LINE LEAK AT LAB TABLE IN ROOM 210 ABOVE | 31 THROUGH 39 | B | ORIGINAL: ? REPORT: SUPPLY LINE - 6/12 & 1/3/01 |
| ROOM 113 | STAIN ON CEILING TILE AND ON GYPSUM CEILING. RUST ON CEILING TILE GRID | CONDENSATE DRIP FROM HVAC DUCTS | 40 THROUGH 46 | C | ORIGINAL: ? PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 117 | STAIN ON CEILING TILE AND GYPSUM CEILING BELOW CUSTODIAN ROOM UTILITY SINK. | LEAK AT CUSTODIAN ROOM UTILITY SINK DRAIN SYSTEM | 47 AND 48 | B | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 120 | STAIN ON CEILING TILE (BOTTOM SURFACE ONLY) | SURFACE "GROWTH" PROBABLY ASSOCIATED WITH AIR FLOW FROM ADJACENT HVAC AIR SUPPLY DIFFUSER | 49 | C | ORIGINAL: ? ONGOING: PROBABLY |
| ROOM 122 | RUST ON FLANGES OF WALL METAL SOLE PLATE. STAINED CMU BLOCK | POSSIBLY MOISTURE FROM PERIODIC FLOOR MOPPING. AND/OR FROM TIME OF CONSTRUCTION. THERE IS NO PLUMBING IN THE AREA. NO OBVIOUS SOURCE OF MOISTURE | 50 THROUGH 52 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 207 | STAINS ON CEILING TILES | CONDENSATE DRIP FROM HVAC DUCTS | 66 AND 67 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 205 | CIRCULAR STAIN ON BOTTOM, CIRCULAR AND LINEAR STAIN ON TOP OF CEILING TILE. DIRECTLY BELOW HVAC DUCT AND DUCT ACCESS DOOR | CONDENSATE DRIP FROM HVAC DUCTS | 60 THROUGH 65 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 204 | STAIN ON CEILING TILES (BOTTOM SURFACE ONLY). HUMAN SALIVA FROM "SPIT-WADS" | ROOF DRAIN HUB LEAK AT WEST LOCATION. ROOF LEAK AT EDGE OF ROOF AT EAST LOCATION | 53 THROUGH 59 | D | ORIGINAL: ? ONGOING: NO |
| ROOM 208 | STAIN ON CEILING TILES AND ON GYPSUM CEILING (2 LOCATIONS) | ROOF DRAIN HUB LEAK AT WEST LOCATION. ROOF LEAK AT EDGE OF ROOF AT EAST LOCATION | 68 THROUGH 76 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 209 | STAIN ON CEILING TILE AND GYPSUM CEILING | ROOF LEAK AT EDGE OF ROOF | 77 THROUGH 81 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 210 | STAIN ON BOTTOM OF JACKET OF ROOF DRAIN PIPE | LEAKING ROOF DRAIN HUB AND/OR PIPE | 82 THROUGH 87 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 213 | STAIN ON CEILING TILES AND AROUND ELECTRICAL CONDUIT PENETRATION | LEAK AT CONDUIT PENETRATION THROUGH METAL ROOF DECK/MEMBRANE | 88 THROUGH 93 | E | ORIGINAL: ? ONGOING: PRESENTLY WET, PROBABLY ONGOING |
| ROOM 214 | STAIN ON CEILING TILE | WATER DRIP FROM ELECTRICAL JUNCTION BOX. LEAK AT CONDUIT PENETRATION THROUGH METAL ROOF DECK/MEMBRANE | 94 THROUGH 101 | E | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |

RSL 001195
ACE 000019

| LOCATION | DESCRIPTION | CAUSE | PHOTOGRAPH NUMBER(S) | CATEGORY (see below) | DATE OF OCCURRENCE |
|---|---|---|---|---|---|
| ROOM 215 | STAIN ON CEILING TILES | CONDENSATE DRIP FROM HVAC DUCTS | 102 AND 103 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 216 | STAIN ON CEILING TILE AND GYPSUM BOARD | CONDENSATE DRIP FROM HVAC DUCTS | 104 THROUGH 107 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 219 | STAIN ON CEILING TILES (2 LOCATIONS), ONE ON BOTH SIDES OF TILE BELOW HVAC DUCTS, OTHER STAIN ON BOTTOM OF TILE ONLY | CONDENSATE DRIP FROM HVAC DUCTS AT ONE LOCATION. NO PLUMBING ABOVE OTHER STAIN, NO OBVIOUS SOURCE OF MOISTURE AT THIS LOCATION | 108 THROUGH 112 | A,C | ORIGINAL: ? ONGOING: PRESENTLY DRY AT STAIN CAUSED BY CONDENSATE DRIP, BUT PROBABLY ONGOING |
| ROOM 220 | STAIN ON CEILING TILE BELOW ROOF DRAIN HUB/PIPE AND STAIN ON PIPE JACKET DIRECTLY BELOW | ROOF LEAK AT ROOF DRAIN HUB | 113 THROUGH 122 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM 222 | STAIN ON CEILING TILES (2 LOCATIONS), STAIN ON GYPSUM CEILING IN AREA ADJACENT TO HVAC DUCTS | WATER DRIP FROM ELECTRICAL JUNCTION BOX AT ONE LOCATION CAUSED BY ROOF LEAK AT CONDUIT PENETRATION THROUGH ROOF. CONDENSATE DRIP FROM HVAC DUCT AT OTHER | 123 THROUGH 133 | E,C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING AT BOTH LOCATIONS |
| ROOM 224 | STAIN ON CEILING TILES AND GYPSUM CEILING (2 LOCATIONS) | CONDENSATE DRIP AT HVAC DUCTS | 134 THROUGH 138 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM 227 | STAIN ON CEILING TILES (2 LOCATIONS) | ROOF LEAK AT COPPER LINE PENETRATION THROUGH ROOF METAL DECK/MEMBRANE. CONDENSATE DRIP FROM HVAC DUCTS | 139 THROUGH 143 | E,C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING AT BOTH LOCATIONS |
| ROOM 235 | STAIN ON CEILING TILE, RUST ON PIPE HANGER DIRECTLY BELOW ROOF DRAIN HUB | ROOF DRAIN HUB LEAK | 144 THROUGH 146 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| CAFETERIA | STAIN ON CEILING TILES | CONDENSATE DRIP FROM HVAC DUCTS, AND/OR ROOF LEAK, AND/OR ROOF DRAIN | 147 THROUGH 157 | C,E | ORIGINAL: ? REPORT: ROOF - 8/26 & 11/2001 ONGOING: LIKELY |
| COUNSELOR'S OFFICE | STAIN ON CEILING TILE | WATER LEAK FROM DRAIN SYSTEM FOR LAB TABLE IN ROOM 217 ABOVE | 158 THROUGH 160 | B | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| HALL (adjacent to Room 204) | STAIN ON CEILING TILE | NO PLUMBING IN INTERSTITIAL SPACE, NO STAIN ON GYPSUM CEILING. NO OBVIOUS SOURCE OF MOISTURE | 161 THROUGH 164 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| HALL (3rd floor main, north-south) | STAIN ON CEILING TILE | HUMAN SALIVA FROM "SPIT WADS" | 165 | D | ORIGINAL: ? ONGOING: NO |
| KITCHEN | STAIN ON TERRAZZO FLOOR, STAINS AND DAMAGE ON ROOF BEAM AND GYPSUM CEILING | CONDENSATE DRIP AT HVAC DUCTS, AND/OR ROOF LEAK(S), AND/OR ROOF DRAIN LEAK(S) | 166 THROUGH 173 | C,E | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING AT BOTH LOCATIONS |
| LIBRARY | REPORTEDLY PAST WATER ACCUMULATION IN AMPHITHEATER. (NO PRESENT DAMAGE) | APPARENTLY PAST GROUND WATER INTRUSION, NO OBVIOUS SOURCE OF MOISTURE | 174 THROUGH 181 | A | ORIGINAL: SHORTLY AFTER LIBRARY OPENED (PER MR. RAUL VASQUEZ) ONGOING: ? (PRESENTLY DRY) |

