Cause No: B-03-109
Style: Royal Surplus Lines Insurance
vs.
Brownsville Independent School District

Building Water Damage Evaluation
RCG File No: 221469

Prepared For:

Mr. Stephen R. Wedemeyer
Attorney at Law
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056

January 26, 2004

EXHIBIT  B

RSL 001395



Rimkus Consulting Group, Inc.
1431 Greenway Drive, Suite 900
Irving, Texas 75038
(972) 518-0900 Telephone
(972) 518-0011 Facsimile
(877) 271-1168 Toll Free

Mr. Stephen R. Wedemeyer
Attorney at Law
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056

Re:  Cause No:   B-03-109
     Style:      Royal Surplus Lines Insurance vs. Brownsville Independent School District
     Project:    Building Water Damage Evaluation
     Subject:    Report of Findings
     RCG File No: 221469

Representatives of the Brownsville Independent School District (BISD) claim moisture/water damage and mold growth resulting from various causes at the Bruce Aiken Elementary School and Raul A. Besteiro, Jr. Middle School building. Construction of Besteiro was completed in August 1994, and it opened that fall. Construction of Aiken and of a 6th grade addition to the north end of Besteiro was completed in the summer of 1996, and they opened that fall. As finally constructed, both schools are interconnected by a common library and share a kitchen, which were both completed in August 1994 as a part of the original Besteiro construction.

Rimkus Consulting Group, Inc., was retained by Mr. Stephen R. Wedemeyer of Beirne, Maynard & Parsons, L.L.P., to evaluate the claimed water damage and mold growth at the school building. Our work to complete this assignment was conducted by Jerry E. Mercer, P.E. Mr. Mercer's work has included activities shown in Attachment A.

## Conclusions

1. The heating, ventilating, and air-conditioning (HVAC) systems for the school building are not functioning properly and, therefore, do not maintain the indoor humidity within industry standards, i.e. the humidity is too high and a damp indoor environment exists.

2. Documents provided by the BISD indicate the HVAC systems have not functioned properly since the school was constructed, and that they are not functioning properly for all of the following reasons:

    - Improper design

RSL 001396

- Improper installation
- Improper operation
- Improper maintenance

3. The high humidity in the building has caused discomfort to occupants, and caused the development of general mold growth on building finishes and contents.

4. Localized water stains (and possible mold) on building finishes, caused by the formation of condensation, dripping condensation, or overflowing condensation from HVAC systems components, have occurred at 27 locations. These problems were caused by high indoor humidity, which is condensing on cooled components of the operating HVAC systems, or a lack of maintenance to keep condensation drain pans/drains clean and functioning properly.

5. Localized water leakage because of roof leaks (18 locations), and water supply and drainage pipe systems leaks (7 locations) have caused localized areas of water stains (and possible mold) on building finishes. The water leakage is at building construction joints, and pipe joints and/or fittings. The water leakage is the result of initial construction errors and/or normal wear and tear.

6. Localized stains at one (1) location in Aiken were reportedly caused by water originating in a 2nd floor restroom. BISD personnel reportedly responded quickly to fix this problem. The BISD records do not indicate a broken valve, pipe or fitting were involved. We do not know exactly what happened to cause this problem.

7. The source of water that caused staining of (and possible mold on) building finishes at eleven (11) locations has not been determined. There are no HVAC systems components, roof penetrations or plumbing systems components at each of these locations. No gaps, holes or openings in the areas of this staining were observed.

8. The primary, if not the only, cause of the general mold growth on the building finishes and contents is the high indoor humidity, which has been an ongoing condition since the school opened because of improper functioning of the HVAC systems. Water leakage at localized areas has not contributed significantly, if at all, to the high indoor humidity. Staining of building finishes and mold growth, if any, at localized water leakage areas is restricted to those localized areas.

9. Proper functioning of the HVAC systems must be achieved to eliminate the high indoor humidity. Remediation to remove the general mold on building finishes and contents can then be completed. Ongoing localized water leaks

RSL 001397

need to be repaired followed by remediation of water stained building finishes and possibly mold at the areas of localized water leakage.

## Discussion

### General Observations

Entering either Besteiro or Aiken at a time when the HVAC systems are reportedly on and functioning normally, reveals poor indoor air quality. The temperature is approximately correct for indoor conditions; however, it is obvious that the humidity level is too high. This condition improves or worsens in different rooms and areas in the building.

