IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT. | § | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared **David A. Weeks**, who, being duly sworn upon his oath according to law, did depose and state the following:

1.  "My name is David Weeks. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I am a licensed professional engineer in the State of Texas. By reason of my employment with the Center for Toxicology & Environmental Health, L.L.C. ("CTEH") in 2002-2003 as a Senior Environmental Engineer, and my investigation, environmental/fungal assessment, and evaluation of Aiken Elementary School and Besteiro Middle School (collectively, the "BISD Schools") and related activities, including those se forth in my report (Exhibit B) and in ¶ 5 below, I have personal knowledge of the facts set forth in this affidavit, including the exhibits hereto, and those facts are true and correct.

2.  Attached as **Exhibit A** to this affidavit and incorporated herein by reference is a true and correct copy of my current resume, which identifies my qualifications for the findings, conclusions and opinions offered in connection with CTEH's investigation, environmental/fungal assessment, and evaluation of the BISD Schools.

3.  Attached as **Exhibit B** to this affidavit and incorporated herein by reference is a true and correct copy of my report detailing my investigation, findings, conclusions and opinions. Exhibit B also sets forth the basis for my findings, conclusions and opinions in connection with the BISD Schools. The factual statements set out in my report are true and correct.

EXHIBIT _____

4.    I am qualified to give opinions regarding environmental/fungal assessment, indoor air quality, facilities remediation, and related issues, as set forth in my resume and report. I have a Bachelor of Science degree from Texas A&M University in Civil Engineering (Environmental). I also have a Masters of Science degree from University of Texas at Arlington in Civil Engineering (Environmental). I am a Professional Engineer registered in Arkansas (No. 10600) and Texas (No. 83821). I am a Qualified Environmental Professional by the Institute of Professional Environmental Practice (No. 12000057). I am also a Diplomate Environmental Engineer (Hazardous Waste) by the American Academy of Environmental Engieers (No.01-2003). I have a Texas Mold Assessment Consultant license (No. MAC0297). I have specialized knowledge that will assist the trier of fact to understand the evidence.

5.    I have particular expertise and experience in the area of environmental/fungal assessment, indoor air quality, facilities remediation and related matters. I have used methods acceptable in these specialized fields for reaching the findings, conclusions and opinions in this matter, as set out in Exhibit B. CTEH conducted a fungal assessment of the BISD Schools from July 8-15, 2002. CTEH, among other things, conducted a visual inspection, collected and analyzed air samples, source (tape lift and bulk) samples, wall cavity air samples, and HVAC samples, collected and analyzed air samples and measured and analyzed the relative humidity. CTEH then conducted a second site visit to collect additional data. CTEH identified areas of visible mold in the BISD Schools and estimated the cost to remediate the mold. These activities form the basis of my report, as further set out in Exhibit B."

Further Affiant sayeth not.

_____
David A. Weeks

SUBSCRIBED AND SWORN to before me on this the 25ᵗʰ day of April, 2005.

_____
Notary Public, State of Texas

ESMERALDA URIBE
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-23-08

**David A. Weeks, P.E., DEE, QEP, MAC**
Senior Environmental Engineer

**Address**
705 W. Avenue B, Suite 400
Garland, TX 75040
E-mail: daweeks@rmeltd.com
Office: (972) 272-0386

## SUMMARY OF QUALIFICATIONS

Mr. Weeks has extensive, multi-media, technical and project management experience in many areas of the environmental profession, both in the field and at the negotiating table. Mr. Weeks has investigated hundreds of sites potentially contaminated with hazardous and petroleum substances and he has developed systems to categorize and rank environmental sites and problems based on risk and economic factors. He has conducted feasibility studies, remedial designs, and cleanups at hazardous waste sites. Mr. Weeks co-authored U.S. EPA's national guidance on how to perform risk assessments at hazardous waste combustion facilities and he has trained numerous government and industry personnel on proper risk assessment and combustion permit development techniques. Mr. Weeks has prepared trial burn plans, trial burn quality assurance plans, Part B and Title V permit applications, and human health and ecological combustion risk assessments. Mr. Weeks has led and performed environmental investigations of hazardous waste sites, chemical and other manufacturing facilities, and private residences. Mr. Weeks has conducted hundreds of indoor air quality studies to support investigations related to both chemical and biological contaminants. Mr. Weeks has conducted all phases of risk assessments for waste sites and hazardous waste burning boilers, incinerators, and cement kilns. He has provided technical support (including expert witness reports and analysis) in CERCLA, CWA, and tort related litigation, performed air dispersion modeling and air monitoring studies in emergency situations (train derailments and factory fires), completed air dispersion modeling for permitting and offsite consequence analyses, and prepared CAA 112(r) risk management plans. Finally, Mr. Weeks has used his excellent communication skills to explain difficult technical concepts to the general public, news media, regulatory agencies, and the state and federal judiciary.

## EDUCATION

| | | |
|---|---|---|
| M.S. | 1994 | Civil Engineering (Environmental) University of Texas at Arlington, Arlington, TX |
| B.S. | 1986 | Civil Engineering (Environmental) Texas A&M University, College Station, TX |

## EMPLOYMENT EXPERIENCE

| | |
|---|---|
| 2003 -Present | **RISK MANAGEMENT & ENGINEERING LTD.**, Rowlett, TX<br>Senior Environmental Engineer & Vice President Technical Services |
| 1998-2003 | **CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C.**, Garland, TX<br>Senior Environmental Engineer & Dallas Operations Director |
| 1995- 1998 | **U.S. ENVIRONMENTAL PROTECTION AGENCY**, Dallas, TX<br>Senior Environmental Engineer, Multimedia Planning and Permitting Division, Region 6 |
| 1989-1995 | **U.S. ENVIRONMENTAL PROTECTION AGENCY**, Dallas, TX<br>Remedial Project Manager, Hazardous Waste Management Division, Region 6 |
| 1987-1989 | **U.S. ENVIRONMENTAL PROTECTION AGENCY**, Dallas, TX<br>Environmental Engineer, Water Management Division, Region 6 |
| 1989-Present | **U.S. NAVAL RESERVE**, Ft. Worth, TX<br>Civil Engineer Corps and Chemical, Biological, Radiological Warfare Defense Officer for Naval Construction Force and Contingency Engineer for U.S. European Command |



EXHIBIT " A "

## SPECIALIZED TRAINING AND CERTIFICATIONS

Registered Professional Engineer: Arkansas, No. 10600 and Texas, No. 83821.  (Passed the Environmental Principles and Practices Examination)

Qualified Environmental Professional, Institute of Professional Environmental Practice, No. 12000057

Diplomate Environmental Engineer (Hazardous Waste), American Academy of Environmental Engineers, No. 01-2003

Texas Mold Assessment Consultant (License No. MAC0297)

| | |
|---|---|
| 2002 | American Industrial Hygiene Association, Dallas, Texas<br>Guidelines for the Assessment of Microbial Contamination |
| 2001 | American Institute of Chemical Engineers, Orlando, Florida<br>Physical Properties and Phase Equilibria |
| 2000 | American Indoor Air Quality Council, Phoenix, Arizona<br>Strategies for Conducting Meaningful Microbial IAQ Investigations |
| 1999 | Air & Waste Management Association, Greenville, SC<br>Fundamentals of New Source Review |
| 1989-1997 | Air Pollution Training Institute, Arlington, Texas<br>• Combustion Evaluation<br>• Hazardous Waste Incineration<br>• Air Pollution Field Enforcement<br>• Control of Gaseous Pollutants<br>• Sources and Control of Volatile Organic Air Pollutants<br>• Continuous Emissions Monitoring |
| 1987-1998 | U.S. Environmental Protection Agency, Dallas, Texas<br>• Contract Administration<br>• Technical Writing<br>• Orientation to Quality Assurance Management<br>• Data Quality Objectives<br>• Quality Management Plans & Quality and Quality Assurance Project Plans<br>• On-Scene Coordinator (OSC)/Remedial Project Manager (RPM) Basic Training Academy |
| 1996 | Naval Construction Training Center Detachment, Fort McClellan, AL<br>Navy Disaster Preparedness Operations Specialist Course (A-494-0006) |

