**GOBBELL HAYS PARTNERS, INC.**
ARCHITECTURE · ENGINEERING
ENVIRONMENT · HEALTH · SAFETY

# STEVE M. HAYS, CIH
*Chairman of the Board*

*Gobbell Hays Partners, Inc.*
*4040 Broadway, Suite 105*
*San Antonio, Texas 78209*
*Phone – 210-824-5600*
*Fax – 210-824-8420*
*Cell – 615-496-9812*
*E-mail – shays@ghp1.com*
*Web address – www.ghp1.com*

*Nashville*
*Denver*
*San Antonio*
*Orlando*

## EDUCATION:

Bachelor of Engineering/Chemical Engineering/1973
Vanderbilt University; Nashville, Tennessee

## CERTIFICATIONS/REGISTRATIONS:

1978/Professional Engineer/Tennessee
1982/Professional Engineer/Alabama
1983/Professional Engineer/New Mexico
1989/Professional Engineer/Arkansas
1989/Professional Engineer/Illinois
1990/Certified Industrial Hygienist/American Board of Industrial Hygiene
1990/Chartered Membership/The Institution of Engineers of Ireland
1991/Professional Engineer/Virginia
1991/Professional Engineer/California
2000/Professional Engineer/Ohio
1996/Qualified Environmental Professional/The Institute of Professional
    Environmental Practice

## PROFESSIONAL SUMMARY:

Mr. Hays, GHP partner and chairman of the board, is the driving force behind the firm's development as a recognized leader in dealing with hazards in the built environment. His background in the chemical industry, his certification as an industrial hygienist, and his knowledge of building systems give him a unique expertise in providing consulting services related to environmental hazards. His involvement since 1981 in environmental management and/or abatement design at over 10,000 facilities has helped give Gobbell Hays Partners, Inc. (GHP) a national client base, with projects in geographic locations from San Juan, Puerto Rico, to Anchorage, Alaska.

Mr. Hays serves as a seminar faculty member at Georgia Tech Research Institute and The Environmental Institute. He is a former guest lecturer at the University of California at Berkeley

# EXHIBIT " B "

and Texas A & M University.  Mr. Hays has lectured on the following environmental-related topics:

*Asbestos*

> Abatement Site Safety Update
> Asbestos Abatement in Occupied Facilities
> Asbestos Abatement Oversight and Management
> Asbestos Abatement in Industrial Settings
> Bulk Sampling and Documentation Procedures
> Cost Estimating
> Designing the Abatement Project:  Design Laboratory
> Design:  Project Specifications
> Design Update: Abatement Specifications
> Design Update: AHERA and Beyond
> Design Update: Special Design Considerations
> Design Update: Mini-Laboratory Workshop
> Development and Implementation of Contract Specifications
> Elements of Technical Specifications for Asbestos Abatement Projects
> Glovebag Techniques as an Abatement Response Action
> HVAC System Modification During Abatement Projects
> Inspection and Assessment Techniques
> Lockdown/Replacement Techniques and Asbestos Substitutes
> Pre-Inspection Planning
> Pre-Work Activities and Considerations
> Presentation of the NIBS Operations and Maintenance (O&M) Work Practices Manual
> Project Design Considerations
> Relevance of Settled Dust to the Design of Operations and Maintenance Programs and Abatement Projects
> Understanding Building Systems

*Environmental Audits/Assessments*

> Case Studies in Environmental Site Assessments
> Chemistry and Environmental Laboratory Review
> Pesticides, Insecticides, Herbicides and Fertilizers
> Polychlorinated Biphenyls (PCBs)
> Roles and Responsibilities of Consultants and Owners
> Underground Storage Tanks: Regulations, Assessments and Corrective Measures

### Lead-Based Paint

Abatement Design Strategies: Design Laboratory
Control Options
Contract Specifications and Critique
Project Management

### Mold

Mold Assessment and Remediation in Buildings

### Other Lectures

Design of a Transmission Electron Microscopy (TEM) Laboratory

Has lectured at University of Kentucky, Texas A & M, and New York University on asbestos-related topics.

## COMMITTEES/COMMISSIONS:

### Environmental Protection Agency (EPA)

Member, Policy Dialogue Committee to advise EPA on future regulation concerning asbestos-containing material in public and commercial buildings.

Peer reviewer for several EPA documents, including <u>Managing Asbestos In Place</u> ("Green Book").

Member, 24-person committee seated by EPA to negotiate the regulatory language as required under the Asbestos Hazard Emergency Response Act (AHERA), effective December, 1987.

### The Environmental Information Association

Past President, The Environmental Information Association.

Past Secretary, National Asbestos Council.

Past Member of the Board, National Asbestos Council.

Past Chair, Awards and Sponsorship Committee for National Asbestos Council.

Past Chair, Professional Registration Committee for National Asbestos Council.

Past Co-Chair, ad-hoc membership group to study professional practice guidelines for the National Asbestos Council.

