IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT. | § | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared **Brian D. Bonczynski**, who, being duly sworn upon his oath according to law, did depose and state the following:

1. "My name is Brian Bonczynski. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. By reason of my employment with Aestimo, Inc., as a Project Engineer, and my investigation, assessment and evaluation of the roof systems at Aiken Elementary School and Besteiro Middle School (collectively, the "BISD Schools") in the Fall of 2002, and related activities, including those set forth in my report (Exhibit B) and in ¶ 5 below, I have personal knowledge of the facts set forth in this affidavit, including the exhibits hereto, and those facts are true and correct.

2. Attached as **Exhibit A** to this affidavit and incorporated herein by reference is a true and correct copy of my current resume, which identifies my qualifications for the findings, conclusions and opinions offered in connection with my investigation, assessment and evaluation of the BISD Schools.

3. Attached as **Exhibit B** to this affidavit and incorporated herein by reference is a true and correct copy of my report detailing my investigation and findings, which sets forth the basis for my findings, conclusions and opinions in connection with the BISD Schools. The factual statements set out in my report are true and correct.

4. I am qualified to give opinions regarding the condition of roofs, causes of roof and related damage (including defects and deficiencies), necessary roof repairs

EXHIBIT __10__

(including those to prohibit water infiltration), and related issues. I have a Bachelor of Science degree from Texas A&M University in Civil Engineering. I have been performing roof consulting for over 12 years including design, repair, and condition assessment. I have also conducted property condition surveys including roof and drainages assessments. I regularly attend roofing seminars to stay currnet on new techniques and products. I have specialized knowledge that will assist the trier of fact to understand the evidence.

5.      I have particular expertise and experience concerning assessing the condition of roofs, assessing the causes of roof and related damage (including defects and deficiencies), determining necessary roof repairs (including those to prohibit water infiltration), and related issues. I have used methods acceptable in these specialized fields for reaching the findings, conclusions and opinions in this matter, as set out in Exhibit B. My activities in connection with the roof condition assessment for the BISD Schools included, without limitation, reviewing project drawings and other documents regarding the roofs, interviews of knowledgeable persons familiar with the BISD Schools (including Mr. Oscar Tapia and Mr. Raul Vasquez), multiple inspections of the roofs (including between October-December 2002) to document roof conditions, existing leaks, and existing deficiencies, and evaluating the existing roof systems and alternatives for corrective action. These activities form the basis of my report, as further set out in Exhibit B."

Further Affiant sayeth not.



Brian D. Bonczynski

SUBSCRIBED AND SWORN to before me on this the __2 1__ day of April, 2005.

DAVID SWORDS
Notary Public, State of Texas
My Commission Expires
May 17, 2008

Notary Public, State of Texas

574125v.1