


## Brian D. Bonczynski, E.I.T.
Project Manager

### Education

B.S., Civil Engineering, Texas A&M University, 1991

### Experience

*AESTIMO, Inc., Houston, Texas (12/95 - Present).* Currently assigned as a Project Manager and responsible for assisting in the development of Aestimo, Inc. Provides consulting and project management on projects related to civil engineering, roofing, waterproofing, and other materials engineering issues. Typical services include building condition assessments, remedial design, and construction administration and monitoring.

*KEI Consultants, Inc., Houston, Texas (10/94 - 11/95).* Project Manager in the Engineering and Construction Department and responsible for assisting in the development of Facilities Engineering. Areas of focus included consulting and project management on projects related to civil engineering, roofing, waterproofing, and other materials engineering issues. Areas of specialization included condition assessments, remedial design, and construction administration and monitoring.

*Law Engineering, Houston, Texas (3/92 - 10/94).* Entry-level position as a staff engineer, progressing to project manager within the Buildings and Facilities Department. Areas of specialization include building-component related failures, particularly in structures, materials, roofing, and waterproofing. Other areas of specialization included property condition assessments for financial and real estate clients typically for pre-purchase or refinancing due diligence. Responsibilities included: consulting, client management, invoicing and collections; peer review; and overall Facilities Engineering business development.

EXHIBIT "_A_"

Brian D. Bonczynski (Continued)
Page 2

## Representative Experience and Projects

**Property Condition Assessments**

> Mr. Bonczynski has extensive experience in performing and managing property condition assessments for financial and real estate clients. Typical building types include apartment complexes, commercial office buildings, industrial warehouse, and retail shopping centers. Mr. Bonczynski has performed and managed several nationwide portfolios of Property Condition Surveys.
>
> The following summarizes representative property condition assessment projects performed by Mr. Bonczynski:
>
> *Triquest Financial Services Corporation Portfolio.*
> > Nationwide, 65 apartment complexes
>
> *Balcor Management Company Portfolio*
> > Nationwide, 19 apartment complexes
>
> *Eastridge Apartments*
> > Tucson, Arizona; 456 units
>
> *Wellington Manor Apartments*
> > Amarillo, Texas; 306 units
>
> *Atrium West Office Building*
> > Sunrise, Florida; 2-story commercial office building, 92,000 SF
>
> *720 North Post Oak Office Building*
> > Houston, Texas; 6-story commercial office building.
>
> *City of Houston Police Department South Central Sub-station.*
> > Houston, Texas; 1-story public works facility.
>
> *100 Northstone Office Building*
> > Tucson, Arizona; 11-story historical commercial office building
>
> *The Resource Center*
> > Houston, Texas; 250,000 SF retail/office center

Brian D. Bonczynski (Continued)
Page 3

**Roofing/Waterproofing**

>Mr. Bonczynski has acted as a Project Engineer and Project Manager on several roofing/waterproofing projects. Services provided included condition surveys, specifications and drawings, construction management, and construction monitoring. The following summarizes representative roofing/waterproofing projects performed by Mr. Bonczynski:
>
>> *Ritz Carlton, Palm Beach, Florida.* Performed roof condition assessment for The Ritz Carlton in Palm Beach, Florida. The purpose of the report was to observe and document readily visible roofing materials and systems, and to identify defects and deficiencies which might significantly affect the integrity of the system to prohibit water infiltration and to provide recommendation regarding replacement, repairs and/or maintenance.
>>
>> *Mercer Stadium – Fort Bend ISD, Sugar Land, Texas.* The initial survey included an evaluation to review the existing structure and drainage/waterproofing conditions, determine the extent and cause(s) of the distress and develop recommendations for repairs/modifications. Following the initial survey, contract specifications and drawings were developed for the following items: replace joint sealants, route and seal cracks in stadium risers, and install weeps in the concourse wall. Project management responsibilities included: preparing contract documents, directing pre-construction and progress meetings, construction monitoring, and resolving disputes.
>>
>> *US Army Reserve Facility, Houston, Texas.* Performed infrared thermographic survey of the US Army Reserve Facility in northwest Houston. The purpose of the survey was to identify suspected wet areas of the roof system.
>>
>> *Frito-Lay Manufacturing Plant, Rosenberg, Texas.* Performed annual roof condition surveys for buildings serving Frito-Lay's Rosenberg facility. Services included documentation of existing roof conditions, development of repair methods for deficiencies, estimating remaining service lives and repair and maintenance costs, development of project drawings and specifications and construction management and monitoring services for reroofing operations.
>>
>> *Exxon Mont Belvieu Plastics Plant, Mont Belvieu, Texas.* Performed roof condition survey for two buildings at Exxon's Mont Belvieu Plastics Plant. The purpose of the report was to study reported leaks, document existing roof-top conditions, document other conditions associated with waterproofing, and to provide recommendations regarding replacement, repairs, and/or maintenance.



