IN THE UNITED STATES DISTRSTICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY,<br>　　　Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,<br>　　　Defendant | §<br>§<br>§<br>§ | |

## ORDER

Plaintiff Royal Surplus Lines Insurance Company's Motion to Exclude or limit James Bettis' testimony is DENIED.

SIGNED this _____ day of _____, 2005

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

7