# PRIVILEGE LOG FOR CLAIM FILE OF MARK SCHWARTZ (ROYAL)
### Royal Surplus v. BISD
### July 27, 2004

| Date | Document Type | From | To | Description | Privilege/Reason |
|---|---|---|---|---|---|
| 12/03/01 – 03/24/04 | GAB Activity Report (detailed invoice to Royal) | D. Nickoloff (GAB independent adjuster) | Royal | Detailed summary of the Independent adjuster's activities; discloses work product (after 6/9/03); also discloses substance of communications with Royal's counsel. | Attorney-Client, Work Product. Royal produced redacted report for entries up until 6/9/03. All entries after lawsuit was filed on 6/9/03 have been redacted. |
| 12/7/01, 1/29/02, 4/4/02, 3/3/03, 10/22/03, 11/14/03 | Royal Notice of Initial Reserve/Reserve Revision | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Irrelevant reserve information. | Withheld. Contains irrelevant reserve and reinsurance information. FRCP 402, 403, 408; *In re: American Home Assurance*, 88 S.W.3d 370, 377 (Tex. App. – Texarkana 2002, orig. proceeding); *Greil v. Geico*, 184 F.Supp.2d 541 (N.D. Tex. 2002); *Ramada Dev. Co. v. Rauch*, 644 F.2d 1097, 1106-1107 (5th Cir. 1981). Attorney-Client, Work Product (attachments referenced in 3/3/03 Notice). |
| Spring 2002 | Royal Claim Progress Notes | M. Schwartz (Royal claims adjuster) | | Notes disclose Royal's substantive communications with its outside counsel re: claim. | Withheld. Attorney-Client. |
| 03/22/02 | GAB Status Report #4 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Adjuster's claim investigation; discloses communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 03/27/02 | Letter | Outside counsel | M. Schwartz (Royal) | Claim analysis. | Withheld. Attorney-Client. |

#527463.3

| Date | Type | From | To | Description | Disposition |
|---|---|---|---|---|---|
| 04/11/02 | Fax | M. Schwartz (Royal) | Outside counsel, cc: D. Nickoloff (GAB) | *Letter forwarded to Royal's outside counsel.* | Withheld. Attorney-Client. |
| 04/16/02 | Royal Claim Progress Notes | M. Schwartz (Royal) | | Adjuster's notes disclose substantive communications with Royal's outside counsel re: claim. | Withheld. Attorney-Client. |
| 04/17/02 | Fax | M. Schwartz (Royal) | Pruett Moore (BISD counsel), bcc: D. Nickoloff (GAB) bcc outside counsel. | Re: Royal's claim investigation and policy conditions. Discloses substantive communications with Royal's outside counsel. | Redacted version produced. Attorney-Client (bcc portion). |
| 04/18/02 | Letter | Outside counsel | D. Nickoloff (GAB), cc: M. Schwartz (Royal) | Re: claim analysis. | Withheld. Attorney-Client. |
| 04/22/02 | GAB Status Report #5 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. Discloses substance of Royal's communications with outside counsel. | Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 04/25/02 | Letter | Outside counsel | M. Schwartz (Royal), cc: D. Nickoloff (GAB) | Re: claim analysis | Withheld. Attorney-Client. |
| 05/22/02 | GAB Status Report #6 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 06/20/02 | GAB Status Report #7 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/24/02 | GAB Status Report #8 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 07/29/02 | Handwritten notes faxed on GAB Status Report #8 | M. Schwartz (Royal) | D. Nickoloff (GAB) | M. Schwartz responds to questions in GAB's 7/24/02 Status Report (#8). | Redacted version produced. Contains irrelevant reserve information. |

#527463.1                            Pg. 2 of 9                           RSL 005501

| Date | Document | Author | Recipient | Description | Comments |
|---|---|---|---|---|---|
| 8/22/02 | GAB Status Report #10 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 09/26/02 | GAB Status Report #11 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 10/25/02 | GAB Status Report #12 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 11/07/02 | Fax forwarding letter. | Willis Re Inc. | M. Schwartz (Royal) | Re: reinsurance. | Withheld. Contains irrelevant information re: reinsurance. FRCP 402, 403. |
| 11/26/02 | GAB Status Report #13 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 12/23/02 | GAB Status Report #14 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 01/24/03 | Adjuster's Claim Progress Notes | M. Schwartz (Royal) | None | Royal claim adjuster's notes re: claim, engineering reports, causation. Notes disclose substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client. |
| 01/24/03 | GAB Status Report #15 | D. Nickoloff (GAB) | M. Schwartz (Royal) | Status report on claim investigation. | Redacted version produced. Contains irrelevant reserve information. |
| 02/21/03 | Fax Cover Sheet | GAB | S. Wedemeyer (BMP) | Re: claim investigation. | Redacted version produced. Attorney-Client. |

