**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF MARK SCHWARTZ

| | |
|---|---|
| STATE OF GEORGIA | § |
| | § |
| COUNTY OF FULTON | § |

BEFORE ME, the undersigned authority, on this day, personally appeared Mark Schwartz who, being duly sworn upon his oath according to law, did depose and state the following:

1.     "My name is Mark Schwartz.  I reside in the State of Georgia.  I am over the age of twenty-one (21) years and am competent to make this affidavit.  I have never been convicted of a felony or any other crime involving moral turpitude.

2.     I am currently an Assistant Vice President for Resurgens Specialty Underwriting, Inc. and have served in this capacity (or a similar capacity with Royal Specialty Underwriting, Inc.) at all relevant times since November 29, 2001, when Royal Surplus Lines Insurance Company ("Royal") received notice of the claim underlying this lawsuit.  As a result, I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

3.     Exhibit A to this affidavit lists documents by description which constitute, contain or reflect (1) confidential attorney-client communications among me, counsel, and Dennis Nickoloff, a general adjuster hired by Royal to investigate the claim filed by Brownsville Independent School District ("BISD"), arising from an alleged loss at the Besteiro Middle School ("Besteiro") and Bruce Aiken Elementary School ("Aiken"), for the purpose of effectuating legal representation for Royal, and/or (2) confidential communications among me, counsel,

and Dennis Nickoloff generated in preparation for trial in the above-styled matter. These documents containing confidential communications among me, counsel, and Mr. Nickoloff were intended to be and were kept confidential.

4.     Exhibit A also lists documents by description (Bates Nos. RSLP Log 0001-0008, 0170-0221, 0227-0245, 0315-0316, 0317, 0323-0326, 0327-0330, 0333-0345, 0347, 0348-0349, 0350-0389, 0390-0435, 0436-0438, 0439, 0440-0443, 0444-0446, 0447-0449, 0450, 0451-0453, 0460-0471, 0472-0482, 0483-0514, 0515-0516, and 0518), which contain or reflect confidential attorney-client communications, as well as work product. These documents, created after this lawsuit was filed on June 9, 2003, contain or reflect confidential communications among counsel and Royal employees, representatives, or agents that were intended to be and were kept confidential, and were made for the purposes of facilitating the rendition of professional legal services."

FURTHER AFFIANT SAYETH NOT.

_____
MARK SCHWARTZ

SWORN TO AND SUBSCRIBED this __19__ day of _August_ 2004.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF GEORGIA

My Commission expires: __3/12/07__

PAMELA E. CONGER
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires March 12, 2007

531576.1                         2 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ROYAL SURPLUS LINES           §
INSURANCE COMPANY,            §
                             §
    Plaintiff,              §
                             §
vs.                          §          CIVIL ACTION NO. B-03-109
                             §
BROWNSVILLE INDEPENDENT      §
SCHOOL DISTRICT,             §
                             §
    Defendant.              §

### AFFIDAVIT OF DENNIS NICKOLOFF

STATE OF TEXAS                §
                             §
COUNTY OF HIDALGO            §

    BEFORE ME, the undersigned authority, on this day, personally appeared Dennis Nickoloff who, being duly sworn upon his oath according to law, did depose and state the following:

1.    "My name is Dennis Nickoloff. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

2.    I am an Adjuster of GAB Robins, N.A. I was hired on or around December 3, 2001 by or on behalf of Royal Surplus Lines Insurnace Company ("Royal") to investigate the claims reported by Brownsville Independent School District ("BISD") in November 2001 that relate to the Besteiro Middle School ("Besteiro") and Bruce Aiken Elementary School ("Aiken"), which are both located in Brownsville, Cameron County, Texas and underlie the captioned matter. I also continued to investigate the claim when, in April 2002, BISD reported the cliam under three additional (prior) policies. As the adjuster on these claims, I am familiar with the claims and the claim file, including the fact that the claims were made under Policy Nos. KHT 307564; KHT 308599; KHT 310355; and KHT 318271.

3.    During the course of providing services to Royal in connection with the claims and various issues arising from Policy Nos. KHT 307564; KHT 308599; KHT 310355; and KHT



318271 and the subject schools, I generated documents containing or reflecting confidential attorney-client communications, as well as documents containing communications made in anticipation of litigation and in preparation for trial. Attached hereto as Exhibit A to this Affidavit is a list of documents by description which contain or reflect (1) confidential attorney-client communications among me and Royal's attorneys and/or employees, made for the purposes of facilitating the rendition of professional legal services for Royal, or (2) confidential communications among me and Royal employees generated in anticipation of litigation and in preparation for trial in the above-styled matter. Those documents containing confidential communications among me and Royal's attorneys and/or employees were intended to be and were kept confidential."

FURTHER AFFIANT SAYETH NOT.

DENNIS NICKOLOFF

SWORN TO AND SUBSCRIBED this 18th day of Aug. 2004.

LISA MARTINEZ
Notary Public, State of Texas
My Commission Expires
OCTOBER 23, 2005

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission expires: 10 - 23 -05

531579.1                              Pg. 2 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. B-03-109** |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF JAY BROWN

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day, personally appeared Jay Brown who, being duly sworn upon his oath according to law, did depose and state the following:

1.    "My name is Jay Brown. I reside in the State of Texas. I am over the age of twenty-one (21) years and am competent to make this affidavit. I have never been convicted of a felony or any other crime involving moral turpitude. I have personal knowledge of the facts set forth in this affidavit, and those facts are true and correct.

2.    I am an attorney and a partner with the law firm of Beirne, Maynard & Parsons, L.L.P. and have been licensed to practice law in the State of Texas since 1984. For several years I have provided legal services to Royal Surplus Lines Insurance Company ("Royal"), Resurgens Specialty Underwriting, Inc, and other entities related to Royal & Sun Alliance (collectively referred to as "Royal" for simplicity). I was asked to and have, in fact, provided legal services to Royal in connection with claim and coverage issues arising from Policy Nos. KHT 307564; KHT 308599; KHT 310355; and KHT 318271 and the insured, Brownsville Independent School District ("BISD"), as well as the resulting litigation. As a result, I am familiar with the claim, this litigation, and our file.

3.    During the course of providing legal services to Royal in connection with the subject claim, documents containing and reflecting confidential attorney-client communications were

generated, regarding coverage issues arising from Policy Nos. KHT 307564; KHT 308599; KHT 310355; and KHT 318271, the insured, and this litigation. Attached hereto as Exhibit A to this Affidavit is a list of documents by description which contain or reflect confidential attorney-client communications among my firm and Royal employees, representatives, and/or agents. These documents containing confidential communications among my firm and Royal employees, representatives, or agents were intended to be and were kept confidential, and were made for the purposes of facilitating the rendition of professional legal services.

4.    Also listed by description are documents which contain or reflect confidential attorney-client communications, as well as work product. These documents, created after this lawsuit was filed in June 9, 2003, contain confidential communications among my firm and Royal employees, representatives, or agents that were intended to be and were kept confidential, and were made for the purposes of facilitating the rendition of professional legal services."

FURTHER AFFIANT SAYETH NOT.

_____
JAY BROWN

SWORN TO AND SUBSCRIBED this 18th day of aug. 2004.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission expires: 3/14/05

LYDIA Y. GARZA
Notary Public, State of Texas
My Commission Expires 03/14/05