IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, Plaintiff, | § § § § | |
| v. | § § | Civil Action No. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant. | § § § § | JURY |

### DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO ROGER SAWYER' MOTION TO QUASH AND BROWNSVILLE INDEPENDENT SCHOOL DISTRICTS'S MOTION TO COMPEL AND ENFORCE COMPLIANCE WITH THE SUBPOENA DUCES TECUM ON ROGER SAWYER

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Defendant, Brownsville Independent School District ("BISD"), and files this Response and Motion to Compel and Enforce the Subpoena Duces Tecum on Roger Sawyer and respectfully shows the Court as follows:

### FACTUAL BACKGROUND

BISD served Roger Sawyer with a Notice of Deposition along with a Subpoena Duces Tecum through his attorney, Bruce C. Gaible, "Exhibit 1." Roger Sawyer filed a motion to quash said deposition and subpoena. Both parties agreed to pass the deposition which was scheduled for April 28, 2005, until this Court had ruled on the Motion to Quash the deposition. Counsel for BISD asked Mr. Bruce C. Gaible if he would produce any documents in response to the subpoena duces tecum and he said that some of the documents may be privileged. Counsel for BISD then asked for a privileged log and Mr. Bruce C. Gaible said that he would not produce any documents or privileged log until the Court had ruled on his motion to quash.

BISD has made several attempts to take Roger Sawyer's deposition and this is the second attorneys who has represented Roger Sawyer and GAB Robbins, his employer. The first attorney never responded to numerous requests for documents and never had a

day on her calendar which was not in conflict with an illness or surgery. Finally, Mr. Bruce Gaible made his client available after the discovery deadline imposed by the Court, but would not produce any documents which would help BISD prepare for the deposition.

## PRAYER

For all the above reasons, Defendant BISD asks this Honorable Court to overrule all Plaintiff Royal Surplus Lines Insurance Company's Motion to Quash and order Mr. Roger Sawyer to produce documents responsive to BISD's subpoena duces tecum and provide a privilege log, if one exists. BISD would ask the Court to order Mr. Roger Sawyer to produce documents responsive to BISD's subpoena duces tecum within five (5) days, and for such other and further relief to which BISD is justly entitled.

Signed this the _19th_ day of _May_, 2005.

Respectfully submitted,

**LAW OFFICES OF BALTAZAR SALAZAR**
1612 Winbern
Houston, Texas 77004
(713) 655-1300 and (281) 749-8104 (Fax)

By: _____
    BALTAZAR SALAZAR
    Federal No. 18536
    State Bar No. 00791590
Attorney In Charge for BISD

OF COUNSEL FOR BISD:
Ramon Garcia
State Bar No. 07641800
Federal Bar No. 3936
Catherine Smith
State Bar No. 18547080
Federal Bar No. 19360
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 W. University
Edinburg, Texas 78539
Tel. (956) 383-7441
Fax (956) 381-0825

## CERTIFICATE OF CONFERENCE

I, Baltazar Salazar, certify that I have attempted to confer with Mr. Jay Brown, but he is unavailable.

_____
BALTAZAR SALAZAR

## CERTIFICATE OF SERVICE

I, Baltazar Salazar, hereby certify that this pleading was served by certified mail, return receipt requested on the attorney in charge for Royal Surplus Lines Insurance Company on this the 19th day of May, 2005, addressed as follows:

Mr. Jay W. Brown
Mr. Stephen Wedemeyer
**Beirne, Maynard & Parsons, L.L.P.**
1300 Post Oak Blvd.
Suite 2400
Houston, Texas 77056

_____
BALTAZAR SALAZAR