IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, § § | | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | JURY |
| Defendant. | § | |

## ORDER

On this day the Court considered Defendant BISD's Motion to Compel Written Discovery and said motion is hereby GRANTED.

Signed at Brownsville, Texas on the _____ day of _____ 2005.


_____
UNITED STATES DISTRICT JUDGE


Mr. Jay Brown
**Beirne, Maynard & Parsons, L.L.P.**
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056-3000

Mr. Baltazar Salazar
**Law Offices of Baltazar Salazar**
1612 Winbern
Houston, Texas 77004

Mr. Ramon Garcia
Ms. Catherine W. Smith
**Law Offices of Ramon Garcia, P.C.**
222 W. University Drive
Edinburg, Texas 78539