**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CIVIL ACTION NO. B-03-109** |
| **BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,** | § § § § | |
| **Defendant.** | § | |

## ORDER

On this date, the Court considered Plaintiff Royal Surplus Lines Insurance Company's ("Royal's") Expedited Motion to Quash the Deposition of Roger Sawyer and Subpoena Duces Tecum and Motion for Protection [Doc. #____]. The Court, having considered the Motion, is of the opinion that the motion has merit. Therefore, it is

ORDERED that the deposition of Roger Sawyer be in all things QUASHED. It is further,

ORDERED that the subpoena duces tecum attached to the deposition notice of Roger Sawyer regarding the production of various documents be in all things QUASHED.

SIGNED at Brownsville, Texas on _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE