IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. B-03-109** |
| **vs.** | § | |
| | § | **JURY DEMANDED** |
| **BROWNSVILLE INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | |

### PLAINTIFF ROYAL'S MOTION FOR ENTRY OF JUDGMENT

To The Honorable Andrew S. Hanen,
United States District Judge:

Plaintiff Royal Surplus Lines Insurance Company ("Royal") files its Motion for Entry of

Judgment and respectfully shows:

### Relief Requested

1.      Royal asks the Court to order the clerk to enter judgment against Defendant

Brownsville Independent School District ("BISD") based on the reasons set forth in the Court's

Memorandum Opinion and Order granting Royal's three summary judgment motions [Docket

No. 105], signed June 2, 2005.

2.      Royal requests that the judgment be set forth promptly on a separate document as

required by Federal Rule of Civil Procedure 58(a)(1).  Fed. R. Civ. P. 58(d).

### Grounds for Relief

3.      Royal filed this declaratory judgment action on June 9, 2003, asking this Court to

determine its duties, if any, under four insurance policies issued to Defendant Brownsville

Independent School District ("BISD") for alleged damage to two schools located in Brownsville,

Texas.  BISD filed its Original Answer and Counterclaim on or about December 12, 2003.  BISD

subsequently amended its counterclaim to include, among others, claims for breach of contract,

common law "bad faith" claims, claims for violations of Art. 21.21 and Art. 21.55 of the Texas

Insurance Code, and claims for exemplary, punitive and multiple damages.  (*See* Docket No. 57,

BISD's Second Amended Counterclaim).

4.      Royal filed three motions for summary judgment, each seeking declaratory

judgment that Royal is not liable to BISD for damages suffered by BISD due to the presence of

mold and other damage at the BISD schools, and that there was no breach of contract and/or bad

faith by Royal in connection with the claims or claims-handling.

5.      On June 2, 2005, the Court granted all three of Royal's motions for summary

judgment, disposing  of this case in its entirety, including BISD's counterclaims for breach of

contract, claims brought under Texas Insurance Code Articles 21.21 and 21.55, claims for breach

of the duty of good faith and fair dealing, and request for punitive damages.

6.      The clerk of the Court must prepare, sign, and enter judgment on a separate

document when (1) the jury awards a general verdict, (2) the Court awards costs or a sum

certain, or (3) the Court denies all relief requested.  FED. R. CIV. P. 58(a)(2)(A).

7.      To date, the clerk has not prepared and entered the judgment.

8.      Thus, the Court should order the clerk to enter judgment for Royal against BISD.

### Conclusion

9.      For all the reasons set forth above, Royal asks this Court to order the clerk to

enter judgment.

Respectfully submitted,

**BEIRNE MAYNARD & PARSONS L.L.P.**

/s/ Jay W. Brown
_____
**Jay W. Brown**
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas  77056
Telephone:  (713) 623-0887
Facsimile:  (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Treviño, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas  77056
Telephone:  (713) 623-0887
Facsimile:  (713) 960-1527

## CERTIFICATE OF CONFERENCE

I certify that we have attempted to confer with Baltazar Salazar, lead attorney for BISD, but have been unable to reach him.  Therefore, BISD's opposition is assumed.

/s/ Jay W. Brown
_____
Jay W. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on June 13, 2005.

Mr. Baltazar Salazar                    *Via Certified Mail/Return Receipt Requested*
Attorney at Law                                        *And Facsimile Transmission*
1612 Winbern
Houston, Texas  77004


/s/ Jay W. Brown
Jay W. Brown


581258v.1