**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. B-03-109** |
| **vs.** | § | |
| | § | **JURY DEMANDED** |
| **BROWNSVILLE INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of June 2, 2005,

Plaintiff Royal Surplus Lines Insurance Company's ("Royal") Motion for Summary Judgment

[Docket No. 42], Rule 56(c) "No Evidence" Motion  for Summary Judgment [Docket No. 47],

and Motion for Summary Judgment on Brownsville Independent School District's ("BISD's")

Extra-Contractual Counterclaims [Docket No. 49], are hereby GRANTED.

The Court finds for Royal and against BISD on all claims and counterclaims in this

action.  Based on the Court's rulings, this case is disposed of in its entirety.

The Court orders that Plaintiff Royal recover its costs of court from Defendant BISD.

This is a FINAL JUDGMENT.

SIGNED at Brownsville, Texas, on _____, 2005.


_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE.