IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-109<br><br>JURY DEMANDED |

**PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S
<u>MOTION TO ENTER BILL OF COSTS</u>**

Plaintiff, Royal Surplus Lines Insurance Company ("Royal"), files this Motion to Enter Bill of Costs and respectfully shows the Court as follows:

1. On June 2, 2005, the Court rendered a final judgment granting all three of Royal's Motions for Summary Judgment. (Doc. # 105). The Court stated "these rulings dispose of this case in its entirety." (*Id.* at p. 18). As the prevailing party, Royal is entitled to recover its costs pursuant to Rule 54(d)(1) of the FEDERAL RULES OF CIVIL PROCEDURE. The Court ordered that Royal recover its costs in the Final Judgment (Doc. #107).

2. Attached as Exhibit "A" is Plaintiff's Bill of Costs, which includes costs that are allowed by law under 28 U.S.C. § 1920. The taxable costs total $20,355.18.

3. The costs are correctly stated.

4. The costs were actually and necessarily incurred in this litigation.

5. The costs were paid, or the obligation to pay the costs was incurred.

6. Attached hereto as Exhibit "B" is the Affidavit of Jay W. Brown, Plaintiff's counsel, which demonstrates that the costs were billed properly.

7.  Attached as Exhibit "C" are the invoices and/or proofs of the charges referenced in Plaintiff's Bill of Costs, which show Plaintiff's proof of obligations to pay. As part of Plaintiff's numerous summary judgment filings, Plaintiff incurred $457.80 for copying costs associated with filing its summary judgment papers. Counsel for Plaintiff charged Plaintiff $0.10 per page for each of the 4,578 copies made in connection with such papers. *See* Exhibit B, Affidavit of Jay W. Brown.

8.  For these reasons, Plaintiff asks that the Court enter the attached Bill of Costs.

Respectfully submitted,

**BEIRNE MAYNARD & PARSONS L.L.P.**

/s/ Jay W. Brown
**Jay W. Brown**
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Treviño, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

2

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has attempted to confer with opposing counsel regarding this motion. Despite the attempt to confer, BISD's counsel has not responded. Thus, Plaintiff assumes this motion is opposed.

/s/ Stephen R. Wedemeyer
Stephen R. Wedemeyer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on June 15th, 2005.

Mr. Baltazar Salazar
1612 Winbern
Houston, Texas  77004

Mr. Ramon Garcia
Ms. Catherine Smith
222 West University Drive
Edinburg, Texas  78539

Mr. Craig Smith
14493 SPID, Suite A, P.M.B. 240
Corpus Christi, Texas  78418

/s/ Stephen R. Wedemeyer
Stephen R. Wedemeyer

580569v.1