IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-03-109 |
| vs. | § § | JURY DEMANDED |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § § | |

**PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S BILL OF COSTS**

Plaintiff, Royal Surplus Lines Insurance Company, files this Bill of Costs and respectfully shows the Court as follows:

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 6/9/03 | | U.S. District Court | Filing Fee | $150.00 |
| 6/28/04 | | Court Reporter (Barbara Barnard) | 3/19/04 Hearing Transcript | $118.80 |
| 7/21/04 | | Court Reporter (Barbara Barnard) | 6/29/04 Hearing Transcript | $255.20 |
| 1/26/05 | | Court Reporter (Barbara Barnard) | 1/24/05 Motion and Status Conference Hearing Transcript | $146.44 |
| 5/11/05 | | Court Reporter (Barbara Barnard) | 12/2/03 Telephonic Conference Transcript | $19.80 |
| 5/27/05 | | Court Reporter (Barbara Barnard) | 9/15/03 Initial Pretrial and Scheduling Conference Transcript | $148.50 |
| 4/26/05 | Dennis Nickoloff | Deposition Videographer (Axon Video Consulting) | Deposition Video | $165.00 |

EXHIBIT A

1

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 4/27/05 | John Hinz | Deposition Videographer (Axon Video Consulting) | Deposition Video | $75.00 |
| 11/29/04 | Duane Swoveland | Deposition Videographer (Continental Court Reporters) | 11/9/04 Deposition Video | $211.50 |
| 12/7/04 | Duane Swoveland | Court Reporter (Continental Court Reporters) | 11/9/04 Deposition Transcript | $530.63 |
| 5/12/05 | John Hinz | Court Reporter (Court Reporter's Clearinghouse) | 4/27/05 Deposition Transcript | $338.25 |
| 7/29/04 | Oscar Tapia | Deposition Videographer (Esquire Deposition Services) | 7/21/04 Deposition Video | $1,322.50 |
| 8/5/04 | Miguel Saldana | Deposition Videographer (Esquire Deposition Services) | 7/23/04 Deposition Video | $432.50 |
| 8/13/04 | Oscar Tapia | Court Reporter (Esquire Deposition Services) | 7/21/04 Deposition Transcript | $2,465.20 |
| 8/13/04 | Miguel Saldana | Court Reporter (Esquire Deposition Services) | 7/23/04 Deposition Transcript | $857.30 |
| 8/17/04 | Hector Gonzalez, Fred Fuller and Lorenzo Sanchez | Deposition Videographer (Esquire Deposition Services) | 7/22/04 Deposition Videos | $1,097.50 |
| 10/30/04 | Lee Burckle | Court Reporter (Esquire Deposition Services) | 10/26/04 Deposition Transcript | $1,485.95 |
| 10/30/04 | Lee Burckle and Thomas C. Murray | Deposition Videographer (Esquire Deposition Services) | 10/26/04 Deposition Videos | $805.00 |
| 11/4/04 | Thomas C. Murray | Court Reporter (Esquire Deposition Services) | 10/26/04 Deposition Transcript | $669.50 |

2

580522v.2

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 11/10/04 | James Bettis | Court Reporter (Esquire Deposition Services) | 11/4/04 Deposition Transcript | $1,103.95 |
| 11/16/04 | Rick Anderson and Brian Bonczynski | Court Reporter (Esquire Deposition Services) | 11/3/04 Deposition Transcripts | $1,351.55 |
| 11/22/04 | Rick Anderson and Brian Bonczynski | Deposition Videographer (Esquire Deposition Services) | 11/3/04 Deposition Videos | $1,315.00 |
| 3/14/05 | Ricki Barnett | Deposition Videographer (Esquire Deposition Services) | 3/2/05 Deposition Video | $542.50 |
| 3/25/05 | Ricki Barnett | Court Reporter (Esquire Deposition Services) | 3/2/05 Deposition Transcript | $730.15 |
| 2/16/04 | BISD 2/12/04 document production | Reproduction Company (Apex Document Management, Inc.) | Copies of papers necessary for use in the case and at trial | $840.32 |
| 11/16/04 | Satterfield & Pontikes document production | Reproduction Company (Xcel Document Solutions) | Copies of papers necessary for use in the case and at trial | $1,303.56 |
| 10/20/04 | EFI 10/1/04 document production | Reproduction Company (Pitney Bowes) | Copies of papers necessary for use in the case and at trial | $1,112.93 |
| 11/18/04 | Interface 11/8/04 document production | Reproduction Company (Pitney Bowes) | Copies of papers necessary for use in the case and at trial | $302.85 |
| 5/04 – 4/05 | | In-House copying | Copies for Summary Judgment filings [4,578 pages @ $0.10/page] | $457.80 |
| | | | **GRAND TOTAL** | **$20,355.18** |

580522v.2

Respectfully submitted,

BEIRNE MAYNARD & PARSONS L.L.P.

*[signature]*

Jay W. Brown
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY**

OF COUNSEL:
BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Treviño, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

580522v.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record according to the FEDERAL RULES OF CIVIL PROCEDURE on June 15th, 2005.

Mr. Baltazar Salazar
1612 Winbern
Houston, Texas 77004

Mr. Ramon Garcia
Ms. Catherine Smith
222 West University Drive
Edinburg, Texas 78539

Mr. Craig Smith
14493 SPID, Suite A, P.M.B. 240
Corpus Christi, Texas 78418

_____
Jay W. Brown

580522v.2