**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROYAL SURPLUS LINES** **INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. B-03-109** |
| **vs.** | § § | **JURY DEMANDED** |
| **BROWNSVILLE INDEPENDENT** **SCHOOL DISTRICT,** | § § | |
| **Defendant.** | § § | |

**AFFIDAVIT OF JAY W. BROWN IN SUPPORT OF**
**PLAINTIFF'S BILL OF TAXABLE COSTS**

THE STATE OF TEXAS       §

COUNTY OF HARRIS       §

On this day, Jay W. Brown appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath he said, "My name is Jay W. Brown and I am competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

I am an attorney licensed to practice in the State of Texas and the Southern District of Texas, Brownsville Division.

I represented Plaintiff, Royal Surplus Lines Insurance Company ("Royal"), in the captioned case in which the Court entered Summary Judgment for Royal, disposing of this case in its entirety, on June 2, 2005.

Plaintiff has filed the attached Bill of Costs.

EXHIBIT __B__

1

The costs included in the bill are allowed by law, are correctly stated, were necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed.

As part of Plaintiff's numerous summary judgment filings, Plaintiff incurred $457.80 for copying costs associated with filing its summary judgment papers. Counsel for Plaintiff charged Plaintiff $0.10 per page for each of the 4,578 copies made in connection with such papers. These costs are allowed by law, are correctly stated, were necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed."



Jay W. Brown

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this the _____ 8th _____ day of June, 2005.

S. KAYE JONES
Notary Public, State of Texas
My Commission Expires 08-09-2008

_____
Notary Public, State of Texas

580543v.1

2



Received    Jun-28-2004 11:52    From-    To-BEIRNE MAYNARD    Page 002

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:  0000C171

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Jay W. Brown<br>Beirne, Maynard & Parsons, L.L.P.<br>1300 Post Oak Boulevard<br>Suite 2500<br>Houston, TX 77056-3000<br><br>Phone:   (713) 623-0887<br>FAX:     (713) 960-1527 | Barbara A. Barnard, CRR, RPR<br>United States Court Reporter<br>600 East Harrison, Box 301<br>Brownsville, TX 78520<br><br>Phone:   (956) 548-2591<br>FAX:<br>Tax ID:  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<br>rokinmoose@aol.com |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-25-2004 | DATE DELIVERED: 06-28-2004 |
|---|---|---|

**Case Style:** CA B-03-109, ROYAL SURPLUS LINES INSURANCE v BISD
Telephonic Hearing on 3/19/04

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 27 | 4.40 | 118.80 | | 0.83 | | | 0.55 | | 118.80 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 118.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $118.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Barbara Barnard* | DATE 06-28-2004 |
|---|---|

*All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000190

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Stephen R. Wedemeyer<br>Beirne, Maynard & Parsons, L.L.P.<br>1300 Post Oak Boulevard<br>Suite 2500<br>Houston, TX 77056-3000<br><br>Phone:    (713) 623-0887<br>FAX:      (713) 960-1527<br><br>*swedemeyer@bmpllp.com* | BARBARA A. BARNARD, CRR, RPR<br>United States Court Reporter<br>600 East Harrison, Box 301<br>Brownsville, TX 78520<br><br>Phone:    (956) 548-2591<br>FAX:<br>Tax ID:    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<br>*rokinmoose@aol.com* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 07-16-2004 | DATE DELIVERED: 07-21-2004 |
|---|---|---|

**Case Style:** CA B-03-109, ROYAL SURPLUS v BROWNSVILLE ISD
Motions Hearing held 6/29/04

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 58 | 4.40 | 255.20 | | 0.83 | | | 0.55 | | 255.20 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 255.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $255.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Barbara Barnard* | 07-21-2004 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

(L-440)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:    00000262

**MAKE CHECKS PAYABLE TO:**

Stephen R. Wedemeyer
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:    (713) 623-0887
FAX:    (713) 960-1527

swedemeyer@bmpllp.com

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:    (956) 548-2591

rokinmoose@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 01-25-2005 | DATE DELIVERED: 01-26-2005 |

