IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. B-03-109 |
| vs. | § § | JURY DEMANDED |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S**
**AMENDED MOTION TO ENTER BILL OF COSTS**

Plaintiff, Royal Surplus Lines Insurance Company ("Royal"), files this Amended Motion to Enter Bill of Costs and respectfully shows the Court as follows:

1. On June 2, 2005, the Court granted all three of Royal's Motions for Summary Judgment. (Doc. # 105). The Court stated "these rulings dispose of this case in its entirety." (*Id.* at p. 18). The Court ordered that Royal recover its costs in the Final Judgment (Doc. #107). As the prevailing party, Royal is entitled to recover its costs pursuant to Rule 54(d)(1) of the FEDERAL RULES OF CIVIL PROCEDURE.

2. Royal filed its Motion to Enter Bill of Costs on June 15, 2005 (Doc. #108). Royal then discovered additional costs (totaling $6,645.45) that it is entitled to recover. This Amended Motion and the accompanying Amended Bill of Costs incorporate these additional costs.

3. Attached as Exhibit "A" is Plaintiff's Amended Bill of Costs, which includes costs that are allowed by law under 28 U.S.C. § 1920. The taxable costs total $27,000.63.

4. The costs are correctly stated.

5. The costs were actually and necessarily incurred in this litigation.

6. The costs were paid or the obligation to pay the costs was incurred.

7. Attached hereto as Exhibit "B" is the Affidavit of Jay W. Brown, Plaintiff's counsel, which demonstrates that the costs were billed properly.

8. Attached as Exhibit "C" are the invoices and/or proofs of the charges referenced in Plaintiff's Amended Bill of Costs, which show Plaintiff's proof of obligations to pay. In addition, as part of Plaintiff's numerous summary judgment filings, Plaintiff incurred $457.80 for copying costs associated with filing its summary judgment papers. Counsel for Plaintiff charged Plaintiff $0.10 per page for each of the 4,578 copies made in connection with such papers. *See* Exhibit B, Affidavit of Jay W. Brown.

9. For these reasons, Plaintiff asks that the Court enter the attached Amended Bill of Costs.

Respectfully submitted,

/s/ Jay W. Brown
**Jay W. Brown**
State Bar No. 03138830
S.D.T. No. 1314
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

ATTORNEY-IN-CHARGE FOR PLAINTIFF
ROYAL SURPLUS LINES INSURANCE COMPANY

OF COUNSEL:
BEIRNE, MAYNARD & PARSONS, L.L.P.
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
**John V. Treviño, Jr.**
State Bar No. 24003082
S.D.T. No. 23860
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has attempted to confer with opposing counsel regarding its costs. Despite the attempt to confer, BISD's counsel has not responded. Thus, Plaintiff assumes this amended motion is opposed.

/s/ Stephen R. Wedemeyer
Stephen R. Wedemeyer

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on June 16th, 2005.

    Mr. Baltazar Salazar
    1612 Winbern
    Houston, Texas  77004

    Mr. Ramon Garcia
    Ms. Catherine Smith
    222 West University Drive
    Edinburg, Texas  78539

    Mr. Craig Smith
    14493 SPID, Suite A, P.M.B. 240
    Corpus Christi, Texas  78418

            /s/ Stephen R. Wedemeyer
            Stephen R. Wedemeyer

582134v.1