IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. B-03-109<br><br>JURY DEMANDED |

**AFFIDAVIT OF JAY W. BROWN IN SUPPORT OF**
**PLAINTIFF'S AMENDED BILL OF TAXABLE COSTS**

THE STATE OF TEXAS        §

COUNTY OF HARRIS        §

On this day, Jay W. Brown appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath he said, "My name is Jay W. Brown and I am competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

I am an attorney licensed to practice in the State of Texas and the Southern District of Texas, Brownsville Division.

I represented Plaintiff, Royal Surplus Lines Insurance Company ("Royal"), in the captioned case in which the Court entered Summary Judgment for Royal, disposing of this case in its entirety, on June 2, 2005. Final Judgment was entered on June 15, 2005.

Plaintiff has filed the attached Amended Bill of Costs.

EXHIBIT ___B___

1

The costs included in the bill are allowed by law, are correctly stated, were necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed.

As part of Plaintiff's numerous summary judgment filings, Plaintiff incurred $457.80 for copying costs associated with filing its summary judgment papers. Counsel for Plaintiff charged Plaintiff $0.10 per page for each of the 4,578 copies made in connection with such papers. These costs are allowed by law, are correctly stated, were necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed."

_____
Jay W. Brown

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this the 16th day of June, 2005.



_____
Notary Public, State of Texas

582138v.1

2