

Received   Jun-28-2004   11:52     From-     To-BEIRNE MAYNARD    Page 002

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 0000C171

**─MAKE CHECKS PAYABLE TO:─**

Jay W. Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone: (713) 623-0887
FAX: (713) 960-1527

Barbara A. Barnard, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone: (956) 548-2591
FAX:
Tax ID: 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
rokinmoose@aol.com

| | CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-25-2004 | DATE DELIVERED: 06-28-2004 |

**Case Style:** CA B-03-109, ROYAL SURPLUS LINES INSURANCE v BISD
Telephonic Hearing on 3/19/04

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 27 | 4.40 | 118.80 | | 0.83 | | | 0.55 | | 118.80 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 118.80 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $118.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Barbara Barnard* | DATE 06-28-2004 |

'All previous editions of this form are
cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Jul 21 2004 7:30    HP LASERJET 3330    101 63093 P.2

AO44
(Rev. 12/80)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000190

**MAKE CHECKS PAYABLE TO:**

Stephen R. Wedemeyer
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:   (713) 623-0887
FAX:     (713) 960-1527

swedemeyer@bmpllp.com

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:   (956) 548-2591
FAX:
Tax ID:   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
rokinmoose@aol.com

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 07-16-2004 | DATE DELIVERED: 07-21-2004 |
|---|---|---|

Case Style:  CA B-03-109, ROYAL SURPLUS v BROWNSVILLE ISD
Motions Hearing held 6/29/04

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 58 | 4.40 | 255.20 | | 0.83 | | | 0.55 | | 255.20 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 255.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $255.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE  *Barbara Barnard* | DATE  07-21-2004 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

(L-440)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 00000262

**MAKE CHECKS PAYABLE TO:**

Stephen R. Wedemeyer
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone: (713) 623-0887
FAX: (713) 960-1527

swedemeyer@bmpllp.com

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone: (956) 548-2591

rokinmoose@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-25-2005 | DATE DELIVERED: 01-26-2005 |

Case Style: B-03-109, ROYAL SURPLUS v BISD
1/24/05 Motion and status conference hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | 28 | 4.40 | 123.20 | 28 | 0.83 | 23.24 | | 0.55 | | 146.44 |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 146.44 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $146.44 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| Barbara Barnard | 01-26-2005 |

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000311

**MAKE CHECKS PAYABLE TO:**

Jay W. Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:   (713) 623-0887
FAX:     (713) 960-1527

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:   (956) 548-2591

rokinmoose@aol.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 04-29-2005 | DATE DELIVERED: 05-11-2005 |
|---|---|---|

**Case Style:** CA B-03-109, ROYAL v BISD
`12/2/03 Telephonic conference`

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 6 | 3.30 | 19.80 | | 0.83 | | | 0.55 | | 19.80 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 19.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $19.80 |

#020098 OK to pay KB

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  *Barbara Barnard*

DATE  05-11-2005

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO:   00000319

**MAKE CHECKS PAYABLE TO:**

Kathleen Grugel
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-3000

Phone:   (713) 623-0887
FAX:     (713) 960-1527

BARBARA A. BARNARD, CRR, RPR
United States Court Reporter
600 East Harrison, Box 301
Brownsville, TX 78520

Phone:   (956) 548-2591

rokinmoose@aol.com

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 05-17-2005 | DATE DELIVERED: 05-27-2005 |

Case Style: B-03-109, ROYAL SURPLUS v BISD
9/15/03 Initial Pretrial and Scheduling Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 45 | 3.30 | 148.50 | | 0.83 | | | 0.55 | | 148.50 |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | | 1.10 | | | 0.83 | | |
| Realtime | | 2.75 | | | 2.75 | | | 2.75 | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 148.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $148.50 |

*OK to pay*
*#03009 8*

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Barbara Barnard*

DATE: 05-27-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

4/26/2005

**INVOICE**    AP2651a



AXON Video Consulting
11647 Pebble Sands Dr.
Tomball, TX 77375
713.291.1196

Jay Brown
Beirne Maynard & Parsons
1300 Post Oak Blvd., #2500
Houston, TX 77056

Cause No.: B-03-109
Royal Surplus Lines vs Brownsville, I.S.D.          Witness:     **Dennis Nickoloff**

| Item | Hrs/Qty | | Rate | | Total |
|------|---------|---|------|---|-------|
| Copy MPEG's | 2 | $ | 75.00 | $ | 150.00 |
| Delivery | | | | $ | 15.00 |

Tax I.D. #
13-4282350                              Invoice Total        $     165.00

*We appreciate your business,*
*and look forward to serving you again!*

oK
to
pay
KG
#030098



4/27/2005

**INVOICE**   AP2751a



AXON Video Consulting
11647 Pebble Sands Dr.
Tomball, TX 77375
713.291.1196

Jay Brown
Beirne Maynard & Parsons
1300 Post Oak Blvd., #2500
Houston, TX 77056

Cause No.: B-03-109
Royal Surplus Lines vs Brownsville, I.S.D.

