IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-109<br><br>JURY DEMANDED |

## ORDER ON PLAINTIFF'S
## AMENDED MOTION TO ENTER BILL OF COSTS

On this date, the Court considered Plaintiff, Royal Surplus Lines Insurance Company's Amended Motion to Enter Bill of Costs. After considering the Motion, and the response, if any, the Court finds that the Amended Motion should be and hereby is GRANTED. It is therefore,

ORDERED that Plaintiff is entitled to its costs of $27,000.63, and that such costs are taxed against Defendant.

The Court further ORDERS execution to issue for the amount of $27,000.63.

SIGNED on this the _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

582134v.1