IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,<br>    Defendant | §<br>§<br>§<br>§<br>§ | |

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
OBJECTIONS TO ROYAL'S MOTION TO ENTER BILL OF COSTS**

COMES NOW, BISD and objects to Royal's Bill of Costs filed with this court on June 16, 2005 (Doc.# 109)

**1** First, the costs for video taping depositions is not allowed by the Fifth Circuit. *Migis v. Pearle Vision, Inc.* 135 F.3d 1041, 1049 (5th Cir.1998).

Thus the following costs should not be allowed.

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 4/26/05 | Dennis Nickoloff | Deposition Videographer (Axon Video Consulting) | Deposition Video | $165.00 |
| 4/27/05 | John Hinz | Deposition Videographer (Axon Video Consulting) | Deposition Video | $75.00 |
| 11/29/04 | Duane Swoveland | Deposition Videographer (Continental Court Reporters) | 11/9/04 Deposition Video | $211.50 |
| 7/29/04 | Oscar Tapia | Deposition Videographer (Esquire Deposition Services) | 7/21/04 Deposition Video | $1,322.50 |
| 8/5/04 | Miguel Saldana | Deposition Videographer (Esquire Deposition Services) | 7/23/04 Deposition Video | $432.50 |
| 8/17/04 | Hector Gonzalez, Fred Fuller and Lorenzo Sanchez | Deposition Videographer (Esquire Deposition Services) | 7/22/04 Deposition Videos | $1,097.50 |

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 10/30/04 | Lee Burckle and Thomas C. Murray | Deposition Videographer (Esquire Deposition Services) | 10/26/04 Deposition Videos | $805.00 |
| 11/22/04 | Rick Anderson and Brian Bonczynski | Deposition Videographer (Esquire Deposition Services) | 11/3/04 Deposition Videos | $1,315.00 |
| 3/14/05 | Ricki Barnett | Deposition Videographer (Esquire Deposition Services) | 3/2/05 Deposition Videos | $542.50 |
|  |  |  | Total = | $5,966.50 |

2   Second, the costs for transcripts are only allowed for "trial and deposition transcripts" 28 U.S.C. § 1920(2). Thus, the following costs for hearing transcripts are not "trial or deposition transcripts" and should not be allowed.

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 6/28/04 |  | Court Reporter (Barbara Barnard) | 3/19/04 Hearing Transcript | $118.80 |
| 7/21/04 |  | Court Reporter (Barbara Barnard) | 6/29/04 Hearing Transcript | $255.20 |
| 1/26/05 |  | Court Reporter (Barbara Barnard) | 1/24/05 Motion and Status Conference Hearing Transcript | $146.44 |
| 5/11/05 |  | Court Reporter (Barbara Barnard) | 12/2/03 Telephonic Conference Transcript | $19.80 |
| 5/27/05 |  | Court Reporter (Barbara Barnard) | 9/15/03 Initial Pretrial and Scheduling Conference Transcript | $148.50 |
|  |  |  | Total = | $688.74 |

3   Third, only deposition costs "necessarily obtained for the use in the case" are allowed, 28 U.S.C. § 1920(2). The following costs for transcripts are not part of this case, but are part of a personal injury case in state court, *Castillo et.al. v. Carrol Dusang & Rand, Inc. et al.*, 197 District Court, Cameron County, Texas, and these depositions were not taken in this case and their costs should not be allowed.

2

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 1/8/04 | Charles Clark | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $661.20 |
| 1/8/04 | Donald H. Anderson | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $510.25 |
| 1/8/04 | Gary Treat | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $129.45 |
| 1/8/04 | George Zepeda | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $214.55 |
| 1/8/04 | James Donald Norris | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $327.45 |
| 1/8/04 | James H. Powell, Jr. | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $831.95 |
| 1/8/04 | Jimmy Duran | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $360.50 |
| 1/8/04 | Richard Shinsky | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $258.00 |
| 1/8/04 | Robert Gleeson, P.E. | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $737.90 |
| 1/8/04 | Robert H. Beasley, P.E. | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $527.60 |
| 1/8/04 | Stuart Werner | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $502.70 |

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 1/8/04 | William Wilson | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $304.55 |
| 1/8/04 | Scott Hutcheson | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $151.30 |
| 1/8/04 | | Worldwide Court Reporters, Inc. | Copies of depositions in related cases necessary for use in this case and at trial | $1,128.05 |
| | | | Total = | $6,645.45 |

4. Fourth, only the costs for depositions initiated by Royal should be taxed as these are the only depositions which Royal noticed and which Royal felt were "necessarily obtained for the use in their case" and thus, the following costs for depositions taken by BISD should not be allowed.

| DATE | WITNESS | VENDOR | SERVICE | AMOUNT |
|---|---|---|---|---|
| 12/7/04 | Duane Swoveland | Court Reporter (Continental Court Reporters) | 11/9/04 Deposition Transcript | $530.63 |
| 5/12/05 | John Hinz | Court Reporter (Court Reporter's Clearinghouse) | 4/27/05 Deposition Transcript | $338.25 |
| | | | Total = | $868.88 |

5. The grand total of costs from paragraphs 1, 2, 3, and 4 that should not be allowed.

Total Costs for Video Depositions (Paragraph 1)     $5,966.50
Total Costs for Hearing Transcripts (Paragraph 2)     $688.74
Total Costs for Depositions that are not part of this case (Paragraph 3)     $6.645.45
Total Costs for Depositions that were not initiated by Royal (Paragraph 4)     $868.88
Grand Total =     $14,169.57

6. Finally, BISD would ask the Court to reconsider taxing the costs against the school district as these are public funds which will be spent in defending a declaratory action initiated by Royal, a for profit organization

4

BY: /s Baltazar Salazar
Baltazar Salazar
1612 Winbern
Houston, Texas 77004
Tel: 713-655-1300
Fax: 713-807-1930

The Honorable Ramon Garcia
Law Offices of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539
Tel: 956-383-7441
Fax: 956-381-0825

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served by certified mail, return receipt requested on the attorney in charge for Royal Surplus Lines Insurance Company on this the ____ day of _____, 2004, addressed as follows:

Jay Brown
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd.
Suite 2500
Houston, Texas 77056-3000

/s Baltazar Salazar

5