IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2005

Michael N. Milby
Clerk of Court

ROYAL SURPLUS LINES INSURANCE )
COMPANY )
 )
 )
 ) CIVIL ACTION NO.
VS. ) B-03-109
 )
BROWNSVILLE INDEPENDENT SCHOOL )
DISTRICT )
 )

INITIAL PRETRIAL AND SCHEDULING CONFERENCE
IN CHAMBERS
BEFORE THE HONORABLE ANDREW S. HANEN
SEPTEMBER 15, 2003

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mr. Jay W. Brown<br>Beirne, Maynard & Parsons, L.L.P.<br>1300 Post Oak Boulevard, Suite 2500<br>Houston, Texas   77056 |
| For the Defendant: | Mr. Baltazar Salazar<br>1612 Winbern<br>Houston, Texas   77004 |
| For the Defendant: | MR. CRAIG STEPHEN SMITH<br>14493 SPID<br>Suite A, PMB 240<br>Corpus Christi, Texas   78418 |
| For the Defendant: | MR. RAMON GARCIA<br>Law Offices of Ramon Garcia<br>222 W. University<br>Edinburg, Texas   78539 |
| For the Defendant: | MR. MIGUEL A. SALDANA<br>Suite 109, 302 Kings Highway<br>Brownsville, Texas   78521 |

**CERTIFIED COPY**