# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INS. CO., <br>     Plaintiff, | § <br> § <br> § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEP. SCH. DIST., <br>     Defendant. | § <br> § <br> § | |

## ORDER

Before this Court is Plaintiff's Motion for Costs [Docket No. 108] and Plaintiff's Amended Motion to Enter Bill of Costs [Docket No. 109]. The defendant, Brownsville Independent School District ("BISD"), has filed a response in opposition to same [Docket No. 110] and Plaintiff has filed a Reply in Support of its Amended Motion for Costs [Docket No. 111].

This Court orders the Plaintiff to file another Bill of Costs that includes the following categories: (1) transcripts of depositions taken in this case; (2) filing fees paid in this case; (3) transcripts of hearings held in this case; and (4) copying costs for documents obtained from BISD and any engineering or construction company or other entity mentioned in Royal's motions for summary judgment (the three that were granted) or referenced in the Court's opinion concerning any of those motions. All other requests (including in-house copying, the costs of the video-taped portions of depositions, and depositions obtained from other cases) are hereby **DENIED**. While this Court recognizes that those costs were perhaps expended in support of good lawyering in preparation for the ultimate resolution of this case, it hereby exercises its discretion to deny those.

The Bill of Costs shall be filed by November 2, 2005. BISD shall have until 5:00 p.m. on November 9, 2005, to object to any of the costs included as not fitting into the above-referenced

categories—after which the Court will order the Bill of Costs to be entered by the Clerk.

As such, the initial Motion for Entry of Bill of Costs [Docket No. 108] is hereby **DENIED as moot**.  The Amended Motion to Enter Bill of Costs [Docket No. 109] is hereby **GRANTED in part** and **DENIED in part** as described above.

Signed in Brownsville, Texas, this 25th day of October, 2005.

                                                ANDREW S. HANEN
                                                UNITED STATES DISTRICT JUDGE