IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-109<br><br>JURY DEMANDED |

**PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S
SECOND AMENDED BILL OF COSTS**

Plaintiff, Royal Surplus Lines Insurance Company, files this Second Amended Bill of Costs, as directed by the Court in its October 25, 2005 Order (Doc. 114), and respectfully shows the Court as follows:

| **DATE** | **WITNESS** | **VENDOR** | **SERVICE** | **AMOUNT** |
|---|---|---|---|---|
| 6/9/03 | | U.S. District Court | Filing Fee | $150.00 |
| 6/28/04 | | Court Reporter (Barbara Barnard) | 3/19/04 Hearing Transcript | $118.80 |
| 7/21/04 | | Court Reporter (Barbara Barnard) | 6/29/04 Hearing Transcript | $255.20 |
| 1/26/05 | | Court Reporter (Barbara Barnard) | 1/24/05 Motion and Status Conference Hearing Transcript | $146.44 |
| 5/11/05 | | Court Reporter (Barbara Barnard) | 12/2/03 Telephonic Conference Transcript | $19.80 |
| 5/27/05 | | Court Reporter (Barbara Barnard) | 9/15/03 Initial Pretrial and Scheduling Conference Transcript | $148.50 |

1

580522v.3

| **DATE** | **WITNESS** | **VENDOR** | **SERVICE** | **AMOUNT** |
|---|---|---|---|---|
| 12/7/04 | Duane Swoveland | Court Reporter (Continental Court Reporters) | 11/9/04 Deposition Transcript | $530.63 |
| 5/12/05 | John Hinz | Court Reporter (Court Reporter's Clearinghouse) | 4/27/05 Deposition Transcript | $338.25 |
| 8/13/04 | Oscar Tapia | Court Reporter (Esquire Deposition Services) | 7/21/04 Deposition Transcript | $2,465.20 |
| 8/13/04 | Miguel Saldana | Court Reporter (Esquire Deposition Services) | 7/23/04 Deposition Transcript | $857.30 |
| 10/30/04 | Lee Burckle | Court Reporter (Esquire Deposition Services) | 10/26/04 Deposition Transcript | $1,485.95 |
| 11/4/04 | Thomas C. Murray | Court Reporter (Esquire Deposition Services) | 10/26/04 Deposition Transcript | $669.50 |
| 11/10/04 | James Bettis | Court Reporter (Esquire Deposition Services) | 11/4/04 Deposition Transcript | $1,103.95 |
| 11/16/04 | Rick Anderson and Brian Bonczynski | Court Reporter (Esquire Deposition Services) | 11/3/04 Deposition Transcripts | $1,351.55 |
| 3/25/05 | Ricki Barnett | Court Reporter (Esquire Deposition Services) | 3/2/05 Deposition Transcript | $730.15 |
| 2/16/04 | BISD 2/12/04 document production | Reproduction Company (Apex Document Management, Inc.) | Copies of papers necessary for use in the case and at trial | $840.32 |
| 10/20/04 | EFI 10/1/04 document production | Reproduction Company (Pitney Bowes) | Copies of papers necessary for use in the case and at trial | $1,112.93 |
| | | | **GRAND TOTAL** | **$12,324.47** |

In further support of this Second Amended Bill of Costs, Royal directs the Court to the invoices and other documents made exhibits to Royal's Motion to Enter Bill of Costs (Doc. #108) and to Royal's Amended Motion to Enter Bill of Costs (Doc. #109).

580522v.3

        Respectfully submitted,

        **BEIRNE MAYNARD & PARSONS L.L.P.**

        _____/s/ Jay W. Brown_____
        **Jay W. Brown**
        State Bar No. 03138830
        S.D.T. No. 1314
        1300 Post Oak Blvd., Suite 2400
        Houston, Texas  77056
        Telephone:  (713) 623-0887
        Facsimile:  (713) 960-1527

        **ATTORNEY-IN-CHARGE FOR PLAINTIFF**
        **ROYAL SURPLUS LINES INSURANCE COMPANY**

**OF COUNSEL:**
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
**Stephen R. Wedemeyer**
State Bar No. 00794832
S.D.T. No. 19797
1300 Post Oak Blvd., Suite 2400
Houston, Texas  77056
Telephone:  (713) 623-0887
Facsimile:  (713) 960-1527

580522v.3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record according to the FEDERAL RULES OF CIVIL PROCEDURE on October 26, 2005.

> Mr. Baltazar Salazar
> 1612 Winbern
> Houston, Texas  77004
>
> Mr. Ramon Garcia
> Ms. Catherine Smith
> 222 West University Drive
> Edinburg, Texas  78539
>
> Mr. Craig Smith
> 14493 SPID, Suite A, P.M.B. 240
> Corpus Christi, Texas  78418

                                            /s/ Jay W. Brown
                                            Jay W. Brown