IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV - 4 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROYAL SURPLUS LINES<br>INSURANCE COMPANY,<br>  Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>  Defendant | § § § | |

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
RESPONSE TO PLAINTIFF ROYAL SURPLUS LINES INSURANCE COMPANY'S
SECOND AMENDED BILL OF COSTS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Brownsville Independent School District ("BISD"), will rely on it previously filed Opposed Response to Plaintiff's Motion for Costs, which was filed with the Court on or about June 20, 2005, under Doc. No. 110.

  Dated: November 2, 2005.

                    Respectfully submitted,

                    **LAW OFFICES OF BALTAZAR SALAZAR**
                    1612 Winbern
                    Houston, Texas 77004
                    (713) 655-1300
                    (281) 749-8104 (Fax)

                    By: /s/ Baltazar Salazar
                       BALTAZAR SALAZAR
                       Federal No. 18536
                       State Bar No. 00791590

                    Attorney In Charge for BISD

1

OF COUNSEL FOR BISD:
Ramon Garcia
State Bar No. 07641800
Federal Bar No. 3936
Catherine Smith
State Bar No. 18547080
Federal Bar No. 19360
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 W. University
Edinburg, Texas 78539
Tel. (956) 383-7441
Fax (956) 381-0825

CRAIG S. SMITH
State Bar No. 18553570
**LAW OFFICES OF CRAIG S. SMITH**
14493 S.P.I.D., Suite A, PMB 240
Corpus Christi, Texas 78418
(361) 949-6906
(361) 949-0843 (Telefax)

## CERTIFICATE OF SERVICE

I, BALTAZAR SALAZAR, hereby certify that this pleading was served by certified mail, return receipt requested on the attorney in charge for Royal Surplus Lines Insurance Company on this the 2nd day of November, 2005, addressed as follows:

Mr. Jay Brown
**Beirne, Maynard & Parsons, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000

BALTAZAR SALAZAR

2