United States District Court
Southern District of Texas
ENTERED

NOV 28 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY | § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-109 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

## ORDER

On the 25th day of October, 2005, this Court granted in part and denied in part the plaintiff's ("Royal") Amended Motion for Costs. Those costs that were disallowed were denied based upon objections made by the defendant Brownsville Independent School District ("BISD"). The Court then ordered Royal to file an Amended Bill of Costs with various categories of items to be deleted. In order to make sure that these deletions were done accurately, the Court offered BISD an opportunity to respond (or object) to the inclusion by Royal of any costs in Royal's Second Amended Bill of Costs. BISD chose not to do this and instead chose merely to reiterate its prior objections thus waiving any right it has to complain about the items included on the Second Amended Bill of Costs.

That being the case, the attached Second Amended Bill of Costs filed by Royal Surplus Lines Insurance Company is hereby **APPROVED**, and the clerk is **ORDERED** to enter it of record.

Signed this 28th day of November, 2005.

Andrew S. Hanen
United States District Judge