RSL 001196

ACE 000020

| LOCATION | DESCRIPTION | CAUSE | PHOTOGRAPH NUMBER(S) | CATEGORY (see below) | DATE OF OCCURRENCE |
|---|---|---|---|---|---|
| MEN'S ATHLETIC OFFICE | STAIN ON BOTTOM ONLY OF CEILING TILE | NO PLUMBING, NO OBVIOUS SOURCE OF MOISTURE. ELECTRICAL CONDUITS AND JUNCTION BOX | 182 THROUGH 184 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| NURSE'S STATION | STAINS ON CEILING TILES | CONDENSATE DRIP AT HVAC DUCTS AND PLUMBING LEAK AT PIPE TO LAB TABLE IN ROOM 217 ABOVE | 185 AND 186 | C,B | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING AT HVAC CONDENSATE DRIP, AND ? AT LAB TABLE PLUMBING |
| STAIRWELL (north of Room 112) | STAINS ON GYPSUM CEILING, LOOSE GYPSUM JOINT TAPE AT CEILING/WALL JOINT | ROOF LEAK | 187 THROUGH 193 | E | ORIGINAL: ? ONGOING: NO |
| SUPPLY ROOM | STAINS ON CEILING TILES AND GYPSUM CEILING | ROOF LEAK(S) AT EDGE OF ROOF | 194 AND 195 | E | ORIGINAL: ? ONGOING: NO |

* INFORMATION OBTAINED FROM BIRD WORK ORDER REPORT

CATEGORY DEFINITIONS:

A    NO OBVIOUS SOURCE OF MOISTURE
B    PLUMBING LEAK
C    DRIP OR LEAK AT HVAC COMPONENT
D    INTENTIONAL BY HUMAN(S)
E    ROOF SYSTEM LEAK

BSL 001197
ACE 000021

# OBSERVATION LOG

## BRUCE AIKEN ELEMENTARY SCHOOL

| LOCATION | DESCRIPTION | CAUSE | PHOTOGRAPH NUMBER(S) | CATEGORY (see below) | DATE OF OCCURRENCE |
|---|---|---|---|---|---|
| ROOM A102 | STAINS ON CEILING TILES AND ON GYPSUM CEILING | | | | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B101 | STAINS ON GYPSUM CEILING | ROOF LEAK | 186 AND 187 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B105 (Restroom) | WATER STAINS ON CEILING TILES BELOW HVAC AIR | PLUMBING SYSTEM OVERFLOW AND/OR LEAK(S) FROM RESTROOM ABOVE (REPORTED BY BISD EMPLOYEES) | 188 AND 189 | B | ORIGINAL: AC - 8/23/01 ONGOING: NO |
| ROOM B108 | STAIN ON CEILING TILES BELOW HVAC | CONDENSATE DRIP, AND/OR CONDENSATE DRIP PAN OVERFLOW AT AIR HANDLER | 200 THROUGH 203 | C | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B110 | STAIN ON BOTTOM ONLY OF GYPSUM CEILING | NO PLUMBING, SOURCE OF MOISTURE UNKNOWN | 204 THROUGH 207 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B111 | WATER IN LIGHT FIXTURE AND STAINS ON CEILING TILES BELOW HVAC AIR HANDLER AND STAINS ON GYPSUM CEILING AT WEST EXTERIOR CMU BLOCK WALL BELOW DRAIN PIPE | CONDENSATE DRIP PAN OVERFLOW AT AIR HANDLER | 208 AND 209 | C | ORIGINAL: ? * REPORT: AC - 8/24/01 ONGOING: YES |
| | | CONDENSATE DRIP AT ONE LOCATION, PIPE JOINT LEAK AT SECOND LOCATION | 210 THROUGH 213 | C,B | * REPORT: WATER LEAK - 8/26/01 ROOF LEAK - 0/1/01 WATER LEAK - 12/5/01 WATER LEAK - 12/6/01 ONGOING: YES, AT BOTH LOCATIONS |
| ROOM B201 | WATER ON TERRAZZO FLOOR | CONDENSATE DRIP FROM UNINSULATED WATER VALVE TO AIR HANDLER | 214 THROUGH 216 | C | ORIGINAL: ? ONGOING: YES |
| ROOM B202 | STAINS (REPORTS) ON BOTTOM OF GYPSUM CEILING AT WEST EXTERIOR CMU BLOCK WALL. DARK AREA ON TOP OF GYPSUM CEILING | NO PLUMBING IN AREA, NO OBVIOUS SOURCE OF MOISTURE | 217 THROUGH 220 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B204 | STAINS (REPORTS) ON BOTTOM OF GYPSUM CEILING AT WEST EXTERIOR CMU BLOCK WALL. DARK AREA ON TOP OF GYPSUM CEILING | NO PLUMBING IN AREA, NO OBVIOUS SOURCE OF MOISTURE | 221 AND 222 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B206 | STAINS (REPORTS) ON BOTTOM OF GYPSUM CEILING AT WEST EXTERIOR CMU BLOCK WALL. DARK AREA ON TOP OF GYPSUM CEILING | NO PLUMBING IN AREA, NO OBVIOUS SOURCE OF MOISTURE | 223 THROUGH 228 | A | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ROOM B211 | STAIN ON TERRAZZO FLOOR AND CEILING TILE | CONDENSATE DRIP, AND/OR CONDENSATE DRIP PAN OVERFLOW AT AIR HANDLER | 229 THROUGH 231 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| ROOM B217 | STAIN ON TERRAZZO FLOOR AND CEILING TILE | CONDENSATE DRIP, AND/OR CONDENSATE DRIP PAN OVERFLOW AT AIR HANDLER | 232 THROUGH 239 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| CAFETERIA | STAINS ON CEILING TILES (2 LOCATIONS) | POSSIBLE ROOF LEAK AND/OR CONDENSATE DRIP AT HVAC DUCT PENETRATION THROUGH GYPSUM CEILING, AND/OR CONDENSATE DRIP FROM HVAC DUCTS | 240 THROUGH 243 | C,E | ORIGINAL: * REPORT: AC - 9/1/01 ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| CONFERENCE ROOM | STAINS ON GYPSUM CEILING | BELOW CHANGE IN ROOF ELEVATIONS INDICATES ROOF LEAK(S) | 244 AND 246 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |

ACE 000022

RSL 001198

| LOCATION | DESCRIPTION | CAUSE | PHOTOGRAPH NUMBER(S) | CATEGORY (see below) | DATE OF OCCURRENCE |
|---|---|---|---|---|---|
| COUNSELOR'S OFFICE | STAINS ON GYPSUM CEILING | PROBABLE ROOF LEAK | 246 AND 247 | E | ORIGINAL: ? ONGOING: ? (PRESENTLY DRY) |
| ELEVATOR EQUIPMENT ROOM | SPOTS ON GYPSUM CEILING (PROBABLE BOTTOM SURFACE ONLY) | PROBABLE HIGH HUMIDITY IN ROOM | 248 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| HALL (2nd floor) | STAINS ON JACKET OF ROOF DRAIN PIPE | ROOF DRAIN HUB LEAK | 249 | E | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| HALL (2nd floor, outside B206 & B208) | STAIN AT CHANGE IN PRESSURE PIPE INSULATION JACKET DIAMETER | NO PLUMBING ABOVE. CONDENSATE FORMING ON SURFACE OF PIPE, TRAPPED INSIDE OF PIPE JACKET | 250 | C | ORIGINAL: ? ONGOING: YES |
| HALL (2nd floor, outside teachers lounge) | STAIN AT JOINT IN PRESSURE PIPE INSULATION JACKET | NO PLUMBING ABOVE. CONDENSATE FORMING ON SURFACE OF PIPE, TRAPPED INSIDE OF PIPE JACKET | 251 | C | ORIGINAL: ? ONGOING: YES |
| HALL (2nd floor, outside girls south restroom) | STAIN AT JOINT IN PRESSURE PIPE INSULATION JACKET | NO PLUMBING ABOVE. CONDENSATE FORMING ON SURFACE OF PIPE, TRAPPED INSIDE OF PIPE JACKET | 252 | C | ORIGINAL: ? ONGOING: YES |
| HALL (1st floor main, non-south) | STAIN ON HVAC CHILL WATER SUPPLY PIPE AND RUST ON CEILING GRID | CONDENSATE FORMING ON SURFACE OF PIPE, TRAPPED INSIDE OF PIPE JACKET | 253 THROUGH 264 | C | ORIGINAL: ? ONGOING: YES |
| MAIN ENTRY | WATER STAINS ON CEILING TILE BELOW HVAC AIR HANDLER | CONDENSATE DRIP AND/OR CONDENSATE DRIP PAN OVERFLOW AT AIR HANDLER | 265 AND 266 | C | ORIGINAL: ? ONGOING: PRESENTLY DRY, BUT PROBABLY ONGOING |
| STAIRWELL (main) | STAINS AND DIRT ON CEILING TILES AND CMU BLOCK WALLS | CONDENSATE CAUSING DUST/DIRT ACCUMULATION ASSOCIATED WITH HVAC AIR | 267 | C | ORIGINAL: ? ONGOING: YES |
| TEACHER'S LOUNGE | STAIN (REPORTED AT BOTTOM OF GYPSUM CEILING AT WEST EXTERIOR CMU BLOCK WALL. DARK AREA ON TOP OF CMU BLOCK WALL. | NO PLUMBING IN AREA. NO OBVIOUS SOURCE OF MOISTURE | 268 | A | ORIGINAL: ? ONGOING: YES; ORIGINAL: ? (PRESENTLY DRY) |

* INFORMATION OBTAINED FROM BISD WORK ORDER REPORT

CATEGORY DEFINITIONS
A   NO OBVIOUS SOURCE OF MOISTURE
B   PLUMBING LEAK
C   DRIP OR LEAK AT HVAC COMPONENT
D   INTENTIONAL BY HUMAN(S)
E   ROOF SYSTEM LEAK

ACE 000023
RSL 001199

# ✳ BESTEIRO MIDDLE SCHOOL <— campus

User-defined Title 1
User-defined Title 2

Dates Received: From 8/1/2001  To 12/31/200

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Purpose Assigned To | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 67836  A/C unit not functioning in Room #113 and Teacher's lounge 2nd FLOOR. (Please Respond). | 8/3/2001 | 8/3/2001 | C | 1 | A | | 0 | $0.00 | $125.67 | $1.60 | $127.27 |
| 048 | Besteiro | 67803  A/C in room 113 needs to be repair for district inservice being held at Besteiro on 8/14/01. | 8/3/2001 | 8/3/2001 | C | 1 | A | | 6 | $54.06 | $11.87 | $1.12 | $67.05 |
| 048 | Besteiro | 68238  A/C unit not functioning in Room 113 and Teacher's Lounge 2nd Floor, 2nd Request, Please Respond | 8/9/2001 | | C | 1 | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 68381  Emergency: A/C units are not functioning in Room #'s 104,212,215,216,222,226,231... please respond | 8/13/2001 | 8/13/2001 | C | 1 | A 0018 | | 16 | $132.16 | $1,489.81 | $2.56 | $1,624.53 |
| 048 | Besteiro | 68755  A/C NOT WORKING IN ROOMS 204 AND 104 | 8/16/2001 | | I | 1 | A | | 0 | $0.00 | $368.72 | $0.00 | $368.72 |
| 048 | Besteiro | 69023  The A/C units in the following rooms still not functioning: rooms 207,212,216,236,104,130,204...please respond | 8/20/2001 | | I | 1 | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69152  The A/C unit is not working in room 118(B.1 unit)...Please respond | 8/21/2001 | | I | 1 | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69211  Filter Inspection | 8/21/2001 | 9/18/2001 | C | | A 0019 | FL | 24 | $195.12 | $234.29 | $20.48 | $449.89 |
| 048 | Besteiro | 69420  BESTEIRO NEED TO REPLACE KITCHEN A/C THERMOSTAT | 8/22/2001 | 8/27/2001 | C | 2 | A | | 22 | $239.06 | $485.20 | $15.36 | $739.62 |
| 048 | Besteiro | 69546  Emergency: A/C units in Rooms #104,#108,#222, we had requested for rooms 104 and 222 previously...please respond | 8/23/2001 | | EM | | A 0018 | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