### Indoor Air Quality

With respect to Besteiro, the August 15, 1994, HVAC system balancing report for the original construction of Besteiro suggests the system could not be, and was not properly balanced. A December 14, 1994, letter from the architect to the general contractor, references screwed shut air dampers in the rooftop units, which agrees with information in the balancing report. On October 31, 1995, high humidity in the library was investigated, and the cause was related to a malfunctioning thermostat. The BISD records indicate the HVAC system in Besteiro was not balanced properly at the time of its installation, and that high humidity because it does not function properly has been an ongoing problem since construction of the school.

With respect to Aiken and the 6th grade addition to Besteiro, high humidity in Room B102 (Aiken) and improper cooling in Room B103 (Aiken) were reported during the summer of 1996, which is during the time construction was being completed. A BISD memo (dated June 1, 1999) by Mr. Oscar Tapia, BISD Facilities Administrator, indicates the Aiken staff was complaining of slightly uncomfortable (indoor) conditions in the fall of 1996, which is when Aiken opened. On September 11, 1996, high humidity was reported in the 6th grade addition, which is shortly after the addition was first opened. A September 19, 1996, memo from the HVAC systems design engineer provided measures to be implemented to reduce the humidity in Aiken. An October 28, 1996, letter references the chillers of the Aiken HVAC system continually shutting down. A December 5, 1996, letter indicates that balancing of the HVAC system for Aiken was incomplete. Poor air circulation in the halls of Aiken was identified as the reason for moisture forming on the walls. Remediation reportedly helped to improve air circulation and indoor air quality. Mr. Tapia's 1999 memo states the Aiken staff was calling about stuffiness of the school during the spring of 1997.

Mr. Tapia reported he was first aware of mold growth in the kitchen in December 1994. The BISD records suggest that this was a localized short-term problem caused by condensation forming on an HVAC diffuser that had been poorly located. The diffuser was apparently relocated and this problem was eliminated.

An October 20, 1998, BISD memo discusses Aiken staff members concerns about mold and humidity problems at Aiken. An October 22, 1998, site inspection by the Texas Department of Health (TDH) revealed excessive levels of humidity within the building (Aiken) causing severe mold and mildew growth within Aiken. The November 18, 1998, report by the TDH concludes high humidity levels throughout the school (Aiken) are most likely contributing to mold growth and resulting in musty odors. A November 24, 1998, letter from the BISD to the Architect indicates that the HVAC system for Aiken had never operated to its design level. Mr. Tapia's 1999 memo states that calls (by Aiken staff) about high humidity and mildew/mold were occurring in April 1999.

In August 2001, Mr. Tapia and Mr. Raul Vasquez, BISD Maintenance Administrator, became aware of mold in the kitchen, library, and Room 122 (computer room). Within the kitchen, Mr. Tapia recalls mold was found inside a refrigerator that had shut down. He recalls this area was cleaned and not a serious problem. Mr. Vasquez recalls general mold growth on some of the walls of the kitchen, and both recall general mold growth on building finishes and books in the library and computer room. The BISD records and reports (contained in the BISD records) by the Texas Department of Health, dated November 8, 1998, Mody L. Boatright, P.E., dated July 28, 1999, Rimkus Consulting Group, Inc., dated December 20, 2002, and Engineering and Fire Investigations, dated January 20, 2003, conclude there is high humidity in the school, and that this poor indoor air quality is due to improper functioning of the HVAC systems.

A properly functioning HVAC system maintains indoor humidity within industry standards. The BISD records indicate that the HVAC systems for the school have not been functioning properly since construction of the school, and, specifically, that they do not maintain the indoor humidity below industry recommended upper levels. Consequently, there has been, since construction of the school, an excessively damp indoor environment that has caused occupant discomfort and general mold growth on the building finishes and contents. These problems will continue until proper indoor humidity levels are achieved and maintained. Remediation of the HVAC systems must be undertaken to improve the indoor air quality of the building. The BISD records indicate the remediation will need to include all of the following:

- Redesign of the HVAC systems.

- Confirmation of proper installation of the HVAC components, as originally designed.

- Establishment of a proper operating and/or maintenance program within the BISD.

Remediation of the HVAC systems and of damaged building finishes has been undertaken to some degree in the school. The exact scope and cost of this

remediation is unknown. Whether this work has been completed is unknown. Documents pertaining to the scope and cost of the remediation work have been requested. These documents should be reviewed to confirm the necessary scope of remediation work and the cost to complete that scope.

**Localized Water Stains**

With respect to the original construction of Besteiro, during October 1995, water droplets on the gym floor below a rooftop air handling unit, and continued dripping of water from the edges of many of the rooftop units throughout the school were noted.