## PROFESSIONAL AFFILIATIONS

Air and Waste Management Association
American Institute of Chemical Engineers
American Society of Mechanical Engineers

David Weeks, Page 3

American Industrial Hygiene Association
American Society of Civil Engineers

# AWARDS

| 1999 | Navy and Marine Corps Commendation Medal |
| | U.S. Naval Reserve, Ninth Naval Construction Regiment |
| 1998 | Navy and Marine Corps Achievement Medal |
| | U.S. Naval Reserve, Naval Mobile Construction Battalion Twenty-Two |
| 1997 | Bronze Medal for Commendable Service |
| | U.S. Environmental Protection Agency, Region 6 |
| 1996 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |
| 1996 | Memorandum of Appreciation for Support on |
| | Permitting the New Orleans Sludge Incinerator, |
| | Water Quality Division, U.S. EPA Region 6 |
| 1996 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |
| 1996 | Nominated for Outstanding Professional Employee Award, Dallas-Fort |
| | Worth Federal Executive Board, 1996 Interagency Awards Program |
| 1995 | Letter of Commendation from Executive Office of the President, Office of |
| | Management and Budget, for Providing Instruction on Hazardous Waste |
| | Combustion to OMB Staff Members |
| 1994 | Bronze Medal for Commendable Service |
| | U.S. Environmental Protection Agency, Region 6 |
| 1994 | Sustained Superior Performance Award |
| | U.S. Environmental Protection Agency, Region 6 |
| 1993 | Regional Superfund Team of the Year Award |
| | U.S. Environmental Protection Agency, Region 6 |
| 1993 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |
| 1993 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |
| 1992 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |
| 1989 | Special Achievement Award for Quality Performance |
| | U.S. Environmental Protection Agency, Region 6 |

## PRESENTATIONS

1. PUBLIC MEETINGS. Presented site investigation and risk assessment results to the general public for U.S. EPA. Explained proposed cleanup remedies and record of decision determinations, and responded to questions from the general public, news media, and national environmental organizations, on topics about public health and safety and remediation techniques including hazardous waste incineration. Some of the sites at which formal presentations were made include the Petro Processors Site, Cleve Reber Site, South 8th Street Landfill Site, and Louisiana Army Ammunition Plant Site.

2. CHEMICAL ACCIDENT PREVENTION PROGRAM – RISK MANAGEMENT PLANNING. Presented to engineers, industrial hygienists, and health and safety professionals at the 1998 Arkansas Safety Conference, Little Rock, Arkansas, April 28-29, 1998.

3. HUMAN HEALTH RISK ASSESSMENT SEMINAR. Presented topics related to project development, air dispersion modeling, permitting processes, trial and risk burn planning, emission rate calculation, risk communication, and advanced applications, in a seminar format. April 1999, June 1999, August 1999, November 1999, November 2003.

4. COMBUSTION PERMITTING SEMINAR. Presented topics related to stack testing, trial burn planning, permit limit development, and trial burn oversight. May and November, 2000.

5. INTERNATIONAL CONFERENCE ON INCINERATION AND THERMAL TREATMENT TECHNOLOGIES. Served as session chairman and presenter for topics related to permitting and risk assessment (1997, 1998, 1999, 2000).

6. AIR AND WASTE MANAGEMENT ASSOC. BOILER AND INDUSTRIAL FURNACE SPECIALTY CONFERENCE. Served as session chairman and presenter for topics related to permitting and risk assessment (1997, 1998, 1999, 2000, 2001).

7. AMERICAN INSTITUTE OF CHEMICAL ENGINEERS INCINERATION SYMPOSIUM. Presented lecture on hazardous waste combustion risk assessment techniques to members of AIChE and the public (May 1999).

## CONFERENCE PRESENTATIONS and PUBLICATIONS

1. WEEKS, D.A., AND R. ULLRICH, "A Common Sense Approach to Identifying Compounds of Potential Concern for the Risk Assessment Process" Proceedings of the 2003 International Conference on Incineration and Thermal Treatment Technologies, Orlando, Florida, May 12-15, 2003.

2. WEEKS, D.A., "Cumulative Risk and Hazardous Waste Combustion" Proceedings of the 2001 International Conference on Incineration and Thermal Treatment Technologies, Philadelphia, Pennsylvania, May 14-18, 2001.

3. WEEKS, D.A., "How to Deal With Non-Detect Results in Hazardous Waste Combustion Risk Assessments." Proceedings of the 2000 International Conference on Incineration and Thermal Treatment Technologies, Portland, Oregon, May 8-12, 2000.

4. WEEKS, D.A., "Knowing the Basis of Your Emission Estimates Can Significantly Affect Your Case—Not All Numbers Are Equal." Proceedings of the 1999 Fall Meeting; Section of Environment, Energy, and Resources; American Bar Association; San Diego, California; October 6-9, 1999.

5. WEEKS, D.A., "Examination of Polynuclear Aromatic Hydrocarbons in Hazardous Waste Combustion Risk Assessments." Proceedings of the 1999 International Conference on Incineration and Thermal Treatment Technologies, Orlando, Florida, May 10-14, 1999.

6.  WEEKS, D.A., "New Environmental Requirements for the Meat Processing Industry," NAMP Science Letter, The Processing Line, North American Meat Processors Association, Issue 4, July, 1998.

7.  YURK, J.J. and D.A. WEEKS, "Region 6 Combustion Permitting Program A Midpoint Review," Presented at the 1998 International Conference on Incineration and Thermal Treatment Technologies, Salt Lake City, Utah, May 12-15, 1998.

8.  WEEKS, D.A., "Risk Management Planning & the Meat Processing Industry," Environmental News, Arkansas Environmental Federation, March/April 1998.

9.  WEEKS, D.A., "Ecological Risk Assessment at Hazardous Waste Combustion Facilities," Presented at the 1998 Waste Combustion in Boilers and Industrial Furnaces Conference, Kansas City, Missouri, April 14-17, 1998.

10. U.S. EPA, "Human Health Risk Assessment Protocol for Hazardous Waste Combustion Facilities," EPA530-D-98-001A, Office of Solid Waste and Emergency Response, July, 1998. (Served as editor and author of several chapters).

11. U.S. EPA, "Hazardous Waste Combustion Permitting Manual," Region 6, February (1998). (Served as editor and author of several sections related to risk management including model permit language and the development of permit conditions).

12. WEEKS, D.A. YURK, and S.E. EHLERS, "New Protocols for Screening Level Human Health and Ecological Risk Assessments," Proceedings of the 1997 International Conference on Incineration and Thermal Treatment Technologies, Oakland, California, May 12-16, 1997, pp 451-456 (1997).

13. WEEKS, D.A., "Traditional vs. Risk-Based Permitting Approach: Permit to Manage Risks," Proceedings of the 1997 International Conference on Incineration and Thermal Treatment Technologies, Oakland, California, May 12-16, 1997, pp 55-58 (1997).

14. U.S. EPA, "Midlothian Cumulative Risk Assessment," Region 6, January (1996). (Served as principal writer of the report.)

15. U.S. EPA, "Record of Decision, South 8[th] Street Landfill," Region 6, September (1994). (Served as principal writer of the report.)

16. WEEKS, D.A., "Stabilization/Solidification: A Screening Methodology for Binder Design," University of Texas at Arlington, August (1994).

 COLOGY &
HEALTH, L.L.C. — DALLAS



# INDOOR AIR QUALITY REPORT
### Volume 1

## Brownsville Independent School District
### Aiken Elementary School
### Besteiro Middle School

### GAB File No.: 35054-00246
### Claim No. 456P729886-3

### Prepared for

### Roger Sawyer
### GAB Robins North America, Inc.
### 8700 Commerce Park, Suite 235
### Houston, Texas 77036

### Prepared by

## Center for Toxicology & Environmental Health, L.L.C.
### 346 Oaks Trail, Suite 105
### Garland, TX 75043
### (972) 203-2011

RSL 000168

### January 10, 2003
**EXHIBIT " 2 "**    ACE 000001

# CENTER FOR TOXICOLOGY & ENVIRONMENTAL HEALTH, L.L.C.—DALLAS



*Writer's Address:*
*.. Oak Trails*
*·      , TX 75043*
*o.    .s@consultant.com*
*Website: www.cteh.uams.edu*

January 10, 2003

Roger Sawyer
Executive General Adjuster
GAB Robins North America, Inc.
8700 Commerce Park, Ste. 235
Houston, TX 77036-7423

RE: Brownsville ISD Project; GAB File No. 35054-00246

Dear Mr. Sawyer:

CTEH is pleased to present one copy of the Indoor Air Quality Report, Brownsville Independent School District, Aiken Elementary School, Besteiro Middle School, dated January 10, 2003.