Past Chair, ad-hoc committee to establish liaison memberships with other professional associations for the National Asbestos Council.

### National Institute of Building Sciences (NIBS)

Past Chair, Board of Directors for NIBS
Past Member, Indoor Air Quality Task Force for NIBS

Past Member, Project Committee for NIBS for preparation of lead-based paint abatement guidelines

Past Member, Task Force Steering Committee for preparation of asbestos abatement guideline specifications

Past Member, Radon Standards Project Committee

Past Chair, Asbestos Project Committee

Past Member, Consultative Council

Past Member, 1993 Consultative Council Planning Committee

Past Member, Environmental Integration Committee

Past Member, NIST Steering Committee

### Additional Positions

Member, Advisory Committee on Childhood Lead Poisoning Prevention, Centers for Disease Control and Prevention (CDC)

Member, Indoor Environmental Quality Committee for the American Industrial Hygiene Association (active member from June 1994 – December 2001)

Chair, Lead Subcommittee of the Indoor Environmental Quality Committee for the American Industrial Hygiene Association

Member, Editorial Advisory Board for *American Consulting Engineer*, a publication of the American Consulting Engineers Council

Member, Editorial Advisory Board for *Lead Detection & Abatement Contractor*

Member, Editorial Advisory Board for *Indoor Environment Connections*

Facilitator and Expert, Peer Review Panel for HUD's Healthy Homes Initiative

Past Chair, Committee of Visitors for the School of Engineering, Vanderbilt University

Peer Reviewer, "HUD Guidelines for Evaluation and Control of Lead-Based Hazards in Housing"

Member, Committee on Sampling and Analysis of Atmospheres for the American Society for Testing and Materials (ASTM)
Member, Committee on Performance of Buildings for the American Society for Testing and Materials (ASTM)

Past Chair, Public Relations Committee for the American Consulting Engineers Council (ACEC)

Past Member, Environmental and Public Health Council, Underwriters Laboratories Inc.

Past Member, Committee seated by the Society for Occupational and Environmental Health for the development of the document "Protecting Workers and Their Communities from Lead Hazards: A Guide for Protective Work Practices and Effective Worker Training." The document was developed to protect workers and community health during lead-based paint abatement

Past Vice Chair, Tennessee Air Pollution Control Board

Past Member, Editorial Review Board for Asbestos Abatement

Past Member, Editorial Review for the National Asbestos Council Journal

Past Chair, The Lewis Society (Vanderbilt University, School of Engineering)

Past President, Vanderbilt University Engineering Alumni Council

Past Member, Vanderbilt University Alumni Board of Directors

Past President, Consulting Engineers of Tennessee

Past Co-Chair, Nashville Mayor Richard Fulton's Task Force to Improve Building Code Department Operations

Past Chair, Nashville Mayor Fulton's Rehabilitation Building Code Task Force

Past Member, State of Tennessee's Insurance Commissioner's Review Panel on Tennessee Building and Fire Codes as a representative of Tennessee Society of Professional Engineers

## PRESENTATIONS:

"Manganese in Welding Fume," presented at the Twenty-Second Annual Conference and Exposition of the Environmental Information Association, New Orleans, LA, March 23, 2005.

"Industrial Hygiene Perspective," presented at Mealey's Welding Rod Litigation Conference, West Palm Beach, FL, October 7, 2004.

"Mold Amplification Associated with New Construction," presented at the 2004 Boulder Conference, *Mold in the Indoor Environment: Assessment, Health and Physical Effects, and Remediation* (sponsored by ASTM), Boulder, CO, July 26, 2004.

"Buildings and Mold Alliance Update," developed for the conference, M6: Mold, Moisture, Misery, Money and Myth – Plus Management (sponsored by the Building Environment and Thermal Envelope Council), Chicago, IL, July 15, 2004.

"The Creation by Professionals of a Remediation Plan," presented at the conference, M6: Mold, Moisture, Misery, Money and Myth – Plus Management (sponsored by the Building Environment and Thermal Envelope Council), Chicago, IL, July 15, 2004.

"Welding Processes and Government Regulations," presented at the conference, Welding Rods:  An In-Depth Look at Emerging Litigation (sponsored by HarrisMartin Publishing), San Francisco, CA, June 16, 2004.

"A Study of Exposure to Manganese in Welding Fume and Characterization of the Manganese in the Fume," presented at the Conference on Health Effects of Manganese: Research, Industrial Hygiene, and Clinical Issues in Occupational Exposures, New Orleans, LA, April 18, 2004.

"Mold, the National Institute of Building Sciences, and Environmental Safeguards," presented to the Environmental Bankers Association, San Antonio, TX, January 20, 2004.

"Industrial Hygiene Measurements of Total Fume and Manganese Exposures to Welders," presented at the conference, Manganese Exposure in Welders: Health Effects, Clinical Outcome, Research Methods (sponsored by the California Department of Health – Occupational Health Branch), Oakland, CA, August 1, 2003.