Brian D. Bonczynski (Continued)
Page 4

**Civil Engineering**

Mr. Bonczynski has acted as a Project Manager and Project Engineer on several civil engineering projects. Services he has provided includes surveys, studies, design, development of specifications and drawings, construction management and construction monitoring. The following summarizes representative projects completed by Mr. Bonczynski:

*Meyerland Plaza, Houston, Texas.* Project Manager for the rehabilitation of a portion of the storm water sewer system serving the Meyerland Plaza Shopping Center in Houston, Texas. The initial evaluation included a study of a limited portion of the facilities storm water drainage system. Following the initial survey, contract specifications and drawings were developed for drainage repairs. Project management responsibilities included: preparing contract documents, directing pre-construction and progress meetings, construction monitoring, and resolving disputes.

*St. Cloud Apartments, Houston, Texas.* Project Engineer/Manager for the rehabilitation of the St. Cloud Apartments in Houston, Texas. Initial survey included a study of the paving/parking, building code related items, drainage, water distribution systems, sanitary sewer systems. Following the initial survey, contract specifications and drawings were developed for the following items: reclamation of asphalt pavement, partial replacement of sanitary sewer line, and installation of additional courtyard drainage, electrical conversion from house meters to individual electric meters, and conversion from chill water mechanical system to individual condensing units. Project management responsibilities included: preparing contract documents, directing pre-construction and progress meetings, construction monitoring, and resolving disputes.

*Rice University Band and Intramural Field, Houston, Texas.* Project Manager for the development of contract specifications and drawings for the construction of a new practice field for the Rice University Band. Specific improvements included grading the field, sodding the field, installing new drainage inlets and connecting to existing storm water drainage lines, installing new sprinkler system, and relocating an observation tower. Project management responsibilities included: preparing contract documents, directing pre-construction and progress meetings, and construction monitoring.

Brian D. Bonczynski (Continued)
Page 5

**Other Experience**

In addition to performing property condition surveys, roofing/waterproofing consulting, and civil engineering services, Mr. Bonczynski has been involved with a number of other projects in which his engineering background was utilized. Such projects included the following:

*Huntingdon Development Corporation, Houston, Texas.* Managed the field work and preparation of the as-built drawings for the unoccupied space in the 34-story, Huntingdon Condominium complex. After the initial survey, continued to assist the Huntingdon Development Corporation for a two year period by providing area calculations during prospective sales and generating as-built drawings to amend the Declaration of the Huntingdon Condominiums as recorded with Harris County, Texas after an area had been sold.

*Evans-American Insurance.* Project engineer on a structural assessment of a water treatment facility near Kansas City, Kansas. The damage was caused by flooding of the Missouri River. Scope of services included reviewing previous geotechnical and structural reports, documenting damage to the structure, and providing the insurance company with recommendations and costs for the structural repairs.

## Certifications and Memberships

Engineer-In-Training, State of Texas
OSHA 40-hour Training



# AESTIMO, INC.
Facilities Engineering Consultants

December 17, 2002

**EFI**
9700 Richmond Avenue, Suite 201
Houston, Texas 77042

Attention:     Mr. Lee Burckle
               Office Manager

Subject:       Roof Condition Assessment
               Besteiro Middle School/Aiken Elementary School
               Brownsville ISD
               Brownsville, Texas
               Aestimo Project No. 020566-01

Dear Mr. Burckle:

Aestimo, Inc. (AESTIMO) is pleased to report that we have completed a Roof Condition Assessment at the above-referenced facility. The findings of our work, together with recommendations, are presented in the attached report. As requested, we have followed the report format provided by Mr. Burckle during a meeting on December 3, 2002.

This assessment was authorized by Mr. Lee Burckle, of EFI, and has been performed in accordance with our proposal dated October 23, 2002, and the terms and conditions of our Subcontractor Agreement Number 98410-01-16, dated April 3, 2001. Reliance on this report, in any way by parties other than EFI and its client, is subject to the contractual terms and conditions in effect between AESTIMO and EFI for this project. The observations, findings, and conclusions within this report are based on our professional judgment and information obtained during the course of this assessment. If any additional information is known or encountered concerning the site, it should be forwarded to AESTIMO for possible reevaluation of conclusions and recommendations presented herein.

Please review our report and contact us at (281) 556-1522 if you have any questions or comments. We appreciate the confidence EFI has shown in us as a consultant and look forward to continuing our professional relationship on future projects.

Sincerely,

AESTIMO, INC.

Brian D. Bonczynski, E.I.T.      John C. Fairchild, P.E.
Project Engineer                 Principal Engineer

EFI 01372

11999 Katy Freeway, Suite 520     Houston, Texas 77079     (281) 556-1522   (281) 556-1546 fax

EXHIBIT " B "