#52740.3

Pg. 3 of 9

RSL 005502

| Date | Document | From | To | Description |
|---|---|---|---|---|
| 02/24/03 | GAB Status Report #16 (mis-marked #11) | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of Royal's communications with outside counsel. Redacted version produced. Attorney-Client. Contains irrelevant reserve information. |
| 02/27/03 | Fax with handwritten notes added. | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Ongoing claim investigation. Withheld. Attorney-Client. Contains irrelevant handwritten notes re: reinsurance. |
| 03/25/03 | GAB Status Report #17 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |
| 3/27/03, 5/28/03, 5/30/03, 6/24/03, 6/30/03, 7/22/03, 8/4/03, 9/16/03, 12/12/03, 1/15/04, 1/16/04, 2/19/04, 3/9/04, 3/31/04, 4/26/04 | Royal Paid Expense Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlante) | Proof of Royal's paid expenses re: claim/litigation. Withheld. Contains irrelevant reserve and reinsurance information. |
| 04/21/03 | Letter | | Transatlantic Reinsurance Company | Reinsurance agreement. Attorney-Client and Work Product (certain referenced attachments dated after the 6/9/03 filing of complaint). Withheld. Contains irrelevant reinsurance information. |
| 04/24/03 | GAB Status Report #18 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discloses substance of communications with Royal's outside counsel. Redacted version produced. Contains irrelevant reserve information. Attorney-Client. |

#527463.3

Pg. 4 of 9

RSL 005503

| Date | Doc Type | Author | Recipient | Description | Disposition |
|---|---|---|---|---|---|
| 04/30/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 04/30/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information requested by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | Invoice with Royal handwritten notes thereon | BMP | Royal | 5/1/03 invoice for services by Royal's outside counsel. Royal handwritten notes re: reinsurance. | Withheld. Attorney-Client, Work Product. Notes contain irrelevant information re: reinsurance. |
| 05/01/03 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/01/03 | E-mail | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Royal's response to outside counsel's request for information. | Withheld. Attorney-Client. |
| 05/16/03 | GAB Status Report #19 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on claim investigation; discusses substance of communications with Royal's outside counsel. | Redacted version produced. Attorney-Client; also contains irrelevant reserve and reinsurance information. |
| 05/27/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Information needed by Royal's outside counsel for analysis. | Withheld. Attorney-Client. |
| 05/27/03 | Letter | Willis Re Inc. | M. Schwartz (Royal) | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | Fax | M. Schwartz (Royal) | Willis Re Inc. | Claim update. | Withheld. Contains irrelevant reinsurance information. |
| 05/28/03 | E-mail | S. Wedemeyer (BMP) | M. Schwartz (Royal) | Re: BISD claim. Request for information needed by outside counsel. | Withheld. Attorney-Client. |
| 05/29/03 | Fax | M. Schwartz (Royal) | S. Wedemeyer (BMP) | Response to outside counsel's request for information. | Withheld. Attorney-Client. |