**Case Style:** B-03-109, ROYAL SURPLUS v BISD
1/24/05 Motion and status conference hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 28 | 4.40 | 123.20 | 28 | 0.83 | 23.24 | | 0.55 | | 146.44 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 146.44 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $146.44 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Barbara Barnard* | DATE 01-26-2005 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000311

## MAKE CHECKS PAYABLE TO:

Jay W. Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:   (713) 623-0887
FAX:     (713) 960-1527

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:   (956) 548-2591

rokinmoose@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 04-29-2005 | DATE DELIVERED: 05-11-2005 |

**Case Style:** CA B-03-109, ROYAL v BISD
12/2/03 Telephonic conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 6 | 3.30 | 19.80 | | 0.83 | | | 0.55 | | 19.80 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 19.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $19.80 |

*# 030098  OK to pay  KB*

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE Barbara Barnard | DATE 05-11-2005 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000319

**MAKE CHECKS PAYABLE TO:**

Kathleen Grugel
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:   (713) 623-0887
FAX:     (713) 960-1527

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:     (956) 548-2591

*rokinmoose@aol.com*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 05-17-2005 | DATE DELIVERED: 05-27-2005 |

**Case Style:** B-03-109, ROYAL SURPLUS v BISD
9/15/03 Initial Pretrial and Scheduling Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 45 | 3.30 | 148.50 | | 0.83 | | | 0.55 | | 148.50 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

| Misc. Desc. | |
|---|---|
| | MISC. CHARGES: |
| | TOTAL: 148.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $148.50 |

*(handwritten: OK to pay KG #03098)*

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Barbara Barnard* | DATE 05-27-2005 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

4/26/2005

**INVOICE**   AP2651a



AXON Video Consulting
11647 Pebble Sands Dr.
Tomball, TX 77375
713.291.1196

Jay Brown
Beirne Maynard & Parsons
1300 Post Oak Blvd., #2500
Houston, TX 77056

Cause No.: B-03-109
Royal Surplus Lines vs Brownsville, I.S.D.

Witness:   **Dennis Nickoloff**

| Item | Hrs/Qty | | Rate | | Total |
|------|---------|---|------|---|-------|
| Copy MPEG's | 2 | $ | 75.00 | $ | 150.00 |
| Delivery | | | | $ | 15.00 |

Tax I.D. #
13-4282350

Invoice Total        $        165.00

*We appreciate your business,
and look forward to serving you again!*

oK
to
pay
KG
#030098



RECEIVED
030098
MAY  3 2005

4/27/2005

**INVOICE**    AP2751a



AXON Video Consulting
11647 Pebble Sands Dr.
Tomball, TX 77375
713.291.1196

Jay Brown
Beirne Maynard & Parsons
1300 Post Oak Blvd., #2500
Houston, TX 77056

Cause No.: B-03-109
Royal Surplus Lines vs Brownsville, I.S.D.

Witness:  *John Hinz*
~~Dennis Nickoloff~~

| Item | Hrs/Qty | | Rate | | Total |
|------|---------|---|------|---|-------|
| Copy MPEG's | 1 | $ | 75.00 | $ | 75.00 |

Tax I.D. #
13-4282350

*We appreciate your business,*
*and look forward to serving you again!*

Invoice Total      $      75.00

OK to
pay KG
# 030098



RECEIVED
030098
MAY   3 2005

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax  (713) 522-0440

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| BEIRHO01 | 01/06/2005 |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 786.66 | .00 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 786.66 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 11/29/2004 | 120143 | 224.19 | 11/09/2004 | Duane Swoveland | Royal Surplus Lines vs. Browns |
| 12/07/2004 | 120274 | 562.47 | 11/09/2004 | Duane Swoveland | Royal Surplus Lines vs. Browns |

RECEIVED
030098
JAN 1 0 2005

TAX ID NO. :   76-0326397

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

Account No.:  BEIRHO01
Date       :  01/06/2005

TOTAL DUE  :  786.66

Remit To:     **Continental Court Reporters, Inc.**
              **Riviana Building**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019-2166**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax (713) 522-0440