Witness:    ~~Dennis Nickoloff~~   *John Hinz*

| Item | Hrs/Qty | | Rate | | Total |
|------|---------|---|------|---|-------|
| Copy MPEG's | 1 | $ | 75.00 | $ | 75.00 |

Tax I.D. #
13-4282350

*We appreciate your business,*
*and look forward to serving you again!*

Invoice Total        $        75.00

*OK to
pay
ICG
# 030098*



Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax (713) 522-0440

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| BEIRHO01 | 01/06/2005 |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 786.66 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 786.66 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 11/29/2004 | 120143 | 224.19 | 11/09/2004 | Duane Swoveland | Royal Surplus Lines vs. Browns |
| 12/07/2004 | 120274 | 562.47 | 11/09/2004 | Duane Swoveland | Royal Surplus Lines vs. Browns |

RECEIVED
030098
JAN 10 2005

TAX ID NO.:   76-0326397

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

Account No.:   BEIRHO01
Date       :   01/06/2005

TOTAL DUE  :   786.66

Remit To:    **Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080    Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120143 | 11/29/2004 | 31-42171 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/09/2004 | HAMRDA | |
| | **CASE CAPTION** | |
| Royal Surplus Lines vs. Brownsville ISD | | |
| | **TERMS** | |
| Due upon receipt | | |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
Video Services - Furnishing Video Copy of Deposition of:
     Duane Swoveland                                            211.50

                                 TOTAL  DUE  >>>>             211.50
                           AFTER 12/29/2004 PAY               224.19

 ********** T H A N K   Y O U! **********
 **********  www.texasdepos.com  **********
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 12.69 | (=) NEW BALANCE | 224.19 |
|---|---|---|---|---|---|

TAX ID NO. : 76-0326397                                    (713) 623-0887    Fax (713) 960-1527

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
Invoice No.:  120143
Date      :  11/29/2004
TOTAL DUE  :    224.19


Job No.   :  31-42171
Case No.  :
Royal Surplus Lines vs. Brownsville
```

Remit To:    **Continental Court Reporters, Inc.**
             **Riviana Building**
             **2777 Allen Parkway, Suite 600**
             **Houston, TX 77019-2166**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120274 | 12/07/2004 | 01-42170 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/09/2004 | GOODSO | B-03-109 |

| CASE CAPTION |
|---|
| Royal Surplus Lines vs. Brownsville ISD |

| TERMS |
|---|
| Due upon receipt |

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Duane Swoveland                                          530.63

                             TOTAL  DUE  >>>>             530.63
                        AFTER 01/06/2005 PAY              562.47

  *********** T H A N K   Y O U! ***********
  *********** www.texasdepos.com ***********
```

| (-) PAYMENTS/CREDITS | | (+) FINANCE CHARGE | | (=) NEW BALANCE | |
|---|---|---|---|---|---|
| | 0.00 | | 31.84 | | 562.47 |

TAX ID NO. :  76-0326397                                    (713) 623-0887   Fax (713) 960-1527

*Please detach bottom portion and return with payment.*

Mr. Jay W. Brown
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

```
Invoice No.: 120274
Date      : 12/07/2004
TOTAL DUE :    562.47


Job No.   : 01-42170
Case No.  : B-03-109
Royal Surplus Lines vs. Brownsville
```

Remit To:     **Continental Court Reporters, Inc.**
              **Riviana Building**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019-2166**

05/12/2005 11:34 FAX 7136261966          COURT REPORTERS                    ☑001/001



(713) 626-2629    Fax (713) 626-1966

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 22373 | 05/12/2005 | 01-23370 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2005 | CORMLA | B-03-109 |

### CASE CAPTION

Royal Surplus Lines vs. Brownsville ISD

Jay W. Brown
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056

**TERMS**

Due upon receipt

1 CERTIFIED COPY OF TRANSCRIPT OF:
   John Hinz

                                                                338.25

                    TOTAL  DUE  >>>>        (338.25)

          AFTER 06/11/2005 PAY                                 372.08



MAY 12 2005

OK
to
pay
# 030098

(713) 623-0887    Fax (713) 960-1527

TAX ID NO. : 76-0537648

*Please detach bottom portion and return with payment.*

Jay W. Brown
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056

Invoice No.:  22373
Date       :  05/12/2005
TOTAL DUE  :    338.25
AFTER 6/11/2005 PAY : 372.08

Job No.    :  01-23370
Case No.   :  B-03-109
Royal Surplus Lines vs. Brownsville

Remit To:    Court Reporter's Clearinghouse, Inc.
             4545 Post Oak Place, Suite 350
             Houston, TX 77027-3124

## ORIGINAL FAX

05-12-05 A11:30 IN

Received  May-12-2005  11:33am  From-7136261966          To-          Page 001





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    162771        TELE 01
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

| INVOICE NUMBER | DATE |
|---|---|
| 174409EAN | 07/29/04 |

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : JAY W. BROWN                  Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:       FEDERAL

CAPTION:
ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/21/04:

Video
Video After 5:00 pm
Original Video Deposition
RE: Oscar Tapia
Video Admin. Fee
Videotapes
Video DVD Conversion-Per Hour
UPS Delivery Charge
Thank You!