RSL 001200

ACE 000024

# BESTEIRO MIDDLE SCHOOL

User-defined Title 1
User-defined Title 2

Dates Received: From 8/1/2001  To 12/31/200

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade | Purpose | Budge / Assigned To | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 69505 — Emergency: A/C not functioning in Room 213...please respond. | 8/23/2001 | | | | | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69651 — A/C not working in office between Rooms 126 and 128...please respond | 8/24/2001 | | | 1 | | A | 0018 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69687 — EMERGENCY A/C in room 220 NOT FUNCTIONING..PLEASE RESPOND | 8/24/2001 | | | 1 | | A | | 0 | $0.00 | $509.01 | $0.00 | $509.01 |
| 048 | Besteiro | 70210 — Emergency: A/C in our Cafeteria not functioning...also requested previously A/c in Room 213 not working..please respond | 8/28/2001 | 8/28/2001 | C | EM | | A | 0018 | 4 | $34.08 | $0.00 | $4.80 | $38.88 |
| 048 | Besteiro | 70390 — Emergency: the a/c unit in the cafeteria's kitchen is not working at all...please respond | 8/29/2001 | | | 1 | | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 70909 — The A/C in rooms 213, 126 and 128 are not working, 9-4-01 | 9/4/2001 | 9/7/2001 | C | 1 | | A | 0018 | 10 | $105.08 | $196.70 | $10.24 | $312.02 |
| 048 | Besteiro | 71022 — A/c units in Rooms 218,104 and the office between 126 and 128 not functioning....please respond 10:55A | 9/5/2001 | | | 1 | EM | A | 0018 | 0 | $0.00 | $708.84 | $0.00 | $708.84 |
| 048 | Besteiro | 71887 — A/C NOT WORKING IN ROOM 213... PLEASE RESPOND | 9/14/2001 | | | | | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 72002 — Emergency: Room 204 smells like smoke...please respond | 9/14/2001 | 9/14/2001 | | 1 | | A | 0018 | 4 | $41.20 | $83.88 | $1.60 | $126.68 |
| 048 | Besteiro | 72192 — EMERGENCY: the A/C in the cafeteria is not working at all...please respond 831A | 9/18/2001 | | | 1 | | A | 0018 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 73324 — Filter Inspection | 9/21/2001 | 10/1/2001 | C | | PL | A | 0019 | 24 | $195.12 | $256.29 | $15.36 | $466.77 |

ACE 000025
RSL 001201

# BESTEIRO MIDDLE SCHOOL

Dates Received: From 8/1/2001 To 12/31/200

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Purpose | Assigned To | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 73008 A/C NOT WORKING IN RM 104 & BAND HALL. | 10/3/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | ✓ 73398 EMERGENCY: A/C IN GYM DRIPPING TOO MUCH WATER... PLEASE RESPOND | 10/8/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 73489 A/C IN RM 128 NORTH NOT COOLING. | 10/9/2001 | | | I | EM | A | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 73405 EMERGENCY: A/C IN CAFETERIA KITCHEN NEEDS A/C ON, IT SHUTS DOWN EVERYTIME WE HAVE A FIRE DRILL. | 10/9/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 73661 A/C NOT WORKING - RM 129 | 10/10/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 74110 The A/C register needs to be reinforced in the Band Hall. | 10/16/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 74460 Filter Inspection | 10/19/2001 | 11/13/2001 | C | A | FL | 0019 | | 22 | $191.62 | $252.97 | $15.36 | $459.95 |
| 048 | Besteiro | 74873 A/C IN RM 128 AND THE CAFETERIA | 10/25/2001 | 10/25/2001 | C | I | A | | | 6 | $54.93 | $43.90 | $2.56 | $101.39 |
| 048 | Besteiro | 75338 A/C IN THE CHOIR ROOM IS NOT WORKING | 11/1/2001 | 11/1/2001 | C | I | A | 0018 | | 2 | $18.03 | $3.53 | $2.24 | $23.80 |
| 048 | Besteiro | 76422 A/C IN ROOM 204 NOT WORKING. | 11/14/2001 | 11/19/2001 | C | I | A | | | 4 | $35.18 | $0.00 | $1.92 | $37.10 |
| 048 | Besteiro | 76708 A/C IN ROOM 216 IS MAKING A LOUD NOISE. PLEASE HAVE SOMEONE CHECK THE A/C. | 11/16/2001 | 11/19/2001 | C | I | A | | | 4 | $35.18 | $67.19 | $1.92 | $104.29 |
| 048 | Besteiro | 77176 Filter Inspection | 11/27/2001 | 12/17/200 | C | | FL | | | 24 | $209.04 | $251.21 | $15.36 | $477.61 |

RSL 001202
ACE 000026

# BESTEIRO MIDDLE SCHOOL

Dates Received: From 8/1/2001 To 12/31/200

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade/ Assigned To | Purpose | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 77419 THERMOSTAT IN ROOM 118B IN NOT WORKING NEEDS TO BE FIXED ASAP. | 11/29/2001 | 12/4/2001 | C | I | A | | | 2 | $20.30 | $19.67 | $0.00 | $39.97 |
| 048 | Besteiro | 77818 A/C IN MR. GARZA'S OFFICE IS NOT WORKING. | 12/4/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 78636 THE CAFETERIA AIR CONDITION IS NOT WORKING | 12/13/2001 | 12/14/2001 | C | I | A | | | 1 | $9.86 | $0.00 | $2.24 | $12.10 |
| 048 | Besteiro | 78635 THE AIR CONDITION DOES NOT WORK IN ROOM 107 | 12/13/2001 | 12/14/2001 | C | I | A | | | 1 | $9.86 | $80.87 | $1.92 | $92.65 |
| 048 | Besteiro | 79017 A/C IN THE GYM AND IN ROOM 107 ARE NOT WORKING | 12/19/2001 | 12/27/2001 | C | I | A | | | 2 | $17.35 | $0.00 | $1.92 | $19.27 |
| 048 | Besteiro | 79053 A/C IN ROOM 108 IS NOT WORKING | 12/19/2001 | 12/27/2001 | C | I | A | | | 6 | $52.05 | $136.31 | $1.92 | $190.28 |
| 048 | Besteiro | 79159 A/C IN ROOM 108 IS NOT WORKING, PLEASE RESPOND. | 12/21/2001 | | | I | A | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69021 EMERGENCY; CAMODES OF BOYS AND GIRLS RESTROOMS IN FRONT OF ROOM 124 OVERFLOWING///EMERGENCY | 8/20/2001 | | | EM | PL 0055 | | | 0 | $0.00 | $29.80 | $0.00 | $29.80 |
| 048 | Besteiro | 69507 Emergency; water pressure very low in the Boy's restroom by room 118 for the sinks and the carnodes..please respond | 8/23/2001 | 8/30/2001 | C | | PL | | | 4.5 | $47.34 | $48.44 | $8.96 | $104.74 |
| 048 | Besteiro | 69508 Faucets and spouts in need of repair..several missing knobs,knobs do not turn.. leaks at bases by the eye wash stations | 8/23/2001 | | | | PL 0055 | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 69646 5 sprinkler heads need to be installed, front lawn..please respond | 8/24/2001 | | | | PL | | | 0 | $104.15 | $0.00 | $0.00 | $104.15 |