Insulation on the chilled water pipes in the corridors of Aiken is stained because of condensation forming on the pipes. This condition was first reported in August 1996, during the time the school was being completed.

The HVAC systems design for the school call for return air through the interstitial space above acoustical drop ceilings. This concept, in combination with the high indoor humidity, has resulted in condensation forming on building finishes, particularly metallic objects within the interstitial space. Those objects include valves, pipes, and fittings for air-handling units for the chill water system for Aiken, electrical conduits within the interstitial space, and other metallic objects, including the HVAC ducts that are cooled because of their exposure to cooled air from the HVAC systems. Dripping condensate has caused staining of acoustical ceiling tiles, gypsum board, and other materials in proximity to those metallic items. The BISD records indicate this problem has existed since the initial days of building occupancy and more recent building inspections show that it continued into 2002.

Localized stains below some of the air-handlers in Aiken are worse than others. Dark stains are present on the floor below. The water that caused these stains appears to be overflow condensation from the air-handler condensation drain pans. This type of overflow problem is normally associated with a lack of maintenance of the drain pans, but, specifically, their drains to keep them clean and draining properly. The large amount of overflow can be attributed to the gradual backup of condensation in the drain pans, followed by its relatively steady long-term overflow from the pans.

Within the school building there is 27 locations where stained building finishes are attributed to the formation of condensation on the HVAC components, and/or the apparent overflow of condensation from air-handler drain pans. No broken or cracked valves, pipes or fittings were observed, or are they indicated in the BISD records, at these locations that could have caused the building finishes damage. No gaps, holes, or openings through the building envelope were noted at these areas, or are any indicated in the BISD records.

Other causes of localized stains (7 locations) include dripping water from both water supply pipe and drainage pipe systems. No obvious, visible holes, gaps, breaks or cracks in these pipe systems were observed, or were any indicated in the BISD records. The leakage is the result of poor original installation of the pipe joints, or gradual deterioration of sealant at the pipe joints. The leakage of water at these locations has been long-term. No broken or cracked valves, pipes or fittings were observed at these locations that could have contributed to a sudden release of water to cause the building finishes damage.

According to BISD representatives, localized stains at one (1) location in Aiken were caused by water originating in a 2nd floor restroom. BISD personnel reportedly responded quickly and fixed this problem. The BISD records do not indicate a broken valve, pipe or fitting were involved. We do not, however, know exactly what happened to cause this problem.

Some of the localized water stains (18 locations) are the result of the leakage of water through the building roofs. Besteiro has gravel surfaced built-up roofs, except for the 6th grade addition, which is roofed with a granule surfaced single-ply roof. Aiken is roofed in its entirety with a granule surfaced single-ply roof. Water leakage and damage are present along the construction joint between the original north wall of Besteiro and the 6th grade addition to the north. Roofing mastic along flashing at this joint reveals water leakage has occurred along this joint, and maintenance work has been completed for the purpose of stopping the leakage. There are no openings or gaps as the result of storm activity. The BISD records indicate this water leakage occurred soon after construction of the 6th grade addition, and occurred because of construction errors.

Similarly, there are minor stains on acoustical ceiling tiles and gypsum board below the construction joint between the east wall of Aiken and the northern wing extending to the east. Again, the presence of roofing mastic establishes roof maintenance work that has been completed for the purpose of stopping the leakage.

The sixteen (16) remaining locations of roof leaks are at penetrations through the roofs for the installation of roof drain hubs, rooftop HVAC units, electrical conduits, and mechanical piping. Some leaks may be at roof drainpipe joints within the building. These problems are the result of poor installation of these various items or deteriorated sealant at the roof penetrations or pipe joints. No openings or gaps in the roofs because of storm activity were observed. No broken or cracked drainpipes or fittings were observed at these locations that could have contributed to a sudden release or entry of water to cause the building finishes damage.

The cause of water stains at eleven (11) locations has not been determined. These stains are isolated, away from any source of water such as HVAC components, plumbing pipes, or roof penetrations and drain pipes.

RSL 001401

Consequently, this damage is not attributed to broken, cracked or leaking pipes. No openings or gaps in the roofs because of storm activity were observed.

This report was prepared for the exclusive use of Beirne, Maynard & Parsons, L.L.P., and is not intended for any other purpose. Our report is based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Sincerely,

Rimkus Consulting Group, Inc.

Jerry E. Mercer, P.E.
Vice President, Regional Manager

Lee E. Ellis / mam
Lee E. Ellis
Senior Consultant
Property/Construction Division Manager

JEM/LEE/mam

Attachments

RSL 001402