If you have any questions, please call me at 972-203-2011, or send e-mail to daweeks@attglobal.net.

Sincerely,
Center for Toxicology and Environmental Health

David A. Weeks, P.E., DEE, QEP
Senior Environmental Engineer

Enclosures

---

| Little Rock Office | Houston Office | Dallas Office |
| --- | --- | --- |
| (501) 614-CTEH (2834) | (281) 221-2898 | (972) 203-2011 |

RSL 000171

# INDOOR AIR QUALITY REPORT

**Brownsville Independent School District**
**Aiken Elementary School and Besteiro Middle School**

**Claim No. 456P729886-3**

**Prepared for**

**GAB Robins North America, Inc.**
**8700 Commerce Park, Suite 235**
**Houston, Texas 77036**

**Prepared by**

**Center for Toxicology and Environmental Health - Dallas**
**346 Oaks Trail, Suite 105**
**Garland, Texas 75043**
**(972) 203-2011**

**January 10, 2003**

RSL 000172

## TABLE OF CONTENTS

1.0     Summary ..................................................................................... 1

2.0     Introduction ............................................................................... 2

3.0     Aiken Elementary School ........................................................... 2
  3.1     Observations ........................................................................ 2
    3.1.1     Moisture Source Identification.......................................... 3
    3.1.2     Heating, Ventilation, and Air Conditioning (HVAC) System ......... 3
  3.2     Sampling and Analytical Methods ........................................... 3
    3.2.1     Air Sampling ................................................................ 3
    3.2.2     Source Sampling ........................................................... 4
    3.2.3     Wall Cavity Air Sampling.................................................. 5
    3.2.4     Heating Ventilation & Air Conditioning (HVAC) System Sampling . 5
  3.3     Results and Discussion .......................................................... 5
    3.3.1     Ambient Air Sampling Results .......................................... 6
    3.3.2     Biological Air Sampling Results ........................................ 6
    3.3.3     Visible Mold and Source Sample Results............................. 7
    3.3.4     Wall Cavity Air Sample Results ........................................ 7
    3.3.5     HVAC Sample Results .................................................... 8
  3.4     Cause of Mold Growth .......................................................... 9
  3.5     Conclusions ....................................................................... 9

4.0     Besteiro Middle School .............................................................. 9
  4.1     Observations ........................................................................ 9
    4.1.1     Moisture Source Identification......................................... 10
    4.1.2     Heating Ventilation and Air Conditioning (HVAC) System ......... 10
  4.2     Sampling and Analytical Methods .......................................... 10
    4.2.1     Air Sampling ............................................................... 11
    4.2.2     Source Sampling .......................................................... 12
    4.2.3     Wall Cavity Sampling..................................................... 12
    4.2.4     Heating Ventilation & Air Conditioning (HVAC) System Sampling 12
  4.3     Results and Discussion ......................................................... 12
    4.3.1     Ambient Air Sampling Results ......................................... 13
    4.3.2     Biological Air Sampling Results ....................................... 14
    4.3.3     Visible Mold and Source Sample Results............................ 14
    4.3.4     Wall Cavity Air Sample Results ....................................... 14
    4.3.5     HVAC Sample Results ................................................... 15
  4.4     Cause of Mold Growth ......................................................... 16
  4.5     Conclusions ...................................................................... 16

5.0     Quality Assurance/Quality Control.............................................. 17

6.0     Remediation Recommendations .................................................. 17

7.0     References .............................................................................. 19

RSL 000173

LIST OF TABLES, FIGURES, and ATTACHMENTS

ATTACHMENTS

## VOLUME 1

1 - Tables and Figures

TABLE   1:     Survey Form Summary - Aiken Elementary School
TABLE   2:     Survey Form Summary - Besteiro Middle School
TABLE   3:     Air Sample Data Summary - Aiken Elementary School
TABLE   4:     Air Sample Data Summary - Besteiro Middle School
TABLE   5:     Source Sample Data Summary
TABLE   6:     Wall Cavity Sample Data Summary
TABLE   7:     HVAC Table - Mold Type Comparison
TABLE   8:     Ambient Air Data Summary - Aiken Elementary School
TABLE   9:     Ambient Air Data Summary - Besteiro Middle School
TABLE 10:      Comprehensive Ambient Air Data Summary - Aiken E.S. & Besteiro M.S.
FIGURE 1:      Aiken Elementary School Relative Humidity Graph
FIGURE 2:      Besteiro Middle School Relative Humidity Graph
FIGURE 3:      Aiken Elementary School & Besteiro Middle School First Floor Diagram
FIGURE 4:      Aiken Elementary School & Besteiro Middle School Second Floor Diagram

2 - Remediation Cost Estimate/Guidelines
Remediation Cost Estimate Worksheet
EPA Mold Remediation Cleanup Guidelines
Mold Remediation Cleanup Method Descriptions
New York City Guidelines on Assessment and Remediation
U.S. EPA's Mold Remediation Guidelines

3 - CD ROM: Photographic Log PowerPoint Presentation
Photographic Log Key

## VOLUME 2

4 - Supporting Data
Biological Data
Ambient Air Data — AES
Ambient Air Data — BMS

5 - Initial Visit Forms
Inspection Forms — AES
Inspection Forms — BMS
Photo Log Forms

6 - Comparative Data from Follow-Up Visit
Ambient Air Data — LHS
Ambient Air Data — PMS
Biological Data — LHS
Biological Data — PMS

7 - Follow-Up Visit Forms
Comprehensive Ambient Air Data Forms — AES
Comprehensive Ambient Air Data Forms — BMS
Ambient Air Data Forms — LHS
Ambient Air Data Forms — PMS
Follow-Up Photo Log Forms

RSL  000174

## 1.0 Summary

The Center for Toxicology and Environmental Health (CTEH) conducted a fungal assessment of Aiken Elementary School (AES) and Besteiro Middle School (BMS) which are part of the Brownsville Independent School District (BISD) from July 8 through 15, 2002. A second site visit was conducted on November 18-19, 2002, to collect additional relative humidity (Rh) data and to collect samples in two non-complaint schools [Lopez High School (LHS) and Perkins Middle School (PMS)]. The purpose of the assessment was to inspect for the presence of indoor microbiological contamination and, if detected, to determine the extent of the contamination. Moisture source identification and causes of mold growth were not within the scope of this investigation.

Approximately 2,163 ft$^2$ and 1,381 ft$^2$ of visible mold were identified in AES and BMS, respectively. CTEH estimates that $160,719.34 is required to remediate the mold in AES and BMS in accordance with the U.S. Environmental Protection Agency's guidelines entitled "Mold Remediation in Schools and Commercial Buildings" dated March 2001.

The air inside AES and BMS was not contaminated with abnormally high levels of fungal spores. Limited air sampling was conducted during the initial and follow-up assessments. The results of the air sampling did not show the presence of elevated indoor airborne fungal contamination in AES and BMS. The culturable air samples identified very low concentrations of fungal species. The airborne distributions of the indoor culturable and non-culturable fungal types generally matched the outdoor distributions and were less than the concentrations of fungal spores found in the two non-complaint schools (LHS and PMS).

The spore concentrations inside the wall cavities in the complaint and non-complaint rooms of both AES and BMS did not suggest the presence of hidden mold growth inside the walls.

The relative humidity (Rh) in the complaint and non-complaint areas of AES was within the recommended range (60%). (Refer to Figures 1 and 2 and Tables 8 and 9). The Rh inside the BMS complaint room was significantly above the recommended range. However, the Rh in the BMS non-complaint room was within the recommended range.