"Executive Summary; Mold and the Hospitality Industry," presented to executives of Marriott International, Inc., Bethesda, MD, June 27, 2003.

"The Indoor Environment (Indoor Air Quality and Mold)," presented at BOMA luncheon, Austin, TX, June 19, 2003.

"Mold Remediation: Just Clean It Up?," presented at Mold Litigation: Beyond the Basics II (sponsored by HarrisMartin Publishing), New Orleans, LA, June 13, 2003.

"Health Issues: Toxicity, Occupancy, and Air Quality," presented at BETEC 2003 Spring Symposium, Washington, DC, June 5, 2003.

"What Industrial Hygienists Need to Know About Buildings and Construction to Identify and Resolve IEQ Problems," professional development course presented at the American Industrial Hygiene Conference and Exposition, Dallas, TX, May 11, 2003.

"The Indoor Environment (IAQ, Mold, and Terrorism)," presented at the 2003 National Property Management Conference, sponsored by USAA Realty Company, San Antonio, TX, March 28, 2003.

"Asbestos in Surface Dust – Lessons from New York and Elsewhere," professional development course presented at the 20th Annual Conference and Exposition of the Environmental Information Association, Savannah, GA, March 23, 2003.

"When AHERA Does Not Make Sense," forum presented at the American Industrial Hygiene Conference and Exposition, San Diego, CA, June 3, 2002.

"What Industrial Hygienists Need to Know About Building and Construction to Identify and Resolve IEQ Problems," professional development course presented at the American Industrial Hygiene Conference and Exposition, San Diego, CA, June 2, 2002.

"The Science and Art of Environmental Mold Investigations," lecture presented at *Mold Medicine & Mold Science, Its Practical Applications for Patient Care*, hosted by the International Center for Toxicology and Medicine (ICTM) and the Department of Pharmacology at Georgetown University, Washington, DC, May 14, 2002.

Roundtable I and Roundtable II, discussions at *Mold Medicine & Mold Science, Its Practical Applications for Patient Care*, hosted by the International Center for Toxicology and Medicine (ICTM) and the Department of Pharmacology at Georgetown University, Washington, DC, May 13 and 14, 2002.

"OSHA Standards for Science Labs," lecture presented to the Tennessee Board of Regents, Nashville, TN, April 17, 2002.

"Mold Investigations for Insurance Claims in South Texas," lecture presented at the 19th Annual Conference and Exposition of the Environmental Information Association, San Antonio, TX, March 27, 2002.

"Building Construction, Systems, and Moisture," lecture presented at the USAA Realty Company 2001 National Management Conference, San Antonio, TX, November 13, 2001.

"Lead Hazard Evaluation and Control in Buildings Using ASTM E 2052-99," professional development course presented at the American Industrial Hygiene Conference and Exposition, New Orleans, LA, June 2, 2001. Co-presenter.

"Indoor Air Quality; Typical Problems and Solutions," lecture presented at the USTA Environmental Conference and Showcase, Dallas, TX, May 22, 2001.

"What Industrial Hygienists Need to Know About Buildings and Construction," lecture presented at the 18th Annual Conference and Exposition of the Environmental Information Association, Phoenix, AZ, March 25, 2001.

"Introduction to Indoor Air Quality," "EPA's Tools for Schools Action Kit," and "Maintaining IAQ During Renovations," lectures presented at "Indoor Air Quality Tools for Schools" seminar sponsored by the Colorado Department of Public Health and Environment, Denver, CO, June 1, 2000.

"Lead Hazard Management Program Training for U.S. General Services Administration Employees," lecture prepared for the American Industrial Hygiene Conference and Exposition, Orlando, FL, May 22, 2000.

"Indoor Air Quality 101," lecture presented to the Association of School Business Officials International conference, Orlando, FL, October 18, 1999.

"Insuring Accuracy in Indoor Air Quality Investigations Involving Microbial Contamination," lecture presented to the National Environmental Health Association's Indoor Air Quality conference, Nashville, TN, July 7, 1999.

"Application of ASTM D-5755 for Measurement of Asbestos in Settled Dust to Assess Contamination and Clear Abatement Projects," lecture presented at the American Industrial Hygiene Conference and Exposition, Toronto, Ontario, Canada, June 10, 1999.

"Lead Hazard Management Program Training for U.S. General Services Administration Employees," lecture presented at the American Industrial Hygiene Conference and Exposition, Toronto, Ontario, Canada, June 7, 1999.

"Healthy School Environments; Cleaning and Maintenance Strategies," lecture presented at Indoor Environment 99, Austin, TX, April 21, 1999.

"Engineering Insight Into Why Buildings Can Make Your Patients Sick," lecture presented to Tennessee Thoracic Society, Vanderbilt University, April 10, 1999.

"Indoor Air Pollution," lecture presented to the Department of Civil and Environmental Engineering, Vanderbilt University, April 5, 1999.