| Date | Document | From | To | Description | Basis for Withholding |
|---|---|---|---|---|---|
| 06/02/03 | Invoice | | Royal | 6/2/03 invoice for services by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/05/03 | Letter | J. Brown (BMP) | M. Schwartz (Royal) [Schwartz subsequently forwards outside counsel's analysis to other Royal personnel.] | Analysis by Royal's outside counsel. | Withheld. Attorney-Client. |
| 06/24/03 | Royal Narrative Report | | Royal | Royal internal captioned narrative report, which discloses communications and analysis by its outside counsel, and litigation strategy. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve information. |
| 07/10/03 | Royal Internal Routing Slip | M. Schwartz (Royal) | Royal | Ongoing litigation. | Work Product (Party Communication) Privilege. |
| 07/21/03 | GAB Status Report #20 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 08/04/03 | Routing slip and handwritten notes | M. Schwartz (Royal) | Royal | Re: ongoing litigation and irrelevant reinsurance information. | Withheld. Not relevant. FRCP 402, 403. |
| 09/24/03 | GAB Status Report #21 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | Status report on ongoing claim/litigation; discloses communications with Royal's outside counsel. | Withheld. Attorney-Client; also contains irrelevant reserve information. |
| 10/22/03 | Fax | M. Schwartz (Royal) | Royal | Internal litigation update/evaluation, including input from Royal's outside counsel. | Withheld. Work Product; Attorney-Client; also contains irrelevant reserve information. |
| 10/22/03 | Royal Proof of Recovered Expense | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Recovered Expenses for claim/litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |

Jul-30-2004  12:52   From-BEIRNE MAYNARD                +7139609469        T-318   P.009/015   F-442

| Date | Type | Author | Recipient | Description | Basis for Withholding |
|---|---|---|---|---|---|
| 10/22/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve information. |
| 11/14/03 | Handwritten notes | M. Schwartz (Royal) | R. Axson (Royal) | Adjuster's internal notes to assistant during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 12/03/03 | Royal Memo and related BMP fee invoice | M. Schwartz (Royal) | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 12/11/03 | Note | M. Schwartz (Royal) | M. Schwartz (Royal) | Status update on the ongoing litigation. | Withheld. Contains irrelevant reinsurance information. |
| 12/18/03 | Letter | Wellington Underwriting, Inc. | M. Schwartz (Royal) | Status report on the ongoing litigation. | Withheld. Attorney-Client; Work Product; also contains irrelevant reserve and reinsurance information. |
| 12/23/03 | GAB Status Report #22 | D. Nickoloff (GAB) | M. Schwartz (Royal), cc: J. Brown (BMP), cc: S. Wedemeyer (BMP) | GAB status report on claim/ongoing litigation; discloses substance of communications with Royal's outside counsel. | Withheld. Attorney-Client; Work Product; contains irrelevant reserve information. |
| 01/06/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 01/12/04 | Fax | J. Brown (BMP) | Royal | Outside counsel sends document to Royal disclosing counsel's claim analysis and litigation strategy. | Withheld. Attorney-Client, Work Product. |
| 01/12/04 (mis-dated 01/12/03) | | | | | |
| 01/28/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |

#52246.3

Pg. 7 of 9

RSL 005506

| Date | Type | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 03/03/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 03/08/04 | E-mail | Royal | M. Schwartz (Royal) | Request for status of litigation since 10/22/03. | Withheld. Work Product (Party Communications) Privilege. |
| 03/09/04 | E-mail | M. Schwartz (Royal) | Royal | Litigation status. | Withheld. Work Product (Party Communications) Privilege. |
| 03/25/04 | GAB (independent adjuster) Service Invoice | GAB | Royal | GAB invoice to Royal; includes services provided by GAB during litigation. | Withheld. Work Product. Also contains irrelevant handwritten notes re: reinsurance. |
| 03/25/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 04/01/04 | Invoice | BMP | Royal | Outside counsel's invoice for its services. | Withheld. Attorney-Client, Work Product. |
| 04/26/04 | Internal Royal e-mail | Royal | M. Schwartz (Royal) | Re: status of ongoing litigation. | Withheld. Work Product (Party Communication) Privilege. |
| 05/12/04 | Royal Memo and related BMP fee invoice | Royal | M. Schwartz (Royal) | Attorney invoice and Royal's allocation of invoice amount among claim numbers. | Withheld. Attorney-Client, Work Product, confidential, proprietary, irrelevant. |
| 05/25/04 | Royal Paid Expense and Reserve Decrease Proof | Royal | Re-insurers (Wellington-Atlanta, Willis Faber, N.A., XL Re-Atlanta) | Proof of Royal's paid expenses and reserve decreases during litigation. | Withheld. Contains irrelevant reserve and reinsurance information. |
| 06/21/04 | Letter | Wellington Underwriting, Inc. | Royal (M. Schwartz) | Ongoing claim/litigation. | Withheld. Contains irrelevant reinsurance information. |

RSL 005507