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120143 | 11/29/2004 | 31-42171 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/09/2004 | HAMRDA | |

| CASE CAPTION |
|---|
| Royal Surplus Lines vs. Brownsville ISD |

| TERMS |
|---|
| Due upon receipt |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

Video Services - Furnishing Video Copy of Deposition of:
 Duane Swoveland                                                           211.50

                                        TOTAL  DUE  >>>>        211.50
                                    AFTER 12/29/2004 PAY         224.19

*********** T H A N K   Y O U! ***********
********* www.texasdepos.com *********

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 12.69 | (=) NEW BALANCE | 224.19 |
|---|---|---|---|---|---|

TAX ID NO. : 76-0326397                                    (713) 623-0887    Fax (713) 960-1527

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

Invoice No.:  120143
Date      :  11/29/2004
**TOTAL DUE**  :      **224.19**

Job No.   :  31-42171
Case No.  :
Royal Surplus Lines vs. Brownsville

Remit To:    **Continental Court Reporters, Inc.**
             **Riviana Building**
             **2777 Allen Parkway, Suite 600**
             **Houston, TX 77019-2166**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax  (713) 522-0440

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120274 | 12/07/2004 | 01-42170 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/09/2004 | GOODSO | B-03-109 |

| CASE CAPTION | | |
|---|---|---|
| Royal Surplus Lines vs. Brownsville ISD | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Duane Swoveland                                              530.63

                                 TOTAL  DUE  >>>>            530.63
                          AFTER 01/06/2005 PAY               562.47

*********** T H A N K   Y O U ! ***********
*********  www.texasdepos.com  *********
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 31.84 | (=) NEW BALANCE | 562.47 |
|---|---|---|---|---|---|

TAX ID NO. :  76-0326397                          (713) 623-0887    Fax (713) 960-1527

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
Invoice No.:  120274
Date       :  12/07/2004
TOTAL DUE  :    562.47


Job No.    :  01-42170
Case No.   :  B-03-109
Royal Surplus Lines vs. Brownsville
```

Remit To:     **Continental Court Reporters, Inc.**
              **Riviana Building**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019-2166**



**Court Reporter's Clearinghouse, Inc.**
(713) 626-2629   Fax (713) 626-1966

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 22373 | 05/12/2005 | 01-23370 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2005 | CORMLA | B-03-109 |

**CASE CAPTION**

Royal Surplus Lines vs. Brownsville ISD

**TERMS**

Due upon receipt

Jay W. Brown
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056

1 CERTIFIED COPY OF TRANSCRIPT OF:
  John Hinz

338.25

TOTAL   DUE   >>>>   338.25

AFTER 06/11/2005 PAY   372.08



OK
to
pay
# 030098

TAX ID NO.: 76-0537648

(713) 623-0887   Fax (713) 960-1527

*Please detach bottom portion and return with payment.*

Jay W. Brown
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056

```
Invoice No.: 22373
Date       : 05/12/2005
TOTAL DUE  :   338.25
AFTER 6/11/2005 PAY : 372.08