*Matter No. 030098*
*Royal / BISD*

*Okay to pay JWB 8/5/04*

BALANCE DUE                TOTAL        1,322.50   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162771   TOT: $1322.50
INVOICE #: 174409EAN
DATE: 07/29/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: JAY W. BROWN
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

162843      TELE 01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 174855EAN | 08/05/04 |

ATTN : JAY W. BROWN

Due Upon Receipt   AMOUNT DUE   ENCL.

YOUR REFERENCE NUMBER:   FEDERAL

CAPTION:   ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/23/04:

Video
Original Video Deposition
RE: Miguel Saldana
Video Admin. Fee
Videotapes
UPS Delivery Charge
Thank You!

RECEIVED
030098
AUG 12 2004

BALANCE DUE

TOTAL   432.50   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162843   TOT: $432.50
INVOICE #: 174855EAN
DATE: 08/05/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: JAY W. BROWN
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

162772     RECOB01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175172EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/21/04:
Oscar Tapia                    1- 213   213 PGS

Original & Copy of Deposition
Complimentary condensed copy
Per Diem (in quarter hours)
Per Diem-Saturday & After 5:00
Admin/Rule 203 Fee
Transcript Indexing
Exhibits
Exhibits 301-500
Exhibits 501+
Enlargements
Exhibit Tabbing

O+1

*RECEIVED*
*AUG 2 5 2004*
*030098*

*Okay to pay.*
*KW*
*8/30/04*

**** CONTINUED ****

| TOTAL | | Thank You! |
|---|---|---|

Please detach and send with payment

Remit To:



ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          162772    PAGE  2
7800 IH 10 WEST, #100                RECOB01
SAN ANTONIO, TEXAS  78230
800.969.3027  210.377.3027  FAX 210.344.6016

o:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175172EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.     Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:        FEDERAL

CAPTION:
ROYAL SURPLUS V. BROWNSVILLE ISD

Exhibit Binders

Thank You!

BALANCE DUE                        TOTAL    2,465.20 *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**          JOB: 162772  TOT: $2465.20
P.O. Box 827829                          INVOICE #: 175172EAN
Philadelphia,PA 19182-7829                   DATE: 08/13/04
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY




**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                                    162844        RECOB01
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175170EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.        Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:
ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 07/23/04:
Miguel Saldana                    1- 104   104 PGS                              O+1

Original & Copy of Deposition
Complimentary condensed copy
Per Diem (in quarter hours)
Admin/Rule 203 Fee
Transcript Indexing
ASCII Disk
Exhibits
Exhibits 301-500
Enlargements
Exhibit Tabbing
Exhibit Binders

**RECEIVED**
**AUG 2 5 2004**
030098

ok to pay.
JLW
8/30/04

**** CONTINUED ****

TOTAL                                                          Thank You!

Please detach and send with payment
..............................................................................................

Remit To:





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027  210.377.3027  FAX 210.344.6016

PAGE   2
162844      RECOB01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 175170EAN | 08/13/04 |

ATTN : Stephen R. Wedemeyer, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:      FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

UPS Original

Thank You!

BALANCE DUE

TOTAL      857.30   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 162844   TOT: $857.30
INVOICE #: 175170EAN
DATE: 08/13/04

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

 



ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684          162841      ACTIR01
7800 IH 10 WEST, #100
SAN ANTONIO, TEXAS  78230
800.969.3027   210.377.3027   FAX 210.344.6016

| INVOICE NUMBER | DATE |
|---|---|
| 175262EAN | 08/17/04 |

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.          Due Upon Receipt      AMOUNT DUE     ENCL.

YOUR REFERENCE NUMBER:
                    FEDERAL
CAPTION:
     ROYAL SURPLUS V. BROWNSVILLE ISD

     SERVICES PROVIDED ON 07/22/04:

Video
Original Video Deposition
Re: Reps from Brownsville ISD
Video Admin. Fee
Videotapes
Video DVD Conversion-Per Hour
UPS Delivery Charge
Thank You!