RSL 001203
ACE 000027

# BESTEIRO MIDDLE SCHOOL

Dates Received: From 8/1/2001 To 12/31/200

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade | Assigned To | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Bestiero | 69894 Urinal in boys' restroom leaking, 2nd floor across from room 216, and commode leaking water to girls' restroom, 6th grade wing across from room 228...please respond | 8/27/2001 | 9/4/2001 | C | | PL | | 4 | $33.84 | $22.58 | $5.12 | $61.54 |
| 048 | Bestiero | 70151 Emergency: Water leaking in one of our Science Classrooms, we tried to shut off the valve but it's broken...please respond | 8/28/2001 | 8/28/2001 | C | EM | PL | | 2 | $16.92 | $0.00 | $1.60 | $18.52 |
| 048 | Bestiero | 70045 Emergency: Commode in Boy's restroom in gym is clogged up...and water fountain is leaking...please respond. | 8/28/2001 | 8/28/2001 | C | EM | PL | 0055 | 2 | $16.92 | $0.00 | $5.12 | $22.04 |
| 048 | Bestiero | 70534 Water fountain not functioning at all, next to Room #216...please respond | 8/31/2001 | | | | PL | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Bestiero | 71882 High Priority: EMERGENCY: ATTN: Plumbers--water leak in Room 112(computer room) pipe leaking ... from Room 210 to Room 112...please respond | 9/13/2001 | 9/14/2001 | EM | | PL | | 4 | $33.84 | $0.00 | $4.80 | $38.64 |
| 048 | Bestiero | 71988 Teacher's restroom next to room 117: the flushing mechanism is not working properly, sprays water all over the toilet bowl and floor...please respond | 9/14/2001 | | | | PL | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Bestiero | 72907 BOY'S AND GIRL'S RESTROOMS DOWNSTAIRS ARE OVERFLOWING | 10/22/2001 | | | | PL | 0055 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Bestiero | 73009 WATER FOUNTAIN NEXT TO RM 235 (2ND FLOOR) | 10/3/2001 | | 1 | 3 | PL | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Bestiero | 73652 REPAIR FAUCET BY RM 217 | 10/10/2001 | | 1 | 3 | PL | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Bestiero | 74099 Please fix broken faucet line on the football field. | 10/16/2001 | | 1 | EM | PL | 0055 | 0 | $0.00 | $354.85 | $0.00 | $354.85 |

ACE 000028   RSL 001204

# BESTEIRO MIDDLE SCHOOL

User-defined Title 1
User-defined Title 2

Dates Received: From 8/1/2001 To 12/31/200

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade | Purpose | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 74111  Water Fountain not working at all next to room #216 ( second floor) | 10/16/2001 | | | 1 | PL | | | 0 | $0.00 | $1.83 | $0.00 | $1.83 |
| 048 | Besteiro | 75108  ALSO TWO WATER LEAKS FRONT LAWN , BY THE FLAG POLE THE OTHER BY THE MARQUES | 10/30/2001 | 11/15/2001 | C | 2 | PL | | | 8 | $88.40 | $3.13 | $1.92 | $93.45 |
| 048 | Besteiro | 75289  EMERGENCY: Major water leak in room 117, it is believed that a pipe is bust!!! | 10/31/2001 | 11/1/2001 | C | | PL | BM | 0055 | 2.5 | $25.38 | $24.00 | $1.92 | $51.30 |
| 048 | Besteiro | 75850  CONNECTION FOR HOSE BIBB 1 1/4 VALVE TO 3/4 IN. WITH 1 1/4 B- VALVE IN FRONT OF SCHOOL. | 11/7/2001 | | | | PL | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 76731  GIRLS RESTROOM ON 2ND FLOOR NEEDS MAINTANCE NOT WORKING | 11/16/2001 | 11/26/2001 | C | 2 | PL | | | 4 | $32.00 | $1.44 | $4.48 | $37.92 |
| 048 | Besteiro | 76918  WATER FOUNTAIN NOT FUNCTIONING AT ALL NEXT TO RM # 216, 2nd FLOOR. | 11/20/2001 | 11/26/2001 | C | 1 | PL | | | 4 | $39.30 | $0.00 | $2.24 | $41.54 |
| 048 | Besteiro | 76916  WATER FOUNTAIN NOT FUNCTIONING AT ALL OUTSIDE GYM BY CONCOURSE AREA. | 11/20/2001 | 11/26/2001 | C | 1 | PL | | | 0 | $0.00 | $0.00 | $2.24 | $2.24 |
| 048 | Besteiro | 76917  COMRADE LEAKING WATER IN TEACHER'S RESTROOM, NEXT TO RM #216 | 11/20/2001 | 11/27/2001 | C | 1 | PL | | | 5 | $46.95 | $32.67 | $10.24 | $89.86 |
| 048 | Besteiro | 78321  SINK IN ROOM120 IS CLOGGED, NEEDS PLUMING | 12/10/2001 | | | 1 | PL | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 79074  THE SINK(LAVATORY) FROM THE RESTROOM IS NOT WORKING. | 12/20/2001 | | | 1 | PL | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

RSL 001205
ACE 000029

# BESTEIRO MIDDLE SCHOOL

Dates Received: From 8/1/2001  To 12/31/200

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Purpose Budge Assigned To | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048 | Besteiro | 70046 Emergency: Water leaking in Room 208 and our supply room...please respond | 8/28/2001 | 8/28/2001 | C | EM | R 0300 | 9 | $85.80 | $0.00 | $1.60 | $87.40 |
| 048 | Besteiro | 70152 Emergency: Roof leak in our cafeteria, please respond | 8/28/2001 | 8/29/2001 | C | EM | R | 3 | $26.86 | $0.00 | $0.96 | $27.82 |
| 048 | Besteiro | 70159 EMERGENCY:WATER LEAK THROUGH ROOF IN ROOM 210, CHOIR ROOM...PLEASE RESPOND | 8/28/2001 | 8/29/2001 | C | EM | R | 3 | $26.86 | $0.00 | $0.96 | $27.82 |
| 048 | Besteiro | 71823 High Priority: leak in room 112 (our computer room) and also in room 210 from 210 it's leaking to room 110...please respond | 9/12/2001 | | I | EM 0300 | R | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 73098 WATER LEAKING FROM CEILING IN HALLWAY OUTSIDE CHOIR DEPT. (1ST FLOOR) | 10/2/2001 | | I | 3 | X | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 76920 WATER LEAKING FROM CEILING INSIDE THE CAFETERIA. | 11/20/2001 | | I | 1 | R | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 048 | Besteiro | 76919 WATER LEAKING FROM CEILING IN HALLWAY BY THE LOCKERS AREA. | 11/20/2001 | 11/30/2001 | C | 1 | R | 6 | $56.62 | $0.00 | $1.92 | $58.54 |

|  |  |  |  |  | Grand Totals: |  |  | 245.00 | $2,216.31 | $5,950.82 | $174.56 | $8,341.68 |

ACE 000030

RSL 001206

## ✳ AIKEN ELEMENTARY ← Campus

**Dates Received: From 8/1/2001 To 12/31/200**

Post-It Fax Note    7671

| To Terry rcer | From R. Vasquez |
|---|---|
| Co./Dept. y | Co. |
| Phone # | Phone # |
| Fax # (972) 518-0011 | Fax # 554-2900 |