The results of the comprehensive ambient air measurement collection showed a strong correlation between rooms with higher Rh and extensive fungal growth on contents (e.g. books) and surfaces (Refer to Tables 1, 2, and 7). Indeed, the rooms with the greatest areas of visible mold on contents typically exhibited Rh values that exceeded 60%. High humidity was more of an issue in BMS than AES, although some rooms in AES did exhibit high Rh levels.

1

RSL 000175

CTEH collected comparative HVAC samples from the complaint schools (AES and BMS) and the non-complaint schools (LHS and PMS). CTEH collected HVAC source samples from at least three systems in each school. The results of the comparative HVAC sampling showed the presence of similar fungal species growing in the HVACs of the complaint and non-complaint schools in the both the return and supply sides of the systems. Thus, the data shows that the visible fungi found in AES and BMS did not contribute to the contamination of the HVAC systems at levels that exceed the normal range for BISD schools. Rather, the fungal species that were identified in the AES and BMS HVAC systems are normal constituents of HVAC systems in BISD schools given the South Texas environment and the maintenance procedures implemented by the District.

## 2.0 Introduction

The Center for Toxicology and Environmental Health (CTEH) conducted a fungal assessment of Aiken Elementary School (AES) and Besteiro Middle School (BMS) which are part of the Brownsville Independent School District (BISD) from July 8 through 15, 2002. A second site visit was conducted on November 18-19, 2002, to collect additional relative humidity (Rh) data and to collect samples in two non-complaint schools (LHS and PMS). The purpose of the assessment was to inspect for the presence of indoor microbiological contamination and, if detected, to determine the extent of the contamination. Moisture source identification and causes of mold growth were not within the scope of this investigation.

## 3.0 Aiken Elementary School

### 3.1    Observations

Dirt, debris, and trash was observed throughout the vacant school. Dead plants, rotting food, and dead aquarium fish were observed in several areas of the school. The ceiling tiles were constructed of a ceramic material. A significant number of the ceramic ceiling tiles had been moved to allow inspection of the upper ceiling by previous inspectors. CTEH also observed a plumbing leak in the cafeteria ceiling which appeared to have gone unnoticed, flooded the cafeteria, and caused deterioration of the ceiling tiles. CTEH also noticed chill water line leaks in several classrooms which had caused minimal to extensive damage to contents in the rooms.

Visible stains that were classified as potential fungi were observed in 49 areas within the school. The visible staining is summarized in Table 1. Overall, approximately 2,163 ft$^2$ of visible staining was observed within AES.

2

RSL 000176

### 3.1.1 Moisture Source Identification

Refer to the Rimkus Consulting Group report for moisture source identification.

### 3.1.2 Heating, Ventilation, and Air Conditioning (HVAC) System

AES utilizes a chilled-water system to maintain the indoor environment in the school.

The primary HVAC chill water plumbing lines are routed through the main hallway ceilings. The HVAC systems exhibited mold growth on the insulation that wraps the main chiller lines. Mold growth and dust was observed on the backside of many of the supply registers which is indicative of normal operation. The air handling and duct systems were not clean and showed a significant amount of dust and mold build-up on the duct surfaces. Several of the systems exhibited knocking noises.

CTEH observed current leaking cold water lines in several classrooms and in the cafeteria.

Several of the systems were not adequately removing the moisture from the conditioned air. Relative humidity was measured in rooms with significant mold growth on contents (e.g. books and working surfaces) at concentrations in excess of 60%. A review of Tables 7 and 11 shows that rooms with significant mold growth on contents exceeded the maximum Rh of 60%, which is recommended as appropriate for indoor air by U.S. EPA and the American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE).

### 3.2    Sampling and Analytical Methods

Four types of sampling activities were conducted: air sampling, source sampling, wall cavity air sampling, and HVAC related sampling.

CTEH collected both culturable and non-culturable air samples for two main reasons: 1) non-culturable air samples are necessary to characterize environments where fungi are present that are no longer viable (i.e. alive), do not culture well, or do not compete well on Malt Extract Agar (MEA) and 2) culturable air samples can be used to differentiate species of fungi so that air samples can be properly compared to source samples and outdoor air samples. The primary investigation guidance document referenced by indoor air quality professionals (Bioaerosols: Assessment and Control) recommends that comparisons between fungal sample results be made at the species level. Non-viable sampling methods are not usually able to identify fungi at the species level.

### 3.2.1 Air Sampling

CTEH selected three areas for air sampling. A non-complaint area (Rm B207), a complaint area (downstairs main hallway outside the administration offices), and

3

outdoors were selected for air sampling locations. A complaint area is defined as an area that exhibits significant visible mold growth on building materials where mold growth should not be expected. A non-complaint area is defined as an area that exhibits no visible mold growth on building materials. (A non-complaint area may display some minor water staining on the ceiling or on the air supply register.) The areas were selected at the beginning of the investigation process.

Three air sampling rounds were conducted at the three selected locations. The samples were collected simultaneously in the morning (approximately 0900), afternoon (approximately 1300), and evening (approximately 1630). Only a minimal number of air samples were collected due to the extensive air testing that had already been performed by other individuals, and more importantly, due to the fact that the indoor environment of the schools were not representative of indoor conditions before the schools were closed and regular cleaning and maintenance was discontinued.

CTEH collected Zefon Air-O-Cell™ spore trap air samples in all three sampling locations. As recommended by Zefon and Environmental Microbiology Laboratories, Inc. (EMLI), CTEH collected each sample for 5 minutes at a flow rate of 15 liters per minute resulting in a total air volume of 75 liters. EMLI analyzed the samples by direct microscopy to determine the genus of the molds along with the concentration of spores per cubic meter of air (spores/m$^3$). Refer to Attachment 1, Table 3 for the air sample summary.

CTEH collected culturable air samples using an Anderson-type N6 Viable Microbial Particle Sampler with MEA in the three sampling locations. CTEH collected each sample for 5 minutes at a flow rate of one acfm (28.3 liters/min) resulting a total air volume of 141.5 liters. EMLI analyzed the samples by separating the *Penicillium* and *Cladosporium* colonies from the *Aspergillus* colonies and replating them on specialized media for further development which would allow for speciation by direct microscopy and the ability to accurately determine the concentration of colony forming units (CFUs) per cubic meter of air (CFU/m$^3$). Refer to Attachment 1, Table 3 for the air sample summary.

Additionally, CTEH utilized two types of TSI ambient air data logging instruments (Q-CALC model number 8760 and Q-TRAK model number 8551) to collect real-time temperature, carbon dioxide ($CO_2$), and relative humidity (Rh) measurements in the three air sampling locations. The ambient air measurements from the primary stations were data logged continuously for 7 days and download into an Excel spreadsheet. The ambient air data from other areas and rooms within the school were collected over a time period of several minutes and represent grab samples.

## 3.2.2 Source Sampling

According to procedures specified by EMLI, CTEH collected non-culturable, tape lift and bulk samples from areas where fungal structures and/or spores were most likely present. EMLI analyzed the samples by direct microscopy to determine the genus of the mold(s) including semi-quantitative amount(s) present.

4

RSL 000178

According to procedures specified by EMLI, CTEH collected culturable swab and bulk samples from areas where fungal structures and/or spores were most likely present. Initially, EMLI cultured the collected samples on MEA agar. After approximately a week EMLI separated the *Penicillium* and *Cladosporium* colonies from the *Aspergillus* colonies and re-plated the colonies on specialized media for further development and ultimately speciation by direct microscopy.

### 3.2.3 Wall Cavity Air Sampling

CTEH collected WallChek™ spore trap air samples from the wall cavities of interior walls, which were located in complaint and non-complaint rooms, with Zefon Air-O-Cell™ Cassettes. As recommended by the WallChek™ manufacturer, two-minute samples were collected at a flow rate of 15 liters per minute for a total air volume of 30 liters. EMLI analyzed the samples by direct microscopy to determine the genus of the molds along with a concentration of spores per cubic meter of air (spores/m$^3$). Refer to Attachment 1, Table 6 for the wall cavity data summary.