"Environmental Chemistry for the Scientifically Challenged," lecture presented at the 16th Annual Conference and Exposition of the Environmental Information Association, San Antonio, TX, March 29, 1999.

"Indoor Air Quality in Chemistry Laboratories," lecture presented at The Pittsburgh Conference (Pittcon '99), Orlando, FL, March 10, 1999.

"Indoor Air Quality," lecture presented to the Tennessee Board of Regents, November 19, 1998.

"Programming for Laboratory Design," lecture presented to the Tennessee Board of Regents, Nashville, TN, November 18, 1998.

"Identification of and Testing for Lead Hazards: Transforming Inspection and Assessment Results into Action," lecture presented at Lead Tech '98 Conference & Exhibition, October 26, 1998.

"Identification of and Testing for Lead Hazards," lecture presented at the 1998 National Lead Grantee Conference, Phoenix, AZ, June 23, 1998.

"Environmental Chemistry for the Scientifically Challenged," lecture presented at the Institute of Real Estate Management, Las Vegas, NV, June 20, 1998.

"Solving a Serious Indoor Air Quality Problem with Electron Microscopy Analysis," lecture presented at the American Industrial Hygiene Conference and Exposition, Atlanta, GA, May 13, 1998.

"IAQ Tools for Schools," lecture presented at School Air Quality and Asthma Workshop, (cosponsored by the U.S. Environmental Protection Agency), April 29, 1998.

"Maintaining Acceptable IAQ During Renovations," lecture presented at Indoor Environment '98, April 16, 1998.

"Bioaerosol Exposures in Multi-Building Complex with Significant Water Infiltration," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 25, 1998.

"Using Pilot Projects to Determine Proper Methods for Lead-Based Paint Abatement in Housing Authority Projects," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 24, 1998.

"Criminal Proceedings in Federal Court: How Not to Remove Asbestos," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 23, 1998.

"Worker Health and Safety: A Brief Historical Perspective," lecture presented at the 15th Annual Conference and Exposition of the Environmental Information Association, March 23, 1998.

"Worker Lead Safety - Current Methods in Prevention & Control, Part I," lecture presented at Lead Tech '97 Conference & Exhibition, October 1, 1997.

"Incorporating Dust Sampling Into the Asbestos Management Program," lecture presented at ASTM's Boulder Conference, July 17, 1997.

"Top 10 Controversies in the Indoor Environment," lecture presented at Indoor Environment '97: Setting the Standard for Healthy Building Management, April 7, 1997.

"Asbestos Dust Contamination - How Much is Too Much?" Professional Development Seminar: 14th Annual Conference and Exposition of the Environmental Information Association, March 23, 1997. Co-Presenter.

"Pesticide Exposures Related to Construction Activities," presented at the American Industrial Hygiene Association/Indiana Section, March 19, 1997.

"Managing an Effective Environmental, Health, and Safety Program", lecture presented at the American Industrial Hygiene Conference and Exposition, Washington, D.C., May 23, 1996.

"Questions of Risk Management in Schools and Public Buildings: The American Experience," lecture presented at Amiante (Paris, France), April 26, 1996.

"The Top Five IAQ Controversies: What Every Professional Should Know," lecture presented at the American Industrial Hygiene Association/Indiana Section, February 13, 1996.

"The Top Ten IAQ Controversies: What Every Professional Should Know," lecture presented at Indoor Environment '95: Strategies for the New Era of Regulation, May 2, 1995.

"NIBS Lead-Based Paint Operations and Maintenance Manual Development and Use," lecture presented at the Twelfth Annual Conference and Exposition of the Environmental Information Association, April 25, 1995. Co-Presenter.

"Asbestos O&M Practices and Procedures at EPA Occupied or Controlled Facilities," lecture presented at the Twelfth Annual Conference and Exposition of the Environmental Information Association, April 24, 1995. Co-Presenter.

"U.S. EPA Lead Regulations and Activities: A Question and Answer Session," Twelfth Annual Conference and Exposition of the Environmental Information Association, April 24, 1995. Co-Presenter.

"Indoor Air Quality: Solutions and Strategies," Professional Development Seminar: Twelfth Annual Conference and Exposition of the Environmental Information Association, April 22, 1995. Co-Presenter.

"Sampling and Analysis for Asbestos in Settled Dust," Professional Development Seminar: Twelfth Annual Conference and Exposition of the Environmental Information Association, April 22, 1995. Co-Presenter.

"Interpretation of Scientist's Needs and Wants," lecture presented during the Architect/Engineer In Laboratory System Design session at the American Society of Heating, Refrigerating and Air Conditioning Engineers' Winter Conference, January 29, 1995. Presenter.

"Indoor Air Quality," lecture presented to the Nashville Chapter of the American Institute of Architects. August 11, 1994.

"OSHA Indoor Air Quality Proposed Rule," seminar conducted by Gobbell Hays Partners, Inc. June 14, 1994.