Job No.    : 01-23370
Case No.   : B-03-109
Royal Surplus Lines vs. Brownsville
```

Remit To:   **Court Reporter's Clearinghouse, Inc.**
            **4545 Post Oak Place, Suite 350**
            **Houston, TX 77027-3124**

## ORIGINAL FAX

05-12-05 A11:30 IN



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

162771      TELE 01

COPY

**E S Q U I R E** ™
DEPOSITION SERVICES
· A HOBART WEST COMPANY ·

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 174409EAN | 07/29/04 |

ATTN : JAY W. BROWN

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/21/04:

Video
Video After 5:00 pm
Original Video Deposition
RE: Oscar Tapia
Video Admin. Fee
Videotapes
Video DVD Conversion-Per Hour
UPS Delivery Charge
Thank You!

*Matter No. 030098*
*Royal/BISD*

*Okay to pay JKW 8/5/04*

BALANCE DUE

TOTAL    1,322.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162771  TOT: $1322.50
INVOICE #: 174409EAN
DATE: 07/29/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: JAY W. BROWN
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



**E S Q U I R E** ™
DEPOSITION SERVICES
· A HOBART WEST COMPANY ·

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                        162843        TELE 01
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 174855EAN | 08/05/04 |

ATTN : JAY W. BROWN                    Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:      ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/23/04:

Video
Original Video Deposition
RE: Miguel Saldana
Video Admin. Fee
Videotapes
UPS Delivery Charge
Thank You!

RECEIVED
030098
AUG 12 2004

BALANCE DUE                                    TOTAL    432.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162843   TOT: $432.50
INVOICE #: 174855EAN
DATE: 08/05/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: JAY W. BROWN
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027  210.377.3027  FAX 210.344.6016

162772      RECOB01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175172EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.          **Due Upon Receipt**

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/21/04:
Oscar Tapia                    1- 213   213 PGS                                    O+1

Original & Copy of Deposition
Complimentary condensed copy
Per Diem (in quarter hours)
Per Diem-Saturday & After 5:00
Admin/Rule 203 Fee
Transcript Indexing
Exhibits
Exhibits 301-500
Exhibits 501+
Enlargements
Exhibit Tabbing

*Okay to pay.*
*JCW*
*8/30/04*

RECEIVED
AUG 25 2004
030098

**** CONTINUED ****

|  | TOTAL | Thank You! |
|---|---|---|

Please detach and send with payment

........................................................................................

Remit To:



ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          162772          PAGE  2
7800 IH 10 WEST, #100                              RECOB01
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

o:

| INVOICE NUMBER | DATE |
|---|---|
| 175172EAN | 08/13/04 |

Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**          FEDERAL

**CAPTION:**

ROYAL SURPLUS V. BROWNSVILLE ISD

Exhibit Binders

Thank You!

BALANCE DUE                              TOTAL    (2,465.20)  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**          JOB: 162772   TOT: $2465.20
P.O. Box 827829                               INVOICE #: 175172EAN
Philadelphia,PA 19182-7829                    DATE: 08/13/04
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





# ESQUIRE DEPOSITION SERVICES, LLC
## A Hobart West Company
Tax ID # 22-3779684            162844        RECOB01
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

| INVOICE NUMBER | DATE |
|---|---|
| 175170EAN | 08/13/04 |

**To:**
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.          Due Upon Receipt     AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:          FEDERAL

CAPTION:
ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/23/04:
Miguel Saldana              1- 104    104 PGS                         O+1

Original & Copy of Deposition
Complimentary condensed copy
Per Diem (in quarter hours)