*RECEIVED*
*AUG 25 2004*
*030098*

*ok to pay,*
*[signature] 8/30/04*

BALANCE DUE                    TOTAL      (1,097.50)  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)377-3027
Fax (210)344-6016

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**       JOB: 162841   TOT: $1097.50
P.O. Box 827829                            INVOICE #: 175262EAN
Philadelphia,PA 19182-7829                 DATE: 08/17/04
Tax ID # 22-3779684

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    70174    HENDM01
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV - 8 2004
030098

| INVOICE NUMBER | DATE |
|---|---|
| 74976EHO | 10/30/04 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:
        B03109

CAPTION:
    ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 10/26/04:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Lee Burckle | 1- 127 | 127 PGS @ $4.65 | | 590.55 | 0+1 |
| ADMINISTRATIVE FEE | | | | 60.00 | |
| DAILY DELIVERY-TECHNICAL | | 127 @ | $4.65 | 590.55 | |
| BINDER(S)/COVER(S)-ORIGINAL | | 2 @ | $5.00 | 10.00 | |
| KEYWORD INDEX | | | | 25.00 | |
| EXHIBITS | | 233 @ | $0.45 | 104.85 | |
| EXHIBITS-COLOR | | 10 @ | $1.00 | 10.00 | |
| EXHIBIT TAB(S) FOR ORIGINAL | | 40 @ | $0.50 | 20.00 | |
| ASCII/ETRAN | | | | 25.00 | |
| E-MAIL (ORIGINAL) | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | 25.00 | |

*Approved. [signature] 11/8/04*

BALANCE DUE                    TOTAL  **1,485.95**    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 70174   TOT: $1485.95
P.O. Box 827829                               INVOICE #: 74976EHO
Philadelphia,PA 19182-7829                    DATE: 10/30/04
Tax ID # 22-3779684

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70173    MCGIL01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV - 8 2004
O 30098

Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 74897EHO | 10/30/04 |

YOUR REFERENCE NUMBER:
B03109

CAPTION:
ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 10/26/04:

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| LEE BURCKLE & CHRIS MURRAY | | | |
| VIDEO-FIRST TWO HOURS | | 250.00 | |
| VIDEO HOURS-ADDITIONAL | 4 @ 100.00 | 400.00 | |
| VIDEO TAPE(S)-ORIGINAL | 3 @ $15.00 | 45.00 | |
| VIDEO TO DVD TRANSFER | | 75.00 | |
| VIDEO ADMINISTRATION FEE | | 20.00 | |
| DELIVERY/SHIPPING/HANDLING | | 15.00 | |

Approved. SW
11/8/04

BALANCE DUE     TOTAL     805.00     Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70173  TOT: $805.00
INVOICE #: 74897EHO
DATE: 10/30/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY TRADITION AND TECHNOLOGY





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70174    HENDM01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV 1 2 2004
030098
KG

Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 75114EHO | 11/04/04 |

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:    B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 10/26/04:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Thomas C. Murray | 1- 53 | 53 PGS @ $4.65 | | 246.45 | O+1 |
| DAILY DELIVERY-TECHNICAL | 53 @ $4.65 | | | 246.45 | |
| ADMINISTRATIVE FEE | | | | 60.00 | |
| KEYWORD INDEX | | | | 25.00 | |
| BINDER(S)/COVER(S)-ORIGINAL | 2 @ $5.00 | | | 10.00 | |
| EXHIBIT TAB(S) FOR ORIGINAL | 6 @ $0.50 | | | 3.00 | |
| EXHIBITS | 8 @ $0.45 | | | 3.60 | |
| ASCII | | | | 25.00 | |
| E-MAIL (ORIGINAL) | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | 25.00 | |

*Approved for payment.* HN 11/18/04

BALANCE DUE    TOTAL    669.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70174  TOT: $669.50
INVOICE #: 75114EHO
DATE: 11/04/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**COPY**

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951

70790    HENDM01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

RECEIVED
NOV 1 5 2004
030098
Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 75243EHO    11/10/04 | |

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:   B03109

CAPTION:
ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/04/04:
James Bettis                1- 153   153 PGS @ $6.00         918.00   O+1

ADMINISTRATIVE FEE                                            60.00
BINDER(S)/COVER(S)-ORIGINAL        2 @   $5.00               10.00
KEYWORD INDEX                                                25.00
EXHIBITS                         131 @  $0.45                58.95
EXHIBIT TAB(S) FOR ORIGINAL       14 @  $0.50                 7.00
DELIVERY/SHIPPING/HANDLING                                   25.00

*Approved for Payment. KW 11/15/04*

BALANCE DUE                              TOTAL  1,103.95   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70790  TOT: $1103.95
INVOICE #: 75243EHO
DATE: 11/10/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**COPY**

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON, TEXAS 77002-9547
(713) 524-4600   FAX (713) 524-4951

70598    HENDM01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

ATTN : Stephen Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 75406EHO | 11/16/04 |