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Purpose Assigned To | Budge Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Aiken | 68223 Repair refrigerator in teacher lounge at first floor | 8/9/2001 | | I | I | A | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 68336 Filter Inspection | 8/11/2001 | 9/6/2001 | C | | A FL | 8 | $57.76 | $90.53 | $5.12 | $153.41 |
| 133 | Aiken | 68435 THE FOLLOWING A/C UNITS ARE NOT COOLING AT AIKENS: LOBBY 1ST FLOOR, NURSES OFFICE, A102, B206, B204, B202 AND OUTSIDE AIR UNITS IN RMS. 218, 202. STILL HAVING PROBLEMS WITH ONLY TWO COMPRESSORS OPERATING THIS CHILLER AT THE CAMPUS. | 8/14/2001 | 8/16/2001 | C | EM | A | 2 | $21.20 | $0.00 | $5.12 | $26.32 |
| 133 | Aiken | 69069 BRUCE AIKENS NEED TO REPLACE EXPANSION VALVE ON CHILLER | 8/21/2001 | 8/16/2001 | C | 2 | A | 1 | $10.03 | $1,075.20 | $2.24 | $1,087.47 |
| 133 | Aiken | 69351 BRUCE AIKENS NEED TO CHECK OUTSIDE AIR UNITS | 8/22/2001 | | I | 2 | A | 0 | $0.00 | $9.67 | $0.00 | $9.67 |
| 133 | Aiken | 69523 Please repair A/C water leak in B101 | 8/23/2001 | 8/23/2001 | C | I | A | 3 | $24.78 | $0.00 | $2.56 | $27.34 |
| 133 | Aiken | 69629 Please repair A/C Water leak in B201 | 8/24/2001 | 8/26/2001 | C | I | A | 2 | $16.52 | $0.00 | $2.56 | $19.08 |
| 133 | Aiken | 69664 Please repair Heaters in A 102 | 8/27/2001 | | I | A 0018 | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 71016 Please repair Room A-108 (To Hot) | 9/5/2001 | 9/5/2001 | C | I | A | 3 | $27.03 | $0.00 | $2.24 | $29.27 |
| 133 | Aiken | 71065 Please repair A/C in nurse room (to Hot) | 9/5/2001 | 9/5/2001 | C | I | A | 4 | $36.04 | $0.00 | $1.60 | $37.64 |
| 133 | Aiken | 71419 Please repair A/C water leak in Room B-105 | 9/10/2001 | | I | I | A | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

Thursday, September 12, 2002    Work Order Report 2    Page 1 of 4

RSL 001207
ACE 000031

# AIKEN ELEMENTARY

**Dates Received: From 8/1/2001 To 12/31/200**

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID / Description | Received | Completed | Status | Priority | Trade | Purpose | Budge | Assigned To | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Aiken | 71734 — Please Repair A/C Water Leak in B-217 | 9/12/2001 | 9/12/2001 | 1 | | A | | | 0018 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 72345 — Filter Inspection | 9/21/2001 | 10/9/2001 | C | 1 | A | | | 0133 | 12 | $86.64 | $116.78 | $8.64 | $212.06 |
| 133 | Aiken | 73727 — Please repair A/C in A-108 (To Hot) | 10/11/2001 | 10/11/2001 | 1 | | A | | | FL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 73854 — Filter Inspection | 10/12/2001 | 10/12/2001 | C | | A | | | | 8 | $66.32 | $134.52 | $4.48 | $205.32 |
| — | Aiken | 74539 — Filter Inspection | 10/22/2001 | 1/14/2002 | 1 | | A | | | 0.133 | 0 | $0.00 | $151.73 | $0.00 | $151.73 |
| 133 | Aiken | 74496 — Please repair A/C in room B207 is to noise | 10/22/2001 | | 1 | | A | | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 74919 — Please re-star, Water chiller (The complete school is hot) | 10/26/2001 | | 1 | | A | | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 74987 — Please re-star, Water chiller (The complete school is hot) | 10/29/2001 | 10/29/2001 | C | 1 | A | | | | 1 | $10.03 | $0.00 | $2.56 | $12.59 |
| 133 | Aiken | 76064 — Please revise A/C Water drain in front of the school | 11/8/2001 | | 1 | 2 | A | | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 76089 — Please Repair A/C Water Leak in B-105 | 11/9/2001 | 11/10/2001 | C | 1 | A | | | | 7 | $64.75 | $0.00 | $0.00 | $64.75 |
| 133 | Aiken | 76248 — Please revise A/C Cafeteria | 11/12/2001 | 11/13/2001 | C | 1 | A | | | | 4 | $37.64 | $0.00 | $2.56 | $40.20 |
| — | Aiken | 76250 — Please Repair A/C Water leack in B-105 | 11/12/2001 | | 1 | | A | | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 76249 — Please Service A/C in Nurse room | 11/12/2001 | 11/13/2001 | C | 1 | A | | | 0055 | 2 | $18.82 | $0.00 | $2.56 | $21.38 |
| 133 | Aiken | 77006 — check Cafeteria A/C too much humidity | 11/26/2001 | 11/26/2001 | C | 2 | A | | | | 1 | $9.86 | $8.56 | $1.92 | $20.14 |

ACE 000032
BSI 001208

# AIKEN ELEMENTARY

Dates Received: From 8/1/2001 To 12/31/200

User-defined Title 1
User-defined Title 2

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Purpose Assigned To | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Aiken | 77271 Please Repair A/C in A106 To Cool and B218 A/C to Hot | 11/28/2001 | 12/3/2001 | C | A | | | 2 | $19.72 | $0.00 | $2.56 | $22.28 |
| 133 | Aiken | 77417 REPAIR HEATER IN ROOM B212 | 11/29/2001 | 11/29/2001 | C | 2 | A | | 2 | $18.03 | $0.00 | $1.60 | $19.63 |
| 133 | Aiken | 78194 A/C LEAK ON ROOM C102 | 12/7/2001 | 12/7/2001 | C | 1 | A 0018 | | 4 | $34.70 | $0.00 | $1.92 | $36.62 |
| 133 | Aiken | 79205 NEED TO REPLACE CHILL WATER TRANSDUCER AT BRUCE AIKENS. | 12/27/2001 | | 1 | A | | | 0 | $0.00 | $870.00 | $0.00 | $870.00 |
| 133 | Aiken | 67758 Please repair sprinkage sistem in front patio | 8/3/2001 | 8/16/2001 | C | 2 | PL | | 26 | $230.11 | $0.00 | $15.36 | $235.47 |
| 133 | Aiken | 69005 Please repair Zink in Room C-102 | 8/20/2001 | 8/27/2001 | C | 1 | PL | | 3 | $23.96 | $0.00 | $1.92 | $25.88 |
| 133 | Aiken | 70167 please repair water leak in room B111 at aiken | 8/28/2001 | 8/30/2001 | C | 1 | PL | | 2 | $15.97 | $0.00 | $1.92 | $17.89 |
| 133 | Aiken | 71128 Please repair water fountain in Block lop | 9/6/2001 | 9/17/2001 | C | 2 | PL | | 5 | $46.80 | $19.70 | $2.24 | $68.74 |
| 133 | Aiken | 74154 AIKEN ELEMENTARY NEEDS TRENCHING UP FOR CHILLER CONTROL. | 10/17/2001 | | 1 | 2 | PL | | 0 | $0.00 | $66.53 | $0.00 | $66.53 |
| 133 | Aiken | 75155 Plsse repair Water leak in A-102 sink | 10/30/2001 | 12/6/2001 | C | 1 | PL | | 3.5 | $38.68 | $190.97 | $1.60 | $231.24 |
| 133 | Aiken | 76185 Please Repair Sink in First floor Restrooms | 11/10/2001 | 11/14/2001 | C | 1 | PL | | 3 | $27.30 | $0.40 | $5.44 | $33.14 |
| 133 | Aiken | 71423 Please Repal Roof water leak in Room B-111 | 9/10/2001 | | 1 | R | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | Aiken | 77632 B111 check water leak on wall | 12/7/2001 | | 1 | 2 | R | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