### 3.2.4 Heating Ventilation & Air Conditioning (HVAC) System Sampling

The HVAC sampling was conducted to determine the extent to which fungi may have contaminated the air handling units and ducting. Swab and bulk samples were collected from the return air duct and from the filter to represent the return side of each system. Swab samples were collected from the air supply register to represent the supply side of the room. Samples were also collected from any visible mold or water stains in the room. The objective of the sampling was to determine if the same species of fungi could be found throughout a HVAC system and to determine if the HVAC systems in AES had greater amounts of fungi or different species of fungi from the non-complaint schools.

### 3.3    Results and Discussion

The purpose of this investigation was to identify the presence and extent of the indoor microbiological contamination. Identification of any moisture sources and the causes of mold growth are not part of this study. The Rimkus Consulting Group Report addresses the moisture sources and the causes of the mold growth. This study was not designed to assess the health significance, if any, of microbiological materials present in AES. The results of a study with limited sampling, such as this study, are uncertain and preclude the ability to determine the cause of any reported health effects. Determining any link between health effects and the presence of microbiological material requires further study including the collection of a statistically relevant number of samples, appropriate medical tests, and a detailed review and analysis of the data by a toxicologist and physician.

Currently there are no generally accepted occupational or public health standards for interpreting indoor surface and airborne microbiological sample results (ACGIH, 1999). Guidelines published by New York City Department of Health recommend comparing the indoor and outdoor air sampling results (NYC DOH, 2000). In

5

RSL 000179

general, the types of fungi and their airborne levels found indoors should be similar (in non-problem buildings) to the outdoor air. Differences in the airborne levels or types of fungi may indicate the presence of moisture sources and resultant fungal growth.

When the survey results indicate an indoor source of microbiological material CTEH recommends investigating further or remediating and then controlling the indoor environment to minimize the return of the microbiological organisms.

The results of CTEH's investigation are summarized in Attachment 1. The photographic log compact disk and supporting documents can be found in Attachment 3. Laboratory results and detailed ambient air measurements can be found in Attachments 4.

### 3.3.1 Ambient Air Sampling Results

CTEH collected ambient air measurements over a seven day period from three stations in AES. The average Rh ranged from 57.15 to 59.83% in the complaint area (downstairs main hallway) and from 58.52 to 60.14% in the non-complaint area (Rm A207). The average Rh outdoors ranged from 60.10 to 85.09% over a seven day period. In addition, short-term ambient air measurements were collected in all of the AES rooms that were accessible to CTEH. The rooms with visible mold on the contents displayed Rh levels that ranged from 47.0 to 71%. The Rh data is summarized in Tables 8 and 10 and Figure 1 of Attachment 1.

CTEH collected carbon dioxide ($CO_2$) measurements over a seven day period. The average $CO_2$ measurement ranged from 334 to 382 ppm in the complaint area and from 343 to 385 ppm in the non-complaint area. The average $CO_2$ measurement outdoors ranged from 314 to 381 ppm.

To help control indoor mold growth, both U.S. EPA and ASHRAE generally recommend an indoor relative humidity (Rh) range of 30 – 60% (ASHRAE 55-1992: Thermal Environmental Conditions for Human Occupancy). Rh levels greater than 60% may provide enough moisture for some molds to grow independently of other moisture sources such as plumbing leaks. ASHRAE considers indoor $CO_2$ concentrations greater than approximately 1000 ppm a sign of insufficient fresh outdoor supply air that often indicates unacceptable indoor air quality (ASHRAE 62-1999: Ventilation for Acceptable Indoor Air Quality). The Occupational Safety and Health Administration's (OSHA) Permissible Exposure Limit (PEL) for $CO_2$ is 5,000 ppm (OSHA Standard 1910.1000, Table Z-1).

### 3.3.2 Biological Air Sampling Results

In summary, none of the data collected by CTEH suggests that the air inside AES contains fungi at concentrations that exceed the outdoor air or a similar non-complaint school in the BISD. The sample results are summarized in Table 3 of Attachment 1.

6

RSL 000180

CTEH collected Zefon Air-O-Cell™ spore trap samples in the complaint area (downstairs main hallway), non-complaint area (Rm B207), and outdoors. The total spore concentration (106 - 227 spores/m³) and individual spore concentrations of the complaint area and non-complaint area (66 - 160 spores/m³) were less than the total (7,167 – 76,556 spores/m³) and individual spore concentrations outdoors. The air samples did not identify a spore type at an elevated concentration as compared to the outdoors. In addition, CTEH compared the samples to the non-complaint school with a similar type of HVAC system and similar age – LHS. The data shows that the total spore concentrations in AES were less than the total spore concentration in LHS (173 – 867 spores/m3).

In addition to non-culturable air samples, CTEH collected culturable air samples in the complaint area, non-complaint area, and outdoors. The total colony forming unit (CFU) concentrations of the complaint (42-126 cfu/m³) and non-complaint areas (56-63 cfu/m³) were less than the total CFU concentrations outdoors (868 – 1,711 cfu/m³). Additionally, none of the individual spore type concentrations indoors were significantly greater than the same spore types outdoors. Finally, the total colony forming units in AES were also less than the total colony forming units in Lopez (147 – 538 cfu/m³):

### 3.3.3 Visible Mold and Source Sample Results

CTEH observed approximately 2,163 ft² of visible fungi in 49 areas within AES. The source sampling results are summarized in Table 5 of Attachment 1. The areas with the greatest concentrations of visible fungi are graphically depicted in Figures 3 and 4.

CTEH collected 17 tape lift, 2 bulk non-culturable, 19 culturable swab, and 14 culturable bulk samples from areas within AES that were visibly stained with fungi or fungi-like substances. Visible fungi were confirmed to be present in building materials and on contents in 22 areas within the school. Fungi were not found to be present in every room. Refer to Table 5 for a listing of the identified fungal genera.

### 3.3.4 Wall Cavity Air Sample Results

With the exception of the C106/C108 and the A102/A104 walls, the total and individual spore concentrations in the wall cavities of each of the rooms were less than the total and individual spore concentrations outdoors. The individual concentration of *Penicillium/Aspergillus* spores in the A102/A104 wall (1,870 spores/m³) and in the C106/C108 wall (933 spores/m³) were greater than the outdoors (667 – 800 spores/m³). Although the individual spore concentration of *Penicillium/Aspergillus* was slightly higher in these wall cavities than outdoors, such concentrations are not indicative of a wall containing hidden visible mold. It has been CTEH's experience that air cavity spore concentrations are typically tens to hundreds of times greater than outdoors when visible mold is hidden inside a wall cavity.

7

RSL 000181

CTEH collected WallChek™ wall cavity air samples from the following locations:

- Before-work outdoor air sample
  - o Total spore concentration: 7,300 spores/m$^3$
- Room A101, wall common with A103
  - o Total spore concentration: 600 spores/m$^3$
- Room A102, wall common with A104
  - o Total spore concentration: 1,870 spores/m$^3$
- Room C106, wall common with C108
  - o Total spore concentration: 966 spores/m$^3$
- Counselor's office lobby wall, common with the speech office
  - o Total spore concentration: 200 spores/m$^3$
- Room B206, wall common with B204
  - o Total spore concentration: 133 spores/m$^3$
- Room B212, wall common with B214
  - o Total spore concentration: <34 spores/m$^3$
- After-work outdoor air sample
  - o Total spore concentration: 9,099 spores/m$^3$

The wall cavity air sampling data are summarized in Table 6 of Attachment 1.

### 3.3.5 HVAC Sample Results

CTEH collected HVAC-related samples from 6 rooms within AES. Five of the 6 rooms contained some type of staining on walls, ceilings, or room contents. Significant staining or mold growth on contents was observed in 3 rooms. The same species of fungi were found in both the return and supply sides of the HVAC system in all 6 rooms. The most common fungal species found paired in both the return and supply side were *Cladosporium sphaerospermum* (4 of 6 rooms), *Cladosporium cladosporioides* (5 of 6 rooms). However, only 1 of the 6 rooms (A101) displayed results where the fungi found in the room matched the fungi in the HVAC system (*Cladosporium sphaerospermum*).