"Investigation of Health Effects Complaints from Construction Workers at a Large Wastewater Treatment Plant," poster presentation at the American Industrial Hygiene Conference and Exposition, Anaheim, California. May 24, 1994. Co-Presenter.

"Developing a Scope of Work, Planning and Initiating the Phase I Environmental Site Assessment," lecture presented during the Professional Development Seminar Conducting Environmental Site Assessments: The ASTM Standard and Beyond at the American Industrial Hygiene Conference and Exposition. May 21, 1994.

"Strategies and Resources for Solving Indoor Air Quality Problems," lecture presented to Vanderbilt University Engineering Department. March 31, 1994.

"Conducting Indoor Air Quality Investigations: A Basic Primer," session presented at EM '94, the Environmental Information Association's Annual Conference and Exposition. March 14, 1994. Co-presenter.

"Settled Asbestos Dust Sampling and Analysis," Professional Development Seminar presented at EM '94, the Environmental Information Association's Annual Conference and Exposition. March 13, 1994. Co-presenter.

"Indoor Air Quality and Other Environmental Hazards," presentation at Willis Corroon's Environmental Risk Management Services' Broker Training Seminar, Nashville, Tennessee. February 1, 1994.

"Issues in Industrial Hygiene," session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"Overview and Analysis of Lead Abatement Methods," session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"Defining the Lead Detection and Abatement Industry," general session presented at Lead Tech '93 Conference and Exposition. October 28, 1993. Co-Presenter.

"The Asbestos Operations and Maintenance Program," session presented at the 48th Annual Federal Safety and Health Conference, Chicago. October 6, 1993.

"Building Engineering in Today's Marketplace," lecture presented at Tennessee Technological University. September 10, 1993.

"What to Expect from an Environmental Site Assessment: Part I - What to Look For," lecture presented for Georgia Tech to the BellSouth Corporation. August 31, 1993.

"What to Expect from an Environmental Site Assessment: Part II - What Do Results Mean," lecture presented for Georgia Tech to the BellSouth Corporation. August 31, 1993.

"Development of Health Protection Recommendations for CFC Replacement," presented to the American Industrial Hygiene Conference and Exposition. May 15- 21, 1993. Co-Presenter.

"Exposure Modeling for a Coolant to Replace CFC's in an Industrial Process," presented to the American Industrial Hygiene Conference and Exposition. May 15- 21, 1993. Co-Presenter.

"Data Evaluation and Report Writing," lecture presented during the Professional Development Seminar <u>Conducting Environmental Evaluations: An Overview</u> at the American Industrial Hygiene Conference and Exposition. May 15, 1993.

"ASTM Guide for Evaluation of Asbestos on Surfaces," lecture presented at the ASTM Conference. April 25, 1993.

"The Scope of Indoor Air Quality Problems," session presented at Indoor Environment '93. April 22, 1993.

"Managing IAQ During Building Renovation," session presented at Indoor Environment '93. April 21, 1993.

"Lead-Based Paint Design Strategies," training course conducted for the Memphis Naval Air Station, Millington, Tennessee. April 20-22, 1993. Co-Presenter.

"Case Study: HVAC Modifications for Asbestos Operations and Maintenance Purposes," poster session presented to the Health Effects Institute. March 8 - 9, 1993. Co-Presenter.

"Operations and Maintenance Programs in Buildings Containing Asbestos: A Workshop," presented to the Health Effects Institute. March 8, 1993.

"Level of Effort Required for Operations and Maintenance Work Practices," presented to the Health Effects Institute. March 8 - 9, 1993. Co-Presenter.

"Lead Abatement Strategies and Techniques," lecture presented at Lead in Charleston: Conference for Contractors. March 4, 1993.

"Writing Specifications for Lead Based Paint Projects," lecture presented at Lead Tech '92. October 2, 1992.

"NAC/The Environmental Information Association's Role in Development of a Lead Based Paint Abatement Infrastructure," lecture presented at Lead Tech '92. October 2, 1992.

"Occupational Exposure to Inorganic Lead," lecture presented at Lead Tech '92. September 30, 1992. Co-Presenter.

"The Use of Settled Dust in the Development of Asbestos Control Programs," lecture presented at the Johnson Conference. July 15, 1992. Co-Presenter.

"Lead-Based Paint Abatement: Learning the Lessons from the Asbestos Experience," roundtable session held at the American Industrial Hygiene Conference and Exposition. June 2, 1992. Co-Presenter.

"Data Evaluation and Report Writing," lecture presented during the Professional Development Seminar <u>Conducting Environmental Evaluations: An Overview</u> at the American Industrial Hygiene Conference and Exposition. May 30, 1992.

"Chemical and Laboratory Considerations," lecture presented during the Professional Development Seminar <u>Conducting Environmental Evaluations: An Overview</u> at the American Industrial Hygiene Conference and Exposition. May 30, 1992.