Admin/Rule 203 Fee
Transcript Indexing
ASCII Disk
Exhibits
Exhibits 301-500
Enlargements
Exhibit Tabbing
Exhibit Binders

**RECEIVED**
AUG 2 5 2004
030098

ok to pay.
JRW
8/30/04

**** CONTINUED ****

TOTAL                                          Thank You!

---

Please detach and send with payment

..............................................................................................

Remit To:



# ESQUIRE
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027  210.377.3027  FAX 210.344.6016

PAGE  2
RECOB01

162844

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175170EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.                    Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**      FEDERAL

**CAPTION:**

ROYAL SURPLUS V. BROWNSVILLE ISD

UPS Original

Thank You!

BALANCE DUE                                    TOTAL    857.30   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**          JOB: 162844   TOT: $857.30
P.O. Box 827829                               INVOICE #: 175170EAN
Philadelphia,PA 19182-7829                    DATE: 08/13/04
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

162841    ACTIR01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175262EAN | 08/17/04 |

ATTN : Stephen R. Wedemeyer, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:        FEDERAL

CAPTION:
    ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/22/04:

Video
Original Video Deposition
Re: Reps from Brownsville ISD
Video Admin. Fee
Videotapes
Video DVD Conversion-Per Hour
UPS Delivery Charge
Thank You!

*Hector Gonzalez*
*Fred Fuller*
*Sanchez*
*Lorenzo*

RECEIVED
AUG 25 2004
030098

*ok to pay,*
*[signature] 8/30/04*

BALANCE DUE        TOTAL    1,097.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162841   TOT: $1097.50
INVOICE #: 175262EAN
DATE: 08/17/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



**ESQUIRE**™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

COPY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70174    HENDM01

**RECEIVED**
NOV - 8 2004
030098

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 74976EHO | 10/30/04 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 10/26/04:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Lee Burckle | 1- 127 | 127 PGS @ $4.65 | | 590.55 | 0+1 |
| ADMINISTRATIVE FEE | | | | 60.00 | |
| DAILY DELIVERY-TECHNICAL | | 127 @ | $4.65 | 590.55 | |
| BINDER(S)/COVER(S)-ORIGINAL | | 2 @ | $5.00 | 10.00 | |
| KEYWORD INDEX | | | | 25.00 | |
| EXHIBITS | | 233 @ | $0.45 | 104.85 | |
| EXHIBITS-COLOR | | 10 @ | $1.00 | 10.00 | |
| EXHIBIT TAB(S) FOR ORIGINAL | | 40 @ | $0.50 | 20.00 | |
| ASCII/ETRAN | | | | 25.00 | |
| E-MAIL (ORIGINAL) | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | 25.00 | |

*Approved. [signature] 11/8/04*

BALANCE DUE

TOTAL  1,485.95    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70174  TOT: $1485.95
INVOICE #: 74976EHO
DATE: 10/30/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951



70173    MCGIL01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV - 8 2004
030098

| INVOICE NUMBER | DATE |
|---|---|
| 74897EHO | 10/30/04 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:     B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 10/26/04:

LEE BURCKLE & CHRIS MURRAY
VIDEO-FIRST TWO HOURS
VIDEO HOURS-ADDITIONAL         4 @ 100.00
VIDEO TAPE(S)-ORIGINAL         3 @ $15.00
VIDEO TO DVD TRANSFER
VIDEO ADMINISTRATION FEE
DELIVERY/SHIPPING/HANDLING

| | AMOUNT DUE |
|---|---|
| VIDEO-FIRST TWO HOURS | 250.00 |
| VIDEO HOURS-ADDITIONAL | 400.00 |
| VIDEO TAPE(S)-ORIGINAL | 45.00 |
| VIDEO TO DVD TRANSFER | 75.00 |
| VIDEO ADMINISTRATION FEE | 20.00 |
| DELIVERY/SHIPPING/HANDLING | 15.00 |

Approved. KW 11/8/04

BALANCE DUE          TOTAL     805.00     *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70173   TOT: $805.00
INVOICE #: 74897EHO
DATE: 10/30/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

COPY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70174    HENDM01

RECEIVED
NOV 1 2 2004
030098
KG

To:

Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 75114EHO | 11/04/04 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:  B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

| SERVICES PROVIDED ON 10/26/04: | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Thomas C. Murray | 1- 53 | 53 PGS @ $4.65 | | 246.45 | O+1 |
| | | | | | |
| DAILY DELIVERY-TECHNICAL | | 53 @ | $4.65 | 246.45 | |
| ADMINISTRATIVE FEE | | | | 60.00 | |
| KEYWORD INDEX | | | | 25.00 | |
| BINDER(S)/COVER(S)-ORIGINAL | | 2 @ | $5.00 | 10.00 | |
| EXHIBIT TAB(S) FOR ORIGINAL | | 6 @ | $0.50 | 3.00 | |
| EXHIBITS | | 8 @ | $0.45 | 3.60 | |
| ASCII | | | | 25.00 | |
| E-MAIL (ORIGINAL) | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | 25.00 | |

Approved for payment. HW 11/15/04

**BALANCE DUE**    TOTAL    669.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70174   TOT: $669.50
INVOICE #: 75114EHO
DATE: 11/04/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**COPY**



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70790    HENDM01

To:

Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

**RECEIVED**
NOV 1 5 2004
0 3 0 0 9 8

Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 75243EHO | 11/10/04 |

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:  B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/04/04:

| | | | AMOUNT | ENCL. |
|---|---|---|---|---|
| James Bettis | 1- 153 | 153 PGS @ $6.00 | 918.00 | O+1 |
| ADMINISTRATIVE FEE | | | 60.00 | |
| BINDER(S)/COVER(S)-ORIGINAL | 2 @ | $5.00 | 10.00 | |
| KEYWORD INDEX | | | 25.00 | |
| EXHIBITS | 131 @ | $0.45 | 58.95 | |
| EXHIBIT TAB(S) FOR ORIGINAL | 14 @ | $0.50 | 7.00 | |
| DELIVERY/SHIPPING/HANDLING | | | 25.00 | |

*Approved for payment. HW 11/15/04*

BALANCE DUE

TOTAL  **1,103.95**  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70790  TOT: $1103.95
INVOICE #: 75243EHO
DATE: 11/10/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



**ESQUIRE**™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON, TEXAS 77002-9547
(713) 524-4600   FAX (713) 524-4951

70598    HENDM01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV 2 2 2004
030098

| INVOICE NUMBER | DATE |
|---|---|
| 75406EHO | 11/16/04 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:        B03109

CAPTION:
ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/03/04:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Rick Anderson | 1- 125 | 125 PGS @ $4.65 | | 581.25 | 0+1 |
| Brian Bonczynski | 1- 93 | 93 PGS @ $4.65 | | 432.45 | 0+1 |
| ADMINISTRATIVE FEE | | 2 @ $60.00 | | 120.00 | |
| BINDER(S)/COVER(S)-ORIGINAL | | 4 @ $5.00 | | 20.00 | |
| KEYWORD INDEX | | 2 @ $25.00 | | 50.00 | |
| EXHIBITS | | 53 @ $0.45 | | 23.85 | |
| EXHIBIT TAB(S) FOR ORIGINAL | | 28 @ $0.50 | | 14.00 | |
| EXIHBIT COLOR | | 10 @ $1.00 | | 10.00 | |
| ASCII/ETRAN | | 2 @ $25.00 | | 50.00 | |
| E-MAIL (ORIGINAL) | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | 25.00 | |

Approved
for Payment.
JPW 11/22/04

BALANCE DUE

TOTAL   1,351.55   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70598  TOT: $1351.55
INVOICE #: 75406EHO
DATE: 11/16/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

**COPY**

70597    NORRD01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 75569EHO | 11/22/04 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:
        B03109

CAPTION:
    ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/03/04:

RE: Rick Anderson
RE: Brian Bonzchinsky
VIDEO-FIRST TWO HOURS                          250.00
VIDEO HOURS-ADDITIONAL 6.25 HR                 625.00
VIDEO TAPE(S)-ORIGINAL          3 @ $15.00      45.00
VIDEO TO DVD TRANSFER                          375.00
VIDEO ADMINISTRATION FEE                        20.00

*RECEIVED NOV 29 2004 030098*

*Approved for payment [signature] 11/29/04*

            BALANCE DUE                    TOTAL  (1,315.00)    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70597   TOT: $1315.00
INVOICE #: 75569EHO
DATE: 11/22/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**COPY**



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          172667      CAVAC01