**RECEIVED**
NOV 22 2004
030098

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:    B03109

CAPTION:    ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/03/04:

| | | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|---|
| Rick Anderson | 1- | 125 | 125 PGS @ $4.65 | | 581.25 | 0+1 |
| Brian Bonczynski | 1- | 93 | 93 PGS @ $4.65 | | 432.45 | 0+1 |
| ADMINISTRATIVE FEE | | | 2 @ | $60.00 | 120.00 | |
| BINDER(S)/COVER(S)-ORIGINAL | | | 4 @ | $5.00 | 20.00 | |
| KEYWORD INDEX | | | 2 @ | $25.00 | 50.00 | |
| EXHIBITS | | | 53 @ | $0.45 | 23.85 | |
| EXHIBIT TAB(S) FOR ORIGINAL | | | 28 @ | $0.50 | 14.00 | |
| EXIHBIT COLOR | | | 10 @ | $1.00 | 10.00 | |
| ASCII/ETRAN | | | 2 @ | $25.00 | 50.00 | |
| E-MAIL (ORIGINAL) | | | | | 25.00 | |
| DELIVERY/SHIPPING/HANDLING | | | | | 25.00 | |

*Approved for Paymnt. [signature] 11/22/04*

BALANCE DUE

TOTAL ( 1,351.55 )   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70598  TOT: $1351.55
INVOICE #: 75406EHO
DATE: 11/16/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
3401 LOUISIANA SUITE 300
HOUSTON TEXAS 77002-9547
(713) 524-4600 FAX (713) 524-4951



70597     NORRD01

To:
Beirne Maynard & Parsons
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 75569EHO | 11/22/04 |

ATTN : Stephen Wedemeyer, Esq.

Due Upon Receipt       AMOUNT DUE       ENCL.

YOUR REFERENCE NUMBER:       B03109

CAPTION:

ROYAL SURPLUS LINES VS BROWNSVILLE ISD

SERVICES PROVIDED ON 11/03/04:

RE: Rick Anderson
RE: Brian Bonzchinsky
VIDEO-FIRST TWO HOURS
VIDEO HOURS-ADDITIONAL 6.25 HR
VIDEO TAPE(S)-ORIGINAL              3 @ $15.00
VIDEO TO DVD TRANSFER
VIDEO ADMINISTRATION FEE

RECEIVED
NOV 29 2004
030098

250.00
625.00
45.00
375.00
20.00

Approved
For payment JW 11/29/09

BALANCE DUE                TOTAL ( 1,315.00 )    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(713)524-4600
Fax (713)524-4951

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70597  TOT: $1315.00
INVOICE #: 75569EHO
DATE: 11/22/04

Beirne Maynard & Parsons
Attn: Stephen Wedemeyer, Esq.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**COPY**

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS  78230
800.969.3027   210.331-2280   FAX 210.558-3670

172667      CAVAC01

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

ATTN : Stephen R. Wedemeyer, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 185460EAN | 03/14/05 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:     FEDERAL

CAPTION:

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 03/02/05:

| | |
|---|---|
| Video | 315.00 |
| Original Video Deposition | |
| RE: Ricki Barnett | |
| Video Admin. Fee | 20.00 |
| Videotapes                     2 @ $10.00 | 20.00 |
| Video DVD Conversion-Per Hour | 175.00 |
| UPS Delivery Charge | 12.50 |
| Thank You! | |

*Approved for payment. 030098*
*ABW 3/18/05*

BALANCE DUE                                    TOTAL    542.50   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 172667   TOT: $542.50
INVOICE #: 185460EAN
DATE: 03/14/05

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS  78230
800.969.3027   210.331-2280   FAX 210.558-3670

172668      CAVAL02

To:
Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn:  Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 186030EAN | 03/25/05 |

ATTN : Stephen R. Wedemeyer, Esq.          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:          FEDERAL

ROYAL SURPLUS V. BROWNSVILLE ISD

SERVICES PROVIDED ON 03/02/05:

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| Ricki Barnett | 1- 97   97 PGS @ $4.45 | 431.65 | O+1 |
| Original & Copy of Deposition | | | |
| Complimentary condensed copy | | | |
| Per Diem (in quarter hours) | 14 @  $6.25 | 87.50 | |
| Admin/Rule 203 Fee | | 60.00 | |
| Transcript Indexing | | 40.00 | |
| Etran Disk | | 25.00 | |
| EMAIL ORIGINAL | | 25.00 | |
| Exhibits | 70 @  $0.50 | 35.00 | |
| Exhibit Tabbing | 20 @  $0.50 | 10.00 | |
| UPS Original | 2 @  $8.00 | 16.00 | |

**** CONTINUED ****

| | TOTAL | | Thank You! |
|---|---|---|---|

Please detach and send with payment

..........................

Remit To:



*Approved for payment.*

*3/31/05*



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
9901 IH 10 WEST, #630
SAN ANTONIO, TEXAS 78230
800.969.3027 210.331-2280 FAX 210.558-3670

PAGE 2
172668  CAVAL02

To:

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056

| INVOICE NUMBER | DATE |
|---|---|
| 186030EAN | 03/25/05 |

ATTN : Stephen R. Wedemeyer, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|
| | |

YOUR REFERENCE NUMBER:

CAPTION:  FEDERAL

ROYAL SURPLUS V. BROWNSVILLE ISD

Thank You!