RSL 001209

ACE 000033

# AIKEN ELEMENTARY

Dates Received: From 8/1/2001 To 12/31/200

| Reference ID | Path Name | WO ID/ Description | Received | Completed | Status | Priority | Trade Assigned To | Purpose | Budge | Hours | Labor | Material | Travel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Aiken | 78068 WATER LEAK ON ROOM B111 | 12/6/2001 | | 1 | 1 | R | | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

User-defined Title 1
User-defined Title 2

Grand Totals: 108.50 $932.68 $2,734.59 $78.72 $3,745.99

Thursday, September 12, 2002      Work Order Report 2      Page 4 of 4

# Section VI

# ATTACHMENT C

**BISD Work Order Reports**

ACE 000034

December 20, 2002

RSL 001210

## Section VI

## ATTACHMENT D

**Résumés (Jerry E. Mercer, Jeffrey H. Peters)**

F

ACE 000035

**December 20, 2002**

RSL  001211

### JERRY E. MERCER, P.E.



**Rimkus**
Consulting Group, Inc.



### JERRY E. MERCER, P.E.
### VICE PRESIDENT, DISTRICT MANAGER

A 1976 civil engineering graduate of Texas A&M University, Mr. Mercer is a licensed Professional Engineer with experience in civil and structural engineering design, project administration, construction, failure analysis, and accident reconstruction. His experience includes: building and equipment foundation and superstructure design; retaining wall and sheet pile design; site grading and drainage design; water distribution, storm sewer and sanitary sewer systems design; paving design; soil mechanics; inspection of construction of land improvement utilities; design and contract document preparation for residential/commercial land improvement projects; and building finishes design including roofs, sidings, and wall and floor coverings.

He also is experienced in coordination of the preparation of architectural, civil/structural, mechanical and electrical engineering contract documents; and building construction project administration. Mr. Mercer has provided failure analysis and accident reconstruction services since 1983. His experience includes analysis of: architectural/engineering design and construction; construction accidents; ladder accidents; chair accidents; slip-and-fall accidents; temporary and permanent traffic control devices; vehicle accidents; roof collapses; storm, fire and water damage to structures; architectural/engineering contract relationships and responsibilities; contract disputes; and site flooding.

### EDUCATION AND PROFESSIONAL ASSOCIATIONS

B.S. - Civil Engineering - Texas A&M University
Roofing Symposium - National Roofing Contractors Assoc., Gaithersburg, Maryland
Soil Stabilization - The Lime Assoc., Houston, Texas
Concrete Additives - Gifford Hill Company, Houston, Texas
Reinforced Earth - The Reinforced Earth Company, Houston, Texas
Construction Safety - Occupational Safety & Health Administration, Dallas, Texas
Construction Law Seminar - Defense Research Institute, Orlando, Florida
Construction Litigation in Texas – Lorman Education Services, Dallas, Texas
Registered Professional Engineer: Texas and Oklahoma
Member of:    American Institute of Steel Construction, American Society of Civil Engineers,
              American Concrete Institute, Texas/National Society of Professional Engineers
Certifications:   Instructor – Texas Department of Insurance Continuing Education Courses: "Vehicle
                  Accident Reconstruction," "Foundations," "Low-Slope Roofs," and "Steep-Slope
                  Roofs"
Inspector – State of Texas: Insurable Property for Wind Storms and Hail

### EMPLOYMENT HISTORY

| | |
|---|---|
| 1987 - Present | Rimkus Consulting Group, Inc. |
| 1986 - 1987 | Crane, McDowell & Company |
| 1983 - 1986 | Craddock & McDowell Ltd., Inc. |

ACE 000036

RSL 001212

### JERRY E. MERCER, P.E.

| 1979 - 1983 | The Austin Company |
| 1978 - 1979 | Mercer-Brown Engineers, Inc. |
| 1976 - 1978 | The Austin Company |

## DETAILED PROFESSIONAL EXPERIENCE:

**RIMKUS CONSULTING GROUP, INC.**                              **1987 - PRESENT**

  District Manager

  Analysis of failures, disputes, and accidents in the civil/structural engineering disciplines and the construction industry, including: building and equipment foundation and superstructure design and performance failures; communication tower failures; construction accidents; crane failures/accidents; slip, trip, and fall accidents; automobile and heavy truck vehicle accidents; traffic control device layout; ladder and scaffold accidents; site design grading and drainage; flooding; building and roadway design/construction; contract disputes; building finish material failures; low-slope and steep-slope roofs design, leak, and failure evaluations; and building water leakage damage evaluations.

**CRANE, MCDOWELL & COMPANY**                              **1986 - 1987**

  Civil/Structural Consulting Engineer

  Analysis of failures and accidents in architectural and civil/structural engineering disciplines related to residential/commercial/industrial building and equipment foundations and superstructures; and residential/commercial/industrial land improvement facilities including water supply, sanitary and storm sewer systems, and paving; and analysis of design E&O insurance claims. Failure analysis of insurance claims related to property losses and product liability losses.

**CRADDOCK & MCDOWELL, LTD., INC.**                              **1983 - 1986**

  Civil/Structural Consulting Engineer

  Analysis of failures and accidents in architectural and civil/structural engineering disciplines related to residential/commercial/industrial land improvement, building and equipment foundations and superstructures; and analyses of design E&O insurance claims. Failure analysis of insurance claims related to property losses and product liability losses.

**THE AUSTIN COMPANY**                              **1979 - 1983**

  Project Engineer/Supervisor

  Responsible for supervising development of architectural, civil/structural, mechanical and

ACE 000037

RSL  001213

## JERRY E. MERCER, P.E.

electrical engineering systems and contract documents for building projects. Coordination of building construction projects with clients, purchasing, construction and accounting departments. Projects included large machine shops, warehouses, manufacturing plants and low-rise office buildings.

**MERCER-BROWN ENGINEERS, INC.**                                                  **1978 - 1979**

Design Engineer

Served as construction inspector and project designer and draftsman. Primary areas of responsibility included inspection of construction of land improvement facilities, and design and contract document preparation for residential/commercial land improvement projects, including: the design of site grading and drainage; water distribution systems; storm and sanitary sewer systems; paving design; and preparation of contract engineering plans, specifications and bid documents. Projects included office buildings, single-family residential subdivisions, multi-family residential housing, strip shopping centers and hotels/motels.