CTEH also collected HVAC-related samples from 3 rooms in a school of similar age and HVAC system—LHS (as reported by Mr. Vasquez with BISD). The same species of fungi were found in both the return and supply sides of the HVAC system in all 3 rooms. The most common fungal species found paired in both the return and supply side was *Cladosporium sphaerospermum* (3 of 3 rooms). *Cladosporium cladosporioides* was also found to be present in both the return and supply side of the HVAC systems in addition to *Alternaria, Aureobasidium, Aspergillus glaucus,* and *Bipolaris/Drechslera*.

*Cladosporium cladosporioides* and *Cladosporium sphaerospermum* were the two most common fungal species detected in the 8 outdoor air samples that

8

were collected during the initial and follow-up investigations. *Cladosporium cladosporioides* was detected in 7 of the 8 outdoor viable air samples. *Cladosporium sphaerospermum* was detected in 6 of the 8 viable outdoor air samples.

**3.4    Cause of Mold Growth**

See the Rimkus Consulting Group Report.

**3.5    Conclusions**

Based on a review of all of the data available to CTEH in connection with this investigation, CTEH concludes the following:

1. Approximately 2,163 ft$^2$ of visible mold is located in the school, primarily on the ceiling and chill-water pipe insulation.

2. The airborne concentrations of fungi inside the school are similar to the outdoors and less than the fungal concentrations measured in a non-complaint school reportedly of similar age and HVAC-type.

3. The fungal growth inside the school has not contaminated the HVAC system. Fungi were found to be present in both the return and supply sides of the HVAC system regardless of the presence of fungal contamination within a specific room. The types and levels of fungi observed inside the complaint school HVAC system were no different than the types and levels observed in the non-complaint school. The most common fungi found in the HVAC systems were the most common fungi detected in the outdoor air samples. Thus, the fungi detected in the AES HVAC systems appears to be normal given the type of HVAC system and maintenance practices implemented by BISD.

4. The sampling results do not suggest the presence of hidden fungal contamination located behind classroom walls.

## 4.0 Besteiro Middle School

**4.1    Observations**

Dirt and debris was observed throughout the vacant school. Dead plants and rotting food were observed in several areas of the school. The ceiling tiles were constructed of the typical acoustic cellulose material. A significant number of the tiles had been moved to allow inspection of the upper ceiling by previous inspectors.

9

RSL 000183

### 4.1.1 Moisture Source Identification

See the Rimkus Consulting Group Report.

### 4.1.2 Heating Ventilation and Air Conditioning (HVAC) System

CTEH observed that, in general, each room was serviced by a separate HVAC system. CTEH observed that several of the systems were not turned on at the time of inspection.

CTEH observed several of the roof mounted compressor units. CTEH observed that several units displayed access panels that were loose, even to the point where birds could enter the return air space of the system. The HVAC unit for Room 112 is an extreme example, but not the only system that displayed questionable maintenance issues.

CTEH requested to inspect the compressor unit for Room 112 because the Rh was so high inside the room. CTEH accessed the room at approximately 1500 hours on July 9, 2002, with Mr. Kenny Roberts of BISD. The access panel to the HVAC system for Room 112 was open and laying on the roof when CTEH arrived at the site. CTEH observed a pigeon actually nesting on the cooling coils and a large amount of bird excrement inside the system—indicating that this was not the first time the access panel had become dislodged. Mr. Roberts removed the bird and replaced the access panel.

Minor mold growth and dust was observed on the backside of many of the supply registers. The HVAC systems were very dirty and showed a large amount of dust build-up in the return and supply duct insulation. CTEH did not observe any visible mold growth in the HVAC systems that could clearly be differentiated from dirt and debris. Refer to the Rimkus Consulting Group report for more detailed information concerning the HVAC systems.

### 4.2   Sampling and Analytical Methods

Four types of sampling activities were conducted: air sampling, source sampling, wall cavity air sampling, and HVAC related sampling.

CTEH collected both culturable and non-culturable air samples for two main reasons: 1) non-culturable air samples are necessary to characterize environments where fungi are present that are no longer viable (i.e. alive), do not culture well, or do not compete well on Malt Extract Agar (MEA) and 2) culturable air samples can be used to differentiate species of fungi so that air samples can be properly compared to source samples and outdoor air samples. The primary investigation guidance document referenced by indoor air quality professionals (Bioaerosols: Assessment and Control) recommends that comparisons between fungal sample results be made at the species level. Non-viable sampling methods are not usually able to identify fungi at the species level.

10

RSL 000184

### 4.2.1 Air Sampling

CTEH selected three areas for air sampling. A non-complaint area (Rm 222), a complaint area (Rm 112), and outdoors were selected for air sampling locations. CTEH selected three areas for air sampling. A complaint area is defined as an area that exhibits significant visible mold growth on building materials where mold growth should not be expected. A non-complaint area is defined as an area that exhibits no visible mold growth on building materials. (A non-complaint area may display some minor water staining on the ceiling or on the air supply register.) The areas were selected at the beginning of the investigation process.

Three air sampling rounds were conducted at the three selected locations. The samples were collected simultaneously in the morning (approximately 0900), afternoon (approximately 1300), and evening (approximately 1630). Only a minimal number of air samples were collected due to the extensive air testing that had already been performed by other individuals, and more importantly, due to the fact that the indoor environment of the schools were not representative of indoor conditions before the schools were closed and regular cleaning and maintenance was discontinued.

CTEH collected Zefon Air-O-Cell™ spore trap air samples in all three sampling locations. As recommended by Zefon and Environmental Microbiology Laboratories, Inc. (EMLI), CTEH collected each sample for 5 minutes at a flow rate of 15 liters per minute resulting in a total air volume of 75 liters. EMLI analyzed the samples by direct microscopy to determine the genus of the molds along with the concentration of spores per cubic meter of air (spores/$m^3$). Refer to Attachment 1, Table 3 for the air sample summary.

CTEH collected culturable air samples using an Anderson-type N6 Viable Microbial Particle Sampler with MEA in the three sampling locations. CTEH collected each sample for 5 minutes at a flow rate of one acfm (28.3 liters/min) resulting a total air volume of 141.5 liters. EMLI analyzed the samples by separating the *Penicillium* and *Cladosporium* colonies from the *Aspergillus* colonies and replating them on specialized media for further development which would allow for speciation by direct microscopy and the ability to accurately determine the concentration of colony forming units (CFUs) per cubic meter of air (CFU/$m^3$). Refer to Attachment 1, Table 3 for the air sample summary.

Additionally, CTEH utilized two types of TSI ambient air data logging instruments (Q-CALC model number 8760 and Q-TRAK model number 8551) to collect real-time temperature, carbon dioxide ($CO2$), and relative humidity (Rh) measurements in the three air sampling locations. The ambient air measurements from the primary stations were data logged continuously for 7 days and download into an Excel spreadsheet. The ambient air data from other areas and rooms within the school were collected over a time period of several minutes and represent grab samples.

11

### 4.2.2 Source Sampling

According to procedures specified by EMLI, CTEH collected non-culturable, tape lift and bulk samples from areas where fungal structures and/or spores were most likely present. EMLI analyzed the samples by direct microscopy to determine the genus of the mold(s) including semi-quantitative amount(s) present.

According to procedures specified by EMLI, CTEH collected culturable swab and bulk samples from areas where fungal structures and/or spores were most likely present. Initially, EMLI cultured the collected samples on MEA agar. After approximately a week EMLI separated the *Penicillium* and *Cladosporium* colonies from the *Aspergillus* colonies and re-plated the colonies on specialized media for further development and ultimately speciation by direct microscopy.

### 4.2.3 Wall Cavity Sampling

CTEH collected WallChek™ spore trap air samples from the wall cavities of interior walls, which were located in complaint and non-complaint rooms, with Zefon Air-O-Cell™ Cassettes. As recommended by the WallChek™ manufacturer, two-minute samples were collected at a flow rate of 15 liters per minute for a total air volume of 30 liters. EMLI analyzed the samples by direct microscopy to determine the genus of the molds along with a concentration of spores per cubic meter of air (spores/m$^3$). Refer to Attachment 1, Table 6 for the wall cavity data summary.