"Health Implications and Regulations in Asbestos Abatement," lecture presented to the Industrial Fabrics Association International. October 20, 1991. Co-Presenter.

"Asbestos: Legal Concerns," lecture presented at Selected Topics in Occupational Medicine Conference. September 14, 1991.

"Managing Asbestos in Place," lecture presented for the Environmental Protection Agency Safety, Health and Environmental Management Compliance Annual Conference. June 27, 1991.

"What is an O&M Program? What Training is Necessary?" lecture presented at Implementing Operation and Maintenance Programs for Asbestos-Containing Materials, sponsored by USEPA. June 4, 1991.

"What Does an O&M Program Include?" lecture presented at Implementing Operation and Maintenance Programs for Asbestos-Containing Materials, sponsored by USEPA.  June 4, 1991.

"Asbestos at a Fire Scene," lecture presented at the Emergency Response Conference.  April 5, 1991.  Co-Presenter.

"Sick Building Syndrome:  An Overview," lecture presented during the Minimizing Environmental Risk in Building Operation and Property Transfer session at the National Asbestos Council, Inc. Eighth Annual Asbestos Management Conference and Exposition. February 19, 1991.

"Interpreting the Results of an Environmental Audit Site Assessment," lecture presented during the Minimizing Environmental Risk in Building Operation and Property Transfer session at the National Asbestos Council, Inc. Eighth Annual Asbestos Management Conference and Exposition.  February 19, 1991.

"Recent Research on Fiber Release from Asbestos-Containing Material and Re-entrainment of Asbestos Dust," session presented to The Third Wave of Asbestos Disease:  Asbestos in Place, a conference under the auspices of the Collegium Ramazzini.  June 1990.  Co-Presenter.

"Recent Research on Fiber Release from Asbestos-Containing Material and Re-entrainment of Asbestos Dust," session presented to the National Asbestos Council, Inc. Seventh Annual Asbestos Abatement Conference and Exposition.  February 1990.  Co-Presenter.

"Point ... Counterpoint:  When is the Right Time to do Removal," session presented to the National Asbestos Council, Inc., Seventh Annual Asbestos Abatement Conference and Exposition.  February 1990.  Co-Presenter.

"Replacement Materials:  How to Avoid the Pitfalls," session presented to the Asbestos Abatement Council of the Association of the Wall and Ceiling Industries -International. January 1990.  Co-Presenter.

"Experimental Data for Project Design," 1989 session for the National Asbestos Council, Fall Technical Conference and Exposition.  Co-Presenter.

"Mechanical Engineering and Asbestos Abatement Design," 1989 session for the National Asbestos Council, Sixth Annual Asbestos Abatement Conference and Exposition.  Co-Presenter.

Testimony given before the Joint Hazardous Waste Committee, State of Tennessee, 1989.

"Executive Summary:  Asbestos in Buildings," a joint seminar conducted by Gobbell Hays Partners, Inc. and Environmental Sciences, Inc., March 1989.

"Beyond AHERA - Building Inspection From the Designer's Point of View," 1988 session for the National Asbestos Council Fall Technical Conference and Exposition.

"Certification of Designers According to AHERA," 1988 session for the National Asbestos Council, Fifth Annual Asbestos Abatement Conference and Exposition.  Co-Presenter.

"Asbestos Hazard Assessment," Association of the Wall and Ceiling Industries - International, Asbestos Abatement World Congress and Exposition, June 1987.

"Asbestos Abatement in Schools and Government Buildings," Association of the Wall and Ceiling Industries - International, Asbestos Abatement World Congress and Exposition, January 1987.

"Contracting Asbestos-Related Work" and "Operations and Management," building owners, managers, contractors and architects, University of Kentucky-Lexington, October 1984; October 1985; November 1986; October 1987.

Operations and Maintenance Training for maintenance workers, and Asbestos Awareness Training for administrative officials and custodians at Evanston Township High School, Evanston, Illinois, 1986.

Asbestos awareness seminar for Indiana School Superintendents, 1986.

"Contract Specifications," EPA Regional Asbestos Coordinators, Georgia Institute of Technology, December 1985.

"Guidelines Specifications as Produced by the National Institute of Building Sciences," University of Kansas, October 1985.

"Asbestos Concerns," Nashville Chapter of Risk and Insurance Managers Society, Nashville, Tennessee, November 1985.

"Asbestos in the Built Environment," U.S. House of Representatives Committee on Appropriations, the Subcommittee on HUD and Independent Agencies, Washington, D.C., 1984.

## PAPERS/PUBLICATIONS:

"Mold 'Remediation'?  Just Clean It Up!  An Industrial Hygienist's Perspective," Columns, February 2004, Author.

"Best and Worst of IAQ in 2003," Indoor Environment Connections, December 2003. Featured and quoted.

"Indoor Air Quality in Chemistry Laboratories," American Laboratory, August 2000. Author.