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS  78230
800.969.3027  210.331-2280  FAX 210.558-3670

To:

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 185460EAN | 03/14/05 |

ATTN : Stephen R. Wedemeyer, Esq.

**Due Upon Receipt**

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:   FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 03/02/05:

| | |
|---|---|
| Video | 315.00 |
| Original Video Deposition | |
| RE: Ricki Barnett | |
| Video Admin. Fee | 20.00 |
| Videotapes                2 @ $10.00 | 20.00 |
| Video DVD Conversion-Per Hour | 175.00 |
| UPS Delivery Charge | 12.50 |
| Thank You! | |

*Approved for payment. 030098*
*[signature] 3/18/05*

BALANCE DUE                    **TOTAL**    542.50  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 172667  TOT: $542.50
P.O. Box 827829                               INVOICE #: 185460EAN
Philadelphia,PA 19182-7829                    DATE: 03/14/05
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



COPY

# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS  78230
800.969.3027  210.331-2280  FAX 210.558-3670

172668    CAVAL02

**To:**
Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 186030EAN | 03/25/05 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**  FEDERAL

**CAPTION:**

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 03/02/05:

| Description | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Ricki Barnett | 1- 97 | 97 PGS @ | $4.45 | 431.65 | O+1 |
| Original & Copy of Deposition | | | | | |
| Complimentary condensed copy | | | | | |
| Per Diem (in quarter hours) | | 14 @ | $6.25 | 87.50 | |
| Admin/Rule 203 Fee | | | | 60.00 | |
| Transcript Indexing | | | | 40.00 | |
| Etran Disk | | | | 25.00 | |
| EMAIL ORIGINAL | | | | 25.00 | |
| Exhibits | | 70 @ | $0.50 | 35.00 | |
| Exhibit Tabbing | | 20 @ | $0.50 | 10.00 | |
| UPS Original | | 2 @ | $8.00 | 16.00 | |

**** CONTINUED ****

| TOTAL | | *Thank You!* |
|---|---|---|

Please detach and send with payment

...............................

Remit To:


RECEIVED
MAR 3 1 2005
030098

*Approved for payment.* [signature] 3/31/05



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
## E POSITION SERVICES®
### A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS 78230
800.969.3027  210.331-2280  FAX 210.558-3670

PAGE  2
172668    CAVAL02

| INVOICE NUMBER | DATE |
|---|---|
| 186030EAN | 03/25/05 |

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|
|  |  |

YOUR REFERENCE NUMBER:

FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

Thank You!

BALANCE DUE                          TOTAL    730.15   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 172668  TOT: $730.15
P.O. Box 827829                               INVOICE #: 186030EAN
Philadelphia, PA 19182-7829                   DATE: 03/25/05
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Apex Document Management, Inc.**

Tel: 956 668-7327    Fax: 956 668-7328
P. O. Box 720186 McAllen, Texas 78504
Tax, ID
Tax ID # 74-2763943


RECEIVED FEB 19 2004
030098
KB

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/16/2004 | 26612 |

| BILL TO | SHIP TO |
|---------|---------|
| Stephen R. Wedemeyer<br>BEIRNE, MAYNARD & PARSONS, L.L.P.<br>1300 Post Oak Blvd. 24th Flloor<br>Houston, Texas 77056-3000 | Stephen R. Wedemeyer<br>BEIRNE, MAYNARD & PARSONS, L.L.P.<br>1300 Post Oak Blvd. 24th Flloor<br>Houston, Texas 77056-3000 |

| P.O. NUMBER | TERMS | DUE DATE | REP |
|-------------|-------|----------|-----|
| CD0402023 | Due on receipt | 2/16/2004 | VCH |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| 8½ X 11 Copies | 5,275 | 0.14 | 738.50T |
| Color Copies | 29 | 1.05 | 30.45T |
| Chipboards | 4 | 0.10 | 0.40T |
| Pick Up & Delivery Service | | 7.50 | 7.50 |
| | | | |
| In Re: Castillo vs. Carroll Dusang | | | |
| Date Of Service: 2/16/04 | | | |
| Your File# 030098 | | | |
| | | | |
| /jc | | | |
| | | | |
| Sales Tax | | 8.25% | 63.47 |

*BISD Document Production (Ramon Garcia's Office on 2/12/04)*

*Okay to pay. ARW 2/17/04*

Thank you for your business!

| Total | $840.32 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $840.32 |