BALANCE DUE                                            TOTAL    730.15   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(210)331-2280
Fax (210)558-3670

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 172668  TOT: $730.15
INVOICE #: 186030EAN
DATE: 03/25/05

Beirne, Maynard & Parsons, L.L.P. (HOU)
Attn: Stephen R. Wedemeyer, Esq.
Attn: Accounts Payable
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056



**Apex Document Management, Inc.**

Tel: 956 668-7327    Fax: 956 668-7328
P. O. Box 720186 McAllen, Texas 78504
Tax, ID
Tax ID # 74-2763943


FEB 1 9 2004
030098
KG

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/16/2004 | 26612 |

| BILL TO | SHIP TO |
|---------|---------|
| Stephen R. Wedemeyer<br>BEIRNE, MAYNARD & PARSONS, L.L.P.<br>1300 Post Oak Blvd. 24th Flloor<br>Houston, Texas 77056-3000 | Stephen R. Wedemeyer<br>BEIRNE, MAYNARD & PARSONS, L.L.P.<br>1300 Post Oak Blvd. 24th Flloor<br>Houston, Texas 77056-3000 |

| P.O. NUMBER | TERMS | DUE DATE | REP |
|-------------|-------|----------|-----|
| CD0402023 | Due on receipt | 2/16/2004 | VCH |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| 8½ X 11 Copies | 5,275 | 0.14 | 738.50T |
| Color Copies | 29 | 1.05 | 30.45T |
| Chipboards | 4 | 0.10 | 0.40T |
| Pick Up & Delivery Service | | 7.50 | 7.50 |
| *BISD Document Production Garcia's Office (Ramon on 2/12/04)* | | | |
| In Re: Castillo vs. Carroll Dusang | | | |
| Date Of Service: 2/16/04 | | | |
| Your File# 030098 | | | |
| | | | |
| /jc | | | |
| | | | |
| Sales Tax | | | |
| *okay to pay. SRW 2/19/04* | | 8.25% | 63.47 |

Thank you for your business!

RECEIVED BY:_____

Date:_____

| Total | $840.32 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $840.32 |



**Xcel Document Solutions, Inc.**
816 Camaron, Suite 2.01
San Antonio, Texas 78212



RECEIVED
DEC 3 - 2004
030098

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2004 | 2396 |

COPY

| Bill To |
|---------|
| Beirne, Maynard & Parsons<br>Attn: Allyson L. Mihalick<br>1300 Post Oak Blvd 25th Floor<br>Houston, TX 77056 |

| Ship To |
|---------|
| Beirne, Maynard & Parsons<br>Attn: Stephen R. Wedemeyer<br>1300 Post Oak Blvd 25th Floor<br>Houston, TX 77056 |

| Client Matter | P.O. No. | Rep | Ship | Via | Job # |
|---------------|----------|-----|------|-----|-------|
| 030098 | Due Upon Receipt | GHQ | 11/16/2004 | Hand Delivered | 04NOV0048 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 6,049 | Bates Labeled S&P 00001-06050 | 0.05 | 302.45T |
| 6,049 | Originals copied one time. | 0.15 | 907.35T |

*[handwritten] Satisfied + footnotes Documents*

*[handwritten] Approved. JRW 12/3/04*

Thank you for your business!

| | |
|---|---|
| Subtotal | $1,209.80 |
| Sales Tax (7.75%) | $93.76 |
| **Total** | $1,303.56 |

**Remit Payment To:**
**Xcel Document Solutions, Inc.**
**P.O. Box 700596**
**San Antonio, Texas 78270**

**TIN:** 16-1643749

| Phone # | Fax # |
|---------|-------|
| 210.227.9235 | 210.227.9222 |

Customer Signature:_____

# INVOICE

| | | |
|---|---|---|
| S H I P T O | COPY CENTER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 | |

| **CUSTOMER ACCOUNT NUMBER** |
|---|
| 693530 |

| INVOICE NUMBER | 63877627 |
|---|---|
| INVOICE DATE | 11/18/04 |

| | |
|---|---|
| B I L L T O | JOHN TREVINO<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |

| AMT. ENCLOSED | |
|---|---|

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

Pitney Bowes Management Svc.
Document Solutions Center
1313 Main Street
Houston TX 77002

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

PAGE:    1

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 693530 |
|---|---|
| SALESPERSON NAME | |
| INVOICE NUMBER | 63877627 |
| INVOICE DATE | 11/18/04 |
| ORDER DATE | 11/08/04 |
| P.O. NUMBER | 030098 |

| QUANTITY/ (ORIGINALS) | # OF COPIES | TOTAL QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 3472.00 | | 3472.00 | B&W DUPLICATION | .0800 | 277.76 |
| 10.00 | | 10.00 | 11X17 COPYING | .2000 | 2.00 |
| | | | Subtotal | | 279.76 |
| | | | | Tax % | |
| | | | Texas State Tax | 6.250 | 17.49 |
| | | | TX - Houston City Tax | 1.000 | 2.80 |
| | | | TX - Houston District Tax | 1.000 | 2.80 |
| | | | Total Taxes | | 23.09 |
| | | | Total | | 302.85 |