**THE AUSTIN COMPANY**                                                  **1976 - 1978**

Project Civil/Structural Designer/Draftsman

Served as designer and draftsman for building design and construction projects. Primary areas of responsibility included civil and structural engineering design and contract document preparation for project site improvements and building and equipment foundations and superstructures, including: pile and concrete pier supported foundations; and concrete and steel framing systems. Projects included large machine shops, warehouses, manufacturing plants and low-rise office buildings.

**PUBLISHED ARTICLES**

"Guardrail Standards Inadequate" Claims Magazine, June 1989.
"The Expert's Role in Construction-Related Personal Injury Cases" DRI Construction Law Seminar, February 2000.

ACE 000038

RSL 001214



# Rimkus
Consulting Group, Inc.



### JEFFREY H. PETERS, B.A.E., P.E.
### DIVISION MANAGER

Mr. Peters has more than twenty years of diversified engineering and management experience. He is a graduate of the Pennsylvania State University with a Bachelor of Architectural Engineering degree with an emphasis in Environmental Systems. Currently he is a registered Professional Engineer in the state of Texas.

Mr. Peters has extensive knowledge and expertise in Indoor Air Quality (IAQ) evaluations in residential and commercial buildings. Most recently his focus has been the cause and origin analysis of mold growth moisture sources and the necessary remediation methods for mold removal (having evaluated over 600 projects). His specific expertise is in identifying mechanical (Heating, Ventilating and Air Conditioning - HVAC), plumbing and building envelope defects as a moisture sources for mold growth. On numerous occasions he has presented both on the specific relationship of HVAC systems and mold propagation; and on remediation techniques to eliminate mold contamination. He also investigates carbon monoxide exposures and is a Certified Carbon Monoxide Analyst.

He has vast experience and expertise in facilities operations, maintenance and management of large commercial healthcare facilities. He has served as a design project engineer and project manager overseeing multiple large and complex construction projects with a particular emphasis on mechanical, electrical and plumbing systems for healthcare facilities. He has owned and operated his own landscape contracting company serving commercial and residential customers and worked several years as a carpenter constructing new multi-family residences and renovating older houses.

### EDUCATIONAL AND PROFESSIONAL ASSOCIATIONS

Bachelor of Architectural Engineering – Environmental Systems - Pennsylvania State University
Registered Professional Engineer by Examination – Texas (80660)
OSHA General Industry Safety and Health Certificate (10-hour course)
OSHA Compliance and Inspections Certificate (16-hour course)
Licensed Ham Radio Operator, Technician Class KD5EXD
Certified Carbon Monoxide Analyst (by the Building Performance Institute, Inc.)

Member of:   American Society of Heating, Refrigeration & Air-conditioning Engineers
             Texas Association of Healthcare Facility Engineers (Former Board Member and
                Education Chairmen)
             National Society of Professional Engineers
             National Fire Protection Association
             American Society of Healthcare Engineers

HOUSTON   DALLAS/FT. WORTH   MC ALLEN   SAN ANTONIO   CORPUS CHRISTI   AUSTIN   NEW ORLEANS
ATLANTA   CHICAGO   TAMPA   FT. LAUDERDALE   ORLANDO   LAS VEGAS   DENVER   PHOENIX   ZURICH

ACE 000039

RSL 001215

## JEFFREY H. PETERS, B.A.E., P.E.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2001 – Present | Rimkus Consulting Group, Inc. |
| 1994 – 2000 | The Methodist Hospital |
| 1990 – 1994 | Smith Seckman Reid, Inc. |
| 1986 – 1990 | Cambridge Landscape Co. |
| 1981 – 1986 | I. A. Naman + Assoc. |

## DETAILED PROFESSIONAL EXPERIENCE

**RIMKUS CONSULTING GROUP, INC.**                                **2001 - Present**

Division Manager

Manage the Environmental Division that investigates environmental contaminants in buildings with mold being the primary agent. Investigate deficiencies in design, construction, maintenance and operations of building envelopes, mechanical (HVAC) and plumbing systems and how they contribute as a source for indoor environmental contaminants. Prepare damage assessments, determine moisture source cause and origin, and develop remediation plans to eliminate these contaminant sources.

**THE METHODIST HOSPITAL**                                **1994 – 2000**

Interim Vice President of Support Services and
Director of Facility Management Services

Directed facilities operations for a +900 bed, +2 million square foot, acute care, teaching hospital. Directed Plant Operations, Design and Construction, Security, Service Communications and Building Services with a $16 million operating, $20 million construction annual budgets and 170 staff. Additional duties included chairing several committees in Y2K Preparedness; Emergency Preparedness; and Utility and Life Safety. Also a member of the Hospital's Safety Committee, Houston's Weapons of Mass Destruction Coordination Committee, and Texas Medical Center's Deregulation Task Force and Long Range Utilities Master Planning Committee. Lead engineering investigator for Risk Management department for all types of facility losses at all of the Methodist Health Care System corporation buildings.

On an interim basis (six months) the Executive responsible for the Support Services areas, that in addition to Facility Management Services, included the departments of Bio-medical, Anesthesia Services, Warehouse, Patient Transportation, Mailroom, Linen Services, Central Supply and Dietary. The combined operating budget for these departments was $48 million with 840 staff.

**SMITH SECKMAN REID, INC.**                                **1990-1994**

Project Manager, Mechanical Project Engineer

ACE 000040

RSL 001216

## JEFFREY H. PETERS, B.A.E., P.E.

Managed the design team for numerous mechanical (HVAC), plumbing and electrical system designs for various sized new and renovated healthcare and research facility projects. Lead mechanical project engineer for these same projects preparing the plans and specifications with projects sizes as large as $20 million.

**CAMBRIDGE LANDSCAPE COMPANY**                                    **1986-1990**

Owner

Managed the operations for a midsize landscape contracting company specializing in new landscape and irrigation system installations for residential and commercial properties. Performed the design work and directed and trained the maintenance and installation staff.

**I. A. NAMAN +ASOCIATES**                                          **1981-1986**

Project Engineer

Designed the mechanical (HVAC), electrical and plumbing systems for large high-rise office buildings, healthcare and research facilities. Developed marketing plans for healthcare and telecommunications consulting.

### PRESENTATIONS

"Residential Air Conditioning Systems as a Source for Mold Propagation" A one-hour Professional Development course for several insurance adjuster-training seminars, Austin, Texas, June 2001- November 2001.

"Mold Investigation and Remediation Techniques" An eight-hour Professional Development course for insurance adjuster training, Harrisburg, Pennsylvania, October 2001.

"False Fire alarms" on camera interview, Channel 11 News, Houston, Texas September 1999

"Hurricane Preparedness" Twenty minute presentation and panel discussion to the Texas Medical Center, Houston, Texas, June 1999.

"Incident Commander System Training", Four-hour Incident Commander management training for emergency response to disasters, The Methodist Hospital, Houston, Texas, multiple sessions 1998-2000.

"Hurricane Polly", A multiple hour presentation to The Methodist Hospital management and staff for hurricane preparedness training, multiple sessions 1996-2000.

ACE 000041

RSL 001217

# Section VI

## ATTACHMENT E

**Photographs**

ACE 000042

December 20, 2002