### 4.2.4 Heating Ventilation & Air Conditioning (HVAC) System Sampling

The HVAC sampling was conducted to determine the extent to which fungi may have contaminated the air handling units and ducting. Swab and bulk samples were collected from the return air duct and from the filter to represent the return side of each system. Swab samples were collected from the air supply register to represent the supply side of the system. Samples were also collected from any visible mold or water stains in the room. The objective of the sampling was to determine if the same species of fungi could be found throughout a HVAC system and to determine if the HVAC systems in AES had greater amounts of fungi or different species of fungi from the non-complaint schools.

### 4.3    Results and Discussion

The purpose of this investigation was to identify the presence and extent of the indoor microbiological contamination. Identification of any moisture sources and the causes of mold growth are not part of this study. The Rimkus Consulting Group Report addresses the moisture sources and the causes of the mold growth. This study was not designed to assess the health significance, if any, of microbiological materials present in Besteiro Middle School. The results of a study with limited sampling, such as this study, are uncertain and preclude the ability to determine the cause of any reported health effects. Determining any link between health effects and the presence of microbiological material requires further study

12

RSL 000186

including the collection of a statistically relevant number of samples, appropriate medical tests, and a detailed review and analysis of the data by a toxicologist and physician.

Currently there are no generally accepted occupational or public health standards for interpreting indoor surface and airborne microbiological sample results (ACGIH, 1999). Guidelines published by New York City Department of Health recommend comparing the indoor and outdoor air sampling results (NYC DOH, 2000). In general, the types of fungi and their airborne levels found indoors should be similar (in non-problem buildings) to the outdoor air. Differences in the airborne levels or types of fungi may indicate the presence of moisture sources and resultant fungal growth.

When the survey results indicate an indoor source of microbiological material CTEH recommends investigating further or remediating and then controlling the indoor environment to minimize the return of the microbiological organisms.

The results of CTEH's investigation are summarized in Attachment 1. Laboratory results and detailed ambient air measurements can be found in Attachments 4. The photographic log compact disk and supporting documents can be found in Attachment 3.

### 4.3.1 Ambient Air Sampling Results

CTEH collected ambient air measurements over a seven day period from three stations in BMS. The average Rh ranged from 83.48 to 91.44% in the complaint area (Rm 112) and from 54.39 to 60.74% in the non-complaint area (Rm 222). The average Rh outdoors ranged from 66.46 to 88.7% over a seven day period. In addition, short-term ambient air measurements were collected in all of the BMS rooms that were accessible to CTEH. The rooms with visible mold on the contents exhibited Rh levels that ranged from 50.9 to 65.8%. The Rh data is summarized in Tables 9 and 10 and Figure 2 of Attachment 1.

CTEH collected $CO_2$ measurements over a seven day period. The average $CO_2$ measurement ranged from 386 to 424 ppm in the complaint area and from 372 to 395 ppm in the non-complaint area. The average $CO_2$ measurement outdoors ranged from 421 to 477 ppm.

To help control indoor mold growth, the Environmental Protection Agency (EPA) and the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) generally recommend an indoor relative humidity (Rh) range of 30 - 60% (ASHRAE 55-1992: Thermal Environmental Conditions for Human Occupancy). Rh levels greater than 60% may provide enough moisture for some molds to grow independently of other moisture sources such as plumbing leaks. ASHRAE considers indoor carbon dioxide ($CO_2$) concentrations greater than approximately 1000 ppm a sign of insufficient fresh outdoor supply air that often indicates unacceptable indoor air quality (ASHRAE 62-1999: Ventilation for Acceptable

13

RSL 000187

Indoor Air Quality). The Occupational Safety and Health Administration's (OSHA) Permissible Exposure Limit (PEL) for $CO_2$ is 5,000 ppm (OSHA Standard 1910.1000, Table Z-1).

## 4.3.2 Biological Air Sampling Results

In summary, none of the data collected by CTEH suggests that the air inside Besteiro Middle School contains fungi at concentrations that exceed the outdoor air or any similar non-complaint school in the BISD. The sample results are summarized in Table 4 of Attachment 1.

CTEH collected Zefon Air-O-Cell™ spore trap samples in the complaint area (Room 112), non-complaint area (Room 222), and outdoors. The total spore concentrations of the complaint area (213 - 920 spores/m$^3$) and non-complaint area (106 - 266 spores/m$^3$) were less than the total spore concentrations outdoors (4,776 - 13,427 spores/m$^3$). With the exception of the *Penicillium/Aspergillus* concentration in one air sample collected from the complaint area, the individual spore concentrations in the indoor air samples were less than the same spore types in the outdoor air samples. In addition, CTEH compared the samples to the non-complaint school with a similar type of HVAC system and similar age - Perkins Middle School (PMS). The data shows that the total spore concentrations in BMS were less than the total spore concentration in PMS (574 - 1,416 spores/m$^3$)

In addition to non-culturable air samples, CTEH collected culturable air samples in the complaint area, non-complaint area, and outdoors. The total CFU concentrations of the complaint (14 - 154 cfu/m$^3$) and non-complaint areas (92 - 254 cfu/m$^3$) were less than the total CFU concentrations outdoors (1,264 - 1,456 cfu/m$^3$). Additionally, none of the individual spore type concentrations indoors were significantly greater than the same spore types outdoors. In addition, the total CFUs in BMS were also less than the total CFUs in PMS (239 - 528 spores/m$^3$).

## 4.3.3 Visible Mold and Source Sample Results

CTEH observed approximately 1,381 ft$^2$ of visible fungi in 16 areas within BMS. The source sampling results are summarized in Table 5 of Attachment 1. The areas with the greatest concentrations of visible fungi are graphically depicted in Figures 3 and 4.

CTEH collected 24 tape lift, 21 swab, and 15 bulk samples from areas within BMS that were visibly stained with fungi or fungi-like substances. Visible fungi were confirmed to be present in building materials and on contents in 18 areas within the school. Fungi were not found to be present in every room. Refer to Table 5 for a listing of the identified fungal genera.

## 4.3.4 Wall Cavity Air Sample Results

With the exception of the Room 113 closet wall and the Room 216/217 wall, the total and individual spore concentrations in the wall cavities of each of the rooms

14

were less than the total and individual spore concentrations outdoors. The individual concentration of *Penicillium/Aspergillus* type spores in the Room 113 closet wall (533 spores/m$^3$) and in the Room 216/217 wall (667 spores/m$^3$) were greater than the same spore type detected outdoors (267 – 400 spores/m$^3$). Although the individual spore concentration of *Penicillium/Aspergillus* was slightly higher in these wall cavities than outdoors, such concentrations are not indicative of a wall containing hidden visible mold. It has been CTEH's experience that air cavity spore concentrations are typically tens to hundreds of times greater than outdoors when visible mold is located within a wall cavity.

CTEH collected WallChek™ air samples from the following locations:

- Room 113, closet wall
    - o Total spore concentration: 533 spores/m$^3$
- Room 102, wall common with 103
    - o Total spore concentration: 133 spores/m$^3$
- Room 119, wall common with 121
    - o Total spore concentration: <34 spores/m$^3$
- Room 123, wall common with teacher's workroom
    - o Total spore concentration: <34 spores/m$^3$
- Room 125, wall common with 127
    - o Total spore concentration: 266 spores/m$^3$
- Room 216, wall common with 217
    - o Total spore concentration: 667 spores/m$^3$
- Room 222, wall common with 221
    - o Total spore concentration: <34 spores/m$^3$
- Before-work outdoor sample
    - o Total spore concentration: 2,367 spores/m$^3$
- After-work outdoor sample
    - o Total spore concentration: 3,797 spores/m$^3$

The wall cavity air sampling data is summarized in Table 6 of Attachment 1.