"Local Engineer Leader in HUD Healthy Homes Study," <u>Nashville Business Journal</u>, January 8 - 14, 1999.  Featured and quoted.

"Building Bridges to Academe," <u>American Consulting Engineer</u>, August/September 1998. Quoted.

"Poor Indoor Air Can Cause Health, Productivity to Suffer," <u>Nashville Business Journal</u>, July 28 - August 1, 1997.  Featured and quoted.

"Lack of Standards, Regulation in IAQ Industry Creates Confusion for Building Managers," <u>Indoor Environment Review</u>, July 1997. Quoted.

"HVAC Design Tops IAQ Controversies For 1997," <u>Indoor Environment Review</u>, May 1997. Featured and quoted.

"Asbestos-Containing Sheet Gaskets and Packing," <u>Asbestos Health Risks: Sourcebook on Asbestos Diseases</u> (Volume 12), Michie Publishers, 1996. Co-Author.

"The Management of the Asbestos Risk in Schools and Public Buildings: American Experience," <u>Pollution Atmospherique</u>, July - September 1996. Author.

"Releasability of Asbestos Fibers From Asbestos-Containing Gaskets," <u>EIA Technical Journal</u>, Fall 1995.  Co-Author.

"Architectural Firm Forms Environmental Unit," <u>Nashville Business Journal</u>, July 3-7, 1997. Featured and quoted.

"Development and Use of The National Institute of Building Sciences' Lead-Based Paint Operations & Maintenance Manual," <u>EIA Technical Journal</u>, Fall 1995.  Co-Author.

<u>Indoor Air Quality:  Solutions and Strategies</u>, McGraw-Hill Publishers, 1995.  Co-Author.

"National Institute of Building Sciences:  Recommended Practices and Procedures for Operations and Maintenance" <u>Applied Occupational Environmental Hygiene</u>, November 1994.  Author.

"Baseline Studies of Asbestos Exposure During Operation and Maintenance Activities" <u>Applied Occupational Environmental Hygiene</u>, November 1994.  Co-Author.

"Level of Effort Required for Operations and Maintenance Work Practices", <u>Applied Occupational Environmental Hygiene</u>, November 1994.  Co-Author.

"Synthesis, Summary and Outlook", <u>Applied Occupational Environmental Hygiene</u>, November 1994.  Panelist

"Determining the Bottom Line in Indoor Air," Indoor Air Review, June 1994.

Settled Asbestos Dust Sampling and Analysis, Lewis Publishers, 1994. Co-Author.

"PC is Critical for Asbestos Abatement," Safety and Protection Fabrics, February 1994. Co-Author.

"Shelter from Liability When Disaster Strikes a Building," Indoor Pollution Law Report, May 1993.

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing," Environmental Choices Technical Supplement, March/April 1993. Co-Author.

"Problem Solving Forum: Asbestos in Coatings," Journal of Protective Clothing and Linings, February 1993.

"Ventilation an Important Part of Mitigating Indoor Air Quality in Laboratories," Indoor Air Review, December 1992.

"Re-entrainment of Asbestos from Dust in a Building with Acoustical Plaster," Environmental Choices Technical Supplement, July/August 1992. Co-Author.

"Protective Clothing in the Asbestos and Lead Abatement Industries," paper presented at Sixth Annual Conference on Protective Clothing, Clemson University. May 6, 1992.

"How to Attack IAQ Problems," Heating/Piping/Air Conditioning, April 1992. Co-Author.

"Air and Dust Sampling in Return Air Plenums," paper presented at the National Asbestos Council, Inc.'s Conference, April 1992.

"Use of Observational Data and Experimental Studies in Developing Better O&M Plans," paper presented at the National Asbestos Council, Inc.'s Conference, April 1992. Co-Author.

"Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling," Journal of the American Industrial Hygiene Association (JAIHA), November 1991. Co-Author.

"Reliance on Asbestos Consultants," Sourcebook on Asbestos Diseases: Medical, Legal, and Engineering Aspects, Volume 5, published 1991 by Butterworth Legal Publishers. Co-Author.

"Airborne Levels During Non-Friable Asbestos-Containing Material Removal," 1990 paper for the National Asbestos Council, Inc., Fall Technical Conference and Exposition. Co-Author.

"Asbestos at a Fire Scene:  The Case of the Dupont Plaza Hotel," <u>Fire Journal</u>, March/April 1990.

"Decon:  A Case Study in Technology," <u>Asbestos Issues</u>, February 1990.  Co-Author.
"Replacement of Asbestos-Containing Materials," <u>Asbestos Abatement</u>, January/February 1990.

"Surface Contamination:  A Case Study of a Comprehensive Approach," 1989 paper presented to the National Asbestos Council, Fall Technical Conference and Exposition.  Co-Author.

"Mechanical Engineering and Replacement Design," paper presented to the National Asbestos Council, Sixth Annual Asbestos Abatement Conference and Exposition.  Co-Author.