RECEIVED BY: _____

Date: _____



**Xcel Document Solutions, Inc.**
816 Camaron, Suite 2.01
San Antonio, Texas 78212



RECEIVED
DEC 3 – 2004
030098

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2004 | 2396 |

COPY

| Bill To |
|---------|
| Beirne, Maynard & Parsons<br>Attn:  Allyson L. Mihalick<br>1300 Post Oak Blvd 25th Floor<br>Houston, TX 77056 |

| Ship To |
|---------|
| Beirne, Maynard & Parsons<br>Attn: Stephen R. Wedemeyer<br>1300 Post Oak Blvd 25th Floor<br>Houston, TX 77056 |

| Client Matter | P.O. No. | Rep | Ship | Via | Job # |
|---------------|----------|-----|------|-----|-------|
| 030098 | Due Upon Receipt | GHQ | 11/16/2004 | Hand Delivered | 04NOV0048 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 6,049 | Bates Labeled S&P 00001-06050 | 0.05 | 302.45T |
| 6,049 | Originals copied one time. | 0.15 | 907.35T |

*Satisfied + (Entities Documents)*

*Approved. JRW 12/3/04*

Thank you for your business!

| | |
|---|---|
| **Subtotal** | $1,209.80 |
| **Sales Tax (7.75%)** | $93.76 |
| **Total** | $1,303.56 |

Remit Payment To:
**Xcel Document Solutions, Inc.**
**P.O. Box 700596**
**San Antonio, Texas 78270**

**TIN:  16-1643749**

| Phone # | Fax # |
|---------|-------|
| 210.227.9235 | 210.227.9222 |

Customer Signature:_____

# INVOICE

| S H I P T O | COPY CENTER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

**CUSTOMER ACCOUNT NUMBER**

**693530**

| INVOICE NUMBER | 63877627 |
|---|---|
| INVOICE DATE | 11/18/04 |

| B I L L T O | JOHN TREVINO<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

| AMT. ENCLOSED | |
|---|---|

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

Pitney Bowes Management Svc.
Document Solutions Center
1313 Main Street
Houston TX 77002

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

RETAIN THIS PORTION FOR YOUR RECORDS

PAGE:     1

| CUSTOMER ACCOUNT | 693530 |
|---|---|
| SALESPERSON NAME | |
| INVOICE NUMBER | 63877627 |
| INVOICE DATE | 11/18/04 |
| ORDER DATE | 11/08/04 |
| P.O. NUMBER | 030098 |

| QUANTITY/<br>(ORIGINALS) | # OF<br>COPIES | TOTAL<br>QUANTITY | DESCRIPTION | UNIT<br>PRICE | TOTAL |
|---|---|---|---|---|---|
| 3472.00 | | 3472.00 | B&W DUPLICATION | .0800 | 277.76 |
| 10.00 | | 10.00 | 11X17 COPYING | .2000 | 2.00 |
| | | | Subtotal | | 279.76 |
| | | | | Tax % | |
| | | | Texas State Tax | 6.250 | 17.49 |
| | | | TX - Houston City Tax | 1.000 | 2.80 |
| | | | TX - Houston District Tax | 1.000 | 2.80 |
| | | | Total Taxes | | 23.09 |
| | | | Total | | 302.85 |

*11/8/04 INTERFACE DOCUMENT PRODUCTION*

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

# INVOICE

| S H I P  T O | COPY CENTER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

**CUSTOMER ACCOUNT NUMBER**

**693530**

| INVOICE NUMBER | 63815055 |
|---|---|
| INVOICE DATE | 10/20/04 |

| B I L L  T O | STEVE WEDEMEYER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

| AMT. ENCLOSED | |
|---|---|

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

Pitney Bowes Management Svc.
Document Solutions Center
1313 Main Street
Houston TX 77002

SPECIAL MESSAGES

**PAYMENT DUE UPON RECEIPT**

PAGE:    1

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 693530 |
|---|---|
| SALESPERSON NAME | |
| INVOICE NUMBER | 63815055 |
| INVOICE DATE | 10/20/04 |
| ORDER DATE | 10/01/04 |
| P.O. NUMBER | 030098 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 2511.00 | | 2511.00 | B&W DUPLICATION | .1350 | 338.99 |
| 386.00 | | 386.00 | OVERSIZE - TL SQ FT | .7000 | 270.20 |
| 166.00 | | 166.00 | 8.5X11 COLOR COPYING | .5500 | 91.30 |
| 9.00 | | 9.00 | 11X17 COPYING | .2000 | 1.80 |
| 44.00 | | 44.00 | OVERSIZE COLOR COPIES TL SQ FT | 7.0000 | 308.00 |
| 18.00 | | 18.00 | 11X17" COLOR COPYING | .9900 | 17.82 |
| | | | Subtotal | | 1,028.11 |
| | | | | Tax % | |
| | | | Texas State Tax | 6.250 | 64.26 |
| | | | TX - Houston City Tax | 1.000 | 10.28 |
| | | | TX - Houston District Tax | 1.000 | 10.28 |
| | | | Total Taxes | | 84.82 |
| | | | Total | | 1,112.93 |

*handwritten: 10/1/04 EFI Document Production*

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**