*(handwritten: 11/8/04 INTERFACE DOCUMENT PRODUCTION)*

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

# INVOICE

| S H I P T O | COPY CENTER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

| B I L L T O | STEVE WEDEMEYER<br>BEIRNE MAYNARD PARSONS L.L.P.<br>1300 POST OAK BOULEVARD<br>25TH FLOOR<br>HOUSTON TX 77056 |
|---|---|

| CUSTOMER ACCOUNT NUMBER |
|---|
| **693530** |

| INVOICE NUMBER | 63815055 |
|---|---|
| INVOICE DATE | 10/20/04 |

| AMT. ENCLOSED | |
|---|---|

PLEASE SEND PAYMENT TO:
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send this portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

Pitney Bowes Management Svc.
Document Solutions Center
1313 Main Street
Houston TX 77002

SPECIAL MESSAGES

PAYMENT DUE UPON RECEIPT

PAGE:    1

RETAIN THIS PORTION FOR YOUR RECORDS

| CUSTOMER ACCOUNT | 693530 |
|---|---|
| SALESPERSON NAME | |
| INVOICE NUMBER | 63815055 |
| INVOICE DATE | 10/20/04 |
| ORDER DATE | 10/01/04 |
| P.O. NUMBER | 030098 |

| QUANTITY/<br>(ORIGINALS) | # OF<br>COPIES | TOTAL<br>QUANTITY | DESCRIPTION | UNIT<br>PRICE | TOTAL |
|---|---|---|---|---|---|
| 2511.00 | | 2511.00 | B&W DUPLICATION | .1350 | 338.99 |
| 386.00 | | 386.00 | OVERSIZE - TL SQ FT | .7000 | 270.20 |
| 166.00 | | 166.00 | 8.5X11 COLOR COPYING | .5500 | 91.30 |
| 9.00 | | 9.00 | 11X17 COPYING | .2000 | 1.80 |
| 44.00 | | 44.00 | OVERSIZE COLOR COPIES<br>TL SQ FT | 7.0000 | 308.00 |
| 18.00 | | 18.00 | 11X17* COLOR COPYING | .9900 | 17.82 |
| | | | Subtotal | | 1,028.11 |
| | | | | Tax % | |
| | | | Texas State Tax | 6.250 | 64.26 |
| | | | TX - Houston City Tax | 1.000 | 10.28 |
| | | | TX - Houston District Tax | 1.000 | 10.28 |
| | | | Total Taxes | | 84.82 |
| | | | Total | | 1,112.93 |

*handwritten: 10/1/04 EFI Document Production*

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

**INVOICE ORIGINAL**

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74169 | 01/08/2004 | 01-14527 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/23/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Charles Clark                                          661.20

                                TOTAL   DUE   >>>>          661.20
```

| RCVD. | VCHR. | |
|---|---|---|
| VNDR. 901 | DUE 2/5/04 | |
| GL# | AMT. | CLT. MTR. |
| 7980 | | |

TAX ID NO. :  74-2175895                                          (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74169
Date        :  01/08/2004
TOTAL DUE   :      661.20


Job No.   :  01-14527
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

10141613

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74170 | 01/08/2004 | 01-14463 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/09/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

Gary E. Alfred
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Donald H. Anderson                                        510.25

                            TOTAL  DUE  >>>>        510.25
```

TAX ID NO. :  74-2175895                                                  (713) 623-0887

*Please detach and return this portion with your payment*

Gary E. Alfred
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74170
Date       :  01/08/2004
TOTAL DUE  :     510.25


Job No.    :  01-14463
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:     **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston, TX 77027**

APPROVED:

030098

10141614

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74171 | 01/08/2004 | 01-15984 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/24/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  Gary Treat
                                                    129.45

                        TOTAL   DUE   >>>>        129.45
```

**TAX ID NO. :**  74-2175895                                          (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74171
Date       :  01/08/2004
TOTAL DUE  :      129.45


Job No.   :  01-15984
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

APPROVED: _____
030098

10141615

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74172 | 01/08/2004 | 01-15321 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/31/2003 | ABBOLE | 2001-11-4959-C |

| CASE CAPTION |
|---|
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
   George Zepeda
                                                        214.55

                          TOTAL   DUE   >>>>          214.55
```

**TAX ID NO. :**  74-2175895                                    (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No. :  74172
Date        :  01/08/2004
TOTAL DUE   :     214.55


Job No.   :  01-15321
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:     **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston, TX 77027**