### 4.3.5 HVAC Sample Results

CTEH collected HVAC-related samples from 6 rooms within BMS. Five of the 6 rooms contained some type of staining on walls, ceilings, or room contents. Significant staining or mold growth on contents was observed in 3 rooms. Small ceiling stains were observed in two other rooms (216 and 222). The same species of fungi were found in both the return and supply sides of the HVAC system in 4 of the 6 rooms. The most common fungal species found paired in both the return and supply side was *Cladosporium sphaerospermum* (3 of 6 rooms). *Cladosporium cladosporioides* was also found in 1 room and non-sporulating fungi were found in another. Fungi found on contents in a room matched the fungi in the HVAC system in 2 of the 5 rooms where a stain

15

observed.  The fungi that matched both the source, return, and supply components include *Cladosporium cladosporioides* and *Cladosporium sphaerospermum*.

CTEH also collected HVAC-related samples from 3 rooms in a school of similar age and HVAC system—PMS (as reported by Mr. Vasquez with BISD).  The same species of fungi were found in both the return and supply sides of the HVAC system in all 3 rooms.  The most common fungal species found paired in both the return and supply side were *Cladosporium sphaerospermum* (3 of 3 rooms) and *Alternaria* (1 of 3 rooms).

*Cladosporium cladosporioides* and *Cladosporium sphaerospermum* were the two most common fungal species detected in the 8 outdoor air samples that were collected during the initial and follow-up investigations.  *Cladosporium cladosporioides* was detected in 7 of the 8 outdoor viable air samples. *Cladosporium sphaerospermum* was detected in 6 of the 8 viable outdoor air samples.

**4.4    Cause of Mold Growth**

See the Rimkus Consulting Group Report.

**4.5    Conclusions**

Based on a review of all of the data available to CTEH in connection with this investigation, CTEH concludes the following:

5. Approximately 1,381 $ft^2$ of visible mold is located in the school, primarily on the ceiling and room contents.

6. The airborne concentrations of fungi inside the school are similar to the outdoors and less than the fungal concentrations measured in a non-complaint school reportedly of similar age and HVAC-type.

7. The fungal growth inside the school has not contaminated the HVAC system.  Fungi were found to be present in both the return and supply sides of the HVAC system regardless of the presence of fungal contamination within a specific room.  The types and levels of fungi observed inside the complaint school HVAC system were no different than the types and levels observed in the non-complaint school.  The most common fungi found in the HVAC systems were the most common fungi detected in the outdoor air samples.  Thus, the fungi detected in the BMS HVAC systems appears to be normal given the type of HVAC system and maintenance practices implemented by BISD.

16

RSL 000190

8. The sampling results do not suggest the presence of hidden fungal contamination located behind classroom walls.

## 5.0   Quality Assurance/Quality Control

CTEH's Certified Industrial Hygienist (CIH) S. Brett Tarkington randomly selected rooms from both Aiken Elementary School and Besteiro Middle School to inspect for visible mold growth. The CIH's inspection forms were compared to the other inspector's forms for accuracy. No discrepancies were found between the CIH's inspection forms and the other industrial hygienist's inspection forms.

Additionally, CTEH subjected all data to a detailed review process which required the report, tables, and figures to be thoroughly reviewed by a licensed professional engineer and a peer review group of industrial hygienists.

In addition to CTEH's own QA/QC program, CTEH used an American Industrial Hygiene Association (AIHA) Environmental Microbiology Proficiency Analytical Testing (EMPAT) certified laboratory for biological sample analysis. Environmental Microbiology Laboratory (EMLab) participates in the EMPAT program which is intended to insure that labs have common standards for the identification of organisms. In addition to participation in the EMPAT program, EMLab selects samples randomly each day for duplicate analysis after they have been analyzed. Therefore, analysts never know when they are analyzing a duplicate sample. In addition to the blind duplicate analysis, EMLab runs blank samples weekly through the laboratory process to measure and control cross-contamination. The spore load, relative pressure and temperature of the laboratory are also continuously monitored to insure that possible sources of contamination are rapidly identified and removed.

## 6.0   Remediation Recommendations

CTEH prepared a detailed cost estimate to complete the mold remediation. The total estimated cost to complete the remediation is $160,719.34. The cost estimate was based on asbestos remediation data provided by RSMeans in its 2001 "Environmental Remediation Cost Data."

The detailed remediation procedures recommended for this facility are provided in Volume 1, Attachment 3. At a minimum, the remediation should be completed in accordance with the New York City and U.S. Environmental Protection Agency (EPA) Remediation Guidelines.

CTEH used professional judgment to determine some of the factors needed to produce the cost estimate. The following are the assumptions used to produce the cost estimate.

17

1) Many items are constructed of a material that can not be remediated such as particle board. In instances were fungal growth is present on surfaces that can not be cleaned a cost was provided to discard the item, but not for replacement.

2) All costs are corrected for Brownsville, Texas. According to RSMeans "Environmental Remediation Cost Data" the cost correction factor for Brownsville, Texas is 0.77.

3) According to the school plans the average classroom size is 34ft x 29ft for a total square footage of 986 ft$^2$. This area was used to calculate the classroom surface area necessary in estimating the cost for cleaning, containment, etc.

4) The chilled water pipes for the HVAC system are routed through the hallways. The pipes are wrapped with insulation. Small patches of visible mold growth were observed on the insulation down the full length of the pipe. CTEH estimated based on the school plans that all hallways were 123 feet long except for the A108 to B103 hallway which is 135 feet long. It was also estimated that there is 2.5 feet of insulation around the pipes. Square footage estimates for the pipe insulation remediation are based on the length of the hallway times 2.5 feet, the distance around the pipe.

5) CTEH followed the U.S. EPA Mold Remediation in Schools and Commercial Buildings when producing the remediation cost estimate. Therefore, areas that exhibit less than 10 square feet of visible mold growth are not contained during remediation and minimal personal protective equipment (PPE) is utilized. Areas that contain 10 to 100 square feet of visible mold growth have limited containment and limited or full PPE. The cost estimate assumed limited PPE in all of these circumstances. Areas that contain greater than 100 square feet of visible mold growth utilize full containment and full PPE.

6) CTEH determined that two people should be able to complete a small job in one day, 4 people per day should be able to complete a medium size job in 2 days, and eight people per day should be able to complete a large size job in 5 days.

7) This remediation cost estimate does not address any fungi that may be associated with the HVAC system. The sampling data shows that non-affected schools have similar or greater levels of fungi in their HVAC systems as AES and BMS. Therefore, it cannot be shown that fungi resulting from a water leak from any building system caused the subsequent growth of fungi in the HVAC systems at levels that are a-typical for any school in the Brownsville area. Hence, the need to address HVAC related fungi is not driven by a specific fact that is inherent to AES and BMS. Rather, CTEH recommends that BISD consider the development of a district-wide HVAC remediation program to address fungi that is normal and expected with any system.

8) CTEH determined that a visual only clearance of the remediated areas will require five hours per school including the generation of a report of the findings.

RSL 000192

## 7.0   References

ASHRAE. Thermal environmental conditions for human occupancy.  Atlanta, GA:
        American Society of Heating, Refrigerating and Air-Conditioning Engineers,
        Inc.; 1992; ANSI/ASHRAE 55-1992.

ASHRAE. Ventilation for acceptable indoor air quality.  Atlanta, GA: American
        Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.; 1999;
        ANSI/ASHRAE 62-1999.

EPA.  A Brief Guide to Mold, Moisture and Your Home.  Washington, DC: Environmental
        Protection Agency; 2002; http://www.epa.gov/iaq/molds/moldguide.html.

EPA.  Mold Remediation in Schools and Commercial Buildings.  Washington, DC:  Environmental
        Protection Agency; 2001; http://www.epa.gov/iaq/molds.

Macher, J. Bioaerosols: assessment and control. Cincinnati, OH: American
        Conference of Governmental Industrial Hygienists; 1999.

NYC DOH. Guidelines on assessment and remediation of fungi in indoor
        environments.  New York, New York: Bureau of Environmental and
        Occupational Disease Epidemiology, New York City Department of Health;
        2000; http://www.ci.nyc.ny.us/html/doh/html/epi/moldrpt1.html.

RSMeans Company, Inc.:  Environmental Remediation Cost Data, 7th Annual Edition.
        Talisman Partners Ltd., Englewood, CO, 2001.

RSL 000193

**David A. Weeks, P.E., DEE, QEP**
Senior Environmental Engineer

Date: _1-10-03_





20

RSL 000194