"Designing and Construction of an Asbestos Microscopy Laboratory Facility," <u>Microscope</u>, 1989.  Co-Author.

"Designing a Transmission Electron Microscopy (TEM) Laboratory," <u>NAC Journal</u>, Spring 1988.

"The Importance of Dimensional Accountability," <u>Asbestos Abatement</u>, September/October 1988.

"Designing a Transmission Electron Microscopy (TEM) Laboratory," 1988 paper for the National Asbestos Council, Fall Technical Conference and Exposition.  Co-Author.

"Dimensional Accountability," paper presented to the World Congress II and Exposition on Asbestos Abatement, The Asbestos Abatement Council of AWCI, May 1988.  Co-Author.

"Writing Specifications for Asbestos Abatement Projects," 1988 Directory for National Insulation Contractors Association.

"A Chemical Engineer's Role in the Building Industry," <u>Chemical Engineering</u>, January 18, 1988.

"Case Study:  Asbestos Abatement of Steam Generating Plant, Jacksonville, Florida," 1987 paper for the National Asbestos Council, Fall Technical Asbestos Abatement Conference and Exposition.

"Removing Asbestos-Containing Fireproofing, Anchorage, Alaska School Project," <u>Insulation Outlook</u>, March 1987.

"Asbestos Abatement and Removal, Bartlett High School, Anchorage, Alaska," 1986 paper for the National Asbestos Council, Third Annual Asbestos Abatement Conference and Exposition.  Co-Author.

"Hazard Assessment: A Summary," Inter/Micro '86 (an international symposium of microscopists and scientists).

"Asbestos Removal in Public Schools," Inter/Micro '82.

AWARDS:

Inducted into the College of Fellows of the American Consulting Engineers Council (now known as the American Council of Engineering Companies), October 1, 1999.

President's Citation Award for Outstanding Service, presented by the Consulting Engineers of Tennessee, 1991.

Outstanding Long-Range Planning Award, presented by the Consulting Engineers of Tennessee, 1990.

President's Award, presented by the Consulting Engineers of Tennessee, 1982.

President's Citation, presented by the Tennessee Society of Professional Engineers, 1981.

Tennessee Young Engineer of the Year, presented by the Tennessee Society of Professional Engineers, 1981.

Young Engineer of the Year, presented by the Tennessee Society of Professional Engineers-Nashville Section, 1981.

President's Award, presented by The Environmental Information Association, 1993/1994.

COURSES/SEMINARS:

*Asbestos/Supervision*

Supervision of Asbestos Abatement Projects: Course and Workshop/1987, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, or Pioneer Environmental in 1989, 1991, 1993, 1994, 1995, 1996, 1998, 1999, 2000, 2002, 2003, 2004

*Asbestos/Inspection*

Inspecting Buildings for Asbestos-Containing Materials/1987, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, the University of Cincinnati, or Pioneer Environmental, Inc. in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001, 2002, 2003, 2004

### Asbestos/Management Planning

Managing Asbestos in Buildings/1987, Georgia Tech Research Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, the University of Cincinnati, or Pioneer Environmental in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 2000, 2001, 2002, 2003, 2004

### Asbestos/Abatement Design

Asbestos in Buildings: Designing the Abatement Project/1988, The Environmental Institute

Refresher courses taken at Georgia Tech Research Institute, The Environmental Institute, or Pioneer Environmental in 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2002, 2003, 2004

### Additional Courses

Florida Building Code – Building/Fire Safety/2003, American Institute of Architects & Tennessee Society of Professional Engineers

Air Monitoring Technician Refresher/2002, Pioneer Environmental

Mold Assessment and Remediation in Buildings/2001, The Environmental Institute

Lead Abatement Supervisor: EPA (Target Housing & Child-Occupied Facilities)/1999, The Environmental Institute

Lead-Based Paint Abatement Design Strategies/1998, Georgia Tech Research Institute

Lead Abatement for Supervisors and Contractors/1995, Georgia Tech Research Institute

Settled Dust Sampling: Asbestos and Other Particulates/1991, Georgia Tech Research Institute

Comprehensive Review for Industrial Hygiene Professionals/1990, University of Cincinnati Institute of Environmental Health

Respiratory Protection for Asbestos Abatement Projects/1989, The Environmental Institute

Hazardous Material Control & Emergency Response/1987, Georgia Tech Research Institute

AFFILIATIONS:

    The Environmental Information Association (EIA)
    American Board of Industrial Hygiene (ABIH)
    American Industrial Hygiene Association (AIHA)
    National Institute of Building Sciences (NIBS)
    American Council of Engineering Companies (ACEC)
    Consulting Engineers of Tennessee (CET)
    American Society for Testing and Materials (ASTM)
    Air and Waste Management Association (AWMA)
    American Conference of Governmental Industrial Hygienists (ACGIH)
    The International Society of Indoor Air Quality and Climate (ISIAQ)