APPROVED: _____
030098

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

10191616

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74173 | 01/08/2004 | 01-16008 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/29/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  James Donald Norris                                      327.45

                         TOTAL  DUE  >>>>        327.45
```

TAX ID NO. : 74-2175895                                  (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74173
Date       :  01/08/2004
TOTAL DUE  :     327.45


Job No.    :  01-16008
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:   **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston, TX 77027**

APPROVED: _____
030098

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

10141617

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74174 | 01/08/2004 | 01-13920 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/10/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  James H. Powell, Jr.
                                                          831.95

                         TOTAL   DUE   >>>>              831.95
```

TAX ID NO. :  74-2175895                                    (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74174
Date        :  01/08/2004
TOTAL DUE   :     831.95


Job No.   :  01-13920
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

APPROVED: 

0300098

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74175 | 01/08/2004 | 01-15529 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/04/2003 | ABBOLE | 2001-11-4959-C |

| CASE CAPTION |
|---|
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  Jimmy Duran                                              360.50

                              TOTAL   DUE   >>>>          360.50
```

**TAX ID NO. :**  74-2175895                                          (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74175
Date       :  01/08/2004
TOTAL DUE  :    360.50


Job No.    :  01-15529
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

APPROVED: _____

10141619

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74176 | 01/08/2004 | 01-14189 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/27/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
   Richard Shinsky                                       258.00

                              TOTAL  DUE  >>>>          258.00
```

TAX ID NO. :  74-2175895                                          (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.: 74176
Date       : 01/08/2004
TOTAL DUE  :    258.00


Job No.   : 01-14189
Case No.  : 2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

APPROVED: _____

0300098

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74177 | 01/08/2004 | 01-14562 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/28/2003 | ABBOLE | 2001-11-4959-C |

| CASE CAPTION |
|---|
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
    Robert Gleeson, P.E.                                         737.90

                              TOTAL  DUE  >>>>           737.90
```

TAX ID NO.:  74-2175895                                      (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74177
Date       :  01/08/2004
TOTAL DUE  :    737.90


Job No.    :  01-14562
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

APPROVED: _____

10141621

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74178 | 01/08/2004 | 01-14565 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/13/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  Robert H. Beasley, P.E.                                527.60

                                TOTAL  DUE  >>>>         527.60
```

TAX ID NO. :  74-2175895                                        (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74178
Date       :  01/08/2004
TOTAL DUE  :     527.60


Job No.    :  01-14565
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

APPROVED: _____

030098

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

10141622

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74179 | 01/08/2004 | 01-14566 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/14/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  Stuart Werner                                          502.70

                            TOTAL   DUE   >>>>      ✓    502.70
```

**TAX ID NO. :**  74-2175895                                    (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74179
Date       :  01/08/2004
TOTAL DUE   :     502.70


Job No.    :  01-14566
Case No.   :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

APPROVED: _____

101416223

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74180 | 01/08/2004 | 01-13952 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/25/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  William Wilson
                                                        304.55

                              TOTAL   DUE   >>>>          304.55
```

TAX ID NO. :  74-2175895                                    (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
                         Invoice No.:  74180
                         Date       :  01/08/2004
                         TOTAL DUE  :     304.55


                         Job No.    :  01-13952
                         Case No.   :  2001-11-4959-C
                         Angel Castillo, et al Vs. Carroll Dus
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

APPROVED:

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74181 | 01/08/2004 | 01-16009 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/30/2003 | ABBOLE | 2001-11-4959-C |
| **CASE CAPTION** | | |
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |
| **TERMS** | | |
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
  Scott Hutcheson                                              151.30

                                      TOTAL  DUE   >>>>        151.30
```

TAX ID NO. :  74-2175895                                    (713) 623-0887

*Please detach and return this portion with your payment*

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

```
Invoice No.:  74181
Date       :  01/08/2004
TOTAL DUE  :     151.30


Job No.   :  01-16009
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus
```

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

APPROVED: _____

10144062

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 74199 | 01/08/2004 | 04-16647 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/08/2004 | ARNOHA | 2001-11-4959-C |

| CASE CAPTION | | |
|---|---|---|
| Angel Castillo, et al Vs. Carroll Dusang & Rand, Inc., et al | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

---

SYSTEM DISC:
   System Disc                                                    1,128.05

                               TOTAL   DUE   >>>>        1,128.05

*Deposition Exhibits on Disc*



RECEIVED
JAN 16 2004

TAX ID NO.:  74-2175895                                        (713) 623-0887

*Please detach and return this portion with your payment*

---

John V. Trevino
Beirne, Maynard & Parsons
1300 Post Oak, Suite 2500
Houston, TX 77056

Invoice No.:  74199
Date        :  01/08/2004
**TOTAL DUE**  :    1,128.05

Job No.   :  04-16647
Case No.  :  2001-11-4959-C
Angel Castillo, et al Vs. Carroll Dus

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

APPROVED:

BISA: